

1

**LODGED**
CLERK, U.S. DISTRICT COURT

2

1/29/2018

3

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

4

**FILED**
CLERK, U.S. DISTRICT COURT

January 29, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AK_____ DEPUTY

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   **Federal Trade Commission,**          No. 2 :18-CV- 729-JAK-MRWx

11          Plaintiff,                       FEDERAL TRADE COMMISSION'S
                                             EXHIBITS IN SUPPORT OF ITS *EX*
12          vs.                              *PARTE* APPLICATION FOR
                                             TEMPORARY RESTRAINING
13   **Digital Altitude LLC, et al.,**       ORDER AND ORDER WHY A
                                             PRELIMINARY INJUNCTION
14          Defendants.                      SHOULD NOT ISSUE

15

16

17

18

19

20                           **VOLUME I**

21

22

23

24

25

26

27

28

# Table of Contents

EX 1      Declaration of Pauline Amegbedji ............................................... 1

EX 2      Declaration of Arthur David Beaman....................................... 19

EX 3      Declaration of Shanika Brown .................................................. 55

EX 4      Declaration of Missy Campbell................................................. 63

EX 5      Declaration of Richard Fulton .................................................. 65

EX 6      Second Declaration of Richard Fulton ..................................... 87

EX 7      Declaration of Gail Susan Gruber ............................................ 88

EX 8      Declaration of Terry Hamilton ............................................... 124

EX 9      Declaration of Stephen Lohbeck ............................................ 130

EX 10     Declaration of Marcele Miguel .............................................. 152

EX 11     Declaration of Amber Miller ................................................. 216

EX 12     Declaration of Johanna Padilla............................................... 238

EX 13     Declaration of Leah Schmidt.................................................. 280

EX 14     Declaration of Brendan Marais .............................................. 291

# Exhibit 1

## <u>DECLARATION OF PAULINE AMEGBEDJI</u>

1.    My name is Pauline Amegbedji. I currently reside in New York, New York. The following statements are within my personal knowledge.

2.    In about March or April 2017, I received an email from someone named Marvin Bennie. It had a link to a video about how he was making money with Digital Altitude. The video made me believe I could make money online. I spoke to Marvin Bennie on the phone and said I wanted to make sure it was legitimate. He said it's real, that he was doing it himself. He told me he could help me make money too. I trusted and believed him.

3.    Marvin sent me other videos, about ten of them. They were about marketing, and making money online. They made me believe I could make money with Digital Altitude.

4.    Sometime in March or April, I clicked on a link for Digital Altitude from Google and it took me to Digital Altitude's website. It looked very promising. It said you can make money because the coaches will show you how to do it.

5.    At some point I decided to join Digital Altitude. When you join, they give you a "promotion" -- $1 for what I think was 30 days. I joined for the $1 promotion. My first coach was somebody named Jedidiah Redd. The coach talks to you through Skype.  I talked to Jedidiah about the process of how you can make money. Jedidiah  said it costs about $2,000 to begin. You can pay $2,000 right away or in four installments of $621. I said I wanted to pay in installments, and I paid the first installment of $621. **Attachment A** is a true and accurate copy of my Invoice/Receipt for the $621 payment.

6.    After I paid the $621, Digital Altitude sent me videos of Michael Force, the founder of Digital Altitude. I believed Michael Force when he said in the videos that I could make money with Digital Altitude.

7.      They gave me a second coach. That coach was Ash Ali. I talked to him on Skype many times, almost every day for two weeks. During those calls, Ash told me about how the business goes, how you will have a website, they send leads, and  those lead to people buying, and then you get money.  Ash said I would get another coach, who was a marketing coach. That coach would tell me how to make money. But to get that, you had to go through a process. Ash told me I could make $10,000 in one month.

8.      The BASE level of Digital Altitude was just to talk about the business. RISE was the next level, which I paid the $621 installment for. When you are in RISE, your coach sends videos and you get another coach for the next level, which is ASCEND.

9.      Ash said it takes time to make money, but I would make money faster if I went to the ASCEND level. ASCEND costs $10,000.  I said I do not have $10,000. He said, "we have a company we work with," called Fundwise Capital. I contacted Fundwise Capital and they opened three credit cards for me. They wanted to open more, but I said "No" to that.  I did not want to owe that much money. That was in April. That's how I got into credit card debt. I charged $9,010.57 for ASCEND on or about April 15, 2017.  I was also charged $270.32 for currency conversion, because the charge was in Mexican pesos. I was not told about that in advance. A true and correct redacted copy of my credit card bill is attached as **Attachment B**.

10.     Ash Ali never gave me time to read what he sent me through a link to sign, from  Digital Altitude. He said we need to do this now, and the next coach will help me make the real money. He put pressure on me to sign quickly.  He did not tell me it would keep costing even more money after that.

11.     It took a few days to get assigned a marketing coach. I spoke to him on Skype and on the telephone. That coach explained to me, "I got to be honest with you, it's not for free. You have to pay for it." He said I would have to pay a lot

more money in order to make any money.  He said he cannot work with me unless I have more money to spend. I was devastated and upset, because they did not explain all that to me at the beginning.  I realized I could not do this business, because I did not have enough money. I realized they were just going to keep asking for money, and I was looking for more income, not to keep spending money instead. It was just like a roller coaster for giving money. They kept asking for more money.

12.     I never made any money with Digital Altitude. They kept promising me I would make money, but they only asked for more money.  I lost everything I paid to them and made nothing back.

13.     I tried to get my money back from Digital Altitude, but they refused to give me my money back. They said I asked for my money back after the three days allowed. I told them I did not even get my ASCEND coach until more than one week after I paid, so that is not fair.  They still said I could not have my money back. **Attachment C** is a true and accurate copy of emails exchanged between me and Digital Altitude.

14.     I tried to reverse the charges on my credit card but the credit card company refused. Digital Altitude told the credit card company I did not cancel within the three days and I agreed to the charges. **Attachment D** is my notice from Wells Fargo denying my request for a chargeback.

15.     I am a widow. I have to support myself and my two children. I did not have enough money to support my family even before I spent so much money with Digital Altitude. Now it is much worse.

16.     I think Digital Altitude cheated me. They kept asking for money and making promises they did not keep. If I had known I would pay over $10,000 and not make any money, I never would have joined Digital Altitude.

17.     Losing this money for Digital Altitude has been terrible for me.  It has ruined my credit, which was in the seven hundreds before this.  I cannot afford to

1  pay for my credit card debt. I have ████████████ and my experience with

2  Digital Altitude has made it worse.  Before, I wanted to get into a program that

3  would help me buy a house. Now that my credit score has gone down, I have not

4  been able to get into the program.  I can't function very well because I am so

5  stressed about what Digital Altitude did to me.

6

7  I declare under penalty of perjury that the foregoing is true and correct.

8  Executed on _____10/25/_____, 2017 at  New York, New York.

9

10

11  _____

12                    PAULINE AMEGBEDJI

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attachment A

----- Forwarded Message -----
**From:** Digital Altitude <support@digitalaltitude.co>
**To:** "pamegbedji
**Sent:** Saturday, March 18, 2017, 6:13:04 PM EDT
**Subject:** [ASPIRE/Digital Altitude] Receipt

Logo



# Invoice/Receipt

| Date | Invoice # | Due Date |
|---|---|---|
| March 18, 2017 | 832506 | 03/18/2017 |

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

TO:
Pauline AR Amegbedji

New York, New York ███
United States

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 1 | RISE - $600.00 - RISE | $600.00 | $600.00 |
| 1 | BASE - $0.00 - BASE | $0.00 | $0.00 |
| 1 | 3.5% Administration Fee - $21.00 - Administration Fee | $21.00 | $21.00 |
| **Total Purchases** | | | **$621.00** |

| Payments Made | | | |
|---|---|---|---|
| 3/18/2017 | Credit Card - Approved  Visa xxxxxxxxxxx██ | | $621.00 |
| **Total Payments & Adjustments** | | | **$621.00** |

| Payments Due | | | |
|---|---|---|---|
| 3/18/2017 | Current | | $0.00 |
| **Outstanding Balance** | | | **$0.00** |
| **Balance Due Now** | | | **$0.00** |

When paying with a credit card - your statement may read:

- DigitalAltitude.co, Digital Altitude LLC or Digital Alti Lewes
- ALW*digitalaltitude8008207589
- PYZ*Digital

EX 1
6

If you have any question please contact support@digitalaltitude.co

Attachment B



**WELLS FARGO CASH WISE VISA PLATINUM® CARD**

**VISA**

Account Number
Statement Billing Period
Page 1 of 3

WELLS FARGO

### Balance Summary

| | | |
|---|---|---|
| Previous Balance | $0.00 | 24-Hour Customer Service: 1-800-642-4720 |
| − Payments | $0.00 | TTY for Hearing/Speech Impaired: 1-800-419-2265 |
| − Other Credits | $0.00 | Outside the US Call Collect: 1-925-825-7500 |
| + Cash Advances | $0.00 | Wells Fargo Online®: wellsfargo.com |
| + Purchases, Balance Transfers & Other Charges | $9,010.57 | |
| + Fees Charged | **$270.32** | Send General Inquiries To: |
| + Interest Charged | **$0.00** | PO Box 10347, Des Moines IA, 50306-0347 |
| = New Balance | $9,280.89 | |

Total Credit Limit
Cash Advance Limit

Total Available Credit
Available For Cash Advances

### Payment Information

| | |
|---|---|
| New Balance | $9,280.89 |
| Minimum Payment | $364.00 |
| Payment Due Date | 05/22/2017 |

Send Payments To:
PO Box 77053, Minneapolis MN, 55480-7753

**Late Payment Warning:** If we do not receive your Minimum Payment by 05/22/2017, you may have to pay a late fee up to $37.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the New Balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 28 years | $25,448 |
| $303 | 3 years | $10,916 (Savings of $14,532) |

If you would like information about credit counseling services, refer to www.usdoj.gov/ust/eo/bapcpa/ccde/cc_approved.htm or call **1-877-285-2108**.

### Go Far Rewards Summary
Rewards balance as of 04/07/2017 is 0

### Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|

**Purchases, Balance Transfers & Other Charges**

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| 04/15 | 04/15 | 740066939020YX7KL | AFF*DIGITALALTITUDELLC MEXICO DF  MX | | 9,010.57 |
| | | 04/15 | MX NUEVO PESO | | |
| | | 04/15 | 166473.35  X  0.05412620 | | |
| | | | TOTAL PURCHASES, BALANCE TRANSFERS & OTHER CHARGES FOR THIS PERIOD | | $9,010.57 |

**Fees Charged**

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| 04/15 | 04/15 | 740066939020YX7KL | FOREIGN CURRENCY CONVERSION FEE | | 270.32 |
| | | | TOTAL FEES CHARGED FOR THIS PERIOD | | $270.32 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT     Continued

5596   0026 YKG       1    7 19 170427 0       PAGE 1 of 3       1 0 5585 2000 CIH1 010P5596       68171

Detach and mail with check payable to Wells Fargo

Account Number
New Balance
Minimum Payment
Payment Due Date

Amount
Enclosed    $

PAULINE A AMEGBEDJI

68171
F104

NEW YORK NY

WELLS FARGO CARD SERVICES
PO BOX 77053
MINNEAPOLIS MN 55480-7753

YKG
508

Check here and see reverse for address and/or phone number correction.

EX 1
9

Attachment C

Print                                                      https://mg.mail.yahoo.com/neo/launch?.rand=ek39nnadjopar#9⁰

**Subject:** [Digital Altitude] Re: Request for Refund

**From:** Sharmaine Mutuc (Digital Altitude) (support@digitalaltitude.co)

**To:** pamegbedji

**Date:** Tuesday, May 9, 2017 9:12 PM

*Claim Number 141-96691*

##- Please type your reply above this line -##

Your request (202253) has been updated. To add additional comments, just reply to this email.



**Sharmaine Mutuc** (Digital Altitude)

May 9, 6:12 PM PDT

Please note, the refund policy states that your refund on the RISE and ASCEND product is valid 3 days (72 hours more specifically) from the date of purchase and your date of purchase was March 18, 2017 for RISE and April 15, 2017 for ASCEND which means that you have missed the refund window. We can stop any future billing but you aren't eligible for a refund on the RISE/ASCEND product.

We can refund your $37 paid on March 20, 2017 as a one time courtesy but there are no refunds on the AFFILIATE fees. You can reference your Member Purchase agreement or the refund policy since it's also publicly listed on our site here: http://www.digitalaltitude.co/refund-policy/ and has also been attached to your Sign up page before you completed creating your DA account.

If you still wanted to get an approval for your refund request, you can email our Head of Finance at Mjohnson@digitalaltitude.co

Since we strictly follow to our policy, we highly suggest that you provide any files/documentation for the reason why you're refunding/cancelling.


To Your Success,

ASPIRE Customer Care


Sharmaine Mutuc
ASPIRE Customer

EX 1
11

Print                                                      https://mg.mail.yahoo.com/neo/launch?.rand=ek39nnadjopar#9...

Powered by Digital Altitude           *Claim: 14196691*
1-800-820-7589

**pamegbedji**
May 9, 4:09 AM PDT

I did not sign any agreement for ASCEND refund policy. 10,000 is a lot of money, at
this time, if I keep the ascend I have to spend another money to do traffic, which I
do not have, and without traffic, there is no money to make, even to make money, it
takes some time. I am sick actually because of that, and the money borrowed to do
ASCEND, the card bill start coming already, I do not have any alternative to pay. I
need ASCEND to be reimbursed.  Ash Ali finished with his part and switch me to
another coach who is the traffic coach, this one explained, I have to spend another
lot of money to do the traffic paid. I cannot afford this business at this time, and I
cannot park it either, the money advanced needs to be paid, which I do not have. I
have to get lawyer involved to get the 9,280 dollars back as quickly as
possible. Again, who do I need to talk to?, if that money is not reimbursed, I have to
go to court for it. It doesn't make any sense, to pay that huge money and cannot
get any return from it to pay back creditors. I cannot afford to get more sick than
this now, as I have family to take care of. This kind of business, is not for
everybody, you have to have a huge amount of money to be spending here and
there for products. I do not sign any contract for this, I was rushed, pressured, as it
pretended to be an advice to make money quickly. If not, again, I have to go to
court, whatever I will do to get my money back, I will do it.I do not have that money
to pay back as they are already asking for it.

On Tuesday, May 9, 2017 1:35 AM, Sharmaine Mutuc (Digital Altitude)
<support@digitalaltitude.co> wrote:

#yiv1969193226 table td {border-collapse:collapse;}#yiv1969193226 body
.filtered99999 .yiv1969193226directional_text_wrapper {direction:rtl;unicode-
bidi:embed;}



**Sharmaine Mutuc** (Digital Altitude)
May 8, 10:35 PM PDT

Hi Pauline,
Thank you for your email.

EX 1
12

Print

https://mg.mail.yahoo.com/neo/launch?.rand=ek39nnadjopar#9(

*Claim: 141 966 91*

We would like to inform you that your payments for ASCEND and RISE has been out of our 3- day refund policy as stated to your Signed Purchase Agreement. https://s3.amazonaws.com/docs.rightsignature.com/assets/23200333 /MEMBERPURCHASEAGREEMENT- signed.pdf?AWSAccessKeyId=AKIAIQO2I3KXFJPHOZAQ&Expires=1494393314& Signature=Ifl%2Bg9dkzgKSaxOZT4bLQ%2BGDiHM%3D

Thus, we would not be able to refund these payments, though it looks like you have already been positioned well and could start doing your marketing as soon as you get your Affiliate links to start sponsoring your members, this way you'll be able to start earning your commissions and get the funds you need.

To get your Affiliate Links Click Here>>
https://my.aspiresystem.co/order.php?product=aff
To get help in starting your Marketing>>
Contact your Coach Ash Ali here>>
https://my.aspiresystem.co/my-coach/my-scale-coach.php
To know more of the best marketing strategies to use, go through our
Calls/Recordings or Click here>>
https://my.aspiresystem.co/tv/recordings.php

** You can choose to "Park My Account" if you wish to put your marketing on hold for a while and you would like us to keep your account, leads and information just as they are today – without deleting any of it. This way when you are ready to re-join, you can begin right where you left off. If you would like to take advantage of this option, just log in and head over Billing Settings—> Subscription —> Park My Account or Click Here>>
https://my.aspiresystem.co/payment.php?product=prk

Sharmaine Mutuc
ASPIRE Customer
Powered by Digital Altitude
1-800-820-7589

5/18/2017 2:

EX 1
13

Print

https://mg.mail.yahoo.com/neo/launch?.rand=ek39nnadjopar#9



**Atiya Javed** (Digital Altitude)
May 8, 6:21 PM PDT

*Claim: 14196691*

Hello pamegbedji

Thank you for your email and for using our customer support system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

We hope you have a wonderful day,


Atiya Javed
ASPIRE Customer Care
Powered by Digital Altitude
1–800–820–7589 Ext. 706



**pamegbedji**
May 8, 6:17 PM PDT

Digital Altitude,
My name is Pauline AR Amegbedji, almost the end of March to April 2017, I have signed up for digital altitude, then in the process of that, the time being coach instructed me to buy the product ASCEND that will allow to make more money than Walker. I have dig into to ask for credit advance so I can be able to purchase that product, then, right away, the next step is the traffic coach, who let me know that I even need more money to buy traffic before I can make money and it takes times, the cost of buying traffic, that I do not have and cannot afford at this time.  Please to make a long story short, I am requested a refund for the money I have invested so far,  I cannot continue like this where the bill for the money borrowed is already came in as I do not have any alternative to be paying that money and continue the digital altitude and not knowing when I can be able to make money so I can pay back the money borrowed. The situation is overwhelmed to me right now financially, my salary cannot allow me to even pay a dime in this matter, I am a widow with family who I am taking care of including myself, please, I cannot afford to continue this, until I work for something out for funds, therefore, I cannot do this business at this time being. The money I borrowed to pay for the ASCEND product needs to be paid as the card company begin to send me the bill already and I am

5/18/2017 2:

EX 1

14

Print                                               https://mg.mail.yahoo.com/neo/launch?.rand=ek39nnadjopar#99

not making any income right now in this business to be able to pay back the money I borrowed, there is no other alternative for me to proceed this business in this situation, so try to put yourself in my shoes and imagine what I am talking about. I need a total refund and give back the money to creditor so I do not have to have that debt toll on me while I am already sick with high blood pressure.  I cannot afford the pressure of funded this and that in this digital altitude. Again, right now, I cannot. I need to breathe and look for ways not borrowed and come back probably in the business, at this time I cannot pursue this endeavor. Thank you for understanding and cooperation in advance and looking forward to talking to you or one of your representative.
My contact information:  Pauline AR Amegbedji, phone: ███████████, email: ███████████

I have paid with a credit card, please the money has to be put back on whatever card that has been used to pay the product.


This email is a service from Digital Altitude. Delivered by Zendesk

[JL66MD-0Q2K]

*Claim number: 141.96691*

5/18/2017 2:

EX 1
15

Attachment D



**WELLS FARGO**

Claims Assistance Center
Credit Card Claims
PO Box 9262
Des Moines, Iowa 50306-9262

6/14/2017

PAULINE A AMEGBEDJI

NEW YORK, NY █████

Subject: Resolution of disputed transaction(s) on account ending in █████

Dear PAULINE A AMEGBEDJI:

We're writing to let you know we have completed our investigation. Based on findings we must respectfully decline your claim(s) for the following disputed transaction(s):

| Disputed Transaction(s) ID | Merchant Name | Post Date | Transaction Amount | Conversion Fee | Processed Amount |
|---|---|---|---|---|---|
| 14196691 | AFF*DIGITALALTITU DELLC | 4/15/2017 | $9,010.57 | $270.32 | $9,010.57 |

**What you need to know**
- We are unable to obtain a refund on your behalf because your dispute(s) falls within the merchant's pricing and policies, which we have no authority to change.
- Please review the documents enclosed that support our decision.
- A notation may appear on your next billing statement advising you that the amount of your dispute is not required for payment. This notice will be removed after the statement period closes, unless you have another dispute open or under review. Waiting until the statement closes ensures that you will not be charged any finance charges or fees on the disputed transaction while under investigation.

We regret we are unable to assist you. If you wish to pursue this matter, you will need to work with the merchant directly.

If you have questions, please contact us at 1-877-820-2143, Monday-Friday 8:00 a.m. to 7:00 p.m., Central Time.

Thank you. We appreciate your business.

Sincerely,

*Stephanie Lynch*

Stephanie Lynch
Claims Assistance Center
Credit Card Claims





EX 1
17



WELLS FARGO CARD SERVICES
P.O. BOX 10347
DES MOINES, IA 50306

July 12, 2017

PAULINE A AMEGBEDJI

NEW YORK NY

ılılılılıllıllılllıllılılılılıllılılı

Subject: Immediate payment needed for your credit card account ending in
Current Balance: $9,205.18
Default Amount Due: $32.00

Dear Pauline A Amegbedji:

We want to let you know you are in default of your Customer Agreement and Disclosure
Statement that governs your Wells Fargo credit card account referenced above. It is
important you pay the default amount due $32.00 today.

**To make your payment**

Send a minimum payment of $32.00 today in one of the following ways.
   * **Online:** www.wellsfargo.com, or on your mobile device at www.wf.com
   * **By phone:** 1-800-988-8019, at the times listed below
   * **By mail:**
      Wells Fargo Card Services
      PO Box 51193
      Los Angeles, CA 90051-5493

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

EX 1
18

## DECLARATION OF ARTHUR DAVID BEAMAN
## PURSUANT TO 28 U.S.C. § 1746

I, Arthur David Beaman, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.      I am over 21 years of age and reside in North Carolina.

2.      I am a retired New York City police officer and I have a Ph.D. in Clinical Psychology.

3.      In about September 2016, I saw a company online called Digital Altitude. I think I saw it first on Facebook, probably through a message from a Facebook friend. It looked like Digital Altitude provided training in online marketing, and that their program would enable me to make a lot of money.

4.      I went to Digital Altitude's website. After you log into that website, you're taken to other web pages.  My understanding from reading Digital Altitude websites was that I could make a seven-figure income with their online marketing system. The websites said the amount you would make depended on what level you were at in their training. The levels were Aspire, Base, Rise, Ascend, Peak, and Apex. The websites said the training was "developed *by* 7-figure digital marketers, *for* digital marketers." The websites said you would make multiples of what you spent for training. They said if you followed the company's instructions, you would be successful. They also said the more you put in, the more you would make. People online were saying they had made millions. I also saw a claim that you could make six figures in 90 days or less.

5.      I decided to join Digital Altitude because the website made me believe that Digital Altitude would provide training to me in online marketing, and that I would make a lot of

1

money if I followed Digital Altitude's marketing program.  The online testimonials made it sound very easy to recruit other people.

6.      On or about September 4, 2016, I made a payment of $2,057 to Digital Altitude. I made the payment via PayPal through Digital Altitude's website.  **Attachment A** is a true and accurate redacted copy of my receipt from PayPal.  I believe that payment was for the Rise Level.

7.      After I made the first payment, Digital Altitude put me in touch with a coach named John Lavenia. Digital Altitude's website said that John Lavenia is an author, speaker, and successful coach, so I thought he would help me make money. I spoke to John several times via Skype. **Attachment B** contains a true and accurate copy of materials I used in Skype sessions with John.

8.      John told me I needed to recruit other people to join Digital Altitude in order to make money. If you recruited someone, the company had "closers" who would call them to encourage them to buy. I understood that the coach would make a part of whatever I made.

9.      John kept telling me to go to a higher level to earn more money. John told me that if I didn't have the money to move to a higher level, Digital Altitude had plans where you could borrow the money from them and pay it back at a high interest rate.  I had enough cash to pay for higher levels, so I did not borrow money from Digital Altitude.

10.      I believed what John told me, so I paid enough to skip through some levels to get to Peak. Each level would open up new training. The training looked like it might have been available online for next to nothing. At each level, I went through the online training videos in about an hour. I kept going because I thought eventually I would start to make money, as the website and the coach promised.

11.     **Attachment C** is an email invoice and Order Invoice from Digital Altitude, showing that I paid $16,997.00 for the PEAK program and $9,997.00 for ASCEND, with a $25 fee, for a total of $27,019.00.

12.     **Attachment D** consists of payment instructions I received from Digital Altitude.

13.     **Attachment E** consists of redacted documents showing a wire transfer of $27,025 from my account at BB&T Bank to Digital Altitude, on September 14, 2016.

14.     On or about September 16, 2016, I electronically signed a Digital Altitude Member Purchase Agreement. A true and accurate copy of the agreement is attached to this declaration as **Attachment F.**

15.     There was also a monthly payment for each level – something around $100 per month.  The cost went higher as the level went higher.  The monthly payments had to be paid or you couldn't get paid.

16.     Digital Altitude also had a daily call, for members to call into. It was mostly a lot of hype, telling people never to give up, to keep going. I joined the call during the first month or two that I was involved, but then I realized they were just working on me psychologically to stay optimistic and keep a positive attitude, and I stopped calling in.

17.     Digital Altitude also provided me with other coaches. I tried doing what they told me to do, but it didn't work, so I went back to John. These coaches referred me to resources that would send emails to people on a "buyers list." The coaches said a certain percentage of people on the list would join Digital Altitude, and Digital Altitude would pay me a percentage of those sales.  I paid about $3,000 for companies to send these emails. Only a very small percentage of these emails produced sales, and those were at a low level, so I did not receive any return on the emails. If there are sales and they don't reach a minimum level, I would not receive a payout. I

EX 2
21

never reached the minimum level to receive a payout. John said I needed to keep trying. He said some resources would work – that you have to keep buying and eventually it will start paying off.

18.     Digital Altitude's website promised that members at the Peak and Apex levels could go to training conferences in exotic places.  I understood that the hotel, food, and presentations would be paid for by Digital Altitude. These sounded like intensive training that would enable me to become a master marketer.  The website promised that the owners of the company would be at the conferences, and that participants could bring their spouses. This was part of the appeal of Digital Altitude when I first signed up.  It made the company seem legitimate, and I thought my wife would enjoy going to a conference with me.

19.     When I got to the Peak level, Digital Altitude said they didn't have a training session arranged. Then after a few months, they announced one on a Caribbean island. I didn't go, because I had begun to see this wasn't what I had thought it was, I wasn't making any money. I did everything they told me and I wasn't making money.

20.     After about three or four months in Digital Altitude's program, it seemed to be skyrocketing out of control.  I started to talk to other members online. One guy was a chiropractor; he hadn't gotten anything out of it. It appeared to me that the company was making a lot of money. Everybody I talked to was paying them – then I realized nobody was making money except at the top. I realized Digital Altitude's customers were not really starting a business – they were just marketing Digital Altitude.

21.     I never received any money from Digital Altitude's program. There was a low threshold that you had to reach in sales before making any money – I think it was around $250. I never reached that threshold. I never made any money.

22.     After my terrible experience with Digital Altitude, I tried hiring other professionals to help me make money the way Digital Altitude said I could. **Attachment G** is a receipt for $597 that I paid to Igor Kheifets Solo Ads, an email marketer. I retained Igor Kheifets to help me draft emails that might produce sales. Even this outside help did not produce sales.

23.     I spent a total of about $30,000 on Digital Altitude's programs, plus about $3,000 on additional marketing services. I have not recovered any of my investment.

24.     My experience with Digital Altitude has been terribly frustrating. It eroded my confidence in my ability to make good decisions. It jeopardized my marriage. And, it cost me a significant portion of our family savings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _October 14_, 2017

Arthur David Beaman

EX 2
23

Attachment A

**PayPal**

Merchant Account ID: ¦                         PayPal I.D: a                         9/1/2016 - 9/30/2016

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|------|-------------|--------------|-------|-----|-----|
| 9/4/2016 | Website Payment ID: 28R45449WS6075701 | Digital Altitude LLC billing@digitalaltitude.co | -2,057.00 | 0.00 | -2,057.00 |

Page 4

Attachment B

90 day monthly income goal = _____

Your **WHY!** What are you going to do once you have earned the money?

I want to .....

**This Next Part you will Need In The Call, You Don't Need To Complete it before**

### *Your Three Registers*

RISE
SPONSOR
is ME.

APEX
WEALTH
CREATION

| Sponsors Name | Sponsors Name | Sponsors Name |
|---|---|---|
| LANCE SUMNER | Ascend | Peak |
| REINVEST THIS (Rise) 10% INCOME | LIFESTYLE MONEY I'M SPONSOR | WEALTH CREATION I'M SPONSOR |
| 1R BOB | 1A Bob | 1P Bob |
| 2R SALLY | 2A SALLY | 2P SALLY |
| 3R JOHN | 3A JOHN | 3P JOHN |
| 4R ENRIQUE | 4A HARLEY | 4P HARLEY |
| 5R THOR | 5A LISA | 5P LISA |
| 6R CHAZ | 6A HENRY ~~HARLEY~~ | 6P HENRY |

**NB: PLEASE MAKE SURE YOU PRINT THIS OFF, AS YOU WILL NEED IT IN YOUR BUSINESS PLAN CALL**

## Business Plan Questionnaire & Working Document

Your Name: _____

Date: _____

1. My **personal trait(s)** and/or **characteristic(s)** that may **have held me back** from the life I desire are .....

2. My **biggest fear** is ........

3. My **biggest motivation** is ....

## Goals

30 day monthly income goal = _____

60 day monthly income goal = _____

Attachment C

9/16/2016                                    [DA] Order Invoice | FastMail

# [DA] Order Invoice

**From:**     Digital Altitude Billing <noreply@digitalaltitude.co>
**To:**       dave@:
**Subject:**  [DA] Order Invoice
**Date:**     Thursday, September 15, 2016 5:04 PM
**Size:**     13 KB

Logo

# Invoice

| Date | Invoice # | Due Date |
|------|-----------|----------|
| September 15, 2016 | 431898 | 09/13/2016 |

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

TO:                                        SHIP TO:
David Beaman                               David Beaman
                                           tx=
Ayden, North Carolina                      ?da=cj270&t=sp, monthly
United States

| Qty | Description | Unit Price | Total |
|-----|-------------|-----------|-------|
| 1 | PEAK - $16,997.00 - PEAK | $16,997.00 | $16,997.00 |
| 1 | ASCEND - $9,997.00 - ASCEND | $9,997.00 | $9,997.00 |
| 1 | - $25.00 | $25.00 | $25.00 |
| **Total Purchases** | | | **$27,019.00** |

### Payments Made

| 9/15/2016 | Wire (Domestic) – PAID | $27,019.00 |
|-----------|------------------------|-----------|
| **Total Payments & Adjustments** | | **$27,019.00** |

### Payments Due

| 9/13/2016 | Current | $0.00 |
|-----------|---------|-------|
| **Outstanding Balance** | | **$0.00** |
| **Balance Due Now** | | **$0.00** |

If you have any question please contact support@digitalaltitude.co

Sincerely,

Billing Department

billing@digitalaltitude.co

EX 2
31

9/16/2016   https://www.fastmailusercontent.com/mail-attachment/f128260353u7614/<generated-b066504600b8a5a3e96351a9fbfcec9c%40messagingengi...



# DIGITAL ALTITUDE

# Invoice

| Date | Invoice # | Due Date |
|------|-----------|----------|
| September 15, 2016 | 431898 | 09/13/2016 |

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

TO:                SHIP TO:

David Beaman        David Beaman

Ayden, North Carolina   tx=
[REDACTED]         ?da=cj270&t=sp, monthly
United States

**Qty Description Unit Price Total**
1
PEAK - $16,997.00 - PEAK
$16,997.00
$16,997.00
1
ASCEND - $9,997.00 - ASCEND
$9,997.00
$9,997.00
1
- $25.00
$25.00
$25.00
Total Purchases
$27,019.00

## Payments Made

9/15/2016
Wire (Domestic) - PAID
$27,019.00
Total Payments & Adjustments
$27,019.00

## Payments Due

9/13/2016
Current
$0.00
Outstanding Balance
$0.00
Balance Due Now
$0.00

If you have any question please contact support@digitalaltitude.co

9/16/2016   https://www.fastmailusercontent.com/mail-attachment/f128260353u7614/<generated-b066504600b8a5a3e96351a9fbfcec9c%40messagingengi...

Sincerely,

Billing Department

billing@digitalaltitude.co

EX 2
33

Attachment D

9/13/2016                    Digital Altitude - Learn To Build A Digital Business And Elevate Your Income — Digital Altitude

Training Calendar

My Coaches
My Business
My Marketing 🔒
RISE Climber
    My Profile        **ated successfully**
    Billing
    Support            🖶 Print this page
    Logout

# INSTRUCTIONS

TV
Help            utstanding balances under Photo > Billing > Orders.

        Check Payments

Same-day bank wires typically only take 30 mins or less to complete. You can simply walk into any bank branch and ask them to initiate a same-day wire on your behalf to the account information below. You can also send a same-day bank wire using your bank's online banking service if you are set-up to initiate online wires.

The information the bank will need is listed below. You are welcome to PRINT THIS PAGE and take it with you to your banking institution. After initiating the wire simply send an email to billing@digitalaltitude.co and your business coach with your personal name or business (whichever you're sending funds from), confirmation # and when the banker told you the wire will post (same-day, 2-day wire etc). If you have any questions, simply reach out to your business coach.

**Company Information:**
DIGITAL ALTITUDE, LLC
16192 Coastal Hwy
Lewes, DE 19958-3608
(800) 820-7589

**Receiving Bank Information:**
Bank of America, NA
555 California St
San Francisco, CA 94104

**Account Information:**
Account Name: Digital Altitude LLC
Account Number ▮▮▮▮2263
Routing Number: 026009593
SWIFT Code: BOFAUS3NXXX
Reference: fx831

**NOTE:** Please ensure that your full amount due also includes the incoming wire fee. Fees are $25 for domestic wires (from banks in the USA) and $35 for international (banks outside of the USA). Please ensure that you have also included enough to cover any wire fees your bank may also charge on your end. The order is not considered paid until the total amount due has been received.

Terms of Service | Earnings Disclaimer | Affiliate Policies & Procedures | Privacy Policy | Refund Policy

© 2015-2016 Digital Altitude LLC All Rights Reserved. Ph#: (800) 820-7589 Email: support@digitalaltitude.co

Attachment E

# BB&T
## Outgoing Wire Transfer Request Agreement

| | | |
|---|---|---|
| Date 14-SEP-2016 | Branch GREENVILLE/NC-6074503 | Phone # 2523213344 |
| Client type C | Wire Transfer Amount $ 27025.00 | Repetitive # |
| C = Client Acct Charged   F = Financial | | Case ID D-20160914-415 |

**Application** CHECKING            **Debit Account**

**Originator**         Name   ARTHUR DAVID BEAMAN

                Address

                     AYDEN  NC ███████████

         **ID Proof**   DL-NC-

**Intermediary Bank**                      **Beneficiary Bank**
Name                                  Name    BK AMER NYC
Address                               Address   BANK OF AMERICA, N.A., NY
                                              NEW YORK  NY

Country                               Country   US
ABA / Routing                         ABA / Routing   026009593

**Beneficiary**      Name   DIGITAL ALTTITUDE LLC

            Address  16192 COASTAL HWY

                 LEWES, DE 19958-3608

         Account  ████████2263

         Country  UNITED STATES

**Originator Reference**   FX831

**Originator to Beneficiary Info**   FX831
(Purpose)

**Bank to Bank Info**

**Note:**  *The Bank Secrecy Act requires proper identification and complete information from the wire transfer originator and beneficiaries. BB&T clients who present funds from an outside source are requested to deposit funds to their account and send the wire via debit of said account.*

SEE FOLLOWING PAGES FOR ADDITIONAL CONTRACTUAL WIRE INFORMATION
I certify that the information concerning this wire transfer is correct and agree to be bound to the Terms and Conditions on the following pages of this agreement.

**Client Acknowledgement:**

Did you receive wire instructions via email/fax?    ☑ YES    ☐ NO

If YES, have you validated the wire instructions?    ☑ YES    ☐ NO

ARTHUR DAVID
Client / Authorized Company Representative          Client / Authorized Company Representative Signature

ALLYSON E FULGHUM / D06307                          14-SEP-2016
Bank Associate                                      Date

Requested By (if applicable)                        Date

EX 2
37

BB&T Wire Transfer Operations

**BB&T**

GRACE A BEAMAN CONSULTING

AYDEN                    NC ██████████

We have completed this wire transfer request.  Your BB&T account
has been debited for the net amount shown below.

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
TRN DATE              20160914          TRN NUM    00005854
AMOUNT                27,025.00         ACCOUNT # DDA - ████████████
REFERENCE #               FX831
DATE                      09/14/2016
TIME                      11:57:04
ORIGINATOR                ARTHUR DAVID BEAMAN

                          AYDEN   NC ████████████
BENEFICIARY BANK          BANK OF AMERICA, NATIONAL ASSO
BENEFICIARY BANK #
BENEFICIARY NAME          DIGITAL ALTTITUDE LLC
BENEFICIARY ACCOUNT       ████████2263
ORIGINATOR TO BENE INFO   FX831
ORIGINATING BANK INFORMATION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

Thank you for banking with BB&T. Please contact your local BB&T
financial center or call 1-800-BANK BBT (1-800-226-5228) for
questions regarding this wire transfer.

BB&T, Member FDIC.

EX 2
38

Attachment F



## DIGITAL ALTITUDE MEMBER PURCHASE AGREEMENT

Member Purchase Agreement ("Agreement") is entered into between the Purchaser ("Member") and Digital Altitude, LLC. ("Company") located at 16192 Coastal Hwy, Lewes, DE 19958.

By entering into this Agreement, Member is purchasing or upgrading to a Digital Altitude Membership into any of the foregoing digitally delivered suites of online training: ASPIRE monthly memberships, BASE, RISE, ASCEND, PEAK & APEX core products, BUNDLES or TRAFFIC.

## FULL POWER AND AUTHORITY
Member represents and warrants that: (i) you have the full power and authority to enter into and perform under this Agreement; (ii) execution and performance of this Agreement does not constitute a breach of, or conflict with, any other agreement or arrangement by which you are bound; (iii) the terms of this Agreement are legal, valid, and binding obligation, enforceable against you; (iv) all content you create to promote Company, it's Site, the Content or Service was created without any contribution of any kind from Company including, without limitation, editorial control or approval, that any suggestions regarding content received from Company are made "as-is" and without any warranty; and that you have had all marketing materials created by you reviewed by competent legal counsel and solely assume all responsibility for it; (v) you are at least 18 years of age, (vi) your use of the Site and Content is legal in, and does not violate any laws or rules of, the jurisdictions in which you reside or from which you use or otherwise access the Site, (vii) all information (if any) provided by you to us is correct, (viii) your use of the Site, Content and Services shall be in accordance with this Agreement and your Affiliate Agreement and the Policies and Procedures of Company if you are an affiliate and (ix) you are capable of assuming, and do assume, any risks related to the use of the Site, Content and Services.

## MONTHLY ASPIRE SUBSCRIPTIONS
*Trial Subscriptions:* The Digital Altitude membership may start with a free/discounted trial period for ASPIRE WALKER, HIKER and/or CLIMBER. The trial period of the membership lasts for 14 days, or as otherwise specified during sign-up. For combinations with other offers, restrictions may apply. Trials are for new Members only. Digital Altitude reserves the right, in its absolute discretion, to determine Member's trial eligibility. The monthly regular retail recurring fee will be charged every 30 days, until canceled by Member. Company reserves the right to change the Membership fee at any time.

*Monthly Subscriptions:* Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude ASPIRE monthly subscription. Any refund request after the FOURTEEN (14) DAY time limit will not be honored. Member may cancel at any time.

*Annual Subscriptions:* For annual ASPIRE subscription purchases, Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude yearly subscription. Any refund request made after 14 days will not be honored.

If Member purchases Digital Altitude products or services that are subscription based, Member agrees to pay, and authorizes automatic recurring billing of the subscription fees with the credit card, or other payment methods on file, until subsequently canceled by Member. The Member's account will be charged every 30 days. Member understands and agrees that each automatic recurring billings of the subscription fees are non-refundable and will not be prorated as the service is deemed used when accessed. Member

authorizes Company to initiate debit entries from the account provided for the subscription fee, as well as any other purchases made on the Site. Member may cancel at any time by contacting Customer Care at support@digitalaltitude.co.

Products that are subscription based for Members and charged monthly are: ASPIRE WALKER, ASPIRE HIKER & ASPIRE CLIMBER.

Products for purchase Individually or Bundled include:
BASE, RISE, RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & TRAFFIC.

### B. Live Events
The events, information, venue and speakers listed on our Sites are subject to change without notification. Member has 60 days prior to the event to request a ticket deferral to the next event if Member cannot attend your scheduled event. Any request after the SIXTY (60) DAY time limit will not be processed. Any unused tickets will be forfeited and are not transferable to another event.

TICKET HOLDERS MAY NOT SELL, OFFER FOR SALE, OFFER AT AUCTIONS, RESELL, DONATE, ACT AS COMMERCIAL AGENT FOR ANOTHER PARTY OR OTHERWISE TRANSFER THEIR TICKETS IN ANY WAY WITHOUT THE SPECIFIC PRIOR WRITTEN CONSENT OF DIGITAL ALTITUDE.

### i.Ticket Transfers
Ticket transfers may be processed up to THIRTY (30) Days prior to the event. A $100 transfer fee will be applied to all ticket transfers.

### ii. Process for Guest Tickets Transfers
Once a Ticket purchase is confirmed, the Ticket Purchaser may only change the assignment of the Guests accompanying him/her a maximum of 2 times. Requests can be submitted to events@digitalaltitude.co

C. TRAFFIC PACKAGES do NOT include event tickets. TRAFFIC will be delivered no less than 90 days after the official launch date and will be released incrementally based on traffic supply until the number of clicks purchased have been delivered (See Digital Altitude Compensation Plan Document for details).

### REFUND/CANCELLATION POLICY
A. 72-Hour "No Hassles" Refund Policy on Product Bundles, TRAFFIC & Event inclusive products (RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & any PRE LAUNCH SPECIALS or BETA Products).

Due to the nature of the digital products, the accessibility of our products immediately upon purchase, and the reservation of your traffic packages and any applicable all-inclusive lodging & meal ticket(s) to the live event(s), there is a strict 72-hour refund policy, which begins on the date of purchase. Member may cancel at any time through your back office or by contacting Customer Care via email at support@digitalaltitude.co

### INVOLUNTARY TERMINATION
A Member's violation of any of the terms of the Agreement, including any amendments that may be made by Digital Altitude in its sole discretion, may result in any of the actions listed in Section 4.1, including the involuntary termination of his or her Member Agreement. Cancellation shall be effective on the date on which written notice is mailed, emailed, faxed, or delivered to the Member's last known address, email address, or fax number, or to his or her attorney, or when the Member receives actual notice of termination,

ADB

2

whichever occurs first. Where state laws on termination are inconsistent with this termination policy, the applicable state law shall apply.

Digital Altitude reserves the right to terminate all Membership Agreements upon thirty (30) days written notice in the event that it elects to: (a) cease business operations; (b) dissolve as a legal entity or (c) terminates the sale of its products and services via direct selling.

## VOLUNTARY CANCELLATION
A Member has a right to cancel at any time, regardless of reason. Cancellation must be submitted in writing to the Company at its principal business address or via email to support@digitalaltitude.co. The written notice must include the Member's signature, printed name, address, and Member I.D. Number.

## NON-RENEWAL
A Member may also voluntarily cancel his or her Member Agreement by failing to renew the Agreement on its anniversary date. The Company may also elect not to renew a Member Agreement upon his/her anniversary date.

## TERMINATION
Membee agrees that, under certain circumstances, Company may suspend or terminate Member's use of the Site or Service, including without limitation, if Company believes, in our sole and absolute discretion, that Member has breached any term of this Agreement. Member acknowledges and agrees that all suspensions and terminations shall be made in Company's sole discretion and that Company shall not be liable to Member or any other party for said suspension and termination.

Upon termination, Member license to use the Site, Content or Service and everything accessible by or through the Site, Content or Service shall terminate and the remainder of this Agreement shall survive indefinitely unless and until we chose to terminate it.

Upon termination of any part of this Agreement for any reason, we shall make reasonable efforts to ensure that your User Content is inaccessible and cease use of it; however, Member acknowledges and agrees that: (i) caching of, copies of, or references to the User Content may not be immediately removed or possible to remove; (ii) such removed User Content may continue in backups (not available to others) for a relatively short period of time; and such removed User Content may continue to be available (and stored on our servers) through the accounts of other programs.

## PRIVACY POLICY
Company respects Member privacy and permits Member to control the treatment of Member's personal information. A complete statement of Company's current privacy policy (the "Privacy Policy") can be found here http://www.digitalaltitude.co/privacy-policy. Company's Privacy Policy is expressly incorporated into this Agreement by this reference. When Member is required to submit information to use or access the Site, Content or Service, Member must complete the registration process by providing the information requested on the form. Member agrees to the terms in Company's Privacy Policy regarding the use of the information submitted.

## CHANGES TO THE AGREEMENT
Digital Altitude reserves the right to amend this Agreement in its sole and absolute discretion. By entering into the Membership Agreement, Member agrees to abide by all amendments or modifications that Digital Altitude elects to make. Amendments shall be effective 30 days after publication of notice that the Agreement has been modified. Amendments shall not apply retroactively to conduct that occurred prior to the effective date of the amendment. Notification of amendments shall be published by one or more of the following methods: (a) posting on the Company's official web site; (b) electronic mail (e-mail); (c) posting in Membership site; (d) inclusion in Company periodicals; or (e) special mailings. In the event of substantive changes, Member will be required to affirmatively assent to the changes. For other changes, the

ADB

3

EX 2
42

continuation of a Member's Digital Altitude membership, the acceptance of any benefits under the Agreement, constitutes acceptance of the amendments.

## LICENSE

Company owns and licenses all intellectual property and other rights, title, and interest in and to the Site, Content and Service, and the materials accessible on the Site and Service, except as expressly provided for in the Agreement. Without limitation, Company owns the trademarks, copyrights and certain technology used in making the Site, its Content and Service available. Except as specifically allowed in this Agreement, the copying, redistribution, use or publication by you of any Content or Service is strictly prohibited. We grant Member a limited revocable license to access and use the Site, Content and our Service for its intended purposes, subject to Member compliance with this Agreement, and Company Policies and Procedures. The revocable license does not include the right to collect or use information contained on the Site or through the Service for purposes that Company prohibits or to compete with Company. No ownership or other interest or other license in or to any patent, copyright, trademark, trade secret and other intellectual property right or to the Content is being granted, assigned or transferred in this Agreement or by reason of your access to, and use of, the Site, Content or Service. If Member uses the Site or our Service in a manner that exceeds the scope of this license or breaches any relevant agreement, Member's license shall terminate immediately.

## CONFIDENTIALITY

For the purposes of this Agreement, "Confidential Information" shall be deemed to include all the information and materials that: (i) if in written format is marked as confidential, or (ii) if disclosed verbally is noted as confidential at time of disclosure or (iii) in the absence of either (i) or (ii) is information which a reasonable party would deem to be non-public information and confidential, including, without limitation, all information provided on or through the Site or Service, trade secrets, inventions, research methods and projects, methods of compiling information, methods of creating database, data processing programs, software, computer models, source and object codes, product formulations, strategies and plans for future business, product and service development and ideas, potential acquisitions or divestitures, marketing ideas, financial information including with respect to costs, commissions, fees, profits and sales, mailing lists, information concerning our affiliates and customers, potential affiliates and customers and suppliers, and employee information including their respective salaries, bonuses, benefits, qualifications, abilities and contact information.

Member acknowledges and agrees that the nature of the Confidential Information to which Member has, and will continue to have, access to derives value from the fact that it is not generally known and used by others in the highly competitive, international industry in which Digital Altitude competes.

Member acknowledges that Member is receiving the Confidential Information in confidence and will not publish, copy or disclose any Confidential Information without prior written consent from Company. Member further agrees that Member shall not attempt to reverse engineer, de-compile or try to ascertain the source code to our software or any other software supplied hereunder.

Member agrees that all originals and any copies of the Confidential Information remain the property of Company. Member shall reproduce all copyright and other proprietary notices, if any, in the same form that they appear on all the materials provided by us, on all permitted copies of the Confidential Information made by Member. Member agrees to return all originals and copies of all Confidential Information in possession or control to us upon request.

## USE OF THE SITE, CONTENT AND SERVICE

Member may only use the Site, Content and Service to log in to the Members area, as expressly permitted in writing by us. Member may not cause harm to the Site or Service. Specifically, but not by way of limitation, Member may not: (i) interfere with the Site, Content or Service by using viruses, programs, or technology designed to disrupt or damage any software or hardware, or which attempts to assess the

vulnerability of, or actually violates, any security feature; (ii) access any content or data not intended for you, or log into an account or server that you are not authorized to access; (iii) modify, create derivative works, reverse engineer, decompile or disassemble any technology used to provide the Site or our Service; (iv) use a robot, spider or other device or process to monitor the activity on or copy pages from the Site or our Service, except in the operation or use of an Internet "search engine," hit counters, or similar technology; (v) collect electronic mail addresses or other information from third parties by using the Site or our Service; (vi) impersonate another person or entity; (vii) engage in any activity that interferes with another user's ability to use or enjoy the Site, or content or our Service; (viii) assist or encourage any third party in engaging in any activity prohibited by this Agreement; (ix) co-brand the Site, or content or our Service; (x) frame the Site or Service; (xi) hyperlink to the Site or Service, without the express prior written permission of an authorized representative of Company; (xii) use the Site, Content or Service, in whole or in part, for any purpose that is unlawful, immoral, or prohibited by this Agreement or any applicable local, state, or federal law, rule, or regulation; (xiii) use the Site, Content or Service in any manner that could damage, disable, overburden, or impair the Site or Service; (xiv) circumvent, or attempt to circumvent, any security feature of the Site; (xv) upload, e-mail or otherwise transmit to or through the Site or Service, any advertising, promotional, or other unauthorized communication, including, without limitation, "junk mail," "surveys," unsolicited e-mail, "spam," "chain letters," or "pyramid schemes;" or (xvi) incorporate data from any of our databases into any emails or other "white pages" products or services, whether browser-based, based on proprietary client-side applications, or web-based, without our prior, express and written consent.

By purchasing any of our products or services, Member agrees that Member's use of the product or service is limited by this Agreement as well.

Membership areas of the Site are password restricted to registered users. If Member has registered as an authorized user to gain access to these password protected areas, Member agrees that you are entirely responsible for maintaining the confidentiality of your password, and agree to notify us if the password is lost, stolen, disclosed to an unauthorized third party, or otherwise may have been compromised. Member agrees that you are entirely responsible for any and all activities that occur under your account, including any fees that may be incurred under Member password-protected account, whether or not Member is the individual who undertakes such activities. Member agrees to immediately notify us of any unauthorized use of Member account or any other breach of security in relation to Member password or the Site that is known to Member.

## COMPLIANCE WITH INTELLECTUAL PROPERTY LAWS
When accessing the Site or using the Content or Service, Member agrees to obey the law and to respect the intellectual property rights of others. Members use of the Service, Content and Site is at all times governed by and subject to laws regarding intellectual property ownership. Member agrees not to upload, download, display, perform, transmit, or otherwise distribute any information or content in violation of any third party's copyrights, trademarks, or other intellectual property or proprietary rights. Member agrees to abide by laws regarding intellectual property ownership and use, and Member shall be solely responsible for any violations of any relevant laws and for any infringements of third party rights caused by any content Member provides or transmits, or that is provided or transmitted using Members user name. The burden of proving that any content does not violate any laws or third party rights rests solely with Member.
All trademarks, service marks, trade names and copyrights displayed on the Site or in the Content are proprietary to us or their respective owners. Member acquires no rights or licenses in or to any trademarks, service marks, trade names or copyrights displayed on the Site. Member may not reproduce, republish, distribute, assign, sublicense, retransmit, sell, or prepare derivative works of the Site or Content, or resell or make our Service available to others. All rights in and to the Site, Service and our Content not expressly granted in this Agreement remain in us or in our licensors.

## ALLEGED VIOLATIONS
Company reserves the right to suspend or terminate your use of any Service, Content or Site. To ensure that Company provides a high quality experience for you and for other users of the Site, Content and

Service, you agree that Company or its representatives may access your account and records on a case-by-case basis to investigate complaints or allegations of abuse, infringement of third party rights or other unauthorized uses of the Site, Content or Service. Company does not intend to disclose the existence or occurrence of such an investigation unless required by law, but Company reserves the right to suspend or terminate Member's account or access to the Site immediately, with or without prior notice to Member, and without liability to Member, if Company believes that Member has violated any of this Agreement, furnished Company with false or misleading information, or interfered with use of the Site, Content or the Service by others.

## PRODUCT & SERVICE WARRANTY DISCLAIMER

*Digital Altitude cannot provide Members with any personal tax or legal advice. Members should consult with their own tax accountant, tax attorney, or other tax professional.*
EXCEPT AS EXPRESSLY MADE BY THE COMPANY IN WRITING, THE COMPANY MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANSHIP, NON-INFRINGEMENT OR ANY OTHER WARRANTY ARISING BY LAW, STATUTE, USAGE OF TRADE OR COURSE OF DEALING CONCERNING ANY PRODUCT OR SERVICE PURCHASED FROM OR THROUGH THE COMPANY. WE MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY, RELIABILITY, AVAILABILITY, TIMELINESS, AND ACCURACY OF THE SITE, THE SERVICE OR THE CONTENT CONTAINED ON THE SITE FOR ANY PURPOSE.TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL PRODUCTS AND SERVICES OF THE COMPANY ARE PROVIDED "AS IS," "WITH ALL FAULTS," AND "AS AVAILABLE." THE COMPANY DOES NOT WARRANT THAT ITS PRODUCTS OR SERVICES WILL BE COMPATIBLE WITH ANY HARDWARE OR SOFTWARE SYSTEMS OR THAT ONLINE SERVICES WILL BE UNINTERRUPTED OR ERROR FREE. THE COMPANY DOES NOT WARRANT THAT ANY WEBSITE OPERATED, SPONSORED OR HOSTED BY THE COMPANY OR ANY OF ITS AFFILIATES WILL BE UNINTERRUPTED OR FREE FROM ERROR. THE COMPANY IS NOT RESPONSIBLE FOR INTERRUPTED, INACCESSIBLE OR UNAVAILABLE NETWORKS, SERVER, SATELLITES AND/OR SERVICE PROVIDERS; OR FOR MISCOMMUNICATIONS, FAILED, JUMBLED, SCRAMBLED, DELAYED OR MISDIRECTED COMPUTER, TELEPHONE OR CABLE TRANSMISSIONS; OR FOR ANY TECHNICAL MALFUNCTIONS, FAILURES OR DIFFICULTIES. MEMBERS USE OF THE SITE, SERVICE AND CONTENT IS AT YOUR SOLE RISK. ALTHOUGH OUR CONTENT MAY BE UPDATED FROM TIME TO TIME, IT MAY BE OUT OF DATE AND/OR MAY CONTAIN INACCURACIES OR TYPOGRAPHICAL ERRORS. WE ARE NOT RESPONSIBLE FOR YOUR INABILITY OR FAILURE (FOR ANY REASON) TO ACCESS THE SITE OR CONTENT OR OTHERWISE USE OR RECEIVE INFORMATION OR SERVICE FROM OR REGARDING THE SITE, CONTENT, OR YOUR PURCHASES FROM US. MEMBER ASSUMES THE RISK OF ANY AND ALL DAMAGE OR LOSS FROM USE OF, OR INABILITY TO USE, THE SITE OR SERVICE.
WE ARE NOT RESPONSIBLE OR LIABLE FOR MAINTAINING ANY CONSUMER DATA OR FOR THE DELETION, CORRUPTION, DESTRUCTION, DAMAGE, LOSS OR FAILURE OF ANY CONSUMER DATA OR FOR ANY THIRD PARTY ACCESS TO ANY CONSUMER DATA.

## LIMITED LIABILITY

TO THE MAXIMUM EXTENT PERMITTED BY LAW, WE AND OUR AFFILIATED PARTIES SHALL HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF ANY CONTENT OR OTHER INFORMATION OR SERVICE RELATED TO THE SITE AND SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, OR LITIGATION), (I) ARISING FROM ANY DECISION MADE OR ACTION TAKEN BY MEMBER IN RELIANCE UPON THE CONTENT OR OUR PRODUCTS OR SERVICE, (II) ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OR PERFORMANCE OF THE SITE OR CONTENT, OR WITH THE DELAY OR INABILITY TO USE THE SITE, CONTENT, OR RELATED SERVICE, OR FROM THE USE OR MISUSE OF ANY INFORMATION,

ADB

6

SOFTWARE, PRODUCTS, SERVICES, RELATED GRAPHICS, AND CONTENT OBTAINED THROUGH THE SITE, (III) ANY INCORRECT OR MISSING INFORMATION OR DATA, OR (IV) OTHERWISE ARISING OUT OR RESULTING FROM LOSS OF YOUR DATA OR INFORMATION, WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. OUR MAXIMUM LIABILITY, IF ANY, FOR ANY LOSS OR DAMAGE RELATING TO OR ARISING OUT OF MEMBERS USE OF THE SITE OR ANY CONTENT WILL NOT EXCEED THE LESSER OR ACTUAL DAMAGES OR THE CHARGES PAID BY YOU TO US FOR THE SITE FOR A PERIOD OF TWO MONTHS.

THE ABOVE LIMITATIONS AND EXCLUSIONS SHALL APPLY TO MEMBER TO THE FULLEST EXTENT THAT APPLICABLE LAW PERMITS, IN ALL ACTIONS OF ANY KIND, WHETHER BASED ON CONTRACT, TORT (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE) OR ANY OTHER LEGAL OR EQUITABLE THEORY. ANY CLAUSE DECLARED INVALID SHALL BE DEEMED SEVERABLE AND NOT AFFECT THE VALIDITY OR ENFORCEABILITY OF THE REMAINDER OF THESE TERMS OF USE.

## INCOME DISCLAIMER

The income disclaimer posted on our website at http://www.digitalaltitude.co/disclaimer is incorporated herein by reference and Member hereby represents that Member has read and understand it. Company, its managers, or members may receive an affiliate commission when Member purchases some of the products or services that we recommend on our Site or Service. By entering into this Agreement, Member acknowledges that Member has been informed of such payments, consent to payments of affiliate commissions, and that such payments are fair and reasonable.

## RELATED SITES

Company has no control over, and no liability for any third party sites or materials ("Third Party Sites"). Company works with a number of partners and affiliates whose Internet sites may be linked with the Site. Because Company has no control over the content and performance of these Third Party Sites, Company makes no guarantees about the accuracy, currency, content, or quality of the information provided by such Third Party Sites, and Company assumes no responsibility for unintended, objectionable, inaccurate, misleading, or unlawful content that may reside on those Third Party Sites. Similarly, from time to time in connection with your use of the Site, Member may have access to content items (including, but not limited to, websites) that are owned by third parties. Member acknowledges and agrees that Company makes no guarantees about, and assumes no responsibility for, the accuracy, currency, content, or quality of Third Party Sites, and that, unless expressly provided otherwise, this Agreement shall govern your use of any and all Third Party Sites.

Members linking to such Third Party Sites is at your own risk. We do not investigate, monitor, or check such Third Party Sites for accuracy or completeness. We are not responsible for the availability of these Third Party Sites, nor are we responsible for the aesthetics, appeal, suitability to taste or subjective quality of informational content, advertising, products or other materials made available on or through such Third Party Sites. We are providing these links to Member only as a convenience and may discontinue providing such links at any time in our sole discretion without notice to Member. No endorsement of any third party content, information, data, opinions, advice, statements, goods, services or products is expressed or implied by any information, material or content of any Third Party Site contained in, referred to, included on, or linked from or to, the Site. Under no circumstances shall we or any affiliated providers be held responsible or liable, directly or indirectly, for any loss, injury, or damage caused or alleged to have been caused to Member in connection with the use of, or reliance on, any content, information, data, opinions, advice, statements, goods, services, or products available on such Third Party Sites. Member should direct any concerns to the respective Third Party Site's administrator or webmaster. Any links to Third Party Sites

EX 2
46

do not imply that we are legally authorized to use any trademark, trade name, logo or copyright symbol displayed in or accessible through such links, or that any linked Third Party Site is authorized to use any trademark, trade name, logo or copyright symbol of ours.

## NOTICES

All notices required or permitted to be given under this Agreement will be in writing and delivered to the other party by any of the following methods: (i) U.S. Mail, (ii) overnight courier, or (iii) electronic mail. If you give notice to us, you must use the following address: Digital Altitude, LLC., 16192 Coastal Hwy, Lewes, DE 19958. If Company provides notice to you, Company will use the contact information provide by you to us. All notices will be deemed received as follows: (A) if delivery by U.S. mail, seven business days after dispatch, (B) if by overnight courier, on the date receipt is confirmed by such courier service, or (C) if by electronic mail, 24 hours after the message was sent, if no "system error" or other notice of non-delivery is generated. If applicable law requires that a given communication be "in writing," you agree that email communication will satisfy this requirement.

## INDEMNITY

Member agrees to indemnify, defend, and hold Company, its managers, members, officers, directors, employees, consultants, agents, and representatives harmless from and against any and all actions, claims, demands, proceedings, liabilities, damages, judgments, settlements, fines, penalties, costs, and expenses, including attorney's fees and related costs, which (i) arise or in part from your act(s) or omission(s); (ii) arise from or are related to a breach Member has any express warranty contained herein; or (iii) failure to comply with this Agreement. We have no duty to reimburse, defend, indemnify, or hold Member harmless resulting from, relating to, or arising out of, this Agreement, the Site, or Members access to or use of the Site or Content.

If an action is brought against Company in respect to any allegation for which indemnity may be sought, Company will promptly notify Member of any such claim of which it becomes aware and will: (i) provide reasonable cooperation to Member at your expense in connection with the defense or settlement of any such claim; and (ii) be entitled to participate at its own expense in the defense of any such claim. Company agrees that you will have sole and exclusive control over the defense and settlement of any such third party claim. However, Member agrees not to acquiesce to any judgment or enter into any settlement that adversely affects Company's rights or interests without the prior written consent of Company.

## WAIVER

If, for whatever reason, a court of competent jurisdiction finds any term or condition in this Agreement to be unenforceable, all other terms and conditions will remain unaffected and in full force and effect. No waiver or any breach of any provision of this Agreement shall constitute a waiver of any prior, concurrent, or subsequent breach of the same or any other provisions hereof, and no waiver shall be effective unless made in writing and signed by an authorized representative of the waiving party. The Company never gives up its right to insist on compliance with the Agreement and with the applicable laws governing the conduct of a business. No failure of Digital Altitude to exercise any right or power under the Agreement or to insist upon strict compliance by a Member with any obligation or provision of the Agreement, and no custom or practice of the parties at variance with the terms of the Agreement, shall constitute a waiver of Digital Altitude's right to demand exact compliance with the Agreement. The existence of any claim or cause of action of a Member against Digital Altitude shall not constitute a defense to Digital Altitude's enforcement of any term or provision of the Agreement.

## MODIFICATIONS

Company may, in its sole discretion and without prior notice, (i) revise this Agreement; (ii) modify the Site, Content or the Service, and (iii) discontinue the Site, Content or Service at any time for any revision. Company shall post any revision to this Agreement to the Site, and the revision shall be effective immediately upon such posting. In the event of substantive changes to this Agreement, you will be notified of the changes and required to consent to the new terms. If any modification is unacceptable to Member,

ADB

the only recourse is not to use the Site and Service and to request an immediate termination of the membership. Members express consent or continued use of the Site, Content or our Service following posting of a change notice or new Agreement on the Site will constitute binding acceptance of the changes.

## COMPLAINTS & GRIEVANCES

When a Member has a grievance or complaint with another Member or Affiliate regarding any practice or conduct in relationship to their respective Digital Altitude businesses, the complaining Member should first report the problem to his or her Sponsor who should review the matter and try to resolve it with the other party's upline sponsor. If the matter involves interpretation or violation of Company policy, it must be reported in writing to the Compliance Department at the Company. The Compliance Department will review the facts and attempt to resolve it.

## MEDIATION & ARBITRATION

Prior to instituting an arbitration as provided below, the parties shall meet in good faith and attempt to resolve any dispute arising from or relating to the Agreement through non-binding mediation. One individual who is mutually acceptable to the parties shall be appointed as mediator. The mediation shall occur within 30 days from the date on which the mediator is appointed. The mediator's fees and costs, as well as the costs of holding and conducting the mediation, shall be divided equally between the parties. Each party shall pay its portion of the anticipated shared fees and costs at least 10 days in advance of the mediation. Each party shall pay its own attorney's fees, costs, and individual expenses associated with conducting and attending the mediation. Mediation shall be held in Tampa, Florida and shall last no more than one business day.

If mediation is unsuccessful, any controversy or claim arising out of or relating to the Agreement, or the breach thereof, shall be settled by arbitration except as otherwise set forth herein. The parties waive all rights to trial by jury or to any court.

NO CLASS ACTION, OR OTHER REPRESENTATIVE ACTION OR PRIVATE ATTORNEY GENERAL ACTION OR JOINDER OR CONSOLIDATION OF ANY CLAIM WITH A CLAIM OF ANOTHER PERSON OR CLASS OF CLAIMANTS IS ALLOWED.

Except as expressly set forth herein, all disputes, claims and controversies relating to or arising out of the Agreement shall be settled totally and finally by arbitration in Tampa, Florida and administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules (the "Rules") except as amended by these Policies and Procedures.

There shall be one arbitrator who shall be an attorney who shall have expertise in business law transactions, and preferably an attorney knowledgeable in the direct selling industry. Each party to the arbitration shall be responsible for its own costs and expenses of arbitration, including legal and filing fees. If a Member files a claim or counterclaim against the Company, a Member shall do so on an individual basis and not with any other Member or as part of a class action. A party may appear at the arbitration by telephone, video conference, or similar technology if the total amount of the claim does not exceed $2,500. The presentations of parties in the arbitration proceeding shall be commenced and completed within sixty (60) days after the selection of the arbitrator, and the arbitrator shall render his or her decision in writing within thirty (30) days after the completion of such presentations. The decision of the arbitrator shall be final and binding on the parties and may, if need be, be reduced to a judgment in any court of competent jurisdiction. At the request of any party, the arbitrator shall make and provide to the parties written findings of fact and conclusions of law. This agreement to arbitrate shall survive any termination or expiration of the Agreement.

Notwithstanding the Rules, the following shall apply to all arbitration actions:

➢ The Federal Rules of Evidence shall apply in all cases;

ADB

9

EX 2
48

➢ The parties shall be entitled to all discovery rights permitted by the Federal Rules of Civil Procedure;

➢ The parties shall be entitled to bring motions under Rules 12 and/or 56 of the Federal Rules of Civil Procedure;

➢ The parties shall be allotted equal time to present their respective cases, including cross-examinations.

➢ The parties and the arbitrator shall maintain the confidentiality of the entire arbitration process and shall not disclose, unless otherwise required by law, to any person not directly involved in the arbitration process:

➢ The substance of, or basis for, the controversy, dispute, or claim;

➢ The content of any testimony or other evidence presented at an arbitration hearing or obtained through discovery in arbitration;

➢ The terms or amount of any arbitration award; or

➢ The rulings of the arbitrator on the procedural and/or substantive issues involved in the case.

Notwithstanding the foregoing, the arbitrator shall have no jurisdiction over disputes relating to the ownership, validity, use or registration of any copyright, or other intellectual property or Confidential Information of the Company without the Company's prior written consent. The Company may seek any applicable remedy in any applicable forum with respect to these disputes. In addition to monetary damages, the Company may obtain injunctive relief against a Member for any violation of the Agreement or misuse of the Company's trademarks, copyrights or Confidential Information.

Nothing in this provision shall prevent a party from applying to and obtaining from any court having jurisdiction a writ of attachment, a temporary injunction, preliminary injunction and/or other injunctive or emergency relief available to safeguard and protect the party's interests prior to the filing of or during or following any arbitration or other proceeding or pending the handing down of a decision or award in connection with any arbitration or other proceeding.

Nothing contained herein shall be deemed to give the arbitrator any authority, power or right to alter, change, amend, modify, add to, or to subtract from any of the provisions of the Member Agreement, Compensation Plan or the Agreement. The arbitrator shall not have the power to rule upon or grant any extension, renewal or continuance of the Agreement. The arbitrator shall not have the power to award special, incidental, indirect, punitive or exemplary, or consequential damages of any kind or nature, however caused.

Any modification of this arbitration provision shall not apply retroactively to any dispute which arose or which the Company had notice of before the date of modification.

## GOVERNING LAW & JURISDICTION

This Agreement shall be construed in accordance with and governed by the laws of the United States and the State of Delaware, without reference to their rules regarding conflicts of law. You hereby irrevocably consent to the exclusive jurisdiction of the state or federal courts in Sussex County, Delaware USA in all disputes arising out of or related to the use of the Site, Content or Service. Except as set forth in this Agreement, the Federal Arbitration Act shall govern all matters relating to arbitration. In the event of a dispute between a Member and Company arising from or relating to the Agreement, or the rights and obligations of either party, the parties shall attempt in good faith to resolve the dispute through confidential, nonbinding mediation as more fully described in the Policies and Procedures. Company shall not be obligated to engage in mediation as a prerequisite to disciplinary action against a Member. If the parties are unsuccessful in resolving their dispute through mediation, the dispute shall be settled totally and finally by arbitration as more fully described in the Policies and Procedures, which is incorporated herein by reference.

Notwithstanding the foregoing, either party may bring an action before the courts seeking a restraining order, temporary or permanent injunction, or other equitable relief to protect its intellectual property rights, including but not limited to customer and/or affiliate lists as well as other trade secrets, trademarks, trade names, patents, and copyrights. The parties may also seek judicial enforcement of an arbitration award. This Agreement does not limit any rights or remedies that we or our suppliers, licensors or other similar entities, may have under trade secret, copyright, patent, trademark or other laws.

Louisiana Residents: Notwithstanding the foregoing, and the mediation and arbitration provisions allow that residents of the State of Louisiana shall be entitled to bring an action against Digital Altitude in their home forum and pursuant to Louisiana law.

## DELAYS

Digital Altitude shall not be responsible for delays or failures in performance of its obligations when performance is made commercially impracticable due to circumstances beyond its reasonable control. This includes, without limitation, acts of terrorism, natural disasters, strikes, labor difficulties, riot, war, fire, death, curtailment of a party's source of supply, acts or omissions of third parties, disruption in communications systems or government decrees or orders.

## SEVERABILITY

If any provision of the Agreement, in its current form or as may be amended, is found to be invalid or unenforceable for any reason, only the invalid portion(s) of the provision shall be severed and the remaining terms and provisions shall remain in full force and effect. The severed provision, or portion thereof, shall be reformed to reflect the purpose of the provision as closely as possible.

## NOTICE

Any communication, notice or demand of any kind whatsoever, which either the Member or the Company may be required or may desire to give or to serve upon the other shall be in writing and delivered either (a) by electronic communication (whether by email or telecopy (if confirmed in writing sent by registered or certified mail, postage prepaid, return receipt requested or by personal service), (b) personally or by same day local courier services or overnight express delivery services; or (c) by registered or certified mail, postage prepaid, return receipt requested, or by personal service or overnight courier service. Notices delivered personally, by overnight express delivery service or by local courier service shall be deemed given as of actual receipt. Mailed notices shall be deemed given three Business Days after mailing. "Business Day" means any Monday through Friday other than any such day which, in the State of Delaware, is a legal holiday or a day on which banking institutions are authorized or required by law or regulation to close. Any such communication, notice or demand deemed to have been given or served on the date personally received by personal service or overnight courier service, on the date of confirmed dispatch if by electronic communication, or on the date shown on the return receipt or the other evidence if delivery is by mail. Any party may change its address for notice by giving written notice to the other in the manner provided in this Section.

## SURVIVAL

Any provision of the Agreement, which, by its terms, is intended to survive termination or expiration of the Member Agreement shall so survive, including, without limitation, the arbitration, non-competition, non-solicitation, trade secrets and confidential information covenants contained in the Agreement.

## BINDING EFFECT

This agreement (the "Agreement") applies to your use of the site at www.digitalaltitude.co (the "Site") or any information, materials, images, graphics, data, text, files, links, software, messages, communications, content, organization, design, compilation, magnetic translation, digital conversion, HTML, XML, Java code and other content related to the Site (collectively "Content"), services provided in connection with the Site (the "Service"), and any purchases Member make on the Site. Digital Altitude, LLC (the "Company") may amend them from time to time in its sole discretion. In the event of substantive changes to this Agreement, the new terms will be posted to the Site, you will be required to affirmatively assent to its terms, and

Member may also be notified by email. If any modification is unacceptable to Member, the only recourse is not to use the Site, Services, and Content and to request an immediate termination of your subscription.

**E-SIGNATURE NOTICE - CONSENT TO ELECTRONIC RECORD**
E-Sign, the Electronic Signatures in Global and National Commerce Act (15 U.S.C. 7001, et seq.), requires that Member consents to entering into an electronic agreement with Digital Altitude before a Digital Altitude Member Purchase Agreement can be executed. Please read the following information carefully:

a) If you enter into an online Member Purchase Agreement with Digital Altitude, Member will not be required to submit a paper application. An electronic record will evidence the entire agreement between Member and Digital Altitude. However, Member must consent to the use of an electronic record and must read the Digital Altitude Terms of Use, Digital Altitude Policies and Procedures, and electronically acknowledge that Member has read and agree to these documents.

b) To access these documents and submit your online Member Purchase Agreement, Member will need a personal computer/Mac with Internet access and operational Internet browser software.

This Agreement will be binding upon each party hereto and its successors and permitted assigns. This Agreement will not be assignable or transferable by Member without Company's prior written consent. This Agreement contains the entire understanding of the parties regarding use of the Site and Content, its subject and supersedes all prior and contemporaneous agreements and understandings between the parties regarding the same. Any rights not expressly granted herein are reserved. The provisions of this Agreement addressing disclaimers of representations and warranties, indemnity obligations, intellectual property and governing law shall survive the termination of this Agreement.
You consent to the use of electronic records evidencing your agreement to the Digital Altitude Terms of Use, Policies and Procedures, all of which can be found at www.DigitalAltitude.co

**I consent to the use of electronic records and have read, understand, and agree to the Digital Altitude Member Purchase Agreement.**

| | |
|---|---|
| _Arthur D. B____ | 09/16/2016 |
| Signature | Date |

Printed Name: __Arthur David Beaman__

Attachment G

# Igor Kheifets Solo Ads Invoice

Invoice For  **Grace Beaman Consulting, LLC**
Grace Beaman Consulting, LLC

Ayden NC ▮
United States
Edit your details

From  **Slackers With Cash LTD**

Date  19 October 2016
Status  Paid in full

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| (Dave Beaman) 500 Monthly Advertisement + Special VIP Discount + 10% Extra | 1 | $597.00 | $597.00 USD |

|  |  |
|---|---|
| Subtotal | $597.00 USD |
| Tax (0%) | $0.00 USD |
| Total | $597.00 USD |
| Amount Paid | $597.00 USD |

Invoice ID: Cpl1WUWODb6rAfn4S1QSQWbH0PaGPB5h

**Thank you for your business!**
Please email us if you have any questions about this payment and we'll be happy to help.

# Igor Kheifets Solo Ads Invoice

Invoice For
**Grace Beaman Consulting, LLC**
Grace Beaman Consulting, LLC

Ayden NC
**United States**
Edit your details

From   **Slackers With Cash LTD**

Date   **22 September 2016**
Status  **Paid in full**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Igor's Solo V.I.P Club Coaching, Priority Booking, Traffic Discounts & Monthly Injection Of High Quality Leads | 1 | $447.00 | $447.00 USD |

| | |
|---|---|
| Subtotal | $447.00 USD |
| Tax (0%) | $0.00 USD |
| Total | $447.00 USD |
| Amount Paid | $447.00 USD |

Invoice ID: DtvH5G7iVXkYMIxKdiLEwg5NHd1JOhKP

**Thank you for your business!**
Please email us if you have any questions about this payment and we'll be happy to help.

## DECLARATION OF SHANIKA BROWN

1.     My name is Shanika Brown.  I live in the Bronx, New York.  The following statements are within my personal knowledge.

2.     I am a Hostos Community College student and am studying education.  I live at home with my mother, and I am 21 years old.  In September 2016, I was looking for a way to make money online, so I could work from home and earn some supplemental income while I studied.

3.     I did some Google searching for work at home job opportunities, and I came across a website for Digital Altitude.  When I went to the website, it said that I could make real money online working from home.

4.     After I provided my name and email address, a video started playing with Michael Force speaking.  He said that you could sell Digital Altitude products to other people and make money at home, and even get prizes like a car.

5.     On or about September 7, 2016, I paid $1 and signed up with Digital Altitude online.   A true and correct redacted copy of my debit card statement showing this purchase is attached as **Attachment A**.  Once I joined, I started talking with a coach, Carlos.  I would speak with him over Skype.  He told me to watch a series of videos with Michael Force in them.  In the videos, Michael Force promised that I could leverage the Digital Altitude product to make money.

6.     Even after watching these videos, I didn't understand how the program worked. I thought I would be selling a real product, but I didn't know what that product was.

7.     I kept asking how I could make money and what I would be selling. Carlos told me I needed to keep watching the Michael Force videos.  Then he told me that the only way I could make money was to buy into the Rise level of Digital Altitude.  I asked if I would need to spend more money before I started earning money, and Carlos told me I wouldn't have to spend any more after paying for Rise.

8.      My mother lent me money so that I could pay for Rise.  On or about September 19, 2016, I used my debit card to pay $1,997 for Rise.  A true and correct redacted copy of my debit card statement showing this purchase is found in **Attachment A**.

9.      I feel like Carlos pressured me to buy Rise and to sign a contract with Digital Altitude.  He rushed me through the process and kept asking me if I was done reviewing the contract, which I signed.

10.      After I purchased Rise, Digital Altitude paired me with another coach, Dave Kosack.  He told me I had to spend even more money to start making money with Digital Altitude.  He said that the only way to make money was to try to get other people to buy into Digital Altitude like I did.  There was no product to sell.

11.      At this point, I didn't have any more money to spend on Digital Altitude.  I started doing more web searches on Digital Altitude and learned that the company was a scam.  I was very angry when I discovered this.  I discussed this with my mother and decided to cancel my subscription and try to get a refund.

12.      Once I discovered Digital Altitude was a scam, I complained to my coach, Dave Kosack and to the Better Business Bureau.  When I complained to Dave Kosack, he told me I had to contact Digital Altitude's customer service number to get a refund.  Then he stopped communicating with me.

13.      I called Digital Altitude's customer service number and tried to cancel my membership and get a refund.  They refused to give me a refund.  Instead, I got an email from Digital Altitude saying that they have many affiliates making money by referring members into the program.

14.      I didn't make any money with Digital Altitude—not one dime.  Digital Altitude lies to people about making money online, to get more people to scam out of their money.  If I had known I wouldn't make any money with Digital Altitude, I never would have joined.

15.     If I hadn't paid Digital Altitude my mother and I could have used the money to pay off debt or to pay for my tuition at school.  My mother raised me as a single mother and is supporting me while I go to school on her nursing assistant wages.  She was very upset that she lost money that she had saved to this scam, Digital Altitude.  And I feel terrible that, instead of helping my mother by earning money online, I lost her hard-earned money to this scam.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___11/21/2017___, 2017 at the Bronx, New York.


Shanika Brown

Shanika Brown Declaration Page 3

# Attachment A



P.O. Box 15284
Wilmington, DE 19850

SHANIKA ████ BROWN

BRONX, NY ████

**Customer service information**

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking

for August 23, 2016 to September 21, 2016

Account number: ████

████ SHANIKA ████ BROWN

## Account summary

| | |
|---|---|
| Beginning balance on August 23, 2016 | ██ |
| Deposits and other additions | ██ |
| Withdrawals and other subtractions | ██ |
| Checks | ██ |
| Service fees | ██ |
| **Ending balance on September 21, 2016** | ██ |

## Overdraft Protection helps you get peace of mind

**Overdraft Protection** helps you avoid overdraft fees and declined transactions by automatically transferring available funds when they're needed from one of your eligible Bank of America® accounts to an eligible checking account.*

Go to Profile & Settings then **Overdraft Protection** to enroll.

*Overdraft Protection transfer fees may apply.
©2016 Bank of America Corporation                SSM-01-16-8319.B                                      ARHVXVJR

PULL: B   CYCLE: 13   SPEC: 0   DELIVERY: P   TYPE:   IMAGE: A   BC: NJ

| August 23, 2016 to September 21, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

EX 3

60



## Your checking account

August 23, 2016 to September 21, 2016

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮▮▮ |

## Withdrawals and other subtractions



| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮ ▮ | ▮▮ |
| 09/07/16 | CHECKCARD  0902 DIGITALALTITUDE.CO 800-8207589  CA 24145726250900011754714 | -1.00 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮ | ▮▮ |
| ▮▮▮▮ | ▮▮▮▮ ▮ | ▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮ ▮ | ▮▮ |
| 09/19/16 | CHECKCARD  0918 PAYPAL *DIGITALALTI 402-935-7733 CA 24492156262894513439426 | -1,997.00 |
| ▮▮▮▮ | ▮▮▮▮▮ ▮ | ▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ |

---

# Leave paper behind

## Switch to secure paperless statements and documents today.

Update your paperless settings and get your eligible statements and documents online rather than by mail.
Easily access your documents in one secure and convenient location.

To switch in minutes, go to **Statements & Documents** and click on **Manage Paperless Settings**.

©2016 Bank of America Corporation

SSM-04-16-1305.B  |  AR7QKCS8

August 23, 2016 to September 21, 2016

This page intentionally left blank

## DECLARATION OF MISSY CAMPBELL
## PURSUANT TO 28 U.S.C. § 1746

I, Missy Campbell, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.     I am over 21 years of age and reside in Idaho.

2.     I am a retired waitress/bartender and switchboard operator.

3.     In about 2015 or 2016, I was looking online for ways to make some extra money from home, to supplement my Social Security income.

4.     I saw a lot of videos about Digital Altitude that were very convincing.  They said you could make money from home. Michael Force was in some of the videos. He made a lot of promises about how much you could make. He's a good talker and very persuasive.  The videos said I would have a mentor/coach available to me 24/7. Michael Force also said you could easily make at least a thousand dollars per week. Based on what he said, I believed that I could make about $500 a week with Digital Altitude's program.

5.     I paid for an initial membership. I think it was about $37, and then something additional to get into the program online. I don't remember the exact amount.

6.     I set up an appointment with someone who was supposed to be my mentor, but he was very standoffish. He told me I would need to spend about $2,000 to get further into the program.  I couldn't afford that.  He said we could talk again so I could give the program a try, but I was never able to reach him again.

7.     I sent several emails to Digital Altitude asking for my money back, within the time period required for cancellation. I did not get a response. I was not able to get my money back, even though the website said there was a money-back guarantee. I would not have even tried the program if there was no money-back guarantee.

8.      I think Digital Altitude is a scam. They promised things that they did not deliver.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____10/11_____, 2017   *Missy Campbell*
                                        Missy Campbell

## DECLARATION OF RICHARD FULTON

1.    My name is Richard Fulton. I live in Texas. The following statements are within my personal knowledge.

2.    In the summer of 2016, I became aware of a program called Digital Altitude.  I saw a post on Facebook, and followed a link in the post.  I was taken to a webpage that claimed "6 STEPS to 6-FIGURES Online in 90-Days or Less."  I entered my email address on the page, and got access to the first module, called "How To Make 6-Figures In 90-Days Or Less With Top Tier."

3.    Digital Altitude was offering a trial membership in their "Aspire" program for only one dollar.  I was interested in earning money by consulting and working from home, and it only cost one dollar, so I signed up for the trial.

4.    Once I became a member, I was assigned a coach.  You can't progress without calling your coach because the online modules and materials must be unlocked by your coach, manually, on the backend.  The materials include videos you need to watch before your coach will unlock the next modules.

5.    I watched these videos.  They had some general information about business, but I think you can get better quality materials elsewhere on the web. The videos seemed geared to get you interested in Digital Altitude's system, and the information they provided was focused on working with Digital Altitude, specifically.  Looking back on it, "Aspire" really was an indoctrination program.

6.    Digital Altitude's website, videos, and other materials explain that you can make money by convincing other consumers to join Digital Altitude and buy membership in its various levels.  My understanding, based on the website, materials, and conversations with my coaches, is that you would then get paid a commission on sales of membership levels to that consumer.  The higher membership levels cost more to buy, and selling them yields higher commissions.

1  However, you only get paid commissions on sales of membership levels that you

2  have already purchased yourself.

3       7.     Digital Altitude provides different coaches for different membership

4  levels.  In my experience, the coaches are high-pressure salesmen who push you to

5  buy the next membership level and to pay for "traffic," with the exception of the

6  very first coach.  My understanding is that the only way to purchase additional

7  membership levels is through your coach.

8       8.     My first coach welcomed me to Digital Altitude, and did not push me

9  to buy.  My second coach, Beau Ryan, was a top-notch sales guy.  My first

10  substantive call with him was scheduled in advance, and had around 10 other

11  people participating.  At the time, I believed they were other consumers who had

12  signed up with Digital Altitude, like me.  The call was mainly an aggressive sales

13  pitch from Beau Ryan.  He used group dynamics, including asking questions to

14  people on the call to pressure everyone to pay more money.  He had access to help

15  us apply for loans and tap other sources of funding so that we could pay Digital

16  Altitude more money.  The sales pitch was essentially that we could make more

17  money in commissions if we purchased higher levels of membership with Digital

18  Altitude.  Beau Ryan and other Digital Altitude representatives liked to use the

19  analogy of buying a franchise to sell Apple products.  If you have an Apple

20  franchise that sells all of Apple's products, but you've only bought a license to sell

21  iPhones, you will only make commissions on iPhone sales, and you will lose out

22  on the higher-level commissions for items like iPads and MacBooks.

23       9.     Beau Ryan gave me the hard sell to get me to pay for additional

24  Digital Altitude membership levels.  He told me that paying for the additional

25  membership levels would increase the money I would make with Digital Altitude.

26  My understanding was that I was buying a license to sell trainings online, and that

27  I would be making sales to people outside the company.  I believed that Digital

28  Altitude was going to help me build a real business, so I agreed.

Richard Fulton Declaration Page 2

10.     On or about June 3, 2016, I paid Digital Altitude $2,057 ($1,977 cost plus $60 "administrative fee") for membership in their "Rise" and "Base" levels via one charge to a Visa credit card.  (It is my understanding that "Rise" normally costs around $2,000 and "Base" normally costs around $600—I obtained "Base" at no additional charge as part of a promotional offer.)  Attached hereto as Attachment A is a true and correct copy of the invoice I received from Digital Altitude for this payment.

11.     On or about June 9, 2016, I paid Digital Altitude $27,804 ($26,794 cost plus $810 "administrative fee") for membership in their "Ascend" and "Peak" levels, via four separate charges to my credit cards.  Attached hereto as Attachment B is a true and correct copy of the invoice I received from Digital Altitude for these payments.

12.     Digital Altitude also offers "traffic" packages that promise to direct a certain number of people to your website or link online.  The "TipToe" traffic package costs $1,250 and promises to delivery 1,000 clicks.  The description for the package on Digital Altitude's website states "This package will get you into profit…."  Based on this description, and communications with a Digital Altitude representative, I bought two "TipToe" traffic packages, paying Digital Altitude $2,250.  Before I did so, I saved a copy of the Digital Altitude webpage that described the traffic packages.  Attached hereto as Attachment C is a true and correct copy of the printout of that file.  Despite the promise in the description, I did not make a profit.  According to Digital Altitude, these leads generated only two sales of a few hundred dollars.  I was paid a commission on one of those sales, for a total of $153.52.

13.     A few months after I first joined Digital Altitude, I realized that of the 12 modules that are advertised as being part of the "Base" membership level, numbers 7 through 12 were not available.  I raised this issue with my coach and submitted a formal support ticket through Digital Altitude's system.  Attached

1   hereto as Attachment D is a true and correct copy of the ticket I submitted,

2   including Digital Altitude's responses and my replies to them.  They initially

3   claimed that all of the modules were available, but eventually admitted that

4   modules 7 through 12 were not available, and explained that those modules were

5   still "in production."

6        14.   Digital Altitude requires its affiliates to use Digital Altitude's own

7   marketing materials when trying to get new consumers to join.  Those materials

8   claim that the "Base" membership level includes all 12 modules.  Once I learned

9   that half of the modules for the "Base" membership level did not actually exist yet,

10   I shut down all my marketing efforts.  I did not want to advertise something that

11   was not true.  I believe that would be fraud.

12        15.   Digital Altitude asks its members to attend daily conference calls led

13   by Digital Altitude representatives. I listened to several of these calls.  On the calls,

14   the Digital Altitude representatives would aggressively push members to spend

15   more money, telling us things like "go all in," or "go all the way."  In my

16   experience, the Digital Altitude representatives on these calls are high-pressure

17   salesmen, and know how to manipulate emotions on group calls.

18        16.   Many Digital Altitude affiliates market the program on Facebook.

19   Attached hereto as Attachment E is a true and correct copy of advertisements I saw

20   on Facebook, and printed from my computer.

21        17.   Digital Altitude has a separate private Facebook group for each

22   membership level.  In these groups, they make daily posts showing the dollar

23   amount of commissions that various affiliates have made that day, and

24   congratulating them.  But they don't show what the net gain was for those affiliates

25   on those sales.  During the time I participated, leads brought in through my account

26   resulted in two sales, on which I earned around $150 in commissions, but I spent

27   over $2,000 on advertising to do it.

28

Richard Fulton Declaration Page 4

18.     In total, I spent over $32,000 trying to make money online with Digital Altitude.  I made only $153.52 in commissions during the approximately two months I participated in the program.

19.     I attempted to recover the money I paid to Digital Altitude through my credit card companies.  I was able to recover all but about $10,000 of it through chargebacks.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/25/2017_____ , 2017 at Plano, TX.

_____

Richard Fulton

Richard Fulton Declaration Page 5

# Attachment A

# Invoice

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

| Date | Invoice # | Due Date |
|------|-----------|----------|
| June 11, 2016 | 63120 | 06/03/2016 |

TO:
Richard Fulton
REDACTED
REDACTED TX REDACTED
United States

SHIP TO:

Richard Fulton
?da=lei&t=penny

| Qty | Description | Unit Price | Total |
|-----|-------------|-----------|-------|
| 1 | RISE - $1,997.00 - RISE | $1,997.00 | $1,997.00 |
| 1 | BASE - $0.00 - BASE | $0.00 | $0.00 |
| 1 | 3% Administration Fee - $60.00 - Administration Fee | $60.00 | $60.00 |
| **Total Purchases** | | | **$2,057.00** |

**Payments Made**

| 6/3/2016 | Credit Card - Approved  Visa xxxxxxxxxxxx | $2,057.00 |
|----------|---------------------------------------------|-----------|
| **Total Payments & Adjustments** | | **$2,057.00** |

**Payments Due**

| 6/3/2016 | Current | $0.00 |
|----------|---------|-------|
| **Outstanding Balance** | | **$0.00** |
| **Balance Due Now** | | **$0.00** |

**Catherine Dasal**
Digital Altitude, LLC
cdasal@digitalaltitude.co

EX 5
71

# Attachment B

# Invoice

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

| Date | Invoice # | Due Date |
|------|-----------|----------|
| June 9, 2016 | 75976 | 06/09/2016 |

TO:
Richard Fulton
REDACTED
REDACTED TX  REDACTED
United States

SHIP TO:

Richard Fulton
?da=lei&t=penny

| Qty | Description | Unit Price | Total |
|-----|-------------|-----------|-------|
| 1 | ASCEND - $9,997.00 | $9,997.00 | $9,997.00 |
| 1 | PEAK - $16,997.00 | $16,997.00 | $16,997.00 |
| 1 | 3% Administration Fee - $810.00 | $810.00 | $810.00 |
| **Total Purchases** | | | **$27,804.00** |

## Payments Made

| | | |
|---|---|---|
| 6/9/2016 | Credit Card (Manual) - PAID | $10,297.00 |
| 6/9/2016 | Credit Card (Manual) - PAID | $5,507.00 |
| 6/9/2016 | Credit Card (Manual) - PAID | $4,000.00 |
| 6/9/2016 | Credit Card (Manual) - PAID | $8,000.00 |
| **Total Payments & Adjustments** | | **$27,804.00** |

## Payments Due

| | | |
|---|---|---|
| 6/9/2016 | Current | $0.00 |
| **Outstanding Balance** | | **$0.00** |
| **Balance Due Now** | | **$0.00** |

**Morgan Johnson**
Digital Altitude, LLC
mjohnson@digitalaltitude.co

(800) 820-7589 ext. 700

EX 5

73

# Attachment C



# TIP-TOE

## Traffic Package

If you're just getting started with Paid Traffic, you may want to take it slow and get your feet wet before you fully jump in. This package allows you to do just that. Designed as an entry point for members with a really low budget, it's not a serious way to build a full time income online. This package will get you into profit, but you will get to much higher profits much faster with one of our higher end packages...

**LEARN MORE**

# **Attachment D**



LINKWORKS ∨

CONTACT SUPPORT

SEARCH THE KNOWLEDGE BASE:

Search

SEARCH

DIGITAL ALTITUDE   MY ACTIVITIES

**Request #15909** For the Base course, when I try to access Lesson 7 or beyond, I am only taking to the list of the first 6 modules. How do I get to the remaining modules?

Saturday at 09:06

**Linkworks**

For the Base course, when I try to access Lesson 7 or beyond, I am only taking to the list of the first 6 modules. How do I get to the remaining modules?

------------

Submitted from: http://my.aspiresystem.co/products/base/course/



**Cathy**

Saturday at 14:44

You will want to contact your Coach and let them know about this. Communicating with your coach about your schedule, needs and speed that you want to move through the program are important. Your Coach is here to help you become successful in this venture and the best way to do that is to stick to the expert we've paired you with to achieve that goal!

Please send them a short email or ping them on Skype to request to have the other steps unlocked.

Hope this helps!
At Your Service,

ASPIRE Customer Care
Powered by Digital Altitude
1-800-820-7589

**Linkworks**

Saturday at 16:18

I still can't get to the modules. Following is the response from Beau at beau@theautomaticedge.com
<beau@theautomaticedge.com>
"Man everything is unlocked..." I have logged out and relogged in yet not one of the "ACCESS COURSE" links at http://my.aspiresystem.co/products/base/ allows me access to modules 7 through 12.



**Cathy**

Saturday at 19:42

Hi Richard,

There are only 6 BASE videos.

If you meant the training video from steps 7 to 12. They can be found on your 'SetUp' page.

EX 5
78

Hope this helps.
At Your Service,

ASPIRE Customer Care
Powered by Digital Altitude
1-800-820-7589



**Linkworks**

Saturday at 19:50

Take a look at http://my.aspiresystem.co/products/base/ and the 2 attached images. Modules 7 through 12 are clearly described. They are NOT the training videos.

Where do I get access to Modules 7 to 12? The topics are NOT incorporated in the initial 6 Base Videos which map directly to the Modules 1 to 6 descriptions and they are definitely NOT the topics covered in the training videos.

📎  BaseSection2.jpg (60 KB)

📎  BaseSection3.jpg (80 KB)



**Cathy**

Saturday at 19:53

We'll look into it Richard.

Thanks,
At Your Service,

ASPIRE Customer Care
Powered by Digital Altitude
1-800-820-7589

EX 5
79



## Linkworks

Yesterday at 12:20

Why is then in "Awaiting your reply" status? It requires action by DA not me. Confused.



## Customer Care

Today at 05:17

Hi there Richard- I'm so sorry about that, the Marketing team has more videos they are adding to the module that are in production. It appears the full list of modules was released before they uploaded all the videos.

Those additional videos you see are future launch versions we'll be adding as we grow. Right now, the module consists of the videos you see on the site.

At Your Service,

ASPIRE Customer Care
Powered by Digital Altitude
1-800-820-7589

Add file or drop files here

EX 5
80

Linkworks submitted this request

**Status**
Solved

**Priority**
—

**Assigned to**
Customer Care

**Attachments**

- 📎 BaseSection2.jpg (60 KB)
- 📎 BaseSection3.jpg (80 KB)

**CCs**
The following people will also be notified when this request is updated:

- 📎 Imran Maqbool

Submit a request

VISIT DIGITALALTITUDE.CO

# Attachment E



EX 5

83







## SECOND DECLARATION OF RICHARD FULTON

1.      My name is Richard Fulton. I live in Texas. The following statements are within my personal knowledge.

2.      As I described in my declaration of October 25, 2017, in 2016 I became a member of Digital Altitude and was given access to Digital Altitude's "Aspire" videos on Digital Altitude's website.  I saved copies of these videos to my computer, including the Aspire welcome video and the videos for "Aspire Step 1" to "Aspire Step 18."

3.      I also saw a video on another website that seemed designed to hook people in to Digital Altitude.  I saved a copy of that video to my computer.

4.      On or about February 15, 2017, I sent true and correct copies of the video files described above in Paragraphs 2 and 3 to an investigator at the Federal Trade Commission via the FTC's secure electronic file transfer system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 27th_, 2017 at _Plano, TX._

_____
Richard Fulton

## <u>DECLARATION OF GAIL SUSAN GRUBER</u>

1.     My name is Gail Susan Gruber.  I am usually called Sue Gruber.  I live in Coraopolis, Pennsylvania. The following statements are within my personal knowledge.

2.     In about August 2017, I was searching for a way to make money online. I conducted a Google search and came across videos promoting Digital Altitude. The videos said you could make six figures in a short amount of time. Based on what I saw, I expected I could make about $1,000 or $2,000 a month.

3.     It only cost a small amount of money–maybe $37– to get started, so I gave it a try. The first thing Digital Altitude does is put you in touch with a "mentor," which I realized later is really just a salesperson. My mentor was Armando Rendon. He unlocks the "steps," which are videos to watch. I watched the videos, which showed Michael Force, who owns the company.  Michael Force described how buying certain types of products is the key to success. He said Digital Altitude has marketing groups set up for you to do all the work for you, and you have to have a certain mindset. He talked about spending money to go to conferences to meet other people in the business. The videos made me believe I would make money with Digital Altitude.

4.     After you watch the videos, you're supposed to call them back every day and give your feedback. I had several Skype conversations with Armando. Some were voice conversations and some were text chats. I spoke to him roughly every day for about two weeks.  I asked Armando what I was going to be spending on this program and he said "nothing." But then the videos asked me to spend over $2,000. Digital Altitude's goal is to get you excited and into a certain mindset to spend money. They want you to believe that by continuing with their program you will make money.  I continued to believe them when they said I could make money with Digital Altitude.

1    5.    I figured I would take a chance and spend about $2,066. I maxed out

2    my credit cards. I figured I was guaranteed to make money within 30 days and I

3    could pay back the credit card debt. **Attachment A** is a true and accurate redacted

4    copy of credit card and bank account records showing my payments to Digital

5    Altitude in August 2017. **Attachment B** is a true and accurate copy of the service

6    agreement I digitally signed with Digital Altitude, dated August 24, 2017.

7    6.    After I paid the money, I was given another mentor, named Joe

8    Kennedy.  I participated in a group call via Skype with Joe and other customers.

9    Joe told us to buy a book, read a chapter, and give him feedback.

10    7.    I tried to set up a coaching session with Joe but his schedule was very

11    booked.  I work during weekdays and need a mentor who is available in the

12    evenings and on weekends.  Joe was not available during my free time. I called and

13    spoke to someone who said she was Joe's assistant. She said I should call Joe. At

14    that point I was frustrated, and contacted Digital Altitude Customer Service to ask

15    for a different mentor.

16    8.    It took Customer Service a while to get back to me, and by that time, I

17    had decided to quit Digital Altitude, because something didn't seem right. The

18    longer I waited, the more frightened I became that something was going wrong.  I

19    had not received the coaching and support they said I would, and they had not

20    taught me how to start an online business like they had promised.

21    9.    On about August 29, 2017, I emailed Customer Service and asked to

22    cancel and get my money back. They refused to give me a refund, saying I had

23    missed the 72-hour window for a refund.  I never even saw anything about the 72-

24    hour policy in the contract I signed. Nobody told me about it verbally. **Attachment**

25    **C** is a true and accurate redacted copy of emails I exchanged with Digital Altitude

26    on August 29, 2017.

27    10.    Once I decided to quit Digital Altitude, I was harassed by both

28    mentors, Armando and Joe. They tried to get me to change my mind about quitting.

1  They each sent me several Skype messages all throughout the day, and it wouldn't
2  stop. They were trying to work on my fear, saying that because of my fear I was
3  not able to move forward. They said I should quit my job and just do Digital
4  Altitude, and that I wouldn't be happy until I quit my job.  I was angry, because I
5  thought it was wrong for them to be contacting me, especially during the day when
6  they know I work. I told them to leave me alone, and at the end of the day, they
7  stopped sending texts.  **Attachment D** is a true and accurate redacted copy of
8  emails I exchanged with Digital Altitude on August 30, 2017. **Attachment E** is a
9  true and accurate redacted copy of emails I exchanged with Digital Altitude on
10  August 31, 2017.

11          11.    I requested a chargeback from my credit card company.  It is still
12  under investigation.

13          12.    I think Digital Altitude is a scam. I believe Digital Altitude is
14  operating on the premise that you will make a lot of money, and they are basically
15  lying. They are more interested in making money for themselves.  They did not
16  provide what they promised to me.

17

18  I declare under penalty of perjury that the foregoing is true and correct.
19  Executed on _____, 2017 at Coraopolis, Pennsylvania.
20
21
22          _____
23                  Gail Susan Gruber
24
25
26
27
28

Gail Gruber Declaration Page 3

Attachment A

Cardmember Services | Statements and Transaction                                    Page 1 of 1



To print or dispute a transaction, click on the Description.


**FIRST NATIONAL CREDIT CARD**

GAIL S GRUBER                                    Account Number:  XXXX XXXX XXXX ▉

| ACCOUNT SUMMARY | | PAYMENT INFORMATION | |
|---|---|---|---|
| | | New Balance | $348.38 |
| | | **Minimum Payment Due** | **$30.00** |
| | | **Payment Due Date** | **September 22, 2017** |

**Late Payment Warning:** If we do not receive your minimum payment by 5:00 PM CT on the date listed above, you may have to pay up to a $25.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 months | $416.00 |

If you would like information about credit counseling services, call 1-888-883-9824.

■ New Balance                                    $348.38

| Questions? | Call Customer Service 1-888-883-9824 |
|---|---|
| Or Write: | PO Box 5097, Sioux Falls, SD 57117-5097 |

Notice: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## TRANSACTIONS

| Tran Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 08/23 | 08/23 | 74006697B06G0HKKG | AFF*DIGITALALTITUDELLC MEXICO DF  MX | 348.38 |
| | 08/23 | | MX NUEVO PESO | |
| | 08/23 | | 6145.99 X  0.05668411 | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| | | | **INTEREST CHARGED** | |
| 08/28 | 08/28 | | Interest Charge on Purchases | 0.00 |
| 08/28 | 08/28 | | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **0.00** |

5386        CMH        001   7  19  170828   0              PAGE 1 of 2              2 0  5722   1000   FNF3   C1AD5386

Please detach this portion and submit with payment using enclosed envelope.

First National Credit Card
PO Box 5097
Sioux Falls SD 57117-5097

| PAYMENT INFORMATION | |
|---|---|
| Account Number | XXXX XXXX XXXX ▉ |
| **Payment Due Date** | **September 22, 2017** |
| New Balance | $348.38 |
| Minimum Payment Due | $30.00 |
| Past Due Amount | $0.00 |
| Amount Enclosed | $ |


**FIRST NATIONAL CREDIT CARD**

Make Check Payable to:

**First National Credit Card**
**PO Box 2496**
**Omaha NE 68103-2496**

GAIL S GRUBER

CORAOPOLIS PA ▉

[REDACTED 34194810]

Huntington Online Banking - Account Asterisk-Free Checking Details                    Page 2 of 3



| Date ▾ | Number | Type | Payee/Description | Tag | Debit | Credit | Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/2017 | 0 | Fee | INTERNATIONAL TRANSACTION FEE | | -$15.44 | | |
| 08/24/2017 | 0 | Fee | INTERNATIONAL TRANSACTION FEE | | -$21.21 | | |
| 08/24/2017 | 0 | Debit Card | AFF DIGITALALTITUDELLC | | -$707.12 | | |
| 08/24/2017 | 0 | Debit Card | AFF DIGITALALTITUDELLC | | -$514.62 | | |

EX 7
94

Attachment B



**DIGITAL ALTITUDE MEMBER PURCHASE AGREEMENT**

Member Purchase Agreement ("Agreement") is entered into between the Purchaser ("Member") and Digital Altitude, LLC. ("Company") located at 16192 Coastal Hwy, Lewes, DE 19958.

By entering into this Agreement, Member is purchasing or upgrading to a Digital Altitude Membership into any of the foregoing digitally delivered suites of online training: ASPIRE monthly memberships, BASE, RISE, ASCEND, PEAK & APEX core products, BUNDLES or TRAFFIC.

**FULL POWER AND AUTHORITY**

Member represents and warrants that: (i) you have the full power and authority to enter into and perform under this Agreement; (ii) execution and performance of this Agreement does not constitute a breach of, or conflict with, any other agreement or arrangement by which you are bound; (iii) the terms of this Agreement are legal, valid, and binding obligation, enforceable against you; (iv) all content you create to promote Company, it's Site, the Content or Service was created without any contribution of any kind from Company including, without limitation, editorial control or approval, that any suggestions regarding content received from Company are made "as-is" and without any warranty; and that you have had all marketing materials created by you reviewed by competent legal counsel and solely assume all responsibility for it; (v) you are at least 18 years of age, (vi) your use of the Site and Content is legal in, and does not violate any laws or rules of, the jurisdictions in which you reside or from which you use or otherwise access the Site, (vii) all information (if any) provided by you to us is correct, (viii) your use of the Site, Content and Services shall be in accordance with this Agreement and your Affiliate Agreement and the Policies and Procedures of Company if you are an affiliate and (ix) you are capable of assuming, and do assume, any risks related to the use of the Site, Content and Services.

**MONTHLY ASPIRE SUBSCRIPTIONS**

*Trial Subscriptions:* The Digital Altitude membership may start with a free/discounted trial period for ASPIRE WALKER, HIKER and/or CLIMBER. The trial period of the membership lasts for 14 days, or as otherwise specified during sign-up. For combinations with other offers, restrictions may apply. Trials are for new Members only. Digital Altitude reserves the right, in its absolute discretion, to determine Member's trial eligibility. The monthly regular retail recurring fee will be charged every 30 days, until canceled by Member. Company reserves the right to change the Membership fee at any time.

*Monthly Subscriptions:* Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude ASPIRE monthly subscription. Any refund request after the FOURTEEN (14) DAY time limit will not be honored. Member may cancel at any time.

*Annual Subscriptions:* For annual ASPIRE subscription purchases, Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude yearly subscription. Any refund request made after 14 days will not be honored.

If Member purchases Digital Altitude products or services that are subscription based, Member agrees to pay, and authorizes automatic recurring billing of the subscription fees with the credit card, or other payment methods on file, until subsequently canceled by Member. The Member's account will be charged every 30 days. Member understands and agrees that each automatic recurring billings of the subscription fees are non-refundable and will not be prorated as the service is deemed used when accessed. Member

authorizes Company to initiate debit entries from the account provided for the subscription fee, as well as any other purchases made on the Site. Member may cancel at any time by contacting Customer Care at support@digitalaltitude.co.

Products that are subscription based for Members and charged monthly are: ASPIRE WALKER, ASPIRE HIKER & ASPIRE CLIMBER.

Products for purchase Individually or Bundled include:
BASE, RISE, RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & TRAFFIC.

B. Live Events
The events, information, venue and speakers listed on our Sites are subject to change without notification. Member has 60 days prior to the event to request a ticket deferral to the next event if Member cannot attend your scheduled event. Any request after the SIXTY (60) DAY time limit will not be processed. Any unused tickets will be forfeited and are not transferable to another event.

TICKET HOLDERS MAY NOT SELL, OFFER FOR SALE, OFFER AT AUCTIONS, RESELL, DONATE, ACT AS COMMERCIAL AGENT FOR ANOTHER PARTY OR OTHERWISE TRANSFER THEIR TICKETS IN ANY WAY WITHOUT THE SPECIFIC PRIOR WRITTEN CONSENT OF DIGITAL ALTITUDE.

i. Ticket Transfers
Ticket transfers may be processed up to THIRTY (30) Days prior to the event. A $100 transfer fee will be applied to all ticket transfers.

ii. Process for Guest Tickets Transfers
Once a Ticket purchase is confirmed, the Ticket Purchaser may only change the assignment of the Guests accompanying him/her a maximum of 2 times. Requests can be submitted to events@digitalaltitude.co

C. TRAFFIC PACKAGES do NOT include event tickets. TRAFFIC will be delivered no less than 90 days after the official launch date and will be released incrementally based on traffic supply until the number of clicks purchased have been delivered (See Digital Altitude Compensation Plan Document for details).

**REFUND/CANCELLATION POLICY**
A. 72-Hour "No Hassles" Refund Policy on Product Bundles, TRAFFIC & Event inclusive products (RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & any PRE LAUNCH SPECIALS or BETA Products).

Due to the nature of the digital products, the accessibility of our products immediately upon purchase, and the reservation of your traffic packages and any applicable all-inclusive lodging & meal ticket(s) to the live event(s), there is a strict 72-hour refund policy, which begins on the date of purchase. Member may cancel at any time through your back office or by contacting Customer Care via email at support@digitalaltitude.co

**INVOLUNTARY TERMINATION**
A Member's violation of any of the terms of the Agreement, including any amendments that may be made by Digital Altitude in its sole discretion, may result in any of the actions listed in Section 4.1, including the involuntary termination of his or her Member Agreement. Cancellation shall be effective on the date on which written notice is mailed, emailed, faxed, or delivered to the Member's last known address, email address, or fax number, or to his or her attorney, or when the Member receives actual notice of termination,

GG

2

whichever occurs first. Where state laws on termination are inconsistent with this termination policy, the applicable state law shall apply.

Digital Altitude reserves the right to terminate all Membership Agreements upon thirty (30) days written notice in the event that it elects to: (a) cease business operations; (b) dissolve as a legal entity or (c) terminates the sale of its products and services via direct selling.

## VOLUNTARY CANCELLATION

A Member has a right to cancel at any time, regardless of reason. Cancellation must be submitted in writing to the Company at its principal business address or via email to support@digitalaltitude.co. The written notice must include the Member's signature, printed name, address, and Member I.D. Number.

## NON-RENEWAL

A Member may also voluntarily cancel his or her Member Agreement by failing to renew the Agreement on its anniversary date. The Company may also elect not to renew a Member Agreement upon his/her anniversary date.

## TERMINATION

Membee agrees that, under certain circumstances, Company may suspend or terminate Member's use of the Site or Service, including without limitation, if Company believes, in our sole and absolute discretion, that Member has breached any term of this Agreement. Member acknowledges and agrees that all suspensions and terminations shall be made in Company's sole discretion and that Company shall not be liable to Member or any other party for said suspension and termination.

Upon termination, Member license to use the Site, Content or Service and everything accessible by or through the Site, Content or Service shall terminate and the remainder of this Agreement shall survive indefinitely unless and until we chose to terminate it.

Upon termination of any part of this Agreement for any reason, we shall make reasonable efforts to ensure that your User Content is inaccessible and cease use of it; however, Member acknowledges and agrees that: (i) caching of, copies of, or references to the User Content may not be immediately removed or possible to remove; (ii) such removed User Content may continue in backups (not available to others) for a relatively short period of time; and such removed User Content may continue to be available (and stored on our servers) through the accounts of other programs.

## PRIVACY POLICY

Company respects Member privacy and permits Member to control the treatment of Member's personal information. A complete statement of Company's current privacy policy (the "Privacy Policy") can be found here http://www.digitalaltitude.co/privacy-policy. Company's Privacy Policy is expressly incorporated into this Agreement by this reference. When Member is required to submit information to use or access the Site, Content or Service, Member must complete the registration process by providing the information requested on the form. Member agrees to the terms in Company's Privacy Policy regarding the use of the information submitted.

## CHANGES TO THE AGREEMENT

Digital Altitude reserves the right to amend this Agreement in its sole and absolute discretion. By entering into the Membership Agreement, Member agrees to abide by all amendments or modifications that Digital Altitude elects to make. Amendments shall be effective 30 days after publication of notice that the Agreement has been modified. Amendments shall not apply retroactively to conduct that occurred prior to the effective date of the amendment. Notification of amendments shall be published by one or more of the following methods: (a) posting on the Company's official web site; (b) electronic mail (e-mail); (c) posting in Membership site; (d) inclusion in Company periodicals; or (e) special mailings. In the event of substantive changes, Member will be required to affirmatively assent to the changes. For other changes, the

GG

3

continuation of a Member's Digital Altitude membership, the acceptance of any benefits under the Agreement, constitutes acceptance of the amendments.

## LICENSE

Company owns and licenses all intellectual property and other rights, title, and interest in and to the Site, Content and Service, and the materials accessible on the Site and Service, except as expressly provided for in the Agreement. Without limitation, Company owns the trademarks, copyrights and certain technology used in making the Site, its Content and Service available. Except as specifically allowed in this Agreement, the copying, redistribution, use or publication by you of any Content or Service is strictly prohibited. We grant Member a limited revocable license to access and use the Site, Content and our Service for its intended purposes, subject to Member compliance with this Agreement, and Company Policies and Procedures. The revocable license does not include the right to collect or use information contained on the Site or through the Service for purposes that Company prohibits or to compete with Company. No ownership or other interest or other license in or to any patent, copyright, trademark, trade secret and other intellectual property right or to the Content is being granted, assigned or transferred in this Agreement or by reason of your access to, and use of, the Site, Content or Service. If Member uses the Site or our Service in a manner that exceeds the scope of this license or breaches any relevant agreement, Member's license shall terminate immediately.

## CONFIDENTIALITY

For the purposes of this Agreement, "Confidential Information" shall be deemed to include all the information and materials that: (i) if in written format is marked as confidential, or (ii) if disclosed verbally is noted as confidential at time of disclosure or (iii) in the absence of either (i) or (ii) is information which a reasonable party would deem to be non-public information and confidential, including, without limitation, all information provided on or through the Site or Service, trade secrets, inventions, research methods and projects, methods of compiling information, methods of creating database, data processing programs, software, computer models, source and object codes, product formulations, strategies and plans for future business, product and service development and ideas, potential acquisitions or divestitures, marketing ideas, financial information including with respect to costs, commissions, fees, profits and sales, mailing lists, information concerning our affiliates and customers, potential affiliates and customers and suppliers, and employee information including their respective salaries, bonuses, benefits, qualifications, abilities and contact information.

Member acknowledges and agrees that the nature of the Confidential Information to which Member has, and will continue to have, access to derives value from the fact that it is not generally known and used by others in the highly competitive, international industry in which Digital Altitude competes.

Member acknowledges that Member is receiving the Confidential Information in confidence and will not publish, copy or disclose any Confidential Information without prior written consent from Company. Member further agrees that Member shall not attempt to reverse engineer, de-compile or try to ascertain the source code to our software or any other software supplied hereunder.

Member agrees that all originals and any copies of the Confidential Information remain the property of Company. Member shall reproduce all copyright and other proprietary notices, if any, in the same form that they appear on all the materials provided by us, on all permitted copies of the Confidential Information made by Member. Member agrees to return all originals and copies of all Confidential Information in possession or control to us upon request.

## USE OF THE SITE, CONTENT AND SERVICE

Member may only use the Site, Content and Service to log in to the Members area, as expressly permitted in writing by us. Member may not cause harm to the Site or Service. Specifically, but not by way of limitation, Member may not: (i) interfere with the Site, Content or Service by using viruses, programs, or technology designed to disrupt or damage any software or hardware, or which attempts to assess the

4

vulnerability of, or actually violates, any security feature; (ii) access any content or data not intended for you, or log into an account or server that you are not authorized to access; (iii) modify, create derivative works, reverse engineer, decompile or disassemble any technology used to provide the Site or our Service; (iv) use a robot, spider or other device or process to monitor the activity on or copy pages from the Site or our Service, except in the operation or use of an Internet "search engine," hit counters, or similar technology; (v) collect electronic mail addresses or other information from third parties by using the Site or our Service; (vi) impersonate another person or entity; (vii) engage in any activity that interferes with another user's ability to use or enjoy the Site, or content or our Service; (viii) assist or encourage any third party in engaging in any activity prohibited by this Agreement; (ix) co-brand the Site, or content or our Service; (x) frame the Site or Service; (xi) hyperlink to the Site or Service, without the express prior written permission of an authorized representative of Company; (xii) use the Site, Content or Service, in whole or in part, for any purpose that is unlawful, immoral, or prohibited by this Agreement or any applicable local, state, or federal law, rule, or regulation; (xiii) use the Site, Content or Service in any manner that could damage, disable, overburden, or impair the Site or Service; (xiv) circumvent, or attempt to circumvent, any security feature of the Site; (xv) upload, e-mail or otherwise transmit to or through the Site or Service, any advertising, promotional, or other unauthorized communication, including, without limitation, "junk mail," "surveys," unsolicited e-mail, "spam," "chain letters," or "pyramid schemes;" or (xvi) incorporate data from any of our databases into any emails or other "white pages" products or services, whether browser-based, based on proprietary client-side applications, or web-based, without our prior, express and written consent.

By purchasing any of our products or services, Member agrees that Member's use of the product or service is limited by this Agreement as well.

Membership areas of the Site are password restricted to registered users. If Member has registered as an authorized user to gain access to these password protected areas, Member agrees that you are entirely responsible for maintaining the confidentiality of your password, and agree to notify us if the password is lost, stolen, disclosed to an unauthorized third party, or otherwise may have been compromised. Member agrees that you are entirely responsible for any and all activities that occur under your account, including any fees that may be incurred under Member password-protected account, whether or not Member is the individual who undertakes such activities. Member agrees to immediately notify us of any unauthorized use of Member account or any other breach of security in relation to Member password or the Site that is known to Member.

**COMPLIANCE WITH INTELLECTUAL PROPERTY LAWS**
When accessing the Site or using the Content or Service, Member agrees to obey the law and to respect the intellectual property rights of others. Members use of the Service, Content and Site is at all times governed by and subject to laws regarding intellectual property ownership. Member agrees not to upload, download, display, perform, transmit, or otherwise distribute any information or content in violation of any third party's copyrights, trademarks, or other intellectual property or proprietary rights. Member agrees to abide by laws regarding intellectual property ownership and use, and Member shall be solely responsible for any violations of any relevant laws and for any infringements of third party rights caused by any content Member provides or transmits, or that is provided or transmitted using Members user name. The burden of proving that any content does not violate any laws or third party rights rests solely with Member.
All trademarks, service marks, trade names and copyrights displayed on the Site or in the Content are proprietary to us or their respective owners. Member acquires no rights or licenses in or to any trademarks, service marks, trade names or copyrights displayed on the Site. Member may not reproduce, republish, distribute, assign, sublicense, retransmit, sell, or prepare derivative works of the Site or Content, or resell or make our Service available to others. All rights in and to the Site, Service and our Content not expressly granted in this Agreement remain in us or in our licensors.

**ALLEGED VIOLATIONS**
Company reserves the right to suspend or terminate your use of any Service,Content or Site. To ensure that Company provides a high quality experience for you and for other users of the Site, Content and

5

GG

Service, you agree that Company or its representatives may access your account and records on a case-by-case basis to investigate complaints or allegations of abuse, infringement of third party rights or other unauthorized uses of the Site, Content or Service. Company does not intend to disclose the existence or occurrence of such an investigation unless required by law, but Company reserves the right to suspend or terminate Member's account or access to the Site immediately, with or without prior notice to Member, and without liability to Member, if Company believes that Member has violated any of this Agreement, furnished Company with false or misleading information, or interfered with use of the Site, Content or the Service by others.

**PRODUCT & SERVICE WARRANTY DISCLAIMER**
***Digital Altitude cannot provide Members with any personal tax or legal advice. Members should consult with their own tax accountant, tax attorney, or other tax professional.***
EXCEPT AS EXPRESSLY MADE BY THE COMPANY IN WRITING, THE COMPANY MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANSHIP, NON-INFRINGEMENT OR ANY OTHER WARRANTY ARISING BY LAW, STATUTE, USAGE OF TRADE OR COURSE OF DEALING CONCERNING ANY PRODUCT OR SERVICE PURCHASED FROM OR THROUGH THE COMPANY. WE MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY, RELIABILITY, AVAILABILITY, TIMELINESS, AND ACCURACY OF THE SITE, THE SERVICE OR THE CONTENT CONTAINED ON THE SITE FOR ANY PURPOSE.TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL PRODUCTS AND SERVICES OF THE COMPANY ARE PROVIDED "AS IS," "WITH ALL FAULTS," AND "AS AVAILABLE." THE COMPANY DOES NOT WARRANT THAT ITS PRODUCTS OR SERVICES WILL BE COMPATIBLE WITH ANY HARDWARE OR SOFTWARE SYSTEMS OR THAT ONLINE SERVICES WILL BE UNINTERRUPTED OR ERROR FREE. THE COMPANY DOES NOT WARRANT THAT ANY WEBSITE OPERATED, SPONSORED OR HOSTED BY THE COMPANY OR ANY OF ITS AFFILIATES WILL BE UNINTERRUPTED OR FREE FROM ERROR. THE COMPANY IS NOT RESPONSIBLE FOR INTERRUPTED, INACCESSIBLE OR UNAVAILABLE NETWORKS, SERVER, SATELLITES AND/OR SERVICE PROVIDERS; OR FOR MISCOMMUNICATIONS, FAILED, JUMBLED, SCRAMBLED, DELAYED OR MISDIRECTED COMPUTER, TELEPHONE OR CABLE TRANSMISSIONS; OR FOR ANY TECHNICAL MALFUNCTIONS, FAILURES OR DIFFICULTIES. MEMBERS USE OF THE SITE, SERVICE AND CONTENT IS AT YOUR SOLE RISK. ALTHOUGH OUR CONTENT MAY BE UPDATED FROM TIME TO TIME, IT MAY BE OUT OF DATE AND/OR MAY CONTAIN INACCURACIES OR TYPOGRAPHICAL ERRORS. WE ARE NOT RESPONSIBLE FOR YOUR INABILITY OR FAILURE (FOR ANY REASON) TO ACCESS THE SITE OR CONTENT OR OTHERWISE USE OR RECEIVE INFORMATION OR SERVICE FROM OR REGARDING THE SITE, CONTENT, OR YOUR PURCHASES FROM US. MEMBER ASSUMES THE RISK OF ANY AND ALL DAMAGE OR LOSS FROM USE OF, OR INABILITY TO USE, THE SITE OR SERVICE.
WE ARE NOT RESPONSIBLE OR LIABLE FOR MAINTAINING ANY CONSUMER DATA OR FOR THE DELETION, CORRUPTION, DESTRUCTION, DAMAGE, LOSS OR FAILURE OF ANY CONSUMER DATA OR FOR ANY THIRD PARTY ACCESS TO ANY CONSUMER DATA.

**LIMITED LIABILITY**
TO THE MAXIMUM EXTENT PERMITTED BY LAW, WE AND OUR AFFILIATED PARTIES SHALL HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF ANY CONTENT OR OTHER INFORMATION OR SERVICE RELATED TO THE SITE AND SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, OR LITIGATION), (I) ARISING FROM ANY DECISION MADE OR ACTION TAKEN BY MEMBER IN RELIANCE UPON THE CONTENT OR OUR PRODUCTS OR SERVICE, (II) ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OR PERFORMANCE OF THE SITE OR CONTENT, OR WITH THE DELAY OR INABILITY TO USE THE SITE, CONTENT, OR RELATED SERVICE, OR FROM THE USE OR MISUSE OF ANY INFORMATION,

GG

6

SOFTWARE, PRODUCTS, SERVICES, RELATED GRAPHICS, AND CONTENT OBTAINED THROUGH THE SITE, (III) ANY INCORRECT OR MISSING INFORMATION OR DATA, OR (IV) OTHERWISE ARISING OUT OR RESULTING FROM LOSS OF YOUR DATA OR INFORMATION, WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. OUR MAXIMUM LIABILITY, IF ANY, FOR ANY LOSS OR DAMAGE RELATING TO OR ARISING OUT OF MEMBERS USE OF THE SITE OR ANY CONTENT WILL NOT EXCEED THE LESSER OR ACTUAL DAMAGES OR THE CHARGES PAID BY YOU TO US FOR THE SITE FOR A PERIOD OF TWO MONTHS.

THE ABOVE LIMITATIONS AND EXCLUSIONS SHALL APPLY TO MEMBER TO THE FULLEST EXTENT THAT APPLICABLE LAW PERMITS, IN ALL ACTIONS OF ANY KIND, WHETHER BASED ON CONTRACT, TORT (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE) OR ANY OTHER LEGAL OR EQUITABLE THEORY. ANY CLAUSE DECLARED INVALID SHALL BE DEEMED SEVERABLE AND NOT AFFECT THE VALIDITY OR ENFORCEABILITY OF THE REMAINDER OF THESE TERMS OF USE.

## INCOME DISCLAIMER

The income disclaimer posted on our website at http://www.digitalaltitude.co/disclaimer is incorporated herein by reference and Member hereby represents that Member has read and understand it. Company, its managers, or members may receive an affiliate commission when Member purchases some of the products or services that we recommend on our Site or Service. By entering into this Agreement, Member acknowledges that Member has been informed of such payments, consent to payments of affiliate commissions, and that such payments are fair and reasonable.

## RELATED SITES

Company has no control over, and no liability for any third party sites or materials ("Third Party Sites"). Company works with a number of partners and affiliates whose Internet sites may be linked with the Site. Because Company has no control over the content and performance of these Third Party Sites, Company makes no guarantees about the accuracy, currency, content, or quality of the information provided by such Third Party Sites, and Company assumes no responsibility for unintended, objectionable, inaccurate, misleading, or unlawful content that may reside on those Third Party Sites. Similarly, from time to time in connection with your use of the Site, Member may have access to content items (including, but not limited to, websites) that are owned by third parties. Member acknowledges and agrees that Company makes no guarantees about, and assumes no responsibility for, the accuracy, currency, content, or quality of Third Party Sites, and that, unless expressly provided otherwise, this Agreement shall govern your use of any and all Third Party Sites.

Members linking to such Third Party Sites is at your own risk. We do not investigate, monitor, or check such Third Party Sites for accuracy or completeness. We are not responsible for the availability of these Third Party Sites, nor are we responsible for the aesthetics, appeal, suitability to taste or subjective quality of informational content, advertising, products or other materials made available on or through such Third Party Sites. We are providing these links to Member only as a convenience and may discontinue providing such links at any time in our sole discretion without notice to Member. No endorsement of any third party content, information, data, opinions, advice, statements, goods, services or products is expressed or implied by any information, material or content of any Third Party Site contained in, referred to, included on, or linked from or to, the Site. Under no circumstances shall we or any affiliated providers be held responsible or liable, directly or indirectly, for any loss, injury, or damage caused or alleged to have been caused to Member in connection with the use of, or reliance on, any content, information, data, opinions, advice, statements, goods, services, or products available on such Third Party Sites. Member should direct any concerns to the respective Third Party Site's administrator or webmaster. Any links to Third Party Sites

GG

do not imply that we are legally authorized to use any trademark, trade name, logo or copyright symbol displayed in or accessible through such links, or that any linked Third Party Site is authorized to use any trademark, trade name, logo or copyright symbol of ours.

## NOTICES

All notices required or permitted to be given under this Agreement will be in writing and delivered to the other party by any of the following methods: (i) U.S. Mail, (ii) overnight courier, or (iii) electronic mail. If you give notice to us, you must use the following address: Digital Altitude, LLC., 16192 Coastal Hwy, Lewes, DE 19958. If Company provides notice to you, Company will use the contact information provide by you to us. All notices will be deemed received as follows: (A) if delivery by U.S. mail, seven business days after dispatch, (B) if by overnight courier, on the date receipt is confirmed by such courier service, or (C) if by electronic mail, 24 hours after the message was sent, if no "system error" or other notice of non-delivery is generated. If applicable law requires that a given communication be "in writing," you agree that email communication will satisfy this requirement.

## INDEMNITY

Member agrees to indemnify, defend, and hold Company, its managers, members, officers, directors, employees, consultants, agents, and representatives harmless from and against any and all actions, claims, demands, proceedings, liabilities, damages, judgments, settlements, fines, penalties, costs, and expenses, including attorney's fees and related costs, which (i) arise or in part from your act(s) or omission(s); (ii) arise from or are related to a breach Member has any express warranty contained herein; or (iii) failure to comply with this Agreement. We have no duty to reimburse, defend, indemnify, or hold Member harmless resulting from, relating to, or arising out of, this Agreement, the Site, or Members access to or use of the Site or Content.

If an action is brought against Company in respect to any allegation for which indemnity may be sought, Company will promptly notify Member of any such claim of which it becomes aware and will: (i) provide reasonable cooperation to Member at your expense in connection with the defense or settlement of any such claim; and (ii) be entitled to participate at its own expense in the defense of any such claim. Company agrees that you will have sole and exclusive control over the defense and settlement of any such third party claim. However, Member agrees not to acquiesce to any judgment or enter into any settlement that adversely affects Company's rights or interests without the prior written consent of Company.

## WAIVER

If, for whatever reason, a court of competent jurisdiction finds any term or condition in this Agreement to be unenforceable, all other terms and conditions will remain unaffected and in full force and effect. No waiver or any breach of any provision of this Agreement shall constitute a waiver of any prior, concurrent, or subsequent breach of the same or any other provisions hereof, and no waiver shall be effective unless made in writing and signed by an authorized representative of the waiving party. The Company never gives up its right to insist on compliance with the Agreement and with the applicable laws governing the conduct of a business. No failure of Digital Altitude to exercise any right or power under the Agreement or to insist upon strict compliance by a Member with any obligation or provision of the Agreement, and no custom or practice of the parties at variance with the terms of the Agreement, shall constitute a waiver of Digital Altitude's right to demand exact compliance with the Agreement. The existence of any claim or cause of action of a Member against Digital Altitude shall not constitute a defense to Digital Altitude's enforcement of any term or provision of the Agreement.

## MODIFICATIONS

Company may, in its sole discretion and without prior notice, (i) revise this Agreement; (ii) modify the Site, Content or the Service, and (iii) discontinue the Site, Content or Service at any time for any revision. Company shall post any revision to this Agreement to the Site, and the revision shall be effective immediately upon such posting. In the event of substantive changes to this Agreement, you will be notified of the changes and required to consent to the new terms. If any modification is unacceptable to Member,

GG

the only recourse is not to use the Site and Service and to request an immediate termination of the membership. Members express consent or continued use of the Site, Content or our Service following posting of a change notice or new Agreement on the Site will constitute binding acceptance of the changes.

**COMPLAINTS & GRIEVANCES**

When a Member has a grievance or complaint with another Member or Affiliate regarding any practice or conduct in relationship to their respective Digital Altitude businesses, the complaining Member should first report the problem to his or her Sponsor who should review the matter and try to resolve it with the other party's upline sponsor. If the matter involves interpretation or violation of Company policy, it must be reported in writing to the Compliance Department at the Company. The Compliance Department will review the facts and attempt to resolve it.

**MEDIATION & ARBITRATION**

Prior to instituting an arbitration as provided below, the parties shall meet in good faith and attempt to resolve any dispute arising from or relating to the Agreement through non-binding mediation. One individual who is mutually acceptable to the parties shall be appointed as mediator. The mediation shall occur within 30 days from the date on which the mediator is appointed. The mediator's fees and costs, as well as the costs of holding and conducting the mediation, shall be divided equally between the parties. Each party shall pay its portion of the anticipated shared fees and costs at least 10 days in advance of the mediation. Each party shall pay its own attorney's fees, costs, and individual expenses associated with conducting and attending the mediation. Mediation shall be held in Tampa, Florida and shall last no more than one business day.

If mediation is unsuccessful, any controversy or claim arising out of or relating to the Agreement, or the breach thereof, shall be settled by arbitration except as otherwise set forth herein. The parties waive all rights to trial by jury or to any court.

NO CLASS ACTION, OR OTHER REPRESENTATIVE ACTION OR PRIVATE ATTORNEY GENERAL ACTION OR JOINDER OR CONSOLIDATION OF ANY CLAIM WITH A CLAIM OF ANOTHER PERSON OR CLASS OF CLAIMANTS IS ALLOWED.

Except as expressly set forth herein, all disputes, claims and controversies relating to or arising out of the Agreement shall be settled totally and finally by arbitration in Tampa, Florida and administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules (the "Rules") except as amended by these Policies and Procedures.
There shall be one arbitrator who shall be an attorney who shall have expertise in business law transactions, and preferably an attorney knowledgeable in the direct selling industry. Each party to the arbitration shall be responsible for its own costs and expenses of arbitration, including legal and filing fees. If a Member files a claim or counterclaim against the Company, a Member shall do so on an individual basis and not with any other Member or as part of a class action. A party may appear at the arbitration by telephone, video conference, or similar technology if the total amount of the claim does not exceed $2,500. The presentations of parties in the arbitration proceeding shall be commenced and completed within sixty (60) days after the selection of the arbitrator, and the arbitrator shall render his or her decision in writing within thirty (30) days after the completion of such presentations. The decision of the arbitrator shall be final and binding on the parties and may, if need be, be reduced to a judgment in any court of competent jurisdiction. At the request of any party, the arbitrator shall make and provide to the parties written findings of fact and conclusions of law. This agreement to arbitrate shall survive any termination or expiration of the Agreement.

Notwithstanding the Rules, the following shall apply to all arbitration actions:

  ➢ The Federal Rules of Evidence shall apply in all cases;

GG

- ➢ The parties shall be entitled to all discovery rights permitted by the Federal Rules of Civil Procedure;
- ➢ The parties shall be entitled to bring motions under Rules 12 and/or 56 of the Federal Rules of Civil Procedure;
- ➢ The parties shall be allotted equal time to present their respective cases, including cross-examinations.
- ➢ The parties and the arbitrator shall maintain the confidentiality of the entire arbitration process and shall not disclose, unless otherwise required by law, to any person not directly involved in the arbitration process:
- ➢ The substance of, or basis for, the controversy, dispute, or claim;
- ➢ The content of any testimony or other evidence presented at an arbitration hearing or obtained through discovery in arbitration;
- ➢ The terms or amount of any arbitration award; or
- ➢ The rulings of the arbitrator on the procedural and/or substantive issues involved in the case.

Notwithstanding the foregoing, the arbitrator shall have no jurisdiction over disputes relating to the ownership, validity, use or registration of any copyright, or other intellectual property or Confidential Information of the Company without the Company's prior written consent. The Company may seek any applicable remedy in any applicable forum with respect to these disputes. In addition to monetary damages, the Company may obtain injunctive relief against a Member for any violation of the Agreement or misuse of the Company's trademarks, copyrights or Confidential Information.

Nothing in this provision shall prevent a party from applying to and obtaining from any court having jurisdiction a writ of attachment, a temporary injunction, preliminary injunction and/or other injunctive or emergency relief available to safeguard and protect the party's interests prior to the filing of or during or following any arbitration or other proceeding or pending the handing down of a decision or award in connection with any arbitration or other proceeding.

Nothing contained herein shall be deemed to give the arbitrator any authority, power or right to alter, change, amend, modify, add to, or to subtract from any of the provisions of the Member Agreement, Compensation Plan or the Agreement. The arbitrator shall not have the power to rule upon or grant any extension, renewal or continuance of the Agreement. The arbitrator shall not have the power to award special, incidental, indirect, punitive or exemplary, or consequential damages of any kind or nature, however caused.

Any modification of this arbitration provision shall not apply retroactively to any dispute which arose or which the Company had notice of before the date of modification.

**GOVERNING LAW & JURISDICTION**
This Agreement shall be construed in accordance with and governed by the laws of the United States and the State of Delaware, without reference to their rules regarding conflicts of law. You hereby irrevocably consent to the exclusive jurisdiction of the state or federal courts in Sussex County, Delaware USA in all disputes arising out of or related to the use of the Site, Content or Service. Except as set forth in this Agreement, the Federal Arbitration Act shall govern all matters relating to arbitration. In the event of a dispute between a Member and Company arising from or relating to the Agreement, or the rights and obligations of either party, the parties shall attempt in good faith to resolve the dispute through confidential, nonbinding mediation as more fully described in the Policies and Procedures. Company shall not be obligated to engage in mediation as a prerequisite to disciplinary action against a Member. If the parties are unsuccessful in resolving their dispute through mediation, the dispute shall be settled totally and finally by arbitration as more fully described in the Policies and Procedures, which is incorporated herein by reference.

10

GG

Notwithstanding the foregoing, either party may bring an action before the courts seeking a restraining order, temporary or permanent injunction, or other equitable relief to protect its intellectual property rights, including but not limited to customer and/or affiliate lists as well as other trade secrets, trademarks, trade names, patents, and copyrights. The parties may also seek judicial enforcement of an arbitration award. This Agreement does not limit any rights or remedies that we or our suppliers, licensors or other similar entities, may have under trade secret, copyright, patent, trademark or other laws.

Louisiana Residents: Notwithstanding the foregoing, and the mediation and arbitration provisions allow that residents of the State of Louisiana shall be entitled to bring an action against Digital Altitude in their home forum and pursuant to Louisiana law.

## DELAYS

Digital Altitude shall not be responsible for delays or failures in performance of its obligations when performance is made commercially impracticable due to circumstances beyond its reasonable control. This includes, without limitation, acts of terrorism, natural disasters, strikes, labor difficulties, riot, war, fire, death, curtailment of a party's source of supply, acts or omissions of third parties, disruption in communications systems or government decrees or orders.

## SEVERABILITY

If any provision of the Agreement, in its current form or as may be amended, is found to be invalid or unenforceable for any reason, only the invalid portion(s) of the provision shall be severed and the remaining terms and provisions shall remain in full force and effect. The severed provision, or portion thereof, shall be reformed to reflect the purpose of the provision as closely as possible.

## NOTICE

Any communication, notice or demand of any kind whatsoever, which either the Member or the Company may be required or may desire to give or to serve upon the other shall be in writing and delivered either (a) by electronic communication (whether by email or telecopy (if confirmed in writing sent by registered or certified mail, postage prepaid, return receipt requested or by personal service), (b) personally or by same day local courier services or overnight express delivery services; or (c) by registered or certified mail, postage prepaid, return receipt requested, or by personal service or overnight courier service. Notices delivered personally, by overnight express delivery service or by local courier service shall be deemed given as of actual receipt. Mailed notices shall be deemed given three Business Days after mailing. "Business Day" means any Monday through Friday other than any such day which, in the State of Delaware, is a legal holiday or a day on which banking institutions are authorized or required by law or regulation to close. Any such communication, notice or demand shall deemed to have been given or served on the date personally received by personal service or overnight courier service, on the date of confirmed dispatch if by electronic communication, or on the date shown on the return receipt or the other evidence if delivery is by mail. Any party may change its address for notice by giving written notice to the other in the manner provided in this Section.

## SURVIVAL

Any provision of the Agreement, which, by its terms, is intended to survive termination or expiration of the Member Agreement shall so survive, including, without limitation, the arbitration, non-competition, non-solicitation, trade secrets and confidential information covenants contained in the Agreement.

## BINDING EFFECT

This agreement (the "Agreement") applies to your use of the site at www.digitalaltitude.co (the "Site") or any information, materials, images, graphics, data, text, files, links, software, messages, communications, content, organization, design, compilation, magnetic translation, digital conversion, HTML, XML, Java code and other content related to the Site (collectively "Content"), services provided in connection with the Site (the "Service"), and any purchases Member make on the Site. Digital Altitude, LLC (the "Company") may amend them from time to time in its sole discretion. In the event of substantive changes to this Agreement, the new terms will be posted to the Site, you will be required to affirmatively assent to its terms, and

GG

Member may also be notified by email. If any modification is unacceptable to Member, the only recourse is not to use the Site, Services, and Content and to request an immediate termination of your subscription.

**E-SIGNATURE NOTICE - CONSENT TO ELECTRONIC RECORD**
E-Sign, the Electronic Signatures in Global and National Commerce Act (15 U.S.C. 7001, et seq.), requires that Member consents to entering into an electronic agreement with Digital Altitude before a Digital Altitude Member Purchase Agreement can be executed. Please read the following information carefully:

a) If you enter into an online Member Purchase Agreement with Digital Altitude, Member will not be required to submit a paper application. An electronic record will evidence the entire agreement between Member and Digital Altitude. However, Member must consent to the use of an electronic record and must read the Digital Altitude Terms of Use, Digital Altitude Policies and Procedures, and electronically acknowledge below that Member has read and agree to these documents.

b) To access these documents and submit your online Member Purchase Agreement, Member will need a personal computer/Mac with Internet access and operational Internet browser software.

This Agreement will be binding upon each party hereto and its successors and permitted assigns. This Agreement will not be assignable or transferable by Member without Company's prior written consent. This Agreement contains the entire understanding of the parties regarding use of the Site and Content, its subject and supersedes all prior and contemporaneous agreements and understandings between the parties regarding the same. Any rights not expressly granted herein are reserved. The provisions of this Agreement addressing disclaimers of representations and warranties, indemnity obligations, intellectual property and governing law shall survive the termination of this Agreement.
You consent to the use of electronic records evidencing your agreement to the Digital Altitude Terms of Use, Policies and Procedures, all of which can be found at www.DigitalAltitude.co

**I consent to the use of electronic records and have read, understand, and agree to the Digital Altitude Member Purchase Agreement.**

| | |
|---|---|
| _Gail Gruber_ | 08/24/2017 |
| Signature | Date |

Printed Name: Gail Gruber

Last Updated 02.13.2016

# Signature Certificate



 **Document Reference:**  H7DA33JUA49RI4JEW8ZJAT



**Gail Gruber**
Party ID: 2K8AE9I62J7V2RJIU7EV8R

| VERIFIED EMAIL: | ▆▆▆▆▆ |

Electronic Signature:

*Gail Gruber*

| Multi-Factor Digital Fingerprint Checksum | **d5db6cd2b528ac001a704ecad60ab22a67017132** |  |

| Timestamp | Audit |
|-----------|-------|
| 2017-08-24 16:47:05 -0700 | All parties have signed document. Signed copies sent to: Mary Dee and Gail Gruber. |
| 2017-08-24 16:47:04 -0700 | Document signed by Gail Gruber (▆▆▆▆▆) with drawn signature. - ▆▆▆▆▆ |
| 2017-08-24 16:47:03 -0700 | Gail Gruber verified email address ▆▆▆▆▆. - ▆▆▆▆▆ |
| 2017-08-24 16:46:37 -0700 | Generated Document from Online Form MEMBERPURCHASEAGREEMENT (MEMBERPURCHASEAGR-b16f3b). - ▆▆▆▆▆ |
| 2017-08-24 16:43:07 -0700 | Online Form viewed by Gail Gruber ▆▆▆▆▆ |



This signature page provides a record of the online activity executing this contract.

▆▆▆ **of 1**

Attachment C

| | |
|---|---|
| **From:** | Gail Gruber |
| **To:** | Goodman, Jody |
| **Subject:** | Fwd: [Digital Altitude] Re: I do not wish to continue and although past the St... |
| **Date:** | Tuesday, October 24, 2017 9:38:07 AM |

## Sue Gruber

---------- Forwarded message ----------
From: **Catherine Shoff (Digital Altitude)** <support@digitalaltitude.zendesk.com>
Date: Tue, Aug 29, 2017 at 10:55 PM
Subject: [Digital Altitude] Re: I do not wish to continue and although past the St...
To: Sue Gruber <█████████████>

##- Please type your reply above this line -##

Your request (256067) has been updated. To add additional comments, just reply to this email.

 Catherine Shoff (Digital Altitude)
Aug 29, 7:55 PM PDT

Hello Sue Gruber

Thank you for your email and for using the ASPIRE customer care ticketing system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

In the meantime, please check out our FAQ here : https://digitalaltitude.zendesk.com/hc/en-us

Please take note that our office hours for customer care are between 9am and 5pm Monday through Saturday (Pacific time USA).

We hope you have a wonderful day,

Get your Marketing Mastery Live Event Tickets:
http://www.digitalaltitude.co/mmevegas2017

Catherine Shoff

EX 7
110

ASPIRE Customer Support
Powered by Digital Altitude
1–800–820–7589

---

 Sue Gruber

Aug 29, 7:30 PM PDT

I do not wish to continue and although past the Strict 72 hour refund policy I am requesting a full refund. Your startup coach assured me that there was no cost to me when I asked. He lied.

------------------

Submitted from: https://my.aspiresystem.co/dashboard/

---

This email is a service from Digital Altitude. Delivered by Zendesk

Attachment D

| | |
|---|---|
| **From:** | Gail Gruber |
| **To:** | Goodman, Jody |
| **Subject:** | Fwd: [Digital Altitude] Re: Advise on my ticket submitted an requested refund.... |
| **Date:** | Tuesday, October 24, 2017 9:37:08 AM |

## Sue Gruber

---------- Forwarded message ----------
From: **Konstantine Ksygkakis (Digital Altitude)** <support@digitalaltitude.co>
Date: Wed, Aug 30, 2017 at 12:19 PM
Subject: [Digital Altitude] Re: Advise on my ticket submitted an requested refund....
To: Sue Gruber <██████████████████████>

##- Please type your reply above this line -##

Your request (256206) has been updated. To add additional comments, just reply to this email.

 Konstantine Ksygkakis (Digital Altitude)

Aug 30, 9:19 AM PDT

Hello Sue Gruber

Thank you for your email and for using the ASPIRE customer care ticketing system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

In the meantime, please check out our FAQ here : https://digitalaltitude. zendesk.com/hc/en-us

Please take note that our office hours for customer care are between 9am and 5pm Monday through Saturday (Pacific time USA).

We hope you have a wonderful day,

Konstantine Ksygkakis
ASPIRE Customer Care
Powered by Digital Altitude
1-800-820-7589



**Sue Gruber**
Aug 30, 8:35 AM PDT

Advise on my ticket submitted an requested refund. The coaches are contacting me and harassing me. A full refund is required as this is blatant harassment.

Sue Gruber

---

This email is a service from Digital Altitude. Delivered by <u>Zendesk</u>

Attachment E

EX 7
115

| | |
|---|---|
| **From:** | Gail Gruber |
| **To:** | Goodman, Jody |
| **Subject:** | Fwd: [Digital Altitude] Re: Please update me on my ticket. Close the business... |
| **Date:** | Tuesday, October 24, 2017 9:36:23 AM |

my email correspondence
**Sue Gruber**

## Forwarded conversation
Subject: **[Digital Altitude] Re: Please update me on my ticket. Close the business...**
-----------------------

From: **Catherine Shoff (Digital Altitude)** <support@digitalaltitude.zendesk.com>
Date: Thu, Aug 31, 2017 at 12:14 PM
To: Sue Gruber <█████████████████>

##- Please type your reply above this line -##

Your request (256669) has been updated. To add additional comments, just reply to this email.



Catherine Shoff (Digital Altitude)
Aug 31, 9:14 AM PDT

Hello Sue Gruber

Thank you for your email and for using the ASPIRE customer care ticketing system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

In the meantime, please check out our FAQ here : https://digitalaltitude.zendesk.com/hc/en-us

Please take note that our office hours for customer care are between 9am and 5pm Monday through Saturday (Pacific time USA).

We hope you have a wonderful day,

Get your Marketing Mastery Live Event Tickets:
http://www.digitalaltitude.co/mmevegas2017

Catherine Shoff

ASPIRE Customer Support

Powered by Digital Altitude

1-800-820-7589

---

 **Sue Gruber**
Aug 31, 7:57 AM PDT

Please update me on my ticket. Close the business and issue a refund

------------------

Submitted from: https://my.aspiresystem.co/dashboard/

---

This email is a service from Digital Altitude. Delivered by Zendesk

----------
From: **Gail Gruber** <███████████████>
Date: Thu, Aug 31, 2017 at 12:42 PM
To: Digital Altitude <support+id256669@digitalaltitude.zendesk.com>

I got this email yesterday.  What is the update??

Sue Gruber

----------
From: **James Marcum (Digital Altitude)** <support@digitalaltitude.zendesk.com>
Date: Thu, Aug 31, 2017 at 12:50 PM
To: Sue Gruber <████████████████>

##- Please type your reply above this line -##

Your request (256669) has been updated. To add additional comments, just reply to this email.

---

 James Marcum (Digital Altitude)
Aug 31, 9:50 AM PDT

Hello Sue,

EX 7
117

Your purchase for Rise was done on 8/22 and 8/23 (see attached screenshot) and you requested for a refund past the 72 hour timeframe. I have also attached the signed Purchase agreement you signed which is legal and binding and shows that you signed and agreed to to the terms of the purchase and you knew there was a price and that you also understood the refund policy. Please let us know if you need any further clarification of the refund policy.

Get your Marketing Mastery Live Event Tickets:
http://www.digitalaltitude.co/mmevegas2017

ASPIRE Customer Care
Powered by Digital Altitude
1-800-820-7589

Attachment(s)
charges.png
MEMBERPURCHASEAGREEMENT-signed.pdf

---

 Sue Gruber
Aug 31, 9:42 AM PDT

I got this email yesterday. What is the update??

Sue Gruber

---

 Catherine Shoff (Digital Altitude)
Aug 31, 9:14 AM PDT

Hello Sue Gruber

Thank you for your email and for using the ASPIRE customer care ticketing system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

In the meantime, please check out our FAQ here : https://digitalaltitude. zendesk.com/hc/en-us

Please take note that our office hours for customer care are between 9am and 5pm Monday through Saturday (Pacific time USA).

We hope you have a wonderful day,

Get your Marketing Mastery Live Event Tickets: http://www.digitalaltitude.co/mmevegas2017

Catherine Shoff
ASPIRE Customer Support
Powered by Digital Altitude
1-800-820-7589

---



Sue Gruber
Aug 31, 7:57 AM PDT

Please update me on my ticket. Close the business and issue a refund

_____
Submitted from: https://my.aspiresystem.co/dashboard/

---

This email is a service from Digital Altitude. Delivered by Zendesk

----------
From: **Gail Gruber** ▮▮▮▮▮▮▮▮▮▮▮▮▮>
Date: Thu, Aug 31, 2017 at 1:05 PM
To: Digital Altitude <support+id256669@digitalaltitude.zendesk.com>

My purchase for rise was Completed on 8/24 as it was not paid in full until that day.  Three business days would make it Tuesday which is when I made my refund request.  My purchase agreements were also signed that day.  If you are unable to approve I am requesting the name and phone number of who I need to speak to.  Your risks do not include being harrassed by coaches playing on my fear.

Sue Gruber

----------
From: **Gail Gruber** <████████████████>
Date: Thu, Aug 31, 2017 at 1:06 PM
To: Digital Altitude <support+id256669@digitalaltitude.zendesk.com>

Also.  Close that business I want nothing to do with it

Sue Gruber

----------
From: **James Marcum (Digital Altitude)** <support@digitalaltitude.zendesk.com>
Date: Thu, Aug 31, 2017 at 1:33 PM
To: Sue Gruber <██████████████████>

##- Please type your reply above this line -##

Your request (256669) has been updated. To add additional comments, just reply to this email.

 James Marcum (Digital Altitude)
Aug 31, 10:33 AM PDT

Hello Sue,

The first payment you made gave you access to the product and locked you into that membership and you signed the the purchase agreement on 8/23 (see attached screenshot of your signature beside the date on the agreement).  Your request for a refund will not be processed at this time.

Get your Marketing Mastery Live Event Tickets:
http://www.digitalaltitude.co/mmevegas2017

ASPIRE Customer Care
Powered by Digital Altitude
1-800-820-7589

Attachment(s)
gailssignature.png

Sue Gruber



Aug 31, 10:06 AM PDT

Also. Close that business I want nothing to do with it

Sue Gruber

My purchase for rise was Completed on 8/24 as it was not paid in full until that day. Three business days would make it Tuesday which is when I made my refund request. My purchase agreements were also signed that day. If you are unable to approve I am requesting the name and phone number of who I need to speak to. Your risks do not include being harrassed by coaches playing on my fear.

Sue Gruber



Sue Gruber
Aug 31, 10:05 AM PDT

My purchase for rise was Completed on 8/24 as it was not paid in full until that day. Three business days would make it Tuesday which is when I made my refund request. My purchase agreements were also signed that day. If you are unable to approve I am requesting the name and phone number of who I need to speak to. Your risks do not include being harrassed by coaches playing on my fear.

Sue Gruber

James Marcum (Digital Altitude)
Aug 31, 9:50 AM PDT

Hello Sue,

Your purchase for Rise was done on 8/22 and 8/23 (see attached screenshot) and you requested for a refund past the 72 hour timeframe. I have also attached the signed Purchase agreement you signed which is legal and binding and shows that you signed and agreed to to the terms of the purchase and you knew there was a price and that you also understood the refund policy. Please let us know if you need any further clarification of the refund policy.

Get your Marketing Mastery Live Event Tickets:
http://www.digitalaltitude.co/mmevegas2017


ASPIRE Customer Care
Powered by Digital Altitude
1-800-820-7589

Attachment(s)
charges.png
MEMBERPURCHASEAGREEMENT-signed.pdf



----------
From: **Gail Gruber** <▮▮▮▮▮▮▮▮▮▮▮>
Date: Thu, Aug 31, 2017 at 1:38 PM
To: Digital Altitude <support+id256669@digitalaltitude.zendesk.com>

Can you close my account?

Sue Gruber

----------
From: **James Marcum (Digital Altitude)** <support@digitalaltitude.zendesk.com>
Date: Thu, Aug 31, 2017 at 3:35 PM
To: Sue Gruber ▮▮▮▮▮▮▮▮▮▮▮>


##- Please type your reply above this line -##

Your request (256669) has been updated. To add additional comments, just reply to this email.

 James Marcum (Digital Altitude)
Aug 31, 12:35 PM PDT

Hello Sue,

Your account has now been cancelled effective 8/31/2017.

Get your Marketing Mastery Live Event Tickets:
http://www.digitalaltitude.co/mmevegas2017

ASPIRE Customer Care
Powered by Digital Altitude
1–800–820–7589

---

Sue Gruber
Aug 31, 10:39 AM PDT

Can you close my account?

Sue Gruber

## **DECLARATION OF TERRY HAMILTON**

1.     My name is Terry Hamilton. I live in British Columbia, Canada. The following statements are within my personal knowledge.

2.     In about July 2017, I heard about Digital Altitude from someone named Tim Donovan. Tim Donovan sent me links to videos that he appeared to have made. The videos persuaded me that Digital Altitude was legitimate, that he had made a lot of money with Digital Altitude, and that within a year, he would create about ten $100,000 earners.

3.     I also saw videos of Michael Force. He comes across as honest. He talks about how he was involved in this kind of thing but was discouraged because people weren't paying their clients, which is why he started Digital Altitude, to be different. Michael Force said people could make six figures within three months.  I thought I could make money with Digital Altitude so I joined.

4.     You have to go through Digital Altitude's "coaches," but now I realize they are just high-pressure salespeople. You go from one coach to the next, and each one encourages you to buy the next level. You have to bring people into Digital Altitude in order to make money. If you recruit somebody else to join, and they go to a higher level than you, you don't get the money.

5.     I paid $2,057 for the RISE level, plus additional monthly fees for ASPIRE membership. **Attachment A** is a true and accurate redacted copy of my invoice for RISE.

6.     I earned about $190 with Digital Altitude, after spending more than $3,000. I think Digital Altitude is a scam. They made definite claims as to earnings that would be paid to me if I paid their fees and brought new members into their company. I fulfilled my part of the agreement, but I did not make anything close to what I invested.

7.     People with a limited amount of money lose everything with Digital Altitude. I remember Michael Force saying it's not a pyramid scheme because it's

Terry Hamilton Declaration Page 1

only three levels deep, but I think it is a pyramid scheme, because you have to get other people to join in order to make money.

8.    **Attachment B** is a true and accurate copy of a Facebook post by Michael Force from about January 2017, in response to customers who complained about Digital Altitude not paying them.

9.    I feel like an idiot, and like I was suckered into joining Digital Altitude. I believed what Tim Donovan said and what Michael Force said, that I would make money. I would not have joined Digital Altitude if I had known that I would lose so much money and would not make back my investment. I still am paying off my credit card debt from what I spent on Digital Altitude. I was struggling financially before I got involved with Digital Altitude, and losing this money has made things much harder for me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 14_, 2017 at Victoria, British Columbia, Canada.

_Terry Hamilton_
Terry Hamilton

Terry Hamilton Declaration Page 2

Attachment A

**Digital Altitude Billing**

To: aleinstein

[DA] Order Invoice

 September 19, 2016 at 10:40 AM 

## Invoice

| | Date | Invoice # | Due Date |
|---|---|---|---|
| | September 19, 2016 | 302476 | 08/18/2016 |

**Logo**

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

TO:

Terry Hamilton

Victoria, BC - British Columbia V8V 3N8
Canada

SHIP TO:

Terry Hamilton
?da=onlineaccess&t=tribe

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 1 | RISE - $1,997.00 | $1,997.00 | $1,997.00 |
| 1 | BASE - $0.00 | $0.00 | $0.00 |
| 1 | 3% Administration Fee - $60.00 | $60.00 | $60.00 |
| **Total Purchases** | | | **$2,057.00** |

| **Payments Made** | | |
|---|---|---|
| 8/18/2016 | Credit Card (Manual) - PAID | $1,029.00 |
| 9/19/2016 | PayPal - PAID | $1,028.00 |
| **Total Payments & Adjustments** | | **$2,057.00** |

| **Payments Due** | | |
|---|---|---|
| 8/18/2016 | Current | $0.00 |
| **Outstanding Balance** | | **$0.00** |
| **Balance Due Now** | | **$0.00** |

Attachment B

 **Michael Force** Hank Mack There is no fast and easy solution with
merchants when we are pushing $10 million a month. They hold funds
which disables us from paying out. We payout everything we are paid
out. Its a waiting game to where your not the new kid with numbers NO
ONE has done in our space. Thats the bottom line. We are all over
everything... everyday in everyway. This team bleeds for you daily. I
see it. I hold all the bandaids. Your management team here at DA is
unlike any other in this space and we fly over things that would crush
other companies. We just keep growing. This team is relentless and
overcoming obstacles is in their DNA. Your in good hands. Patience is
all that is needed with merchants.

If you think for a second I want to field these kind of messages vs get
you paid and everyone paid on time to ensure your cash flow and ad
budget... your simply mistaken. We are doing everything possible and
I've continued to even come out of my personal pocket to ensure we
keep up on expenses and payouts. I hate this bank/merchant crap
more than anyone. Its keeping me from scaling sooner vs later. And its
the last thing I want. I cant control banks or time and I'd love to being
the control freak that I am. But I cant. We payout nearly $5 million every
month. 95% goes out with 30 days. We have sent continued
communication regarding weekly to the community via email. If your
not getting them check your spam or send a support ticket.

## DECLARATION OF STEPHEN LOHBECK

1.     My name is Stephen Lohbeck. I currently reside in Citrus Heights, California. The following statements are within my personal knowledge.

2.     In about September 2016, I was searching online for a way to make some money from home.  Through a Google search, I saw an ad for Digital Altitude. It said you could sign up for one dollar, and that you could make six figures of income within 90 days. From the ad, I understood that Digital Altitude would provide videos, training, and education.  I signed up for one dollar.

3.     I went through six steps, which was watching six training videos. Some of the videos showed Michael Force. He was talking about his background in the military, and said he has a family, and that he made a lot of money with this business. He was convincing. The videos made me think I could make money with Digital Altitude.

4.     Digital Altitude gave me a coach. You talk to the coach via Skype. I talked to my coach, Sebastian Apelbaum. **Attachment A** is a true and accurate printout of written Skype conversations I had with Sebastian Apelbaum from September 20, 2016 to July 17, 2017.  We also had voice conversations.

5.      In one of the early conversations, in September 2016, Sebastian asked me questions about my work experience, and whether I like to dream big, whether I want to be rich, whether I am coachable, and whether I am a go-getter.  The coach unlocked the first six steps, which consist of videos, which I watched.  These videos also made me think I could make money with Digital Altitude.

6.     After the first six steps, Sebastian said I had to pay a monthly fee of $37. You have to sell their products, like the Rise program. You have to go on the internet, advertise, and find people who want to make money in online marketing. I paid the $37 for a monthly membership, and watched more videos.

7.     I looked around on the internet to see if it was a scam. I looked at YouTube, and there are a couple of videos that say it is a scam, but the more

1   positive ones outweighed the negative ones. The people who said they made a lot

2   of money were very convincing.

3        8.    I asked Sebastian what level he was at and how much money he was

4   making with Digital Altitude, and he said he was "APEX earning over 6 figures a

5   year."

6        9.    I wasn't making any money at the level I was at. Sebastian told me

7   you have to buy what they call the Rise level for about $2,500. He said more steps

8   would be unlocked if I paid for Rise.  If you don't buy the Rise level, you cannot

9   get any commissions from your sales. I asked him how long it would take to get a

10  sale. He said between 30 and 60 days. This made me suspicious because at the

11  beginning they said you could make six figures within 90 days. Sebastian said you

12  have to advertise and buy traffic, and he also said I would get a traffic coach.  I

13  asked how to promote the program and he didn't really answer – he said to go on

14  Facebook and Twitter and try to recruit people. I didn't have the money to buy

15  Rise, and Sebastian told me to get a loan, so that's what I did. They have a list of

16  loan companies you can go to, and I went to one of them, called One Main

17  Financial.

18       10.   I bought Rise because Sebastian made me believe he earns six figures,

19  and I talked to other people on Facebook who said they made money with Digital

20  Altitude. Sebastian and other people told me I could make money with Rise.

21       11.   Sebastian told me I could buy traffic from a company called Clixli. I

22  clicked on a link through Digital Altitude and bought about 400 clicks from Clixli.

23  Each click costs about one dollar.  After a few weeks, I still had zero sales. I asked

24  Sebastian why, and he didn't answer. I stopped buying traffic but kept trying to

25  make sales through Facebook and Twitter.

26       12.   Digital Altitude sent me a list of leads. I asked Sebastian if Digital

27  Altitude communicated with the leads, and he said not unless the leads pay the $37

28  per month. If they do that, Digital Altitude would try to make a sale. I had about

1   300 leads, and finally got eight sales. Since then, six have dropped out and wanted

2   their money back. I have about $43 on my account from these sales, but you don't

3   get it back until you make $100, so I haven't received any of the money.

4         13.    After I bought Rise, I got another coach, named Joe Kennedy. I had

5   Skype conversations with him and with his associate, Jamie Dent.  **Attachment B**

6   is a printout of written Skype conversations I had with Jamie Dent and Joe

7   Kennedy from June 2, 2017 to July 14, 2017.

8         14.    Joe also said I had to buy traffic to make money.  He also tried to sell

9   me higher levels in Digital Altitude, which go up to $28,000. Joe said I should join

10   Ascend because I could go to meetings in Las Vegas and Maui, and learn from

11   other people who had made money. **Attachment C** is a printout of written Skype

12   conversations I had with Joe Kennedy from May 31, 2017 to September 30, 2017.

13         15.    **Attachment D** is a true and accurate redacted copy of part of my bank

14   statement from June 2017, showing my payment of $2,064.20 for Rise, plus

15   monthly membership fees for Digital Altitude, and foreign transaction fees.  I did

16   not expect to be charged foreign transaction fees.

17         16.    In about September 2017, I found out that the CEO of Digital

18   Altitude, Michael Force, and Digital Altitude were involved in a lawsuit with

19   another company called Mobe.  I mentioned that on Skype to Joe.  Joe didn't really

20   respond to what I said.  I began to wonder if I would ever get paid, and I worried if

21   I would get in trouble for joining the company. I said Digital Altitude sounds like a

22   pyramid scheme, and Joe didn't respond. That's when I reported the company to

23   the FTC.

24         17.    I received emails from Michael Force recently, about a meeting in Las

25   Vegas.

26         18.    I spent a total of about $4,000 on Digital Altitude and buying traffic,

27   and I only made eight sales, six of which cancelled. I haven't received any money

28   from Digital Altitude since I joined. I'm paying off the personal loan I took out,

1   with an interest rate of about 21%. I owe about $3,600 with the interest. I also paid

2   the $37 subscription fee for several months.  I'm in a much worse financial

3   position than before I joined Digital Altitude.

4        19.   A few months into this, I tried to get money back from Digital

5   Altitude, but they said there's a time limit for refunds, and I was outside the time

6   limit, so I could not get a refund.

7

8

9   I declare under penalty of perjury that the foregoing is true and correct.

10   Executed on ___10/25_____, 2017 at Citrus Heights, California.

11

12

13                                                _____

14                                              Stephen Lohbeck

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Attachment A

[9/20/2016 7:13:11 AM] *** stephen lohbeck would like to add you on Skype

Hi Sebastian Apelbaum, I'd like to add you as a contact. ***
[9/20/2016 7:13:30 AM] *** Sebastian Apelbaum has shared contact details with stephen lohbeck. ***
[9/20/2016 7:13:30 AM] stephen lohbeck: hello coach
[9/20/2016 7:14:07 AM] stephen lohbeck: how is hollywood?
[9/23/2016 12:45:54 PM] stephen lohbeck: when is the event
[9/23/2016 12:46:51 PM] Sebastian Apelbaum: Hello
[9/23/2016 12:46:57 PM] Sebastian Apelbaum: How are you
[9/23/2016 12:47:49 PM] *** Call from Sebastian Apelbaum ***
[9/23/2016 12:48:17 PM] *** Call ended, duration 00:28 ***
[9/23/2016 12:48:22 PM] Sebastian Apelbaum: Hello are you there
[9/23/2016 12:48:28 PM] Sebastian Apelbaum: waited for your call today
[9/23/2016 12:48:31 PM] stephen lohbeck: yes
[9/23/2016 12:48:37 PM] Sebastian Apelbaum: we had a call at 3
[9/23/2016 12:48:48 PM] stephen lohbeck: what
[9/23/2016 12:49:10 PM] stephen lohbeck: pacific time
[9/23/2016 12:49:18 PM] Sebastian Apelbaum: Eastern time
[9/23/2016 12:49:34 PM] stephen lohbeck: hollywood is pst
[9/23/2016 12:49:49 PM] *** Missed call from Sebastian Apelbaum. ***
[9/23/2016 12:50:02 PM] Sebastian Apelbaum: Hollywood fl
[9/23/2016 12:50:14 PM] stephen lohbeck: can i redo it later then
[9/23/2016 12:50:23 PM] Sebastian Apelbaum: We can do it in 5 minutes
[9/23/2016 12:50:52 PM] stephen lohbeck: ok then i got u on skype
[9/23/2016 12:50:58 PM] stephen lohbeck: but can't hear u
[9/23/2016 12:51:08 PM] Sebastian Apelbaum: I will call your phone
[9/23/2016 12:51:39 PM] *** Call to Sebastian Apelbaum, busy. ***
[9/23/2016 12:51:57 PM] Sebastian Apelbaum: Lets talk in 20 minutes I have to take care of something
[9/23/2016 12:52:03 PM] stephen lohbeck: ok
[9/23/2016 1:06:07 PM] Sebastian Apelbaum: Steven please go to my site and follow the directions there here is the link
[9/23/2016 1:06:29 PM] Sebastian Apelbaum: http://www.coachingyoutoday.com/
[9/23/2016 1:45:28 PM] Sebastian Apelbaum: Did you go to my site?
[9/27/2016 10:57:41 AM] stephen lohbeck: here are my answers to your 3 questions
[9/27/2016 10:57:51 AM] stephen lohbeck: what do i do now?
[9/27/2016 10:58:08 AM] stephen lohbeck: I am retired from the auto industry
[9/27/2016 10:58:26 AM] stephen lohbeck: do I have any exp.
[9/27/2016 10:58:54 AM] stephen lohbeck: yes i have an online website now it is www.unwantedweightloss.com
[9/27/2016 10:59:02 AM] stephen lohbeck: but so far no sales
[9/27/2016 10:59:24 AM] stephen lohbeck: I also have a BS degree in business marketing
[9/27/2016 10:59:35 AM] stephen lohbeck: do I dream big?
[9/27/2016 10:59:39 AM] stephen lohbeck: yes
[9/27/2016 10:59:45 AM] stephen lohbeck: I want to be rich
[9/27/2016 10:59:57 AM] stephen lohbeck: I am coachable
[9/27/2016 11:00:05 AM] stephen lohbeck: I am a go-getter
[9/27/2016 11:34:23 AM] Sebastian Apelbaum: Thank you for your anweres Stephen I will Open step 1 for you now. Make sure you book a welcome call when you are done with step 1 talk soon
[9/27/2016 11:37:51 AM] Sebastian Apelbaum: Also register for this www.IncomeUniversity.com/aspirecall
[9/27/2016 11:49:13 AM] Sebastian Apelbaum: Join the FaceBook Group also https://www.facebook.com/groups/Digitalinsiders/

[9/27/2016 1:20:08 PM] stephen lohbeck: thanks
[9/27/2016 1:28:18 PM] stephen lohbeck: it is not letting me start step 1
[9/27/2016 1:29:04 PM] Sebastian Apelbaum: whats it telling you??
[9/27/2016 1:29:11 PM] Sebastian Apelbaum: Make sure you log out and come back in
[9/27/2016 1:29:23 PM] stephen lohbeck: ok
[9/27/2016 1:31:27 PM] Sebastian Apelbaum: did it work
[9/27/2016 1:31:44 PM] stephen lohbeck: no
[9/27/2016 1:32:23 PM] stephen lohbeck: i can read it though
[9/27/2016 1:32:42 PM] Sebastian Apelbaum: what you mean
[9/27/2016 1:32:58 PM] stephen lohbeck: no video
[9/27/2016 1:33:00 PM] Sebastian Apelbaum: did you click on the video
[9/27/2016 1:33:06 PM] stephen lohbeck: yes
[9/27/2016 1:33:44 PM] stephen lohbeck: oh is it the second video
[9/27/2016 1:34:20 PM] Sebastian Apelbaum: there are 2 videos there that you have to wach the first one works just checked
[9/27/2016 1:34:29 PM] Sebastian Apelbaum: give it a minute and it will start
[9/27/2016 1:34:39 PM] stephen lohbeck: the videos are not working
[9/27/2016 1:34:58 PM] Sebastian Apelbaum: is working just checked you have to give it a minute to load
[9/27/2016 1:35:07 PM] stephen lohbeck: ok
[9/27/2016 1:38:51 PM] stephen lohbeck: still nothing
[9/27/2016 1:39:06 PM] Sebastian Apelbaum: what browser are you using?
[9/27/2016 1:39:27 PM] stephen lohbeck: firefox
[9/27/2016 1:40:07 PM] stephen lohbeck: mozilla firefox
[9/27/2016 1:40:16 PM] Sebastian Apelbaum: Use chorme
[9/27/2016 1:40:20 PM] stephen lohbeck: ok
[9/27/2016 1:40:21 PM] Sebastian Apelbaum: Chrome
[9/27/2016 1:49:57 PM] stephen lohbeck: works now thanks
[9/27/2016 1:50:07 PM] Sebastian Apelbaum: Awesome
[9/27/2016 2:49:47 PM] stephen lohbeck: can u help me obtain sells with my current website?
[9/27/2016 2:50:10 PM] stephen lohbeck: sales
[9/27/2016 2:53:45 PM] stephen lohbeck: I have completed step 1
[9/27/2016 2:53:54 PM] stephen lohbeck: may i move on?
[9/28/2016 8:10:26 AM] stephen lohbeck: i am waiting for your phone call
[9/28/2016 8:10:37 AM] stephen lohbeck: today 8 am pst
[9/28/2016 8:15:49 AM | Removed 8:17:03 AM] Sebastian Apelbaum: This message has been removed.
[9/28/2016 8:16:24 AM] *** Call from Sebastian Apelbaum ***
[9/28/2016 8:16:50 AM] Sebastian Apelbaum: Hello
[9/28/2016 8:16:54 AM] Sebastian Apelbaum: can u hear me?
[9/28/2016 8:17:09 AM] stephen lohbeck: no
[9/28/2016 8:17:27 AM] *** Call ended, duration 01:03 ***
[9/28/2016 8:17:48 AM] *** Call to Sebastian Apelbaum ***
[9/28/2016 8:24:59 AM] *** Call ended, duration 07:10 ***
[9/28/2016 9:08:52 AM] stephen lohbeck: I have completed step 2
[9/28/2016 9:09:21 AM] stephen lohbeck: I learned that economics comes first before traffic
[9/28/2016 9:09:43 AM] stephen lohbeck: I learned about the 80/20 principle
[9/28/2016 9:09:53 AM] stephen lohbeck: where to get funding
[9/28/2016 9:10:34 AM] stephen lohbeck: economics is the 4th ingredient
[9/28/2016 9:11:10 AM] stephen lohbeck: question i can't find the group booking page
[9/28/2016 9:11:44 AM] Sebastian Apelbaum: Get on my daily call later for the PM Group call
[9/28/2016 9:11:59 AM] Sebastian Apelbaum: http://meetme.so/DAILIY-CHECK-IN-PM
[9/28/2016 2:22:14 PM] Sebastian Apelbaum: Hello make sure you are on the Group call today
[9/28/2016 2:25:37 PM] Sebastian Apelbaum: https://zoom.us/j/819583153
[9/28/2016 2:30:34 PM] Sebastian Apelbaum: Ok we are waiting on you
[9/28/2016 2:30:38 PM] Sebastian Apelbaum: thanks
[9/28/2016 2:30:44 PM] Sebastian Apelbaum: 1 more minute guys
[9/28/2016 3:30:28 PM] Sebastian Apelbaum: Make sure you book for tomorrow
[9/29/2016 9:19:37 AM] stephen lohbeck: I have completed step 3

[9/29/2016 9:30:28 AM] Sebastian Apelbaum: great will see you on the group call tonight :)
[9/29/2016 2:28:05 PM] Sebastian Apelbaum: See you on the call in a phew minutes
[9/29/2016 2:55:39 PM] Sebastian Apelbaum: You missed the call today
[9/29/2016 3:31:06 PM] stephen lohbeck: sorry i missed it
[9/29/2016 3:31:24 PM] stephen lohbeck: forgot
[9/30/2016 9:07:39 AM] stephen lohbeck: r u blocking me from loggin in
[9/30/2016 9:29:34 AM] Sebastian Apelbaum: no
[9/30/2016 11:32:36 AM] stephen lohbeck: well i can't login
[9/30/2016 11:44:06 AM] stephen lohbeck: well i am in but i do not see step 4
[9/30/2016 11:45:33 AM] stephen lohbeck: can't access step 4
[9/30/2016 12:31:35 PM] Sebastian Apelbaum: Thats because u didnt come to the meeting yesterday we need to talk before i open steps make sure you are on the group call today
[9/30/2016 1:20:48 PM] Sebastian Apelbaum: I have 1 more spot left for tonights groups call
[9/30/2016 2:22:29 PM] stephen lohbeck: ok i am here
[9/30/2016 2:22:43 PM] stephen lohbeck: where do i login
[9/30/2016 2:27:26 PM] Sebastian Apelbaum: I don't see you on the group call please log in
[9/30/2016 2:28:10 PM] stephen lohbeck: where is it
[9/30/2016 2:28:33 PM] Sebastian Apelbaum: you had to register for it but here is the link
[9/30/2016 2:28:34 PM] Sebastian Apelbaum: https://zoom.us/j/819583153
[9/30/2016 2:31:11 PM] stephen lohbeck: i went there
[9/30/2016 2:31:21 PM] stephen lohbeck: zoom right
[9/30/2016 2:31:33 PM] Sebastian Apelbaum: yes
[9/30/2016 2:31:42 PM] stephen lohbeck: no one there
[9/30/2016 2:32:09 PM] Sebastian Apelbaum: we are there we have not started the call yet
[9/30/2016 2:32:26 PM] stephen lohbeck: ok thanks
[9/30/2016 4:16:55 PM] stephen lohbeck: I have completed step 4
[9/30/2016 4:21:49 PM] stephen lohbeck: where do i schedule
[10/1/2016 9:51:08 AM] *** Call to Sebastian Apelbaum, no answer. ***
[10/3/2016 12:24:03 PM] Sebastian Apelbaum: Hello did you join the call for today?
[10/3/2016 12:24:08 PM] Sebastian Apelbaum: I don't see you on the calander
[10/3/2016 12:28:09 PM] stephen lohbeck: yes
[10/3/2016 12:29:03 PM] Sebastian Apelbaum: I cancel that you booked the wrong appointment
[10/3/2016 12:29:58 PM] stephen lohbeck: what
[10/3/2016 12:30:11 PM] stephen lohbeck: then where do i schedule
[10/3/2016 12:30:54 PM] stephen lohbeck: r u there?
[10/3/2016 12:32:39 PM] Sebastian Apelbaum:
I sent you the link also by email. You booked a 5 minute welcome call when you had to book a Group call
[10/3/2016 12:33:06 PM] Sebastian Apelbaum: Once again here is the link http://meetme.so/DAILIY-CHECK-IN-PM
[10/4/2016 7:21:33 AM] stephen lohbeck: Please inform whoever called me at 6 am that i do not need a wake up call nor a reminder that i have a meeting today thanks
[10/4/2016 7:50:36 AM] Sebastian Apelbaum: OK will it was my assistant
[10/4/2016 7:50:40 AM] Sebastian Apelbaum: sorry about that
[10/4/2016 7:51:59 AM] Sebastian Apelbaum: Please inform whoever called me at 6 am that i do not need a wake up call nor a reminder that i have a meeting today thanks
[10/5/2016 10:29:07 AM] stephen lohbeck: I have completed steps 5 and 6a
[10/5/2016 1:58:19 PM] Sebastian Apelbaum: Hello did you book the call for today?
[10/5/2016 2:25:57 PM] Sebastian Apelbaum: https://zoom.us/j/819583153
[10/6/2016 2:22:24 PM] Sebastian Apelbaum: Starting call now are you in?
[10/6/2016 2:22:47 PM] stephen lohbeck: yes
[10/6/2016 2:49:58 PM] Sebastian Apelbaum: 6B is not open
[10/6/2016 2:52:05 PM] Sebastian Apelbaum: is now open sorry
[10/6/2016 9:53:06 PM] Sebastian Apelbaum: http://meetme.so/STRATEGYSESSION30MINUTECALL
[10/7/2016 8:39:48 AM] Sebastian Apelbaum: Hello did you book your 30 minuite call?
[10/7/2016 9:04:20 AM] stephen lohbeck: I cannot open step 6B
[10/7/2016 9:24:56 AM] stephen lohbeck: I still cannot open step 6b
[10/7/2016 9:37:17 AM] Sebastian Apelbaum: Is open I see it now. Make sure you log out and log back in

[10/7/2016 9:37:59 AM] stephen lohbeck: ok
[10/7/2016 9:38:21 AM] Sebastian Apelbaum: let me know if that works
[10/7/2016 9:53:18 AM] stephen lohbeck: well I restarted my computer yet I still cannot open step 6B
[10/7/2016 9:55:27 AM] Sebastian Apelbaum: Let me check
[10/7/2016 9:55:45 AM] stephen lohbeck: ok
[10/7/2016 9:55:47 AM] Sebastian Apelbaum: try now please
[10/7/2016 9:56:06 AM] stephen lohbeck: nothing
[10/7/2016 9:56:28 AM] Sebastian Apelbaum: og out
[10/7/2016 9:56:30 AM] Sebastian Apelbaum: log out
[10/7/2016 9:56:33 AM] Sebastian Apelbaum: Log back in
[10/7/2016 9:56:40 AM] stephen lohbeck: ok
[10/7/2016 9:58:26 AM] Sebastian Apelbaum: Let me know I have someone from support here with em
[10/7/2016 9:58:27 AM] stephen lohbeck: me
[10/7/2016 10:01:51 AM] Sebastian Apelbaum: ?
[10/7/2016 10:02:45 AM] stephen lohbeck: now i cannot login
[10/7/2016 10:04:28 AM] stephen lohbeck: finally i am login
[10/7/2016 10:04:37 AM] Sebastian Apelbaum: We just log in to your account and 6b is workin
[10/7/2016 10:04:48 AM] Sebastian Apelbaum: is 6 B open?
[10/7/2016 10:05:34 AM] stephen lohbeck: just a minute
[10/7/2016 10:09:52 AM] stephen lohbeck: still won't open
[10/7/2016 10:11:03 AM] Sebastian Apelbaum: what is it telling you
[10/7/2016 10:11:45 AM] stephen lohbeck: i click on the arrow at step 6b and nothing happens
[10/7/2016 10:11:50 AM] Sebastian Apelbaum: what browser are you using?
[10/7/2016 10:11:57 AM] stephen lohbeck: firefox
[10/7/2016 10:12:01 AM] Sebastian Apelbaum: use chrome
[10/7/2016 10:12:06 AM] stephen lohbeck: ok
[10/7/2016 10:12:10 AM] Sebastian Apelbaum: let me know
[10/7/2016 10:17:10 AM] stephen lohbeck: ok works in chrome thanks
[10/7/2016 10:17:29 AM] Sebastian Apelbaum: awesome
[10/7/2016 11:11:30 AM] stephen lohbeck: I have completed step 6B
[10/7/2016 11:33:02 AM] Sebastian Apelbaum: great did u book the 30 minute call
[10/8/2016 7:40:46 AM] stephen lohbeck: yes
[10/8/2016 7:58:26 AM] stephen lohbeck: where is zoom
[10/8/2016 7:59:20 AM] Sebastian Apelbaum: No zoom today we will do the call on Skype
[10/8/2016 7:59:40 AM] stephen lohbeck: oh ok
[10/8/2016 8:01:10 AM] *** Call from Sebastian Apelbaum ***
[10/8/2016 8:01:41 AM] *** Call ended, duration 00:32 ***
[10/8/2016 8:01:52 AM] *** Call to Sebastian Apelbaum ***
[10/8/2016 8:02:25 AM] *** Call ended, duration 00:33 ***
[10/8/2016 8:02:31 AM] Sebastian Apelbaum: can u hear me I hear you
[10/8/2016 8:02:36 AM] stephen lohbeck: no
[10/8/2016 8:02:49 AM] Sebastian Apelbaum: something wrong on your end
[10/8/2016 8:03:01 AM] *** Call to Sebastian Apelbaum ***
[10/8/2016 8:03:07 AM] *** Call ended, duration 00:06 ***
[10/8/2016 8:03:23 AM] *** Call from Sebastian Apelbaum ***
[10/8/2016 8:03:36 AM] *** Call ended, duration 00:14 ***
[10/8/2016 8:03:43 AM] Sebastian Apelbaum: problem is in your end
[10/8/2016 8:03:57 AM] stephen lohbeck: maybe i didn't pay
[10/8/2016 8:03:59 AM] Sebastian Apelbaum: I called from my cell and u cannot hear me
[10/8/2016 8:04:14 AM] Sebastian Apelbaum: Skype is free
[10/8/2016 8:04:27 AM] Sebastian Apelbaum: Check your options and see it its working
[10/8/2016 8:04:31 AM] Sebastian Apelbaum: go to tools
[10/8/2016 8:04:34 AM] stephen lohbeck: try cell again
[10/8/2016 8:04:37 AM] Sebastian Apelbaum: options
[10/8/2016 8:04:52 AM] Sebastian Apelbaum: Audio settings
[10/8/2016 8:04:55 AM] *** Call to Sebastian Apelbaum ***
[10/8/2016 8:05:01 AM] *** Call ended, duration 00:06 ***

[10/8/2016 8:05:05 AM] Sebastian Apelbaum: I hear you
[10/8/2016 8:05:19 AM] *** Call to Sebastian Apelbaum ***
[10/8/2016 8:05:30 AM] *** Call ended, duration 00:11 ***
[10/8/2016 8:05:40 AM] *** Call from Sebastian Apelbaum ***
[10/8/2016 8:05:51 AM] *** Call ended, duration 00:12 ***
[10/8/2016 8:06:22 AM] stephen lohbeck: call cell 916-470-2624
[10/8/2016 8:06:38 AM] *** Call to Sebastian Apelbaum, no answer. ***
[10/8/2016 10:29:10 AM] stephen lohbeck: step 7 is not open
[10/9/2016 9:18:21 AM] stephen lohbeck: if everything is done for me what do i do?
[10/9/2016 9:18:44 AM] stephen lohbeck: get leads that is traffic do not u teach how to get traffic
[10/9/2016 9:26:29 AM] Sebastian Apelbaum: Yes we teach you how to get traffic
[10/9/2016 9:26:40 AM] Sebastian Apelbaum: Ans where to get it
[10/9/2016 9:26:57 AM] Sebastian Apelbaum: Thata what the training is all about
[10/9/2016 11:44:46 AM] stephen lohbeck: step 7 is still locked
[10/9/2016 11:58:16 AM] Sebastian Apelbaum: Let me check
[10/9/2016 12:37:09 PM] stephen lohbeck: please unlock step 7
[10/9/2016 1:11:48 PM] Sebastian Apelbaum: 7 and 8 are now opwn
[10/9/2016 1:12:05 PM] stephen lohbeck: thanks
[10/9/2016 1:32:40 PM] Sebastian Apelbaum: YW
[10/10/2016 12:15:05 PM] stephen lohbeck: I have completed steps 7 and 8
[10/10/2016 12:54:15 PM] Sebastian Apelbaum: Great how is the funding coming along?
[10/10/2016 12:54:48 PM] stephen lohbeck: still searching
[10/10/2016 12:55:17 PM] Sebastian Apelbaum: ok keep me posted
[10/12/2016 9:32:36 AM] stephen lohbeck: please open step 9
[10/12/2016 9:32:55 AM] stephen lohbeck: I bought into climber
[10/12/2016 9:33:04 AM] stephen lohbeck: still working on a loan
[10/12/2016 9:33:52 AM] Sebastian Apelbaum: I will recommend you do that with Joe Kennedy when you get to Rise
[10/14/2016 1:54:04 PM] stephen lohbeck: ok
[10/14/2016 1:54:30 PM] Sebastian Apelbaum: How is that coming along?
[10/14/2016 2:40:40 PM] stephen lohbeck: the loan is not coming through
[10/14/2016 2:40:49 PM] stephen lohbeck: i just get the run around
[10/14/2016 2:41:00 PM] stephen lohbeck: i need official lendsers
[10/14/2016 2:41:18 PM] Sebastian Apelbaum: DId you see the email I sent you?
[10/14/2016 2:41:26 PM] stephen lohbeck: not an agency that supposedly sends me to lenders
[10/14/2016 2:41:37 PM] stephen lohbeck: just now no
[10/14/2016 2:41:55 PM] stephen lohbeck: my score is 738
[10/14/2016 2:42:02 PM] stephen lohbeck: so i do qualify
[10/14/2016 2:42:11 PM] Sebastian Apelbaum: Yes you should
[10/14/2016 2:43:17 PM] Sebastian Apelbaum: I sent you an email just now with funding options
[10/14/2016 2:43:24 PM] Sebastian Apelbaum: try them and see what you can do
[10/14/2016 2:43:32 PM] Sebastian Apelbaum: Also credit Karma can help you too
[10/14/2016 2:43:39 PM] stephen lohbeck: send it again please
[10/14/2016 2:44:03 PM] Sebastian Apelbaum: Just did
[10/14/2016 2:44:07 PM] stephen lohbeck: ok i got it
[10/14/2016 2:44:10 PM] stephen lohbeck: thanks
[10/14/2016 2:44:15 PM] Sebastian Apelbaum: See what you can do with that
[10/14/2016 2:44:18 PM] Sebastian Apelbaum: You have a good score
[10/14/2016 5:04:38 PM] stephen lohbeck: If i have 10,000 visitors to my capture page will i earn any commissions
[10/14/2016 6:53:44 PM] Sebastian Apelbaum: Yes when they buy rise
[10/20/2016 2:53:19 PM] stephen lohbeck: so you are saying people do not get paid commissions as an aspire climber
[10/21/2016 8:11:45 AM] Sebastian Apelbaum: Yes they do but is not the money you want to make. Plus you have to do all the work yourself
[10/21/2016 8:16:50 AM] Sebastian Apelbaum: As Aspire is a 1 dollar trial do you make. 37 cents on that then a porcentaje of 37.00 per month if they stay in the program after the 14 day trial

[10/21/2016 9:25:14 AM] stephen lohbeck: thanks coach
[10/21/2016 9:25:43 AM] stephen lohbeck: If i buy base will i earn base commissions?
[10/21/2016 10:00:48 AM] Sebastian Apelbaum: Yes but base is included for free when you get rise
[11/16/2016 9:52:50 AM] stephen lohbeck: hi
[11/16/2016 9:54:04 AM] Sebastian Apelbaum: Hello how are you?
[11/16/2016 9:54:57 AM] Sebastian Apelbaum: How are things coming along?
[11/16/2016 9:55:37 AM] stephen lohbeck: i am still trying to get the capital
[11/16/2016 9:55:47 AM] Sebastian Apelbaum: How is that been going?
[11/16/2016 9:55:48 AM] stephen lohbeck: maybe next month
[11/16/2016 9:55:50 AM] Sebastian Apelbaum: Any luk
[11/16/2016 9:55:57 AM] stephen lohbeck: no luck
[11/16/2016 9:56:10 AM] Sebastian Apelbaum: how much were you able to raise so far?
[11/16/2016 9:56:17 AM] stephen lohbeck: nothing
[11/16/2016 9:56:25 AM] stephen lohbeck: i need a full loan
[11/16/2016 9:56:34 AM] stephen lohbeck: to cover rise
[11/16/2016 9:56:50 AM] stephen lohbeck: i know u want to get paid lol
[11/16/2016 9:56:55 AM] Sebastian Apelbaum: Yes but we can work a payment plan remember we can
start with 600.00
[11/16/2016 9:57:13 AM] stephen lohbeck: it is too steep
[11/16/2016 9:57:27 AM] Sebastian Apelbaum: I understand well keep me posted :)
[11/16/2016 9:57:30 AM] stephen lohbeck: i only make 1780 per month
[11/16/2016 9:57:33 AM] Sebastian Apelbaum: I hope you can find the capital
[11/16/2016 9:57:40 AM] stephen lohbeck: most of it goes to bills
[11/16/2016 9:57:51 AM] Sebastian Apelbaum: well bills will always keep coming
[11/16/2016 9:57:59 AM] stephen lohbeck: ok thanks
[11/16/2016 9:58:13 AM] Sebastian Apelbaum: so you could maybe ask for extensions
[11/16/2016 9:58:23 AM] Sebastian Apelbaum: and instead of paying bills get your program going
[11/16/2016 9:58:37 AM] Sebastian Apelbaum: it will all make sense once you start making comissions
[11/16/2016 9:58:39 AM] stephen lohbeck: sorry can't lose my living space
[11/16/2016 9:58:51 AM] Sebastian Apelbaum: then you don't have to worry about it
[11/16/2016 9:59:01 AM] Sebastian Apelbaum: understand
[11/16/2016 9:59:08 AM] Sebastian Apelbaum: well keep working at it
[11/20/2016 9:16:39 AM] stephen lohbeck: r u a digital altutude member?
[11/20/2016 9:16:45 AM] stephen lohbeck: what level
[11/20/2016 9:30:55 AM] stephen lohbeck: how much money do u earn?
[11/20/2016 6:48:16 PM] Sebastian Apelbaum:  I am APEX earning over 6 figures a year.
[11/20/2016 7:28:41 PM] stephen lohbeck: nice
[4/28/2017 9:16:34 AM] stephen lohbeck: i should have the money for rise by 5/20
[4/28/2017 9:16:51 AM] stephen lohbeck: but when i login i cannot upgrade why
[4/28/2017 9:17:14 AM] Sebastian Apelbaum: Hello how are you?
[4/28/2017 9:17:18 AM] Sebastian Apelbaum: Good to hear from you
[4/28/2017 9:17:38 AM] Sebastian Apelbaum: that is good news
[4/28/2017 9:18:25 AM] Sebastian Apelbaum: what you mean you cannot upgrade when you login?
[4/28/2017 9:26:51 AM] stephen lohbeck: everthing is locked
[4/28/2017 9:27:00 AM] stephen lohbeck: i have no rank
[4/28/2017 9:27:26 AM] stephen lohbeck: everything
[4/28/2017 9:28:52 AM] stephen lohbeck: Sebastian r u there?
[4/28/2017 9:31:18 AM] Sebastian Apelbaum: I am here
[4/28/2017 9:31:38 AM] Sebastian Apelbaum: let me check for you give me your email please?
[4/28/2017 9:31:53 AM] stephen lohbeck: ok steve███████████
[5/1/2017 12:59:35 PM] Sebastian Apelbaum: Hello
[5/1/2017 2:16:10 PM] stephen lohbeck: i made an appointment and u never called?????
[5/1/2017 2:16:55 PM] stephen lohbeck: will steps 9, 10, 11, and 12 be unlocked after i pay for rise????
[5/1/2017 2:52:56 PM] Sebastian Apelbaum: Yes
[5/1/2017 2:53:13 PM] Sebastian Apelbaum: Step 9 will and then Joe Kennedy will start opening the next
steps for you
[5/1/2017 2:53:23 PM] Sebastian Apelbaum: so you will be ready by 5/20 you said or sooner?

[5/1/2017 5:02:47 PM] stephen lohbeck: i should be yes

[5/2/2017 8:38:18 AM] *** Call from Sebastian Apelbaum ***

[5/2/2017 8:38:18 AM] *** Call ended ***

[5/2/2017 8:38:47 AM] Sebastian Apelbaum: Hello Steven how are you?

[5/2/2017 8:39:03 AM] Sebastian Apelbaum: The day we had the appointment you had to call me I am so sorry for the confusion

[5/2/2017 8:39:10 AM] Sebastian Apelbaum: I am here to help you with this program

[5/2/2017 8:39:25 AM] Sebastian Apelbaum: again please take my senciere appologies

[5/2/2017 9:53:15 AM] stephen lohbeck: ok thanks

[5/2/2017 9:53:51 AM] stephen lohbeck: question after i buy rise and da does all the selling etc when can i expect a sale?

[5/2/2017 9:54:25 AM] stephen lohbeck: do i have to buy traffic?

[5/2/2017 12:56:14 PM] Sebastian Apelbaum: It could take 30 to 60 days and yes you have have to Advertise and buy traffic

[5/3/2017 10:38:40 AM] stephen lohbeck: how do i promote da

[5/3/2017 10:38:49 AM] stephen lohbeck: ?????

[5/3/2017 10:39:33 AM] stephen lohbeck: is da still paying out $1 commissions or not?

[6/5/2017 7:25:02 AM] Sebastian Apelbaum: Hello Steve congrats

[6/5/2017 7:25:16 AM] Sebastian Apelbaum: I see that you got RISE

[6/6/2017 1:04:09 PM] stephen lohbeck: yes now i need some advise on promoting

[7/17/2017 6:37:16 AM] stephen lohbeck: i bought traffic from clixli 200 clicks and i got 0 sales why????

Attachment B

[6/2/2017 8:25:50 AM] *** Jamie Dent added 8Joe Kennedy, stephen lohbeck ***
[6/2/2017 8:25:50 AM] *** Jamie Dent enabled joining this conversation. ***
[6/2/2017 8:27:01 AM] Jamie Dent: Hi Steve,

You have been unlocked through Step 12 and sent an email titled Goal Worksheet.  The email contacts a link to watch The Secret as well as an attached goal worksheet.  Do the first two sections of the goal worksheet.  Please schedule yourself for the feedback call by using the link below:

http://meetme.so/FeedbackMeeting
[6/5/2017 9:09:28 AM] stephen lohbeck: ok
[6/5/2017 9:09:46 AM] Jamie Dent: Hi Stephen,
I will be connecting with you shortly
[6/5/2017 9:10:07 AM] stephen lohbeck: ok
[6/5/2017 9:41:06 AM] Jamie Dent: Hi Stephen,

You have been unlocked to Step 13.  You should be receiving an email titled Step 12 & 13 training video.  Watch the video after you have completed Step 13.  Please use the link below to schedule yourself for the feedback call:

http://meetme.so/FeedbackMeeting
[6/5/2017 9:41:26 AM] stephen lohbeck: thanks
[6/6/2017 10:31:04 AM] stephen lohbeck: I have completed step 13
[6/6/2017 11:41:40 AM] Jamie Dent: Great! We will see you on the call tonight.
[6/6/2017 11:41:57 AM] stephen lohbeck: ok
[6/6/2017 5:00:36 PM | Edited 5:00:59 PM] Jamie Dent: Hi Stephen,

You have been unlocked to Step 14. You will need to work on your goal worksheet over to make sure Sections 1 & 2 are done

Also, please schedule yourself for the Business Prep Call which will be on Thursday, 8 June 2017, at 6:00 PM CST by using the link below I do not get the link for this call sent to me so you will need to save it when you get the email confirmation

https://app.webinarjam.net/register/26249/7ba410d3e2

Please send a message once you have scheduled yourself
[6/7/2017 7:03:54 AM] stephen lohbeck: i am now registered
[6/7/2017 7:15:49 AM] stephen lohbeck: i have completed step 14
[6/7/2017 7:22:09 AM] 8Joe Kennedy: (highfive)
[6/7/2017 7:22:36 AM] stephen lohbeck: :)
[6/7/2017 4:19:44 PM] Jamie Dent: Hi Stephen,

This is a friendly reminder that you have the feedback call coming up in 10 mins.  You can find the link to access the call in the email confirmation that was sent when you booked the meeting.
[6/8/2017 7:07:14 AM] stephen lohbeck: is step 15 going to be unlocked??????
[6/8/2017 7:11:52 AM] Jamie Dent: Hi Stephen,
As I explained yesterday, Step 15 will be unlocked after you attend the Business Prep Call which you are schedule for at 6 pm CST tonight.  Make sure that you have the link that was sent to you via email as I do not get them.
[6/8/2017 3:47:22 PM] Jamie Dent: Hi Stephen,

Remember that you have your Business Prep Call that is coming up in 15 mins.  Please use the link to

access the call that was sent to your email.
[6/8/2017 3:48:01 PM] stephen lohbeck: hi
[6/8/2017 4:38:04 PM] Jamie Dent: Hi Stephen,

Thank you for attending the Business Prep Call you have been unlocked through Step 15.  Please schedule yourself to meet with Joe on Monday, June 12 by using the link below:

http://meetme.so/7Figure

Also, please register yourself for the Business Plan Call which will be on Tuesday, 13 June 2017, at 6:00 PM CST by using the link below:

https://app.webinarjam.net/register/26249/9bc1bdf0ba

Please notify us once you have registered for these calls
[6/9/2017 10:34:39 AM] stephen lohbeck: purpose -- to become rich not to worry about a lack of money anymore!
[6/9/2017 10:35:01 AM] stephen lohbeck: to buy a nice large house with cash money
[6/9/2017 10:35:16 AM] stephen lohbeck: I have completed step 15
[6/9/2017 2:17:01 PM] Jamie Dent: Hi Stephen,

In the message I sent to you yesterday Thursday, June 8th.  I had requested that you use the link below to schedule an appointment with Joe.

http://meetme.so/7Figure

I have cancelled the other meeting you scheduled as it was the wrong link.
[6/9/2017 2:57:41 PM] stephen lohbeck: ok i attended the meeting it is now june 9
[6/9/2017 2:58:08 PM] Jamie Dent: The appointment you need to schedule is for Monday
[6/9/2017 2:58:25 PM] Jamie Dent: Please read the message below that I sent yesterday.

On 6/8/17, at 4:38 PM, Jamie Dent wrote:
> Hi Stephen,
>
> Thank you for attending the Business Prep Call you have been unlocked through Step 15.  Please schedule yourself to meet with Joe on Monday, June 12 by using the link below:
>
> http://meetme.so/7Figure
>
> Also, please register yourself for the Business Plan Call which will be on Tuesday, 13 June 2017, at 6:00 PM CST by using the link below:
>
> https://app.webinarjam.net/register/26249/9bc1bdf0ba
>
> Please notify us once you have registered for these calls
[6/9/2017 2:58:59 PM] stephen lohbeck: ok so many links lol
[6/9/2017 2:59:23 PM] Jamie Dent: Yes, for each meeting.  Get these two scheduled and let me know when you do.
[6/9/2017 3:00:00 PM] stephen lohbeck: done 11:15 monday
[6/9/2017 3:00:53 PM] Jamie Dent: Schedule yourself for the second one.  I still do not see you scheduled.
[6/9/2017 3:00:54 PM] stephen lohbeck: pst
[6/9/2017 3:01:07 PM] stephen lohbeck: what second one
[6/9/2017 3:01:31 PM] Jamie Dent: Please read the message below that I sent yesterday.

> On 6/8/17, at 4:38 PM, Jamie Dent wrote:
> > Hi Stephen,

EX 9
144

> >
> > Thank you for attending the Business Prep Call you have been unlocked through Step 15.  Please schedule yourself to meet with Joe on Monday, June 12 by using the link below:
> >
> > http://meetme.so/7Figure
> >
> > Also, please register yourself for the Business Plan Call which will be on Tuesday, 13 June 2017, at 6:00 PM CST by using the link below:
> >
> > https://app.webinarjam.net/register/26249/9bc1bdf0ba
> >
> > Please notify us once you have registered for these calls
[6/9/2017 3:01:36 PM] stephen lohbeck: another business plan for the 13
[6/9/2017 3:01:47 PM] Jamie Dent: Yes
[6/9/2017 3:01:54 PM] Jamie Dent: Register for that call please
[6/9/2017 3:02:55 PM] stephen lohbeck: done
[6/9/2017 3:03:16 PM] Jamie Dent: Great! Thanks!
[6/9/2017 3:03:31 PM] stephen lohbeck: ttfn
[6/12/2017 11:09:29 AM] Jamie Dent: Hi Stephen,

Your call with Joe will be in 5 mins.  Make sure to have your goal worksheet.  Below is the link for the call:

https://www.gotomeeting.com/join/458880941
[6/12/2017 11:09:56 AM] stephen lohbeck: hi ok
[6/12/2017 11:18:54 AM] Jamie Dent: HI Stephen,

Thank you for attending the Goal Worksheet Review.  You are already scheduled for tomorrow's Business Plan Call.  That link was sent to you in your email confirmation.  I do not get that link sent to me.
[6/12/2017 11:29:36 AM] stephen lohbeck: when will step 16 be unlocked?
[6/12/2017 11:29:55 AM] Jamie Dent: Step 16 & 17 will be unlocked after the Business Plan tomorrow.
[6/12/2017 11:30:05 AM] stephen lohbeck: thank you
[6/12/2017 11:33:14 AM] Jamie Dent: Please schedule yourself for the Marketing Call on Wednesday, 14 June 2017, at 6:00 PM CST by using the link below:

https://app.webinarjam.net/register/26249/c04ebf98c2

Please message when you have done it
[6/12/2017 12:28:56 PM] stephen lohbeck: done
[6/13/2017 3:37:09 PM] stephen lohbeck: what is the link for todays meeting?
[6/13/2017 4:08:22 PM] Jamie Dent: Hi Stephen,
I do not get that link.  It gets emailed to you as each person has their own individual one. Please check your email.
[6/13/2017 4:55:20 PM] Jamie Dent: Hi Stephen,

Thank you for attending the Business Plan Call, you have been unlocked to Step 17.  Please complete your goal worksheet and get it emailed over tonight to   jkennedy@digitalaltitude.co

You are all set for the Marketing Call tomorrow.
[6/14/2017 8:53:15 AM] stephen lohbeck: what is the link for today
[6/14/2017 3:50:48 PM] Jamie Dent: Hi Stephen,

This is a friendly reminder that you have the Marketing Meeting coming up in 10 mins.  Please make sure that you look in your email for the link.
[6/15/2017 10:37:16 AM] stephen lohbeck: thanks done
[6/15/2017 10:38:50 AM] Jamie Dent: Hi Stephen,

How long are you going to be online today?  I need to get you scheduled to meet with Joe tomorrow.

Also, send over your goal worksheet to   jkennedy@digitalaltitude.co
[6/15/2017 10:39:44 AM] stephen lohbeck: ok
[6/15/2017 10:56:22 AM] stephen lohbeck: can u unlock step 18
[6/15/2017 10:58:36 AM] stephen lohbeck: booked for 9:30 am
[6/15/2017 10:58:45 AM] stephen lohbeck: hopefully it is pst
[6/15/2017 10:58:50 AM] Jamie Dent: No, it's a totally different meeting...
[6/15/2017 10:58:54 AM] Jamie Dent: I will need to cancel that one.
[6/15/2017 10:59:01 AM] stephen lohbeck: what is the link then
[6/15/2017 10:59:20 AM] stephen lohbeck: for friday
[6/15/2017 10:59:24 AM] Jamie Dent: Give me a few minutes like I asked so that I can get you scheduled and get that info out to you
[6/15/2017 10:59:31 AM] stephen lohbeck: ok
[6/15/2017 10:59:40 AM] stephen lohbeck: can u unlock step 18
[6/15/2017 11:10:16 AM] Jamie Dent: Stephen,

I just got you scheduled for 845 am PST.  Below is the link you will need to click on to access the call tomorrow morning:

https://www.gotomeet.me/CoachJoe
[6/15/2017 11:12:54 AM] stephen lohbeck: ok thanks and about step 18
[6/15/2017 11:13:10 AM] Jamie Dent: That will be unlocked after you meet with Joe tomorrow.
[6/15/2017 11:13:26 AM] stephen lohbeck: ok
[6/15/2017 11:30:02 AM] Jamie Dent: Please make sure that you email your goal worksheet to Joe at jkennedy@digitialaltitude.co by this evening.
[6/15/2017 11:30:20 AM] stephen lohbeck: ok
[6/16/2017 8:33:32 AM] Jamie Dent: The Marketing Meeting Review with Joe is starting in 10 mins. Please use the link below to access the call:

Please use the link below to access that call:

https://www.gotomeet.me/CoachJoe
[6/16/2017 11:06:00 AM] stephen lohbeck: I attended the meeting yet step 18 is still locked
[6/16/2017 6:24:57 PM] Jamie Dent: Hi Stephen,

You have been unlocked and a email sent regarding Traffic Training.
[6/17/2017 5:54:32 PM] stephen lohbeck: i have completed step 18
[6/19/2017 8:21:03 AM] stephen lohbeck: when do i get a traffic coach?
[6/19/2017 8:22:13 AM] 8Joe Kennedy: I will send you an email today with a way to get scheduled for it Stephen
[6/19/2017 8:22:28 AM] stephen lohbeck: ok
[6/19/2017 11:22:05 AM] Jamie Dent: Hi Stephen,
All of your traffic training has been unlocked. YOU can find it on your DA Dashboard when you log in on the Right hand side you will see Training and all traffic steps are unlocked.

You have also been sent a email titled Updated Traffic Training.
[6/25/2017 6:43:16 PM] stephen lohbeck: so now what ? just buy traffic????
[6/25/2017 8:16:30 PM] 8Joe Kennedy: Have you done all of your traffic training?
[6/26/2017 10:33:56 AM] stephen lohbeck: yes
[6/28/2017 7:46:24 AM] 8Joe Kennedy: open the email from clixli
[6/29/2017 8:08:56 AM] stephen lohbeck: ok
[6/29/2017 8:09:26 AM] stephen lohbeck: :D
[7/14/2017 7:42:46 AM] stephen lohbeck: please respond
[7/14/2017 7:43:13 AM] Jamie Dent: Respond to what Stephen?  I do not see a question.
[7/14/2017 7:43:52 AM] stephen lohbeck: i bought traffic from clixli and got 0 sales why?
[7/14/2017 7:44:25 AM] stephen lohbeck: is there a live traffic coach i can ask?
[7/14/2017 7:48:46 AM] 8Joe Kennedy: Yes you will need to figure out what happened and why such low conversions because you maybe the only one that has had that type of result.  Something needs fixing, I

would suggest paying for a private coach to walk you through it. There time is valuable because their results in helping you are valuable.

[7/14/2017 7:48:59 AM] 8Joe Kennedy: http://www.datrafficcoach.com

[7/14/2017 7:49:37 AM] stephen lohbeck: wow u mean my capture page is wrong or something

[7/14/2017 7:50:19 AM] 8Joe Kennedy: I have no idea Stephen as I am not a traffic guy, I would suggest going to the free trainings with clixli and discovering what is happening or click on that link and pay to have someone go through it with you.

[7/14/2017 7:50:33 AM] stephen lohbeck: thanks Joe

[7/14/2017 7:53:11 AM] 8Joe Kennedy: Absolutely

Attachment C

[5/31/2017 8:29:48 PM] *** stephen lohbeck would like to add you on Skype

Hi 8Joe Kennedy, I'd like to add you as a contact. ***
[5/31/2017 8:30:10 PM] stephen lohbeck: i am now a rise member and need you to unlock the steps
[5/31/2017 8:30:51 PM] *** Call to 8Joe Kennedy, no answer. ***
[6/1/2017 7:14:47 AM] *** stephen lohbeck would like to add you on Skype

Hi 8Joe Kennedy, I'd like to add you as a contact. ***
[6/1/2017 9:00:01 AM] *** Call from 8Joe Kennedy ***
[6/1/2017 9:10:48 AM] 8Joe Kennedy: http://meetme.so/FeedbackMeeting
[6/1/2017 9:11:58 AM] *** Call ended, duration 11:57 ***
[6/1/2017 9:45:37 AM] stephen lohbeck: I have completed steps 9 and 10
[6/1/2017 10:29:40 AM] 8Joe Kennedy: Terrific meet you tomorrow
[6/2/2017 7:52:40 AM] stephen lohbeck: steps 11-13 are not unlocked
[6/2/2017 7:55:04 AM] 8Joe Kennedy: be patient
[6/2/2017 7:55:19 AM] stephen lohbeck: ok
[6/7/2017 2:07:35 PM] *** Call from 8Joe Kennedy ***
[6/7/2017 2:12:35 PM] *** Call ended, duration 04:59 ***
[6/13/2017 3:41:39 PM] stephen lohbeck: what is the link for todays meeting?
[6/13/2017 5:32:36 PM] stephen lohbeck: I have completed steps 16 and 17
[6/14/2017 7:18:36 AM] 8Joe Kennedy: terrific lets connect today
[6/14/2017 8:53:30 AM] stephen lohbeck: what is the link
[6/16/2017 2:30:15 PM] stephen lohbeck: please unlock step 18
[6/20/2017 8:01:08 AM] 8Joe Kennedy: Good morning I show it unlocked
[6/25/2017 6:43:57 PM] stephen lohbeck: so now what????   just buy traffic????
[6/29/2017 7:53:17 AM] stephen lohbeck: am i suppose to buy traffic only from clixli?  and how do i track it?
[6/29/2017 7:54:30 AM] 8Joe Kennedy: they have awesome trainings to answer those questions better than me , you got an email from Michael explaining there is a training tonight to help explain.  Do you see that?
[6/29/2017 7:54:57 AM] stephen lohbeck: no i didn't
[6/29/2017 7:55:06 AM] stephen lohbeck: can it be sent again
[6/29/2017 7:55:08 AM] 8Joe Kennedy: look again because it may be in your spam folder
[6/29/2017 7:55:17 AM] stephen lohbeck: ok
[6/29/2017 7:55:19 AM] 8Joe Kennedy: I just sent it from my account to you.  take a look and register for it.
[6/29/2017 7:55:26 AM] stephen lohbeck: ok
[6/29/2017 7:58:11 AM] stephen lohbeck: got it thanks
[7/8/2017 7:33:05 AM] stephen lohbeck: I bought 200 clicks from clixli yet got only 3 sales is this really good traffic????
[7/20/2017 7:45:17 AM] stephen lohbeck: i heard there is a lawsuit against da with mobe
[7/20/2017 7:46:20 AM] stephen lohbeck: i will be filing my own lawsuit against da for refund of my money for rise plus monthly fees, advestising fees, traffic fees etc total $4000
[7/20/2017 7:58:23 AM] 8Joe Kennedy: ?
[7/20/2017 8:13:47 AM] stephen lohbeck: now u r playing dumb
[7/20/2017 8:20:57 AM] 8Joe Kennedy: Ok Stephen
[7/20/2017 8:34:04 AM] stephen lohbeck: not to mention criminal charges against all u associates with da because i am reporting da to the FBI
[7/20/2017 9:04:47 AM] 8Joe Kennedy: Understand, take that effort and apply it to work and you will benefit tremendously.
[7/20/2017 9:05:32 AM] stephen lohbeck: lol da will shut down in a month after the judge's ruling
[7/20/2017 9:05:50 AM] 8Joe Kennedy: Ok

[7/20/2017 9:05:58 AM] 8Joe Kennedy: Goodbye and take care
[7/20/2017 12:08:43 PM] stephen lohbeck: u r going to prison
[8/19/2017 8:03:04 AM] stephen lohbeck: i need help to make da work
[8/31/2017 3:41:17 PM] stephen lohbeck: no help period...........................
[8/31/2017 3:41:24 PM] stephen lohbeck: need to tell michael
[9/17/2017 10:13:28 AM] stephen lohbeck: so michael force use to be with MTTB
[9/18/2017 11:35:05 AM] stephen lohbeck: fraud
[9/30/2017 11:07:36 AM] stephen lohbeck: digital altitude is a pyramid scheme and i am suing the company and i am suing michael force personally!!!



# citibank®

STEPHEN LOHBECK

011/R#/04F013

Account ▮▮▮▮▮
Statement Period - May 15 - Jun 12, 2017

## CHECKING ACTIVITY                                                      Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 05/31 | Foreign Transaction Fee AFF DIGITALALTITUDELLC MEXICO DF  MEX17150 | 0.51 | | |
| 05/31 | Foreign Transaction Fee AFF DIGITALALTITUDELLC MEXICO DF  MEX17150 | 1.11 | | |
| 05/31 | Debit Card Purchase 05/29 09:51a #7062 AFF DIGITALALTITUDELLC MEXICO DF  MEX17150 Misc Business Services | 17.07 | | |
| 05/31 | Debit Card Purchase 05/29 09:53a #7062 AFF DIGITALALTITUDELLC MEXICO DF  MEX17150 Misc Business Services | 37.12 | | |
| 06/02 | Foreign Transaction Fee AFF DIGITALALTITUDELLC MEXICO DF  MEX17152 | 61.93 | | |
| 06/02 | Debit Card Purchase 05/31 11:17p #7062 AFF DIGITALALTITUDELLC MEXICO DF  MEX17152 Misc Business Services | 2,064.20 | | |

DA RSE LEVEL

63

## DECLARATION OF MARCELE MIGUEL

1.     My name is Marcele ("Mell") Miguel. I live in Texas. The following statements are within my personal knowledge.

2.     In or about June 2017, I got a message on Instagram from a recruiter for Digital Altitude. Her name is Diana Chen. She said she was reaching out to me because she saw from my Instagram account that I like to travel, and she asked me what I do for a living, and whether I would like to do something online to get income that would give me more freedom to travel.  Because I really wanted a way to earn money so I could travel and spend time with my family in Brazil, I said I was interested. Diana said that was great, and that Digital Altitude would train me from the beginning to the end. She said she would be my sponsor/mentor throughout the whole process and that Digital Altitude would make me successful. Diana told me the program cost $37 a month. In a Facebook chat group, Digital Altitude said it was a family, and that sounded very appealing. **Attachment A** consists of true and accurate copies of screenshots from conversations I had with Diana about Digital Altitude.

3.     Diana was very convincing. I believed her when she said Digital Altitude would make me a success. I also saw people in videos and online saying they had made a lot of money, like they had just made $3,000 today with Digital Altitude. There was a video of a guy leaving his mansion and driving to the bank, and depositing over $80,000 in his account.  It is at this link: https://m.youtube.com/watch?v=d1Fd-69oC80.  That video was very persuasive. In the videos, people talked about buying fancy cars with the money they made from Digital Altitude, and one even said that Digital Altitude bought him a brand new BMW.  That video is at this link: https://m.youtube.com/watch?v=C-m7AhxCXxw. The videos made me believe that people really made a lot of money with Digital Altitude and that I could make money too.

4.     The first thing I got was a trial, which was two weeks for one dollar. During the two weeks, you start communicating with a coach through Skype.  My coach was Oliver Correa. He said he was in Portugal.

5.     As soon as you join Digital Altitude, you have your own online profile, and you're already part of Digital Altitude. It's exciting at the beginning.

6.     Oliver unlocked videos that I watched.  They are part of the training, but they are really just sales presentations. I spoke to Oliver about three or four times.

7.     In the videos, Michael Force says to dream big and take your business to the next level, and he talks about positioning yourself to a higher level.  The videos say to take Digital Altitude as your business, and the money you spend on it will be an investment toward your success. He compares it to having a franchise, like with McDonald's. The videos also promise training, and say you're going to have a coach through the whole process.

8.     The two week trial doesn't really go for two weeks.  Around the third day, my coach was calling me, saying I should get the highest level. He said something like "you're not going to make money unless you go to a higher level." Oliver was really pressing me to start spending money and go to the next level. He said something like, "We only work with people if you go to the next level." He also said if you don't get the highest level, you're not going to make money. I asked what if I'm not ready?  He said I would not make any money.

9.     Oliver convinced me to pay about $2,066, which includes an administration fee, for the next level, called Rise.  I also saw videos and testimonials that convinced me to buy Rise, including a video showing Michael Force's beautiful house in Malibu, and saying that he traveled all over the world. **Attachment B** consists of true and accurate copies of screen shots from the Digital Altitude Facebook page that I took on or about October 26, 2017, which are similar to promotions I saw that convinced me to join Rise. Oliver told me it was the best

1   decision of my life. Then he disappeared and I got another coach. I think his name

2   was Ash Ali.

3        10.    At that point, you don't just pay for the level – they make you spend

4   $127 a month for the membership, plus $17 a month just to promote their link.

5   Digital Altitude just raised the prices for membership recently.  I also had to pay

6   other expenses -- $100 for my website domain, and another $50 a month to spend

7   on another website called autoresponders.com. I also spent money for a sales page

8   through onlinesalespro.com.  **Attachment C** consists of true and accurate copies of

9   my receipts for $2,066 for Rise, plus $127 and $17 fees, plus $98.35 to

10   SiteGround, to create my own personal link. I even bought a new laptop computer,

11   for about $260, because my iPad wouldn't support my materials that I thought I

12   needed to become successful with Digital Altitude.  If I had not joined Digital

13   Altitude, I would not have spent money on a new computer.

14        11.    My new coach unlocked more videos for me to watch. One of them

15   was a "secret movie" which the coach and Michael Force said will change your

16   life.  The movie tells you to think positive and think about making change in your

17   life.

18        12.    I participated in about two or three video group calls with Ash Ali.  He

19   asked how much we would like to make. People said ten or twenty thousand

20   dollars or even fifty or a hundred thousand a month.  Ash said to do that, we had to

21   go to another level. The next level cost $10,000.  Ash said things like, "Don't be

22   scared. You have to make things happen. It's for your future, you're going to build

23   an empire." He was annoying and very pushy.  He told me to get a loan if I didn't

24   have the $10,000.  He said Digital Altitude had a partnership with a bank and he

25   would send me a link if I wanted to get a loan.  I was almost convinced to do it, but

26   my boyfriend thought it was a bad idea, and I told Ash I was going to stick with the

27   $2,000 plan. Then the coach disappeared. I called him, but he never replied. If I

28   was ready for the $10,000, I think he would have been there. I was totally lost. I

1  had not gotten training or coaching. The videos they had me watch did not train me

2  for anything. They were just about changing your mind set.  I didn't know what to

3  do.

4       13.    Digital Altitude's coaches are really just salespeople. They brainwash

5  you. The coaches create a pressure situation – they don't leave you alone until you

6  open your wallet. Then if you don't pay more, they disappear and leave you

7  hanging.

8       14.    After I realized I was not getting results, I started to believe Digital

9  Altitude was just a pyramid scheme and a scam.  I think the only people who make

10  money are the ones who joined in the beginning, or who spend a lot of money.

11  Digital Altitude doesn't sell products; they just sell dreams.

12       15.    I know other people who have been scammed by Digital Altitude.

13  There are people who sell their cars or houses to buy into Digital Altitude's levels.

14  Some people apply for loans and credit cards to join – they use their savings

15  accounts for their children to become part of Digital Altitude, and then they lose

16  their money. There is a group on Facebook of people who discuss this with each

17  other. **Attachment D** consists of screen shots of parts of conversations I saw on

18  Facebook.

19       16.    In October 2017, my mentor Diana Chen said on Facebook that at a

20  recent event in Las Vegas, one of the speakers said he had made $150 million in

21  sales with Digital Altitude. **Attachment E** consists of a true and accurate copy of a

22  screen shot I made of that post in October 2017.

23       17.    I also heard that Michael Force pays people to take down negative

24  comments about the company online. A man in Brazil contacted me and told me

25  that Michael Force is a scammer and that he does this.

26       18.    I spent a lot of time and effort and Digital Altitude ruined my dream.

27  I spent all my savings on Digital Altitude and I made nothing back.

28

1    19.    It hurts that I lost this money because my family is in Brazil and this

2    destroyed my dream of being able to travel to see them and spend time with them. I

3    wanted to open a fund in Brazil to help poor people. Digital Altitude asked me

4    about my dreams, and then they destroyed them. It is not right, what Digital

5    Altitude is doing to people.  I regret that I ever joined Digital Altitude. I never

6    would have spent the money, energy, effort, and a lot of hours online, if I had

7    known that I would not make any money. I feel ashamed that I tried to convince

8    other people to join Digital Altitude.

9

10   I declare under penalty of perjury that the foregoing is true and correct.

11

12   Executed on _November, 11_, 2017 at Austin, Texas.

13

14

15                                              _Marcele Miguel_

16                                              Marcele Miguel

17

18

19

20

21

22

23

24

25

26

27

28

Marcele Miguel Declaration Page 5

Attachment A

June 14, 2017 at 11:14 AM

Hey Mell! Hope you're having a great day 🙂 I just wanted to reach out because I'm an affiliate for an online marketing company, and we're looking for people with a passion for travel to join the team. I think you would be a great fit (love your photos btw) and would love to tell you more about it. Working with this company has

just wanted to reach out because I'm an affiliate for an online marketing company, and we're looking for people with a passion for travel to join the team. I think you would be a great fit (love your photos btw) and would love to tell you more about it. Working with this company has been a great way for me to sustain my travels financially since quitting

mentor 1D.GIF[10/30/2017 1:38:14 PM]

⟨        **wheresmyofficetoday**        ⓘ

I don't know if that sounds interesting to you at all or if you're already getting paid while traveling, but I figured I'd share the opportunity with you just in case. I'm happy to send over info if you're interested in learning more  🙂



June 21, 2017 at 2:57 AM

Hey 👋 yes. That's actually what I'm looking

mentor intro 1.GIF[10/30/2017 1:43:40 PM]

EX 10
160



you're interested in learning more 🙂

June 21, 2017 at 2:57 AM

Hey 👋 yes. That's actually what I'm looking for. I want to explore ways to travel and have more freedom. ❤️❤️👏🙏

 Write a message...

< **wheresmyofficetoday** 

Wonderful! Take a look at

mentor 1E.GIF[10/30/2017 1:39:05 PM]

Page 1 of 1

to travel and have more freedom. 

 Write a message...

MetroPCS 7:12 PM

< **wheresmyofficetoday** ⓘ

Wonderful! Take a look at this link: http:// freedom.mvmtblog.com and click through to the video. Basically I am part of an online marketing team that promotes online marketing and social media courses and

Page 1 of 1

web, and other social media platforms



Work Remotely & Live Your

 Write a message...

MetroPCS 📶    7:12 PM

‹    **wheresmyofficetoday**    ⓘ

We're also hosting a free live webinar this Thursday at 9pm ET where a few people on

Page 1 of 1

 

 7:12 PM 



‹ **wheresmyofficetoday** ⓘ

We're also hosting a free live webinar this Thursday at 9pm ET where a few people on my team will be talking about how to run a successful online business, where they came from and how they did it, and answer any questions the audience may have about this system. It's free to register but space is

Page 1 of 1

register but space is limited so I would recommend signing up ASAP if you think you can make

it! Here's the link: http:// webinar.mvmtblog.com



June 14, 2017 at 11:14 AM

Hey Mell! Hope you're having a great day 🙂 I

< **wheresmyofficetoday** 

I saw you commented on my post about the

mentor 1F.GIF[10/30/2017 1:54:50 PM]

my post about the webinar so you may have already signed up! If so just ignore the bit above and I'll see you Thursday! 



Is this digital altitude ?

Yes it is! Are you familiar with them?



I'm always skeptical with the selling online thing

mentor 1G.GIF[10/30/2017 1:56:51 PM]

EX 10
168

I had people trying to sale me that previously

mentor 1G.GIF[10/30/2017 1:56:51 PM]

I had already quit my job before I found Digital Altitude, so I was desperate to make money when I started. It's not a bad position to be in since that really motivated me to work hard

Are you still at your 9-5 job or have you quit already?



mentor 11.GIF[10/30/2017 1:58:16 PM]

not a bad position to be in since that really motivated me to work hard

Are you still at your 9-5 job or have you quit already?



if I don't like it can I just cancel it ? Do I have to pay any fees for cancelling ?

mentor 1J.GIF[10/30/2017 1:58:52 PM]



I won't let you down!

I'm ready to become successful 

I will be your sponsor/ mentor throughout this whole process so I'm here to hold your hand through everything

 Write a message...  

mentor 1K.GIF[10/30/2017 1:59:19 PM]

here to hold your hand through everything



Write a message...

MetroPCS  7:13 PM

< wheresmyofficetoday (i)

I had already quit my job before I found Digital Altitude, so I was desperate to make money when I started. It's not a bad position to be

mentor 1L.GIF[10/30/2017 2:00:38 PM]



📶 MetroPCS 📶                    7:13 PM                    ✈ ✳ ▬

‹         **wheresmyofficetoday**         ⓘ

So your job would be to bring in leads to purchase the products (online marketing courses, social media courses, and worldwide retreats), and then they can choose to use the products solely for their own benefit or to essentially become an affiliate for the company

Page 1 of 1

use the products solely for their own benefit or to essentially become an affiliate for the company and help promote the products they just purchased



Sorry that was kind of a long winded answer. Did that make any sense?

 Write a message...  

MetroPCS 📶          7:13 PM          

‹          **wheresmyofficetoday**          ⓘ

Actually you don't need

 MetroPCS 🛜      7:13 PM      ✔ ✳ ▭ 

<     **wheresmyofficetoday**    ⓘ

Actually you don't need to know a lot of people at all! We don't promote to family and friends (unless someone specifically wants to) – we promote mostly on Instagram and other social media. That way we can reach a ton of people – most of whom we don't even know. Honestly I have no background in any of this but the training I've gotten through the company has taught me

2