gotten through the company has taught me everything I need to know. And of course I am always still learning and improving too

 Write a message...  

 MetroPCS 🛜          7:13 PM          ✈ ⁂ 🔋

‹          **wheresmyofficetoday**          

just started so obviously didn't make as much as I could have. I can tell you that I know several people on my team who are making $10,000 a

 MetroPCS 

7:13 PM

< **wheresmyofficetoday** 



just started so obviously didn't make as much as I could have. I can tell you that I know several people on my team who are making $10,000 a month after about 6 months.



After the trial how much do we pay ?

$37 per month 



De they anenaer veur

3

After the trial how much do we pay ?

 $37 per month 

Do they sponsor your travels ?

Not directly but I make enough through the

 Write a message...  

 MetroPCS       7:12 PM       

mentor 1F.GIF[10/30/2017 1:54:50 PM]

📶 MetroPCS 🛜　　　7:13 PM　　　 

‹　**wheresmyofficetoday**　ⓘ

> if I enroll someone at 37 dollars membership I will still make money every month out of him correct?

Yes of course

You make a commission on any "sale" you make up to the tier that you're at

 MetroPCS           7:14 PM

          **wheresmyofficetoday**          

 There are a ton of
different levels. I can't
remember all of them
exactly but once you get
set up with your business
coach, they will be able
to go through everything
step by step with you :)

Got it

 

I think I already claimed

2

Page 1 of 1



 

**134 likes**

**wheresmyofficetoday** Office views...
Ok, so working out of a hot tub might be
a bit dangerous, but I did make sure to
lower the water levels before I got in!
Want to learn how to work from a
jacuzzi? Check out my site
👉 dianadchen.com 👈

View all 3 comments

OCTOBER 11

Page 1 of 1



Congrats on joining Aspire 😊 My name is Diana and I will be your mentor throughout your training — I cannot wait to introduce you to the whole team and get you set up with your coach!

If you have Facebook, please friend me here so I can add you to my team's Facebook chat

to introduce you to the whole team and get you set up with your coach!

If you have Facebook, please friend me here so I can add you to my team's Facebook chat and introduce you to the rest of my team: https:// www.facebook.com/

     

t from Gmail Mobile



Page 1 of 1

and pay the $37/ month. Then there are 12 more steps and then we'll open you up to our team training 🙂



How long does training take ?



MetroPCS     2:56 PM

‹ Home (1)    Diana Chen ›
       Active now

Congrats on joining Aspire 🙂 My name is

Attachment B



EX 10
189







EX 10
192



3

**Goodman, Jody**

| | |
|---|---|
| **From:** | Marcele Miguel |
| **Sent:** | Thursday, October 26, 2017 2:57 PM |
| **To:** | Goodman, Jody |





EX 10
195



EX 10
196

Attachment C

---------- Forwarded message ---------
From: Digital Altitude <support@digitalaltitude.co>
Date: Wed, Jun 28, 2017 at 12:44 PM
Subject: [ASPIRE/Digital Altitude] Receipt
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ >



| Logo | |
|---|---|

# Invoice/Receipt

| Date | Invoice # | Due Date |
|---|---|---|
| June 28, 2017 | 920878 | 06/28/2017 |

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

TO:
Marcele Miguel
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Austin, Tx
United States

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 1 | RISE - $1,997.00 - RISE | $1,997.00 | $1,997.00 |
| 1 | BASE - $0.00 - BASE | $0.00 | $0.00 |
| 1 | 3.5% Administration Fee - $69.00 - 3.5% Administration Fee | $69.00 | $69.00 |
| **Total Purchases** | | | **$2,066.00** |

| Payments Made | | |
|---|---|---|
| 6/28/2017 | Prosa - PAID | $2,066.00 |
| **Total Payments & Adjustments** | | **$2,066.00** |

| Payments Due | | |
|---|---|---|
| 6/28/2017 | Current | $0.00 |
| **Outstanding Balance** | | **$0.00** |
| **Balance Due Now** | | **$0.00** |

When paying with a credit card - your statement may read:

- DigitalAltitude.co, Digital Altitude LLC or Digital Alti Lewes

If you have any question please contact support@digitalaltitude.co

--
Sent from Gmail Mobile

---------- Forwarded message ---------
From: Digital Altitude <support@digitalaltitude.co>
Date: Sat, Jul 15, 2017 at 3:14 PM
Subject: [ASPIRE/Digital Altitude] Receipt
To: <███████████████████>



Logo

# Invoice/Receipt

| Date | Invoice # | Due Date |
|------|-----------|----------|
| July 15, 2017 | 930980 | 07/15/2017 |

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

TO:
Marcele Miguel
███████████████
Austin, Tx
United States

| Qty | Description | Unit Price | Total |
|-----|-------------|-----------|-------|
| 1 | ASPIRE Climber - $127.00 - ASPIRE Climber | $127.00 | $127.00 |
| **Total Purchases** | | | **$127.00** |

| Payments Made | | |
|------|------|------|
| 7/15/2017 | Prosa - PAID | $127.00 |
| **Total Payments & Adjustments** | | **$127.00** |

| Payments Due | | |
|------|------|------|
| 7/15/2017 | Current | $0.00 |
| **Outstanding Balance** | | **$0.00** |
| **Balance Due Now** | | **$0.00** |

When paying with a credit card - your statement may read:

- DigitalAltitude.co or Digital Altitude LLC
- AFF*DIGITALALTITUDELLC or AFF*DIGITALA MEXICO DF

If you have any question please contact support@digitalaltitude.co

--
Sent from Gmail Mobile

---

---------- Forwarded message ---------
From: Digital Altitude <support@digitalaltitude.co>
Date: Sat, Jul 15, 2017 at 9:30 PM
Subject: [ASPIRE/Digital Altitude] Receipt
To: < ██████████████████ >



# Invoice/Receipt

| Date | Invoice # | Due Date |
|------|-----------|----------|
| July 15, 2017 | 930992 | 07/15/2017 |

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

TO:
Marcele Miguel
██████████████
Austin, Tx
United States

| Qty | Description | Unit Price | Total |
|-----|-------------|------------|-------|
| 1 | Affiliate Fee - $17.00 - Affiliate Fee | $17.00 | $17.00 |
| **Total Purchases** | | | **$17.00** |

| **Payments Made** | | | |
|---|---|---|---|
| 7/15/2017 | Prosa - PAID | | $17.00 |
| **Total Payments & Adjustments** | | | **$17.00** |

| **Payments Due** | | | |
|---|---|---|---|
| 7/15/2017 | Current | | $0.00 |
| **Outstanding Balance** | | | **$0.00** |
| **Balance Due Now** | | | **$0.00** |

When paying with a credit card - your statement may read:

- DigitalAltitude.co or Digital Altitude LLC
- AFF*DIGITALALTITUDELLC or AFF*DIGITALA MEXICO DF

If you have any question please contact support@digitalaltitude.co

--
Sent from Gmail Mobile

---------- Forwarded message ---------
From: SiteGround <noreply@siteground.com>
Date: Sat, Jul 15, 2017 at 11:15 AM
Subject: Sales Receipt
To: <​█████████████​>



## Order Details

| | |
|---|---|
| **Date:** | 2017-07-15 |
| **Order ID:** | 2392932 |
| **Transaction ID:** | 825614933372682732 |
| **Payment Method:** | MasterCard ██ |

| Product Description | Qty | Price |
|---|---|---|
| 1 year GrowBig Hosting dearbossiquit.net | 1 | 71.40 USD |
| Upgrade domain dearbossiquit.net | 1 | 14.95 USD |
| Domain ID Protect dearbossiquit.net | 1 | 12.00 USD |
| **Total Paid:** | | 98.35 USD |

## Billing Details

| | |
|---|---|
| **Cardholder Name:** | Marcele miguel |
| **Email:** | |
| **Phone:** | |
| **Address:** | |
| **City:** | Austin |
| **ZIP Code:** | |
| **State/Province:** | TX |
| **Country:** | United States |

Services are set to renew automatically.

To get an invoice for this purchase, please visit your SiteGround Customer Area > Billing section.

Thank you for choosing SiteGround.com!

--
Sent from Gmail Mobile

Attachment D

Page 1 of 1





know someone have help and some don't, why is this?

3w    Like    Reply    👍 2

Im so sorry that it has happened too you too.

3w    Like    Reply    👍 1

**Mell Miguel**

there's no coaching. The coaches are sales people that wants to sale you the highest package. They won't help you unless you spend a lot of money. It happened to me as well.

3w    Like    Reply    👍 1

Write a comment...

Page 1 of 1



will only reply to you if you are willing to spend more hundreds or thousands to level up. There is no real help to take to you the peak of success.

2w   Like   Reply    2



Amen. I am having the exact same issues. Spend, spend to level up with absolutely no support. I was on a



Write a comment...   GIF   ☺



Digital Altitude's Post   •••



What coaches???? They don't return messages, neither the

Page 1 of 1



Digital Altitude's Post

**What coaches???? They don't return messages, neither the mentors. What's wrong with this picture???**

3w    Like    Reply    👍 1

**At the beginning and stepped up one level at the end of the training the couches cussed me highly pressured made to step up another level spent $2,000 for nothing then they turn their back and left me hanging**

3w    Like    Reply    👍 1

**Same here**

Page 1 of 1



Page 1 of 1



Scam

2w    Like    Reply

If I had to do it all over again there's no way that I would do that I spent $2,000 you guaranteed me $500 back I haven't seen that money yet be very very leery

2w    Like    Reply    👍 1

Mell Miguel
Leah Schmidt

2w    Like    Reply

I can relate to here... as I can see again more

EX 10
210

Page 1 of 1



Page 1 of 1



Rip off!

3w   Like   Reply

Why do you say rip off, if I may ask?

3w   Like   Reply

I did not have a good experience with them. My first coach was helpful and communicated well. The one after that for rhe "Rise" level was the apposite. No real coaching at that point. This is my own personal experience. Others may have a better one with competent coaching.

3w   Like   Reply

Page 1 of 1



I did not have a good experience with them. My first coach was helpful and communicated well. The one after that for rhe "Rise" level was the apposite. No real coaching at that point. This is my own personal experience. Others may have a better one with competent coaching.

3w   Like   Reply                    👍1

I am having the same experience. I don't get this

Attachment E

Goodman, Jody

| | |
|---|---|
| **From:** | Marcele Miguel |
| **Sent:** | Thursday, October 26, 2017 4:03 PM |
| **To:** | Goodman, Jody |
| **Subject:** | Digital Altitude |



**ıll MetroPCS 🛜            12:09 AM            ⌖ ✷ 18% ▯**

1.6K    507 Comments   269 Shares

👍 Like       💬

**Draw**
Draw on the photo and
send a copy back

**Diana Che**
**Freedom Lifestyle Community**
3 hrs · 👥

Anik Singal was a speaker at MME
(Marketing Mastery Event) in Vegas last
weekend and shared his 5 keys to
making $150 million in online sales.

➡️ One of his tips that stood out to me
was to ELIMINATE THE TOM... See More

1

## DECLARATION OF AMBER MILLER

1.      My name is Amber Miller. I currently reside in Atlanta, Georgia. The following statements are within my personal knowledge.

2.      In about January or February of 2017, I was looking up how to make money online.  After a Google search, I came across Marvin Bennie's page, with tips for affiliate marketing. He has a space on his website to get information, and I entered my email address. Marvin sent me emails, and he referred me to Digital Altitude.  Marvin said it was easy to make money online, that you don't need to be a salesperson. He said he's an Apex member in Digital Altitude, and that he made $300,000 in two years with Digital Altitude.

3.      On Facebook, I saw testimonials by people who said they had also made money with Digital Altitude. People made it sound easy to make money – some said they made $1,000 in the first couple of days; others said they made $10,000 in a few weeks.

4.      It was only one dollar to try Digital Altitude, so I gave it a try. I paid the one dollar via the Digital Altitude website. That unlocked the first three steps, which is three videos to watch. Michael Force, the founder of Digital Altitude, was in the videos. The videos had basic marketing information, but they were inspirational, telling you to develop the mind of an entrepreneur. Michael Force and other people said it was really easy to make $20,000 in the first couple of months with Digital Altitude. I believed what they said.

5.      Then I was contacted by a coach named Scott Hess. He walked me through the rest of the steps. There were monthly payments for a subscription -- $17 for the basic subscription, up to $127 for the highest subscription. The subscriptions gave you access to the website. Scott told me you need to buy more than a basic subscription in order to make money. I paid for different levels of subscriptions in March and April 2017, including $17, $37, and $127 payments.

1   **Attachment A** includes redacted true and accurate copies of my Bank of America

2   statements from March, April, May, and June 2017. **Attachment B** includes true

3   and accurate redacted copies of my Chase statements from March, April, and May

4   2017. The subscription payments, totaling $218, appear in both Attachments A and

5   B.

6           6.       Scott said I needed more than the subscription to make money. He

7   told me you have to pay about $2,000 for the first level of Digital Altitude's Aspire

8   system, but the return is so great that it's worth it.  Based on Digital Altitude's

9   videos and what Scott told me, I decided to join. I paid Digital Altitude $750 on

10   my Chase credit card, and $1,316 for the remaining amount on my Bank of

11   America debit card, for a total of $2,066. The bank also charged me a $39.98

12   international transaction fee for the $1,316 payment, which nobody told me about

13   in advance. These payments appear in Attachments A and B.

14           7.       Once you go through all the steps of a level, you're finished with that

15   coach. After you pay to go to the next level, you get another coach. So, after I paid

16   the $2,066, Scott was not my coach any more. I got a coach named Marlon Nuqui.

17   Marlon unlocked more videos for me to watch. He also told me to buy and read a

18   book called *The 10X Rule*, by Grant Cardone. The book is about how to maximize

19   your success in whatever you do.

20           8.       Marlon said if you pay more to Digital Altitude, and go to a higher

21   level, the return is higher. You have to bring other people in to make money. The

22   Grant Cardone book helps pump you up to want to go to higher levels. Marlon told

23   me to go directly to Apex, where I could make $10,000 in about a week, and

24   $20,000 to $30,000 in a month. Marlon said the first sale you have with Apex can

25   make you up to $20,000. I told Marlon I didn't have the money to go to Apex,

26   which costs about $27,000. Marlon said I should borrow the money.  He had me

27   open up a ScoreSense account so he could look at my credit score, and then he

28

1  would help me get a loan.  I paid $39.95 to Scoresense.com in April.  I applied for
2  the loan, but it didn't go through.

3       9.      Marlon said I wouldn't make that much money at the level I was at.
4  He told me to at least look at Ascend, where I would make more money.  Ascend
5  costs about $10,000. I was suspicious at that point that this was a scam, so I did not
6  join Ascend.

7       10.     There are 18 steps in the Digital Altitude program, which contain
8  marketing tips. They are very repetitive, and include information on how to get
9  traffic to your site. I watched each of the 18 video modules for the 18 steps.

10      11.     Digital Altitude representatives, including Marlon, also told me I
11  needed to purchase additional marketing services to generate leads. They told me
12  to join ClickBank and Click Magick, which track clicks on your links, and Aweber,
13  for subscriptions that would automatically send out emails to get new members.  I
14  made three payments of $47 to Click Magick, for a total of $141; one payment of
15  $47 to Click Bank; and three payments of $19 to Aweber, for a total of $57, two
16  payments of $39.95, plus $1 to Score Sense, totaling $80.90.  These payments
17  appear in Attachments A and B.  I got basically nothing for these memberships.

18      12.     I also paid $575 to Jason Marriner, who said he was a "traffic coach"
19  for Digital Altitude, and that he would help me with lead generation. Jason was
20  supposed to give me 500 leads, but I don't know if they generated any sales. My
21  recruiter Marvin Bennie charged me $200 under the alias Champion Web. Marvin
22  said he would give me 200 leads for the $200. The "leads" were just clicks on
23  links.  I don't know if any of those leads resulted in sales. The payments to Jason
24  Marriner and Champion Web are included in Attachment A.

25      13.     The payments I made to Click Bank, Click Magick, Aweber, Score
26  Sense, Jason Marriner, and Marvin Bennie add up to $1,100.90. None of this
27  helped me earn any money.

28

Amber Miller Declaration Page 3

14.     After a while, I got frustrated that I was not getting any return on my money with Digital Altitude.  I was running out of money and I was not making what the testimonials, website, and videos promised. Then Marlon stopped returning my calls and messages on Skype. I reached out to Scott to get some help. He kept reiterating to me that he was not my coach any more, and I had to talk to Marlon.  Scott told me to go to the events that Digital Altitude has, where they teach you how to market.  He told me to go to one at Disney World. When I said I had no money, he kept encouraging me to take out a payday loan to get to Disney World for the event.  Scott promised the return would be so much greater, because "you have to invest in yourself" to make money. A lot of the Digital Altitude materials said "you have to invest in yourself."

15.     I was really upset at that point, because people from Digital Altitude kept telling me to go further and further into debt and I was not getting any returns. I had been hoping Digital Altitude would help me get out of other debt that I had, and instead it was just costing me more money. I realized I wasn't going to get anything out of my membership in Digital Altitude.

16.     I tried to cancel my subscription and get a refund, but they said I was outside the window to cancel.

17.     I spent a total of about $3,385 with Digital Altitude and their subsidiaries or representatives. I made nothing.

18.     I think Digital Altitude is a pyramid scheme and a scam. You need to keep bringing in recruits in order to make money. In the end, I did not make any money at all.  I wish I had listened to my instincts and not joined Digital Altitude, because now I'm further in debt and can't seem to get out of it.  The people at Digital Altitude seem like master manipulators. They tell you to envision your dream lifestyle so you're driven to buy the program. They tell you to be an entrepreneur, and that people who tell you not to do this are dumb. They tell you

1   everything you want to hear, to prey on you and get you further in debt. I wish I

2   had never gotten involved with Digital Altitude.

3

4   I declare under penalty of perjury that the foregoing is true and correct.

5   Executed on October 24, _____, 2017 at Atlanta, Georgia.

6

7

8   _____

9                    Amber Miller

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attachment A

**Bank of America**

P.O. Box 15284

Wilmington, DE 19850

**Customer service information**



Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A. P.O. Box 25118 Tampa, FL 33622-5118

AMBER MONAE MILLER

ATLANTA, GA

# Your eBanking for February 11, 2017 to March 16, 2017 Account number: ████████████

**AMBER MONAE MILLER**

## Account summary

Celebrate 20 years of Museums on Us®

During the first full weekend of every month, just show your Bank of America® debit or credit card and a photo ID for **one free general admission** to more than 150 cultural institutions.

Learn more at **bankofamerica.com/artsonus**.

©2017 Bank of America Corporation      SSM-11-16-0484.B  |  ARMBCHVK

Make a date with your favorite museum

**Bank of America**

EX 11

222

## Deposits and other additions



## Withdrawals and other subtractions

### ATM and debit card subtractions

*continued on the next page*

Here's a tip

## Sending money is quick and easy

**Use Mobile or Online Banking to send or transfer money:**
• Between your Bank of America® bank accounts
• To and from your accounts at other banks
• To someone else

For more information, including step-by-step videos, go to **bankofamerica.com/transfers**.

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation          SSM-11-16-0483.B  |  ARFPRPTP

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ ▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ ▮▮▮▮ ▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ ▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| 02/24/17 | CHECKCARD  0223 ALW*DIGITALALTITUDE 8008207589      74766687054707845631702 | -1,316.00 |
| ▮▮▮▮ | ▮▮▮▮▮ ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮ ▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮ ▮▮ | ▮▮▮ |
| 02/27/17 | CHECKCARD  0224 OTL*SCORESENSE.COM 800-679-6327 TX 24692167055000061007948 | -1.00 |
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ ▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮ ▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ ▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ ▮ | ▮▮▮ |
| 03/02/17 | CHECKCARD  0301 PYZ*Digital Altitude LL 800-8207589  UT 24906417060036471985160 | -17.00 |
| ▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮ |
| 03/02/17 | CHECKCARD  0228 PAYPAL *JASONMARRIN 402-935-7733 CA 24492157060894060865637 | -575.00 |

EX 11
224



| 03/06/17 | CHECKCARD  0304 PYZ*Digital Altitude LL 800-8207589  UT 24906417063036626934037 | -127.00 |
| 03/06/17 | CHECKCARD  0303 PAYPAL *CHAMPIONWEB 402-935-7733 OH 24492157062894145987230 | -200.00 |
| 03/06/17 | CHECKCARD  0303 OTL*SCORESENSE.COM 800-679-6327 TX 24692167062000639556732 | -39.95 |

### Your checking account

AMBER MONAE MILLER  !                        !  February 11, 2017 to March 16, 2017

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

Date            Description                                                          Amount



AMBER MONAE MILLER  !   ████████████   February 11, 2017 to March 16, 2017

## Other subtractions

| Date | Description | | Amount |
|------|-------------|---|--------|



## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| ████████████ | ████ | ████ |
| ████████████ | ████ | ████ |

**To help avoid overdraft and returned item fees, you can set up:**

Customized alerts - get email or text message alerts (footnote 1) to let you know if your balance is low

Overdraft Protection - enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

| Date | Transaction description | | Amount |
|------|------------------------|---|--------|
| 02/24/17 | CHECKCARD  0223 ALW*DIGITALALTITUDE 8008207589 7476668705470784 5631702 INTERNATIONAL TRANSACTION FEE | | -39.48 |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**



Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A. P.O.
Box 25118
Tampa, FL 33622-5118

AMBER MONAE MILLER

GA

## Your eBanking

for March 17, 2017 to April 13, 2017

**AMBER           MILLER**

## Account summary



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**



Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

AMBER MONAE MILLER

ATLANTA, GA

Bank of America, N.A. P.O.
Box 25118
Tampa, FL 33622-5118

# Your eBanking

for April 14, 2017 to May 15, 2017

Account number:

**AMBER MONAE MILLER**

## Account summary



**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

## Your checking account

AMBER MONAE MILLER   !   Account # 3340 3471 4055   !   April 14, 2017 to May 15, 2017

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |

**Total deposits and other additions** **$3,644.94**

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ |



EX 11

229



**Bank of America**

03/30/17    CHECKCARD  0328 AWEBER COMMUNICATIONS 215-825-2196 PA 24412907088700338668468 RECURRING    -19.00

*continued on the next page*

**Your checking account**

AMBER MONAE MILLER                       !  March 17, 2017 to April 13, 2017

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/04/17 | CHECKCARD  0403 OTL*SCORESENSE.COM 800-679-6327 TX 24692167093000479007708 RECURRING | -39.95 |



**Bank of America**

05/01/17    CHECKCARD  0428 AWEBER COMMUNICATIONS 215-825-2196 PA 24412907120017104510174 RECURRING    -19.00

*continued on the next page*

## Your checking account

AMBER MONAE MILLER  !  ▮▮▮▮▮▮  !  April 14, 2017 to May 15, 2017

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
| --- | --- | --- |

EX 11

231

**Bank of America**

P.O. Box 15284

Wilmington, DE 19850

**Customer service information**

 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A. P.O. Box 25118 Tampa, FL 33622-5118

AMBER MONAE MILLER

ATLANTA, GA

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your eBanking

for May 16, 2017 to June 15, 2017

Account number:

**AMBER MONAE MILLER**

## Account summary





---

Here's a tip

## Sending money is quick and easy

**Use Mobile or Online Banking to send or transfer money:**
• Between your Bank of America® bank accounts
• To and from your accounts at other banks
• To someone else

For more information, including step-by-step videos, go to **bankofamerica.com/transfers**.

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation

SSM-11-16-0483.B  |  ARFPRPTP

EX 11

232

# Bank of America

AMBER MONAE MILLER   !   Account #　　　　　　   !   May 16, 2017 to June 15, 2017



## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 05/22/17 | CHECKCARD  0519 WWW.CLICKMAGICK.COM CL 213-761-4681 TX 24492157139637009826138 RECURRING | -47.00 |



*continued on the next page*

Attachment B



P.O. BOX 15123
WILMINGTON, DE
19850-5123

Get updates on the go
Log on to chase.com/alerts



| Payment Due Date: | 03/27/17 |

Account number:

$ _____   Amount Enclosed
Make your check payable to: Chase Card Services

15646 BEX 9 06117 C
AMBER M MILLER
ATLANTA GA 3

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423



   

Manage your account online:
www.chase.com

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today



## ACCOUNT SUMMARY

Account Number:

Opening/Closing Date        02/03/17 - 03/02/17
Credit Limit

Past Due Amount                           $0.00
Balance over the Credit Limit             $0.00

## PAYMENT INFORMATION

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| | If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|---|
| | | | |

If you would like information about credit counseling services, call 1-866-797-2885.

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 16,142 |
| +1.5% (1.5 Pts)/$1 earned on all purchases | 1,477 |
| - Points redeemed this statement period | 16,142 |
| = Total points available for redemption | 1,477 |

Redeem for cash back- any amount, anytime. Log on to chase.com/ultimaterewards to explore all your reward options.

You earn unlimited 1.5% cash back on all purchases- it's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 02/24 | Payment Thank You-Mobile | |
| **PURCHASES** | | |
| 02/08 | ALW*DIGITALALTITUDE 8882551137 | 750.00 |

**CHASE** ◯

P.O. BOX 15123
WILMINGTON, DE
19850-5123

Get updates on the go
Log on to chase.com/alerts

| Payment Due Date: | 04/27/17 |
|---|---|
| New Balance: | ███ |

Account number: ███

$_____ Amount Enclosed
Make your check payable to: Chase Card Services

28393 BEX 9 09217 C
AMBER M MILLER
ATLANTA GA 3█ ███

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

---

**CHASE** ◯    Manage your account online:  Customer Service:  Mobile: Download the 
www.chase.com   1-800-524-3880   Chase Mobile® app today

## ACCOUNT SUMMARY

Account Number: ███

Opening/Closing Date                    03/03/17 - 04/02/17

| Past Due Amount | $0.00 |
|---|---|
| Balance over the Credit Limit | $0.00 |

## PAYMENT INFORMATION

| New Balance | ███ |
|---|---|
| Payment Due Date | 04/27/17 |
| Minimum Payment Due | $25.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,166 |
| $31 | 3 years | $1,127 (Savings=$39) |

If you would like information about credit counseling services, call 1-866-797-2885.

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section.  These APRs will continue through the expiration dates shown in the Interest Charges section.

Congratulations!  Your credit line has been increased.  Take advantage of your enhanced spending power to make purchases and transfer balances today.

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| Previous points balance | 1,477 |
|---|---|
| +1.5% (1.5 Pts)/$1 earned on all purchases | 127 |
| = Total points available for redemption | 1,604 |

Redeem for cash back- any amount, anytime. Log on to chase.com/ultimaterewards to explore all your reward options.

You earn unlimited 1.5% cash back on all purchases- it's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 03/04 | FYZ*Digital Altitude LLC 800-8207589 UT | -37.00 |
| ███ | ███ | ███ |
| **PURCHASES** | | |
| 03/04 | FYZ*Digital Altitude LLC 800-8207589 UT | 37.00 |
| ███ | ███ | ███ |
| █/28 | ALW*DIGITAL ALTITUDE 8008207589 | 17.00 |

EX 11
236



P.O. BOX 15123
WILMINGTON, DE
19850-5123

**Get updates on the go**
Log on to chase.com/alerts

**Payment Due Date:** 05/27/17
**New Balance:**

Account number:

$_____ Amount Enclosed
Make your check payable to: Chase Card Services

15550 BEX 9 12217 C
AMBER M MILLER
ATLANTA GA*S

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423





CHASE

Manage your account online:
www.chase.com

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

## ACCOUNT SUMMARY

Account Number:



Opening/Closing Date          04/03/17 - 05/02/17

Past Due Amount                              $0.00
Balance over the Credit Limit                $0.00

## PAYMENT INFORMATION

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 years | $1,197 |
| $31 | 3 years | $1,117 (Savings=$80) |

If you would like information about credit counseling services, call 1-866-797-2885.

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 1,604 |
| +1.5% (1.5 Pts)/$1 earned on all purchases | 26 |
| = Total points available for redemption | 1,630 |

Redeem for cash back- any amount, anytime. Log on to chase.com/ultimaterewards to explore all your reward options.

You earn unlimited 1.5% cash back on all purchases- it's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| **PURCHASES** | | |
| 04/28 | ALW*DIGITAL ALTITUDE 8008207589 | 17.00 |
| **CASH ADVANCES** | | |
| **FEES CHARGED** | | |



0000001  RIS33339 C 1          000  Y  9  02  17:05:02     Page 1 of 2     06610  MA MA 15550     1221000001000155501
0509INS16327

EX 11
237

**DECLARATION OF JOHANNA PADILLA**

**PURSUANT TO 28 U.S.C. § 1746**

I, Johanna Padilla, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.       I am 22 years old and live in New York City. I work as a server in a restaurant.

2.       In about August 2016, I was recovering from surgery and was looking through Instagram for ways to make money from home. I saw an Instagram account for Jason Stone, with a link about Digital Altitude. I clicked on the link and saw a video about Digital Altitude that was really motivating. A man in the video, named Mack Mills, was explaining that he had made $9,000 in one day before 1:00p.m.  That video can be found at https://www.youtube.com/watch?v=jKTZ33Y2dWg.  In the video, people said they had good results with Digital Altitude. They said they made a lot of money in a short time. It was convincing.

3.       **Attachment A** is a capture of the links to the Mack Mills video and a Digital Altitude video similar to the one I watched before deciding to join Digital Altitude.

4.       I went to the Digital Altitude website (www.digitalaltitude.co), and it looked legitimate, especially because it had recent articles and it didn't look like an abandoned website. I did the $1 trial they offered and met my coach, Ricky. Ricky was awesome. He was very encouraging.  He told me he made $5,000 in about three months. Ricky said Jason Stone personally asked him to be a coach, because he was surprised that such a young person got such good results in a short time. Ricky convinced me to purchase a bundle package for the Rise and Base levels for $2,057. I paid $1,200 on a credit card and $857 through PayPal.  **Attachment B** consists of redacted documents showing these charges and payments.

5.      Based on what I saw on Digital Altitude's website and in videos, I believed I could make over $100,000 in the first year.

6.      After I paid for Rise and Base, I met my next coach, Mike Lee. I went through several calls with him, and he was also really motivating. There was a big call with other people at my level. The call was to motivate you to upgrade.  Mike gave us examples of why we should upgrade to the highest level we could, because if you don't, and you line up a person who goes to a higher level than you, you lose commissions.

7.      I wanted to purchase the Ascend and Peak levels.  Mike had convinced me that I couldn't make money unless I went to a higher level. I also saw people on Facebook who said the same thing.

8.      In about January 2017, Mike referred me to a company called Seed Capital to pay for the purchase of Ascend and Peak. I gave Seed Capital a limited power of attorney and they opened several new credit cards for me, and I put the charges on them. That process took several weeks.

9.      **Attachment C** is a true and accurate redacted copy of my receipt for $10,591 from Digital Altitude for the Ascend level.

10.     **Attachment D** is a true and accurate redacted copy of my receipt for $16,585.08 from Digital Altitude for the Peak level.

11.     **Attachment E** is a true and accurate copy of the contract I signed for the Ascend and Peak levels, and payment authorizations.

12.     There was a problem with the credit cards, and only $656.92 for the Peak level went through. The remaining amount for Peak was not paid to Digital Altitude. Mike Lee told me to call the bank, saying the issue was with the bank, not with Digital Altitude. I realized the

EX 12
239

problem had to be with Digital Altitude, because the cards were from several different banks and there were problems with all of them.

13.     I spent many hours over the course of about a week trying to resolve the credit card issue.  I asked Mike for access to my coach for Ascend, since I had paid for that, but he said he would not give me access to the next coach until the payment for Peak had been resolved. Finally, I decided to cancel the Peak membership and just stay with Ascend. Mike got very angry with me about that decision. He yelled at me and said, "You're a quitter; how can you let something so small get in the way of your success?" He told me my excuse was "Bull---t" and made me feel bad about not going through with Peak.

14.     About a week later, I finally got access to my Ascend coach, Evelyn Jackson. She referred me to one of her friends to help me make my own video and funnel to get business. Evelyn told me that on average, I would have to spend about $2,000 a month on advertising in order to make money. I told Evelyn I could not afford that, because I only earn slightly more than $2,000 a month. When I realized this was going to be too expensive for me, I decided to cancel the Ascend membership. I was very disappointed. I felt that I went through a long process of getting the credit cards, and then I wasn't able to afford to stay in Digital Altitude's program.

15.     I tried to get my money back from Digital Altitude but they refused, because they said I decided to ask for a refund after the three day limit. They even refused to refund the $656.92 that had been processed for Peak, even though I never got into the Peak level. That made me very upset, because I did not even have access to a coach within the refund period. I messaged someone named Majesty Amazona at Digital Altitude, to try to override the system so I could get a refund. **Attachment F** consists of true and accurate redacted copies of (1) part of a text conversation I had with Majesty Amazona about getting a refund for the money I paid for

the Peak level; (2) a Skype conversation I had with Majesty Amazona, with Mike Lee included in the chat, about getting a refund for the $656.92 that I paid for Peak, even though I never got into Peak; and (3) an email conversation I had with someone at compliance@digitalaltitude.co. Digital Altitude refused to give me my money back.

16.     I also tried to get the charges reversed on my credit cards. The credit card companies denied my request, because of the contract I had signed with Digital Altitude.

17.     After I had tried to get the chargeback, Digital Altitude emailed me, saying, "we consider your activity fraudulent and may consider legal action."

18.     In its videos, Digital Altitude said the coaches close all the sales for you, that you don't have to do work closing sales; all you have to do is join to make money. Based on my experience, that is not true; the coaches are busy and they do not do the work for you.

19.     I paid Digital Altitude over $13,300 and I made nothing from them. I also paid a company called Udimi.com close to $1,000 for ads.  I never generated any sales, and never got any money from a single purchase.

20.     I believe that Digital Altitude is scamming people and lying to people. It looks to me like the top earners are making money because they started out with a lot of money to put into the program.  I don't think the people at the lower levels are making money.

21.     Because of Digital Altitude, I'm in a lot of debt. I can't afford to pay all my credit card debts. I called credit counselors, and they said my debt-to-income ratio is too high for me to be able to pay it off.  I feel terrible that I ever believed in Digital Altitude or paid them any money.  If I had known at the beginning how much I would have to pay for Digital Altitude's programs, and that I would not make any money after spending over $13,000, I never would have joined Digital Altitude. Before I joined Digital Altitude, I was always able to pay any debts

EX 12
241

that I had.  I took a step of faith getting Digital Altitude, hoping that it would improve my whole financial situation, but since I haven't been making any money, I feel like the purchase was in vain, and now I am in a bad financial spot.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____October  11_____, 2017

Johanna Padilla

5

Attachment A

**Goodman, Jody**

| | |
|---|---|
| **From:** | Johanna Padilla < [padillajohanna@ ... .com] > |
| **Sent:** | Wednesday, October 04, 2017 12:56 PM |
| **To:** | Goodman, Jody |
| **Subject:** | Video from digital altitude back office |

The Best Way To Predict The Future Is To Create It



## The Best Way To Predict The Future Is To Create It

The Best Way To Predict The Future Is To Create It

^ This is a video they have in the back office
Below is a link to the video that motivated me to join digital altitude.
Mack Mills Digital Altitude Promo



 **Mack Mills Digital Altitude Promo**

Join us today for just $1
https://forcefactor.me/s/o?da=wg074&pop=0&t=yt See You at
the Top! -Dean Garrison

1

Attachment B

On Thursday, August 18, 2016 5:02 PM, Digital Altitude Billing <noreply@digitalaltitude.co> wrote:

Logo



# Invoice

| Date | Invoice # | Due Date |
|------|-----------|----------|
| August 18, 2016 | 303130 | 08/18/2016 |

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

TO:

Johanna Padilla

Bronx, New York
United States

SHIP TO:

Johanna Padilla
tx=
?da=millmentor&t=afc_paidlikejason1, monthly

| Qty | Description | Unit Price | Total |
|-----|-------------|-----------|-------|
| 1 | RISE - $1,997.00 | $1,997.00 | $1,997.00 |
| 1 | BASE - $0.00 | $0.00 | $0.00 |
| 1 | 3% Administration Fee - $60.00 | $60.00 | $60.00 |
| 1 | **Total Purchases** | | **$2,057.00** |

| **Payments Made** | | |
|-----|-----|-----|
| 8/18/2016 | Credit Card (Manual) - PAID | $1,200.00 |
| **Total Payments & Adjustments** | | **$1,200.00** |

| **Payments Due** | | |
|-----|-----|-----|
| 8/18/2016 | Due now | $857.00 |
| **Outstanding Balance** | | **$857.00** |
| **Balance Due Now** | | **$857.00** |

If you have any question please contact support@digitalaltitude.co
Sincerely,
Billing Department
billing@digitalaltitude.co

---

On Friday, September 16, 2016 11:07 AM, "service@paypal.com" <service@paypal.com> wrote:



Sep 16, 2016 07:54:26 PDT

Transaction ID: 0PP253477R284632H

**Hello Improve Your Memory Naturally,**

**You sent a payment of $857.00 USD to Digital Altitude LLC (billing@digitaltitude.co)**

It may take a few moments for this transaction to appear in your account.

| **Merchant** | **Instructions to merchant** |
|---|---|
| Digital Altitude LLC | You haven't entered any instructions. |
| billing@digitaltitude.co | |
| 800-820-7589 | |

| **Shipping address - confirmed** | **Shipping details** |
|---|---|
| Johanna Padilla | The seller hasn't provided any shipping details yet. |
| Bronx, NY | |
| United States | |

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| RISE: Digital Marketing Mastery Course Item# ris | $857.00 USD | 1 | $857.00 USD |

|  | Subtotal | $857.00 USD |
|---|---|---|
|  | **Total** | $857.00 USD |
|  | **Payment** | $857.00 USD |

Charge will appear on your credit card statement as "PAYPAL *DIGITALALTI"
Payment sent to billing@digitaltitude.co

**Issues with this transaction?**
You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

 Questions? Go to the Help Center at www.paypal.com/help.

**RIGHT TO REFUND**

You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal

does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.

If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money. If you want a refund, you may contact PayPal by calling toll-free 1-888-221-1161.

For assistance with matters regarding your PayPal account not identified above, please contact us toll free at 1-888-221-1161.

PayPal as the licensee is liable for non-delivery or delayed delivery of your funds. PayPal, Inc. is licensed to receive and transmit money under New York law.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

Copyright © 1999-2016 PayPal. All rights reserved.

PayPal Email ID PP120 - bbddee4430510

!

---

On Thursday, August 18, 2016 5:02 PM, Michael Force <support@aspir.link> wrote:

Having trouble viewing this email? Click here

[?]

---

First, please sign your Purchase Agreement by clicking here.

[?]

We are so excited to be on this journey with you as you build your very own lifestyle friendly online business.

Make sure you have "signed off" on Step 6 as completed so that you can access your next set of Steps (Steps 7&8). Your current *Start Up Coach* can make sure those steps are open for you.

Moving forward into the next set of steps, you'll be working with a new *Set Up Coach* and they'll be introducing themselves to you here shortly.

To Your Success,

Michael Force

Founder

[?]

P.S. If you're on Facebook, join our RISE Facebook Group for

special updates by clicking here.

If you no longer wish to receive our emails, click the link below:
Unsubscribe
Digital Altitude, LLC 16192 Coastal Hwy Lewes, Delaware 19958 United States (800) 820-7589

Attachment C

EX 12
251

[ASPIRE/Digital Altitude] Receipt

# DIGITAL ALTITUDE

## Invoice/Receipt

| Date | Invoice # | Due Date |
|---|---|---|
| March 15, 2017 | 829544 | 03/15/2017 |

*Paid in full 3/15/17*

Digital Altitude, LLC
16192 Coastal Hwy
Lewes, Delaware 19958
United States
1 (800) 820-7589

TO:
Johanna Padilla

Bronx, New York :
United States

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 1 | ASCEND - $9,997.00 | $9,997.00 | $9,997.00 |
| 1 | 3.5% Administration Fee - $594.90 | $594.90 | $594.90 |
| **Total Purchases** | | | **$10,591.90** |

### Payments Made

| | Description | | Total |
|---|---|---|---|
| 3/15/2017 | Credit Card (Manual) - PAID | | $3,500.00 |
| 3/15/2017 | Credit Card (Manual) - PAID | | $5,503.82 |
| 3/15/2017 | Credit Card (Manual) - PAID | | $1,588.08 |
| **Total Payments & Adjustments** | | | **$10,591.90** |

### Payments Due

| | Description | | Total |
|---|---|---|---|
| 3/15/2017 | Current | | $0.00 |
| **Outstanding Balance** | | | **$0.00** |
| **Balance Due Now** | | | **$0.00** |

EX 12
252

Attachment D

EX 12
253

# [ASPIRE/Digital Altitude] Receipt

United States
1 (800) 820-7589

TO:
Johanna Padilla

Bronx, New York
United States

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 1 PEAK - $16,997.00 | | $16,997.00 | $16,997.00 |
| **Total Purchases** | | | **$16,997.00** |

## Payments Made

| | | | |
|---|---|---|---|
| 3/15/2017 | Credit Card (Manual) - PAID | | $411.92 |
| **Total Payments & Adjustments** | | | **$411.92** |

## Payments Due

| | | | |
|---|---|---|---|
| 3/15/2017 | Due now | | $16,585.08 |
| **Outstanding Balance** | | | **$16,585.08** |
| **Balance Due Now** | | | **$16,585.08** |

When paying with a credit card - your statement may read:
- DigitalAltitude.co, Digital Altitude LLC or Digital Alti Lewes
- ALW*digitalaltitude8008207589
- PYZ*Digital

If you have any question please contact support@digitalaltitude.co

Attachment E



**DIGITAL ALTITUDE MEMBER PURCHASE AGREEMENT**

Member Purchase Agreement ("Agreement") is entered into between the Purchaser ("Member") and Digital Altitude, LLC. ("Company") located at 16192 Coastal Hwy, Lewes, DE 19958.

By entering into this Agreement, Member is purchasing or upgrading to a Digital Altitude Membership into any of the foregoing digitally delivered suites of online training: ASPIRE monthly memberships, BASE, RISE, ASCEND, PEAK & APEX core products, BUNDLES or TRAFFIC.

**FULL POWER AND AUTHORITY**
Member represents and warrants that: (i) you have the full power and authority to enter into and perform under this Agreement; (ii) execution and performance of this Agreement does not constitute a breach of, or conflict with, any other agreement or arrangement by which you are bound; (iii) the terms of this Agreement are legal, valid, and binding obligation, enforceable against you; (iv) all content you create to promote Company, it's Site, the Content or Service was created without any contribution of any kind from Company including, without limitation, editorial control or approval, that any suggestions regarding content received from Company are made "as-is" and without any warranty; and that you have had all marketing materials created by you reviewed by competent legal counsel and solely assume all responsibility for it; (v) you are at least 18 years of age, (vi) your use of the Site and Content is legal in, and does not violate any laws or rules of, the jurisdictions in which you reside or from which you use or otherwise access the Site, (vii) all information (if any) provided by you to us is correct, (viii) your use of the Site, Content and Services shall be in accordance with this Agreement and your Affiliate Agreement and the Policies and Procedures of Company if you are an affiliate and (ix) you are capable of assuming, and do assume, any risks related to the use of the Site, Content and Services.

**MONTHLY ASPIRE SUBSCRIPTIONS**
*Trial Subscriptions:* The Digital Altitude membership may start with a free/discounted trial period for ASPIRE WALKER, HIKER and/or CLIMBER. The trial period of the membership lasts for 14 days, or as otherwise specified during sign-up. For combinations with other offers, restrictions may apply. Trials are for new Members only. Digital Altitude reserves the right, in its absolute discretion, to determine Member's trial eligibility. The monthly regular retail recurring fee will be charged every 30 days, until canceled by Member. Company reserves the right to change the Membership fee at any time.

*Monthly Subscriptions:* Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude ASPIRE monthly subscription. Any refund request after the FOURTEEN (14) DAY time limit will not be honored. Member may cancel at any time to discontinue billing and subscription.

*Annual Subscriptions:* For annual ASPIRE subscription purchases, Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude yearly subscription. Any refund request made after 14 days will not be honored.

If Member purchases Digital Altitude products or services that are subscription based, Member agrees to pay, and authorizes automatic recurring billing of the subscription fees with the credit card, or other payment methods on file, until subsequently canceled by Member. The Member's account will be charged every 30 days. Member understands and agrees that each automatic recurring billings of the subscription

JP

fees are non-refundable and will not be prorated as the service is deemed used when accessed. Member authorizes Company to initiate debit entries from the account provided for the subscription fee, as well as any other purchases made on the Site. Member may cancel at any time by contacting Customer Care at support@digitalaltitude.co.

Products that are subscription based for Members and charged monthly are: ASPIRE WALKER, ASPIRE HIKER & ASPIRE CLIMBER.

Products for purchase Individually or Bundled include:
BASE, RISE, RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & TRAFFIC.

B. Live Events
The events, information, venue and speakers listed on our Sites are subject to change without notification. Member has 60 days prior to the event to request a ticket deferral to the next event if Member cannot attend your scheduled event. Any request after the SIXTY (60) DAY time limit will not be processed. Any unused tickets will be forfeited and are not transferable to another event.

TICKET HOLDERS MAY NOT SELL, OFFER FOR SALE, OFFER AT AUCTIONS, RESELL, DONATE, ACT AS COMMERCIAL AGENT FOR ANOTHER PARTY OR OTHERWISE TRANSFER THEIR TICKETS IN ANY WAY WITHOUT THE SPECIFIC PRIOR WRITTEN CONSENT OF DIGITAL ALTITUDE.

i.Ticket Transfers
Ticket transfers may be processed up to THIRTY (30) Days prior to the event. A $100 transfer fee will be applied to all ticket transfers.

ii. Process for Guest Tickets Transfers
Once a Ticket purchase is confirmed, the Ticket Purchaser may only change the assignment of the Guests accompanying him/her a maximum of 2 times. Requests can be submitted to events@digitalaltitude.co

C. TRAFFIC PACKAGES do NOT include event tickets. TRAFFIC will be delivered no less than 90 days after the official launch date and will be released incrementally based on traffic supply until the number of clicks purchased have been delivered (See Digital Altitude Compensation Plan Document for details).

**REFUND/CANCELLATION POLICY**
A. 72-Hour "No Hassles" Refund Policy on Product Bundles, TRAFFIC & Event inclusive products (RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & any PRE LAUNCH SPECIALS or BETA Products).

Due to the nature of the digital products, the accessibility of our products immediately upon purchase, and the reservation of your traffic packages and any applicable all-inclusive lodging & meal ticket(s) to the live event(s), there is a strict 72-hour refund policy, which begins on the date of purchase. Member may cancel at any time through your back office or by contacting Customer Care via email at support@digitalaltitude.co

**INVOLUNTARY TERMINATION**
A Member's violation of any of the terms of the Agreement, including any amendments that may be made by Digital Altitude in its sole discretion, may result in any of the actions listed in Section 4.1, including the involuntary termination of his or her Member Agreement. Cancellation shall be effective on the date on which written notice is mailed, emailed, faxed, or delivered to the Member's last known address, email address, or fax number, or to his or her attorney, or when the Member receives actual notice of termination,

JP

2

whichever occurs first. Where state laws on termination are inconsistent with this termination policy, the applicable state law shall apply.

Digital Altitude reserves the right to terminate all Membership Agreements upon thirty (30) days written notice in the event that it elects to: (a) cease business operations; (b) dissolve as a legal entity or (c) terminates the sale of its products and services via direct selling.

**VOLUNTARY CANCELLATION**

A Member has a right to cancel at any time, regardless of reason. Cancellation must be submitted in writing to the Company at its principal business address or via email to support@digitalaltitude.co. The written notice must include the Member's signature, printed name, address, and Member I.D. Number.

**NON-RENEWAL**

A Member may also voluntarily cancel his or her Member Agreement by failing to renew the Agreement on its anniversary date. The Company may also elect not to renew a Member Agreement upon his/her anniversary date.

**TERMINATION**

Membee agrees that, under certain circumstances, Company may suspend or terminate Member's use of the Site or Service, including without limitation, if Company believes, in our sole and absolute discretion, that Member has breached any term of this Agreement. Member acknowledges and agrees that all suspensions and terminations shall be made in Company's sole discretion and that Company shall not be liable to Member or any other party for said suspension and termination.

Upon termination, Member license to use the Site, Content or Service and everything accessible by or through the Site, Content or Service shall terminate and the remainder of this Agreement shall survive indefinitely unless and until we chose to terminate it.

Upon termination of any part of this Agreement for any reason, we shall make reasonable efforts to ensure that your User Content is inaccessible and cease use of it; however, Member acknowledges and agrees that: (i) caching of, copies of, or references to the User Content may not be immediately removed or possible to remove; (ii) such removed User Content may continue in backups (not available to others) for a relatively short period of time; and such removed User Content may continue to be available (and stored on our servers) through the accounts of other programs.

**PRIVACY POLICY**

Company respects Member privacy and permits Member to control the treatment of Member's personal information. A complete statement of Company's current privacy policy (the "Privacy Policy") can be found here http://www.digitalaltitude.co/privacy-policy. Company's Privacy Policy is expressly incorporated into this Agreement by this reference. When Member is required to submit information to use or access the Site, Content or Service, Member must complete the registration process by providing the information requested on the form. Member agrees to the terms in Company's Privacy Policy regarding the use of the information submitted.

**CHANGES TO THE AGREEMENT**

Digital Altitude reserves the right to amend this Agreement in its sole and absolute discretion. By entering into the Membership Agreement, Member agrees to abide by all amendments or modifications that Digital Altitude elects to make. Amendments shall be effective 30 days after publication of notice that the Agreement has been modified. Amendments shall not apply retroactively to conduct that occurred prior to the effective date of the amendment. Notification of amendments shall be published by one or more of the following methods: (a) posting on the Company's official web site; (b) electronic mail (e-mail); (c) posting in Membership site; (d) inclusion in Company periodicals; or (e) special mailings. In the event of substantive changes, Member will be required to affirmatively assent to the changes. For other changes, the

3

continuation of a Member's Digital Altitude membership, the acceptance of any benefits under the Agreement, constitutes acceptance of the amendments.

## LICENSE

Company owns and licenses all intellectual property and other rights, title, and interest in and to the Site, Content and Service, and the materials accessible on the Site and Service, except as expressly provided for in the Agreement. Without limitation, Company owns the trademarks, copyrights and certain technology used in making the Site, its Content and Service available. Except as specifically allowed in this Agreement, the copying, redistribution, use or publication by you of any Content or Service is strictly prohibited. We grant Member a limited revocable license to access and use the Site, Content and our Service for its intended purposes, subject to Member compliance with this Agreement, and Company Policies and Procedures. The revocable license does not include the right to collect or use information contained on the Site or through the Service for purposes that Company prohibits or to compete with Company. No ownership or other interest or other license in or to any patent, copyright, trademark, trade secret and other intellectual property right or to the Content is being granted, assigned or transferred in this Agreement or by reason of your access to, and use of, the Site, Content or Service. If Member uses the Site or our Service in a manner that exceeds the scope of this license or breaches any relevant agreement, Member's license shall terminate immediately.

## CONFIDENTIALITY

For the purposes of this Agreement, "Confidential Information" shall be deemed to include all the information and materials that: (i) if in written format is marked as confidential, or (ii) if disclosed verbally is noted as confidential at time of disclosure or (iii) in the absence of either (i) or (ii) is information which a reasonable party would deem to be non-public information and confidential, including, without limitation, all information provided on or through the Site or Service, trade secrets, inventions, research methods and projects, methods of compiling information, methods of creating database, data processing programs, software, computer models, source and object codes, product formulations, strategies and plans for future business, product and service development and ideas, potential acquisitions or divestitures, marketing ideas, financial information including with respect to costs, commissions, fees, profits and sales, mailing lists, information concerning our affiliates and customers, potential affiliates and customers and suppliers, and employee information including their respective salaries, bonuses, benefits, qualifications, abilities and contact information.

Member acknowledges and agrees that the nature of the Confidential Information to which Member has, and will continue to have, access to derives value from the fact that it is not generally known and used by others in the highly competitive, international industry in which Digital Altitude competes.

Member acknowledges that Member is receiving the Confidential Information in confidence and will not publish, copy or disclose any Confidential Information without prior written consent from Company. Member further agrees that Member shall not attempt to reverse engineer, de-compile or try to ascertain the source code to our software or any other software supplied hereunder.

Member agrees that all originals and any copies of the Confidential Information remain the property of Company. Member shall reproduce all copyright and other proprietary notices, if any, in the same form that they appear on all the materials provided by us, on all permitted copies of the Confidential Information made by Member. Member agrees to return all originals and copies of all Confidential Information in possession or control to us upon request.

## USE OF THE SITE, CONTENT AND SERVICE

Member may only use the Site, Content and Service to log in to the Members area, as expressly permitted in writing by us. Member may not cause harm to the Site or Service. Specifically, but not by way of limitation, Member may not: (i) interfere with the Site, Content or Service by using viruses, programs, or technology designed to disrupt or damage any software or hardware, or which attempts to assess the

4

vulnerability of, or actually violates, any security feature; (ii) access any content or data not intended for you, or log into an account or server that you are not authorized to access; (iii) modify, create derivative works, reverse engineer, decompile or disassemble any technology used to provide the Site or our Service; (iv) use a robot, spider or other device or process to monitor the activity on or copy pages from the Site or our Service, except in the operation or use of an Internet "search engine," hit counters, or similar technology; (v) collect electronic mail addresses or other information from third parties by using the Site or our Service; (vi) impersonate another person or entity; (vii) engage in any activity that interferes with another user's ability to use or enjoy the Site, or content or our Service; (viii) assist or encourage any third party in engaging in any activity prohibited by this Agreement; (ix) co-brand the Site, or content or our Service; (x) frame the Site or Service; (xi) hyperlink to the Site or Service, without the express prior written permission of an authorized representative of Company; (xii) use the Site, Content or Service, in whole or in part, for any purpose that is unlawful, immoral, or prohibited by this Agreement or any applicable local, state, or federal law, rule, or regulation; (xiii) use the Site, Content or Service in any manner that could damage, disable, overburden, or impair the Site or Service; (xiv) circumvent, or attempt to circumvent, any security feature of the Site; (xv) upload, e-mail or otherwise transmit to or through the Site or Service, any advertising, promotional, or other unauthorized communication, including, without limitation, "junk mail," "surveys," unsolicited e-mail, "spam," "chain letters," or "pyramid schemes;" or (xvi) incorporate data from any of our databases into any emails or other "white pages" products or services, whether browser-based, based on proprietary client-side applications, or web-based, without our prior, express and written consent.

By purchasing any of our products or services, Member agrees that Member's use of the product or service is limited by this Agreement as well.

Membership areas of the Site are password restricted to registered users. If Member has registered as an authorized user to gain access to these password protected areas, Member agrees that you are entirely responsible for maintaining the confidentiality of your password, and agree to notify us if the password is lost, stolen, disclosed to an unauthorized third party, or otherwise may have been compromised. Member agrees that you are entirely responsible for any and all activities that occur under your account, including any fees that may be incurred under Member password-protected account, whether or not Member is the individual who undertakes such activities. Member agrees to immediately notify us of any unauthorized use of Member account or any other breach of security in relation to Member password or the Site that is known to Member.

**COMPLIANCE WITH INTELLECTUAL PROPERTY LAWS**
When accessing the Site or using the Content or Service, Member agrees to obey the law and to respect the intellectual property rights of others. Members use of the Service, Content and Site is at all times governed by and subject to laws regarding intellectual property ownership. Member agrees not to upload, download, display, perform, transmit, or otherwise distribute any information or content in violation of any third party's copyrights, trademarks, or other intellectual property or proprietary rights. Member agrees to abide by laws regarding intellectual property ownership and use, and Member shall be solely responsible for any violations of any relevant laws and for any infringements of third party rights caused by any content Member provides or transmits, or that is provided or transmitted using Members user name. The burden of proving that any content does not violate any laws or third party rights rests solely with Member.
All trademarks, service marks, trade names and copyrights displayed on the Site or in the Content are proprietary to us or their respective owners. Member acquires no rights or licenses in or to any trademarks, service marks, trade names or copyrights displayed on the Site. Member may not reproduce, republish, distribute, assign, sublicense, retransmit, sell, or prepare derivative works of the Site or Content, or resell or make our Service available to others. All rights in and to the Site, Service and our Content not expressly granted in this Agreement remain in us or in our licensors.

**ALLEGED VIOLATIONS**
Company reserves the right to suspend or terminate your use of any Service,Content or Site. To ensure that Company provides a high quality experience for you and for other users of the Site, Content and

5

JP

EX 12
260

Service, you agree that Company or its representatives may access your account and records on a case-by-case basis to investigate complaints or allegations of abuse, infringement of third party rights or other unauthorized uses of the Site, Content or Service. Company does not intend to disclose the existence or occurrence of such an investigation unless required by law, but Company reserves the right to suspend or terminate Member's account or access to the Site immediately, with or without prior notice to Member, and without liability to Member, if Company believes that Member has violated any of this Agreement, furnished Company with false or misleading information, or interfered with use of the Site, Content or the Service by others.

**PRODUCT & SERVICE WARRANTY DISCLAIMER**
***Digital Altitude cannot provide Members with any personal tax or legal advice. Members should consult with their own tax accountant, tax attorney, or other tax professional.***
EXCEPT AS EXPRESSLY MADE BY THE COMPANY IN WRITING, THE COMPANY MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANSHIP, NON-INFRINGEMENT OR ANY OTHER WARRANTY ARISING BY LAW, STATUTE, USAGE OF TRADE OR COURSE OF DEALING CONCERNING ANY PRODUCT OR SERVICE PURCHASED FROM OR THROUGH THE COMPANY. WE MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY, RELIABILITY, AVAILABILITY, TIMELINESS, AND ACCURACY OF THE SITE, THE SERVICE OR THE CONTENT CONTAINED ON THE SITE FOR ANY PURPOSE.TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL PRODUCTS AND SERVICES OF THE COMPANY ARE PROVIDED "AS IS," "WITH ALL FAULTS," AND "AS AVAILABLE." THE COMPANY DOES NOT WARRANT THAT ITS PRODUCTS OR SERVICES WILL BE COMPATIBLE WITH ANY HARDWARE OR SOFTWARE SYSTEMS OR THAT ONLINE SERVICES WILL BE UNINTERRUPTED OR ERROR FREE. THE COMPANY DOES NOT WARRANT THAT ANY WEBSITE OPERATED, SPONSORED OR HOSTED BY THE COMPANY OR ANY OF ITS AFFILIATES WILL BE UNINTERRUPTED OR FREE FROM ERROR. THE COMPANY IS NOT RESPONSIBLE FOR INTERRUPTED, INACCESSIBLE OR UNAVAILABLE NETWORKS, SERVER, SATELLITES AND/OR SERVICE PROVIDERS; OR FOR MISCOMMUNICATIONS, FAILED, JUMBLED, SCRAMBLED, DELAYED OR MISDIRECTED COMPUTER, TELEPHONE OR CABLE TRANSMISSIONS; OR FOR ANY TECHNICAL MALFUNCTIONS, FAILURES OR DIFFICULTIES. MEMBERS USE OF THE SITE, SERVICE AND CONTENT IS AT YOUR SOLE RISK. ALTHOUGH OUR CONTENT MAY BE UPDATED FROM TIME TO TIME, IT MAY BE OUT OF DATE AND/OR MAY CONTAIN INACCURACIES OR TYPOGRAPHICAL ERRORS. WE ARE NOT RESPONSIBLE FOR YOUR INABILITY OR FAILURE (FOR ANY REASON) TO ACCESS THE SITE OR CONTENT OR OTHERWISE USE OR RECEIVE INFORMATION OR SERVICE FROM OR REGARDING THE SITE, CONTENT, OR YOUR PURCHASES FROM US. MEMBER ASSUMES THE RISK OF ANY AND ALL DAMAGE OR LOSS FROM USE OF, OR INABILITY TO USE, THE SITE OR SERVICE.
WE ARE NOT RESPONSIBLE OR LIABLE FOR MAINTAINING ANY CONSUMER DATA OR FOR THE DELETION, CORRUPTION, DESTRUCTION, DAMAGE, LOSS OR FAILURE OF ANY CONSUMER DATA OR FOR ANY THIRD PARTY ACCESS TO ANY CONSUMER DATA.

**LIMITED LIABILITY**
TO THE MAXIMUM EXTENT PERMITTED BY LAW, WE AND OUR AFFILIATED PARTIES SHALL HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF ANY CONTENT OR OTHER INFORMATION OR SERVICE RELATED TO THE SITE AND SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, OR LITIGATION), (I) ARISING FROM ANY DECISION MADE OR ACTION TAKEN BY MEMBER IN RELIANCE UPON THE CONTENT OR OUR PRODUCTS OR SERVICE, (II) ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OR PERFORMANCE OF THE SITE OR CONTENT, OR WITH THE DELAY OR INABILITY TO USE THE SITE, CONTENT, OR RELATED SERVICE, OR FROM THE USE OR MISUSE OF ANY INFORMATION,

JP

6

SOFTWARE, PRODUCTS, SERVICES, RELATED GRAPHICS, AND CONTENT OBTAINED THROUGH THE SITE, (III) ANY INCORRECT OR MISSING INFORMATION OR DATA, OR (IV) OTHERWISE ARISING OUT OR RESULTING FROM LOSS OF YOUR DATA OR INFORMATION, WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. OUR MAXIMUM LIABILITY, IF ANY, FOR ANY LOSS OR DAMAGE RELATING TO OR ARISING OUT OF MEMBERS USE OF THE SITE OR ANY CONTENT WILL NOT EXCEED THE LESSER OR ACTUAL DAMAGES OR THE CHARGES PAID BY YOU TO US FOR THE SITE FOR A PERIOD OF TWO MONTHS.

THE ABOVE LIMITATIONS AND EXCLUSIONS SHALL APPLY TO MEMBER TO THE FULLEST EXTENT THAT APPLICABLE LAW PERMITS, IN ALL ACTIONS OF ANY KIND, WHETHER BASED ON CONTRACT, TORT (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE) OR ANY OTHER LEGAL OR EQUITABLE THEORY. ANY CLAUSE DECLARED INVALID SHALL BE DEEMED SEVERABLE AND NOT AFFECT THE VALIDITY OR ENFORCEABILITY OF THE REMAINDER OF THESE TERMS OF USE.

**INCOME DISCLAIMER**

The income disclaimer posted on our website at http://www.digitalaltitude.co/disclaimer is incorporated herein by reference and Member hereby represents that Member has read and understand it. Company, its managers, or members may receive an affiliate commission when Member purchases some of the products or services that we recommend on our Site or Service. By entering into this Agreement, Member acknowledges that Member has been informed of such payments, consent to payments of affiliate commissions, and that such payments are fair and reasonable.

**RELATED SITES**

Company has no control over, and no liability for any third party sites or materials ("Third Party Sites"). Company works with a number of partners and affiliates whose Internet sites may be linked with the Site. Because Company has no control over the content and performance of these Third Party Sites, Company makes no guarantees about the accuracy, currency, content, or quality of the information provided by such Third Party Sites, and Company assumes no responsibility for unintended, objectionable, inaccurate, misleading, or unlawful content that may reside on those Third Party Sites. Similarly, from time to time in connection with your use of the Site, Member may have access to content items (including, but not limited to, websites) that are owned by third parties. Member acknowledges and agrees that Company makes no guarantees about, and assumes no responsibility for, the accuracy, currency, content, or quality of Third Party Sites, and that, unless expressly provided otherwise, this Agreement shall govern your use of any and all Third Party Sites.

Members linking to such Third Party Sites is at your own risk. We do not investigate, monitor, or check such Third Party Sites for accuracy or completeness. We are not responsible for the availability of these Third Party Sites, nor are we responsible for the aesthetics, appeal, suitability to taste or subjective quality of informational content, advertising, products or other materials made available on or through such Third Party Sites. We are providing these links to Member only as a convenience and may discontinue providing such links at any time in our sole discretion without notice to Member. No endorsement of any third party content, information, data, opinions, advice, statements, goods, services or products is expressed or implied by any information, material or content of any Third Party Site contained in, referred to, included on, or linked from or to, the Site. Under no circumstances shall we or any affiliated providers be held responsible or liable, directly or indirectly, for any loss, injury, or damage caused or alleged to have been caused to Member in connection with the use of, or reliance on, any content, information, data, opinions, advice, statements, goods, services, or products available on such Third Party Sites. Member should direct any concerns to the respective Third Party Site's administrator or webmaster. Any links to Third Party Sites

7

EX 12
262

do not imply that we are legally authorized to use any trademark, trade name, logo or copyright symbol displayed in or accessible through such links, or that any linked Third Party Site is authorized to use any trademark, trade name, logo or copyright symbol of ours.

## NOTICES

All notices required or permitted to be given under this Agreement will be in writing and delivered to the other party by any of the following methods: (i) U.S. Mail, (ii) overnight courier, or (iii) electronic mail. If you give notice to us, you must use the following address: Digital Altitude, LLC., 16192 Coastal Hwy, Lewes, DE 19958. If Company provides notice to you, Company will use the contact information provide by you to us. All notices will be deemed received as follows: (A) if delivery by U.S. mail, seven business days after dispatch, (B) if by overnight courier, on the date receipt is confirmed by such courier service, or (C) if by electronic mail, 24 hours after the message was sent, if no "system error" or other notice of non-delivery is generated. If applicable law requires that a given communication be "in writing," you agree that email communication will satisfy this requirement.

## INDEMNITY

Member agrees to indemnify, defend, and hold Company, its managers, members, officers, directors, employees, consultants, agents, and representatives harmless from and against any and all actions, claims, demands, proceedings, liabilities, damages, judgments, settlements, fines, penalties, costs, and expenses, including attorney's fees and related costs, which (i) arise or in part from your act(s) or omission(s); (ii) arise from or are related to a breach Member has any express warranty contained herein; or (iii) failure to comply with this Agreement. We have no duty to reimburse, defend, indemnify, or hold Member harmless resulting from, relating to, or arising out of, this Agreement, the Site, or Members access to or use of the Site or Content.

If an action is brought against Company in respect to any allegation for which indemnity may be sought, Company will promptly notify Member of any such claim of which it becomes aware and will: (i) provide reasonable cooperation to Member at your expense in connection with the defense or settlement of any such claim; and (ii) be entitled to participate at its own expense in the defense of any such claim. Company agrees that you will have sole and exclusive control over the defense and settlement of any such third party claim. However, Member agrees not to acquiesce to any judgment or enter into any settlement that adversely affects Company's rights or interests without the prior written consent of Company.

## WAIVER

If, for whatever reason, a court of competent jurisdiction finds any term or condition in this Agreement to be unenforceable, all other terms and conditions will remain unaffected and in full force and effect. No waiver or any breach of any provision of this Agreement shall constitute a waiver of any prior, concurrent, or subsequent breach of the same or any other provisions hereof, and no waiver shall be effective unless made in writing and signed by an authorized representative of the waiving party. The Company never gives up its right to insist on compliance with the Agreement and with the applicable laws governing the conduct of a business. No failure of Digital Altitude to exercise any right or power under the Agreement or to insist upon strict compliance by a Member with any obligation or provision of the Agreement, and no custom or practice of the parties at variance with the terms of the Agreement, shall constitute a waiver of Digital Altitude's right to demand exact compliance with the Agreement. The existence of any claim or cause of action of a Member against Digital Altitude shall not constitute a defense to Digital Altitude's enforcement of any term or provision of the Agreement.

## MODIFICATIONS

Company may, in its sole discretion and without prior notice, (i) revise this Agreement; (ii) modify the Site, Content or the Service, and (iii) discontinue the Site, Content or Service at any time for any revision. Company shall post any revision to this Agreement to the Site, and the revision shall be effective immediately upon such posting. In the event of substantive changes to this Agreement, you will be notified of the changes and required to consent to the new terms. If any modification is unacceptable to Member,

JP

the only recourse is not to use the Site and Service and to request an immediate termination of the membership. Members express consent or continued use of the Site, Content or our Service following posting of a change notice or new Agreement on the Site will constitute binding acceptance of the changes.

**COMPLAINTS & GRIEVANCES**

When a Member has a grievance or complaint with another Member or Affiliate regarding any practice or conduct in relationship to their respective Digital Altitude businesses, the complaining Member should first report the problem to his or her Sponsor who should review the matter and try to resolve it with the other party's upline sponsor. If the matter involves interpretation or violation of Company policy, it must be reported in writing to the Compliance Department at the Company. The Compliance Department will review the facts and attempt to resolve it.

**MEDIATION & ARBITRATION**

Prior to instituting an arbitration as provided below, the parties shall meet in good faith and attempt to resolve any dispute arising from or relating to the Agreement through non-binding mediation. One individual who is mutually acceptable to the parties shall be appointed as mediator. The mediation shall occur within 30 days from the date on which the mediator is appointed. The mediator's fees and costs, as well as the costs of holding and conducting the mediation, shall be divided equally between the parties. Each party shall pay its portion of the anticipated shared fees and costs at least 10 days in advance of the mediation. Each party shall pay its own attorney's fees, costs, and individual expenses associated with conducting and attending the mediation. Mediation shall be held in Tampa, Florida and shall last no more than one business day.

If mediation is unsuccessful, any controversy or claim arising out of or relating to the Agreement, or the breach thereof, shall be settled by arbitration except as otherwise set forth herein. The parties waive all rights to trial by jury or to any court.

NO CLASS ACTION, OR OTHER REPRESENTATIVE ACTION OR PRIVATE ATTORNEY GENERAL ACTION OR JOINDER OR CONSOLIDATION OF ANY CLAIM WITH A CLAIM OF ANOTHER PERSON OR CLASS OF CLAIMANTS IS ALLOWED.

Except as expressly set forth herein, all disputes, claims and controversies relating to or arising out of the Agreement shall be settled totally and finally by arbitration in Tampa, Florida and administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules (the "Rules") except as amended by these Policies and Procedures.

There shall be one arbitrator who shall be an attorney who shall have expertise in business law transactions, and preferably an attorney knowledgeable in the direct selling industry. Each party to the arbitration shall be responsible for its own costs and expenses of arbitration, including legal and filing fees. If a Member files a claim or counterclaim against the Company, a Member shall do so on an individual basis and not with any other Member or as part of a class action. A party may appear at the arbitration by telephone, video conference, or similar technology if the total amount of the claim does not exceed $2,500. The presentations of parties in the arbitration proceeding shall be commenced and completed within sixty (60) days after the selection of the arbitrator, and the arbitrator shall render his or her decision in writing within thirty (30) days after the completion of such presentations. The decision of the arbitrator shall be final and binding on the parties and may, if need be, be reduced to a judgment in any court of competent jurisdiction. At the request of any party, the arbitrator shall make and provide to the parties written findings of fact and conclusions of law. This agreement to arbitrate shall survive any termination or expiration of the Agreement.

Notwithstanding the Rules, the following shall apply to all arbitration actions:

> ➢ The Federal Rules of Evidence shall apply in all cases;

- ➢ The parties shall be entitled to all discovery rights permitted by the Federal Rules of Civil Procedure;
- ➢ The parties shall be entitled to bring motions under Rules 12 and/or 56 of the Federal Rules of Civil Procedure;
- ➢ The parties shall be allotted equal time to present their respective cases, including cross-examinations.
- ➢ The parties and the arbitrator shall maintain the confidentiality of the entire arbitration process and shall not disclose, unless otherwise required by law, to any person not directly involved in the arbitration process:
- ➢ The substance of, or basis for, the controversy, dispute, or claim;
- ➢ The content of any testimony or other evidence presented at an arbitration hearing or obtained through discovery in arbitration;
- ➢ The terms or amount of any arbitration award; or
- ➢ The rulings of the arbitrator on the procedural and/or substantive issues involved in the case.

Notwithstanding the foregoing, the arbitrator shall have no jurisdiction over disputes relating to the ownership, validity, use or registration of any copyright, or other intellectual property or Confidential Information of the Company without the Company's prior written consent. The Company may seek any applicable remedy in any applicable forum with respect to these disputes. In addition to monetary damages, the Company may obtain injunctive relief against a Member for any violation of the Agreement or misuse of the Company's trademarks, copyrights or Confidential Information.

Nothing in this provision shall prevent a party from applying to and obtaining from any court having jurisdiction a writ of attachment, a temporary injunction, preliminary injunction and/or other injunctive or emergency relief available to safeguard and protect the party's interests prior to the filing of or during or following any arbitration or other proceeding or pending the handing down of a decision or award in connection with any arbitration or other proceeding.

Nothing contained herein shall be deemed to give the arbitrator any authority, power or right to alter, change, amend, modify, add to, or to subtract from any of the provisions of the Member Agreement, Compensation Plan or the Agreement. The arbitrator shall not have the power to rule upon or grant any extension, renewal or continuance of the Agreement. The arbitrator shall not have the power to award special, incidental, indirect, punitive or exemplary, or consequential damages of any kind or nature, however caused.

Any modification of this arbitration provision shall not apply retroactively to any dispute which arose or which the Company had notice of before the date of modification.

**GOVERNING LAW & JURISDICTION**

This Agreement shall be construed in accordance with and governed by the laws of the United States and the State of Delaware, without reference to their rules regarding conflicts of law. You hereby irrevocably consent to the exclusive jurisdiction of the state or federal courts in Sussex County, Delaware USA in all disputes arising out of or related to the use of the Site, Content or Service. Except as set forth in this Agreement, the Federal Arbitration Act shall govern all matters relating to arbitration. In the event of a dispute between a Member and Company arising from or relating to the Agreement, or the rights and obligations of either party, the parties shall attempt in good faith to resolve the dispute through confidential, nonbinding mediation as more fully described in the Policies and Procedures. Company shall not be obligated to engage in mediation as a prerequisite to disciplinary action against a Member. If the parties are unsuccessful in resolving their dispute through mediation, the dispute shall be settled totally and finally by arbitration as more fully described in the Policies and Procedures, which is incorporated herein by reference.

Notwithstanding the foregoing, either party may bring an action before the courts seeking a restraining order, temporary or permanent injunction, or other equitable relief to protect its intellectual property rights, including but not limited to customer and/or affiliate lists as well as other trade secrets, trademarks, trade names, patents, and copyrights. The parties may also seek judicial enforcement of an arbitration award. This Agreement does not limit any rights or remedies that we or our suppliers, licensors or other similar entities, may have under trade secret, copyright, patent, trademark or other laws.

Louisiana Residents: Notwithstanding the foregoing, and the mediation and arbitration provisions allow that residents of the State of Louisiana shall be entitled to bring an action against Digital Altitude in their home forum and pursuant to Louisiana law.

## DELAYS

Digital Altitude shall not be responsible for delays or failures in performance of its obligations when performance is made commercially impracticable due to circumstances beyond its reasonable control. This includes, without limitation, acts of terrorism, natural disasters, strikes, labor difficulties, riot, war, fire, death, curtailment of a party's source of supply, acts or omissions of third parties, disruption in communications systems or government decrees or orders.

## SEVERABILITY

If any provision of the Agreement, in its current form or as may be amended, is found to be invalid or unenforceable for any reason, only the invalid portion(s) of the provision shall be severed and the remaining terms and provisions shall remain in full force and effect. The severed provision, or portion thereof, shall be reformed to reflect the purpose of the provision as closely as possible.

## NOTICE

Any communication, notice or demand of any kind whatsoever, which either the Member or the Company may be required or may desire to give or to serve upon the other shall be in writing and delivered either (a) by electronic communication (whether by email or telecopy (if confirmed in writing sent by registered or certified mail, postage prepaid, return receipt requested or by personal service), (b) personally or by same day local courier services or overnight express delivery services; or (c) by registered or certified mail, postage prepaid, return receipt requested, or by personal service or overnight courier service. Notices delivered personally, by overnight express delivery service or by local courier service shall be deemed given as of actual receipt. Mailed notices shall be deemed given three Business Days after mailing. "Business Day" means any Monday through Friday other than any such day which, in the State of Delaware, is a legal holiday or a day on which banking institutions are authorized or required by law or regulation to close. Any such communication, notice or demand shall deemed to have been given or served on the date personally received by personal service or overnight courier service, on the date of confirmed dispatch if by electronic communication, or on the date shown on the return receipt or the other evidence if delivery is by mail. Any party may change its address for notice by giving written notice to the other in the manner provided in this Section.

## SURVIVAL

Any provision of the Agreement, which, by its terms, is intended to survive termination or expiration of the Member Agreement shall so survive, including, without limitation, the arbitration, non-competition, non-solicitation, trade secrets and confidential information covenants contained in the Agreement.

## BINDING EFFECT

This agreement (the "Agreement") applies to your use of the site at www.digitalaltitude.co (the "Site") or any information, materials, images, graphics, data, text, files, links, software, messages, communications, content, organization, design, compilation, magnetic translation, digital conversion, HTML, XML, Java code and other content related to the Site (collectively "Content"), services provided in connection with the Site (the "Service"), and any purchases Member make on the Site. Digital Altitude, LLC (the "Company") may amend them from time to time in its sole discretion. In the event of substantive changes to this Agreement, the new terms will be posted to the Site, you will be required to affirmatively assent to its terms, and

11

Member may also be notified by email. If any modification is unacceptable to Member, the only recourse is not to use the Site, Services, and Content and to request an immediate termination of your subscription.

**E-SIGNATURE NOTICE - CONSENT TO ELECTRONIC RECORD**
E-Sign, the Electronic Signatures in Global and National Commerce Act (15 U.S.C. 7001, et seq.), requires that Member consents to entering into an electronic agreement with Digital Altitude before a Digital Altitude Member Purchase Agreement can be executed. Please read the following information carefully:

a) If you enter into an online Member Purchase Agreement with Digital Altitude, Member will not be required to submit a paper application. An electronic record will evidence the entire agreement between Member and Digital Altitude. However, Member must consent to the use of an electronic record and must read the Digital Altitude Terms of Use, Digital Altitude Policies and Procedures, and electronically acknowledge below that Member has read and agree to these documents.

b) To access these documents and submit your online Member Purchase Agreement, Member will need a personal computer/Mac with Internet access and operational Internet browser software.

This Agreement will be binding upon each party hereto and its successors and permitted assigns. This Agreement will not be assignable or transferable by Member without Company's prior written consent. This Agreement contains the entire understanding of the parties regarding use of the Site and Content, its subject and supersedes all prior and contemporaneous agreements and understandings between the parties regarding the same. Any rights not expressly granted herein are reserved. The provisions of this Agreement addressing disclaimers of representations and warranties, indemnity obligations, intellectual property and governing law shall survive the termination of this Agreement.
You consent to the use of electronic records evidencing your agreement to the Digital Altitude Terms of Use, Policies and Procedures, all of which can be found at www.DigitalAltitude.co

**I consent to the use of electronic records and have read, understand, and agree to the Digital Altitude Member Purchase Agreement.**

Signature _____   Date  03/14/2017

Printed Name:  Johanna A Padilla _____

Phone: _____   Email: pa_____ com

**Payment Authorization:**

I am authorized to use this credit card and do hereby authorize a charge of $ __3000__ to my

credit card below on __03/14/2017__ for the purchase of my product:

BASE          RISE      **X**  ASCEND    **X**  PEAK          APEX

_____          __03/14/2017__
Signature                                          **Date**

**Paying by:**   **X**   VISA              MC              DISCOVER              AMEX

**Card# 1:** _____

**Name on Card:** __Johanna A Padilla_____

**Exp Date:** ███████_____   **3 digit CVV Code:** _____

**Billing address:**

                                   Bronx, NY,                   _____
**Street**                                          **City, State, Zip**

*********************************************************************************************************

I am authorized to use this credit card and do hereby authorize a charge of $ __3500__ to my

credit card below on __03/14/2017__ for the purchase of my product:

BASE          RISE      **X**  ASCEND    **X**  PEAK          APEX

_____          __03/14/2017__
Signature                                          **Date**

**Paying by:**      VISA              MC      **X**   DISCOVER              AMEX

**Card# 2:** _      _____

13

**Name on Card:** Johanna A Padilla

**Exp** ▆▆▆▆▆                              **3 digit CVV Code:** _

**Billing address: (if different than card #1)**

**Street**                                                    **City, State, Zip**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**I am authorized to use this credit card and do hereby authorize a charge of $** 5503.82 **to my**

**credit card below on** 03/14/2017 **for the purchase of my product:**

   **BASE**          **RISE**      **X** **ASCEND**    **X** **PEAK**          **APEX**

**Signature**                                            03/14/2017
                                                         **Date**

**Paying by:**      **VISA**     **X** **MC**          **DISCOVER**        **AMEX**

**Card# 3:**

**Name on Card:** Johanna A Padilla

**Exp Date:** _ ▆▆▆▆                     **3 digit CVV Code:** _

**Billing address: (if different than card #1)**

**Street**                                                    **City, State, Zip**

**Notes:**

Last Updated 03.02.2016

14

# Signature Certificate

 **Document Reference:** Y78KEWIBJIRURBLPG545GZ


Easy Online Document Signing



Johanna A Padilla

Party ID:

VERIFIED EMAIL:

Electronic Signature:



| Multi-Factor Digital Fingerprint Checksum | 68d1a0387a6dcbc6024d5b211b1173a70c02f3ea |  |
| --- | --- | --- |

| Timestamp | Audit |
| --- | --- |
| 2017-03-14 09:29:41 -0700 | All parties have signed document. Signed copies sent to: Mary Dee and Johanna A Padilla. |
| 2017-03-14 09:29:41 -0700 | Document signed by Johanna A Padilla (p            ) with drawn signature. ▄▄▄▄▄▄▄ |
| 2017-03-14 09:29:38 -0700 | Johanna A Padilla verified email address 'p        . - ▄▄▄▄▄▄ |
| 2017-03-14 09:27:03 -0700 | Generated Document from Online Form 3payMEMBERPURCHASEAGREEMENT (3payMEMBERPURCHAS-e2e5fa). - 96.250.185.220 |
| 2017-03-14 09:16:18 -0700 | Online Form viewed by Johanna A Padilla (          ). - ▄▄▄▄▄▄ |



This signature page provides a record of the online activity executing this contract.

**Page 1 of 1**

Attachment F













**From:** **Johanna Padilla** ₚ
**Subject:** Fw: Refund
**Date:** July 29, 2017 at 12:23 PM
**To:** Johanna Padilla ₚ

On Thursday, July 27, 2017 9:35 PM, DA Compliance <compliance@digitalaltitude.co> wrote:

Right now we're dealing with your bank inquiry for $3500. Until that's resolved we won't be open to making any exceptions for you on the PEAK purchase. And even then, we consider your activity fraudulent and may consider legal action.

On Jul 27, 2017 4:45 PM, "Johanna Padilla"                                   m> wrote:
   *"Your charges are valid and until you've paid for the product in full, the PEAK course for example…"*

Like I said, I don't have access to PEAK in the back office so I don't see what the issue is with giving me my money back?

   *'Johanna- if you wanted to exercise the refund then you should not have moved forward with coaching with the Jacksons. If you were exercising any kind of refund, why would you continue with the education at all?'*

Ms. Jackson explained how expensive everything would be in the 1st call. If I had spoken with her within the 3 day period and had not had communication with her disrupted by Mike Lee due to his anger I would have gladly asked for a refund. I mentioned this in a previous email.
The 2nd call she initiated and wanted to talk to me about joining her friends 'fast start' system which would create my own funnel. Which cost more money. Money I don't have at my disposal.

   "*Again, and our final answer, is that there will be no refund as you are not eligible.*"

Why not? When I've given you perfectly good reasons to receive a refund.
1. I was not given access to my coach within a timely manner
2. I don't have any access to one of the products (PEAK)
3. I didn't have a fair 3 day 'cooling off' period

I get that the 3 day refund is for 'buyers remorse', however during those 3 days I was still in the middle of *buying*. My cards weren't going through because the banks kept telling me the security code on the back wasn't valid. Me and Majesty went over and over and over and over to try and fix the issue. In the end, it was not resolved and I cancelled the rest of the PEAK purchase.
How am I supposed to have a buyers remorse feeling if I'm still in purchasing mode?

On Thursday, July 27, 2017 5:18 PM, DA Compliance <compliance@digitalaltitude.co > wrote:

Johanna- if you wanted to exercise the refund then you should not have moved forward with coaching with the Jacksons. If you were exercising any kind of refund, why would you continue with the education at all?  The traffic videos are part of the series in the ASPIRE suite of education. Again, and our final answer, is that there will be no refund as you are not eligible.

On Thu, Jul 27, 2017 at 2:02 PM, Johanna Padilla <ₚ                                   > wrote:

   *"You signed the purchase agreement, remitted payment authorization forms,"*

And now I'm asking for a refund because as I've said I didn't have a fair 3 day trial- or cooling off period as you've said.

   *"… and you have had multiple coaching sessions."*

I had 2. Not multiple but 2- where, as I mentioned before- Ms. Jackson sent me to already freely available videos on DA's back office site.

   *"Your charges are valid and until you've paid for the product in full, the PEAK course for example…"*

Why? I asked for a refund from Majesty Amazona once I realized my cards where just not going to go through and he told me I couldn't because I had past the 3 day mark. That's doesn't make sense because as I said, I was still in the middle of making the purchase so how could those 3 days that past count as the 'cooling off period' when I was never cooling off. I was calling banks to try and get the credit card issue sorted out to try and continue the PEAK purchase.

Please respond in a timely manner.

On Thursday, July 27, 2017 2:54 PM, DA Compliance <compliance@digitalaltitude.co > wrote:

Hi Johanna-

We've reviewed your account and have also been notified of your bank on an inquiry for the charges. You signed the purchase agreement, remitted payment authorization forms, and you have had multiple coaching sessions. Your charges are valid and until you've paid for the product in full, the PEAK course for example, you aren't able to access the live events. When the recordings from this last event are available they will be there for you but you won't be able to attend a live event without at least 90% of your tuition paid for.

On Thu, Jul 27, 2017 at 5:29 AM, Johanna Padilla <                          > wrote:
I'm still waiting for a reply.

Sent from Yahoo Mail on Android

On Fri, Jul 21, 2017 at 10:55 PM, Johanna Padilla
                          > wrote:

*"The 3 day refund period isn't about experiencing a trial period. It's a cooling off period in which we allow anyone with buyer's remorse or second thoughts the legal amount given by law to request a refund."*

During those 3 days I was still getting the whole credit card mess sorted out with Mike Lee and Majesty Amazona. I didn't have a 'cool off period' because we were still in the middle of attempting to make the PEAK purchase.

*"However, you did receive your next level coach for traffic,"*

A week after I upgraded, which as I said was most likely done in anger by Mike Lee since I cancelled my PEAK upgrade. When I first upgraded I found out immediately that Mike Lee was my coach. Why the delay now?

*"…learned something new, implemented it and then stopped. It's fair to say that including the time you had your call with the Jackson's, implemented your strategy and looked for results, more than 3 days would have passed despite the initial misunderstanding about who your coach should be."*

She sent me to already freely available videos on the DA back office site. Nothing new. The only thing I learned was that the traffic and everything else- hidden fees, if you will- would cost way more than I could afford. Ms. Jackson told me a good starting budget would be 1500-2000. With what I'm already paying in credit cards that amount is undoable. She told me that typically customers take a while to upgrade, so months to years- unless they have the money lying around. Months to years is not what you guys advertised. More like days- weeks. That's why I joined.
This was all in the 1st call. It's fair to say if I would have known Ms. Jackson was my coach and heard all this within the 3 day period I would have realized the reality of the situation and asked for a refund.

Also, you guys took money out for PEAK and once I realized the credit card situation wasn't going to get fixed I asked Majesty Amazona for the money back since I would be holding off on that purchase and he said it couldn't be refunded to me because of the 3 day rule. That's ridiculous. I don't even have access to PEAK in the back office. I *especially* need that money back- $656.92.

So again, I'm asking for a refund.
Thank you.

On Friday, July 21, 2017 1:25 AM, DA Compliance <compliance@digitalaltitude.co > wrote:

Hi again Johanna,

The 3 day refund period isn't about experiencing a trial period. It's a cooling off period in which we allow anyone with buyer's remorse or second thoughts the legal amount given by law to request a refund.
I understand that you may have been confused, and certainly don't condone the comments you are saying were received by Coach Mike Lee. However, you did receive your next level coach for traffic, learned something new, implemented it and then stopped. It's fair to say that including the time you had your call with the Jackson's, implemented your strategy and looked for results, more than 3 days would have passed despite the initial misunderstanding about who your coach should be.
We encourage you not to throw in the tile after you've come this far. Everyone in this space that's become successful became that way because they stuck with it. I highly recommend that you pop over to Clixli.com and let support@clixli.com know you are an ASCEND member on a limited budget. They have an exceptional (and free) webinar training series they're doing right now and it should give you some alternative traffic strategies that are within your budget so you can start earning extra income.

EX 12
278

On Jul 20, 2017 10:13 PM, "Johanna Padilla" <      il                        > wrote:

Right, and as you read my email I didn't receive a fair 3 day trial of the product and need my money back.

Sent from Yahoo Mail on Android

On Fri, Jul 21, 2017 at 1:01 AM, DA Compliance <compliance@digitalaltitude.co > wrote:

Hi Johanna,

Our policy is to not issue refunds past the 3 day right to cancel.

On Jul 20, 2017 8:14 PM, "Johanna Padilla"                          > wrote:

Hello. I'm writing this email again as I neve        a                    st on that was sent out.

I'm writing this to ask for a refund in full for ASCEND and the bit of money your company took out for PEAK. I understand the 3 day refund policy, however I don't feel as if I received a fair 'trial run' so to speak.

 I purchased ASCEND and PEAK March 15th, 2017. I don't know exactly what happened but for some reason after my upgrade the back office was telling me that Mike Lee was still my coach, which confused me. When you upgrade you get a new coach. It wasn't until about a week later where I found out who my coach was- which in all honesty, I feel Mike Lee did on purpose because he was upset that I decided to cancel the rest of the PEAK purchase. He called me and proceeded to trash talk me- calling me 'stupid' and 'ridiculous' and that I would fail in my business and fail in life.

 Anyways, once I found out who my coach was it was already passed the refund date. I met Evelyn Jackson via Skype April 13th for our first strategy session. She told me about how much on average I would need to spend to make my business work (1500-2000), which is almost what I make in a month. She also steered me towards a program outside of Digital Altitude to make my business even more successful- which obviously wasn't free.

 My head began to spin with all this new information. I figured once I got into ASCEND or even PEAK it would be way easier from that position. I was spending a little here and there on advertisements but the idea of spending nearly all I made in a month? Undoable. Especially living in NYC.

 Before enrolling in DA way back in August I was promised I would have sales closed for me and this and that. Ms. Jackson made it very known that this wasn't the case. She said I would have to follow up with my leads in order to get sales. At this point I feel deceived.

 I messaged Majesty Amazona April 25th, 2017 asking for a refund and he directed me to this email address. I need you to issue me this refund since as stated in this email, I didn't receive a fair 3 day trial.

Thank you,
Johanna Padilla

Sent from Yahoo Mail on Android

EX 12
279

## DECLARATION OF LEAH SCHMIDT

1.     My name is Leah Schmidt. I live in Arizona. The following statements are within my personal knowledge.

2.     In about June 2017, I saw Digital Altitude online, after I had been looking for opportunities to make money to support my family.  I am a single mother. Crystal Monroe was my sponsor for Digital Altitude. I found her in a Digital Altitude group on Facebook.

3.     Digital Altitude looked promising because people seemed to be making money. I thought it would be a great thing to be financially free, to give my child a better life.

4.     My sponsor made everything sound really good. I joined for one dollar.  My sponsor said that after I joined I would start making money right away and wouldn't have a lot of fees. I was worried about paying a lot of extra fees, because I couldn't afford it. My sponsor said there would not be fees and she said I would make a lot of money.

5.     My first coach, Eliana, was nice, but I felt very pressured to buy RISE for about $2,000. She also promised that I would make money. My sponsor and my coach (and also other people on Facebook) promised that I'd make money with Digital Altitude, and that it was not hard to make money. They said the coaches do the selling for you and they would close sales for you. They convinced me to purchase RISE.

6.     I watched videos. They had a very good way of making Digital Altitude look promising. I remember videos about Michael Force and Jason Stone, and how they are extremely successful with Digital Altitude.

7.     To pay for RISE, I took a title loan out on my car for $2,000. That was the only way I could pay. My sponsor and my coach told me not to worry about taking out a loan, because I would make the money back right away.  **Attachment**

1  **A** is a true and accurate copy of a printout of an email confirmation I received on
2  July 6, 2017 after taking out the loan.

3      8.    I was worried, though, because I was not making money. I purchased
4  RISE on July 6, 2017, but the payment didn't go through until July 8th.
5  **Attachment B** is a true and accurate redacted copy of my credit card bill showing
6  the payment and other payments related to Digital Altitude.

7      9.    After I purchased RISE, I watched some videos. I realized that I could
8  get the education that's in the videos for free or at low cost online. I sent Digital
9  Altitude an email within one or two days and said I want a refund. Nobody
10 responded for a few days.  Then my coach called me and convinced me not to
11 cancel. Then I changed my mind again. When I asked for a refund again,
12 representatives of Digital Altitude said I could not cancel because the 72-hour
13 cancellation window had passed.  This was very frustrating because the refund
14 policy is very confusing.

15     10.    The refund policy is confusing because when I joined for one dollar,
16 the website said you have a 14-day trial period, so I thought I had 14 days to
17 cancel. But then the website also says you have 72 hours. I still emailed within the
18 72 hours though.

19     11.    When I said I wanted to cancel, Digital Altitude said I could park my
20 account for $10 per month.  I said I couldn't afford that. I said I can't lose my car,
21 I'm a single mom.

22     12.    Even though I cancelled, I'm stuck paying a loan. I had to pay off the
23 car title loan, because the interest rate was outrageous, but I still have a loan for the
24 $2,000, and it is hard for me to pay that back.

25     13.    Digital Altitude's way of marketing is on Instagram and they make
26 you do a lot of accounts and sign up with click funnels, and there was about $600
27 in fees, and I said I couldn't afford it. They said this is the only way to do it.

28

14.     They kept saying it would work out but nobody would help me. They said I would find a way to make it work.  I was upset because I already took a big risk and couldn't afford to lose my car. They didn't help me market any other way, even though the first coach said there are other ways to do it without paying the fees.

15.     I think Digital Altitude is a scam. They told me it was no problem to make six figures within a year. They said I could do it in 90 days if I follow the system, but definitely within a year.

16.     I had to cancel everything with Digital Altitude because I was not making sales, and no one was helping me. My sponsor, Crystal, accused me of making excuses. I was upset that she was accusing me, and that all she cared about was money. She wanted me to go to an event in Las Vegas and I said I can't go. She said something like "If something happened to your son, wouldn't you do anything to help him?" I got very upset. That's not the same thing. I couldn't afford to get to Las Vegas. She got an attitude and said if it was important enough I would have found a way. The coaches act like they don't understand what it's like to struggle financially.

17.     Crystal and the coaches said they were making six figures a year, but Crystal told me after I bought RISE that she had only made $10,000 in the past year, and that she went into debt, and had to go back to work full-time, to pay for Digital Altitude. I thought it wasn't right that I didn't learn that about Crystal until after I bought RISE. I would not have bought RISE if I knew that she was not telling me the truth, or if I knew she was not making six figures a year.

18.     Being in Digital Altitude has been emotionally draining and a financial struggle for me. I spent all my savings and my tax refund, which I was going to use to take care of my child. I am paying off a $2,000 loan for RISE that I can't afford. I never would have joined Digital Altitude if I knew that I would spend over $2,000 and not make any money.