19.     I know someone who used all her savings and almost lost her home because of Digital Altitude.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _December 8th_____, 2017 at San Tan Valley, Arizona.


_Leah Schmidt_

LEAH SCHMIDT

Leah Schmidt Declaration Page 4

Attachment A

**From:** Leah Schmidt
**To:** Goodman, Jody
**Subject:** Fwd: Leah, Congratulations on your new loan!
**Date:** Thursday, November 16, 2017 12:50:51 PM

---------- Forwarded message ----------
From:
Date: Thu, Jul 6, 2017 at 12:33 PM
Subject: Leah, Congratulations on your new loan!
To:

Hi Leah,

Congratulations and thank you for choosing Wilshire Consumer Credit for your new loan! It has been a pleasure to work with you, and we are glad to have been able to provide you with the cash you needed.

IMPORTANT ACCOUNT INFORMATION:

You can contact Customer Service at (800) 589-0290 or via email at Info@WilshireConsumer.com.

You can make a payment using one of these convenient options:

1) ONLINE: Go to MyAccount.WilshireConsumer.com. You will need to wait 48 hours after you receive your funds and provide your new account number                    ) to register.

2) TELEPHONE: Call (866) 258-2691

3) STANDARD MAIL: Address is "Wilshire Consumer Credit, PO Box 849083, Los Angeles, CA 90084-9083". Please make checks payable to "Wilshire Consumer Credit".

4) MONEYGRAM: (800)-MoneyGram (Code: 3625)

5) WESTERN UNION: Code "WCCMONEY" State: "CA"

We look forward to serving you and building a professional relationship with you throughout the term of your loan.

Best Regards,

The Team at Wilshire Consumer Credit

This message was sent to l                    . If you don't want to receive these emails from this organization in the future, please unsubscribe.

--
Leah Schmidt

Attachment B



PHONE 480-844-4540
ARIZONA BANK AND TRUST
2036 E CAMELBACK ROAD
PHOENIX AZ 85016

Your deposit agreement has recently been updated. Please visit
www.arizbank.com/uopen/ABT_Consumer_Account_Agreement.pdf
or stop in your local banking center to obtain a copy of the updated
agreement.

LEAH D SCHMIDT

AZ

PAGE NUMBER              1
STATEMENT DATE 07-31-17
ENC                     2

ACCOUNT TYPE:
ACCOUNT NUMBER:

DEPOSITS AND OTHER CREDITS
DATE      DESCRIPTION                                         AMOUNT

07/06/17   DEPOSIT                                          2,000.00



PHONE 480-844-4540
ARIZONA BANK AND TRUST
2036 E CAMELBACK ROAD
PHOENIX AZ 85016

Arizona
Bank & Trust

Your deposit agreement has recently been updated. Please visit
www.arizonabank.com/uopen/ABT_Consumer_Account_Agreement.pdf
or stop in your local banking center to obtain a copy of the updated
agreement.

LEAH D SCHMIDT

AZ

*******

PAGE NUMBER        3
STATEMENT DATE 07-31-17

| Date | Description | Amount |
|---|---|---|
| 07/07/17 | DDA PUR AFF*DIGITA AFF*DIGITALALTITUDE MEXICO DF MX   #9473 | 2,072.64- |
| 07/10/17 | DDA PUR AFF*DIGITA AFF*DIGITALALTITUDE MEXICO DF MX   #9473 | 17.09- |
| 07/12/17 | DDA PUR DNH*GODADD DNH*GODADDY.COM 480-505-8855 AZ   #9473 | 12.17- |
| 07/13/17 | DDA PUR Asirvia603 Asirvia6034420620 6034420621 ON   #9473 | 25.00- |
| 07/17/17 | DDA PUR DNH*GODADD DNH*GODADDY.COM 480-5058855 AZ   #9473 | 1.17- |
| 07/17/17 | DDA PUR DNH*GODADD DNH*GODADDY.COM | 5.44- |



PHONE 480-844-4540
ARIZONA BANK AND TRUST
2036 E CAMELBACK ROAD
PHOENIX AZ 85016

## Arizona
### Bank & Trust

*Your deposit agreement has recently been updated. Please visit www.arizbank.com/uopen/ABT_Consumer_Account_Agreement.pdf or stop in your local banking center to obtain a copy of the updated agreement.*

LEAH D SCHMIDT

AZ

```
                                              *******003
                                     PAGE NUMBER         4
                                     STATEMENT DATE 07-31-17
```

```
             #
07/24/17  DDA PUR AFF*DIGITA                           37.20-
          AFF*DIGITALALTITUDE
          MEXICO DF MX    #9473
07/24/17  DDA PUR PLANNET MA                           19.95-
          PLANNET MARKETING
          470-443-9330 GA   #9473
07/24/17  DDA PUR PLANNET MA                            4.95-
          PLANNET MARKETING
          470-443-9330 GA   #9473

             #
07/28/17  DDA PUR REMOTEWORK                            9.97-
          REMOTEWORKACADEMY I
          8594921259 FL    #9473
```

## DECLARATION OF BRENDAN MARAIS

1.   My name is Brendan Marais. I live in Richmond, Virginia. The following statements are within my personal knowledge.

2.   I am a self-employed web designer, and I work from home.

3.   In October 2017, I was looking for ways to expand my business and make income, so I did a search on Google and Indeed.com for work-from-home opportunities. I came across a banner advertisement that promised that you could earn a lot of money working at home with a special system. As I recall, the ad said that the system had been featured on the TV show Good Morning, America.

4.   I clicked on the link and was sent to a website where I had to enter my email address, and then a video started playing. I believe the url for the website with the video was www.500cashclub.com. The video's narrator said that you would earn $500 if you listened to the entire video. At the end of that video the narrator said that, while I had earned $500, I could earn thousands of dollars a day with the narrator's proven system. The narrator also said that, if I didn't make my money back within 90 days, they would pay me the $500.

5.   Since the advertisements said the program had been featured on national television, I thought this was a legitimate way to make money online. I decided to join the program. On or about October 11, 2017, I paid $97.00 to join the Aspire system. **Attachment A** is a true and correct redacted copy of the invoice I received for this payment.

6.   That same day, I received an email from Michael Force telling me to start watching the Aspire videos and to call my coach. **Attachment B** is a true and correct redacted copy of the email I received.

7.   Michael Force continued to send me emails telling me to watch the Aspire videos, or steps, and to contact my coach and follow his advice. **Attachment C** is a true and correct redacted copy of another email I received from Michael Force on or about October 14, 2017.

8.      I started watching the Aspire videos. The videos made it sound like I was guaranteed to make money with the Digital Altitude system, and all I needed was to follow the steps.

9.      I also contacted my coach, Scott Hess. I communicated with him over Skype, and attended a live video call with Hess and several other participants. Hess told us how he started out on food stamps but now he was making lots of money with Digital Altitude and had lots of time off to spend with his family. Hess told us to do whatever we could to come up with the money to buy Rise, the next level of Digital Altitude. He encouraged us to borrow from family, or take on a credit card or bank loan. He said if I bought Rise, I'd be certain to make lots of money with the system.

10.     Scott Hess also told me to join a Digital Altitude Facebook group, and he also asked me to add him as a friend, which I did. The Facebook group had a lot of posts advertising the big commissions people were earning with Digital Altitude. The posts didn't reveal how much people had spent on Digital Altitude.

11.     After watching some of the Aspire videos and hearing Michael Force say how I could make money by licensing the Digital Altitude product, I decided to buy Rise. On or about October 16, 2017, I paid $2,273.00 for Rise. **Attachment D** is a true and correct redacted copy of my credit card statement showing this purchase. For some reason, on my credit card statement the purchase is listed as having occurred in Mexico.

12.     After I bought Rise, I electronically signed a "Member Purchase Agreement" with Digital Altitude on or about October 17, 2017. **Attachment E** is a true and correct copy of the Member Purchase Agreement.

13.     On or about October 17, 2017, I received another email from Michael Force congratulating me for joining Rise and telling me to keep watching the Aspire videos. The email also told me I'd been assigned a new coach who would contact me soon. **Attachment F** is a true and correct redacted copy of that email.

14.     When you first get involved with Digital Altitude, they do not tell you that you need to buy higher and higher levels to start making money. Instead, in the videos and coaching calls I was promised that I'd be accessing a proven system, that I'd be selling their proven top tier products, and that I would make a lot of money with this system. They described Digital Altitude as a franchise, and they said the legwork had already been done for you.

15.     Even as I continued to watch the Aspire videos, there still wasn't much information about how the system actually worked, and the videos didn't teach me anything useful. But I realized that, even though I'd already spent a lot of money on Rise, I'd need to spend even more money on Digital Altitude before I could start making any money. This was not what I was promised when I joined.

16.     I discussed Digital Altitude with my wife and did some more web research after I bought Rise. I discovered that many consumers were reporting that Digital Altitude was a scam. I realized the Digital Altitude coaches were just salesmen. If I bought the products—which were worthless—they are the ones who make the money. You need to do your own marketing and bring more people into Digital Altitude. That's the only way you can make money with this system. In other words, the only way to make money with Digital Altitude is to try to convince other innocent people to buy in just like I had.

17.     Once I realized all this, I tried to get a refund. When I signed up, I was promised that I could get a refund within fourteen days of joining, so I thought it wouldn't be a problem. But Digital Altitude refused to give me a refund. First, I tried calling Digital Altitude's customer support number, but I couldn't reach anyone. Next, I tried emailing the Digital Altitude support email address on or about October 24, 2017. The customer support representative refused to give me a refund, saying that I had only seventy-two hours to get one. **Attachment G** is a true and correct redacted copy of those emails.

18.     I also told my coach, Scott Hess, over Skype on or about October 25, 2017, that I had cancelled my Rise purchase and wanted a refund. He said the same thing that the Digital Altitude support representative had told me—that the purchase agreement I had signed had a different, seventy-two hour refund window, so I wasn't eligible for a refund. He also asked me why I had "backtracked so severely" and "quickly fallen into poor-mindedness." I was insulted and upset that he took this bullying tone with me. He told me that I should stick with the program so I could make up for the money I had lost buying Rise. He said that if I recruited three new people into Digital Altitude and they purchased Rise in the next 90 days, I could "get [my] money back plus the commissions on the 3 sales." **Attachment H** is a true and correct copy of these Skype communications with Scott Hess.

19.     Since I discovered that Digital Altitude was a fraud, I wasn't about to try to get more people to lose their money to this. That seemed wrong to me.

20.     When I couldn't get a refund, I also contacted Michael Force directly over Facebook, on or about October 25, 2017. He said he was "sorry" to hear I wanted a refund, and told me to contact Digital Altitude's customer support department over email, which I had already done. **Attachment I** is a true and correct copy of these communications with Michael Force.

21.     When I was unable to get a refund from Digital Altitude for my Rise purchase, I filed a complaint with my credit card company, and was temporarily credited the funds back while they investigated. I believe that investigation is currently ongoing.

22.     Even after I cancelled my membership with Digital Altitude, I continued to receive emails from Michael Force. He sent me one email, for example, on November 6, 2017, with the subject "50k per month in 8 months." The email told me to sign up to join a webinar with Digital Altitude to learn more about someone who was making $50,000 a month with the company. **Attachment J** is a true and correct redacted copy of that email.

23.  I didn't make any money with Digital Altitude, even though I spent $2,370 on their program. I would never have paid any money to Digital Altitude if I knew how they really operate.

24.  This experience has been very stressful and difficult for me, and I was especially disturbed by Scott Hess's personal attacks. If my credit card company does not remove the charge from my account, I will have real trouble making the payments. This financial stress is a real hardship for my wife and me.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____January 4th_____, 2018 at Richmond, Virginia.


_____
                              Brendan Marais

Brendan Marais Declaration Page 5

# Attachment A

From: **Billing Support** <billing@innercirclehelp.com>
Date: Wed, Oct 11, 2017 at 3:23 PM
Subject: Payment Confirmation: Your Online Transaction
To: Brendan Marais <█████████████████████>

**Invoice Date:** 10/11/2017

Congratulations! You have successfully completed your order.

**You can Login to your product here:**

**Login URL:** https://my.aspiresystem.co/
**Email:** ██████████████████████
**Password:** ██████████

**Below you will find details of your transaction:**

**Sale ID:** 32058
**Total Charge:** $ 97.00

| Items | Order Date | Subtotal | Discount | Total |
|---|---|---|---|---|
| 1x ASPIRE Training System by 5CC | 10/11/2017 | 97.00 | 0 | 97.00 |

**Your Billing Card:** ████████
**Billing Description:** InnerWeb877-289-3561

**Customer Details:**
Brendan Marais


**Billing Address:**

██████████████
Richmond, VA ████████
US

**Please Note:** This is an automated invoice receipt. If you need to contact us with regards to your order, please email us directly billing@innercirclehelp.com or call our friendly support specialists at **702-866-9554**.

**Important:** You may receive multiple emails depending on which products you ordered from our online store. If you purchased a membership account, please look for a separate email containing your login access.

# Attachment B

From: **Michael Force** <support@aspir.link>
Date: Wed, Oct 11, 2017 at 3:16 PM
Subject: [Step 1] Let's get to the top together!
To: ████████████████████

"You're about to learn exactly how to skip the pain
and jump right into making money."



Hey Brendan,

I'm excited for you!

It's time for you to get started on your very first step towards true
financial freedom.

You can click here to go to Step 1 immediately.



The ASPIRE program has been tested and proven by tens-of-
thousands of people.

The 18 steps WORK.  You just have to follow them.

Step 1 lays the foundation for you to build a 6-Figure digital business in 90 days… even if you're starting from scratch.

That's because I did it… and in this step I am going to show you exactly how I did it.

It took me several years and hundreds-of-thousands of dollars lost to rookie mistakes.

You get to skip all that and go straight to making money!

Many people jump into online marketing trying to just sell one product for under $100.  That's the worse way to make money online!

In Step 1 you will learn all about the Ascension model and why that is absolutely CRITICAL to your success online. Click HERE  to get started.

The great thing… you already have this model built for you!  It's part of your membership in the ASPIRE program.

So go watch Step 1.  And then go call your coach and let them know the insights that you have.

Your coach is a 6-Figure marketer.  In fact, no one can be a coach in our business if they are not already making 6-Figures in their own online business.

Your coach is someone who has walked the road before you and knows what works.  If you were to hike Mt. Kilamanjaro in Africa, which would be easier: Going your own way and hope you find the best path?

OR

Find someone who has already hiked to the top and knows the quickest, easiest and safest route to go?

Of course you would hire a guide.  You would be foolish not to.

Yet with online marketing I see SO many people stumbling around trying to find their own way.

Lucky for you - you already have a coach who knows the way who is expecting your call.

So go call your coach now!  Click HERE  to view your coach's profile and contact details.

Oh, one more thing.  At the bottom of the lesson there is a large green button.  When  you click on that green button, it will take you to a short form where you can share your thoughts on what you just learned.

Is there something that you really loved that you would like us to cover in more detail? Or is there something that was a bit confusing you would like clarified?

Either way - let us know!  We are a community and we are committed to helping everyone be successful. Your feedback could be the missing link that lets someone else reach the the peak.

I'll see you inside Step 1.

Let's get to the top together.



Michael Force
Founder

P.S.  If you really haven't called your coach, you're missing out.  Go schedule your call today!  Click HERE  to view your coach's profile and contact details.

Unsubscribe
Digital Altitude, LLC 16192 Coastal Hwy Lewes, Delaware 19958 United States (800) 820-7589

# Attachment C

From: **Michael Force** <michael@digitalaltitude.co>
Date: Sat, Oct 14, 2017 at 9:00 AM
Subject: Important message and warning
To: ██████████████████████



Hi Brendan,

I've recently become aware of a few people and companies who are trying to exploit the incredible success of our D.A. family.

These folks will reach out to you on Facebook, through email and even at our live events offering you traffic, discounted D.A. Packages (ASCEND, PEAK or APEX), or even additional "advanced" coaching.

They may also call you on the phone to offer these same things. Some of them have even put "digital altitude" in their name to make them seem more official.

Make no mistake, these people do not have your best interests at heart. They are simply after your hard earned bucks.

Any official "Digital Altitude" business will come from an official digitalaltitude.co email address or your coach.
If you are approached by anyone else offering you packages or services that you have to pay for, please forward the details to us at support@digitalaltitude.co so that we can investigate.

And you're ever in doubt, contact your coach FIRST before you ever spend any money.

There's a reason you were given a coach when you signed up… to get you to success, faster! That includes helping you avoid the financial pitfalls, so please rely on them.

Keep your attention focused on completing your steps and following the advice of you coach.

You do that and the system will help take care of the rest so you can reach your financial goals.


See you at the top,

Michael Force
Founder
Digital Altitude



If you no longer wish to receive our emails, click the link: Unsubscribe

Digital Altitude, LLC 16192 Coastal Hwy Lewes, Delaware 19958 United States (800) 820-7589

# Attachment D



Page 1 of 2

**Platinum MasterCard Account Ending in** ▮
Oct. 12, 2017 - Nov. 11, 2017 | 31 days in Billing Cycle

| Payment Information | |
|---|---|
| Payment Due Date ▮ | For online and phone payments, the deadline is 8pm ET. |
| New Balance ▮ | Minimum Payment Due ▮ |





## Account Notifications





---

Pay or manage your account on our mobile app or at **www.capitalone.com.**   Customer Service: 1-800-903-3637   See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Payment Due Date: ▮   Account Ending in ▮

New Balance ▮   Minimum Payment Due ▮   Amount Enclosed
$ _____

BRENDAN MARAIS
HENRICO, VA ▮



Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

EX 14
307

002

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *Wall Street Journal* ). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your  APR(s) | How do we calculate your  APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do If You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

## Changing Mailing Address?

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street...................................................................................

City......................................................................................

State.......................................................... Zip code ....................................

Phone..................................................................................

Email....................................................................................

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
- For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
- For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



Page 2 of 2
**Platinum MasterCard Account Ending in** ▇
Oct. 12, 2017 - Nov. 11, 2017 | 31 days in Billing Cycle



300086

**Get the app designed** to save time.
Effortlessly manage your account on the go with the Capital One® mobile app.

Text **ONE** to 80101 to download the app. Messaging & Data rates may apply.

## Transactions

Visit **www.capitalone.com** to see detailed transactions.

**BRENDAN MARAIS** ▇ **: Payments, Credits and Adjustments**

| Date | Description | Amount |
|------|-------------|--------|
| Oct 16 | PURCHASE ADJUSTMENT | - $2,273.00 |

**BRENDAN MARAIS** ▇ **Transactions**

| Date | Description | Amount |
|------|-------------|--------|
| Oct 16 | AFF*DGTL ALT8008207589MEXICO DF | $2,273.00 |

| **BRENDAN MARAIS** ▇ **Total** | ▇ |
|---|---|

| **Total Transactions for This Period** | ▇ |
|---|---|

## Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | ▇ |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | ▇ |
| Interest Charge on Cash Advances | ▇ |
| Interest Charge on Other Balances | ▇ |
| **Total Interest for This Period** | ▇ |

## 2017 Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged in 2017** | ▇ |
| **Total Interest charged in 2017** | ▇ |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | ▇ | ▇ | ▇ |
| Cash Advances | ▇ | ▇ | ▇ |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

EX 14
309

# Attachment E



**DIGITAL ALTITUDE MEMBER PURCHASE AGREEMENT**

Member Purchase Agreement ("Agreement") is entered into between the Purchaser ("Member") and Digital Altitude, LLC. ("Company") located at 16192 Coastal Hwy, Lewes, DE 19958.

By entering into this Agreement, Member is purchasing or upgrading to a Digital Altitude Membership into any of the foregoing digitally delivered suites of online training: ASPIRE monthly memberships, BASE, RISE, ASCEND, PEAK & APEX core products, BUNDLES or TRAFFIC.

**FULL POWER AND AUTHORITY**
Member represents and warrants that: (i) you have the full power and authority to enter into and perform under this Agreement; (ii) execution and performance of this Agreement does not constitute a breach of, or conflict with, any other agreement or arrangement by which you are bound; (iii) the terms of this Agreement are legal, valid, and binding obligation, enforceable against you; (iv) all content you create to promote Company, it's Site, the Content or Service was created without any contribution of any kind from Company including, without limitation, editorial control or approval, that any suggestions regarding content received from Company are made "as-is" and without any warranty; and that you have had all marketing materials created by you reviewed by competent legal counsel and solely assume all responsibility for it; (v) you are at least 18 years of age, (vi) your use of the Site and Content is legal in, and does not violate any laws or rules of, the jurisdictions in which you reside or from which you use or otherwise access the Site, (vii) all information (if any) provided by you to us is correct, (viii) your use of the Site, Content and Services shall be in accordance with this Agreement and your Affiliate Agreement and the Policies and Procedures of Company if you are an affiliate and (ix) you are capable of assuming, and do assume, any risks related to the use of the Site, Content and Services.

**MONTHLY ASPIRE SUBSCRIPTIONS**
*Trial Subscriptions:* The Digital Altitude membership may start with a free/discounted trial period for ASPIRE WALKER, HIKER and/or CLIMBER. The trial period of the membership lasts for 14 days, or as otherwise specified during sign-up. For combinations with other offers, restrictions may apply. Trials are for new Members only. Digital Altitude reserves the right, in its absolute discretion, to determine Member's trial eligibility. The monthly regular retail recurring fee will be charged every 30 days, until canceled by Member. Company reserves the right to change the Membership fee at any time.

*Monthly Subscriptions:* Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude ASPIRE monthly subscription. Any refund request after the FOURTEEN (14) DAY time limit will not be honored. Member may cancel at any time.

*Annual Subscriptions:* For annual ASPIRE subscription purchases, Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude yearly subscription. Any refund request made after 14 days will not be honored.

If Member purchases Digital Altitude products or services that are subscription based, Member agrees to pay, and authorizes automatic recurring billing of the subscription fees with the credit card, or other payment methods on file, until subsequently canceled by Member. The Member's account will be charged every 30 days. Member understands and agrees that each automatic recurring billings of the subscription fees are non-refundable and will not be prorated as the service is deemed used when accessed. Member

authorizes Company to initiate debit entries from the account provided for the subscription fee, as well as any other purchases made on the Site. Member may cancel at any time by contacting Customer Care at support@digitalaltitude.co.

Products that are subscription based for Members and charged monthly are: ASPIRE WALKER, ASPIRE HIKER & ASPIRE CLIMBER.

Products for purchase Individually or Bundled include:
BASE, RISE, RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & TRAFFIC.

B. Live Events
The events, information, venue and speakers listed on our Sites are subject to change without notification. Member has 60 days prior to the event to request a ticket deferral to the next event if Member cannot attend your scheduled event. Any request after the SIXTY (60) DAY time limit will not be processed. Any unused tickets will be forfeited and are not transferable to another event.

TICKET HOLDERS MAY NOT SELL, OFFER FOR SALE, OFFER AT AUCTIONS, RESELL, DONATE, ACT AS COMMERCIAL AGENT FOR ANOTHER PARTY OR OTHERWISE TRANSFER THEIR TICKETS IN ANY WAY WITHOUT THE SPECIFIC PRIOR WRITTEN CONSENT OF DIGITAL ALTITUDE.

i.Ticket Transfers
Ticket transfers may be processed up to THIRTY (30) Days prior to the event. A $100 transfer fee will be applied to all ticket transfers.

ii. Process for Guest Tickets Transfers
Once a Ticket purchase is confirmed, the Ticket Purchaser may only change the assignment of the Guests accompanying him/her a maximum of 2 times. Requests can be submitted to events@digitalaltitude.co

C. TRAFFIC PACKAGES do NOT include event tickets. TRAFFIC will be delivered no less than 90 days after the official launch date and will be released incrementally based on traffic supply until the number of clicks purchased have been delivered (See Digital Altitude Compensation Plan Document for details).

**REFUND/CANCELLATION POLICY**
A. 72-Hour "No Hassles" Refund Policy on Product Bundles, TRAFFIC & Event inclusive products (RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & any PRE LAUNCH SPECIALS or BETA Products).

Due to the nature of the digital products, the accessibility of our products immediately upon purchase, and the reservation of your traffic packages and any applicable all-inclusive lodging & meal ticket(s) to the live event(s), there is a strict 72-hour refund policy, which begins on the date of purchase. Member may cancel at any time through your back office or by contacting Customer Care via email at support@digitalaltitude.co

**INVOLUNTARY TERMINATION**
A Member's violation of any of the terms of the Agreement, including any amendments that may be made by Digital Altitude in its sole discretion, may result in any of the actions listed in Section 4.1, including the involuntary termination of his or her Member Agreement. Cancellation shall be effective on the date on which written notice is mailed, emailed, faxed, or delivered to the Member's last known address, email address, or fax number, or to his or her attorney, or when the Member receives actual notice of termination,

BJM

2

whichever occurs first. Where state laws on termination are inconsistent with this termination policy, the applicable state law shall apply.

Digital Altitude reserves the right to terminate all Membership Agreements upon thirty (30) days written notice in the event that it elects to: (a) cease business operations; (b) dissolve as a legal entity or (c) terminates the sale of its products and services via direct selling.

## VOLUNTARY CANCELLATION
A Member has a right to cancel at any time, regardless of reason. Cancellation must be submitted in writing to the Company at its principal business address or via email to support@digitalaltitude.co. The written notice must include the Member's signature, printed name, address, and Member I.D. Number.

## NON-RENEWAL
A Member may also voluntarily cancel his or her Member Agreement by failing to renew the Agreement on its anniversary date. The Company may also elect not to renew a Member Agreement upon his/her anniversary date.

## TERMINATION
Membee agrees that, under certain circumstances, Company may suspend or terminate Member's use of the Site or Service, including without limitation, if Company believes, in our sole and absolute discretion, that Member has breached any term of this Agreement. Member acknowledges and agrees that all suspensions and terminations shall be made in Company's sole discretion and that Company shall not be liable to Member or any other party for said suspension and termination.

Upon termination, Member license to use the Site, Content or Service and everything accessible by or through the Site, Content or Service shall terminate and the remainder of this Agreement shall survive indefinitely unless and until we chose to terminate it.

Upon termination of any part of this Agreement for any reason, we shall make reasonable efforts to ensure that your User Content is inaccessible and cease use of it; however, Member acknowledges and agrees that: (i) caching of, copies of, or references to the User Content may not be immediately removed or possible to remove; (ii) such removed User Content may continue in backups (not available to others) for a relatively short period of time; and such removed User Content may continue to be available (and stored on our servers) through the accounts of other programs.

## PRIVACY POLICY
Company respects Member privacy and permits Member to control the treatment of Member's personal information. A complete statement of Company's current privacy policy (the "Privacy Policy") can be found here http://www.digitalaltitude.co/privacy-policy. Company's Privacy Policy is expressly incorporated into this Agreement by this reference. When Member is required to submit information to use or access the Site, Content or Service, Member must complete the registration process by providing the information requested on the form. Member agrees to the terms in Company's Privacy Policy regarding the use of the information submitted.

## CHANGES TO THE AGREEMENT
Digital Altitude reserves the right to amend this Agreement in its sole and absolute discretion. By entering into the Membership Agreement, Member agrees to abide by all amendments or modifications that Digital Altitude elects to make. Amendments shall be effective 30 days after publication of notice that the Agreement has been modified. Amendments shall not apply retroactively to conduct that occurred prior to the effective date of the amendment. Notification of amendments shall be published by one or more of the following methods: (a) posting on the Company's official web site; (b) electronic mail (e-mail); (c) posting in Membership site; (d) inclusion in Company periodicals; or (e) special mailings. In the event of substantive changes, Member will be required to affirmatively assent to the changes. For other changes, the

BJM

3

continuation of a Member's Digital Altitude membership, the acceptance of any benefits under the Agreement, constitutes acceptance of the amendments.

### LICENSE

Company owns and licenses all intellectual property and other rights, title, and interest in and to the Site, Content and Service, and the materials accessible on the Site and Service, except as expressly provided for in the Agreement. Without limitation, Company owns the trademarks, copyrights and certain technology used in making the Site, its Content and Service available. Except as specifically allowed in this Agreement, the copying, redistribution, use or publication by you of any Content or Service is strictly prohibited. We grant Member a limited revocable license to access and use the Site, Content and our Service for its intended purposes, subject to Member compliance with this Agreement, and Company Policies and Procedures. The revocable license does not include the right to collect or use information contained on the Site or through the Service for purposes that Company prohibits or to compete with Company. No ownership or other interest or other license in or to any patent, copyright, trademark, trade secret and other intellectual property right or to the Content is being granted, assigned or transferred in this Agreement or by reason of your access to, and use of, the Site, Content or Service. If Member uses the Site or our Service in a manner that exceeds the scope of this license or breaches any relevant agreement, Member's license shall terminate immediately.

### CONFIDENTIALITY

For the purposes of this Agreement, "Confidential Information" shall be deemed to include all the information and materials that: (i) if in written format is marked as confidential, or (ii) if disclosed verbally is noted as confidential at time of disclosure or (iii) in the absence of either (i) or (ii) is information which a reasonable party would deem to be non-public information and confidential, including, without limitation, all information provided on or through the Site or Service, trade secrets, inventions, research methods and projects, methods of compiling information, methods of creating database, data processing programs, software, computer models, source and object codes, product formulations, strategies and plans for future business, product and service development and ideas, potential acquisitions or divestitures, marketing ideas, financial information including with respect to costs, commissions, fees, profits and sales, mailing lists, information concerning our affiliates and customers, potential affiliates and customers and suppliers, and employee information including their respective salaries, bonuses, benefits, qualifications, abilities and contact information.

Member acknowledges and agrees that the nature of the Confidential Information to which Member has, and will continue to have, access to derives value from the fact that it is not generally known and used by others in the highly competitive, international industry in which Digital Altitude competes.

Member acknowledges that Member is receiving the Confidential Information in confidence and will not publish, copy or disclose any Confidential Information without prior written consent from Company. Member further agrees that Member shall not attempt to reverse engineer, de-compile or try to ascertain the source code to our software or any other software supplied hereunder.

Member agrees that all originals and any copies of the Confidential Information remain the property of Company. Member shall reproduce all copyright and other proprietary notices, if any, in the same form that they appear on all the materials provided by us, on all permitted copies of the Confidential Information made by Member. Member agrees to return all originals and copies of all Confidential Information in possession or control to us upon request.

### USE OF THE SITE, CONTENT AND SERVICE

Member may only use the Site, Content and Service to log in to the Members area, as expressly permitted in writing by us. Member may not cause harm to the Site or Service. Specifically, but not by way of limitation, Member may not: (i) interfere with the Site, Content or Service by using viruses, programs, or technology designed to disrupt or damage any software or hardware, or which attempts to assess the

vulnerability of, or actually violates, any security feature; (ii) access any content or data not intended for you, or log into an account or server that you are not authorized to access; (iii) modify, create derivative works, reverse engineer, decompile or disassemble any technology used to provide the Site or our Service; (iv) use a robot, spider or other device or process to monitor the activity on or copy pages from the Site or our Service, except in the operation or use of an Internet "search engine," hit counters, or similar technology; (v) collect electronic mail addresses or other information from third parties by using the Site or our Service; (vi) impersonate another person or entity; (vii) engage in any activity that interferes with another user's ability to use or enjoy the Site, or content or our Service; (viii) assist or encourage any third party in engaging in any activity prohibited by this Agreement; (ix) co-brand the Site, or content or our Service; (x) frame the Site or Service; (xi) hyperlink to the Site or Service, without the express prior written permission of an authorized representative of Company; (xii) use the Site, Content or Service, in whole or in part, for any purpose that is unlawful, immoral, or prohibited by this Agreement or any applicable local, state, or federal law, rule, or regulation; (xiii) use the Site, Content or Service in any manner that could damage, disable, overburden, or impair the Site or Service; (xiv) circumvent, or attempt to circumvent, any security feature of the Site; (xv) upload, e-mail or otherwise transmit to or through the Site or Service, any advertising, promotional, or other unauthorized communication, including, without limitation, "junk mail," "surveys," unsolicited e-mail, "spam," "chain letters," or "pyramid schemes;" or (xvi) incorporate data from any of our databases into any emails or other "white pages" products or services, whether browser-based, based on proprietary client-side applications, or web-based, without our prior, express and written consent.

By purchasing any of our products or services, Member agrees that Member's use of the product or service is limited by this Agreement as well.

Membership areas of the Site are password restricted to registered users. If Member has registered as an authorized user to gain access to these password protected areas, Member agrees that you are entirely responsible for maintaining the confidentiality of your password, and agree to notify us if the password is lost, stolen, disclosed to an unauthorized third party, or otherwise may have been compromised. Member agrees that you are entirely responsible for any and all activities that occur under your account, including any fees that may be incurred under Member password-protected account, whether or not Member is the individual who undertakes such activities. Member agrees to immediately notify us of any unauthorized use of Member account or any other breach of security in relation to Member password or the Site that is known to Member.

**COMPLIANCE WITH INTELLECTUAL PROPERTY LAWS**
When accessing the Site or using the Content or Service, Member agrees to obey the law and to respect the intellectual property rights of others. Members use of the Service, Content and Site is at all times governed by and subject to laws regarding intellectual property ownership. Member agrees not to upload, download, display, perform, transmit, or otherwise distribute any information or content in violation of any third party's copyrights, trademarks, or other intellectual property or proprietary rights. Member agrees to abide by laws regarding intellectual property ownership and use, and Member shall be solely responsible for any violations of any relevant laws and for any infringements of third party rights caused by any content Member provides or transmits, or that is provided or transmitted using Members user name. The burden of proving that any content does not violate any laws or third party rights rests solely with Member.
All trademarks, service marks, trade names and copyrights displayed on the Site or in the Content are proprietary to us or their respective owners. Member acquires no rights or licenses in or to any trademarks, service marks, trade names or copyrights displayed on the Site. Member may not reproduce, republish, distribute, assign, sublicense, retransmit, sell, or prepare derivative works of the Site or Content, or resell or make our Service available to others. All rights in and to the Site, Service and our Content not expressly granted in this Agreement remain in us or in our licensors.

**ALLEGED VIOLATIONS**
Company reserves the right to suspend or terminate your use of any Service,Content or Site. To ensure that Company provides a high quality experience for you and for other users of the Site, Content and

5

Service, you agree that Company or its representatives may access your account and records on a case-by-case basis to investigate complaints or allegations of abuse, infringement of third party rights or other unauthorized uses of the Site, Content or Service. Company does not intend to disclose the existence or occurrence of such an investigation unless required by law, but Company reserves the right to suspend or terminate Member's account or access to the Site immediately, with or without prior notice to Member, and without liability to Member, if Company believes that Member has violated any of this Agreement, furnished Company with false or misleading information, or interfered with use of the Site, Content or the Service by others.

**PRODUCT & SERVICE WARRANTY DISCLAIMER**

*Digital Altitude cannot provide Members with any personal tax or legal advice. Members should consult with their own tax accountant, tax attorney, or other tax professional.*
EXCEPT AS EXPRESSLY MADE BY THE COMPANY IN WRITING, THE COMPANY MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANSHIP, NON-INFRINGEMENT OR ANY OTHER WARRANTY ARISING BY LAW, STATUTE, USAGE OF TRADE OR COURSE OF DEALING CONCERNING ANY PRODUCT OR SERVICE PURCHASED FROM OR THROUGH THE COMPANY. WE MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY, RELIABILITY, AVAILABILITY, TIMELINESS, AND ACCURACY OF THE SITE, THE SERVICE OR THE CONTENT CONTAINED ON THE SITE FOR ANY PURPOSE.TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL PRODUCTS AND SERVICES OF THE COMPANY ARE PROVIDED "AS IS," "WITH ALL FAULTS," AND "AS AVAILABLE." THE COMPANY DOES NOT WARRANT THAT ITS PRODUCTS OR SERVICES WILL BE COMPATIBLE WITH ANY HARDWARE OR SOFTWARE SYSTEMS OR THAT ONLINE SERVICES WILL BE UNINTERRUPTED OR ERROR FREE. THE COMPANY DOES NOT WARRANT THAT ANY WEBSITE OPERATED, SPONSORED OR HOSTED BY THE COMPANY OR ANY OF ITS AFFILIATES WILL BE UNINTERRUPTED OR FREE FROM ERROR. THE COMPANY IS NOT RESPONSIBLE FOR INTERRUPTED, INACCESSIBLE OR UNAVAILABLE NETWORKS, SERVER, SATELLITES AND/OR SERVICE PROVIDERS; OR FOR MISCOMMUNICATIONS, FAILED, JUMBLED, SCRAMBLED, DELAYED OR MISDIRECTED COMPUTER, TELEPHONE OR CABLE TRANSMISSIONS; OR FOR ANY TECHNICAL MALFUNCTIONS, FAILURES OR DIFFICULTIES. MEMBERS USE OF THE SITE, SERVICE AND CONTENT IS AT YOUR SOLE RISK. ALTHOUGH OUR CONTENT MAY BE UPDATED FROM TIME TO TIME, IT MAY BE OUT OF DATE AND/OR MAY CONTAIN INACCURACIES OR TYPOGRAPHICAL ERRORS. WE ARE NOT RESPONSIBLE FOR YOUR INABILITY OR FAILURE (FOR ANY REASON) TO ACCESS THE SITE OR CONTENT OR OTHERWISE USE OR RECEIVE INFORMATION OR SERVICE FROM OR REGARDING THE SITE, CONTENT, OR YOUR PURCHASES FROM US. MEMBER ASSUMES THE RISK OF ANY AND ALL DAMAGE OR LOSS FROM USE OF, OR INABILITY TO USE, THE SITE OR SERVICE.
WE ARE NOT RESPONSIBLE OR LIABLE FOR MAINTAINING ANY CONSUMER DATA OR FOR THE DELETION, CORRUPTION, DESTRUCTION, DAMAGE, LOSS OR FAILURE OF ANY CONSUMER DATA OR FOR ANY THIRD PARTY ACCESS TO ANY CONSUMER DATA.

**LIMITED LIABILITY**

TO THE MAXIMUM EXTENT PERMITTED BY LAW, WE AND OUR AFFILIATED PARTIES SHALL HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF ANY CONTENT OR OTHER INFORMATION OR SERVICE RELATED TO THE SITE AND SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, OR LITIGATION), (I) ARISING FROM ANY DECISION MADE OR ACTION TAKEN BY MEMBER IN RELIANCE UPON THE CONTENT OR OUR PRODUCTS OR SERVICE, (II) ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OR PERFORMANCE OF THE SITE OR CONTENT, OR WITH THE DELAY OR INABILITY TO USE THE SITE, CONTENT, OR RELATED SERVICE, OR FROM THE USE OR MISUSE OF ANY INFORMATION,

BJM

6

SOFTWARE, PRODUCTS, SERVICES, RELATED GRAPHICS, AND CONTENT OBTAINED THROUGH THE SITE, (III) ANY INCORRECT OR MISSING INFORMATION OR DATA, OR (IV) OTHERWISE ARISING OUT OR RESULTING FROM LOSS OF YOUR DATA OR INFORMATION, WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. OUR MAXIMUM LIABILITY, IF ANY, FOR ANY LOSS OR DAMAGE RELATING TO OR ARISING OUT OF MEMBERS USE OF THE SITE OR ANY CONTENT WILL NOT EXCEED THE LESSER OR ACTUAL DAMAGES OR THE CHARGES PAID BY YOU TO US FOR THE SITE FOR A PERIOD OF TWO MONTHS.

THE ABOVE LIMITATIONS AND EXCLUSIONS SHALL APPLY TO MEMBER TO THE FULLEST EXTENT THAT APPLICABLE LAW PERMITS, IN ALL ACTIONS OF ANY KIND, WHETHER BASED ON CONTRACT, TORT (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE) OR ANY OTHER LEGAL OR EQUITABLE THEORY. ANY CLAUSE DECLARED INVALID SHALL BE DEEMED SEVERABLE AND NOT AFFECT THE VALIDITY OR ENFORCEABILITY OF THE REMAINDER OF THESE TERMS OF USE.

**INCOME DISCLAIMER**

The income disclaimer posted on our website at http://www.digitalaltitude.co/disclaimer is incorporated herein by reference and Member hereby represents that Member has read and understand it. Company, its managers, or members may receive an affiliate commission when Member purchases some of the products or services that we recommend on our Site or Service. By entering into this Agreement, Member acknowledges that Member has been informed of such payments, consent to payments of affiliate commissions, and that such payments are fair and reasonable.

**RELATED SITES**

Company has no control over, and no liability for any third party sites or materials ("Third Party Sites"). Company works with a number of partners and affiliates whose Internet sites may be linked with the Site. Because Company has no control over the content and performance of these Third Party Sites, Company makes no guarantees about the accuracy, currency, content, or quality of the information provided by such Third Party Sites, and Company assumes no responsibility for unintended, objectionable, inaccurate, misleading, or unlawful content that may reside on those Third Party Sites. Similarly, from time to time in connection with your use of the Site, Member may have access to content items (including, but not limited to, websites) that are owned by third parties. Member acknowledges and agrees that Company makes no guarantees about, and assumes no responsibility for, the accuracy, currency, content, or quality of Third Party Sites, and that, unless expressly provided otherwise, this Agreement shall govern your use of any and all Third Party Sites.

Members linking to such Third Party Sites is at your own risk. We do not investigate, monitor, or check such Third Party Sites for accuracy or completeness. We are not responsible for the availability of these Third Party Sites, nor are we responsible for the aesthetics, appeal, suitability to taste or subjective quality of informational content, advertising, products or other materials made available on or through such Third Party Sites. We are providing these links to Member only as a convenience and may discontinue providing such links at any time in our sole discretion without notice to Member. No endorsement of any third party content, information, data, opinions, advice, statements, goods, services or products is expressed or implied by any information, material or content of any Third Party Site contained in, referred to, included on, or linked from or to, the Site. Under no circumstances shall we or any affiliated providers be held responsible or liable, directly or indirectly, for any loss, injury, or damage caused or alleged to have been caused to Member in connection with the use of, or reliance on, any content, information, data, opinions, advice, statements, goods, services, or products available on such Third Party Sites. Member should direct any concerns to the respective Third Party Site's administrator or webmaster. Any links to Third Party Sites

7

BJM

do not imply that we are legally authorized to use any trademark, trade name, logo or copyright symbol displayed in or accessible through such links, or that any linked Third Party Site is authorized to use any trademark, trade name, logo or copyright symbol of ours.

## NOTICES

All notices required or permitted to be given under this Agreement will be in writing and delivered to the other party by any of the following methods: (i) U.S. Mail, (ii) overnight courier, or (iii) electronic mail. If you give notice to us, you must use the following address: Digital Altitude, LLC., 16192 Coastal Hwy, Lewes, DE 19958. If Company provides notice to you, Company will use the contact information provide by you to us. All notices will be deemed received as follows: (A) if delivery by U.S. mail, seven business days after dispatch, (B) if by overnight courier, on the date receipt is confirmed by such courier service, or (C) if by electronic mail, 24 hours after the message was sent, if no "system error" or other notice of non-delivery is generated. If applicable law requires that a given communication be "in writing," you agree that email communication will satisfy this requirement.

## INDEMNITY

Member agrees to indemnify, defend, and hold Company, its managers, members, officers, directors, employees, consultants, agents, and representatives harmless from and against any and all actions, claims, demands, proceedings, liabilities, damages, judgments, settlements, fines, penalties, costs, and expenses, including attorney's fees and related costs, which (i) arise or in part from your act(s) or omission(s); (ii) arise from or are related to a breach Member has any express warranty contained herein; or (iii) failure to comply with this Agreement. We have no duty to reimburse, defend, indemnify, or hold Member harmless resulting from, relating to, or arising out of, this Agreement, the Site, or Members access to or use of the Site or Content.

If an action is brought against Company in respect to any allegation for which indemnity may be sought, Company will promptly notify Member of any such claim of which it becomes aware and will: (i) provide reasonable cooperation to Member at your expense in connection with the defense or settlement of any such claim; and (ii) be entitled to participate at its own expense in the defense of any such claim. Company agrees that you will have sole and exclusive control over the defense and settlement of any such third party claim. However, Member agrees not to acquiesce to any judgment or enter into any settlement that adversely affects Company's rights or interests without the prior written consent of Company.

## WAIVER

If, for whatever reason, a court of competent jurisdiction finds any term or condition in this Agreement to be unenforceable, all other terms and conditions will remain unaffected and in full force and effect. No waiver or any breach of any provision of this Agreement shall constitute a waiver of any prior, concurrent, or subsequent breach of the same or any other provisions hereof, and no waiver shall be effective unless made in writing and signed by an authorized representative of the waiving party. The Company never gives up its right to insist on compliance with the Agreement and with the applicable laws governing the conduct of a business. No failure of Digital Altitude to exercise any right or power under the Agreement or to insist upon strict compliance by a Member with any obligation or provision of the Agreement, and no custom or practice of the parties at variance with the terms of the Agreement, shall constitute a waiver of Digital Altitude's right to demand exact compliance with the Agreement. The existence of any claim or cause of action of a Member against Digital Altitude shall not constitute a defense to Digital Altitude's enforcement of any term or provision of the Agreement.

## MODIFICATIONS

Company may, in its sole discretion and without prior notice, (i) revise this Agreement; (ii) modify the Site, Content or the Service, and (iii) discontinue the Site, Content or Service at any time for any revision. Company shall post any revision to this Agreement to the Site, and the revision shall be effective immediately upon such posting. In the event of substantive changes to this Agreement, you will be notified of the changes and required to consent to the new terms. If any modification is unacceptable to Member,

the only recourse is not to use the Site and Service and to request an immediate termination of the membership. Members express consent or continued use of the Site, Content or our Service following posting of a change notice or new Agreement on the Site will constitute binding acceptance of the changes.

**COMPLAINTS & GRIEVANCES**

When a Member has a grievance or complaint with another Member or Affiliate regarding any practice or conduct in relationship to their respective Digital Altitude businesses, the complaining Member should first report the problem to his or her Sponsor who should review the matter and try to resolve it with the other party's upline sponsor. If the matter involves interpretation or violation of Company policy, it must be reported in writing to the Compliance Department at the Company. The Compliance Department will review the facts and attempt to resolve it.

**MEDIATION & ARBITRATION**

Prior to instituting an arbitration as provided below, the parties shall meet in good faith and attempt to resolve any dispute arising from or relating to the Agreement through non-binding mediation. One individual who is mutually acceptable to the parties shall be appointed as mediator. The mediation shall occur within 30 days from the date on which the mediator is appointed. The mediator's fees and costs, as well as the costs of holding and conducting the mediation, shall be divided equally between the parties. Each party shall pay its portion of the anticipated shared fees and costs at least 10 days in advance of the mediation. Each party shall pay its own attorney's fees, costs, and individual expenses associated with conducting and attending the mediation. Mediation shall be held in Tampa, Florida and shall last no more than one business day.

If mediation is unsuccessful, any controversy or claim arising out of or relating to the Agreement, or the breach thereof, shall be settled by arbitration except as otherwise set forth herein. The parties waive all rights to trial by jury or to any court.

NO CLASS ACTION, OR OTHER REPRESENTATIVE ACTION OR PRIVATE ATTORNEY GENERAL ACTION OR JOINDER OR CONSOLIDATION OF ANY CLAIM WITH A CLAIM OF ANOTHER PERSON OR CLASS OF CLAIMANTS IS ALLOWED.

Except as expressly set forth herein, all disputes, claims and controversies relating to or arising out of the Agreement shall be settled totally and finally by arbitration in Tampa, Florida and administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules (the "Rules") except as amended by these Policies and Procedures.
There shall be one arbitrator who shall be an attorney who shall have expertise in business law transactions, and preferably an attorney knowledgeable in the direct selling industry. Each party to the arbitration shall be responsible for its own costs and expenses of arbitration, including legal and filing fees. If a Member files a claim or counterclaim against the Company, a Member shall do so on an individual basis and not with any other Member or as part of a class action. A party may appear at the arbitration by telephone, video conference, or similar technology if the total amount of the claim does not exceed $2,500. The presentations of parties in the arbitration proceeding shall be commenced and completed within sixty (60) days after the selection of the arbitrator, and the arbitrator shall render his or her decision in writing within thirty (30) days after the completion of such presentations. The decision of the arbitrator shall be final and binding on the parties and may, if need be, be reduced to a judgment in any court of competent jurisdiction. At the request of any party, the arbitrator shall make and provide to the parties written findings of fact and conclusions of law. This agreement to arbitrate shall survive any termination or expiration of the Agreement.

Notwithstanding the Rules, the following shall apply to all arbitration actions:

➢ The Federal Rules of Evidence shall apply in all cases;

- ➢ The parties shall be entitled to all discovery rights permitted by the Federal Rules of Civil Procedure;
- ➢ The parties shall be entitled to bring motions under Rules 12 and/or 56 of the Federal Rules of Civil Procedure;
- ➢ The parties shall be allotted equal time to present their respective cases, including cross-examinations.
- ➢ The parties and the arbitrator shall maintain the confidentiality of the entire arbitration process and shall not disclose, unless otherwise required by law, to any person not directly involved in the arbitration process:
- ➢ The substance of, or basis for, the controversy, dispute, or claim;
- ➢ The content of any testimony or other evidence presented at an arbitration hearing or obtained through discovery in arbitration;
- ➢ The terms or amount of any arbitration award; or
- ➢ The rulings of the arbitrator on the procedural and/or substantive issues involved in the case.

Notwithstanding the foregoing, the arbitrator shall have no jurisdiction over disputes relating to the ownership, validity, use or registration of any copyright, or other intellectual property or Confidential Information of the Company without the Company's prior written consent. The Company may seek any applicable remedy in any applicable forum with respect to these disputes. In addition to monetary damages, the Company may obtain injunctive relief against a Member for any violation of the Agreement or misuse of the Company's trademarks, copyrights or Confidential Information.

Nothing in this provision shall prevent a party from applying to and obtaining from any court having jurisdiction a writ of attachment, a temporary injunction, preliminary injunction and/or other injunctive or emergency relief available to safeguard and protect the party's interests prior to the filing of or during or following any arbitration or other proceeding or pending the handing down of a decision or award in connection with any arbitration or other proceeding.

Nothing contained herein shall be deemed to give the arbitrator any authority, power or right to alter, change, amend, modify, add to, or to subtract from any of the provisions of the Member Agreement, Compensation Plan or the Agreement. The arbitrator shall not have the power to rule upon or grant any extension, renewal or continuance of the Agreement. The arbitrator shall not have the power to award special, incidental, indirect, punitive or exemplary, or consequential damages of any kind or nature, however caused.

Any modification of this arbitration provision shall not apply retroactively to any dispute which arose or which the Company had notice of before the date of modification.

**GOVERNING LAW & JURISDICTION**
This Agreement shall be construed in accordance with and governed by the laws of the United States and the State of Delaware, without reference to their rules regarding conflicts of law. You hereby irrevocably consent to the exclusive jurisdiction of the state or federal courts in Sussex County, Delaware USA in all disputes arising out of or related to the use of the Site, Content or Service. Except as set forth in this Agreement, the Federal Arbitration Act shall govern all matters relating to arbitration. In the event of a dispute between a Member and Company arising from or relating to the Agreement, or the rights and obligations of either party, the parties shall attempt in good faith to resolve the dispute through confidential, nonbinding mediation as more fully described in the Policies and Procedures. Company shall not be obligated to engage in mediation as a prerequisite to disciplinary action against a Member. If the parties are unsuccessful in resolving their dispute through mediation, the dispute shall be settled totally and finally by arbitration as more fully described in the Policies and Procedures, which is incorporated herein by reference.

Notwithstanding the foregoing, either party may bring an action before the courts seeking a restraining order, temporary or permanent injunction, or other equitable relief to protect its intellectual property rights, including but not limited to customer and/or affiliate lists as well as other trade secrets, trademarks, trade names, patents, and copyrights. The parties may also seek judicial enforcement of an arbitration award. This Agreement does not limit any rights or remedies that we or our suppliers, licensors or other similar entities, may have under trade secret, copyright, patent, trademark or other laws.

Louisiana Residents: Notwithstanding the foregoing, and the mediation and arbitration provisions allow that residents of the State of Louisiana shall be entitled to bring an action against Digital Altitude in their home forum and pursuant to Louisiana law.

## DELAYS

Digital Altitude shall not be responsible for delays or failures in performance of its obligations when performance is made commercially impracticable due to circumstances beyond its reasonable control. This includes, without limitation, acts of terrorism, natural disasters, strikes, labor difficulties, riot, war, fire, death, curtailment of a party's source of supply, acts or omissions of third parties, disruption in communications systems or government decrees or orders.

## SEVERABILITY

If any provision of the Agreement, in its current form or as may be amended, is found to be invalid or unenforceable for any reason, only the invalid portion(s) of the provision shall be severed and the remaining terms and provisions shall remain in full force and effect. The severed provision, or portion thereof, shall be reformed to reflect the purpose of the provision as closely as possible.

## NOTICE

Any communication, notice or demand of any kind whatsoever, which either the Member or the Company may be required or may desire to give or to serve upon the other shall be in writing and delivered either (a) by electronic communication (whether by email or telecopy (if confirmed in writing sent by registered or certified mail, postage prepaid, return receipt requested or by personal service), (b) personally or by same day local courier services or overnight express delivery services; or (c) by registered or certified mail, postage prepaid, return receipt requested, or by personal service or overnight courier service. Notices delivered personally, by overnight express delivery service or by local courier service shall be deemed given as of actual receipt. Mailed notices shall be deemed given three Business Days after mailing. "Business Day" means any Monday through Friday other than any such day which, in the State of Delaware, is a legal holiday or a day on which banking institutions are authorized or required by law or regulation to close. Any such communication, notice or demand shall deemed to have been given or served on the date personally received by personal service or overnight courier service, on the date of confirmed dispatch if by electronic communication, or on the date shown on the return receipt or the other evidence if delivery is by mail. Any party may change its address for notice by giving written notice to the other in the manner provided in this Section.

## SURVIVAL

Any provision of the Agreement, which, by its terms, is intended to survive termination or expiration of the Member Agreement shall so survive, including, without limitation, the arbitration, non-competition, non-solicitation, trade secrets and confidential information covenants contained in the Agreement.

## BINDING EFFECT

This agreement (the "Agreement") applies to your use of the site at www.digitalaltitude.co (the "Site") or any information, materials, images, graphics, data, text, files, links, software, messages, communications, content, organization, design, compilation, magnetic translation, digital conversion, HTML, XML, Java code and other content related to the Site (collectively "Content"), services provided in connection with the Site (the "Service"), and any purchases Member make on the Site. Digital Altitude, LLC (the "Company") may amend them from time to time in its sole discretion. In the event of substantive changes to this Agreement, the new terms will be posted to the Site, you will be required to affirmatively assent to its terms, and

BJM

Member may also be notified by email. If any modification is unacceptable to Member, the only recourse is not to use the Site, Services, and Content and to request an immediate termination of your subscription.

**E-SIGNATURE NOTICE - CONSENT TO ELECTRONIC RECORD**
E-Sign, the Electronic Signatures in Global and National Commerce Act (15 U.S.C. 7001, et seq.), requires that Member consents to entering into an electronic agreement with Digital Altitude before a Digital Altitude Member Purchase Agreement can be executed. Please read the following information carefully:

a) If you enter into an online Member Purchase Agreement with Digital Altitude, Member will not be required to submit a paper application. An electronic record will evidence the entire agreement between Member and Digital Altitude. However, Member must consent to the use of an electronic record and must read the Digital Altitude Terms of Use, Digital Altitude Policies and Procedures, and electronically acknowledge below that Member has read and agree to these documents.

b) To access these documents and submit your online Member Purchase Agreement, Member will need a personal computer/Mac with Internet access and operational Internet browser software.

This Agreement will be binding upon each party hereto and its successors and permitted assigns. This Agreement will not be assignable or transferable by Member without Company's prior written consent. This Agreement contains the entire understanding of the parties regarding use of the Site and Content, its subject and supersedes all prior and contemporaneous agreements and understandings between the parties regarding the same. Any rights not expressly granted herein are reserved. The provisions of this Agreement addressing disclaimers of representations and warranties, indemnity obligations, intellectual property and governing law shall survive the termination of this Agreement.
You consent to the use of electronic records evidencing your agreement to the Digital Altitude Terms of Use, Policies and Procedures, all of which can be found at www.DigitalAltitude.co

**I consent to the use of electronic records and have read, understand, and agree to the Digital Altitude Member Purchase Agreement.**

| Signature | 10/17/2017 |
| --- | --- |
| | Date |

Printed Name: Brendan J Marais

# Signature Certificate

 **Document Reference:** VSPZTIIRJL9LUSEMALFX3Y


Easy Online Document Signing



**Brendan J Marais**
Party ID: F7NNSTI3UJNIPK2NTJXD2S
IP Address: ███████████

VERIFIED EMAIL: ████████████████████

Electronic Signature:



| Multi-Factor Digital Fingerprint Checksum | 86e39fc895114625064fa231a5960da59e17ad0f | |

| Timestamp | Audit |
|-----------|-------|
| 2017-10-17 10:15:06 -0700 | All parties have signed document. Signed copies sent to: Mary Dee and Brendan J Marais. |
| 2017-10-17 10:15:05 -0700 | Document signed by Brendan J Marais ████████████████) with drawn signature. - ██████████ |
| 2017-10-17 10:15:05 -0700 | Brendan J Marais verified email address ████████████████. - |
| 2017-10-17 10:14:51 -0700 | Generated Document from Online Form MEMBERPURCHASEAGREEMENT (MEMBERPURCHASEAGR-b16f3b). ████████ |
| 2017-10-17 10:12:05 -0700 | Online Form viewed by Brendan J Marais ████████████████). - ████████ |



This signature page provides a record of the online activity executing this contract.

**Page 1 of 1**

EX 14
323

# Attachment F

From: **Michael Force** <support@aspir.link>
Date: Tue, Oct 17, 2017 at 1:11 PM
Subject: Congratulations on becoming a new RISE Member!
To: ████████████████████

Having trouble viewing this email? Click here



First, please sign your Purchase Agreement by clicking here.



We are so excited to be on this journey with you as you build your very own lifestyle friendly online business.

Make sure you have "signed off" on Step 6 as completed so that you can access your next set of Steps (Steps 7&8). Your current *Start Up Coach* can make sure those steps are open for you.

Moving forward into the next set of steps, you'll be working with a new *Set Up Coach* and they'll be introducing themselves to you here shortly.

To Your Success,

Michael Force
Founder

P.S. If you're on Facebook, join our RISE Facebook Group for special updates by clicking here.

If you no longer wish to receive our emails, click the link below:
Unsubscribe
Digital Altitude, LLC 16192 Coastal Hwy Lewes, Delaware 19958 United States (800) 820-7589

# **Attachment G**



Cancellation of Membership and Aspire & Rise products     Inbox   x

**Brendan Marais** <                                    >          Oct 24 (3 days ago)
to support

Hi

Please could you cancel my order and subscription from Digital Altitude. I find myself in an awkward financial position and can not continue to further burden myself.

Regards

Brendan Marais

**My Orders**

From Date    To Date
Oct 24, 2016  Oct 24, 2017     Search

| # | Date | Product(s) | Amount | Payment |
|---|------|-----------|--------|---------|
| 1 | Oct 16, 2017 | RISE BASE 3.5% Administration Fee | $2,273.00 | Credit Card (Prosa) |

Brendan Marais

**Gus Kaye (Digital Altitude)** via zendesk.com          Oct 24 (3 days ago)
to me

##- Please type your reply above this line -##

Your request (281201) has been updated. To add additional comments, just reply to this email.

**Gus Kaye** (Digital Altitude)
Oct 24, 9:54 AM PDT

Hello Brendan Marais

Thank you for your email and for using the ASPIRE customer care ticketing system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

In the meantime, please check out our FAQ here : https://digitalaltitude.zendesk.com/hc/en-us

Please take note that our office hours for customer care are between 9am and 5pm Monday through Saturday (Pacific time USA).

We hope you have a wonderful day,

Gus Kaye



**Sehrish (Digital Altitude)** <u>via</u> zendesk.com                2:56 AM (8 hours ago)

to me

##- Please type your reply above this line -##

Your request (281201) has been updated. To add additional comments, just reply to this email.

**Sehrish** (Digital Altitude)
Oct 26, 11:56 PM PDT

Hi Brendan,

We value your business with us and we appreciate your time.

Please know, the refund policy states that your refund on the RISE product is valid 3 days (72 hours more specifically) from the date of purchase and your date of purchase was 10/17/17 and you requested the refund on 10/24/17 so you have missed the refund window.

If you are outside of the 3 day refund policy for BASE, RISE, ASCEND, PEAK or APEX, then you will remain a Member in our system and you can access those products/services any time. For your convenience, our refund policy is listed here: http://www.digitalaltitude.co/refund-policy/

I have also attached for your review the purchase agreement that you have signed at the time of purchase and agreed to all the terms, conditions and refund policy of this purchase.

I hope you know that we're 100% committed to your success so we hope that if you're looking for an opportunity, you'll consider taking another look at how we're helping others start and grow a successful digital business!

If you haven't connected with your Coach yet concerning cancellation, we encourage you to do so. They can give you great insight into the program and they're here to hold your hand every step of the way.

However, if you still wish to cancel your account please reply to this ticket and I will proceed with your cancellation request.

Please let me know if you have any other query or concern.

Kind regards,

Sehrish
Billing Specialist at ASPIRE
Powered by Digital Altitude
1-800-820-7589

Attachment(s)
MEMBERPURCHASEAGREEMENT-Brendan Marais.pdf

# Attachment H

**Scott Hess**

*Pending contact request*  |  🔒 4 files

## Wednesday

Hi Scott. I cancelled my membership to Digital Altitude yesterday and need to know what are is the process from here to get a refund on the $2297 Aspire and Rise product license purchased? I just can't continue. Thanks and hope you understand.



Brendan, sir... you should have read your purchase agreement. You have 72 hours from the date of RISE purchase to get a refund. You cannot take the time of millionaires in the way of Isaac and Charity and then say, "Well, guess I'm changing my mind!"

You have had access to BASE and RISE, and we don't know how much of that you have used or accessed since it is not tracked. Can I ask why in the world you have backtracked so severely and quickly fallen into poor-mindedness? This opportunity, which you were previously so excited about, hasn't changed... obviously something in or for you, has changed. What is it? You said you are very competitive, driven, desiring becoming an entrepreneur... how in the world the 180 degree turn? Expect this from others, did not expect this from you.

I urge you to renew your focus and energy to this biz you have purchased. Focus on getting 3 sales, and we will cut you a check for $2,197. I will make sure this applies to your purchase:

**Performance Based Scholarship for anyone that upgrades to RISE**
This offer **EXPIRES** on November 1st (i.e. set up on RISE **before** that date)

The scholarship was intended to motivate and incentivize people to take action and create results with in 90 days.

via **Skype**

**Scott Hess**
*Pending contact request*  |  🔒 4 files

Performance based scholarship for anyone that upgrades to RISE
This offer EXPIRES on November 1st (i.e. to **Wednesday** before this date)

The scholarship was intended to motivate and incentivize people to take action and create results with in 90 days.

Here are the details:
Anyone that purchases RISE, we put them on a 90 days stop watch. If that affiliate can generate 3 RISE within 90 days, DA will write them a check for $2,197!

This is the best of every world you can imagine! When you get results, you get your money back!

Any New RISE member that purchases by November 1st will be eligible for the 90 day Performance Based Scholarship!

If you get 3 sales (in kind) you will get your money back **plus** the commissions on the 3 sales!!

**BOOM!**

**Fine Print:**
The client must pay in full WITHIN 90 days, and all interest and fees apply if they are doing a payment plan and those must be paid as well.
The 3 qualifying sales must be paid in full during/before the 90 days are up (meaning the people you bring in must be paid in full on RISE before the 90 days expire towards the end of

via **Skype**

EX 14
332

**Scott Hess**
*Pending contact request* | 🔒 4 files

**Wednesday**

The 3 qualifying sales must be paid in full during/before the 90 days are up (meaning the people you bring in must be paid in full on RISE before the 90 days expire towards the end of January) to qualify for your reimbursement.
The 90 days starts on November 1st.

Hi Scott. Please, don't put me in a position where I feel like I'm being bullied. I simply can't continue with this. I'm not by any state in a financial position to continue and every time I attempt to move forward and try and make money back as promised, there is just another video explaining the importance of purchasing all the licenses to put yourself in a position to earn high commissions and to date I'm nowhere near there. I'm in no position to obtain a business loan and will not put myself in any financial strain to do so.

I read the Refund Policy and it stated that I could obtain my refund.

It's total bull that I have to bring in 3 fully paid Rise buyers in order to get my refund.

If you can't help me then I'll have to seek legal advise

All Digital Altitude digital products and trainings are housed in the Membership site. When an order is placed a Member receives access to this information within just a few minutes. Due to the accessibility of our product availability immediately upon purchase, there is a strict 14-day return policy on all ASPIRE products, which begins on the date of purchase. Once the refund period expires refunds and/or exchanges will no longer be granted.

via Skype

**Scott Hess**
*Pending contact request* | 4 files

return policy on all ASPIRE products, which begins on the date of purchase. Once the refund period expires refunds and/or exchanges ... ger be granted.

**Wednesday**

Feeling bullied? I have no idea what you are talking about. I am providing facts.

If you want to earn $30k, $40k, $50k/month+ ? Yes, upgrade. But you can earn $10k/mo as RISE and I know many people who have. Sarah Gall started 6 months ago, within 3 months she was earning $10k/mo. She decided to attend an ASCEND Mastermind, where, once you decide to attend the event you can start making money off of the event. and proceeded to have her first $20k/mo of her entire life. You are misunderstanding the potential for whatever reason.

And it is NOT needing 3 sales to refund. That is a PROMO we are offering to EVERY new RISE member Oct 15th through end of month. We offered this only to attendees of our Marketing Mastery Event in Vegas, but decided to go ahead and offer it for the first time ever in company history for a 2 week window. I was being nice saying I will make sure it applies to you since you barely missed the cutoff. It has nothing to do with refunds.

Regardless, I am not going to argue with you about refund, I have absolutely nothing to do with refund, no say in it, nor any control over it. I am just telling you what is going to happen. You can contact support, but be expected to be provided the purchase agreement you signed saying you have 72 hours to refund RISE. Telling you what is going to happen, how is that bullying?

And it is ironic you talk about feeling bullied then turn around and threaten to sue. Next time, I'd encourage you to read the agreements you are signing, because if you get counsel your lawyer will read that agreement and look you in the eye and say, "You should have read this before you signed it." Good luck to you, Brendan.

via **Skype**

**Scott Hess**
*Pending contact request* | 4 files

**Wednesday**

contact support, but be expected to be pr... ...hese agreement you signed saying you have 72 hours to refund RISE. Telling you what is going to happen, how is that bullying?

And it is ironic you talk about feeling bullied then turn around and threaten to sue. Next time, I'd encourage you to read the agreements you are signing, because if you get counsel your lawyer will read that agreement and look you in the eye and say, "You should have read this before you signed it." Good luck to you, Brendan.

These are exactly the facts why I decided to opt out of this membership

I will take it further

Thank you for submitting your complaint to the Federal Trade Commission. Based on the information you have given us, we believe the following links to our consumer website may be helpful to you:

Multilevel Marketing
If you have any questions or would like us to add additional information to your complaint, please call 877-382-4357 to speak with a counselor. When you call, please have this reference number: 89649261 to help us quickly retrieve your information.

Sent ⊘

 Again, ironic you talk about feeling bullied.

via Skype

# Attachment I





# Attachment J

From: **Michael Force** <michael@digitalaltitude.co>
Date: Mon, Nov 6, 2017 at 7:03 AM
Subject: 50k per month in 8 months
To: ████████████████████████

Hey Brendan,

Michael here.

You know, one of the most incredible things about our community is how much folks with success love to share their advice.

You get to learn from incredible people that changed their lives and detail exactly how they did it.

And this week is no different…

Sarah Gallo, barely 25 years old, has had an incredible transformation in her business.

A lover of travel, Sarah wanted to fund her passion to travel the world. However, when she started she often had to work 80 hours per week in bars to fund her dreams. Now, she earns an income online full time.

In 8 months she's gone from $0 to $50,000 per month in sales.

Sarah will share advice straight from the trenches about what to do, what not to do.

Secrets that you can implement into your business right now.

You'll discover everything on Tuesday 14th November.

I was so impressed by Sarah's quick success that I wanted to share it with you in a very special web class at 6PM PST.

Join us next Tuesday (14th) for a very special Live webinar at 6PM PST.

**>> Discover how Sarah went from $0 to $50k per month in 8 months. <<**

We've had several hundred members on the last few web classes we've done, so be sure to register early to make sure there's a spot for you.

See you at the top,



**Michael Force**
Founder/CEO
Digital Altitude
http://www.digitalaltitude.co/

P.S. From $0 to $50k per month in 8 months… how did Sarah do it? Discover exactly what she did during this tell-all web class 14th Nov 6PM.

Register Today!

If you no longer wish to receive our emails, click the link: Unsubscribe

Digital Altitude, LLC 16192 Coastal Hwy Lewes, Delaware 19958 United States (800) 820-7589

EX 14
341