Bank of America Legal Order Processing
Regarding reference number: D040417000006
Court case number: 9923259
Court or issuer: FEDERAL TRADE COMMISSION
Court case name: DIGITAL ALTITUDE

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Allison Ramos
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Allison Ramos, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| DIGITAL ALTITUDE LLC | 5870 | SIGNATURE CARD, LIMITED LIABILITY RESOLUTION, ELECTRONIC STATEMENTS | DECEMBER 2016 - MARCH 2017 |
| DIGITAL ALTITUDE LLC | 2263 | SIGNATURE CARD, LIMITED LIABILITY RESOLUTION, TRANSACTION HISTORY, ELECTRONIC STATEMENTS, DEBITS, CREDITS, WIRES | APRIL 2015 - APRIL 2017 |
| DIGITAL ALTITUDE LLC | 2276 | SIGNATURE CARD, LIMITED LIABILITY RESOLUTION, TRANSACTION HISTORY, ELECTRONIC STATEMENTS, CREDIT, WIRES | APRIL 2015 - APRIL 2017 |
| DIGITAL ALTITUDE LLC | 2289 | SIGNATURE CARD, LIMITED LIABILITY RESOLUTION, ELECTRONIC STATEMENTS, DEBITS, CREDIT, WIRES | APRIL 2015 - MARCH 2017 |
| DIGITAL ALTITUDE LLC | 2292 | SIGNATURE CARD, LIMITED LIABILITY RESOLUTION, TRANSACTION HISTORY, ELECTRONIC STATEMENTS, DEBIT, CREDITS, WIRES | APRIL 2015 - APRIL 2017 |
| DIGITAL ALTITUDE LLC | 2421 | SIGNATURE CARD, LIMITED LIABILITY RESOLUTION, ELECTRONIC STATEMENTS | JULY 2016 - MARCH 2017 |
| DIGITAL ALTITUDE LLC | 2434 | SIGNATURE CARD, LIMITED LIABILITY RESOLUTION, ELECTRONIC STATEMENTS | JULY 2016 - MARCH 2017 |
| DIGITAL ALTITUDE LLC | 2447 | SIGNATURE CARD, LIMITED LIABILITY RESOLUTION, TRANSACTION HISTORY, ELECTRONIC STATEMENTS | JULY 2016 - APRIL 2017 |
| ███████ | ███ | ██████████ ███ | ███████ |
| ███████ | ███ | ██████████ ███ | ███████ |
| ███████ | ███ | ██████████ ███ | ███████ |

F01-AW-0000060

| | | STATEMENTS, DEBITS, CREDITS, WIRES | |
|---|---|---|---|
| MARTIN MERRIMENT COMPANIES, INC. | 4197 | SIGANTURE CARD, CORPORATE RESOLUTION, ELECTRONIC STATEMENTS, DEBITS, CREDITS, WIRES | JANUARY 2015 - JANUARY 2017 |
| MARTIN MERRIMENT COMPANIES, INC. | 1179 | SIGANTURE CARD, CORPORATE RESOLUTION, ELECTRONIC STATEMENTS | JANUARY 2015 - DECEMBER 2016 |

-WIRES COMBINED FOR ACCOUNTS ENDING IN 2263, 2276, 2289 AND 2292
-WIRES COMBINED FOR ACCOUNTS ENDING IN ▇▇ AND ▇▇

3.) **Production.**
_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

<p align="center">**OR**</p>

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/7/2017 _____ Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __7__ day of _____April_____. In witness thereof I have set my hand and official seal.

Signature of Notary Public in and for
State of  Delaware
City/County of  Newark/New Castle

**DENISE L KING**
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Mar. 27, 2019

Apr/30/2015 10:56:22 AM                    B of A 3237621691                    47/60

## Bank of America ⋙

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▆▆ 2263                                 **Bank Number:** 318 _____

**Account Type:** ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

DIGITAL ALTITUDE LLC

_____

_____

_____

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  M

☐ Other (Defined in W-9 Instructions) _____

**Social Security Number** _____  **(or)   Employer Identification Number** ▆▆ 7054 _____

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents.  **By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.  The Deposit Agreement includes a provision for alternative dispute resolution.**

**Substitute Form W-9, Certification** - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 MICHAEL R FORCE | MEMBER | _(signature)_ | 4-30-15 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW  (8-2014)

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

© 2012 Bank of America, N.A.  All Rights Reserved
Page 1 of 2

F01-AW-0000047

Apr/30/2015 10:56:22 AM                    B of A 3237621691                          48/60

**Account Number:** ▆▆▆ 22 63 _____

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____              _Monkey_____
Authorized Signer                                        Title

**Review Information**

**Customer 1:**

Name  MICHAEL R FORCE

ID Type: US Driver License W/Photo  ID#: ▆▆  ID Issuer: Florida  Iss. Date: 04/2013  Exp. Date: 04/2022

ID Type: US Passport W/Photo  ID#: ▆▆  ID Issuer: USA  Iss. Date: 02/2008  Exp. Date: 02/2018

**Customer 2:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Bank Information**

Date                      04/22/2015

Banking Center Name       SUNSET-OGDEN

Associate's Name          Zor Shakhbandaryan

Associate's Phone Number  323-762-1687

NCA
00-14-9297MW  08-2014                                                          Page 2 of 2

F01-AW-0000047                                                                 EX 17
                                                                               562

Apr/30/2015 10:56:22 AM                     B of A 3237621691                              41/60

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ▓▓▓▓263

Name of Limited Liability Company   DIGITAL ALTITUDELLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   Member                                                          and the designated keeper

of the records and minutes of   DIGITAL ALTITUDE LLC

a [X] limited liability company [ ] professional limited liability company duly organized and existing under the laws of the State of _____ DE

(the "Company"; that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the _____ 20 _____ day of _____ Apr 2015 _____, at which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full force and effect and have not been amended or rescinded.

**1. Resolved,** that   BANK OF AMERICA, N.A.                                                                 (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following members, managers, or employees of this Company:

Michael R Force                                                   Member

Name                                                              Title/Status

_____                             _____
Name                                                              Title/Status

_____                             _____
Name                                                              Title/Status

_____                             _____
Name                                                              Title/Status

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company; to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

NCA
00-14-9258M  11-2013                                                                              Page 1 of 2



Apr/30/2015 10:56:22 AM                    B of A 3237621691                         42/60

Account Number: ███████2253

3.  **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

4.  **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5.  **Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

6.  **Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

7.  **Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

8.  **Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

In Witness Whereof, and Intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

22  day of  April 22, 2015.

_____
Member/Manager

| Bank Information | |
|---|---|
| Date | 04/22/2015 |
| Banking Center Name | SUNSET-OGDEN |
| Associate's Name | Zor Shakhbandaryan |
| Associate's Phone Number | 323-762-1687 |

Page 2 of 2



EX 17

564



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

DIGITAL ALTITUDE LLC
16192 COASTAL HWY
LEWES, DE  19958-3608

# Your Business Advantage Checking
# Bus Platinum Privileges

for August 1, 2016 to August 31, 2016

Account number: ████ 2263

**DIGITAL ALTITUDE LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2016 | $642,496.40 | # of deposits/credits: 125 |
| Deposits and other credits | 2,169,243.49 | # of withdrawals/debits: 87 |
| Withdrawals and other debits | -2,609,212.58 | # of items-previous cycle[1]: 14 |
| Checks | -495.75 | # of days in cycle: 31 |
| Service fees | -527.00 | Average ledger balance: $407,540.21 |
| **Ending balance on August 31, 2016** | **$201,504.56** | [1]*Includes checks paid,deposited items&other debits* |

Experience arts and culture for FREE!

The Bank of America® Museums on Us® program gives you **one free admission** to more than 150 cultural institutions during the first full weekend of every month.

· Museums
· Botanical gardens
· Science centers
· And more

Learn more at **bankofamerica.com/artsonus**

'Requires showing your Bank of America® credit or debit card and a photo ID

Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation     SSM-05-16-0096.B  |  ARSVDKQ9

**DIGITAL ALTITUDE LLC   |   Account # 3250 5637 2263   |   August 1, 2016 to August 31, 2016**

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



**Bank of America, N.A. Member FDIC and      Equal Housing Lender**



# Your checking account

**DIGITAL ALTITUDE LLC  |  Account #　2263  |  August 1, 2016 to August 31, 2016**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 08/01/16 | WePay SV9T     DES:WEPAY     ID: INDN:Mary Dee     CO ID:1043575881 PPD | 512,541.09 |
| 08/01/16 | WIRE TYPE:BOOK IN DATE:160801 TIME:1020 ET TRN:2016080100259569 SNDR REF:178752770 ORIG:FRANK YANG ID 6360 PMT DET:DIGITAL AL TITUDE PEAK | 26,994.33 |
| 08/01/16 | WIRE TYPE:WIRE IN DATE: 160801 TIME:1106 ET TRN:2016080100277569 SEQ:4381400214ES/352442 ORIG:MATTHEW T SANTIAGO ID 8101 SND BK:JPM ORGAN CHASE BANK, N.A. ID:0002 PMT DET:PPL OF 16/0 8/01 ASCEND/PEAK | 26,994.00 |
| 08/01/16 | WIRE TYPE:WIRE IN DATE: 160801 TIME:1110 ET TRN:2016080100279472 SEQ:160801101752SG01/000034 ORIG:CRAIG A STEIN ID 0596 SND BK:DOLLAR BA NK, FEDERAL SAVINGS ID 4385 PMT DET:REF: THEA LLIANCE, CRAIG A STEIN | 17,022.00 |
| 08/01/16 | WIRE TYPE:WIRE IN DATE: 160801 TIME:1530 ET TRN:2016080100381048 SEQ:2016080100151353/016995 ORIG:MARIO JONES ID 7895 SND BK:WELLS F ARGO BANK, NA ID 0248 PMT DET:006876421467617 6USERNAME MJONES WRE/8008207589 | 1,997.00 |
| 08/01/16 | WIRE TYPE:WIRE IN DATE: 160801 TIME:0531 ET TRN:2016080100101505 SEQ:214324515/024598 ORIG:SERPSHAKE INC. ID 1838 SND BK:HSBC BA NK USA, NA ID:0108 PMT DET:HK130076BI700647REFEREN CE: OQ926 | 1,997.00 |
| 08/01/16 | WIRE TYPE:WIRE IN DATE: 160801 TIME:0755 ET TRN:2016080100211550 SEQ:0067600214JO/000584 ORIG:KWANCHANOK BUNNARAK ID 9728 SND BK:JPMOR GAN CHASE BANK, NA ID 0021 PMT DET:CAP OF 16/ 08/01 TEL001-8008207589 PERSONAL LOAN PAYMENTS /IN | 1,000.00 |
| 08/01/16 | WIRE TYPE:INTL IN DATE:160801 TIME:0534 ET TRN:2016080100163264 SEQ:4350-1610998FXTT/755761 ORIG:PRECIOUS CAMACHO ID 3-000 ORIG BK:B DO UNIBANK, INC. ID:BNORPHMM PMT DET:ASPIRE CLIMBE R S/RFB/ASPIRE CLIMBER SUBSCRIPTION PAYMENT FOR JU | 127.00 |
| 08/02/16 | Counter Credit | 11,416.00 |
| 08/02/16 | WIRE TYPE:WIRE IN DATE: 160802 TIME:0527 ET TRN:2016080200097522 SEQ:S06621506E9701/119010 ORIG:TREY HARVEY NORWAY ID 1313 SND BK: CITIBANK, N.A. ID:0008 PMT DET:REFERENCE: TREY HAR VEY | 10,032.00 |
| 08/02/16 | WIRE TYPE:WIRE IN DATE: 160802 TIME:1356 ET TRN:2016080200275274 SEQ:2016080200098600/009841 ORIG:MONICA S ANDRUSKO ID 8190 SND BK:W ELLS FARGO BANK, NA ID 0248 PMT DET:000661621 5470186UK936 WRE/8008207589 | 9,997.00 |
| 08/02/16 | WIRE TYPE:WIRE IN DATE: 160802 TIME:1648 ET TRN:2016080200342320 SEQ: /002272 ORIG:JIMMY SINGH ID 5035 SND BK:OREGON COMMU NITY CREDIT UNION ID 74461 | 5,000.00 |

*continued on the next page*

## Learn how to tackle the high costs of a college education

Get ideas to help you save and invest now at **merrilledge.com/tacklingcollege**



Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |     SSM-05-16-0095.B | AR3FT93T

DIGITAL ALTITUDE LLC   |   Account # ▮▮▮▮ 2263   |   August 1, 2016 to August 31, 2016

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 08/02/16 | WIRE TYPE:WIRE IN DATE: 160802 TIME:0849 ET TRN:2016080200174904 SEQ:3308900215ES/002182 ORIG:LARRY D STANIFER ID▮▮▮▮8585 SND BK:JPMORGAN CHASE BANK, NA ID▮▮▮▮0021 PMT DET:BMG OF 16/08/ 02 FROM SW273 FOR RISE CLIMBER PACKAGE: REFERENCE: | 2,022.00 |
| 08/02/16 | WIRE TYPE:WIRE IN DATE: 160802 TIME:1339 ET TRN:2016080200269841 SEQ:7394794215IX/013774 ORIG:BACHIR NDOYE ID▮▮▮▮5956 SND BK:JPMORGAN CHASE BANK, NA ID▮▮▮▮0021 PMT DET:OTHER | 770.00 |
| 08/03/16 | WePay SV9T     DES:WEPAY     ID: INDN:Mary Dee     CO ID:1043575881 PPD | 114,400.58 |
| 08/03/16 | WIRE TYPE:WIRE IN DATE: 160803 TIME:1221 ET TRN:2016080300247555 SEQ:2016080300074099/007548 ORIG:ADEWUNMI A DESALU ID▮▮▮▮2192 SND BK:W ELLS FARGO BANK, NA ID:1▮▮▮▮0248 PMT DET:006702621 6255986APEX TRAINNING WRE/8008207589 | 20,025.00 |
| 08/03/16 | WIRE TYPE:WIRE IN DATE: 160803 TIME:1151 ET TRN:2016080300232002 SEQ:002160803597512/000963 ORIG:AHNYA E TRAVE ID▮▮▮▮3811 SND BK:U S A A FE DERAL SAVINGS BANK ID▮▮▮▮4269 | 9,997.00 |
| 08/03/16 | WIRE TYPE:WIRE IN DATE: 160803 TIME:0526 ET TRN:2016080300087637 SEQ:S06621605AEE01/103777 ORIG:TREY HARVEY NORWAY ID▮▮▮▮1313 SND BK: CITIBANK, N.A. ID:0008 PMT DET:REFERENCE: TREY HAR VEY | 9,032.00 |
| 08/03/16 | WIRE TYPE:WIRE IN DATE: 160803 TIME:0527 ET TRN:2016080300095182 SEQ:1988293214JY/120167 ORIG:GIOIA RENATO ID:▮▮▮▮1000 SND BK:JPMOR GAN CHASE BANK, N.A. ID:0002 PMT DET:SWF OF 16/08/ 01 TRAINING COURSE RISE RENATO GIOIA 14-10-1995 RE | 2,009.00 |
| 08/03/16 | WIRE TYPE:BOOK IN DATE:160803 TIME:0528 ET TRN:2016080300367285 SNDR REF:178961018 ORIG:CHRIS MONATO ID:REFERENCE EN469 PMT DET:REFER ENCE EN469 INVOICE 221510 | 25.00 |
| 08/04/16 | WIRE TYPE:WIRE IN DATE: 160804 TIME:1250 ET TRN:2016080400251192 SEQ:002160804602620/001138 ORIG:DANIEL RYDER ID▮▮▮▮1243 SND BK:U S A A FED ERAL SAVINGS BANK ID▮▮▮▮4269 PMT DET:REF SWIFT C ODE BOFAUS3NXXX REF CODEDJR PURCHASER DANIEL RYDER | 55,016.00 |
| 08/04/16 | WIRE TYPE:WIRE IN DATE: 160804 TIME:0551 ET TRN:2016080400136868 SEQ:5168800216ES/000343 ORIG:BARRY W WATES ID▮▮▮▮2329 SND BK:JPMORGAN CH ASE BANK, NA ID▮▮▮▮0021 PMT DET:DCD OF 16/08/03 REFERENCE: MIKELEE | 27,019.00 |
| 08/04/16 | WIRE TYPE:WIRE IN DATE: 160804 TIME:1000 ET TRN:2016080400202248 SEQ:2016080400014669/000378 ORIG:BRADFORD D BAUER ID▮▮▮▮0829 SND BK:PNC BAN K, NATIONAL ASSOCIATIO ID▮▮▮▮0053 | 27,019.00 |
| 08/04/16 | WIRE TYPE:INTL IN DATE:160804 TIME:0514 ET TRN:2016080200157585 SEQ:EM0208003618203I/700156 ORIG:1/Y.L.I. TJIA ID▮▮▮▮2570 ORIG BK:ABN  AMRO BANK N.V. ID:ABNANL2A PMT DET: $30.00 FEE DE DUCTUPGRADE TO ASCEND. REFERENCE MIKE LEE | 10,002.00 |
| 08/04/16 | WIRE TYPE:WIRE IN DATE: 160804 TIME:1337 ET TRN:2016080400274822 SEQ:2016080400092198/009610 ORIG:ADEWUNMI A DESALU ID▮▮▮▮2192 SND BK:W ELLS FARGO BANK, NA ID▮▮▮▮0248 PMT DET:006702621 7967996APEX TRAINING WRE/8008207589 | 966.00 |
| 08/04/16 | WIRE TYPE:INTL IN DATE:160804 TIME:0528 ET TRN:2016080400124783 SNDR REF▮▮▮▮0001 ORIG:MISS ANGELA ELIZABETH MCK ID▮▮▮▮8202 ORIG BK:HIFX EUROPE LIMITED ID:HIFXGB2L PMT DET:MI KELEE | 340.00 |
| 08/05/16 | WIRE TYPE:WIRE IN DATE: 160805 TIME:1304 ET TRN:2016080500265680 SEQ:0041/000573 ORIG:KERRY HOLT▮▮▮▮6928 SND BK:EVERBANK ID▮▮▮▮0225 PMT DET:REFERENCE TO FURTHER CREDIT TO KER RY HOLT ACCOUNT NUMBER KE967 | 54,025.77 |

*continued on the next page*

F01-AW-0004420



**Your checking account**

DIGITAL ALTITUDE LLC   |   Account #   ■■■■ 2263   |   August 1, 2016 to August 31, 2016

# Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/05/16 | WIRE TYPE:WIRE IN DATE: 160805 TIME:1106 ET TRN:2016080500222775 SEQ:160805093614XI01/001725 ORIG:JOSEPH S MANZO ID■■■1746 SND BK:TD BANK, NA ID■■■3093 PMT DET:EAAO-ACHU3B | 54,000.16 |
| 08/05/16 | WIRE TYPE:WIRE IN DATE: 160805 TIME:1706 ET TRN:2016080500341720 SEQ:160805145857H100/000822 ORIG:UNITED HEALTH CREDIT ID■■■32 SND BK:CATALYST CORPORATE FCU ID■■■0511 PMT DET:PEAK FUNDING R EFERENCE: TUFF GETS GOING | 17,022.00 |
| 08/05/16 | WIRE TYPE:INTL IN DATE:160805 TIME:0511 ET TRN:2016080400357775 SEQ:IM0000611838/620305 ORIG:HESWARDS LTD ID■■■5700 PMT DET:JOEH TRADE PAYMENT/PURCHASE OF GOODS /ACC/555 CALIFORNI A STREET SAN //FRANSISCO CA 94104 US | 9,997.00 |
| 08/05/16 | WIRE TYPE:WIRE IN DATE: 160805 TIME:1423 ET TRN:2016080500293018 SEQ:4713100218ES/012745 ORIG:CAROLINE W KIARIE ID■■■6588 SND BK:JPMORGA N CHASE BANK, NA ID■■■0021 PMT DET:DCD OF 16/08 /05 | 9,000.00 |
| 08/05/16 | WIRE TYPE:WIRE IN DATE: 160805 TIME:1211 ET TRN:2016080500245027 SEQ:7926898218JX/009215 ORIG:BRIAN R MORGAN ID■■■2311 SND BK:JPMORGAN CHASE BANK, NA ID■■■0021 PMT DET:SWF OF 16/08/0 5 REF KJ387 | 5,099.00 |
| 08/05/16 | WIRE TYPE:WIRE IN DATE: 160805 TIME:1048 ET TRN:2016080500215515 SEQ:2016080500366522/000794 ORIG:LYDIAWATI BINTE ABDUL MUT ID■■■8959 SND BK:NORTHERN TRUST INTL BKG. CORP ID■■■1122 PMT DET:0016OT8832308 PYT FOR DIGITAL SVCS REFEREN | 5,010.00 |
| 08/05/16 | WIRE TYPE:WIRE IN DATE: 160805 TIME:1518 ET TRN:2016080500314524 SEQ:2016080519013/001751 ORIG:WILLIE NEGRON ID■■■1502 SND BK:ALLEGACY FED ERAL CREDIT UNION ID■■■7887 PMT DET:REFERENCE C F673 REFERENCE CF673 | 4,500.00 |
| 08/05/16 | WIRE TYPE:INTL IN DATE:160805 TIME:0519 ET TRN:2016080500056336 SEQ:ZD81218TI5148969/689624 ORIG:/1/HENRIQUE DA ROCHA PINTO ID■■■1130 ORIG BK:UBS SWITZERLAND AG ID:UBSWCHZH80A PMT DET:  $20.00 FEE DEDUCTASCEND PACKAGE | 2,980.00 |
| 08/05/16 | WIRE TYPE:WIRE IN DATE: 160805 TIME:0950 ET TRN:2016080500196040 SEQ:2016080500014781/000323 ORIG:RICKY RUSS ID■■■5716 SND BK:PNC BANK, NAT IONAL ASSOCIATIO ID■■■0096 | 600.00 |
| 08/08/16 | WIRE TYPE:WIRE IN DATE: 160808 TIME:0915 ET TRN:2016080800207506 SEQ:160805105049/000177 ORIG:DEVINE BEST BUYS LLC ID■■■7564 SND BK:COM ERICA BANK ID■■■7522 PMT DET:REFERENCE CR768 | 10,022.01 |
| 08/08/16 | WIRE TYPE:WIRE IN DATE: 160808 TIME:1153 ET TRN:2016080800259842 SEQ:160808103549KHAL/000267 ORIG:CHRISTOPHER J DE VINCENTI ID■■■5096 SND BK:TOWN BANK ID■■■7843 PMT DET:THEALLIANCE PURCHASE COACHING PROGRAM FOR BUSINESS | 10,000.00 |
| 08/09/16 | Counter Credit | 38,241.00 |
| 08/09/16 | WIRE TYPE:WIRE IN DATE: 160809 TIME:0619 ET TRN:2016080900132253 SEQ:222373903/178621 ORIG:MS LAM PUI LING ID■■■6833 SND BK:HSBC B ANK USA, NA ID:0108 PMT DET:HK109086Q2KC2OHSREFERE NCE: ZJ693 | 20,029.00 |
| 08/09/16 | WIRE TYPE:INTL IN DATE:160809 TIME:0522 ET TRN:2016080900095568 SEQ:OTT1608090799/569942 ORIG:TANG YIU ON FLT A 9/F BLK ID■■■8800 PMT DET: $18.00 FEE DEDUCTREF : ZJ693 | 14,982.00 |

*continued on the next page*

**DIGITAL ALTITUDE LLC  |  Account #          2263  |  August 1, 2016 to August 31, 2016**

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 08/09/16 | WIRE TYPE:WIRE IN DATE: 160809 TIME:1004 ET TRN:2016080900182976 SEQ:4793098218JX/261601 ORIG:1/ANNA DOGADKINA ID:      3276 SND BK:JPMORGA N CHASE BANK, N.A. ID:0002 PMT DET:SWF OF 16/08/05  ASCEND MIKELEE ROUTING NO 026009593 | 10,010.00 |
| 08/09/16 | GA TLR transfer | 9,997.00 |
| 08/09/16 | MI TLR transfer | 5,000.09 |
| 08/10/16 | WIRE TYPE:WIRE IN DATE: 160810 TIME:1632 ET TRN:2016081000330146 SEQ:2016081000138780/015478 ORIG:TRACY E OHEARN ID        5891 SND BK:WELL S FARGO BANK, NA ID    0248 PMT DET:006696722331 8157 | 42,394.00 |
| 08/10/16 | WIRE TYPE:BOOK IN DATE:160810 TIME:1421 ET TRN:2016081000281109 SNDR REF:RMVXQLWWX ORIG:LANCE LEE SUMNER ID:4      3579 PMT DET:Serv ices CJ270 /ACC/CJ270 | 9,997.00 |
| 08/10/16 | WIRE TYPE:WIRE IN DATE: 160810 TIME:0528 ET TRN:2016081000094468 SEQ:1034392223JX/141363 ORIG:SYRILL SARILE SARDONCILLO ID      5085 SND BK:JPMORGAN CHASE BANK, N.A.:0002 PMT DET:S WF OF 16/08/10 PAYMENT FOR DIGITAL PRODUCTS /BNF/F | 2,057.00 |
| 08/11/16 | WIRE TYPE:INTL IN DATE:160811 TIME:1413 ET TRN:2016081100281160 SEQ:1600090895/929112 ORIG:MUNOZ BENDIX JORGE ROBERT ID      3851 PMT DET://REF. AY249 JRMB | 10,000.00 |
| 08/11/16 | WIRE TYPE:WIRE IN DATE: 160811 TIME:1211 ET TRN:2016081100236378 SEQ:1887594224JX/011153 ORIG:BETTE JEAN CLARKE ID      2079 SND BK:JPMO RGAN CHASE BANK, NA ID    0021 PMT DET:SWF OF 16 /08/11 | 2,012.00 |
| 08/12/16 | WIRE TYPE:WIRE IN DATE: 160812 TIME:1708 ET TRN:2016081200353242 SEQ:5/002511 ORIG:MORGAN HART ID      9304 SND BK:FIRST KEYSTO NE COMMUNITY BANK ID      7125 PMT DET:PAYMENT ON GOODS | 2,054.00 |
| 08/15/16 | WIRE TYPE:WIRE IN DATE: 160815 TIME:1222 ET TRN:2016081500267413 SEQ:4539300228ES/004640 ORIG:L5 ENTERPRISES, INC D/B/A ID      6636 SND BK:JPMORGAN CHASE BANK, NA ID    0021 PMT DET:DCD OF 16/08/15 REFERENCE # CS824 | 27,022.00 |
| 08/15/16 | WIRE TYPE:WIRE IN DATE: 160815 TIME:1324 ET TRN:2016081500288787 SEQ:160815025586/002511 ORIG:IRENE F LOWE TSTEE/GRNT ID      7105 SND BK:US BANK, NA ID    1694 PMT DET:1608150255 86 | 15,272.00 |
| 08/15/16 | WIRE TYPE:WIRE IN DATE: 160815 TIME:1121 ET TRN:2016081500247402 SEQ:23B5466499CA7D6/000464 ORIG:ROGER T. LARRABEE ID      975 SND BK:UNITED BA NKERS BANK OHIO ID    2051 | 10,022.00 |
| 08/15/16 | WIRE TYPE:WIRE IN DATE: 160815 TIME:1247 ET TRN:2016081500275474 SEQ:160812111705LA36/000001 ORIG:TZARINA H ANDRADE ID      0399 SND BK:AMERIC AN SAVINGS BANK, FSB ID    0765 PMT DET:REFERENC E: QM372 REMITTER:TZARINA ANDRADE PAYABLE TO JOHN- | 10,022.00 |
| 08/15/16 | Counter Credit | 10,022.00 |
| 08/15/16 | Counter Credit | 9,997.17 |
| 08/15/16 | WIRE TYPE:WIRE IN DATE: 160815 TIME:0526 ET TRN:2016081500136794 SEQ:F3S1608150266700/000339 ORIG:SARA TOMARCHIO ID      7371 SND BK:THE BAN K OF NEW YORK MELLON ID    0018 PMT DET:ASCEND 2 ND PAYMENT/ SARA L TOMARCHIO CAPECCHI LESS FEES PL | 5,026.00 |
| 08/15/16 | WIRE TYPE:WIRE IN DATE: 160815 TIME:0526 ET TRN:2016081500136600 SEQ:F3S1608150264500/000329 ORIG:SARA TOMARCHIO ID      7371 SND BK:THE BAN K OF NEW YORK MELLON ID    0018 PMT DET:ASCEND 1 ST PAYMENT/ SARA L TOMARCHIO CAPECCHI LESS FEES PL | 4,991.00 |

*continued on the next page*



**Your checking account**

DIGITAL ALTITUDE LLC   |   Account #          2263   |   August 1, 2016 to August 31, 2016

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/15/16 | Counter Credit | 2,634.00 |
| 08/15/16 | Counter Credit | 1,997.00 |
| 08/16/16 | WIRE TYPE:WIRE IN DATE: 160816 TIME:1510 ET TRN:2016081600286215 SEQ: /001677 ORIG:MELVIN D BANFIELD ID      9781 SND BK:WRIGHT -PATT CREDIT UNION, INC ID      9408 | 35,025.00 |
| 08/16/16 | WIRE TYPE:INTL IN DATE:160816 TIME:0530 ET TRN:2016081200086143 SEQ:RGHNAMO04588079/845387 ORIG:DREOW HEALTH + BEAUTY LIM ID      0494 PMT DET:mikelee | 11,466.26 |
| 08/16/16 | WIRE TYPE:WIRE IN DATE: 160816 TIME:1126 ET TRN:2016081600211192 SEQ:2016081600000442/000506 ORIG:TIFFANY JANUARY ID      6216 SND BK:FIRSTBAN K ID      5047 PMT DET:REFERENCE: GLOBALGIRLTIFF | 10,022.00 |
| 08/16/16 | WIRE TYPE:WIRE IN DATE: 160816 TIME:1203 ET TRN:2016081600223226 SEQ: /000674 ORIG:COLLEEN LOVETT SND BK:STATE EMPLOYEES F.C.U. ID      3383 | 10,022.00 |
| 08/16/16 | WIRE TYPE:WIRE IN DATE: 160816 TIME:0534 ET TRN:2016081600078573 SEQ:S06622905C2801/093993 ORIG:BEN CURTIN PTY. LTD. ID      0777 SND BK:CITIBANK, N.A. ID:0008 PMT DET:BS326 BEN CU RTIN | 10,007.00 |
| 08/16/16 | Counter Credit | 600.00 |
| 08/17/16 | WIRE TYPE:WIRE IN DATE: 160817 TIME:1001 ET TRN:2016081700182511 SEQ:2016081700013996/000360 ORIG:BRADFORD D BAUER ID      0829 SND BK:PNC BAN K, NATIONAL ASSOCIATIO ID      0053 | 14,023.50 |
| 08/17/16 | WIRE TYPE:WIRE IN DATE: 160817 TIME:1324 ET TRN:2016081700251453 SEQ: /001024 ORIG:MARK A KESSLER ID      2547 SND BK:SCHOOLS FIN ANCIAL CREDIT UNIO ID      5627 PMT DET:LIVESMARTE R | 10,022.00 |
| 08/17/16 | WIRE TYPE:INTL IN DATE:160817 TIME:0831 ET TRN:2016081700154932 SNDR REF:600823OLHO100001 ORIG:MR ALEC JAMES WILKINS ID      5481 ORIG BK:HI FX EUROPE LIMITED ID:HIFXGB2L PMT DET: $15.00 FEE DEDUCTMIKELEE | 10,017.00 |
| 08/18/16 | PAYPAL          DES:TRANSFER   ID:5TM229SPK7D2G  INDN:DIGITAL ALTITUDE LLC    CO ID:PAYPALSD11 PPD | 50,000.00 |
| 08/18/16 | WIRE TYPE:WIRE IN DATE: 160818 TIME:1531 ET TRN:2016081800310014 SEQ: /001586 ORIG:COLLEEN LOVETT SND BK:STATE EMPLOYEES F.C.U. ID      3383 PMT DET:BUSINESS PRODUCT PURCHASE | 17,022.00 |
| 08/18/16 | Counter Credit | 9,997.00 |
| 08/19/16 | Counter Credit | 54,991.00 |
| 08/19/16 | WIRE TYPE:WIRE IN DATE: 160819 TIME:1351 ET TRN:2016081900274827 SEQ:3312292232JX/010481 ORIG:FBO CLAUDIA P BAUMAN ID      5071 SND BK:JPM ORGAN CHASE BANK, NA ID      0021 PMT DET:SWF OF 1 6/08/19 REFERENCE WA368 | 36,066.58 |
| 08/19/16 | WIRE TYPE:WIRE IN DATE: 160819 TIME:1501 ET TRN:2016081900300704 SEQ: /001694 ORIG:DEBORAH L JAMES SND BK:ONE NEVADA CREDIT UNIO N ID      4401 PMT DET:RE: RALPH AND DEBORAH JAMES | 27,019.00 |
| 08/19/16 | WIRE TYPE:WIRE IN DATE: 160819 TIME:0758 ET TRN:2016081900158145 SEQ:F5S1608193434300/253716 ORIG:1/LUCA BOSELLO ID      3907 SND BK:THE BANK OF NEW YORK MELLON ID:0001 PMT DET:F3N804T30 GIF0001LUCABOSELLO ASCEND AND 1/4 PEAK LESS FEES | 15,110.20 |

*continued on the next page*

**DIGITAL ALTITUDE LLC   |   Account #⬛⬛2263   |   August 1, 2016 to August 31, 2016**

# Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 08/19/16 | WIRE TYPE:WIRE IN DATE: 160819 TIME:1149 ET TRN:2016081900231925 SEQ:3955200232ES/345227 ORIG:JASON M ZEAGER ID⬛1614 SND BK:JPMORGA N CHASE BANK, N.A. ID:0002 PMT DET:BOH OF 16/08/19  ASCEND PROGRAM UN463 ZEAGER INC. /BNF/UN463- PURC | 10,047.00 |
| 08/19/16 | WIRE TYPE:INTL IN DATE:160819 TIME:0511 ET TRN:2016081700146167 SEQ:RGHNAMO04599662/928498 ORIG:LOUQMAN MEMI ID⬛2479 PMT DET:xy46 3 | 10,032.00 |
| 08/19/16 | WIRE TYPE:WIRE IN DATE: 160819 TIME:1422 ET TRN:2016081900286230 SEQ:4547400232ES/046346 ORIG:ROBERT W BRENNAN ID⬛2105 SND BK:JPMORGAN CHASE BANK, NA ID⬛0021 PMT DET:DCD OF 16/08/ 19 REFERENCE EB247 | 10,022.00 |
| 08/19/16 | WIRE TYPE:WIRE IN DATE: 160819 TIME:1319 ET TRN:2016081900263184 SEQ:002160819657652/001004 ORIG:GREGORY L COLE ID⬛0223 SND BK:U S A A F EDERAL SAVINGS BANK ID⬛4269 PMT DET:REF YE270 | 5,800.00 |
| 08/19/16 | WIRE TYPE:WIRE IN DATE: 160819 TIME:0527 ET TRN:2016081900082625 SEQ:S0662300E4F601/105864 ORIG:DEMETRIOU IOANNIS ID:C⬛0000 SND BK: CITIBANK, N.A. ID:0008 PMT DET:REFERENCE GW147 | 1,997.00 |
| 08/22/16 | WIRE TYPE:WIRE IN DATE: 160822 TIME:1446 ET TRN:2016082200319299 SEQ:160822074827H301/000981 ORIG:PATRICIA R YOUNG ID⬛5901 SND BK:SANTAND ER BANK, N.A. ID⬛2691 PMT DET:N777451 NONE KR 409 | 55,016.14 |
| 08/22/16 | WIRE TYPE:WIRE IN DATE: 160822 TIME:0951 ET TRN:2016082200219678 SEQ:170768/000128 ORIG:IAMMAI LLC ID⬛2156 SND BK:ENT CREDIT UN ION ID⬛0005 PMT DET:REFERENCE: AMAI | 10,047.00 |
| 08/22/16 | WIRE TYPE:WIRE IN DATE: 160822 TIME:1202 ET TRN:2016082200264311 SEQ:2016082200000778/000181 ORIG:.LEATH ENTERPRISES INC ID⬛4248 SND BK:FI RST NATIONAL BANK OF OMAHA ID⬛0016 PMT DET:PA YMENT UPGRADE RS936 PHN/ | 10,022.00 |
| 08/22/16 | WIRE TYPE:INTL IN DATE:160822 TIME:0517 ET TRN:2016082100081507 SEQ:PMW081912862206/273921 ORIG:KIRJAVAINEN KIMMO ID⬛0085 ORIG BK :OP CORPORATE BANK PLC ID:OKOYFIHH PMT DET: $20.00  FEE DEDUCTREFERENCE: MIKELEE ROUTING NUMBER: 0260 | 10,012.00 |
| 08/22/16 | WIRE TYPE:WIRE IN DATE: 160822 TIME:1221 ET TRN:2016082200270909 SEQ:08457333/000081 ORIG:JEFFREY D KUHLMAN ID⬛3582 SND BK:ALLY B ANK ID⬛3116 PMT DET:675217 | 9,997.00 |
| 08/22/16 | WIRE TYPE:WIRE IN DATE: 160822 TIME:0604 ET TRN:2016082200161576 SEQ:082216274587/235764 ORIG:IOANNIS FANOS MICHAELIDES ID⬛0000 SND BK:DEUTSCHE BANK TRUST CO. AMERI ID:0103 PMT DET:PEAK | 3,964.00 |
| 08/22/16 | WIRE TYPE:WIRE IN DATE: 160822 TIME:0937 ET TRN:2016082200214968 SEQ:2016082200050438/004991 ORIG:ANDREA NINO DE GUZMAN ID⬛0554 SND BK:WELL S FARGO BANK, NA ID⬛0248 PMT DET:180436997 RE FERENCE: JO247MARKETING CLASSES | 2,022.00 |
| 08/22/16 | WIRE TYPE:WIRE IN DATE: 160822 TIME:1635 ET TRN:2016082200362958 SEQ:082216 NKC 00803/002746 ORIG:KENNETH T DAVIDSON ID⬛4899 SND BK:COM PASS BANK ID⬛1186 | 1,997.00 |
| 08/23/16 | WIRE TYPE:WIRE IN DATE: 160823 TIME:1548 ET TRN:2016082300303747 SEQ:2016082300029197/001123 ORIG:WILLIAM J BAUMAN JR ID⬛7226 SND BK:PNC BANK, NATIONAL ASSOCIATIO ID:031000053 | 18,008.42 |
| 08/24/16 | WIRE TYPE:WIRE IN DATE: 160824 TIME:0758 ET TRN:2016082400151559 SEQ:S06623712E9801/237297 ORIG:1/DEL GLOBAL LTD ID⬛1068 SND BK:C ITIBANK, N.A. ID:0008 PMT DET:/REF/INVESTMENT PAYM ENT. | 16,997.00 |

*continued on the next page*



**Your checking account**

DIGITAL ALTITUDE LLC   |   Account #_____ 2263   |   August 1, 2016 to August 31, 2016

# Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/24/16 | WIRE TYPE:WIRE IN DATE: 160824 TIME:0935 ET TRN:2016082400179574 SEQ:2016082400038452/003801 ORIG:MARK L SMITH ID▮▮▮1496 SND BK:WELLS FARGO BANK, NA▮▮▮0248 PMT DET:00662882374909 58REF GY246 | 7,800.00 |
| 08/24/16 | WIRE TYPE:WIRE IN DATE: 160824 TIME:1437 ET TRN:2016082400278553 SEQ:160824131659H100/000488 ORIG:KAUAI COMMUNITY FEDERAL ID▮▮▮468 SND BK:CATAL YST CORPORATE FCU ID▮▮▮0511 PMT DET:PURPOSE:FOR  ONLINE BUSINESS | 5,023.50 |
| 08/24/16 | WIRE TYPE:WIRE IN DATE: 160824 TIME:1102 ET TRN:2016082400208411 SEQ:2016082400015923/000407 ORIG:WILLIAM J BAUMAN JR ID▮▮▮7226 SND BK:PNC BANK, NATIONAL ASSOCIATIO ID▮▮▮0053 PMT DET:REF ERENCE WA368 | 966.00 |
| 08/24/16 | WIRE TYPE:WIRE IN DATE: 160824 TIME:0729 ET TRN:2016082400147303 SEQ:FTS1608240511800/000795 ORIG:HAGGARTY IOHN ITF HAGGART ID▮▮▮5628 SND BK:THE BANK OF NEW YORK MELLON ID▮▮▮0018 PMT DET:AV769 TRADE LESS FEES | 593.00 |
| 08/25/16 | WIRE TYPE:INTL IN DATE:160825 TIME:0530 ET TRN:2016082500111169 SNDR REF:6008238LEJ580001 ORIG:MR MICHAEL CONNOR OSBORNE ID▮▮▮7004 ORIG BK:HIFX EUROPE LIMITED ID:HIFXGB2L PMT DET: $ 20.00 FEE DEDUCTMIKELEE | 26,974.00 |
| 08/25/16 | Counter Credit | 14,294.00 |
| 08/25/16 | WIRE TYPE:WIRE IN DATE: 160825 TIME:1443 ET TRN:2016082500307266 SEQ:160825133536H100/000510 ORIG:KAUAI COMMUNITY FEDERAL ID▮▮▮468 SND BK:CATAL YST CORPORATE FCU ID▮▮▮0511 PMT DET:PURPOSE:BUS INESS ADVERTISING CAMPAIGN | 4,998.50 |
| 08/25/16 | WIRE TYPE:WIRE IN DATE: 160825 TIME:1638 ET TRN:2016082500354971 SEQ:4903300238ES/019923 ORIG:BONNY C MAYFIELD ID▮▮▮6380 SND BK:JPMORGA N CHASE BANK, NA ID▮▮▮0021 PMT DET:DCD OF 16/08 /25 REFERENCE: CQ364 | 2,900.00 |
| 08/26/16 | WIRE TYPE:WIRE IN DATE: 160826 TIME:0903 ET TRN:2016082600182921 SEQ:2631779030064798/000675 ORIG:JOHN P ULM ID▮▮▮6490 SND BK:SPACE COAST CRE DIT UNION ID▮▮▮903 | 15,000.00 |
| 08/26/16 | WIRE TYPE:WIRE IN DATE: 160826 TIME:0915 ET TRN:2016082600188083 SEQ:3271000239ES/001733 ORIG:KENNETH R SCOTT ID▮▮▮7241 SND BK:JPMORGAN CHASE BANK, NA ID▮▮▮0021 PMT DET:POH OF 16/08/2 6 SWIFT CODE: BOFAUS3NXXX REFERENCE: ES473 SWIFT C | 10,022.00 |
| 08/26/16 | NY TLR transfer | 9,997.00 |
| 08/26/16 | WIRE TYPE:WIRE IN DATE: 160826 TIME:0512 ET TRN:2016082600061041 SEQ:F5S1608257089100/000046 ORIG:PAUL ANTHONY DIFRANCESCO ID▮▮▮5006 SND BK:THE BANK OF NEW YORK MELLON ID▮▮▮0018 PMT DET:PAUL DI FRANCESCO BUSINESS OPPORTUNITY LES | 9,970.00 |
| 08/26/16 | Counter Credit | 8,500.00 |
| 08/26/16 | WIRE TYPE:INTL IN DATE:160826 TIME:1344 ET TRN:2016082600285510 SEQ:901750001569/662684 ORIG:STREETE JESSICA T ID▮▮▮0083 ORIG BK :THE BANK OF NOVA SCOTIA PMT DET: $25.00 FEE DEDUC TREFERENCE: MIKELEE TELE: 800-820 -7589 | 2,010.00 |
| 08/29/16 | WIRE TYPE:WIRE IN DATE: 160829 TIME:1652 ET TRN:2016082900374429 SEQ:20162420042100/000075 ORIG:LINTON, LLOYD DYLAN ID▮▮▮6421 SND BK:BUSEY BANK ID▮▮▮2568 PMT DET:REF SP837 | 30,525.00 |

*continued on the next page*

F01-AW-0004420

**DIGITAL ALTITUDE LLC   |   Account # ████ 2263   |   August 1, 2016 to August 31, 2016**

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/29/16 | WIRE TYPE:WIRE IN DATE: 160829 TIME:1323 ET TRN:2016082900291392 SEQ:160829233611000A/384601 ORIG:MARSHALL BARBOUR ID:████5931 SND BK:WELLS FARGO NY INTL ID:0509 PMT DET:4372126 PERSONAL DE VELOPMENT COACHING CLASS /REC/REFERENCE TP237 | 9,997.00 |
| 08/29/16 | Counter Credit | 9,997.00 |
| 08/29/16 | WIRE TYPE:WIRE IN DATE: 160829 TIME:0528 ET TRN:2016082900093772 SEQ:S066242050E301/072656 ORIG:KYLE MARQUIS ID:████5768 SND BK:CITIBAN K, N.A. ID:0008 PMT DET:ONLINE BUSINESS PAYMENT FO R ASCEND BUSINESS FROM KYLE MARQUIS | 9,972.00 |
| 08/29/16 | WIRE TYPE:WIRE IN DATE: 160829 TIME:1606 ET TRN:2016082900354689 SEQ:20162420214700/000477 ORIG:DANA MARIE KIMBALL ID:████1169 SND BK:FIRST NIAGARA BANK, NA ID:████0440 PMT DET:REFERENCE: NQ469 PROGRAM PAYMENT | 7,497.00 |
| 08/29/16 | Counter Credit | 6,724.23 |
| 08/29/16 | Counter Credit | 1,523.00 |
| 08/30/16 | WIRE TYPE:WIRE IN DATE: 160830 TIME:1253 ET TRN:2016083000273074 SEQ:P201608300019035/000015 ORIG:RGM FUSION LLC ID:████0600 SND BK:GUARANTY BANK FSB ID:████1288 | 27,022.00 |
| 08/30/16 | WIRE TYPE:WIRE IN DATE: 160830 TIME:0949 ET TRN:2016083000202936 SEQ:4810500242ES/005039 ORIG:OCASIO MARKETING LLC ID:████0756 SND BK:JPMO RGAN CHASE BANK, NA ID:████0021 PMT DET:DCD OF 16 /08/29 REFERENCE: 5 FIGURE MONTHS REFERENCE: 5 FIG | 10,022.00 |
| 08/30/16 | WIRE TYPE:WIRE IN DATE: 160830 TIME:1202 ET TRN:2016083000233940 SEQ:160830589072000I/353084 ORIG:SABIR AHMED ALI ID:████2315 SND BK:WE LLS FARGO NY INTL ID:0509 PMT DET:RGHNAMO04628741 AW 128 MR SABIR AHMED ALI | 10,015.00 |
| 08/30/16 | WIRE TYPE:WIRE IN DATE: 160830 TIME:1506 ET TRN:2016083000321520 SEQ:1015194249/001813 ORIG:ANTHONY J RAINONE ID:1260 SND BK:PENTAGON FED ERAL CREDIT UNION ID:████8446 PMT DET:REF KO438 | 9,997.00 |
| 08/30/16 | WIRE TYPE:WIRE IN DATE: 160830 TIME:0528 ET TRN:2016083000100766 SEQ:2016083000057422/145252 ORIG:LOTUS GLOBAL VENTURES FZE ID:████3238 SND BK:STANDARD CHARTERED BANK LIMIT ID:0256 PMT DET:000006589547 /UDAY/ DIGITAL MARKETING ASCE | 9,997.00 |
| 08/30/16 | WIRE TYPE:INTL IN DATE:160830 TIME:1026 ET TRN:2016083000217156 SEQ:RBSCTYO01146645/094577 ORIG:SMHC GLASGOW LIMITED ID:████0011 PMT DET:Scott McGaw | 9,981.96 |
| 08/30/16 | WIRE TYPE:INTL IN DATE:160830 TIME:1102 ET TRN:2016082500172016 SEQ:FT174606187271/213644 ORIG:ABDULLOEV SHUHRAT ID:████0668 PMT DET: $35.00 FEE DEDUCTBA042 | 9,962.00 |
| 08/30/16 | WIRE TYPE:WIRE IN DATE: 160830 TIME:1058 ET TRN:2016083000228413 SEQ:2016083000067178/006274 ORIG:BRENT A STELZER ID:████3518 SND BK:WEL LS FARGO BANK, NA ID:████0248 PMT DET:00060352391 34198BRENTS77 | 3,857.00 |
| 08/30/16 | WIRE TYPE:BOOK IN DATE:160830 TIME:1504 ET TRN:2016083000320372 SNDR REF:4EZ437XCL ORIG:CRISTINA A MARTINEZ ID:Z████5795 PMT DET:G oods | 3,000.00 |
| 08/30/16 | WIRE TYPE:WIRE IN DATE: 160830 TIME:1146 ET TRN:2016083000247639 SEQ:002160830692161/001060 ORIG:MICHAEL ANTHONY TAYLOR ID:████0614 SND BK:U S A A FEDERAL SAVINGS BANK ID:████4269 PMT DET:R EF UD769 MICHAEL TAYLOR | 2,900.00 |
| 08/31/16 | WIRE TYPE:INTL IN DATE:160831 TIME:1122 ET TRN:2016083100258152 SEQ:TO160831B2515900/622127 ORIG:MS PHILLIPA FADZAY LUBIN ID:████3341 PMT DET: $10.00 FEE DEDUCTRD317 PAYMENT FOR COURSE S | 10,022.00 |

*continued on the next page*

F01-AW-0004420

EX 17

574



**Your checking account**

DIGITAL ALTITUDE LLC   |   Account #          2263   |   August 1, 2016 to August 31, 2016

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/31/16 | WIRE TYPE:WIRE IN DATE: 160831 TIME:0528 ET TRN:2016083100093578 SEQ:S06624400A6901/125585 ORIG:DOMENIC FEDELE ▮▮▮▮▮4072 SND BK:CITIB ANK, N.A. ID:0008 PMT DET:T 8008207589 THEALLIANCE  ASCEND PACKAGE FOR DOMENIC FEDELE ROUTING 0260095 | 10,007.00 |
| 08/31/16 | WIRE TYPE:INTL IN DATE:160831 TIME:1101 ET TRN:2016082600128777 SEQ:FT174638399271/208388 ORIG:STOBBS GEOFFREY FRANCIS ID▮▮▮▮▮9764 PMT DET: $40.00 FEE DEDUCTAG861 | 9,992.00 |

**Total deposits and other credits**                                                                                      **$2,169,243.49**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/16 | TRANSFER DIGITAL ALTITUDE LLC:Sally Ramirez Confirmation# 4005074877 | -104.00 |
| 08/01/16 | TRANSFER DIGITAL ALTITUDE LLC:COMDATA NETWORK, INC Confirmation# 1406832014 | -20,000.00 |
| 08/01/16 | WIRE TYPE:WIRE OUT DATE:160801 TIME:1220 ET TRN:2016080100307086 SERVICE REF:008650 ORIG:DISC ENTERPRISES ID▮▮▮3833 BNF BK:JPMORGAN CHASE BANK, NA ▮▮▮1545 PMT DET:178789298 | -50,000.00 |
| 08/01/16 | AMERICAN EXPRESS DES:ACH PMT    ID:W3922  INDN:Digital Altitude       CO ID:1133133497 WEB | -4,978.00 |
| 08/01/16 | CITI CARD ONLINE DES:PAYMENT    ID▮▮▮▮3953  INDN:CHANTRA STEWART       CO ID:CITICTP    WEB | -797.14 |
| 08/01/16 | PEARL BETA FUNDI DES:BETA 0729  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/01/16 | EMS        DES:BKRD DEP  ID:565500000273967  INDN:DIGITALALTITUDE.CO      CO ID:1246827742 CCD | -0.20 |
| 08/02/16 | TRANSFER DIGITAL ALTITUDE LLC:Living Exceptionally Confirmation# 0613846851 | -5,125.00 |
| 08/02/16 | WIRE TYPE:WIRE OUT DATE:160802 TIME:1357 ET TRN:2016080200273203 SERVICE REF:008084 BNF:CROSSTOWN SERVICES ID▮▮▮▮2738 BNF BK:NEW ME XICO BANK AND TRU ID▮▮▮▮6541 PMT DET:178925152 D IGITAL ALTITUDE | -100.00 |
| 08/02/16 | WW 520 BROADWAY DES:EPAY        ID:2G1G4K  INDN:MICHAEL FORCE       CO ID:9602806002 PPD | -3,250.00 |
| 08/02/16 | PEARL BETA FUNDI DES:BETA 0801  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/02/16 | AUTHNET GATEWAY  DES:BILLING    ID:85468249  INDN:DIGITAL ALTITUDE, LLC  CO ID:1870568569 CCD | -90.75 |
| 08/02/16 | AUTHNET GATEWAY  DES:BILLING    ID:85301047  INDN:DIGITAL ALTITUDE       CO ID:1870568569 CCD | -25.00 |
| 08/03/16 | PEARL BETA FUNDI DES:BETA 0802  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/04/16 | Online Banking transfer to CHK 2289 Confirmation# 6232378137 | -840,000.00 |

*continued on the next page*

**DIGITAL ALTITUDE LLC   |   Account #** ███████ **2263   |   August 1, 2016 to August 31, 2016**

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 08/04/16 | PEARL BETA FUNDI DES:BETA 0803  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/05/16 | Online Banking transfer to CHK 2276 Confirmation# 6238141733 | -34,986.00 |
| 08/05/16 | TRANSFER DIGITAL ALTITUDE LLC:Travis Cody Confirmation# 1439532836 | -2,000.00 |
| 08/05/16 | TRANSFER DIGITAL ALTITUDE LLC:Andrew Golebiowski Confirmation# 4039887313 | -1,997.00 |
| 08/05/16 | PEARL BETA FUNDI DES:BETA 0804  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/08/16 | WIRE TYPE:WIRE OUT DATE:160808 TIME:1521 ET TRN:2016080800328125 SERVICE REF:010129 BNF:ALYSSA WILKERSON ID█████1510 BNF BK:WELLS FA RGO BANK NA ID█████5278 PMT DET:179353744 | -1,282.05 |
| 08/08/16 | PEARL BETA FUNDI DES:BETA 0805  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/09/16 | TRANSFER DIGITAL ALTITUDE LLC:Your Atlanta, LLC Confirmation# 2574067570 | -4,687.99 |
| 08/09/16 | TRANSFER DIGITAL ALTITUDE LLC:Living Exceptionally Confirmation# 1474067560 | -4,562.99 |
| 08/09/16 | PEARL BETA FUNDI DES:BETA 0808  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/10/16 | WIRE TYPE:INTL OUT DATE:160810 TIME:1152 ET TRN:2016081000230419 SERVICE REF:743700 BNF:MOHAMMED ALIM ID█████8511 BNF BK:HALIF AX PLC ID:HLFXGB21V54 PMT DET:179524164 | -700.00 |
| 08/10/16 | WIRE TYPE:INTL OUT DATE:160810 TIME:1153 ET TRN:2016081000230621 SERVICE REF:743726 BNF:ZEESHAN AZIZ ID█████3710 BNF BK:HALIFA X PLC ID:HLFXGB21J47 PMT DET:179524244 | -1,500.00 |
| 08/10/16 | Online Banking transfer to CHK 2289 Confirmation# 3287840449 | -720,000.00 |
| 08/10/16 | PEARL BETA FUNDI DES:BETA 0809  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/11/16 | PEARL BETA FUNDI DES:BETA 0810  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/12/16 | WIRE TYPE:WIRE OUT DATE:160812 TIME:1342 ET TRN:2016081200274258 SERVICE REF:009754 BNF:ALYSSA WILKERSON ID█████1510 BNF BK:WELLS FA RGO BANK NA ID█████5278 PMT DET:179712616 | -1,116.68 |
| 08/12/16 | WIRE TYPE:WIRE OUT DATE:160812 TIME:1349 ET TRN:2016081200276705 SERVICE REF:367854 BNF:YOUR ATLANTA, LLC ID█████3772 BNF BK:JPMORGAN  CHASE BANK, N. ID:0002 PMT DET:179713322 | -5,000.00 |
| 08/12/16 | TRANSFER DIGITAL ALTITUDE LLC:Makayla Leone INC Confirmation# 0502434110 | -1,250.00 |
| 08/12/16 | TRANSFER DIGITAL ALTITUDE LLC:Travis Cody Confirmation# 0502445366 | -2,000.00 |
| 08/12/16 | TRANSFER DIGITAL ALTITUDE LLC:Your Atlanta, LLC Confirmation# 1602737015 | -8,568.37 |
| 08/12/16 | TRANSFER DIGITAL ALTITUDE LLC:Living Exceptionally Confirmation# 0502744275 | -8,568.37 |
| 08/12/16 | PEARL BETA FUNDI DES:BETA 0811  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/12/16 | SHAWN ZEAGLER   Bill Payment | -25.00 |
| 08/15/16 | AMERICAN EXPRESS DES:ACH PMT    ID:W4042  INDN:Digital Altitude    CO ID:1133133497 WEB | -849.00 |

*continued on the next page*



**Your checking account**

DIGITAL ALTITUDE LLC   |   Account #  ____ 2263   |   August 1, 2016 to August 31, 2016

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/15/16 | PEARL BETA FUNDI DES:BETA 0812  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/16/16 | TRANSFER DIGITAL ALTITUDE LLC:Hit Marketing LLC Confirmation# 1434557230 | -3,150.00 |
| 08/16/16 | TRANSFER DIGITAL ALTITUDE LLC:Mary  Dee Confirmation# 0536774449 | -7,486.65 |
| 08/16/16 | TRANSFER DIGITAL ALTITUDE LLC:Your Atlanta, LLC Confirmation# 0536786148 | -7,486.65 |
| 08/16/16 | TRANSFER DIGITAL ALTITUDE LLC:Michael Force Confirmation# 0536914349 | -33,125.30 |
| 08/16/16 | TRANSFER DIGITAL ALTITUDE LLC:Catherine Flynn Confirmation# 0537031341 | -5,000.00 |
| 08/16/16 | PEARL BETA FUNDI DES:BETA 0815  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -150.00 |
| 08/17/16 | RETURN ITEM CHARGEBACK | -1,997.00 |
| 08/17/16 | PEARL BETA FUNDI DES:BETA 0816  ID:5033343  INDN:DIGITAL ALTITUDE LLC    CO ID:1472783322 CCD | -149.00 |
| 08/18/16 | Online Banking transfer to CHK 2289 Confirmation# 2355166883 | -240,000.00 |
| 08/18/16 | Online Banking transfer to CHK 2276 Confirmation# 2255185001 | -32,687.75 |
| 08/18/16 | Oaktree Financing Inc Bill Payment | -5,000.00 |
| 08/19/16 | TRANSFER DIGITAL ALTITUDE LLC:Naofumi Ezaki Confirmation# 0560498789 | -5,110.00 |
| 08/24/16 | WIRE TYPE:INTL OUT DATE:160824 TIME:1221 ET TRN:2016082400235797 SERVICE REF:229638 BNF:MOHAMMED ALIM ID:_____8511 BNF BK:HALIF AX PLC ID:HLFXGB21V54 PMT DET:180492544 | -1,500.00 |
| 08/24/16 | WIRE TYPE:INTL OUT DATE:160824 TIME:1224 ET TRN:2016082400236812 SERVICE REF:229760 BNF:ZEESHAN AZIZ ID:_____3710 BNF BK:HALIFA X PLC ID:HLFXGB21J47 PMT DET:180492858 | -1,500.00 |
| 08/24/16 | WIRE TYPE:FX OUT DATE:160826 TIME:1243 ET TRN:2016082400242763 FX:GBP 2918.64 1.3705 BNF:MOHAMMED IMRAN MAQBOOL MAQ ID:_____3372 BNF BK:HSBC BANK PLC ID:MIDLGB2115A PMT DET:180494 360 /FXREF/TE-3-19-154131928 | -4,000.00 |
| 08/24/16 | WIRE TYPE:FX OUT DATE:160826 TIME:1244 ET TRN:2016082400243105 FX:GBP 4023.96 1.3705 BNF:MOHAMMED IMRAN MAQBOOL MAQ ID:_____3372 BNF BK:HSBC BANK PLC ID:MIDLGB2115A PMT DET:180494 442 /FXREF/TE-3-2-154391398 | -5,514.84 |
| 08/24/16 | Online Banking transfer to CHK 2289 Confirmation# 7307170943 | -400,000.00 |
| 08/25/16 | TRANSFER DIGITAL ALTITUDE LLC:Mary  Dee Confirmation# 1413899508 | -7,461.75 |
| 08/25/16 | TRANSFER DIGITAL ALTITUDE LLC:Your Atlanta, LLC Confirmation# 0513916147 | -7,461.75 |
| 08/25/16 | TRANSFER DIGITAL ALTITUDE LLC:Dallas Brown Confirmation# 0514045085 | -5,000.00 |
| 08/25/16 | TRANSFER DIGITAL ALTITUDE LLC:Alyssa Wilkerson Confirmation# 0514657369 | -448.35 |
| 08/30/16 | TRANSFER DIGITAL ALTITUDE LLC:Catherine  Flynn Confirmation# 0555733134 | -5,000.00 |
| 08/30/16 | TRANSFER DIGITAL ALTITUDE LLC:Ryan Fleming Confirmation# 0558605075 | -1,520.00 |
| 08/30/16 | Online Banking transfer to CHK 2289 Confirmation# 1158646426 | -100,000.00 |

*continued on the next page*

**DIGITAL ALTITUDE LLC   |   Account #** ▉▉▉▉ **2263   |   August 1, 2016 to August 31, 2016**

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/31/16 | TRANSFER DIGITAL ALTITUDE LLC:Makayla Leone INC Confirmation# 3764172671 | -1,250.00 |
| 08/31/16 | TRANSFER DIGITAL ALTITUDE LLC:Travis Cody Confirmation# 0564172736 | -2,000.00 |
| **Total withdrawals and other debits** | | **-$2,609,212.58** |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 08/04/16 | 5021 | -495.75 |
| **Total checks** | | **-$495.75** |
| **Total # of checks** | | **1** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| Total Overdraft fees | $0.00 | $35.00 |
| Total NSF: Returned Item fees | $0.00 | $70.00 |

**To help avoid overdraft and returned item fees, you can set up:**

Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low

Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

*continued on the next page*



<div align="right">

**Your checking account**

</div>

**DIGITAL ALTITUDE LLC   |   Account #** ████ **2263   |   August 1, 2016 to August 31, 2016**

## Service fees - continued

Based upon the activity below, the monthly fee on your Business Advantage checking account was waived for the statement period ending 07/29/16:

| You are an active user of one of the following services | OR | At least one of the following occurred during the previous month |
|---|---|---|
| ◯ Bank of America Merchant Services | ◯ $2,500+ | in net new purchases on a linked Business credit card |
| ◯ Payroll Service by Intuit® | ☑ $15,000+ | average monthly balance in primary checking account |
| ◯ Small Business Remote Deposit Online Service | ☑ $35,000+ | combined average monthly balance in linked business accounts |

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 08/01/16 | Wire Transfer Fee | -25.00 |
| 08/02/16 | Wire Transfer Fee | -25.00 |
| 08/02/16 | ONLINE BUSINESS SUITE NEXT DAY PAYMENT | -20.00 |
| 08/05/16 | ONLINE BUSINESS SUITE DIRECT PMT SERVICES | -10.00 |
| 08/08/16 | Wire Transfer Fee | -25.00 |
| 08/08/16 | ONLINE BUSINESS SUITE NEXT DAY PAYMENT | -10.00 |
| 08/10/16 | Wire Transfer Fee | -40.00 |
| 08/10/16 | Wire Transfer Fee | -40.00 |
| 08/10/16 | ONLINE BUSINESS SUITE NEXT DAY PAYMENT | -20.00 |
| 08/12/16 | Wire Transfer Fee | -25.00 |
| 08/12/16 | Wire Transfer Fee | -25.00 |
| 08/15/16 | ONLINE BUSINESS SUITE NEXT DAY PAYMENT | -40.00 |
| 08/17/16 | ONLINE BUSINESS SUITE NEXT DAY PAYMENT | -20.00 |
| 08/17/16 | RETURNED ITEM CHARGEBACK FEE | -12.00 |
| 08/22/16 | ONLINE BUSINESS SUITE NEXT DAY PAYMENT | -10.00 |
| 08/24/16 | Wire Transfer Fee | -40.00 |
| 08/24/16 | Wire Transfer Fee | -40.00 |
| 08/24/16 | Wire Transfer Fee | -30.00 |
| 08/24/16 | Wire Transfer Fee | -30.00 |
| 08/26/16 | ONLINE BUSINESS SUITE NEXT DAY PAYMENT | -40.00 |
| **Total service fees** | | **-$527.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

EX 17

579

F01-AW-0004420

**DIGITAL ALTITUDE LLC   |   Account #** ▓▓▓▓ **2263   |   August 1, 2016 to August 31, 2016**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 08/01 | 1,155,114.48 | 08/11 | 194,984.56 | 08/23 | 405,286.06 |
| 08/02 | 1,185,565.73 | 08/12 | 170,310.14 | 08/24 | 24,010.72 |
| 08/03 | 1,340,904.31 | 08/15 | 266,276.31 | 08/25 | 52,805.37 |
| 08/04 | 620,620.56 | 08/16 | 287,019.97 | 08/26 | 108,264.37 |
| 08/05 | 743,711.49 | 08/17 | 318,904.47 | 08/29 | 184,499.60 |
| 08/08 | 762,266.45 | 08/18 | 118,235.72 | 08/30 | 174,733.56 |
| 08/09 | 851,124.56 | 08/19 | 284,210.50 | 08/31 | 201,504.56 |
| 08/10 | 183,122.56 | 08/22 | 387,277.64 | | |

F01-AW-0004420



DIGITAL ALTITUDE LLC   |   Account #  ████  2263   |   August 1, 2016 to August 31, 2016

# Check images

**Account number:** ████ 2263

Check number: 5021   |   Amount:  $495.75



F01-AW-0004420

This page intentionally left blank

Apr/30/2015 10:56:22 AM                    B of A 3237621691                         51/60

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

Account Number: [ ]2276                                    Bank Number: 318

Account Type:  ☒ DDA     ☐ SAV     ☐ CD

Account Title:

DIGITAL ALTITUDE LLC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  M

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____      (or)  Employer Identification Number [ ]7054

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 MICHAEL R FORCE | MEMBER | | 4-22-15 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW 08-2014

© 2013 Bank of America, N.A. All Rights Reserved
Page 1 of 2

F01-AW-0000049

EX 17
583

B of A 3237621691                    52/60

**Account Number:** ▓▓▓ 22 76

☐  Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          *Member*
Authorized Signer                        Title

**Review Information**

**Customer 1:**

Name   MICHAEL R FORCE

ID Type: US Driver License W/Photo   ID#: ▓▓  ID Issuer: Florida   Iss. Date: 04/2013   Exp. Date: 04/2022
ID Type: US Passport W/Photo   ID#: ▓▓  ID Issuer: USA   Iss. Date: 02/2008   Exp. Date: 02/2018

**Customer 2:**

Name _____
ID Type: ___ ID#: ___ ID Issuer: ___ Iss. Date: ___ Exp. Date: ___
ID Type: ___ ID#: ___ ID Issuer: ___ Iss. Date: ___ Exp. Date: ___

**Customer 3:**

Name _____
ID Type: ___ ID#: ___ ID Issuer: ___ Iss. Date: ___ Exp. Date: ___
ID Type: ___ ID#: ___ ID Issuer: ___ Iss. Date: ___ Exp. Date: ___

**Customer 4:**

Name _____
ID Type: ___ ID#: ___ ID Issuer: ___ Iss. Date: ___ Exp. Date: ___
ID Type: ___ ID#: ___ ID Issuer: ___ Iss. Date: ___ Exp. Date: ___

**Customer 5:**

Name _____
ID Type: ___ ID#: ___ ID Issuer: ___ Iss. Date: ___ Exp. Date: ___
ID Type: ___ ID#: ___ ID Issuer: ___ Iss. Date: ___ Exp. Date: ___

**Bank Information**

Date                     04/22/2015
Banking Center Name      SUNSET-OGDEN
Associate's Name         Zor Shakhbandaryan
Associate's Phone Number 323-762-1687

NCA
00-14-9297MW 08-2014                                          Page 2 of 2

F01-AW-0000049                                               EX 17
                                                            584

Apr/30/2015 10:56:22 AM                    B of A 3237621691                          45/60

**Bank of America** 🦅

BANK OF AMERICA, N.A. ("THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ████ 2276

Name of Limited Liability Company   DIGITAL ALTITU █ LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the n/the   *Member*   and the designated keeper

of the records and minutes of   DIGITAL ALTITUDE LLC

a ☑ limited liability company ☐ professional limited liability company duly organized and existing under the laws of the State of   *DE*

(the "Company"; that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the ___ 22 ___ day of ___ April ___ 202_, at which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full force and effect and have not been amended or rescinded.

1.   **Resolved,** that   BANK OF AMERICA, N.A.                                   (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following members, managers, or employees of this Company:

*Michael R Force*                                   *Member*
Name                                                Title/Status

_____                            _____
Name                                                Title/Status

_____                            _____
Name                                                Title/Status

_____                            _____
Name                                                Title/Status

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company; to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2.   **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

NCA
00-14-9258M  11-2013                                                        Page 1 of 2

F01-AW-0000049                                                              EX 17
                                                                           585

Apr/30/2015 10:56:22 AM                    B of A 3237621691                              46/60

Account Number: ███████2276

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

22    day of   April   , 2015

_____
Member/Manager

| Bank Information | |
| --- | --- |
| Date | 04/22/2015 |
| Banking Center Name | SUNSET-OGDEN |
| Associate's Name | Zor Shakhbandaryan |
| Associate's Phone Number | 323-762-1687 |

Page 2 of 2



F01-AW-0000049

EX 17

Apr/30/2015 10:56:22 AM                    B of A 3237621691                    55/60

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

Account Number: ▮▮▮▮ 2289                                    Bank Number: 318

Account Type:  ☒ DDA    ☐ SAV    ☐ CD

Account Title:

DIGITAL ALTITUDE LLC

_____

_____

_____

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  M

☐ Other (Defined in W-9 Instructions) _____

Social Security Number _____  (or)  Employer Identification Number ▮▮▮ 7054

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification – Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  MICHAEL FORCE | MEMBER | _(signature)_ | 4/30/15 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

NCA
00-14-9297MW 08-2014

F01-AW-0000050

Apr/30/2015 10:56:22 AM                    B of A 3237621691                        56/60

Account Number: ██████ 2289

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on the account.

_____        Member _____
Authorized Signer                               Title

**Review Information**

**Customer 1:**

Name __MICHAEL R FORCE__

ID Type: US Driver License W/Photo   ID#: ████   ID Issuer: Florida   Iss. Date: 04/2013   Exp. Date: 04/2022

ID Type: US Passport W/Photo   ID#: ████   ID Issuer: USA   Iss. Date: 02/2008   Exp. Date: 02/2018

**Customer 2:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

ID Type: _____   ID#: _____   ID Issuer: _____   Iss. Date: _____   Exp. Date: _____

**Bank Information**

Date                              04/22/2015

Banking Center Name                SUNSET-OGDEN

Associate's Name                   Zor Shakhbandaryan

Associate's Phone Number           323-762-1687

NCA
00-14-9297MW  08-2014                    ||||||||||||||||||||||||                    Page 2 of 2

F01-AW-0000050

Apr/30/2015 10:56:22 AM                    B of A 3237621691                              49/60

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ▇▇▇▇2289

Name of Limited Liability Company  DIGITAL ALTITUDE LLC

I, the undersigned, hereby certify to  BANK OF AMERICA, N.A.

, that I am the a/the  ___Member___                                                    and the designated keeper

of the records and minutes of  DIGITAL ALTITUDE LLC

a ☑ limited liability Company ☐ profess onal limited liability company duly organized and existing under the laws of the State of ___C...Utte___
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the ___22___ day of ___April 2015___, at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

1.  **Resolved,** that  BANK OF AMERICA, N.A.                                                                       (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

___Michael R Force___                                     ___Member___
Name                                                      Title/Status

_____                             _____
Name                                                      Title/Status

_____                             _____
Name                                                      Title/Status

_____                             _____
Name                                                      Title/Status

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act: (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank; to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2.  **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

NCA
00-14-9258M  11-2013                                                                              Page 1 of 2

F01-AW-0000050

EX 17
589

B of A 3237621691  50/60

Account Number: ██████2289

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this 22 day of April, 2015.

_____
Member/Manager

| Bank Information | |
|---|---|
| Date | 04/22/2015 |
| Banking Center Name | SUNSET-OGDEN |
| Associate's Name | Zor Shakhbandaryan |
| Associate's Phone Number | 323-762-1687 |

Page 2 of 2



Apr/30/2015 10:56:22 AM                B of A 3237621691                          43/60

**Bank of America** ⬎

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

Account Number: ▮▮▮ 2292                                    Bank Number: 318

Account Type:   ☒ DDA      ☐ SAV      ☐ CD

Account Title:

DIGITAL ALTITUDE LLC

_____

_____

_____

**Legal Designation:**

☐ Individual/Sole Proprietor    ☐ Trust/Estate    ☐ Unincorporated Association    ☐ C Corporation    ☐ S Corporation

☐ Partnership    (Enter the type of partnership: General, LP, LLP or LLLP) _____

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  M

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____   (or)   Employer Identification Number ▮▮▮054

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any)   _____

Exemption from FATCA reporting code (if any)   _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 MICHAEL R FORCE | MEMBER | _signature_ | 4-20-15 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW  08-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

Apr/30/2015 10:56:22 AM                    B of A 3237621691                              44/60

Account Number: ▓▓▓ 2292 _____

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          _____
Authorized Signer                                    Title

**Review Information**

**Customer 1:**

Name ___MICHAEL R FORCE_____

ID Type: US Driver License W/Photo     ID#: ▓▓▓     ID Issuer: Florida     Iss. Date: 04/2013     Exp. Date: 04/2022

ID Type: US Passport W/Photo     ID#: ▓▓▓     ID Issuer: USA     Iss. Date: 02/2008     Exp. Date: 02/2018

**Customer 2:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Bank Information**

Date                             04/12/2015

Banking Center Name              SUNSET-OGDEN

Associate's Name                 Zor Shakhbandaryan

Associate's Phone Number         323-762-1687

NCA
00-14-9297MW 08-2014                                                                 Page 2 of 2

F01-AW-0000052                                                                      EX 17
                                                                                    592

Apr/30/2015 10:56:22 AM          B of A 3237621691          53/60

**BankofAmerica** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ███████ 292

Name of Limited Liability Company   DIGITAL ALTITUDE LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   Member                                                                and the designated keeper
                                      Title

of the records and minutes of   DIGITAL ALTITUDE LLC

a ☒ limited liability company ☐   profes  onal limited liability company duly organized and existing under the laws of the State of _____ Ut
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted
by a majority of the members/managers of said Company at a meeting duly held on the ___22___ day of ___April 2015___, at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full
force and effect and have not been amended or rescinded.

1.   **Resolved**, that   BANK OF AMERICA, N.A.                                                                (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

Michael R Force                                              Member
Name                                                         Title/Status

_____                              _____
Name                                                         Title/Status

_____                              _____
Name                                                         Title/Status

_____                              _____
Name                                                         Title/Status

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open such accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2.   **Further Resolved**, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

NCA
00-14-9258M  11-2013

Page 1 of 2



Apr/30/2015 10:56:22 AM                    B of A 3237621691                              54/60

Account Number: ███ 2292

3. **Further Resolved**, that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

4. **Further Resolved**, that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5. **Further Resolved**, that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

6. **Further Resolved**, that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto, and

7. **Further Resolved**, that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

8. **Further Resolved**, that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof**, and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

09 _____ day of _APRIL 2015_ .

_____

Member/Manager

| Bank Information | |
|---|---|
| Date | 04/22/2015 |
| Banking Center Name | SUNSET-OGDEN |
| Associate's Name | Zor Shakhbandaryan |
| Associate's Phone Number | 323-762-1687 |

Page 2 of 2



Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

Account Number: ███2421        Bank Number: 318

Account Type:   ☒ DDA    ☐ SAV    ☐ CD

Account Title:

DIGITAL ALTITUDE LLC

---

**Legal Designation:**

☐ **Individual/Sole Proprietor**    ☐ **Trust/Estate**    ☐ **Unincorporated Association**    ☐ **C Corporation**    ☐ **S Corporation**

☐ **Partnership** (Enter the type of partnership: General, LP, LLP or LLLP)

☒ **Limited Liability Company** (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)   M

☐ **Other** (Defined in W-9 instructions):

Social Security Number _____ (or) Employer Identification Number ███████7054

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 MICHAEL FORCE | Member | _(signature)_ | 7/5/16 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW  08-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

F01-AW-0000053

EX 17
595

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

**Account Number:** [redacted]2421

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards. I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Authorized Signer ________ Title: MEMBER

**Review Information**

**Customer 1:**

Name: MICHAEL FORCE

ID Type: US Driver License W/Photo ID#: [redacted] ID Issuer: Florida Iss. Date: 06/2013 Exp. Date: 04/2022

ID Type: BOA ATM/Cked No Photo ID#: [redacted] ID Issuer: BOA Iss. Date: N/A Exp. Date: 05/2019

**Customer 2:**

Name ________

ID Type: ________ ID#: ________ ID Issuer: ________ Iss. Date: ________ Exp. Date: ________

ID Type: ________ ID#: ________ ID Issuer: ________ Iss. Date: ________ Exp. Date: ________

**Customer 3:**

Name ________

ID Type: ________ ID#: ________ ID Issuer: ________ Iss. Date: ________ Exp. Date: ________

ID Type: ________ ID#: ________ ID Issuer: ________ Iss. Date: ________ Exp. Date: ________

**Customer 4:**

Name ________

ID Type: ________ ID#: ________ ID Issuer: ________ Iss. Date: ________ Exp. Date: ________

ID Type: ________ ID#: ________ ID Issuer: ________ Iss. Date: ________ Exp. Date: ________

**Customer 5:**

Name ________

ID Type: ________ ID#: ________ ID Issuer: ________ Iss. Date: ________ Exp. Date: ________

ID Type: ________ ID#: ________ ID Issuer: ________ Iss. Date: ________ Exp. Date: ________

**Bank Information**

| | |
|---|---|
| **Date** | 07/05/2016 |
| **Banking Center Name** | STUDIO CITY |
| **Associate's Name** | Yohans Daniel |
| **Associate's Phone Number** | 818-505-5848 |

NCA
00-14-9297MW 08-2014

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

**Bank of America** ⬳

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ⬛2421

Name of Limited Liability Company   DIGITAL ALTITUD ELLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   *Mimber* and the designated keeper
Title

of the records and minutes of   DIGITAL ALTITUDE LLC

a ☒ limited liability Company ☐ professional limited liability company duly organized and existing under the laws of the State of   *Delaware*

(the "Company"); that I have full authority to manage, represent, sign for and bind the Company; that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the   *22*   day of   *April*   , *2015* , at which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full force and effect and have not been amended or rescinded.

**1. Resolved,** that   BANK OF AMERICA, N.A.   (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following members, managers, or employees of this Company:

| | |
|---|---|
| *MICHAEL FORLE* | *MEMBER* |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company; to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such account; device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank; to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with such accounts that the member, manager or employee deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

NCA
00-14-9258M  11-2013

Page 1 of 2

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

Account Number: ████ 2421

3.  **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of any member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

4.  **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5.  **Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

6.  **Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

7.  **Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

8.  **Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

_____ 5th _____ day of ___ July ___ , 2016 .



_____
Member/Manager

| Bank Information | |
| --- | --- |
| Date | 07/05/2016 |
| Banking Center Name | STUDIO CITY |
| Associate's Name | Yohans Daniel |
| Associate's Phone Number | 818- 505- 5848 |

Page 2 of 2

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** ▓▓▓ 2434                                    **Bank Number:** 318

**Account Type:**  ☒ DDA    ☐ SAV    ☐ CD

**Account Title:**

DIGITAL ALTITUDE LLC

**Legal Designation:**

☐ Individual/Sole Proprietor    ☐ Trust/Estate    ☐ Unincorporated Association    ☐ C Corporation    ☐ S Corporation

☐ Partnership    (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  M

☐ Other (Defined in W-9 instructions)

**Social Security Number** _____ (or) **Employer Identification Number** ▓▓▓▓ 7054

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents.  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.  The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 MICHAEL FORCE | Member | _signature_ | 7/5/16 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW  08-2014                                        © 2012 Bank of America, N.A  All Rights Reserved                Page 1 of 2

F01-AW-0000054

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

**Account Number:** ▮▮▮▮ 2434

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_Authorized Signer_                                          _MEMBER_
                                                             Title

---

**Review Information**

**Customer 1:**

Name    MICHAEL FORCE

ID Type: US Driver License W/Photo   ID#: ▮▮▮▮   ID Issuer: Florida   Iss. Date: 06/2013   Exp. Date: 04/2022

ID Type: BOA ATM/Cked No Photo   ID#: ▮   ID Issuer: _BoA_   Iss. Date: N A   Exp. Date: 05/2019

**Customer 2:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date    Exp. Date

ID Type:    ID#:    ID Issuer:    Iss. Date    Exp. Date

**Customer 3:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer    Iss. Date:    Exp. Date:

**Customer 4:**

Name

ID Type:    ID#:    ID Issuer    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer    Iss. Date:    Exp. Date:

**Customer 5:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

---

**Bank Information**

Date                            07/05/2016

Banking Center Name             STUDIO CITY

Associate's Name                Yohans Daniel

Associate's Phone Number        818-505-5848

NCA
00-14-9297MW  08-2014

Page 2 of 2

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ███████ 434

Name of Limited Liability Company   DIGITAL ALTITUDE LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the _Member_ _____ and the designated keeper

of the records and minutes of   DIGITAL ALTITUDE LLC

[X] limited liability Company [ ] professional limited liability company duly organized and existing under the laws of the State of _____

(the "Company"), that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the _22_ day of _Apri1_, _2015_, at which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers, and that such resolutions are in full force and effect and have not been amended or rescinded.

**1. Resolved,** that  BANK OF AMERICA, N.A. _____ (the "Bank") is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following members, managers, or employees of this Company:

_MICHAEL FORCE_ _____   _MEMBER_ _____
Name                                       Title/Status

_____   _____
Name                                       Title/Status

_____   _____
Name                                       Title/Status

_____   _____
Name                                       Title/Status

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money, to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company; to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time persons who may request, wires of funds, to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee, and

NCA
00-14-9258M  11-2013

F01-AW-0000054

EX 17
601

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

Account Number: ███ 2434

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this ___5ᵗʰ___ day of __July__ , __2016__ .

_____
Member/Manager

| Bank Information | |
|---|---|
| Date | 07/05/2016 |
| Banking Center Name | STUDIO CITY |
| Associate's Name | Yohans Daniel |
| Associate's Phone Number | 818-505-5848 |

Page 2 of 2

EX 17
602

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

Account Number: ████2447                                 Bank Number: 318

Account Type: ☒ DDA   ☐ SAV   ☐ CD

Account Title:

DIGITAL ALTITUDE LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)   M

☐ Other (Defined in W-9 instructions)

Social Security Number _____   (or)   Employer Identification Number ████ 054

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents.  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.  The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions:  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

| The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. |
| --- |

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
| --- | --- | --- | --- |
| 1 MICHAEL FORCE | Member | *[signature]* | 7/8/11 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NCA
00-14-9297MW  08-2014

© 2012 Bank of America, N.A.  All Rights Reserved

Page 1 of 2

F01-AW-0000056

EX 17
603