Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

**Account Number:** ███████ 2 447

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          MEMBER
Authorized Signer                                              Title

---

**Review Information**

**Customer 1:**

Name   MICHAEL FORCE

ID Type: US Driver License W/Photo   ID#: ███████   ID Issuer: Florida   Iss. Date: 06/2013   Exp. Date: 04/2022

ID Type: BOA ATM/Cked No Photo   ID#: ██   ID Issuer: BOA   Iss. Date: N/A   Exp. Date: 05/2019

**Customer 2:**

Name

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

ID Type:   ID#:   ID Issuer:   Iss. Date   Exp. Date:

**Customer 3:**

Name

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

**Customer 4:**

Name

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

**Customer 5:**

Name

ID Type   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

ID Type:   ID#:   ID Issuer:   Iss. Date:   Exp. Date:

---

**Bank Information**

Date   07/05/2016

Banking Center Name   STUDIO CITY

Associate's Name   Yohans Daniel

Associate's Phone Number   818-505-5848

NCA
00-14-9297MW  08-2014

Page 2 of 2

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

**Bank of America** 〰️

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Limited Liability Company Resolutions**
**Opening and Maintaining Deposit Accounts and Services**

Account Number: ▮▮▮▮ 2447

Name of Limited Liability Company   DIGITAL ALTITUDE LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

that I am the a/the   *Member*   and the designated keeper

Title

of the records and minutes of   DIGITAL ALTITUDE LLC

a [X] limited liability company [ ] professional limited liability company duly organized and existing under the laws of the State of   *Delaware*

(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted

by a majority of the members/managers of said Company at a meeting duly held on the   *22*   day of   *April*   , *2015* , at

which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full

force and effect and have not been amended or rescinded.

**1. Resolved,** that   BANK OF AMERICA, N.A.   (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| | |
|---|---|
| *MICHAEL FORCE* | *MEMBER* |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts: to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank; to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary, and to waive presentment,
demand, protest and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

NCA
00-14-9258M  11-2013

Page 1 of 2

Date: 7/6/2016 Time: 11:30:36 AM (US Central Time) Scanned From IP:10.166.131.137

Account Number: ███ 2447

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

In Witness Whereof, and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this
_____ day of _July_ , _2016_ .

_____
Member/Manager

| Bank Information | |
|---|---|
| Date | 07/05/2016 |
| Banking Center Name | STUDIO CITY |
| Associate's Name | Yohans Daniel |
| Associate's Phone Number | 818-505-5848 |

Page 2 of 2



EX 17
606

**Bank of America**
**Merrill Lynch**

**Deposit Account Documentation**
**Signature Card**

## I. ACCOUNT INFORMATION

| Select One: | ☐ Update (Add/Delete) Signers (existing accounts only) | ☐ Replace Existing Signature Card with this Signature Card | ☑ New Account |
|---|---|---|---|

Account # (If new account, Bank will complete): ▮▮▮▮5870

Account Holder LEGAL NAME   DIGITAL ALTITUDE LLC
(Must match Federal income tax return)                                          State of Formation DE

☐ Owner Business Name of Disregarded Entity (Must match 1st line of W9)

☐ Third Party/Fronts Owner (If applicable)

☐ DBA Name (Must provide copy of fictitious filing)

Optional Descriptive Account Title:

| Statement Address: | 16192 COASTAL HWY | | | |
|---|---|---|---|---|
| City: LEWES | State: | DE | Postal Code: | 19958-3608 |

## II. BUSINESS TYPE

Business Type

| ☐ Corporation | ☐ Sole Proprietorship | ☐ Joint Venture | ☐ Limited Liability Partnership |
|---|---|---|---|
| ☐ General Partnership | ☐ Limited Partnership | ☐ Unincorporated Organization or Association | |
| ☐ Government Authority Agency | ☐ Other | (Other Type) | |
| ☑ Limited Liability Company: | ☐ Manager Managed | ☑ Member Managed | ☐ Sole Member |

## III. Designated Account Signers

| Add or Delete | Printed Name | Title (If signer also on Banking Resolution, Title Must match) | Signature | Signer Limited to Check Signing ONLY |
|---|---|---|---|---|
| Add | MICHAEL R FORCE | MEMBER | X _____ | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

F01-AW-0000059

EX 17
607

DEPOSIT ACCOUNT DOCUMENTATION-SIGNATURE CARD

**IV. CUSTOMER ACKNOWLEDGEMENT & AGREEMENT**

You begin or continue a deposit account relationship with us by giving us information about your business and by signing this Agreement. The deposit agreement we give you is part of your agreement with us regarding use of your account and tells you the current terms governing your account. We may change the deposit agreement at any time and will inform you of changes that affect your rights and obligations. By signing below, you acknowledge receipt of the deposit agreement. The deposit agreement includes a provision for alternative dispute resolution.

By signing below, you authorize each person who has signed in the Designated Account Signer section on page one, to operate any account opened under this signature card now or in the future. The authority to operate an account includes: authority to sign checks and other items and to give us other instructions, including by electronic signature, electronic record or other electronic form, to withdraw funds; to endorse and deposit checks and other items payable to or belonging to you to the account; and to transact other administrative business, including by electronic signature, electronic record or other electronic form relating to the account, including closing the account. If you wish to restrict a designated signer's authority to check signing you must indicate that by checking the box to the right of their name. We may rely on this authorization for any account opened under this signature card until we receive written notice revoking the authorization at the office where we maintain the account, and we have a reasonable time to act upon such notice. By signing below, this organization agrees to be bound to the above Agreement and Authorization.

For CA Public Funds only: Any person signing this Agreement for the Organization certifies that they are duly authorized to do so as evidenced by attached banking resolution/contract for deposit of moneys or existing banking resolution/contract for deposit of money on file with us.

| MICHAEL R FORCE | MEMBER | x ~~~ | 12/2/16 |
| Printed Name<br>Michael Force | Title<br>(Certifying Individual must be authorized on Banking Resolution. Title MUST match) | | 12/2/16 |

**V. SUBSTITUTE FORM W9 / CERTIFICATION**

☑ ██████████████  ████ 7054
☐ Social Security Number

Legal name of the owner of the Federal E.I.N. or SSN listed above   DIGITAL ALTITUDE LLC

Federal tax Classification; check only one of the following seven boxes

☐ Individual /sole proprietorship or single member LLC    ☑ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☑ Limited liability company. Enter the tax classification ████████████████████  [ c ]

Note: For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions from IRS)  _____

Exemptions (Codes apply only to certain entities, not individuals)

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

Under penalties of perjury, I certify that: 1) the employer identification number or social security number shown on this form for this account holder is correct (or the account holder is waiting for a number to be issued); and 2) the account holder is not subject to backup withholding because: (a) the account holder is exempt from backup withholding, or (b) the account holder has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the account holder that it is no longer subject to backup withholding; and 3) the account holder is a United States person (defined below*); and 4) The FATCA code(s) entered on this form (if any) indicating that the organization is exempt from FATCA reporting is correct.

Certification Instructions: Cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

* If the organization listed above is a foreign entity use the applicable IRS Form W-8 ( for additional information please see IRS instructions). The term "United States person" means a citizen or resident of the United States; a partnership created or organized in the United States or under the laws of the United States or of any State; a corporation created or organized in the United States or under the laws of the United States; or of any state or any estate or trust other than a foreign estate or foreign trust.

By signing below, the account holder agrees to be bound by the above Tax Information Certification.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| MICHAEL R FORCE | MEMBER | x ~~~ | 12/2/16 |
| Printed Name<br>Mich ael Force | Title | | |

F01-AW-0000059

**Bank of America**
**Merrill Lynch**

**Deposit Account &Treasury Management Services**
Banking Resolution and Certificate of Incumbency

Note: Please enable Macros

**CLIENT INFORMATION**

Please select one of the following options:

| ☒ | New Resolution/Incumbency |
| ☐ | Update Incumbency (Used to Add or Delete individual authorized signers) |
| ☐ | Supersede Resolution/Incumbency (Replaces any and all prior banking resolutions) |

**ORGANIZATION LEGAL NAME** (Must match legal name indicated in company formation documents)

DIGITAL ALTITUDE LLC

- This Banking Resolution and Certificate of Incumbency will apply to all accounts the Organization maintains with us.
- The Organization adopts the following B——— Resolution and Certificate of Incumbency (with specimen signatures)"

The undersigned certifies that:
1) Any individual (each an "Authorized Signer") with any of the following Titles

| Title: | MEMBER |
| Title: | |
| Title: | |

is authorized, acting alone, including by electronic signature, electronic record or other electronic form, (a) to establish accounts from time to time for the Organization at Bank of America, N.A. (the "Bank"), as well as to operate and close such accounts, (b) to enter into any and all agreements and transactions contemplated by the provision of treasury management services by the Bank, including but not limited to Electronic Funds Transfer Services; and (c) designate persons to operate each such accounts including closing the account, and to designate persons to act in the name and on behalf of the Organization/Client with respect to the establishment and operation of treasury management services.

2) the person whose signature, name, and title appear in the "AGREEMENT, TAX INFORMATION CERTIFICATION and AUTHORIZATION" section of the Deposit Account Documentation Signature Card ("Signature Card") and those persons listed below on the Incumbency Certificate, are Authorized Signers who are authorized, including by electronic signature; electronic record or other electronic form, to establish accounts and to designate persons to operate each such account and to execute contracts and agreements (including treasury management service agreements, including but not limited to Electronic Funds Transfer Agreements) with the Bank and that the signatures of such Authorized Signers are genuine.

3) the persons who signed in the Designated Account Signers section of the Signature Card are authorized to operate any accounts opened with the deposit account documentation unless otherwise noted on the Signature Card, and that the signatures of such Designated Account Signers are genuine.

4) the foregoing is a complete, true and correct copy of the banking resolutions adopted by the Board of Directors, the Members or the General Partners, Commission, Council or Governing Board as applicable, of the Organization, government entity or authority and that the resolutions are still in full force and effect and have not been amended or revoked and do not exceed the objects or powers of the Organization, government entity, authority or the powers of its management or Governing Board, Commission or Council.

Incumbency Certificate:

| Add/Delete | Name | | Title | | |
|---|---|---|---|---|---|
| ADD | Select One | MICHAEL R FORCE | | MEMBER | | x _~_ |
| | Select One | | | | | x |
| | Select One | | | | | x |

* If you choose to provide your own Banking Resolution and Certificate of Incumbency (with specimen signatures), it must be attached to the signature card.

This Banking Resolution and Certificate of Incumbency must be signed as follows:

- **Corporations:** Secretary or assistant secretary of the company must sign.
- **Any Partnership type:** One of the general partners must sign. If the general partner is an organization, show the name of the general partner and include capacity of signer.
- **Limited Liability Company:**
  - **Member Managed LLC:** One of the members or an officer of the company must sign. If the member or manager is an organization, show the name of the member or manager and include capacity of signer.
  - **Manager Managed LLC:** The manager or managers or an officer authorized of the company must sign. If the member or manager is an organization, show the name of the member or manager and include capacity of signer.
- **Other unincorporated organizations:** An officer of the organization who is authorized by the by-laws or operating agreement of the company must sign.
- **Government entities, authorities or agencies:** An authorized signer of the government entity/authority who is authorized by the statutes must sign.

In Witness Whereof, I have hereunto set my hand as (title) of the Organization listed above

| Title: | MEMBER |

Type or Print Name of Certifying Individual
MICHAEL R FORCE

Name of Company who is General Partner or Member, leave blank if not applicable. (Type or print Name of company including the legal name of any member, managing member, manager, or general partner who is signing and who is not an individual)

| Signature | x _~_ | | Date | 12/2/16 |

00-35-2854NSBW 04-09-2014 HS (SF)

**Page 1 of 1**
**Bank of America – Confidential**

© 2014 Bank of America Corporation

# Exhibit 18

### CERTIFICATE OF AUTHENTICITY
### OF
### BUSINESS RECORDS

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by Domains by Proxy, LLC, and that my office title or position is Admin-Legal II.  I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of Domains by Proxy, LLC.

I further state that:

1.    Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.    such records are kept in the course of a regularly conducted business activity;

3.    the business activity made such records as a regular practice; and

4.    if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this ___19th___ day of May 2017.

Kimberly A. Groff
Admin-Legal II
Domains by Proxy, LLC
14747 N. Northsight Blvd., Suite 111
PMB 353
Scottsdale, Arizona 85260

# Domain Information for Shopper ID 30543538

| | |
|---|---|
| Shopper ID: | 30543538 |
| Domain Name: | ASPIR.INFO |
| Registrar: | Wild West Domains, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ███████ |
| Address 2: | |
| City: | Cambridge |
| State/Province: | Massachusetts |
| Postal Code: | ███ |
| Country: | United States |
| Phone: | ███████ |
| Fax: | |
| Modify Time: | 3/13/2016 6:18:45 PM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ███████ |
| Address 2: | |
| City: | Cambridge |
| State/Province: | Massachusetts |
| Postal Code: | ███ |
| Country: | United States |
| Phone: | ███████ |
| Fax: | |
| Modify Time: | 3/13/2016 6:18:45 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ███████ |
| Address 2: | |
| City: | Cambridge |
| State/Province: | Massachusetts |
| Postal Code: | ███ |
| Country: | United States |
| Phone: | ███████ |
| Fax: | |
| Modify Time: | 3/13/2016 6:18:45 PM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ███████ |
| Address 2: | |
| City: | Cambridge |
| State/Province: | Massachusetts |
| Postal Code: | ███ |
| Country: | United States |
| Phone: | ███████ |
| Fax: | |
| Modify Time: | 3/13/2016 6:18:45 PM |

# Domain Information for Shopper ID 30543538

| | |
|---|---|
| Shopper ID: | 30543538 |
| Domain Name: | ASPIR.ME |
| Registrar: | Wild West Domains, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▮▮▮▮ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Australian Capital Territory |
| Postal Code: | ▮▮ |
| Country: | Australia |
| Phone: | ▮▮▮▮ |
| Fax: | |
| Modify Time: | 3/13/2016 9:18:38 PM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▮▮▮▮ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Australian Capital Territory |
| Postal Code: | ▮▮ |
| Country: | Australia |
| Phone: | ▮▮▮▮ |
| Fax: | |
| Modify Time: | 3/13/2016 9:18:38 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▮▮▮▮ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Australian Capital Territory |
| Postal Code: | ▮▮ |
| Country: | Australia |
| Phone: | ▮▮▮▮ |
| Fax: | |
| Modify Time: | 3/13/2016 9:18:38 PM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▮▮▮▮ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Australian Capital Territory |
| Postal Code: | ▮▮ |
| Country: | Australia |
| Phone: | ▮▮▮▮ |
| Fax: | |
| Modify Time: | 3/13/2016 9:18:38 PM |

# Domain Information for Shopper ID 30543538

Shopper ID:            30543538
Domain Name:           ASPIRETODAY.ME
Registrar:             Wild West Domains, LLC
Status:                Active
Name Servers:
Auto Renew:
Renew Period:

## Registrant Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▉ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Australian Capital Territory |
| Postal Code: | ▉ |
| Country: | Australia |
| Phone: | ▉ |
| Fax: | |
| Modify Time: | 3/3/2017 9:12:49 AM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▉ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Australian Capital Territory |
| Postal Code: | ▉ |
| Country: | Australia |
| Phone: | ▉ |
| Fax: | |
| Modify Time: | 3/3/2017 9:12:49 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▉ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Australian Capital Territory |
| Postal Code: | ▉ |
| Country: | Australia |
| Phone: | ▉ |
| Fax: | |
| Modify Time: | 3/3/2017 9:12:49 AM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▉ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Australian Capital Territory |
| Postal Code: | ▉ |
| Country: | Australia |
| Phone: | ▉ |
| Fax: | |
| Modify Time: | 3/3/2017 9:12:49 AM |

# Domain Information for Shopper ID 30543538

| | |
|---|---|
| Shopper ID: | 30543538 |
| Domain Name: | CLIMBINGSTEPS.COM |
| Registrar: | Wild West Domains, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▇▇▇ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Massachusetts |
| Postal Code: | ▇▇ |
| Country: | United States |
| Phone: | ▇▇▇ |
| Fax: | |
| Modify Time: | 1/17/2017 1:54:21 PM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▇▇▇ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Massachusetts |
| Postal Code: | ▇▇ |
| Country: | United States |
| Phone: | ▇▇▇ |
| Fax: | |
| Modify Time: | 1/17/2017 1:54:21 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▇▇▇ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Massachusetts |
| Postal Code: | ▇▇ |
| Country: | United States |
| Phone: | ▇▇▇ |
| Fax: | |
| Modify Time: | 1/17/2017 1:54:21 PM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▇▇▇ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Massachusetts |
| Postal Code: | ▇▇ |
| Country: | United States |
| Phone: | ▇▇▇ |
| Fax: | |
| Modify Time: | 1/17/2017 1:54:21 PM |

# Domain Information for Shopper ID 30543538

| | |
|---|---|
| Shopper ID: | 30543538 |
| Domain Name: | TRAININGGRADES.COM |
| Registrar: | Wild West Domains, LLC |
| Status: | Active |
| Name Servers: | |
| Auto Renew: | |
| Renew Period: | |

## Registrant Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▮▮▮▮▮ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Massachusetts |
| Postal Code: | ▮▮▮ |
| Country: | United States |
| Phone: | ▮▮▮▮ |
| Fax: | |
| Modify Time: | 1/17/2017 1:54:22 PM |

## Technical Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▮▮▮▮▮ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Massachusetts |
| Postal Code: | ▮▮▮ |
| Country: | United States |
| Phone: | ▮▮▮▮ |
| Fax: | |
| Modify Time: | 1/17/2017 1:54:22 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▮▮▮▮▮ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Massachusetts |
| Postal Code: | ▮▮▮ |
| Country: | United States |
| Phone: | ▮▮▮▮ |
| Fax: | |
| Modify Time: | 1/17/2017 1:54:22 PM |

## Billing Contact

| | |
|---|---|
| Name: | Alan Moore |
| Company: | |
| Email: | alantoday@gmail.com |
| Address 1: | ▮▮▮▮▮ |
| Address 2: | |
| City: | Campbell |
| State/Province: | Massachusetts |
| Postal Code: | ▮▮▮ |
| Country: | United States |
| Phone: | ▮▮▮▮ |
| Fax: | |
| Modify Time: | 1/17/2017 1:54:22 PM |

# Exhibit 19



Wix.com Ltd.
40 Namal Tel-Aviv St.
Tel Aviv 63506 Israel
Office: +(972)-3-5454900
Fax: +(972)-3-5466407

September 7, 2017

**To:** - **Private and Confidential** -

**Federal Trade Commission**

Attn: Carol Jones / Laura Basford
600 Pennsylvania Avenue NW, Mailstop CC-8528 Washington. DC 20580
lbasford@ftc.gov

Dear,

RE: <u>**Civil Investigative Demand**</u>
File no: 9923259

Pursuant to Civil Investigative Demand provided to Wix.com (The "**Subpoena**"), we conducted a diligent search for information responsive to your requests regarding the following data subjects:

1. **traininggrades.com**
2. **climbingsteps.com**
3. **digitalaltitude.co**
4. **Digital Altitude, LLC (**████████████**)**
5. **Digital Altitude Limited**
6. **Soar International LLC**
7. **Aspire LLC**
8. **Aspire Systems**
9. **Aspire Systems LLC**
10. **Aspire Processing LLC (**████████**)**
11. **RISE Systems & Enterprise (**████████**)**
12. **Thennography for Life. LLC d/b/a/ Living Exceptionally, Inc** ████████**)**
13. **The Upside LLC**
14. **Disc Enterprises, fnc. (**████████**)**
15. **Martin Merriment Companies. Inc. (**████████**)**
16. **Relativity Marketing LLC**
17. **Aspire Systems & Enterprise LLC**
18. **Aspire Systems & Events LLC**
19. **The Entrepreneur' s Agency LLC**
20. **Aspire Processjng Limited**
21. **Aspire Ventures Limited**
22. **Aspire Design Studios LLC**
23. **Aspire Mobile Solutions**
24. **Michael Force (SSN:** ████████**)**
25. **Mary Dee a/k/a Mary Prichard a/k/a Mary McCowan a/k/a Mary McGowan (SSN:** ████████**)**
26. **Morgan Johnson (SSN:** ████**)**
27. **Dalila Force a/k/a Dalila Fazai a/k/a Dalila fazia (SSN:** ████████ **or** ████**)**
28. **Rashard Washingtor1 (SSN:** ████████**)**
29. **Jash in Howell (SSN:** ████████**)**

**WiX**.com

Wix.com Ltd.
40 Namal Tel-Aviv St.
Tel Aviv 63506 Israel
Office: +(972)-3-5454900
Fax: +(972)-3-5466407



30. **Ryan Jaten (SSN:** ▮▮▮**)**
31. **Jeremy Miner (SSN:** ▮▮▮**)**
32. **Alan Moore (SSN:** ▮▮▮**)**
33. **Sean Brown (SSN:** ▮▮▮**)**
34. **Gerard Joseph (SSN:** ▮▮▮**)**
35. **Ria Joseph a/k/aRia Roebuck (SSN:** ▮▮▮**)**
36. **Chantra Stewart (SSN: X**▮▮▮**)**
37. **Robert Bell (SSN:** ▮▮▮**)**
38. **Maureen Prichard (SSN:** ▮▮▮**)**
39. **Alyssa Wilkerson (SSN:** ▮▮▮**)**
40. **Mike Budny (SSN: X**▮▮▮**)**
41. **Dion Mcintosh (SSN:** ▮▮▮**)**
42. **Mohammed Abdul Alim**
43. **alantoday@gmail.com**
44. **support@traininggrades.com**
45. **michaelforce@me.com**
46. **support@empowernetwork.com**
47. ▮▮▮
48. ▮▮▮
49. **mary@livingexceptionally.com**
50. **mary@tedmcgrathbrands.com**
51. info@tedmcgrathbrands.com
52. **mdee@digitalaltitude.com**
53. ▮▮▮

▮▮▮

56. **thermoforlife@gmrul.com**
57. ▮▮▮
58. **aspireprocessingllc@gmail.com**
59. **jashin.howell@acornworldwide.com**
60. ▮▮▮
61. ▮▮▮

63. **risesystemsent@gmail.com**
64. ▮▮▮
65. ▮▮▮

**PLEASE NOTE THAT THIS LETTER CONTAINS PERSONAL INFORMATION, AND YOU ARE THEREFORE REQUESTED TO MAINTAIN IT IN CONFIDENCE AND TO USE AND DISCLOSE IT SOLELY FOR THE LAWFUL PURPOSES OF THE SUPOENA AND AS INSTRUCTED BY THE COURT.**

# WiX.com

Wix.com Ltd.
40 Namal Tel-Aviv St.
Tel Aviv 63506 Israel
Office: +(972)-3-5454900
Fax: +(972)-3-5466407

We hereby approve and warrant that the information provided by us is the accurate info we are holding regarding the above-listed website, and respond in accordance with state and federal law, including the Electronic Communications Privacy Act, 18 U.S.C. § 2701 *et seq.*

## **INFORMATION REQUESTED**

**1 – Domain Name: traininggrades.com**
   **Domain Name: climbingsteps.com**

User Information:
User Name: exxcell
Email: amoore@digitalaltitude.co

List and Length of Wix Services:
Cancelled Premium Services:
  ▪ Wix Stores Premium Plan (Basic Store): January 19, 2017 - Cancelled
  ▪ Wix Stores Premium Plan (Basic Store): January 19, 2017 – Cancelled
  ▪ Wix Stores Premium Plan (Basic Store): January 19, 2017 - Cancelled

Billing and Payment Information:
First Name: Alan
Last Name: Moore
Email: amoore@digitalaltitude.co
Company Name: Digital Altitude LLC
Phone:  +17202919897
Address: 16192 Coastal Hwy
City: Lewes
Zip: 19958
Country: United States
State: Delaware
Credit Card: MasterCard ███████████
Expiration Date: █████

IP Logs:
See **Exhibit A** (IP logs were generated in UTC time).

**2 – Email Address: alantoday@gmail.com**

User Information:
User Name: alantoday
Email: alantoday@gmail.com

List and Length of Wix Services:

**WiX**.com

Wix.com Ltd.
40 Namal Tel-Aviv St.
Tel Aviv 63506 Israel
Office: +(972)-3-5454900
Fax: +(972)-3-5466407

Free Wix Account - No services were purchased, therefore Wix does not hold billing and payment information with respect with this account.

IP Logs:
See **Exhibit B** (IP logs were generated in UTC time).

**3 – Email Address:** ██████████████

User Information:
User Name: ███████████
Email: ████████████████

List and Length of Wix Services:
Free Wix Account - No services were purchased, therefore Wix does not hold billing and payment information with respect with this account.

IP Logs:
See **Exhibit C** (IP logs were generated in UTC time).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September, 7, 2017

Please do not hesitate to contact us should you have any questions.

Respectfully,

Dvir Zemach, Adv.
Legal Counsel, Wix.com Ltd.

# Exhibit 20

## <u>CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY</u>

Pursuant to 28 U.S.C. § 1746

1.      I, _Zach Behrman_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.      I have authority to certify the authenticity of the records produced by **Earth Class Mail, Inc.**, and attached hereto.

3.      The documents produced and attached hereto by **Earth Class Mail, Inc.** are originals or true copies of records of regularly conducted activity that:

   a)      Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b)      Were kept in the course of the regularly conducted activity of **Earth Class Mail, Inc.**; and

   c)      Were made by the regularly conducted activity as a regular practice of **Earth Class Mail, Inc.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _April 20_____, 2017.


_____
Signature

United States Postal Service®
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| | |
|---|---|
| | 1. Date 09.07.2016 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service an addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3a.Address to be Used for Delivery (Include PMB or # sign.) | |
|---|---|---|
| RISE SYSTEMS & ENTERPRISE LLC, DIGITAL ALTITUDE LLC | 3b. City Houston | 3c. State TX  3d. ZIP + 4® |
| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): | |
| a. Name  Earth Class Mail Corp. | | |
| b. Address (No., street, apt./ste. no.)  9450 SW Gemini Drive, #101 | Yes | |
| c. City  Beaverton | d. State OR | e. ZIP + 4 97008-7105 |
| 6. Name of Applicant  MARY DEE | 7a. Applicant Home Address (No., street, apt./ste. no) | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification.  aTX DL# | 7b. City  Fort Worth | 7c. State TX  7d. ZIP + 4 |
| | 7e. Applicant Telephone Number (Include area code) | |
| bPASSPORT # | 9. Name of Firm or Corporation  Digital Altitude LLC and RISE Systems & Enterprise LLC | |
| | 10a. Business Address (No., street, apt./ste. no)  16192 Coastal Hwy | |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City  Lewes | 10c. State DE  10d. ZIP + 4 19958 |
| | 10e. Business Telephone Number (Include area code)  800-820-7589 | |
| | 11. Type of Business  Digital Marketing & Events Agency | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) |
|---|
| MARY DEE, RISE SYSTEMS & ENTERPRISE, DIGITAL ALTITUDE |

| 13. If a CORPORATION, Give Names and Addresses of Its Officers | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. |
|---|---|
| MARY DEE-                               FORT WORTH TX | RISE SYSTEMS & ENTERPRISE LLC- Utah County, 8/2/16 |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|
| | Mary Dee   Member |

PS Form **1583**, December 2004 (Page 1 of 2) (7530-01-000-9365)          This form on Internet at www.usps.com®

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California )
County of SAN DIEGO )

On SEPT 7TH, 2016 before me, SANDRA SAENZ, NOTARY PUBLIC,
    *Date*              *Here Insert Name and Title of the Officer*
personally appeared MARY DEE.
                            *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> SANDRA M. SAENZ
> Commission # 2094148
> Notary Public - California
> San Diego County
> My Comm. Expires Dec 19, 2018

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                   *Signature of Notary Public*

       *Place Notary Seal Above*

--- **OPTIONAL** ---

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: APPLICATION FOR DELIVERY OF MAIL THROUGH AGENT
Document Date: 09/07/2016      Number of Pages: ONE
Signer(s) Other Than Named Above: NONE

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: MARY DEE
☒ Corporate Officer — Title(s): MEMBER
☐ Partner — ☐ Limited ☐ General
☒ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: SELF

Signer's Name: N/A
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

---

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# STATE OF NEVADA



***BARBARA K. CEGAVSKE***
*Secretary of State*

***JEFFERY LANDERFELT***
*Deputy Secretary*
*for Commercial Recordings*

***Commercial Recordings Division***
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
## SECRETARY OF STATE

Sean Brown
Time. Talents. Possessions. LLC
9980 South 300 West
Sandy, UT 84070

**Job:C20160802-0884**
August 2, 2016

**Special Handling Instructions:**

### Charges

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Articles of Organization | 20160343660-91 | 8/2/2016 9:28:46 AM | 1 | $75.00 | $75.00 |
| Total | | | | | $75.00 |

### Payments

| Type | Description | | Amount |
|---|---|---|---|
| Credit | | | $75.00 |
| Total | | | $75.00 |

**Credit Balance:** $0.00

**Job Contents:**

| | |
|---|---|
| File Stamped Copy(s): | 1 |
| LLC Charter(s): | 1 |
| ILMM-ALMM(s): | 1 |

Sean Brown
Time. Talents. Possessions. LLC
9980 South 300 West
Sandy, UT 84070

EX 20
623





**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701–4201
(775) 684–5708
Website: www.nvsos.gov

*050106*

---

## Articles of Organization Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | **20160343660-91** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **08/02/2016 9:28 AM** |
| State of Nevada | Entity Number |
| | ████████016-4 |

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                        ABOVE SPACE IS FOR OFFICE USE ONLY

| **1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions) | RISE SYSTEMS & ENTERPRISE LLC     Check box if a Series Limited-Liability Company ☐   Check box if a Restricted Limited-Liability Company ☐ |
|---|---|
| **2. Registered Agent for Service of Process:** (check only one box) | ☒ Commercial Registered Agent: NATIONAL REGISTERED AGENTS, INC. OF NV<br>Name<br>☐ Noncommercial Registered Agent (name and address below)   **OR**   ☐ Office or Position with Entity (name and address below)<br><br>Name of Noncommercial Registered Agent **OR** Name of Title of Office or Other Position with Entity<br><br>_____ Nevada _____<br>Street Address          City                    Zip Code<br>_____ Nevada _____<br>Mailing Address (if different from street address)  City          Zip Code |
| **3. Dissolution Date:** (optional) | Latest date upon which the company is to dissolve (if existence is not perpetual): |
| **4. Management:** (required) | Company shall be managed by: ☒ Manager(s)  **OR**  ☐ Member(s)<br>(check only one box) |
| **5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3) | 1) MORGAN JOHNSON<br>Name<br>701 S CARSON ST STE 200   CARSON CITY   NV   89701<br>Street Address          City          State  Zip Code<br>2) MARY DEE<br>Name<br>701 S CARSON ST STE 200   CARSON CITY   NV   89701<br>Street Address          City          State  Zip Code<br>3) _____<br>Name<br><br>_____   _____   ___   _____<br>Street Address          City          State  Zip Code |
| **6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.<br>MARY DEE                    ☒ MARY DEE<br>Name                       Organizer Signature<br>701 S CARSON ST STE 200   CARSON CITY   NV   89701<br>Address          City          State  Zip Code |
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | I hereby accept appointment as Registered Agent for the above named Entity.<br>☒ NATIONAL REGISTERED AGENTS, INC. OF NV                8/2/2016<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity   Date |

*This form must be accompanied by appropriate fees.*                Nevada Secretary of State NRS 86 DLLC Articles
                                                        Revised: 10-1-15



# LIMITED LIABILITY COMPANY CHARTER

I, BARBARA K. CEGAVSKE, the Nevada Secretary of State, do hereby certify that **RISE SYSTEMS & ENTERPRISE LLC** did on August 2, 2016, file in this office the Articles of Organization for a Limited Liability Company, that said Articles of Organization are now on file and of record in the office of the Nevada Secretary of State, and further, that said Articles contain all the provisions required by the laws governing Limited Liability Companies in the State of Nevada.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on August 2, 2016.

BARBARA K. CEGAVSKE
Secretary of State

Certified By: Electronic Filing
Certificate Number: C20160802-0884
You may verify this certificate
online at **http://www.nvsos.gov/**

# Exhibit 21

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

Pursuant to 28 U.S.C. § 1746

1.  I, _Sarah Klempnauer_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by **Lake Worth Ship and Mail, Inc., also d/b/a Max's E Z Mail**, and attached hereto.

3.  The documents produced and attached hereto by **Lake Worth Ship and Mail, Inc., also d/b/a Max's E Z Mail** are originals or true copies of records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of **Lake Worth Ship and Mail, Inc., also d/b/a Max's E Z Mail**; and

    c)  Were made by the regularly conducted activity as a regular practice of **Lake Worth Ship and Mail, Inc., also d/b/a Max's E Z Mail**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __March 30__, 2017.

Signature



**Mailbox History**

ROBERT BELL

From 4/04/2016 To 3/30/2017

Max's E Z Mail
6340 Lake Worth Blvd
FORT WORTH, TX 76135

Page:   1
03/30/2017 04:23 PM
Version 10.9.2.4

| Mailbox | Date | Description | Amount |
|---------|------|-------------|--------|
| 103 | 06/10/2016 08:28:55 AM | Renew to 5/15/17 | $168.00 |
| 103 | 06/10/2016 08:28:55 AM | Notification Service | $0.00 |

F01-AW-0000033



DEAR CUSTOMER,

WE ARE SWITCHING TO AN ELECTRONIC SYSTEM TO BETTER NOTIFY YOU OF WHEN YOU HAVE PACKAGES WAITING FOR YOU. TO ENSURE THAT YOU RECEIVE ALL NOTIFICATIONS PLEASE FILL OUT THE FORM BELOW WITH YOUR PREFERRED NOTIFICATION SOURCE.

NAME: Mary Dee/Rober Bell/Living Exceptionally Inc

BOX # _103_

CELL #

OR

EMAIL

(IF YOU WILL BE RECEIVING EMAILS ADD AUTO-NOTIFY@JUSTNOTIFY.ME TO ENSURE YOUR NOTIFICATIONS ARE RECEIVED).

THANK YOU,

MAX'S EZ MAIL



United States Postal Service

## Application for Delivery of Mail Through Agent

See Privacy Act Statement on Reverse

| | |
|---|---|
| | 1. Date   4/18/2014 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2 Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate Form 1583 for EACH applicant. Spouses may complete and sign one Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) | 3a. Address to be Used for Delivery (Include PMB or # sign.) 6340 Lake Worth Blvd  # 103 | | |
|---|---|---|---|
| MARY DEE | 3b. City FORT WORTH | 3c. State TX | 3d. ZIP + 4® 76135 |
| 4. Applicant authorizes delivery to and in care of: | 5. This Authorization Is Extended to Include Restricted Delivery Mail for the Undersigned(s): | | |
| a. Name Max's E Z Mail | *Living Exceptionally Inc.* | | |
| b. Address (No.,street, apt./ste. no.) 6340 Lake Worth Blvd | *Thermography For Life* | | |
| c. City FORT WORTH | d. State TX | e. ZIP + 4 76135 | *Robert Bell*   opened 4-18-14 |
| 6. Name of Applicant MARY DEE | 7a. Applicant Home Address (No., street, apt./ste. no) **Address 1** | | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification | 7b. City FORT WORTH | 7c. State TX | 7d. ZIP + 4® |
| | 7e. Applicant Telephone Number (Include area code) | | |
| a. TEXAS DRIVERS LICENSE: | 9. Name of Firm or Corporation | | |
| b. AUTO REGISTRATION: | 10a. Business Address (No., street, apt./ste. no) | | |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City | 10c.State | 10d. ZIP + 4® |
| | 10e. Business Telephone Number (Include area code) | | |
| | 11. Type of Business | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) |
|---|
| |

| 13. If a CORPORATION, Give Names and Addresses of Its Officers | 14 If Business Name of The Address (Corporation or Trade Name) Has Been Registered, Give Name of County and State, and Date of Registration. |
|---|---|
| | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). (18 U.S.C. 1001)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|
| *[signature]* | *[signature]* |

PS Form **1583**, December 2004 (7530-01-000-9365)

F01-AW-0000033