DBA Name: Digital Altitude LLC

## 7. Merchant Business Details, Policies, Product & Service Delivery

| | |
|---|---|
| Is your business home based? | ☐ Yes ☒ No   If yes: Details: |
| Is your business seasonal? | ☐ Yes ☒ No   If yes: ☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun ☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec |
| Do you charge customers on recurring basis? ☑ Yes ☐ No   If yes: How often will you charge the cardholder's card? | |
| Do you Require customers to pay a deposit? ☐ Yes ☒ No   If yes: What percentage (%) of the total sales do you require?         % | |
| Do you use a third party fulfillment house? | ☐ Yes ☒ No   If yes: Details: |

How long after their card is charged will the cardholder receive the product or service? Immediately

Method of Delivery of products and services? Login portal and Phone call

What is your Return & Refund Policy? ☑ Full Refund  ☐ Exchange Only  ☐ Store Credit  ☐ No Returns / Refunds  ☐ None

Advertising Method: ☐ Catalogue/Brochure  ☐ Publications  ☐ Direct Mail  ☐ TV/Radio  ☑ Internet  ☐ Telemarketing  ☐ Other:

Have you ever had a Data Breach? ☐ Yes  ☒ No  If yes: Details:

Are you currently PCI Compliant? ☑ Yes  ☐ No  If No: Details:

Do you use a third party to store, process, transmit cardholders' data? ☑ Yes ☐ No If yes: Details: NMI

List all POS Systems, Software, and/or Gateways used to process credit cards: NMI

## 8. References

| Bank Reference Name | Bank Contact Name | Contact Phone Number | Account Number |
|---|---|---|---|
| Bank of America | | | |

## 9. Entitlements

☑ Visa Credit  ☑ Visa Debit  ☑ MC Credit  ☑ MC Debit  ☑ Discover Network  ☐ PIN Debit/ATM  ☐ EBT/Food Stamps, FNS #:

☑ American Express OptBlue

Note: Entitlements such as: Diner's Club Int'l, Dina Card, JCB, Union Pay, BC Card, etc. are accepted since they process on existing networks like Discover Network, MC, etc.

## 10. Fee Schedule

Pricing Method: Net         Credit Card Pricing: Interchange Plus (IC+)       PIN Debit Pricing:                    AMEX: Opt-Blue

| | | | | | |
|---|---|---|---|---|---|
| Credit Discount Rate: | 3.99 % | Signature Debit Discount Rate: | % | Mid-Qualified (add) + % | Non-Qualified (add) + % |
| PIN Debit Discount: | % | Reg. Sig. Debit Rate $0.22+ | % | AMEX OptBlue: 4.99 % Mid-Q (add)+ | % Non-Q (add)+ % |

Pass Through: ☑ Visa/MC/DS/AMEX Interchange      ☑ Visa/MC/DS/AMEX Assessment Fees   ☑ Debit Networks Fees   ☐ Next Day Funding

| | Auth Fee | Trans Fee | | Item Fee | | Item Fee | | Item Fee |
|---|---|---|---|---|---|---|---|---|
| Visa/MC/Discover | | 0.25 | Voice Authorization | 1.00 | Monthly Minimum | 35.00 | Application Fee | 0.00 |
| Signature Debit Cards | | 0.25 | IVR Authorization | 1.00 | Monthly Maintenance | 10.00 | Account Changes | 0.00 |
| American Express | | 0.25 | Referral Auth. | 10.00 | Monthly Statement | 10.00 | Annual Membership | 0.00 |
| JCB, Diners, Union, etc. | | | Reversals | 15.00 | Monthly Wireless | 0.00 | Wireless Setup | 0.00 |
| PIN Debit/ATM | | | Retrieval Request | 15.00 | Monthly Gateway Fee | 20.00 | Gateway Setup | 0.00 |
| EBT/Food Stamps | | | Chargeback Notice | 35.00 | M. Smart Phn Processing | 0.00 | Next Day Funding | 0.00 |
| Batch Close | | 0.35 | ACH Rejection Fee | 35.00 | Monthly Regulatory Fee | 6.95 | | |
| Electronic AVS | | 0.35 | PCI Reject Fee | 49.95 | Monthly Online Access | 0.00 | | |

A significant amount of what we charge you, the Merchant, for processing your credit and debit card transactions consist of charges by the Payment Brands, such as Visa, MasterCard, Discover, AMEX and/or the Issuers of these Payment Brands. Notwithstanding the foregoing, we may temporarily elect not to charge you for certain Payment Brand Charges; however that should not be understood as a waiver of our right to charge you for those Payment Brand Charges and we reserve the right to start charging you for them upon notice to you at any time in the future. Therefore, in addition to the listed discounts and fees above, the following Payment Card Brands' fees will be passed through to the merchant; (Visa Exception fee) Fee, Visa Network Acquirer Processing Fee (APF), Visa International Acquirer Fee (including High Risk), Visa Partial Authorization Non-participation Fee, Visa International Service (including cash advance), Visa Misuse, Visa Debit Transaction Integrity, Visa Fixed Acquirer Network Fee (FANF), Visa Zero Floor Limit, MC network access/brand usage (NABU) Fee, MC CVC2 Transaction Fee, MC AVS Auth Access Fee, MC Processing Integrity Fee, MC Account Status Inquiry, MC Digital Enablement Fee, MC assessment of credit transactions $1000 or greater, Discover International Processing Fee, Discover International Service Fee, Discover Data Usage Fee, Discover Network Authorization Fee, American Express CNP (Downgrade), American Express Inbound Fee on Cross Border Transactions, and 0.0010 based on Amex volume processing fee will be charged by TSYS Merchant Solutions, LLC., All Other Applicable Card Brand Fees and other future fees imposed by the payment brands (upon notice to you) may apply. Further Visa/MC/DS mandated fees, including association Bano II and keyable fees, may also apply. A $0.005 fee will be added to some assessments fees to account for cost not collected in other fee assessments. To understand what buckets various interchange levels qualify for is four tier, five tier and two tier interchange pass-through go to the CD that is included in your welcome kit and review "Interchange Qualification Buckets". If you exceed your high listed at the bottom of page 1 we may require the following: 1) 3 months of banking to support the transaction, 2) Removal of merchant from Next Day Funding 3) If banking does not support the transaction then we may elect to hold the funds for the transaction for up to 8 months to offset any potential chargeback. An Early Termination Fee (ETF) of $195 or $25 times the months remaining on the existing term, whichever is greater, will be charged upon termination by merchant. Additionally, any account that stops processing for more than 90 days and is not a seasonal account in good standing will be closed and will be subject to any ETF.

## 11. Site Visit

☐ Sales Rep Completed Site Site Visit  ☐ Merchant's inventory consistent with business type  ☐ Site consistent with application  ☒ No site visit performed

I hereby acknowledge that the above is true and accurate.       Sales Rep Signature:                         Date: 10/10/2016

X MD        MF

Merchant Initials

DBA Name: Digital Altitude LLC

## 12. Merchant's Authorized Representative(s)

By their execution below the undersigned parties agree to abide by the Merchant Transaction Processing Agreement (the "AGREEMENT"). The AGREEMENT consists of the Merchant Application and the Terms and Conditions (a separate attachment hereto), and MERCHANT acknowledges that it has received and read the terms and conditions at the time of signing. Merchant warrants that that the information provided on the Merchant Application is complete and accurate. MERCHANT authorizes MLS DIRECT NETWORK and/or BANK to provide a copy of this Merchant Application to any third party for the services requested. Merchant, its signing officer/owner/partner, and any Personal Guarantor authorize MLS DIRECT NETWORK and/or BANK, or their agents or assigns, to make from time to time, business or personal credit and other inquiries in connection with this Merchant Application or Agreement. By executing this Merchant Application, MERCHANT, its signing officer, owner, partner and any Personal Guarantor acknowledge that MLS Direct Network and/or Bank has a legitimate business need for the information contained in any personal credit report that may be obtained in connection with this Merchant Application or the Agreement, and that this Application is a business transaction that was initiated by the MERCHANT and/or any Personal Guarantor identified above. If applicable, MERCHANT agrees by its signature below to the American Express OptBlue Program Agreement. BANK is not a party to these agreements and has no obligation or liability under such agreements. In witness whereof the parties hereto have caused this AGREEMENT to be executed by their duly authorized representatives effective the date signed or approved by BANK

Merchant's Full Legal Owner's Name: Digital Altitude LLC

Signature X _____ Date: _____ Signature X _____ Date: _____

Print Name: Michael Force    Title: CEO    Print Name: Mary DEE    Title: COO

## 13. Personal Guarantee

THIS general, absolute, and unconditional continuing Guaranty ("GUARANTY") by the undersigned (collectively "GUARANTOR" or "my" or "I" or "me"), is for the benefit of MLS Direct Network, Inc. ("ISO") and/or First National Bank of Omaha ("BANK") (each a "Guaranty Party" and collectively the "Guaranty Parties"). For value received, and in consideration of the mutual undertakings contained in the Merchant Application and Agreement and allied agreements ("AGREEMENT") between the Guaranty Parties and ("MERCHANT") as set forth below, I absolutely and unconditionally guarantee the full performance of all MERCHANT's obligations to Guaranty Parties, together with all costs, expenses and attorneys' fees incurred by any Guaranty Party in connection with any actions, inactions, or defaults of MERCHANT. I waive any right to require the Guaranty Parties to proceed against other entities of MERCHANT. There are no conditions attached to the enforcement of this GUARANTY. I authorize the Guaranty Parties, their respective agents or assigns to make from time to time any personal credit or other inquiries and agree to provide, at the Guaranty Parties request, financial statements and/or tax returns. I agree that this GUARANTY shall be governed by and construed in accordance with the laws of the state of Nebraska, and the courts of the state of Nebraska and Alabama shall have and be vested with personal jurisdiction over me. For actions brought by ISO against MERCHANT related to collection matters not involving BANK, venue shall be Alabama. In the event BANK is brought in as a party to such action, venue shall revert to Nebraska. Venue shall be Nebraska for all other matters. This is a continuing GUARANTY and shall remain in effect until one hundred eighty (180) days after receipt by the Guaranty Parties or written notice by me terminating or modifying the same. The termination of the AGREEMENT or GUARANTY shall not release me from liability with respect to any obligations incurred before the effective date of termination. No termination of this GUARANTY shall be effected by any change in my legal status or any change in the relationship between the MERCHANT and me. This GUARANTY shall bind and inure to the benefit of the personal representatives, heirs, administrators, successors and assigns of GUARANTOR and the Guaranty Parties

Signature X _____ Date: _____ Signature X _____ Date: _____

Print Name: Michael Force    Title: CEO    Print Name: Mary DEE    Title: COO

If any of the information provided in this Merchant Application and Agreement changes, you must notify MLS Direct Network, Inc. of such change(s) as soon as possible.

| VISA Disclosure | |
|---|---|
| **MEMBER BANK (ACQUIRER) INFORMATION** | **MERCHANT INFORMATION** |
| FIRST NATIONAL BANK OF OMAHA | Digital Altitude LLC |
| 1620 Dodge Street | 16192 Coastal HWY |
| Omaha, NE 68197 | Lewes  DE, 19958 |
| (800) 853-9586 | (800) 820-7589 |

**IMPORTANT MEMBER BANK (ACQUIRER) RESPONSIBILITIES**

1. A Visa Member is the only entity approved to extend an acceptance of Visa products directly to Merchant.
2. A Visa Member must be a principal (signer) to the Merchant Agreement.
3. The Visa Member is responsible for educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply.
4. The Visa Member is responsible for and must provide settlement funds to the Merchant.
5. The Visa Member is responsible for all funds held in reserve that are derived from settlement.

**IMPORTANT MERCHANT RESPONSIBILITIES**

1. Ensure Compliance with cardholder Data Security and storage requirements.
2. Maintain fraud and chargebacks below thresholds
3. Review and understand the terms of the Merchant Agreement
4. Comply with Visa Operating Regulations.

The responsibilities listed above do not supersede the terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Visa Member (Acquirer) is the ultimate authority should the Merchant have any Problems.

X _____ Michael Force _____

Signature       Print Name       Date

| Internal Use Only | | | |
|---|---|---|---|
| MLS Direct Network, Inc. ("MLS") or "ISO") Signature: | Name (please print): | Title: | Date: 10.14.16 |
| First National Bank of Omaha ("BANK") Signature: | Name (please print): | Title: | Date: |

MLS Direct Network, Inc. is a registered ISO/MSP of First National Bank of Omaha, Omaha, NE

MLSDN 1601       Page 3 of 3

# Signature Certificate



Document Reference:   9DZGZJJAG5GGZ9A7BVBU9F



**Michael**
Party ID: GW4EZSI8FJJ4TXUBBPC3L2
IP Address: 75.80.158.216
| VERIFIED EMAIL: | mforce@digitalaltitude.co |



Multi-Factor
Digital Fingerprint Checksum    bda6d7aafaca1805a88f75de42364a0074a8ff05





**Mary**
Party ID: WDLJBPILB2BW6WRPXS2ER5
IP Address: 75.80.158.216
| VERIFIED EMAIL: | mdee@digitalaltitude.co |

Multi-Factor
Digital Fingerprint Checksum    bda6d7aafaca1805a88f75de42364a0074a8ff05



| Timestamp | Audit |
|---|---|
| 2016-10-10 16:27:42 -0700 | All parties have signed document. Signed copies sent to: Michael, Mary, and The Steward Group LLC.. |
| 2016-10-10 16:27:42 -0700 | Document signed by Michael (mforce@digitalaltitude.co) with drawn signature. - 75.80.158.216 |
| 2016-10-10 16:27:18 -0700 | Document viewed by Michael (mforce@digitalaltitude.co). - 75.80.158.216 |
| 2016-10-10 15:43:12 -0700 | Document signed by Mary (mdee@digitalaltitude.co) with drawn signature. - 75.80.158.216 |
| 2016-10-10 15:42:23 -0700 | Document viewed by Mary (mdee@digitalaltitude.co) - 75.80.158.216 |
| 2016-10-10 15:37:35 -0700 | Document created by The Steward Group LLC. (lyle@thestewardgrp.com). - 99.6.48.81 |



This signature page provides a record of the online activity executing this contract.

**Page 1 of 1**

F01-AW-0008217

EX 31
942

MLS DIRECT NETWORK

1112 Edenton Street • Birmingham, AL 35242 • 1.877.972.0700

**Fax Cover**

Fax To: 1(205) 278-8520

Total Number of Pages: _____
(Including this page)
Do Not Fax Application's Fine Print

MLS Office Name:  The Mannacorp Inc.

Agent Name:  Mana cay

Merchant DBA:  Digital Altitude LLC

MCC: _____

Boarding At:  **TSYS - TSYS**

Services Requested:

| **Processing Services** | **Gift Cards** |
|---|---|
| ___Credit  ___Debit  ___EBT  ___Debit Only | ___Chase  ___FirstData  ___Valutec  ___Other_____ |

| **EZ Check** | **Telecheck Requested** | **TSYS NEXT DAY FUNDING** |
|---|---|---|
| ___Conversion or ___Guarantee Only | ___ Yes  or ___ No | ___ Yes  or ___ No |

Notes and Comments:

_____

_____

_____

_____

_____

_____

_____

_____

**Required Supporting Documentation:**

1.  Required with ALL Applications:
    a.  Completed, Signed Merchant Application
    b.  Completed, Signed MLS PCI Agreement
    c.  Completed MLS Terminal Input Request (TIR) Form
    d.  A Blank Voided Check or Bank Letter
    e.  This Sheet!!!
2.  Very Desirable with ALL Applications:
    a.  The three most recent Processing Statements
3.  Required with ALL Applications for NEW Business (Merchant did not process before)
    a.  Resale Certificate, Business License, Professional License, and/or Articles of Incorporation
4.  Required with Specific Processors or Type of Merchant:
    a.  Chase – Completed and Signed Schedule A
    b.  Internet (E-Commerce Business) accounts must have an active website that meets all Internet
        Processing Requirements

MLSForms_FXC_R1301

| | |
|---|---|
| **From:** | Kodjo Tessi </O=TSYSEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=94A56D290A3E48D7B36C187463D2495E-KODJO TESSI> |
| **Sent:** | Wednesday, April 12, 2017 5:31 AM |
| **To:** | Brandon Simpson <BSimpson@tsys.com> |
| **Subject:** | FW: DIGITAL ALTITUDE LLC - ████████0739 |

Thank you!

**Kodjo Tessi**
Manager Merchant Risk Investigations
TSYS Merchant Solutions
Work: 402.574.7963
Fax: (706) 644 4543
Email: ktessi@tsys.com



**From:** Andy Pitts [mailto:andy@mlsdirectnetwork.com]
**Sent:** Sunday, December 18, 2016 10:32 AM
**To:** Kodjo Tessi <KTessi@tsys.com>; Aja Heise <AHeise@tsys.com>; Dragana Piazzola <dragana@mlsdirectnetwork com>; Tamara Honliasso <THonliasso@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Gola Pitts <gola@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** TMS Merchant Risk Compliance <tmsmerchantriskcompliance@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ████████0739

Yes I just read it after I sent the other email.

Sincerely,

Andy Pitts
President



**Titanium Payments, Inc**
**Titanium Processing, Inc.**
**MLS Direct Network, Inc.**
**111 Congress Ave**
**Austin, TX 78701**
**Main- 877-972-0700  Fax 866-768-8986**

**CONFIDENTIAL**

This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.

If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**From:** Kodjo Tessi [mailto:KTessi@tsys.com]
**Sent:** Sunday, December 18, 2016 10:31 AM
**To:** Andy Pitts; Aja Heise; Dragana Piazzola; Tamara Honliasso; Cassie Scott; Gola Pitts; TMS Merchant Investigations
**Cc:** TMS Merchant Risk Compliance
**Subject:** RE: DIGITAL ALTITUDE LLC - ████████0739

Hi Andy:

The account is not currently on a FBH and unfortunately we will not grant an extension for this mid to process past 12/31. I sent to MLS additional info on this account this morning.

Thank you!

**Kodjo Tessi**
Manager Merchant Risk Investigations
TSYS Merchant Solutions
Work: 402.574.7963
Fax: (706) 644 4543
Email: ktessi@tsys.com



**From:** Andy Pitts [mailto:andy@mlsdirectnetwork.com]
**Sent:** Sunday, December 18, 2016 10:22 AM
**To:** Aja Heise <AHeise@tsys.com>; Kodjo Tessi <KTessi@tsys.com>; Dragana Piazzola <dragana@mlsdirectnetwork.com>; Tamara Honliasso <THonliasso@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Gola Pitts <gola@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** TMS Merchant Risk Compliance <tmsmerchantriskcompliance@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

Hi Aja,

This account has really turned itself around and is proven to be an exemplary  account relatively speaking. Would you consider allowing it to process through January assuming the numbers hold steady. In addition we have a significant amount of money on hold relative to the chargebacks so why is the FBH necessary?

Sincerely,

Andy Pitts
President



**Titanium Payments, Inc**
**Titanium Processing, Inc.**
**MLS Direct Network, Inc.**
**111 Congress Ave**
**Austin, TX 78701**
**Main- 877-972-0700  Fax 866-768-8986**

CONFIDENTIAL

This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.

If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**From:** Aja Heise [mailto:AHeise@tsys.com]
**Sent:** Tuesday, November 22, 2016 6:31 PM
**To:** Kodjo Tessi; Dragana Piazzola; Tamara Honliasso; Cassie Scott; Gola Pitts; TMS Merchant Investigations; Andy Pitts
**Cc:** TMS Merchant Risk Compliance
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

All,

After further discussion with management the extension to the end of December has been approved. However the merchant will continue to be on a full balance hold until the close date. Please close the merchant by 12/31/16.

Thank You,

**Aja Heise**
Merchant Risk Management
TSYS Merchant Solutions
Work: 402.574.7196
Fax: 402 574.7556
aheise@tsys.com
www.tsysmerchantsolutions.com

**From:** Aja Heise
**Sent:** Tuesday, November 22, 2016 12:44 PM
**To:** Kodjo Tessi <KTessi@tsys.com>; Dragana Piazzola <dragana@mlsdirectnetwork.com>; Tamara Honliasso <THonliasso@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Gola Pitts <gola@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>; Andy Pitts <andy@mlsdirectnetwork.com>
**Cc:** TMS Merchant Risk Compliance <tmsmerchantriskcompliance@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

All,

The compliance team spoke with Andy this morning and he has requested that we extend the close date for this merchant to the end of December. We are currently reviewing this request and will let everyone know the decision we reach. We will have a decision today.

Thank You,

**Aja Heise**
Merchant Risk Management
TSYS Merchant Solutions
Work: 402.574.7196
Fax: 402 574.7556
aheise@tsys.com
www.tsysmerchantsolutions.com

**From:** Kodjo Tessi
**Sent:** Tuesday, November 22, 2016 12:22 PM
**To:** Dragana Piazzola <dragana@mlsdirectnetwork.com>; Tamara Honliasso <THonliasso@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Gola Pitts <gola@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** TMS Merchant Risk Compliance <tmsmerchantriskcompliance@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

Hi Dragana,

Considering this mid is set to close in a couple days,  this account should remain on a FBH.  .

Thank you!

Kodjo Tessi
Manager  Merchant Risk Investigations
TSYS Merchant Solutions
Work:  402.574.7963
Fax: (706) 644 4543
Email: ktessi@tsys.com



---

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Tuesday, November 22, 2016 12:17 PM
**To:** Tamara Honliasso <THonliasso@tsys.com>; Kodjo Tessi <KTessi@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Gola Pitts <gola@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** TMS Merchant Risk Compliance <tmsmerchantriskcompliance@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

Hi Tamara,

Please take this MID off FBH and place back on 10% reserve. Please DO NOT release any funds that we have in reserve so far.


**Thank you for your time and attention to this matter.**


**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst & High Risk Coordinator**





**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
**Dragana@mlsdirectnetwork.com**
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.



EX 31
946

**From:** Tamara Honliasso [mailto:THonliasso@tsys.com]
**Sent:** Thursday, November 17, 2016 10:08 AM
**To:** Dragana Piazzola; Kodjo Tessi; Cassie Scott; Gola Pitts; TMS Merchant Investigations
**Cc:** TMS Merchant Risk Compliance
**Subject:** RE: DIGITAL ALTITUDE LLC - ████████0739

Hi Dragana,

I apologize for the delayed response; I was off yesterday. Brand reputation fines are rather vague. They are fines that each credit card brand can assess if they believe the product/service, TOB, marketing or some other aspect of the business is something they do not want their name associated with.


Thank you,

Tamara R. Honliasso
 Fraud Investigator SR
 Risk Management
 Work Phone (402) 574-7810
 Email:THonliasso@TSYS.com



www.tsysmerchantsolutions.com



The content of this email message is CONFIDENTIAL and is intended solely for the named recipient(s).  This message may be attorney-client communication and as such is PRIVILEGED and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Tuesday, November 15, 2016 4:59 PM
**To:** Tamara Honliasso <THonliasso@tsys.com>; Kodjo Tessi <KTessi@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Gola Pitts <gola@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** TMS Merchant Risk Compliance <tmsmerchantriskcompliance@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ████████0739

I understand Tamara.

What are the potential brand reputation fines you're referring to?

**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst & High Risk Coordinator**


**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
Dragana@mlsdirectnetwork.com
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.



**From:** Tamara Honliasso [mailto:THonliasso@tsys.com]
**Sent:** Tuesday, November 15, 2016 4:20 PM
**To:** Dragana Piazzola; Kodjo Tessi; Cassie Scott; Gola Pitts; Risk Team; TMS Merchant Investigations
**Cc:** TMS Merchant Risk Compliance
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████0739

Hello Dragana,

I have reviewed this with our Compliance Team and we will be leaving this MID on a FBH until they are closed next week. There are potential brand reputation fines. These fines are a minimum of $50,000. Also, we can't determine this merchant potential chargeback exposure because normally the is a two to three month lag time before cardholders begin filling chargebacks. There is no report I can pull showing how many cards have split transactions. But in the past week they have process about 120 transactions over $1,000.00, of those the majority have more than one large transaction. Below are a few screen shots with examples of what we are seeing.

### Card History

| Report Date | Merchant # | Merchant Name | Batch # | Trans Date | Trans Code | Reject Code | Keyed | Card Type | Card # | Auth # | Trans Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/15/2016 | | DIGITAL ALTITUDE LLC | 0320778 | 11/14/2016 | S | | Y | 05 | | 0142DR | $1,949 |
| 11/14/2016 | 0739 | DIGITAL ALTITUDE LLC | 0236568 | 11/13/2016 | S | | Y | 05 | | 0130DR | $1,949 |
| 11/13/2016 | 0739 | DIGITAL ALTITUDE LLC | 0329873 | 11/12/2016 | S | | Y | 05 | | 0127HR | $1,949 |
| 11/12/2016 | 0739 | DIGITAL ALTITUDE LLC | 0471581 | 11/11/2016 | S | | Y | 05 | | 0117HR | $1,949 |
| 11/11/2016 | 0739 | DIGITAL ALTITUDE LLC | 0389806 | 11/09/2016 | S | | Y | 05 | | 0065DR | $2,500 |
| 11/07/2016 | 0739 | DIGITAL ALTITUDE LLC | 0263637 | 11/06/2016 | S | | Y | 05 | | 0066DR | $127 |
| Page Total | | | | | | | | | | | $10,423 |
| Report Total | | | | | | | | | | | $10,423 |

Change Page 1 Go ►    Displaying page 1 of 1, Records 1 - 6 of 6    Results per page 50 Rows

### Card History

| Report Date | Merchant # | Merchant Name | Batch # | Trans Date | Trans Code | Reject Code | Keyed | Card Type | Card # | Auth # | Trans Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2016 | 0739 | DIGITAL ALTITUDE LLC | 0389806 | 11/09/2016 | S | | Y | 31 | | 0613TO | $1,555 |
| 11/11/2016 | 0739 | DIGITAL ALTITUDE LLC | 0389806 | 11/09/2016 | S | | Y | 31 | | 0253IO | $2,500 |
| Page Total | | | | | | | | | | | $4,055 |
| Report Total | | | | | | | | | | | $4,055 |

Change Page 1 Go ►    Displaying page 1 of 1, Records 1 - 2 of 2    Results per page 50 Rows

### Card History

| Report Date | Merchant # | Merchant Name | Batch # | Trans Date | Trans Code | Reject Code | Keyed | Card Type | Card # | Auth # | Trans Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2016 | 0739 | DIGITAL ALTITUDE LLC | 0389806 | 11/10/2016 | S | | Y | 05 | | 0103DB | $2,500 |
| 11/11/2016 | 0739 | DIGITAL ALTITUDE LLC | 0389806 | 11/10/2016 | S | | Y | 05 | | 0100RB | $2,400 |
| 11/11/2016 | 0739 | DIGITAL ALTITUDE LLC | 0389806 | 11/10/2016 | S | | Y | 05 | | 0104DB | $803 |
| 11/06/2016 | 0739 | DIGITAL ALTITUDE LLC | 0307046 | 11/07/2016 | S | | Y | 05 | | 0071DB | $1,296 |
| Page Total | | | | | | | | | | | $7,006 |
| Report Total | | | | | | | | | | | $7,006 |

Thank you,

Tamara R. Honliasso
Fraud Investigator SR
Risk Management
Work Phone (402) 574-7810
Email:THonliasso@TSYS.com

**TSYS**
www.tsysmerchantsolutions.com

The content of this email message is CONFIDENTIAL and is intended solely for the named recipient(s).  This message may be attorney-client communication and as such is PRIVILEGED and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Tuesday, November 15, 2016 3:44 PM
**To:** Tamara Honliasso <THonliasso@tsys.com>; Kodjo Tessi <KTessi@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Gola Pitts <gola@mlsdirectnetwork.com>; Risk Team <riskteam@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

Hello,

Can we get a risk exposure on this MID so that we can determine if we should take them off FBH?

Also, can you give me breakdown on exactly what and how many sales were split?


**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst & High Risk Coordinator**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
Dragana@mlsdirectnetwork.com
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.



**From:** Tamara Honliasso [mailto:THonliasso@tsys.com]
**Sent:** Monday, November 14, 2016 11:06 AM
**To:** Dragana Piazzola; Kodjo Tessi; Cassie Scott; Gola Pitts; Risk Team; TMS Merchant Investigations
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

Sounds good.


Thank you,

Tamara R. Honliasso
 Fraud Investigator SR
 Risk Management
 Work Phone (402) 574-7810
 Email:THonliasso@TSYS.com

www.tsysmerchantsolutions.com

The content of this email message is CONFIDENTIAL and is intended solely for the named recipient(s).  This message may be attorney-client communication and as such is PRIVILEGED and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Monday, November 14, 2016 8:14 AM
**To:** Tamara Honliasso <THonliasso@tsys.com>; Kodjo Tessi <KTessi@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Gola Pitts <gola@mlsdirectnetwork.com>; Risk Team <riskteam@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ██████ 0739

Good morning Tamara,

Please keep the MID on FBH until we review.

This MID is set to close on 11/24.

**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst & High Risk Coordinator**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
**Dragana@mlsdirectnetwork.com**
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.



**From:** Tamara Honliasso [mailto:THonliasso@tsys.com]
**Sent:** Saturday, November 12, 2016 2:12 PM
**To:** Dragana Piazzola; Kodjo Tessi; Cassie Scott; Gola Pitts; Risk Team; TMS Merchant Investigations
**Subject:** RE: DIGITAL ALTITUDE LLC - ██████ 0739

Hi Dragana,

I was reviewing this merchant and see that they have stopped charging transactions over the HT of $2,500.00. However, I noticed they started splitting the large transactions over several days. There are several cards with $5,000 or more and a few with over $10,000. If some of those cardholders decide to dispute, you can burn through the reserve fairly quickly. Also their decline rate is over 50% and several of the cards with the large transactions have DNH declines and there are numerous lost/stolen declines. This leads to believe that we may begin to see fraud chargebacks come in. I have placing them back on a FB hold over the weekend, so you can review the account on Monday and reevaluate the required reserve.

Thank you,

Tamara R. Honliasso
 Fraud Investigator SR
 Risk Management
 Work Phone (402) 574-7810
 Email:THonliasso@TSYS.com

**TSYS®**
www.tsysmerchantsolutions.com

The content of this email message is CONFIDENTIAL and is intended solely for the named recipient(s).  This message may be attorney-client communication and as such is PRIVILEGED and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Friday, November 04, 2016 10:48 AM
**To:** Tamara Honliasso <THonliasso@tsys.com>; Kodjo Tessi <KTessi@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ██████0739

Thank you Tamara.


**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

**CONFIDENTIAL**
**This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.**
**If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.**

**From:** Tamara Honliasso [mailto:THonliasso@tsys.com]
**Sent:** Friday, November 04, 2016 9:55 AM
**To:** Dragana Piazzola; Kodjo Tessi; Cassie Scott; TMS Merchant Investigations
**Subject:** RE: DIGITAL ALTITUDE LLC - ██████0739

Good Morning Dragana,

The merchant 10% will start again with today's batch. They had to be taken off hold yesterday so the released funds could go out. Otherwise, we would have recaptured 10% of the release.

Thank you,

Tamara R. Honliasso
 Fraud Investigator SR
 Risk Management
 Work Phone (402) 574-7810
 Email:THonliasso@TSYS.com

**TSYS®**
www.tsysmerchantsolutions.com

The content of this email message is CONFIDENTIAL and is intended solely for the named recipient(s). This message may be attorney-client communication and as such is PRIVILEGED and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Friday, November 04, 2016 9:14 AM
**To:** Kodjo Tessi <KTessi@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████0739

Good morning team,

Can you please confirm this MID is back on 10% rolling reserve?


**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

**CONFIDENTIAL**
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

---

**From:** Dragana Piazzola
**Sent:** Thursday, November 03, 2016 1:55 PM
**To:** 'Kodjo Tessi'; Cassie Scott; TMS Merchant Investigations
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████0739

Hi Kodjo,

We went over the numbers with Andy today and here is the plan.

Let's release all but $100,000 00 to merchant. Take off FBH and change to 10% RR going forward until the closure of the MID.

Once the account is closed, we will revisit as to what needs to be kept and what released. Sounds like a good plan?


**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

**CONFIDENTIAL**
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**From:** Kodjo Tessi [mailto:KTessi@tsys.com]
**Sent:** Monday, October 31, 2016 3:43 PM
**To:** Dragana Piazzola; Cassie Scott; TMS Merchant Investigations
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮0739

Batches from 10/25, 10/26; 10/27; 10/28 and 10/29 paid out . 10/29 and 10/30 batches are captured and any future batch will be held. Will you be changing the reserve back to 10%
or the FBH will remain until we close the mid?

Thank you!

**Kodjo Tessi**
Manager  Merchant Risk Investigations
TSYS Merchant Solutions
Work:  402.574.7963
Fax: (706) 644 4543
Email: ktessi@tsys.com

**TSYS®**

---

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Monday, October 31, 2016 2:54 PM
**To:** Cassie Scott <cassie@mlsdirectnetwork.com>; Kodjo Tessi <KTessi@tsys.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮0739

Since initial email on 10/24, merchant has processed an additional $441,520.71

Was this not held? Please advise.


**Thank you for your time and attention to this matter.**


**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**





**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail
the sender and delete all copies. Thank you.

---

**From:** Cassie Scott
**Sent:** Monday, October 31, 2016 2:50 PM
**To:** 'Kodjo Tessi'; TMS Merchant Investigations
**Cc:** Dragana Piazzola
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮0739

Hi Kodjo –

Was the FBH released? Our notes indicate that they're still on FBH.

Thanks,
Cassie

Cassie Scott
**Risk Analyst**
MLS Direct Network
111 Congress Ave, Suite 400
Austin, TX, 78701
Toll Free: 877-972-0700
Fax: 205-278-8520

MLS DIRECT NETWORK

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**From:** Kodjo Tessi [mailto:KTessi@tsys.com]
**Sent:** Monday, October 31, 2016 1:15 PM
**To:** Cassie Scott; TMS Merchant Investigations
**Cc:** Dragana Piazzola
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████0739

Hi Cassie,

I show $60,741.72 on hold.

Thank you!

**Kodjo Tessi**
Manager  Merchant Risk Investigations
TSYS Merchant Solutions
Work:  402.574.7963
Fax: (706) 644 4543
Email: ktessi@tsys.com



---

**From:** Cassie Scott [mailto:cassie@mlsdirectnetwork.com]
**Sent:** Monday, October 31, 2016 12:41 PM
**To:** Kodjo Tessi <KTessi@tsys.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** Dragana Piazzola <dragana@mlsdirectnetwork.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████0739

Good afternoon –

This merchant still isn't showing up on our holds report. May I please have the full reserve value as of this morning?

Thanks,
Cassie

**Cassie Scott**
**Risk Analyst**
MLS Direct Network
111 Congress Ave, Suite 400
Austin, TX, 78701
Toll Free: 877-972-0700
Fax: 205-278-8520



CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

---

**From:** Kodjo Tessi [mailto:KTessi@tsys.com]
**Sent:** Monday, October 24, 2016 10:56 AM
**To:** Cassie Scott; TMS Merchant Investigations
**Cc:** Risk Team
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████0739

Hi Dragana,

Please read the reviews online via a quick search of the following : What Is Digital Altitude? Beware Of This High Ticket Scam | | Facts

Even from their website, the digital altitude compensation plan explains the business model: http://thedigitalaltitude.com/digital-altitude-compensation-plan/

We have $60,741.72 , we will close them on 11/24.

Thank you!

**Kodjo Tessi**
Manager  Merchant Risk Investigations
TSYS Merchant Solutions
Work:  402.574.7963
Fax: (706) 644 4543
Email: ktessi@tsys.com



**From:** Cassie Scott [mailto:cassie@mlsdirectnetwork.com]
**Sent:** Monday, October 24, 2016 9:53 AM
**To:** TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** Risk Team <riskteam@mlsdirectnetwork.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

Good morning –

May I find out the reserve value as of today? This MID is no longer showing on our holds report. Also, when is this MID scheduled to be closed?

(I removed many people from the thread so that higher level employees are not receiving this request for information, no need to clog up inboxes! Tsys risk team – please feel free to add appropriate staff back to the email chain.)

Thanks,
Cassie

**Cassie Scott**
**Risk Analyst**
MLS Direct Network
111 Congress Ave, Suite 400
Austin, TX, 78701
Toll Free: 877-972-0700
Fax: 205-278-8520



CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**From:** Dragana Piazzola
**Sent:** Friday, October 21, 2016 3:15 PM
**To:** 'Kodjo Tessi'; Ana Palancica; Cassie Scott; Tamara Honliasso; Christina Lundquist; TMS Merchant Investigations
**Cc:** Risk Team: Todd Hall; Andy Pitts
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

Thank you Kodjo,

I will alert the partner.

Do you mind sharing the additional info with us as to what you found regarding the MLM and the decision to permanently close the MID?

**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**From:** Kodjo Tessi [mailto:KTessi@tsys.com]
**Sent:** Friday, October 21, 2016 11:19 AM
**To:** Dragana Piazzola; Ana Palancica; Cassie Scott; Tamara Honliasso; Christina Lundquist; TMS Merchant Investigations
**Cc:** Risk Team: Todd Hall; Andy Pitts
**Subject:** RE: DIGITAL ALTITUDE LLC - ███████ 0739

The account is on a FBH with $60,741.72 on hold as of today , and we will be closing the account .

Thank you!

**Kodjo Tessi**
Manager  Merchant Risk Investigations
TSYS Merchant Solutions
Work:  402.574.7763
Fax: (706) 644 4543
Email: ktessi@tsys.com



**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Friday, October 21, 2016 11:12 AM
**To:** Kodjo Tessi <KTessi@tsys.com>; Ana Palancica <APalancica@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Tamara Honliasso <THonliasso@tsys.com>; Christina Lundquist <CLundquist@tsys.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** Risk Team <riskteam@mlsdirectnetwork.com>; Todd Hall <ToddHall@tsys.com>; Andy Pitts <andy@mlsdirectnetwork.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮▮0739

Kodjo,

Can you tell me if this mid is still on 10% reserve or FBH?

I don't see it on today's report at all.


**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**From:** Kodjo Tessi [mailto:KTessi@tsys.com]
**Sent:** Friday, October 21, 2016 9:06 AM
**To:** Dragana Piazzola; Ana Palancica; Cassie Scott; Tamara Honliasso; Christina Lundquist; TMS Merchant Investigations
**Cc:** Risk Team; Todd Hall; Andy Pitts
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮▮0739

I will revisit the acct and advise later today.

Thank you!

**Kodjo Tessi**
Manager  Merchant Risk Investigations
TSYS Merchant Solutions
Work:  402.574.7763
Fax: (706) 644 4543
Email: ktessi@tsys.com



**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Friday, October 21, 2016 9:04 AM
**To:** Ana Palancica <APalancica@tsys.com>; Kodjo Tessi <KTessi@tsys.com>; Cassie Scott <cassie@mlsdirectnetwork.com>; Tamara Honliasso <THonliasso@tsys.com>; Christina Lundquist <CLundquist@tsys.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>

**Cc:** Risk Team <riskteam@mlsdirectnetwork.com>; Todd Hall <ToddHall@tsys.com>; Andy Pitts <andy@mlsdirectnetwork.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ████████0739

Ana,

Just to add to my previous email. We did educate the merchant regarding the declines and foreign activity and that should be fixed by now. They did issue refunds for the sales in question right away and I think that shows good and fast reactions form their part.

Can you advise what is their foreign activity percentage as of this morning?

**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

---

**From:** Dragana Piazzola
**Sent:** Friday, October 21, 2016 8:53 AM
**To:** 'Ana Palancica'; Kodjo Tessi; Cassie Scott; Tamara Honliasso; Christina Lundquist; TMS Merchant Investigations
**Cc:** Risk Team; Todd Hall; Andy Pitts
**Subject:** RE: DIGITAL ALTITUDE LLC - ████████0739

Good morning Ana,

Merchant sells training videos at different price and "access" level to help other who want to start an online business but don't know how/when/what etc.

These videos offer business coaches (1-1) to help educate business owners on sales, branding, Social media traffic and many other resources.

P.S. We don't mind shutting them down but let's make sure we are not missing something.

We appreciate your help.

**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**From:** Ana Palancia [mailto:APalancica@tsys.com]
**Sent:** Friday, October 21, 2016 8:36 AM
**To:** Dragana Piazzola; Kodjo Tessi; Cassie Scott; Tamara Honliasso; Christina Lundquist; TMS Merchant Investigations
**Cc:** Risk Team; Todd Hall; Andy Pitts
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮0739

Dragana,

Can you help us better understand what product/service the merchant is selling and how they are selling it. Is there a tangible product and what is it?

Tamara, please send Dragana the link to the consumer complaints/testimonials which better explained the money making opportunity,

Thanks!


Sent with Good Work (www.blackberry.com)

**From:** Dragana Piazzola <dragana@mlsdirectnetwork.com>
**Date:** Friday, Oct 21, 2016, 8:18 AM
**To:** Kodjo Tessi <KTessi@tsys.com>, Cassie Scott <cassie@mlsdirectnetwork.com>, Tamara Honliasso <THonliasso@tsys.com>, Christina Lundquist <CLundquist@tsys.com>, TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** Risk Team <riskteam@mlsdirectnetwork.com>, Ana Palancia <APalancica@tsys.com>, Todd Hall <ToddHall@tsys.com>, Andy Pitts <andy@mlsdirectnetwork.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮0739

Good morning Kodjo,

During our initial UW, we didn't catch anything regarding the MLM. I do see under their  Policies that they do offer affiliate program which doesn't sound like MLM.

Please advise as to what we missed.

P.S. Can you confirm the MID is on FBH?


**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

**CONFIDENTIAL**
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

**From:** Kodjo Tessi [mailto:KTessi@tsys.com]
**Sent:** Thursday, October 20, 2016 4:26 PM
**To:** Cassie Scott; Tamara Honliasso; Dragana Piazzola; Christina Lundquist; TMS Merchant Investigations
**Cc:** Risk Team; Ana Palancica; Todd Hall
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮0739

Hi Dragana,

We will need to exit this relationship either today or give them a 30 day notice to find a new processor due to the type of business, multi-level business/marketing with no tangible products., excessive foreign card activity with high decline. We will send you a copy of the 30 day notice later.  Also please be advised that the refunds will come out of today's batch as they have enough volume to cover.  We will put the account back on hold.

Thank you!

**Kodjo Tessi**
Manager  Merchant Risk Investigations
TSYS Merchant Solutions
Work:  402.574.7963
Fax: (706) 644 4543
Email: ktessi@tsys.com



**From:** Cassie Scott [mailto:cassie@mlsdirectnetwork.com]
**Sent:** Tuesday, October 18, 2016 10:36 AM
**To:** Tamara Honliasso <THonliasso@tsys.com>; Dragana Piazzola <dragana@mlsdirectnetwork.com>; Christina Lundquist <CLundquist@tsys.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** Risk Team <riskteam@mlsdirectnetwork.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ████████ 0739

Awesome, thanks! I was just worried since they already hit risk for the % of foreign transactions and I hadn't seen anything on reserve reports yet. I assume I'll see the $1713.49 on our report tomorrow? It's showing as 0.00 today.

-Cassie

**From:** Tamara Honliasso [mailto:THonliasso@tsys.com]
**Sent:** Tuesday, October 18, 2016 10:31 AM
**To:** Cassie Scott; Dragana Piazzola; Christina Lundquist; TMS Merchant Investigations
**Cc:** Risk Team
**Subject:** RE: DIGITAL ALTITUDE LLC - 84870017940739

Hi Cassie,

Yes they are on a 10% reserve. Please see below.



Thank you,

Tamara R. Honliasso
 Fraud Investigator SR
 Risk Management
 Work Phone (402) 574-7810
 Email:THonliasso@TSYS.com



www.tsysmerchantsolutions.com

The content of this email message is CONFIDENTIAL and is intended solely for the named recipient(s).  This message may be attorney-client communication and as such is PRIVILEGED and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

**From:** Cassie Scott [mailto:cassie@mlsdirectnetwork.com]
**Sent:** Tuesday, October 18, 2016 10:22 AM
**To:** Dragana Piazzola <dragana@mlsdirectnetwork.com>; Tamara Honliasso <THonliasso@tsys.com>; Christina Lundquist <CLundquist@tsys.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** Risk Team <riskteam@mlsdirectnetwork.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ████████ 0739

Good morning –

Can I have confirmation that the reserve was put in place? I see that they have quite a bit of processing already, and no funds show on hold on our daily "accounts on hold" report. I expect that the batch dated today (10/18) and yesterday (10/17) are not showing on the report yet, but there was a batch on 10/16 that does not appear to have funds held.

Please advise.

| Report Date | Terminal # | Source | Batch # | Sales | Returns | Net | Sales | Returns | Net | # Trans | # Keye |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Displaying page 1 of 1 , Records 1 - 3 of 3. | | | | | |
| Change Page: Go | | | | | | | | | | | |
| 10/18/2016 | 0001 | TSYS | 0474369 | $37,655 69 | ($2.00) | $37,653 69 | $0.00 | $0 00 | $0.00 | 665 | |
| 10/17/2016 | 0001 | TSYS | 0226718 | $10,722 96 | ($4.00) | $10,718 96 | $0.00 | $0 00 | $0.00 | 528 | |
| 10/16/2016 | 0001 | TSYS | 0394551 | $6,411 97 | $0.00 | $6,411 97 | $0.00 | $0 00 | $0.00 | 125 | |

Thanks,
Cassie

**Cassie Scott**
**Risk Analyst**
MLS Direct Network
111 Congress Ave, Suite 400
Austin, TX, 78701
Toll Free: 877-972-0700
Fax: 205-278-8520



**CONFIDENTIAL**
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

---

**From:** Dragana Piazzola
**Sent:** Monday, October 17, 2016 10:08 AM
**To:** 'Tamara Honliasso'; Christina Lundquist; TMS Merchant Investigations
**Cc:** Risk Team
**Subject:** RE: DIGITAL ALTITUDE LLC – ▉▉▉▉▉0739

Awesome. I saw that email after I emailed her already.

Thank you for staying on top of it ☺


**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**




**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
Fax 205-278-8520
www.mlsdirectnetwork.com

**CONFIDENTIAL**
**This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.**
**If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.**

---

**From:** Tamara Honliasso [mailto:THonliasso@tsys.com]
**Sent:** Monday, October 17, 2016 10:01 AM
**To:** Dragana Piazzola; Christina Lundquist; TMS Merchant Investigations
**Cc:** Risk Team
**Subject:** RE: DIGITAL ALTITUDE LLC – ▉▉▉▉▉0739

Good Morning Dragana,

Christina is out of the office today but she was able to put the reserve in place on Saturday.


Thank you,

Tamara R. Honliasso
 Fraud Investigator SR
 Risk Management
 Work Phone (402) 574-7810
 Email: THonliasso@TSYS.com



www.tsysmerchantsolutions.com


The content of this email message is CONFIDENTIAL and is intended solely for the named recipient(s). This message may be attorney-client communication and as such is PRIVILEGED and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have

received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

---

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Monday, October 17, 2016 8:03 AM
**To:** Christina Lundquist <CLundquist@tsys.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** Risk Team <riskteam@mlsdirectnetwork.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮▮▮▮0739

Good morning Christina,

I believe this MID is live now. Please proceed with the reserve.


Thank you for your time and attention to this matter.

Dragana Piazzola
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

CONFIDENTIAL
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

---

**From:** Christina Lundquist [mailto:CLundquist@tsys.com]
**Sent:** Friday, October 14, 2016 4:33 PM
**To:** Dragana Piazzola; TMS Merchant Investigations
**Cc:** Risk Team
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮▮0739

Okay thank you Dragana, we will place the reserve as soon as the account becomes available.


Christina Lundquist
Risk Investigations Lead

Phn: 402.574.7063
Phn: 402-574-7299
Fax: 706.644.4543
clundquist@tsys.com
www.tsys.com



Please consider the environment before printing this e-mail

The content of this email message is CONFIDENTIAL and is intended solely for the named recipient(s).  This message may be attorney-client communication and as such is PRIVILEGED and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

---

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Friday, October 14, 2016 4:27 PM
**To:** Christina Lundquist <CLundquist@tsys.com>; TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** Risk Team <riskteam@mlsdirectnetwork.com>
**Subject:** RE: DIGITAL ALTITUDE LLC - ▮▮▮▮▮0739

They are new. Most likely will populate Monday.


Thank you for your time and attention to this matter.

Dragana Piazzola

**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**
www.mlsdirectnetwork.com

**CONFIDENTIAL**
**This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.**
**If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.**

**From:** Christina Lundquist [mailto:CLundquist@tsys.com]
**Sent:** Friday, October 14, 2016 4:26 PM
**To:** Dragana Piazzola; TMS Merchant Investigations
**Cc:** Risk Team
**Subject:** RE: DIGITAL ALTITUDE LLC – ▓▓▓▓▓▓ 0739

Hello Dragana,

We cannot find an account for this MID number, are they new?

Thank you,

Christina Lundquist
Risk Investigations Lead

Phn: 402.574.7063
Phn: 402-574-7299
Fax: 706.644.4543
clundquist@tsys.com
www.tsys.com



Please consider the environment before printing this e-mail

The content of this email message is CONFIDENTIAL and is intended solely for the named recipient(s).  This message may be attorney-client communication and as such is PRIVILEGED and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.

**From:** Dragana Piazzola [mailto:dragana@mlsdirectnetwork.com]
**Sent:** Friday, October 14, 2016 3:38 PM
**To:** TMS Merchant Investigations <tmsmerinvestigations@tsys.com>
**Cc:** Risk Team <riskteam@mlsdirectnetwork.com>
**Subject:** DIGITAL ALTITUDE LLC – ▓▓▓▓▓▓ 0739

Hello,

Please establish 10% reserve on this MID.


**Thank you for your time and attention to this matter.**

**Dragana Piazzola**
**MLS Direct Network, Inc**
**Risk Analyst**



**111 Congress Ave, Suite 400**
**Austin, TX 78701**
**Ph # 877-972-0700**
**Fax 205-278-8520**

EX 31
962

www.mlsdirectnetwork.com

**CONFIDENTIAL**
This document contains non-public proprietary information that is subject to restrictions on use and/or disclosure.
If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender and delete all copies. Thank you.

----------------------------------------- **The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you**

----------------------------------------- **The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you**

----------------------------------------- **The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you**

----------------------------------------- **The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you**

----------------------------------------- **The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you**

----------------------------------------- **The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you**

----------------------------------------- **The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you**

----------------------------------------- **The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you**

----------------------------------------- **The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking**

of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

---------------------------------------------- The information contained in this communication (including any attachments hereto) is confidential and is intended solely for the personal and confidential use of the individual or entity to whom it is addressed. The information may also constitute a legally privileged confidential communication. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or unauthorized use of this information, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. Thank you

## UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION

| | |
|---|---|
| ) | **FILE NO. 9923259** |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | **RESPONSES OF FIRST NATIONAL BANK OF** |
| ) | **OMAHA TO CIVIL INVESTIGATIVE** |
| ) | **DEMAND REQUESTS FOR** |
| ) | **DOCUMENTATION AND WRITTEN** |
| ) | **INTERROGATORIES** |
| ) | |

COMES NOW First National Bank of Omaha ("FNBO" or "the Bank") and provides the following Responses to Requests for Documentation and Interrogatories with respect to the above-referenced Federal Tarde Commission Civil Investigative Demand ("CID").

## RESPONSES TO CID REQUESTS FOR DOCUMENTATION

**Request No. 1**   All Documents relating to the underwriting file for each Corporate Account, including, but not limited to, any Documents received or reviewed by the Bank in connection with the merchant's application for Payment Processing services such as merchant applications and supporting documentation, financial statements, contracts and agreements between the merchant and the Bank or banks, due diligence materials provided to the Bank by third parties (such as Dunn & Bradstreet reports, background inquiries, or Member Alert to Control High-Risk ("MATCH") and Terminated Merchant File ("TMF") inquiry results), past Chargeback rates, estimated future Chargeback rates, descriptions of goods or services marketed, sales or customer service scripts, and all materials provided by the merchant to the Bank.

**Response to Request No. 1**   FNBO has produced the merchant application and underwriting file contemporaneously with this response, as provided to it by TMS.   Neither FNBO nor TMS believes it has any further documents responsive to this request.

**Request No. 2**   All correspondence relating to each Corporate Account, including, but not limited to, all correspondence between the Bank and any banks, VISA, MasterCard, or any other entity involved in Payment Processing for any Corporate Account.

1

**Response to Request No. 2**   Contemporaneously with this response, FNBO has produced responsive documentation as provided to it by TMS, including Chargeback-related communications.  Neither FNBO nor TMS believes it has any further documents responsive to this request.

**Request No. 3**   All Documents relating to complaints or inquiries referring or relating to the Corporate Account received by the Bank from consumers, financial institutions, government agencies (law enforcement agencies, regulatory agencies, or other), Better Business Bureaus, or other third parties including, but not limited to, (a) written complaints, (b) notes of telephone conversations between the Bank and the consumer or other third party, and (c) any reply or response.

**Response to Request No. 3**   FNBO has produced responsive documentation contemporaneously with this response, as provided to it by TMS.  Neither FNBO nor TMS believes it has any further documents responsive to this request.

**Request No.** 4   All Documents relating to any occasions in which the Bank suspended or terminated any of the Corporate Account(s), or suspended or terminated any Payment Processing service(s) to any of the Corporate Accounts.

**Response to Request   No.4**   FNBO has produced responsive documentation, including risk/underwriting files and emails, contemporaneously with this response, as provided to it by TMS.  Neither FNBO nor TMS believes it has any further documents responsive to this request.

## RESPONSES TO CID WRITTEN INTERROGATORIES

**Interrogatory No. 1**   The date the account was opened and, for any account that was closed, the date and reason the account was closed.

**Response to Interrogatory No. 1**   The Account was opened on October 14, 2016, and closed on December 21, 2016.  The risk/underwriting files and emails provided contemporaneously herewith contain information on the circumstances surrounding account closure.

2

F01-AW-0008238

EX 31
966

**Interrogatory No. 2**  The amount or percent of each transaction held by the Bank in reserve, if any, and the current balance of any such reserve fund or account.

**Response to Interrogatory No. 2**  TMS records show that $1,565,171.16 is currently being held in reserve on the Account.

**Interrogatory No. 3**  For each month, the total number and dollar amount of all transactions the Bank processed through the account, including any transactions indirectly processed through another third party service provider.

**Response to Interrogatory No. 3**  FNBO has produced monthly statements contemporaneously herewith, as provided to it by TMS, which reflect the total number and dollar amount of all transactions processed by the Account.

**Interrogatory No. 4**  For each month, the total number and dollar amount of Refunds, and the percentage of Refunds (compared against total transactions).

**Response to Interrogatory No. 4**  FNBO has produced monthly statements contemporaneously herewith, as provided by TMS, which reflect the total number and dollar amount of refunds from which the percentage of refunds may be calculated.

**Interrogatory No. 5**  For each month, the total number and dollar amount of Chargebacks, and percentage of Chargebacks (compared against total transactions).

**Response to Interrogatory No. 5**  FNBO has produced monthly statements contemporaneously herewith, as provided by TMS, which reflect the total number and dollar amount of Chargebacks and from which, in conjunction with the monthly statements, the percentage of Chargebacks may be calculated.

**Interrogatory No. 6**  For each month, the total number of Chargebacks organized by Chargeback Reason (include the Chargeback Reason Code).

**Response to Interrogatory No. 6**  FNBO has produced Chargeback records contemporaneously herewith, including Chargeback reason, as provided to it by TMS, for the Account.

F01-AW-0008238

EX 31
967

**Interrogatory No. 7**   For each month, the total number and dollar amount of Declined Transactions, and the percentage of Declined Transactions (compared against total attempted transactions).

**Response to Interrogatory No. 7**   FNBO has produced Authorization Log records contemporaneously herewith as provided to it by TMS, which reflect the total number and dollar amount of attempted and Declined Transactions, from which the percentage of Declined Transactions may be calculated.

**Interrogatory No. 8**   For each month, the total number of Declined Transactions organized by the Declined Transaction Reason (include the Declined Transaction Reason Code).

**Response to Interrogatory No. 8**   FNBO has produced Authorization Log records contemporaneously herewith, as provided by TMS, which reflect whether an authorization was approved or declined.  In column "J" of the Authorization Log records, an approval code is listed for all approved authorizations.  For declined authorizations, no approval code is listed.

**Interrogatory No. 9**   The bank routing and account numbers, as well as the name, address, telephone number, and contact person at each financial institution, ISO, or other third party to or from which the Bank transmitted, forwarded, or received funds or information about the Corporate Account.

**Response to Interrogatory No. 9**   FNBO has produced the merchant application contemporaneously herewith, as provided to it by TMS, which reflects the last known bank routing and account numbers on record with TMS.

**Interrogatory No. 10**   Whether the Bank has provided Payment Processing, authorization, clearing, settlement, or transmission of payments other than credit or debit card transactions, including but not limited to Automated Clearinghouse ("ACH") payments, Remotely Created Checks ("RCCs"), or Remotely Created Payment Orders ("RCPOs").

**Response to Interrogatory No. 10**   Records produced contemporaneously herewith indicate that neither TMS nor the Bank provided processing, authorization, clearing, settlement or transmission of payments other than credit or debit card transactions for the Account.

F01-AW-0008238

EX 31
968

Dated this 28th day of April 2017.

By _____

Patrick J. Ickes,
Counsel for First National Bank of Omaha

5

EX 31
969

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.  I, _Daniel Spalinger_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by Vantiv, Inc. (the "Company") and attached hereto.

3.  The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of the Company; and

    c)  Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: ___1/12/18___                    _____
                                       Signature

EX 32
970

# vantiv.

Via Overnight Mail


March 22, 2017


Christopher Fleisch
Partner, VP Sales & Product
PayZang, LLC
800 East 4500 South, Suite 315
Salt Lake, UT 84107


Re: Termination of the Payment Facilitator Merchant Agreement executed by PayZang, LLC  on January 29, 2016 (the "Agreement") between PayZang, LLC ("PayZang") and Vantiv, LLC ("Vantiv").


Dear Mr. Fleisch:

As you know from past communications, PayZang's chargeback rates have been above accepted thresholds for both Visa and MasterCard.  Further, PayZang has boarded business types wholly outside the attested verticals at the time of application.  These are serious matters that violate card brand operating regulations and that put Vantiv at risk in a variety of ways.

As such, Vantiv will cease all services to PayZang and all of its submerchants effective April 21, 2017.  Vantiv will not process transactions after that date.  PayZang should immediately take steps to convert its submerchants to a new merchant services provider to ensure uninterrupted service to the submerchants.  Furthermore, to mitigate existing risk, Vantiv will cease all services to the attached list of submerchants (Appendix A) reflecting historical chargeback rates by transaction count in excess of 1% no later than March 31, 2017.  Vantiv reserves all rights to suspend processing or require termination of individual submerchant accounts at any time.

Please note that PayZang must continue to maintain an open account that Vantiv can access via ACH to settle any and all amounts due (including fees and chargebacks) for a period of not less than ten months after the last date on which Vantiv provides services.


Sincerely,


Dan Spalinger

PayFac and Integrated Payments Senior Leader


**www.vantiv.com**



<u>CONFIDENTIAL TREATMENT REQUESTED</u>

September 8, 2017

VIA E-MAIL AND FEDEX PRIORITY OVERNIGHT DELIVERY
Laura Basford
Federal Trade Commission
600 Pennsylvania Avenue, NW Mailstop CC-8528
Washington, DC 20580

> Re:    *Vantiv, LLC –Response to Civil Investigative Demand Issued August 17, 2017*

Dear Ms. Basford,

This letter and related enclosures provides information responsive to the Documentary Materials requests and Written Interrogatory Requests specified in the Civil Investigative Demand issued by the Federal Trade Commission ("FTC") to Vantiv on August 17, 2017 ("CID").

Vantiv has designated this response and each of its attachments as confidential and, as such, we request that they be afforded confidential treatment to the fullest extent permitted by the Commission's rules of practice, 16 C.F.R. Parts 2 and 4.

Vantiv identified one Subject Account responsive to the above-referenced CID: a submerchant account with Digital Altitude, LLC, which processed from January 19, 2017, through April 2017. As discussed with Mr. Hudson from the FTC, Vantiv does not have a direct contractual relationship with the submerchant. Rather, the Subject Account is a submerchant of a payment facilitator. Vantiv had a direct relationship with the payment facilitator, which in turn had a direct relationship with the submerchant/Subject Account. The information Vantiv collects with regard to the submerchant accounts is limited given that it does not have a direct relationship with the submerchant.

<div align="center">Documentary Materials Requests</div>

1.  All Documents relating to the underwriting of the Subject Account, even if such documents were created prior to the applicable time period.

**Response:** The Payment Facilitator associated with the Subject Account was responsible for the underwriting of the Subject Account. Nevertheless, Vantiv conducted both a MATCH and OFAC check on the Subject account, such documents are enclosed herewith and Bates Labeled Vantiv 001-002.

2.  All documents the company received or reviewed in connection with opening of the Subject Account (even if such documents were created prior to the applicable time period), such as: merchant

**www.vantiv.com**



applications and supporting documentation; financial statements; contracts and agreements between the merchant and the Company or banks; due diligence materials; Dun & Bradsheet reports; background inquiries; Member Alert to Control High-Risk ("MATCH") or Terminated Merchant File ("TMF") inquiry results; past chargeback rates; estimates of future chargeback rates; description of goods or services marketed; sales or customer service scripts; and all materials the merchant provided to the Company.

**Response:**  Please see Vantiv's Response to Document Request No. 1.

3.  All correspondence relating to the Subject Account, including all correspondence between the Company and the merchant, any banks, card networks (e.g., Visa or MasterCard), financial institutions, or any entity involved in Payment Processing).

**Response:**  Vantiv does not have any documents responsive to this request for the Subject Account.

4.  All documents relating to complaints or inquiries that the Company received referring or relating to the Subject Account, including complaints or inquiries received from consumers, financial institutions, Better Business Bureaus, federal or state government entities (including law enforcement agencies and regulatory agencies), or any other persons or entities.  Documents responsive to this request include written complaints or inquiries, notes of telephone conversations relating to any complaints or inquiries, and any replies or responses to the complaints or inquiries.

**Response:**  Vantiv does not have any documents responsive to this request for the Subject Account, aside from documentation submitted in relation to Chargebacks.  Mr. Hudson indicated that the FTC does not need the individual Chargeback files.

5.  All documents referring or relating to any audit or monitoring of the Subject Account, including any chargeback, compliance, or anti-fraud monitoring programs such as MasterCard's Excessive Chargeback Program ("ECP") or the Visa Chargeback Monitoring Program ("VCMP").

**Response:**  Vantiv does not have any documents responsive to this request for either Subject Accounts.

6.  All documents referring or relating to any occasions in which the Company or any third party (such as banks, card networks, financial institutions, or any entity involved in Payment Processing) suspended or terminated the Subject Account.

**Response:**  Vantiv does not have any documentation related to the termination of the Subject Account, as it did not have a direct contractual relationship with the Subject Account.  Enclosed herewith is a copy of the termination letter send to the payment facilitator, which had a direct relationship with the Subject Account. Such termination letter is Bates Labeled Vantiv 003-004.

www.vantiv.com

# vantiv.

7.  All documents that relate to or reference the Subject Account and were generated or obtained from either the Member Alert to Control high-Risk ("MATCH") or Terminated Merchant File ("TMF") database.

**Response**: Vantiv does not have any documents responsive to this request for the Subject Account.

### Written Interrogatories

1.  Identify the merchant associated with the Subject Account

**Response:**  The submerchant account is related to Digital Altitude, LLC.

2.  The date the Subject Account was opened.

**Response:**  The Subject Account opened January19,  2017 and closed in April 21, 2017.

3.  For any Subject Account that was closed, the date and reason the account was closed.

**Response**:   The Subject Account was closed in April 2017 as a result of Vantiv terminating its relationship with the Payment Facilitator that owned the submerchant account.

4.  The amount or percent of each transaction the Company holds in reserve, if any, and the current balance of any such reserve fund or account.

**Response**: Vantiv did not maintain a reserve for the Subject Account.

5.  For each month during the applicable time period:
    a.  The total number and dollar amount of all transactions processed through the Subject Account, including any transactions indirectly processed through another third party service provider.
    b.  The total number and dollar amount of Refunds processed through the Subject Account.
    c.  The total number and dollar amount of chargebacks processed through the Subject Account.
    d.  The percentage of the total number of transactions processed through the Subject Account that resulted in Refunds.
    e.  The percentage of the total number of transactions processed through the Subject Account that resulted in chargebacks.
    f.  The percentage of the total dollar amount of transactions processed through the Subject Account that resulted in Refunds.

www.vantiv.com

**vantiv.**

    g.   The percentage of the total dollar amount of transactions processed through the Subject Account that resulted in chargebacks.

    h.   The total number of chargebacks processed through the Subject Account organized by Chargeback Reason (include the Chargeback Reason code).

    i.   The total number and dollar amount of Declined Transactions processed through the Subject Account.

    j.   The percentage of the total number of attempted transactions processed through the Subject Account that resulted in Declined Transactions.

    k.   The percentage of the total dollar amount of attempted transactions processed through the Subject Account that resulted in Declined Transactions.

    l.   The total number of Declined Transactions processed through the Subject Account organized by Declined Transaction Reason (include the Declined Transaction Reason Code).

**Response**: The information requested in Interrogatory 5 was sent to the FTC via an encrypted USB with a file titled "Confidential – Digital Altitude Transaction Data"; in addition, attached hereto please find the file titled "Confidential – Digital Altitude Chargeback Data."

    6.   Identify all banks or other financial institutions associated with the Subject Account, including such bank's or financial institutions Bank Identification Number ("BIN") and the time period of that bank's or financial institution's association with the Subject Account.

**Response:** Vantiv does not have information on the Subject Account's bank account.

    7.   State whether the Subject Account was used to transmit payments other than credit or debit card transactions, including Automated Clearinghouse ("ACH") payments, remotely Created Checks ("RCCs"), or Remotely Created Payment Orders ("RCPOs") and, if so, provide details and an explanation of the services the Company provided.

**Response:** Vantiv did not provide services to the Subject Account outside of credit and debit card processing services.

**www.vantiv.com**

**vantiv.**

Thank you for your time and attention to this matter. Please let us know if you have any questions or concerns.

Sincerely,

Ashley Yeager

I, Dan Spalinger, swear under penalty of perjury that the interrogatory answers above are true and correct to the best of my knowledge.

9/21/2017

Date

Dan Spalinger

Subscribed and sworn to before me this 21st day of September, 2017 by Dan Spalinger

Witness my hand and official seal.

My commission expires

8/5/2022

[SEAL]

GREGORY S HYZDU
Notary Public
Commonwealth of Massachusetts
My Commission Expires Aug. 05, 2022

**www.vantiv.com**

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1. I, STEPHEN WILSON_____, have personal knowledge of the facts set forth below and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by **Allied Wallet, Ltd.**, and attached hereto.

The documents produced and attached hereto by **Allied Wallet, Ltd.** are originals or true copies of records of regularly conducted activity that:

a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b) Were kept in the course of the regularly conducted activity of **Allied Wallet, Ltd.**; and

c) Were made by the regularly conducted activity as a regular practice of **Allied Wallet, Ltd.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __15 JANUARY__, 2017 8

_____
Signature

EX 33
977



## Compensation Plan

Welcome to Digital Altitude, LLC. Digital Altitude is a Marketing Training and Publishing company and we specialize in helping entrepreneurs bring their product or service to the market place. We also show them how to leverage other products and services in the marketplace using Affiliate Marketing.

Our Affiliate program exists to provide income leverage through the sales of our world class digital products and events. It is very important that each Affiliate understand that our sales model is based on

EX 33
978

the sale of these products and *not on recruitment.* Affiliates can earn commissions on product sales and NOT for the sign up of other Affiliates they refer into the Affiliate program. The more products sold by you and your organization, the more commissions you will qualify to earn. The Affiliate program is optional and not required in order to enjoy the Digital Altitude product line. Customers and Affiliates alike can learn to build a digital product, online marketing, campaigns, traffic and leads through the education provided by the Digital Altitude suite of products.

**Our Products:**

## ASPIRE (Hiker/Climber)

Digital Business System

The most comprehensive digital marketing training ever--developed *by* 7-figure digital marketers, *for* digital marketers. Kick your success into high gear with automation, sales funnels, community, tools, resources, and a whole lot more.

## BASE

Digital Business Mastery Course

The first 3 months of any business are *crucial,* setting the direction & whether it will be one of success. BASE helps you "come out swinging" in those crucial early days, with shortcuts, tools and resources to fast track your digital business' success.

## RISE

Digital Business Mastery Course

In internet marketing, your *"inner game"* is half the battle. RISE provides you with the key mindsets and concepts developed by top marketers for success, along with traffic, tools and resources to fast track your digital business' growth.

### SMMU

Social Media Marketing University Fast Track Course

Your fastest way to learning all about marketing and traffic with social media. This course is accredited and includes weekly support calls for an entire year. Participate in "hot seats," submit your questions and join us for the latest trends for "what's working now" on the different social media platforms.

## ASCEND

Digital Business Profit Workshop

To really succeed in marketing, you need to "go deep." Top marketers get where they are by building connections with--and learning from--the world's most respected experts. ASCEND, A 3-Day all-inclusive retreat for two, is your opportunity to learn one-on-one from the world's top business thought leaders... All under one roof.

## PEAK

Digital Business Prosperity Retreat

EX 33
979

You've got your business off the ground... *Are you ready to take it to the next level?* PEAK is a 5-Day all inclusive retreat for two that brings the world's top thought leaders in business success, management, and leadership directly to you. It's success training  like you've never experienced it before.

# APEX

Digital Business Legacy Experience

A pro is someone who succeeds; a champion is one who leaves a lasting legacy. APEX is a 7 day retreat for two where you'll learn the art of wealth building, real estate and asset management from the undisputed champions of these industries. Simply the best business training event in the world.

## Definitions:

**Member**- Only takes advantage of the product line and does not earn any commission for any referrals or sales.

**Affiliate-** Any position that is eligible to earn commissions on 1-3 Tiers depending on qualification level. Upon qualifying the Affiliate can unlock up to 3 levels of commission payouts, as well as additional bonuses, prizes and stipends.

**Affiliate Sponsor**- The sponsor who is positioned directly above you and is considered your Level 1 Sponsor. In some cases, your Sponsor will be your Level 1-3 Sponsor. In other cases, you may have 3 different Level sponsors.

**Level 1 Affiliate**- Any Affiliate who can earn Level 1 commissions on the products of which they are qualified.

**Level 2 Affiliate**- Any Affiliate who can earn Level 2 commissions on the products of which they are qualified.

**Level 3 Affiliate**-  Any Affiliate who can earn Level 3 commissions on the products of which they are qualified.

**Junior Affiliate**- An Affiliate who is waiting on their first sale of product to become qualified to receive commissions.

**APEX Affiliate**- Has qualified to earn commissions for 3 Tiers of payouts for all products BASE through APEX.

**PEAK Affiliate**- Has qualified to earn commissions for 3 Tiers of payouts for all products BASE through PEAK.

**ASCEND Affiliate**- Has qualified to earn commissions for 3 Tiers of payouts for all products BASE through ASCEND.

**RISE Affiliate**- Has qualified to earn commissions for 3 Tiers of payouts for all products BASE through PEAK.

AW - F01-AW-0000001

**BASE Affiliate**- Has qualified to earn commissions for 3 Tiers of payouts for all products BASE.

**ASPIRE Affiliate**- Has qualified to earn commissions for 3 Tiers of payouts for the ASPIRE product.

**Standing Affiliate**- Affiliates who do not wish to leverage the 3 Tier pay plan can earn a flat 3% commission on Tier 1 of all sales made on any product.

## The Basics:

➢ An affiliate can only earn commission on products for which he/she is qualified to sell.
   o Must be 18 years of age or older
   o Must complete the Affiliate Agreement
   o Must qualify to receive commissions on the products for which you are marketing.
➢ **Affiliate Qualifications:** To activate your Affiliate status you must participate in the monthly Affiliate Action Pack for $17/mo. The Affiliate Action Pack includes sales support, training and training materials with ongoing updates each month. This Action Pack is furnished by the Company "at cost" and is non-commissionable. Once you've created your first sale, you may begin receiving commissions and bonuses.
➢ Straight Commission: As a Standing Affiliate, you can sell any product in the Digital Altitude product line and earn a flat 3% commission.  Standing Affiliates are those who do not wish to take full advantage of the leverage offered in the 3 Tier Affiliate Program and do not wish to refer other Affiliates. No purchase of any kind is required to be a Standing Affiliate. Standing Affiliates need to contact support at support@digitalaltitude.co to get their referral link.

➢ When an Affiliate qualifies for their first commission their positioning will not change unless the sponsoring Affiliate is no longer a Digital Altitude Affiliate. If the Affiliate Sponsor is not yet qualified for a product commission you are qualified for, the sponsor on those levels will be different.
   o For example: Your direct Sponsor (John) is qualified to receive a RISE level 1 payout but, you purchase the APEX product. Your sponsor on the RISE level 1 would be John but, your sponsor on the qualifying commissions for PEAK, ASCEND, and APEX level 1 will be the first qualified member on those levels in your team (Joan).



AW - F01-AW-0000001

EX 33
981

## Commission Structure

Our commission structure is based on direct and recurring commissions. Commissions will only be paid to those affiliates who are ACTIVE during the time payment has been processed for any product.

Example 1: You joined at the ASPIRE level and your subscription is out of date, Jane purchases or pays for her subscription during this time, you will NOT earn a commission for that product.

Example 2: If Jane signs up with your affiliate link at the PEAK level and you are at the ASCEND level, you will only be paid at the ASCEND level and 50% of the remaining commission will roll up to the next qualified affiliate in your team.

An affiliate can be paid up to 3 Tiers down on all products.

## Overview

Here is how you are able to get paid for each product sell.



In order to qualify to receive full commission on this product, an Affiliate must be qualified in the ASPIRE Climber program. If an Affiliate is not qualified he or she will still receive 3% flat commission on this product and the remainder of the commission will roll up.

Tier 1 is earned from your direct team (A) product sales
Tier 2 is earned from your direct teams Team (B) product sales
Tier 3 is earned from  Team B's team (C) product sales

Example:  Examples
        Mary purchases an Aspire Climber (A)- You will earn 30.15 monthly, for every month Mary stays a Member to utilize the training.
        Jim purchases an Aspire Climber from Mary (B)- You would earn 6.70 monthly, for every month Jim stays a Member to utilize the training.
         Sue purchases an Aspire Climber with Jim (C)- You would earn 3.35 monthly, for every month Sue stays a Member to utilize the training.

** Above amount do not reflect any fees that may be due

AW - F01-AW-0000001

EX 33
982



In order to qualify to receive full commission on this product, an Affiliate must be qualified in the BASE program. If an Affiliate is not qualified he or she will still receive 3% flat commission on this product and the remainder of the commission will roll up.

There are 2 different payout plans for this product.
  ➢ Coach Assist- In this scenario Tier 1 commission will be split between the Coach (20%) and the Affiliate (25%)
  ➢ Non Coach Assist- In this scenario the Affiliate would receive 45% commission on Tier 1

There are 2 different pricing options for this product
  ➢ Retail Pricing- $597
  ➢ Monthly Aspire Training


Examples of Payout:

*Scenario 1:* James is qualified as a BASE Affiliate and sells a BASE program with Coach Assist to Bob; Bob sells a BASE program to Jennifer; and Jennifer sales a BASE program to Joyce.



The amounts above do not reflect the 4% admin fee that is applied to all orders paid by credit card.

*Scenario 2:* James is not qualified and sells a BASE program to Bob. Bob sells a BASE program to Jennifer, and Jennifer sales a BASE program to Joyce.

James will earn 3% of the BASE sale.

*Scenario 3:* James is qualified and sells a BASE program without Coach Assist to Bob, Bob sales a BASE program to Jennifer, and Jennifer sales a BASE program to Joyce.





AW - F01-AW-0000001

In order to qualify to receive full commission on this product, an Affiliate must be qualified in the RISE program. If an Affiliate is not qualified he or she will receive 3% flat commission on this product and the remainder of the commission will roll up.

There are 2 different payout plans for this product.
- ➢ Coach Assist- In this scenario Tier 1 commission will be split between the Coach (20%) and the Affiliate (25%)
- ➢ Non Coach Assist- In this scenario the affiliate would receive 45% commission on Tier 1

There are 2 different pricing options for this product (stand alone)
- ➢ Retail Pricing- $1997
- ➢ Monthly Aspire Training

Examples of Payout

Scenario #1 James sells a RISE program with coach assist to Bob. Bob sells a RISE program to Jennifer and Jennifer sells a RISE program to Joan. In this case James is only qualified at the BASE level and Bob, Jennifer and Joan are both qualified on the RISE level as well.

James would earn 3% commission on this sale.
Bob and Jennifer would earn commission as described below.



Scenario #2 James sells a RISE BUNDLE with coach assist to Bob, Bob sells a RISE program to Jennifer and Jennifer sells a RISE program to Joan. In this case James is only qualified at the BASE level and Jennifer and Joan are both qualified on the RISE level as well.

James would earn:
174.25 for the BASE portion of the sale
**The next qualified sponsor in this team would receive a commission of 249.63 as a roll up commission (Bob Tier 1)

7

EX 33
985

Bob and Jennifer would earn commission as described below





In order to qualify to receive full commission on this product, an Affiliate must be qualified as ASCEND ranked. If an Affiliate is not qualified he or she will receive 3% flat commission on this product and the remainder of the commission will roll up.

There are 2 different payout plans for this product.
  ➢ Coach Assist- In this scenario Tier 1 commission will be split between the Coach (20%) and the Affiliate (25%)
  ➢ Non Coach Assist- In this scenario the affiliate would receive 45% commission on Tier 1

There are 2 different pricing options for this product (stand alone)
  ➢ Retail Pricing $9997
  ➢ Monthly Payment Plan*



In order to qualify to receive full commission on this product, an Affiliate must be qualified as PEAK Ranked. If an Affiliate is not qualified he or she will receive 3% flat commission on this product and the remainder of the commission will roll up.

There are 2 different payout plans for this product.
➤ Coach Assist- In this scenario Tier 1 commission will be split between the Coach (20%) and the Affiliate (25%)
➤ Non Coach Assist- In this scenario the affiliate would receive 45% commission on Tier 1

There are 2 different pricing options for this product (stand alone)
➤ Retail Pricing- $16997
➤ Monthly Payment Plan*



In order to qualify to receive full commission on this product, an Affiliate must be qualified in the APEX program. If an Affiliate is not qualified he or she will receive 3% flat commission on this product and the remainder of the commission will roll up.

AW - F01-AW-0000001

There are 2 different payout plans for this product.
- ➢ Coach Assist- In this scenario Tier 1 commission will be split between the Coach (20%) and the Affiliate (25%)
- ➢ Non Coach Assist- In this scenario the affiliate would receive 45% commission on Tier 1

There are 2 different pricing options for this product (stand alone)
- ➢ Retail Pricing- $26997
- ➢ Monthly Payment Plan*

## Fees

Admin Fees-  a 4% admin fee is applied to all orders.

Wire Fees- International wire fee is 35.00 and Domestic wire fee is 25.00. Any wire that is sent to Digital Altitude, LLC must include these amounts. In the event these fees are not included with the wire being sent, an Affiliate is responsible for insuring that this order is paid in full. If we are not able to collect this from the purchasing affiliate, this will be split from the Affiliate earning the Tier 1 commission and the coach (if applicable; if sale is non coach assist, the full fee deducts from the Tier 1 Affiliate.)

## Refunds and Clawbacks

Any order that has been refunded that is a.) within the specified refund period or b.) Refunded based on a company decision will be clawed back from all Tiers that received commission on that particular purchase the following pay period

* Commissions are paid out on monthly payment plans as money is collected and refund periods pass.

**Roll up commission:

When an Affiliate is not qualified to sell a particular product but does, the next qualified sponsor in his team will get 50% of the commission that would have been earned by the direct sponsor. The most qualified Direct Sponsor will also keep that Affiliate in his or her team on that particular product for as long as he or she remains active.

10

EX 33
988

Sean K. Brown
Attorney at Law
Utah Bar 10017
1426 East 750 North, Orem, UT
sean@seanbrownlaw.com

January 5, 2017

To whom it may concern:

My name is Sean K. Brown and I am licensed attorney in Utah, Bar #10017. I graduated from Brigham Young University Law School in 2002. My first job after law school was with an 800 attorney law firm of King & Spalding, LLP in Atlanta, Georgia (www.kslaw.com).

I then took a lateral move to another national law firm, Ballard Spahr Andrews and Ingersoll, LLP (www.ballardspahr.com). I have worked closely with the Venable Law Firm from D.C. providing legal audit review for a few of my clients. I also was the General Legal Counsel for Proper Learning, Inc. (a coaching and mentoring company) for four (4) years and we won the Ernst and Young Entrepreneur Award grossing over $130 million in revenue in 2007. I have had numerous clients in the network marketing industry (MLM), affiliate marketing, direct sales (door-to-door), and online lead generation. I also have extensive experience working with the FTC and state consumer protection agencies. I also worked for the F.B.I. in D.C. I would confidently represent myself as an expert in evaluating commission plans and structures.

I have had a chance to review the structure and commission plan of Digital Altitude, LLC and can represent it is a true affiliate marketing program not a MLM.

Kindly,

Sean K. Brown

sean@seanbrownlaw.com
Attorney

EX 33
989



**Merchant Services Application**

---

<u>Important: Every field MUST be filled in.</u>

## Company

Company DBA (doing business as) / trading name: *Digital Altitude*

Legal business name: *Digital Altitude LLC.*      Email address: *billing@digitalaltitude.co*

Tax ID number (optional): ▮▮▮▮*7054*      Skype / IM address (optional):

Business telephone number: *800-820-7589*      Customer service phone number: *800-820-7589*

Country of Incorporation or Organization: *USA*      Date business established (MM/YY): *03/2015*

Business street address: *16192  Coastal  Hwy*

City: *Lewes*      Country: *USA*      Postcode: *19858*

Business mailing address: *Same*

City: —      Country: —      Postcode: —

Type of business:   ☐ Individual   ☐ Partnership   ☒ Corporation   ☐ Nonprofit
Operating from:   ☒ Office suite   ☐ Retail storefront   ☐ Warehouse   ☐ Private Sector

---

## Website(s) (Important: We NEED to be able to login to your website(s) to approve your application)

Website's URL: *digitalaltitude.co*      Website's URL:

Industry: *Marketing*      Industry:

Description of Products/Services:      Description of Products/Services:

*digital and live training, tools, and services*

User ID: *inspire*      User ID: *311*

Password: ▮▮▮▮      Password: ▮▮▮▮

Website's URL: *N/A*      Website's URL:

Industry:      Industry:

Description of Products/Services:      Description of Products/Services:

User ID:      User ID:

Password:      Password:

---

EX 33
990

**Ownership** Please list ALL owners. Total MUST equal 100% ownership (attach additional sheet if necessary).

| | | |
|---|---|---|
| Owner 1 name: *Michael Force* | % ownership: *100%* | Owner since: *03/15* (MM/YY) |
| Current address: ▮▮▮▮▮▮▮ | | |
| City: *Los Angeles* | Country: *USA* | Postcode: ▮▮▮ |
| Previous address: ▮▮▮▮▮ | | |
| City: *Miami* | Country: *USA* | Postcode: ▮▮▮ |
| Social Security #: ▮▮ | Mobile phone #: ▮▮ | Date of Birth ▮▮ |
| Personal email address: *mforce@digital altitude co* | Driver License #: ▮▮▮ | |
| Passport #: | Passport country of issue: | |

| | | |
|---|---|---|
| Owner 2 name: | % ownership: | Owner since: _____ (MM/YY) |
| Current address: | | |
| City: | Country: | Postcode: |
| Previous address: | | |
| City: | Country: | Postcode: |
| Social Security #: | Mobile phone #: | Date of Birth: |
| Personal email address: | Driver License #: | |
| Passport #: | Passport country of issue: | |

## Terms

**Payout Schedule**

Allied Wallet wires every Wednesday to all Merchants due more than 1000 units of the processed and settled currency. Funds will post to the wired account within 1 to 4 business days (bank holidays and country specific holidays may delay funds). Price display: the customer must be able to identify the final price of a product unmistakably.

All Merchants must put the Allied Wallet logo and Allied Wallet details for customers to clearly see who they will be billed by on payment pages – Allied Wallet technical team will send you details. This must be done prior to your first payout.

****All fees will be charged in the equivalence of USD, with the exception of EUR and GBP
****Should a chargeback be issued on the basis of fraud, an additional €15.00 per dispute will be charged.

**Discount Rate and Details**

Currency: *USD*

Merchant Discount Rate: Visa 6.5% MC 6.5% Discover / Diners Club _____ AMEX _____ Other _____

One Time Setup Fee: _____   Monthly Maintenance Fee: $95.00   Transaction Fee: $0.40

Refund Fee: _____   Chargeback 1 Fee: $5.00   Chargeback Fee: $40.00   Wire Fee: $45.00

Holdback Reserve (Rolling 6 Months): 10%
Holdback funds are released on the 15th of each month, unless this date falls on a weekend, and are only released if 1000 Units or more are due and are subject to a wire fee

**Payout Period: *12 days in arrears based on amount to be determined***

**Processing Period: *Saturday to Friday***

*For Tech Support: 45-Day Payout Period*
New clients have no limit on voids of pre-authorizations.  Refunds are limited to five percent (5%) of total captured transactions.

2

**Ownership** Please list ALL owners. Total MUST equal 100% ownership (attach additional sheet if necessary).

| | | |
|---|---|---|
| Owner 1 name: *Michael Force* | % ownership: *100%* | Owner since: *03/15* (MM/YY) |
| Current address: ▓▓▓▓▓▓▓▓▓ | | |
| City: *Los Angeles* | Country: *USA* | Postcode: ▓▓▓▓ |
| Previous address: ▓▓▓▓▓▓ | | |
| City: *Miami* | Country: *USA* | Postcode: ▓▓▓ |
| Social Security #: | Mobile phone #: | Date of Birth ▓▓ |
| Personal email address: *mforce@digital altitude co* | Driver License #: ▓▓▓▓ | |
| Passport #: | Passport country of issue: | |

| | | |
|---|---|---|
| Owner 2 name: | % ownership: | Owner since: _____ (MM/YY) |
| Current address: | | |
| City: | Country: | Postcode: |
| Previous address: | | |
| City: | Country: | Postcode: |
| Social Security #: | Mobile phone #: | Date of Birth: |
| Personal email address: | Driver License #: | |
| Passport #: | Passport country of issue: | |

## Terms

### Payout Schedule

Allied Wallet wires every Wednesday to all Merchants due more than 1000 units of the processed and settled currency. Funds will post to the wired account within 1 to 4 business days (bank holidays and country specific holidays may delay funds). Price display: the customer must be able to identify the final price of a product unmistakably.

All Merchants must put the Allied Wallet logo and Allied Wallet details for customers to clearly see who they will be billed by on payment pages – Allied Wallet technical team will send you details. This must be done prior to your first payout.

****All fees will be charged in the equivalence of USD, with the exception of EUR and GBP
****Should a chargeback be issued on the basis of fraud, an additional €15.00 per dispute will be charged.

### Discount Rate and Details

Currency: *USD*

Merchant Discount Rate: Visa *6.5%* MC *6.5%* Discover / Diners Club _____ AMEX _____ Other _____

One Time Setup Fee: _____     Monthly Maintenance Fee: $95.00     Transaction Fee: *$0.40*

Refund Fee: _____     Chargeback 1 Fee: $5.00     Chargeback Fee: *$40.00*     Wire Fee: $45.00

Holdback Reserve (Rolling 6 Months): 10%
Holdback funds are released on the 15th of each month, unless this date falls on a weekend, and are only released if 1000 Units or more are due and are subject to a wire fee

Payout Period: *12 days in arrears based on amount to be determined*

Processing Period: *Saturday to Friday*

For Tech Support: 45-Day Payout Period
New clients have no limit on voids of pre-authorizations.  Refunds are limited to five percent (5%) of total captured transactions.

2

## Processing

| | | | | |
|---|---|---|---|---|
| Estimated Monthly Volume: $ *500k – 1mm* | | | | |
| Average Ticket Amount (average price of the product or service): $ *100* | | | | |
| Highest Ticket Amount (highest price of the product or service): $ *648* | | | | |
| Have you accepted credit card on this website before: ☒ YES | | ☐ NO | | |
| If yes, name of current/former processor: | | Account/Merchant ID #: | | Years with this processor: |
| Have you EVER been blacklisted or had an account closed by MasterCard/Visa or ACH processor? ☐ YES | | | ☒ NO | |
| Required processing currencies: ① | 2 | 3 | 4 | |
| Required settlement currencies: ① | 2 | 3 | 4 | |
| Do you require MOTO (Virtual Terminal, ie phone orders) : ☒ YES | | ☐ NO  If yes, % of sales via MOTO : *10* % via online Credit Card: *90* % | | |
| Required Card Brands: ☒ Visa  ☒ MasterCard  ☐ Maestro  ☐ Diners Club  ☒ Discover  ☐ Cartes Bancaires | | | | |
| ☐ JCB  ☐ ChinaUnionPay | | | | |

## Integration

| | | |
|---|---|---|
| Will you need assistance with the API Integration from our IT Department? ☐ YES | ☒ NO | |
| Do you have a web programmer or other IT personnel that will be assisting you with the integration? ☒ YES | ☐ NO | |
| Are you offering memberships on your website? ☒ YES  ☐ NO | | |
| Do you have a shopping cart? ☒ YES  ☐ NO  If Yes, which one? *Custom* | | |

| |
|---|
| How did you hear about Allied Wallet ? *Trinit* |

## AUTHORIZATION & ACKNOWLEDGEMENT

As part of my application, the company may obtain commercial credit bureau reports on applicant companies. In some instances, additional information about principals of the applicant company may be required, and the company will then obtain a consumer credit report on the Principal(s) identified in this application. The Principals' signatures are therefore required below.

*I certify that the above information is true and correct, to the best of my knowledge.*

*I hereby authorize, without reservation, the company or an agent acting on its behalf to procure information from various federal, state and other agencies which maintain public and non-public records concerning my past activities relating to my driving, credit, civil, education, employment and other experiences. This report may be compiled with information from but not limited to credit bureaus, court record repositories, military records, department of motor vehicles, past or present employers and educational institutions, governmental occupational licensing or registration entities, business or personal references, any public domain, insurance company, and any other source required to verify information that I have voluntarily supplied for the purpose of verifying my financial standing and credit worthiness.*

| Print Principal Name | Date | | Print Principal Name | Date |
|---|---|---|---|---|

michael Force   06-18-16

## Document Requirements for New Applications

**Required Documents:**

1. Completed and signed application
2. Two (2) different forms of Photo Identification. Color copy of current Passport, driver's license, Government Issued Identification, of owner(s) / signatory(ies)
3. Past 3 months processing statements
4. Past 3 months bank statements
5. Corporate documents: Copy of Articles of Incorporation (or equivalent). If DBA, please furnish DBA filing. If not available, a copy of your business license *may* be considered an acceptable substitute.
6. Most Recent Utility Bill showing proof of Legal Business Address
7. Most Recent Utility Bill showing proof of Home Address for all members/shareholders of the company
8. Business Plan for start-up/new business
9. Business License IF required by law or for specific industries (i.e. ForEx, Gaming, etc.)

**For Websites:**

1. Clear description of goods and services listed on site
2. Clear pricing and currencies of each and every product and service
3. Terms and conditions clearly stated online.
4. Privacy policy on site
5. Contact details and location of business easily found on site
6. Customer service email and phone number listed on website
7. Times listed that customer service is available
8. Refund policy clearly stated
9. Shipping policy clearly stated on order page
10. Display Visa and MasterCard logo's at checkout
11. SSL on all pages where customer information is collected



## Bank Account Information Form

Funds will be deposited via international wire transfer.  Please complete one form for each receiving bank account (applicable for processing in multi-currency settlement accounts).

## Account Details

Beneficiary Name:   Digital Altitude, LLC

**Please note Beneficiary name can be no longer than 30 characters and have no special characters, such as "&" or "-". If submitted Beneficiary Name includes these items wire is at risk of return or decline**

Beneficiary Address on account:  16192 Coastal Hwy

Beneficiary City and State on account:  Lewes, DE

Beneficiary Post/Zip Code on account:  19958

Beneficiary Country on account:  US

Merchant Account ID

Merchant Website(s)  www.digitalaltitude.co

## Bank Details

Receiving Bank Name:  Bank of America

Receiving Bank Address:  333 S Hope St STE 100 Los Angeles, CA 90071

Account Number:  █████2263

ABA/Routing Number:  ███████

Swift Code:_____  IBAN: _____

Print Name:  Michael Force

_____          8/12/16
Signature                                        Date

EX 33
995

**PHONE #**

| NAME | EMAIL |
|---|---|
| **Reseller:** | Payment reservatio Chase@paycertify.com |
| **Agent Referral:** | none |
| **Owner(s):** Michael Force | mforce@digitalaltitude.co |
| | |
| **Legal Name:** Digital Altitude LLC | |
| **DBA Name:** Digital Altitude LLC | |
| **Biz Start Date:** 3/2015 | |
| | |
| **URL:** | http://digitalaltitude.co |
| **Site Login:** | **UN:**          **PW:** |
| **Business Type:** marketing | |
| | |
| **Biz Address:** 16192 Coastal Hwy, Lewes, DE 19958 | |
| **Mailing Address:** same | |
| **Home Address:** ████████, Los Angeles, CA ██████ | |

**EU Corp Address:**   *(To be completed by Compliance if necessary)*

| | |
|---|---|
| **Currencies:** | USD |
| **Average Ticket:** | $        100.00 |
| **High Ticket:** | $        648.00 |
| **Monthly Vol:** | $   100,000.00 |
| | |
| **Processing Type:** | DI |
| **MID:** | 20377 |
| **SID:** | 20635 |
| **Descriptor:** | ALW*digitalaltitude8008207589 |
| **3818 Login (user):** | digitalaltitude       **qpmforce** |
| **3818 Login (pw):** | |

**Members**
Michael Force
Dalila Force

**DIGITAL ALTITUDE LIMITED**
**Director**        **Shareholder**
Mary Dee        Michael Force

| | DOCUMENTS |
|---|---|
| ✓ | |
| 8.15.16 | Date received |
| ☑ | Complete application |
| ☑ | Passport / Gov't photo ID |
| ☑ | Proof of Legal Business Address |
| ☑ | Proof of Home Address |
| ☑ | Proof of Business Ownership/Articles |
| ☑ | Previous Credit Card Processing Statements |
| ☑ | Bank statements/Bank Letter |
| ☐ | URL ownership |
| ☐ | Business License/Supplier Info |
| ☐ | Tax Return/certified financial statement |
| ☐ | Written Business Description/Plan for startup |
| ☑ | EU Corporation |
| ☑ | Submit URL to G2 |
| 362 | G2 Report in file |
| ☑ | Webshield Full Application report |
| ☐ | MATCH Report (w/ assistance from Bank) |
| | **If approved:** |
| ☑ | Enter all merchant information into Gateway |
| ☑ | - Site Locator Cross Check |
| ☑ | - Merchant Management screen data |
| ☑ | - Merchant List enabled/disabled check |
| ☑ | - Site Management |
| ☑ | **Approve / Decline account in gateway** |
| ☑ | **Send out approval/integration email** |

*Products/Services Approved by UW:*

Comments:

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
Pursuant to 28 U.S.C. § 1746

1.      I, _Philip Kosloske_____, have personal knowledge of the facts set forth below

and am competent to testify as follows:

2.      I have authority to certify the authenticity of the records produced by **PayPal Holdings,**

**Inc.,** and attached hereto.

The documents produced and attached hereto by **PayPal Holdings, Inc.** are originals or

true copies of records of regularly conducted activity that:

a)      Were made at or near the time of the occurrence of the matters set forth by, or

from information transmitted by, a person with knowledge of those matters;

b)      Were kept in the course of the regularly conducted activity of **PayPal Holdings,**

**Inc.;** and

c)      Were made by the regularly conducted activity as a regular practice of **PayPal**

**Holdings, Inc.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _January 14_, 2018

_____
Signature



*Global Investigations*

**Law Enforcement Officer:** Basford, Laura Attorney
**Law Enforcement Agency:** Federal Trade Commission
**Requested On:** Thu, 30 Mar 2017 21:08
**Evidence Gathered On:** Tue, 04 Apr 2017 18:37
**Law Enforcement Reference:**
All times indicated in this document refer to time zone GMT

## Registration Information

| | |
|---|---|
| *User Info* | |
| First Name | Mary |
| Middle Name | |
| Last Name | Dee |
| DOB | 1-Mar-77 |
| CC Statement Name | DIGITALALTI |
| Email | amoore@digitalaltitude.co, billing@digitalaltitude.co, mdee@digitalaltitude.co, mjohnson@digitalaltitude.co |
| *Business Info* | |
| Business Name | Digital Altitude LLC |
| URL | http://www.digitalaltitude.co |
| Customer Service Phone | 800-820-7589  - Unknown Trust |
| *Account Info* | |
| Account Status | Limited - High |
| Account # | ████████39404 |
| Account Type | Business - Verified - Cat10A |
| Time Created | Wed, 09 Sep 2015 1:21:15 |
| *SSN* | |
| SSN | |
| TIN | ████████7054 |

## Email Addresses

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| amoore@digitalaltitude.co | FALSE | FALSE | TRUE |
| billing@digitalaltitude.co | TRUE | TRUE | TRUE |
| mdee@digitalaltitude.co | FALSE | TRUE | TRUE |
| mjohnson@digitalaltitude.co | FALSE | TRUE | TRUE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|
| Jason Scott | JASONSCOTT | Send Money, Mass Payments, Request Money, Add Funds, Withdraw Funds, Cancel Payments, View Balance, Refunds, Authorizations and Settlements, Permission To Speak, Edit Recurring Payments Profile | TRUE |
| Customer Care | DIGISUPPORT1 | Request Money, View Balance, View Profile | TRUE |

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| 323-640-0738 | Unconfirmed | Work |
| 800-820-7589 | Unconfirmed | Work - Deleted |
| 800-820-7589 | Unconfirmed | Customer Service |
| 323-640-0738 | Confirmed | Mobile |
| 312-613-0083 | Confirmed | Mobile |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| Digital Altitude LLC 16192 COASTAL HWY LEWES, DE 19958 United States <br> | | 09/08/15 |

EX 34
999

| | | |
|---|---|---|
| Digital Altitude LLC 6340 Lake Worth Blvd. Fort Worth, TX 76135 United States <br> | (CC 2005 Confirmed) (CC 7486 Confirmed) (CC 1004 Confirmed) | 09/08/15 |
| Digital Altitude LLC 16192 COASTAL HWY LEWES, DE 19958 United States <br> | (Home) (CC 0175 Confirmed) | 09/08/15 |
| Morgan Johnson ▆ Houston, TX United States <br> | (Gift Address) (Hidden) | 04/21/16 |
| Michael Force 520 Broadway 2nd fl wework Digital Altitude Santa Monica, CA 90401 United States <br> | (Gift Address) (Hidden) | 04/03/16 |
| Michael Force 520 Broadway #103 Santa Monica, CA 90401 United States <br> | (Gift Address) (Hidden) | 04/03/16 |
| S2S 628 ▆ HOUSTON, TX United States <br> | (Gift Address) (Hidden) | 04/21/16 |

## Auctions

| User ID | Manager User ID |
|---|---|

EX 34
1000

## Mobile Payments

| Phone Number | Status | Date Added |
|---|---|---|
| 312-613-0083 | Activated-Confirmed | 20-Sep-16 |
| **Notification Preferences** | **Signup Method** | **Pending Payment** |
| Text message and email | SMS loop | Yes |

## Financial Information

| *Summary* | |
|---|---|
| Account Balance | $0.00 USD |
| Total Amount Sent | $45,178.06 USD |
| Total Amount Received | $893,416.72 USD |
| Amount Received Current Month | $0.00 USD |
| Amount Received Month 1 | $118.00 USD |
| Amount Received Month 2 | $416,946.77 USD |
| Amount Received Month 3 | $353,078.64 USD |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |
| Billing Address | 16192 COASTAL HWY LEWES DE 19958 |
| Secure Card Numbers | Agent Disabled |
| Backup Funding Source | |
| Daily Spending Limit | $500 |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | Disabled |
| Authorized Users | Not Available |

## Bank Accounts

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| ▮2263 | Active - Primary | Digital Altitude LLC | | ▮ |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| Checking | BANK OF AMERICA N.A. | Confirmed (rand dep) | | |

## Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| -0175 | Active | Mary Dee | | 10/2019 |
| Type | Issuer | Confirmed | Issue # | Currency |
| MasterCard Credit | | CVV2 | | USD |

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| -2005 | Active | Mary Dee | | 07/2020 |
| Type | Issuer | Confirmed | Issue # | Currency |
| American Express Credit | | CVV2 | | USD |

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| -7486 | Active | Mary Dee | | 05/2018 |
| Type | Issuer | Confirmed | Issue # | Currency |
| Visa Credit | | CVV2 | | USD |

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| -1004 | Active | Mary Dee | | 06/2021 |
| Type | Issuer | Confirmed | Issue # | Currency |
| American Express Credit | | CVV2 RdChg (Refunded) | | USD |

## Debit Cards

## Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|
| SRO - High Risk Selling Activity | Thu, 25 Aug 2016 18:14:51 | | |

## IP Summary

| First Used  (GMT/BST) | Last Used  (GMT/BST) | IP Number | Logins | Status |
|---|---|---|---|---|
| Tue, 05 Jul 2016 19:50:55 | Mon, 20 Mar 2017 17:02:10 | 73.206.233.188 | 103 | |
| Tue, 07 Mar 2017 18:09:38 | Tue, 07 Mar 2017 18:09:38 | 205.197.219.67 | 1 | |
| Thu, 09 Feb 2017 23:35:22 | Wed, 01 Mar 2017 20:22:07 | 98.200.148.55 | 6 | |
| Thu, 29 Dec 2016 22:22:28 | Mon, 27 Feb 2017 19:18:10 | 72.223.127.23 | 4 | |

| | | |
|---|---|---|
| Tue, 07 Feb 2017 19:18:59 | Tue, 07 Feb 2017 19:18:59 | 63.78.215.170 | 1 |
| Tue, 07 Feb 2017 14:56:40 | Tue, 07 Feb 2017 15:12:13 | 73.98.170.102 | 2 |
| Tue, 07 Feb 2017 13:48:17 | Tue, 07 Feb 2017 13:48:17 | 73.98.170.58 | 1 |
| Tue, 17 Jan 2017 16:38:10 | Tue, 17 Jan 2017 16:38:10 | 72.215.83.223 | 1 |
| Thu, 29 Dec 2016 22:43:16 | Thu, 29 Dec 2016 22:43:16 | 107.77.231.101 | 1 |
| Wed, 16 Nov 2016 2:18:05 | Wed, 16 Nov 2016 2:18:05 | 184.16.131.155 | 1 |
| Fri, 01 Jul 2016 20:03:39 | Tue, 08 Nov 2016 7:28:26 | 75.80.158.216 | 70 |
| Mon, 03 Oct 2016 16:34:53 | Thu, 20 Oct 2016 20:19:12 | 184.16.170.76 | 61 |
| Thu, 11 Aug 2016 0:51:24 | Wed, 05 Oct 2016 22:48:22 | 73.45.236.173 | 176 |
| Sat, 24 Sep 2016 19:20:59 | Mon, 03 Oct 2016 12:36:21 | 184.17.4.81 | 77 |
| Fri, 23 Sep 2016 2:48:47 | Fri, 23 Sep 2016 4:35:32 | 50.102.139.152 | 2 |
| Tue, 20 Sep 2016 15:15:23 | Thu, 22 Sep 2016 0:00:25 | 184.16.177.3 | 14 |
| Thu, 11 Aug 2016 0:52:10 | Sat, 17 Sep 2016 19:45:50 | 71.90.164.28 | 23 |
| Thu, 08 Sep 2016 0:23:51 | Thu, 08 Sep 2016 15:14:51 | 184.16.102.131 | 3 |
| Wed, 07 Sep 2016 17:22:49 | Wed, 07 Sep 2016 17:22:49 | 208.54.83.141 | 1 |
| Tue, 06 Sep 2016 18:33:27 | Tue, 06 Sep 2016 18:33:27 | 172.56.14.105 | 1 |
| Fri, 02 Sep 2016 18:26:09 | Fri, 02 Sep 2016 18:26:09 | 73.77.251.208 | 1 |
| Fri, 02 Sep 2016 17:03:12 | Fri, 02 Sep 2016 17:03:57 | 73.77.251.253 | 2 |
| Thu, 25 Aug 2016 20:29:06 | Thu, 25 Aug 2016 20:29:06 | 107.77.208.41 | 1 |
| Tue, 23 Aug 2016 4:18:46 | Tue, 23 Aug 2016 4:54:35 | 198.199.206.2 | 2 |
| Tue, 21 Jun 2016 4:26:05 | Mon, 22 Aug 2016 20:18:56 | 24.61.43.208 | 17 |

| | | | |
|---|---|---|---|
| Mon, 08 Aug 2016 23:46:41 | Mon, 08 Aug 2016 23:46:41 | 172.58.96.205 | 1 |
| Sun, 07 Aug 2016 19:05:24 | Sun, 07 Aug 2016 19:05:24 | 66.87.64.189 | 1 |
| Fri, 05 Aug 2016 20:21:07 | Fri, 05 Aug 2016 20:46:10 | 66.87.66.129 | 2 |
| Tue, 02 Aug 2016 20:00:04 | Tue, 02 Aug 2016 20:34:48 | 66.87.65.233 | 3 |
| Fri, 29 Jul 2016 9:28:48 | Fri, 29 Jul 2016 9:28:48 | 72.234.239.45 | 1 |
| Wed, 20 Jul 2016 16:45:29 | Wed, 20 Jul 2016 16:45:29 | 172.56.15.64 | 1 |
| Mon, 18 Jul 2016 22:25:04 | Tue, 19 Jul 2016 0:27:46 | 208.54.83.237 | 4 |
| Fri, 15 Jul 2016 12:28:35 | Fri, 15 Jul 2016 12:28:35 | 71.46.60.165 | 1 |
| Fri, 08 Jul 2016 7:04:29 | Fri, 08 Jul 2016 7:04:29 | 180.178.173.112 | 1 |
| Fri, 08 Jul 2016 6:09:13 | Fri, 08 Jul 2016 7:00:34 | 39.43.36.195 | 4 |
| Tue, 05 Jul 2016 19:52:26 | Tue, 05 Jul 2016 20:59:39 | 66.87.130.107 | 4 |
| Tue, 08 Dec 2015 20:27:36 | Fri, 01 Jul 2016 18:40:00 | 73.255.11.239 | 81 |
| Wed, 09 Sep 2015 3:21:16 | Thu, 30 Jun 2016 21:04:39 | 76.176.67.170 | 58 |
| Thu, 02 Jun 2016 20:38:06 | Thu, 02 Jun 2016 20:38:06 | 49.145.214.119 | 1 |
| Sat, 28 May 2016 22:27:39 | Sat, 28 May 2016 22:38:13 | 98.167.147.33 | 3 |
| Sun, 01 May 2016 23:04:26 | Sat, 28 May 2016 22:33:06 | 72.211.246.69 | 7 |
| Sat, 28 May 2016 21:18:15 | Sat, 28 May 2016 21:59:38 | 112.198.118.158 | 6 |
| Fri, 27 May 2016 20:21:14 | Fri, 27 May 2016 20:26:45 | 49.145.136.173 | 5 |
| Thu, 26 May 2016 18:52:25 | Thu, 26 May 2016 20:10:06 | 189.221.32.239 | 7 |
| Sat, 21 May 2016 21:59:45 | Sat, 21 May 2016 21:59:45 | 172.58.96.123 | 1 |
| Sat, 21 May 2016 21:11:13 | Sat, 21 May 2016 21:11:13 | 49.148.66.235 | 1 |
| Thu, 17 Dec 2015 11:23:53 | Sun, 15 May 2016 11:29:52 | 92.233.138.154 | 3 |

| | | | |
|---|---|---|---|
| Fri, 29 Apr 2016 18:03:54 | Fri, 29 Apr 2016 18:30:18 | 172.248.230.17 0 | 2 |
| Sat, 16 Apr 2016 21:27:33 | Sat, 16 Apr 2016 21:27:33 | 172.56.15.177 | 1 |
| Sat, 16 Apr 2016 12:27:41 | Sat, 16 Apr 2016 12:27:41 | 80.229.28.154 | 1 |
| Tue, 12 Apr 2016 16:39:15 | Tue, 12 Apr 2016 17:10:33 | 172.58.96.212 | 2 |
| Mon, 11 Apr 2016 19:07:50 | Mon, 11 Apr 2016 19:07:50 | 172.58.97.149 | 1 |
| Mon, 04 Apr 2016 0:31:32 | Mon, 04 Apr 2016 0:44:42 | 70.182.197.3 | 2 |
| Thu, 31 Mar 2016 20:44:37 | Thu, 31 Mar 2016 20:44:37 | 172.56.14.120 | 1 |
| Thu, 15 Oct 2015 19:36:36 | Tue, 22 Mar 2016 20:07:37 | 65.200.54.234 | 7 |
| Fri, 13 Nov 2015 15:07:38 | Tue, 15 Mar 2016 7:57:25 | 82.47.235.229 | 4 |
| Tue, 03 Nov 2015 21:19:40 | Fri, 04 Mar 2016 19:51:28 | 142.129.117.74 | 4 |
| Tue, 02 Feb 2016 21:52:49 | Tue, 02 Feb 2016 22:18:02 | 70.211.138.1 | 2 |
| Sun, 08 Nov 2015 17:44:33 | Sun, 08 Nov 2015 17:52:13 | 146.90.147.204 | 3 |
| Fri, 18 Sep 2015 22:46:20 | Tue, 29 Sep 2015 17:13:01 | 73.183.189.158 | 5 |
| Fri, 18 Sep 2015 22:43:49 | Fri, 18 Sep 2015 22:43:49 | 206.108.41.105 | 1 |
| Fri, 18 Sep 2015 22:30:32 | Fri, 18 Sep 2015 22:30:32 | 206.108.41.102 | 1 |
| Wed, 09 Sep 2015 18:12:21 | Wed, 09 Sep 2015 18:12:21 | 98.206.56.226 | 1 |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are

prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

EX 34
1006



## PayPal

*Global Investigations*

**Law Enforcement Officer:** Basford, Laura Attorney
**Law Enforcement Agency:** Federal Trade Commission
**Requested On:** Thu, 30 Mar 2017 21:08
**Evidence Gathered On:** Tue, 04 Apr 2017 18:29
**Law Enforcement Reference:**
All times indicated in this document refer to time zone GMT

### Registration Information

| | |
|---|---|
| *User Info* | |
| First Name | Mary |
| Middle Name | |
| Last Name | Dee |
| DOB | 1-Mar-77 |
| CC Statement Name | RISESYSTEMS |
| Email | risesystemsent@gmail.com |
| *Business Info* | |
| Business Name | Rise Systems & Enterprise |
| URL | http://www.risesystems.weebly.com |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Limited - High |
| Account # | 0172 |
| Account Type | Business - Verified - Cat10A |
| Time Created | Fri, 19 Aug 2016 21:50:27 |
| *SSN* | |
| SSN | |
| TIN | 6655 |

### Email Addresses

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| risesystemsent@gmail.com | TRUE | TRUE | TRUE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| 323-640-0738 | Unconfirmed | Work |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| Rise Systems & Enterprise **Address 3** Highland, UT United States <br> | | 08/19/16 |
| Rise Systems & Enterprise **Address 3** Highland, UT United States <br> | | 08/19/16 |
| Rise Systems & Enterprise 6340 Lake Worth Blvd Fort Worth, TX 76135 United States <br> | (Home) | 08/19/16 |

## Auctions

| User ID | Manager User ID |
|---|---|

## Mobile Payments

## Financial Information

*Summary*

| Account Balance | $0.00 USD |
|---|---|

| | |
|---|---|
| Total Amount Sent | $0.00 USD |
| Total Amount Received | $312,540.96 USD |
| Amount Received Current Month | $0.00 USD |
| Amount Received Month 1 | $318,751.91 USD |
| Amount Received Month 2 | $0.00 USD |
| Amount Received Month 3 | $0.00 USD |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |
| Billing Address | |
| Secure Card Numbers | N/A |
| Backup Funding Source | N/A |
| Daily Spending Limit | $500 |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | Disabled |
| Authorized Users | Not Available |

## Bank Accounts

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| ▮5129 | Active - Primary | Rise Systems & Enterprise | | ▮ |
| Type | Bank Name | Confirmed | | Country |
| Checking | JPMORGAN CHASE BANK, NA | Confirmed (IAV) | | |

## Credit Cards

## Debit Cards

## Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|
| SRO - High Risk Selling Activity | Thu, 25 Aug 2016 5:45:03 | | |

## IP Summary

| First Used (GMT/BST) | Last Used (GMT/BST) | IP Number | Logins | Status |
|---|---|---|---|---|
| Tue, 07 Mar 2017 17:03:55 | Tue, 07 Mar 2017 17:03:55 | 205.197.219.67 | 1 | |
| Tue, 01 Nov 2016 5:08:18 | Mon, 27 Feb 2017 19:24:13 | 72.223.127.23 | 2 | |
| Wed, 22 Feb 2017 3:30:06 | Wed, 22 Feb 2017 3:30:06 | 112.198.79.167 | 1 | |
| Fri, 19 Aug 2016 23:50:28 | Tue, 21 Feb 2017 13:36:00 | 73.206.233.188 | 43 | |
| Thu, 13 Oct 2016 17:59:39 | Thu, 09 Feb 2017 23:16:40 | 98.200.148.55 | 2 | |
| Tue, 07 Feb 2017 16:00:28 | Tue, 07 Feb 2017 16:00:28 | 63.78.215.170 | 1 | |
| Thu, 24 Nov 2016 1:04:56 | Thu, 24 Nov 2016 1:04:56 | 203.87.129.142 | 1 | |
| Fri, 28 Oct 2016 20:26:32 | Fri, 28 Oct 2016 20:26:32 | 162.207.138.93 | 1 | |
| Thu, 27 Oct 2016 12:38:29 | Thu, 27 Oct 2016 12:38:29 | 203.87.129.144 | 1 | |
| Fri, 21 Oct 2016 23:18:37 | Fri, 21 Oct 2016 23:18:37 | 192.99.56.22 | 1 | |
| Fri, 21 Oct 2016 4:35:47 | Fri, 21 Oct 2016 4:35:47 | 203.87.129.129 | 1 | |
| Mon, 10 Oct 2016 13:02:18 | Mon, 10 Oct 2016 13:02:18 | 184.16.170.76 | 1 | |
| Sat, 24 Sep 2016 19:21:28 | Wed, 28 Sep 2016 19:39:59 | 184.17.4.81 | 6 | |
| Wed, 07 Sep 2016 21:34:14 | Thu, 22 Sep 2016 2:38:51 | 73.32.141.38 | 7 | |
| Thu, 15 Sep 2016 21:20:23 | Thu, 22 Sep 2016 0:03:11 | 184.16.177.3 | 17 | |
| Sun, 21 Aug 2016 4:40:44 | Sun, 18 Sep 2016 2:43:19 | 24.61.43.208 | 6 | |
| Wed, 24 Aug 2016 0:13:45 | Sat, 17 Sep 2016 4:47:19 | 73.45.236.173 | 63 | |
| Fri, 02 Sep 2016 17:24:40 | Fri, 16 Sep 2016 22:45:34 | 71.90.164.28 | 15 | |
| Thu, 08 Sep 2016 0:23:23 | Wed, 14 Sep 2016 20:25:52 | 184.16.102.131 | 35 | |
| Sat, 10 Sep 2016 19:53:38 | Sat, 10 Sep 2016 19:57:02 | 73.74.164.167 | 2 | |
| Sat, 10 Sep 2016 10:41:59 | Sat, 10 Sep 2016 10:41:59 | 112.198.72.23 | 1 | |

| Thu, 08 Sep 2016 4:53:29 | Thu, 08 Sep 2016 4:53:29 | 112.198.118.215 | 1 | | |
| Wed, 31 Aug 2016 1:51:57 | Thu, 01 Sep 2016 2:08:56 | 112.204.220.146 | 3 | | |
| Wed, 24 Aug 2016 21:53:03 | Wed, 24 Aug 2016 21:53:03 | 203.87.129.154 | 1 | | |
| Wed, 24 Aug 2016 21:31:44 | Wed, 24 Aug 2016 21:31:44 | 203.87.129.130 | 1 | | |
| Wed, 24 Aug 2016 21:18:00 | Wed, 24 Aug 2016 21:18:00 | 203.87.129.161 | 1 | | |
| Wed, 24 Aug 2016 4:08:54 | Wed, 24 Aug 2016 4:08:54 | 203.87.129.158 | 1 | | |
| Wed, 24 Aug 2016 0:13:48 | Wed, 24 Aug 2016 0:15:41 | 203.87.129.138 | 2 | | |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



**PayPal**

*Global Investigations*

**Law Enforcement Officer:** Jones, Carol
**Law Enforcement Agency:** Federal Trade Commission
**Requested On:** Tue, 29 Aug 2017 21:33
**Evidence Gathered On:** Wed, 30 Aug 2017 16:27
**Law Enforcement Reference:** 1723060
All times indicated in this document refer to time zone GMT

## Registration Information

| | |
|---|---|
| *User Info* | |
| First Name | Robert |
| Middle Name | |
| Last Name | Bell |
| DOB | 26-Mar-58 |
| CC Statement Name | DISCENTERPR |
| Email | discenterprises16@gmail.com |
| *Business Info* | |
| Business Name | DISC Enterprises, LLC |
| URL | http://discenterprises.com |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Limited - High |
| Account # | 7569 |
| Account Type | Business - Verified - Cat10A |
| Time Created | Tue, 23 Aug 2016 18:41:11 |
| SSN | |
| SSN | |
| TIN | 3951 |

**Email Addresses**

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| discenterprises16@gmail.com | TRUE | TRUE | TRUE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| 760-566-6279 | Unconfirmed | Work |
| 916-730-0422 | Unconfirmed | Mobile |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| DISC Enterprises, LLC 16192 Coastal Highway Lewes, DE 19958 United States <br> | | 08/23/16 |
| DISC Enterprises, LLC 16192 Coastal Highway Lewes, DE 19958 United States <br> | | 08/23/16 |
| DISC Enterprises, LLC Address 1 ▮▮▮ Fort Worth, TX ▮ United States <br> | (Home) | 03/23/17 |

## Auctions

| User ID | Manager User ID |
|---|---|

## Mobile Payments

## Financial Information

*Summary*

EX 34
1013

| | |
|---|---|
| Account Balance | $0.00 USD |
| Total Amount Sent | $0.00 USD |
| Total Amount Received | $129,230.50 USD |
| Amount Received Current Month | $0.00 USD |
| Amount Received Month 1 | $14,781.00 USD |
| Amount Received Month 2 | $107,278.50 USD |
| Amount Received Month 3 | $0.00 USD |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |
| Billing Address | |
| Secure Card Numbers | N/A |
| Backup Funding Source | N/A |
| Daily Spending Limit | $500 |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | Disabled |
| Authorized Users | Not Available |

## Bank Accounts

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| 3833 | Active - Primary | DISC Enterprises, LLC | | |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| Checking | JPMORGAN CHASE | Confirmed (rand dep.) | | |

## Credit Cards

## Debit Cards

## Restrictions

| Restriction | Time Restricted | Time Lifted | | Attack Case ID |
|---|---|---|---|---|

EX 34
1014

| SRO - High Risk Selling Activity | Fri, 26 Aug 2016 8:41:08 | | | |
|---|---|---|---|---|
| **IP Summary** | | | | |
| First Used  (GMT/BST) | Last Used  (GMT/BST) | IP Number | Logins | Status |
| Sat, 19 Aug 2017 4:18:42 | Sat, 19 Aug 2017 4:18:42 | 73.74.145.160 | 1 | |
| Wed, 24 Aug 2016 0:10:44 | Thu, 10 Aug 2017 1:49:45 | 73.45.236.173 | 53 | |
| Fri, 28 Jul 2017 17:13:05 | Fri, 28 Jul 2017 17:13:05 | 73.208.149.103 | 1 | |
| Thu, 15 Jun 2017 16:56:03 | Thu, 15 Jun 2017 16:56:03 | 73.77.81.234 | 1 | |
| Sat, 22 Apr 2017 22:57:09 | Sat, 22 Apr 2017 22:57:09 | 205.197.219.68 | 1 | |
| Tue, 18 Apr 2017 17:52:17 | Tue, 18 Apr 2017 17:52:17 | 76.31.223.105 | 1 | |
| Thu, 24 Nov 2016 8:59:05 | Sat, 08 Apr 2017 15:53:39 | 72.223.127.23 | 3 | |
| Tue, 23 Aug 2016 18:41:11 | Thu, 06 Apr 2017 18:41:45 | 73.206.233.188 | 39 | |
| Tue, 07 Mar 2017 18:17:33 | Tue, 07 Mar 2017 18:18:09 | 205.197.219.67 | 2 | |
| Wed, 01 Mar 2017 7:52:32 | Wed, 01 Mar 2017 7:52:32 | 67.182.201.125 | 1 | |
| Wed, 22 Feb 2017 3:32:33 | Wed, 22 Feb 2017 3:32:33 | 112.198.79.167 | 1 | |
| Thu, 09 Feb 2017 23:19:58 | Thu, 09 Feb 2017 23:19:58 | 98.200.148.55 | 1 | |
| Tue, 07 Feb 2017 17:00:27 | Tue, 07 Feb 2017 17:03:39 | 63.78.215.170 | 2 | |
| Thu, 24 Nov 2016 1:06:30 | Thu, 24 Nov 2016 1:06:30 | 203.87.129.142 | 1 | |
| Wed, 16 Nov 2016 2:25:49 | Wed, 16 Nov 2016 2:25:49 | 184.16.131.155 | 1 | |
| Fri, 28 Oct 2016 20:34:06 | Wed, 02 Nov 2016 15:20:31 | 162.207.138.93 | 2 | |
| Mon, 03 Oct 2016 16:37:27 | Thu, 20 Oct 2016 20:21:18 | 184.16.170.76 | 24 | |
| Tue, 04 Oct 2016 4:54:13 | Tue, 04 Oct 2016 4:54:13 | 104.200.151.88 | 1 | |
| Sat, 24 Sep 2016 19:20:05 | Sat, 01 Oct 2016 20:41:11 | 184.17.4.81 | 33 | |
| Fri, 23 Sep 2016 2:48:14 | Fri, 23 Sep 2016 19:04:31 | 50.102.139.152 | 3 | |

EX 34
1015

| | | | |
|---|---|---|---|
| Wed, 07 Sep 2016 21:35:45 | Thu, 22 Sep 2016 2:21:20 | 73.32.141.38 | 4 |
| Thu, 15 Sep 2016 21:19:57 | Thu, 22 Sep 2016 0:01:56 | 184.16.177.3 | 25 |
| Wed, 21 Sep 2016 0:46:02 | Wed, 21 Sep 2016 0:46:02 | 112.198.72.231 | 1 |
| Tue, 20 Sep 2016 18:52:17 | Tue, 20 Sep 2016 18:52:59 | 112.198.75.92 | 2 |
| Sun, 18 Sep 2016 1:33:58 | Sun, 18 Sep 2016 5:23:30 | 203.87.129.165 | 2 |
| Sun, 18 Sep 2016 0:31:03 | Sun, 18 Sep 2016 0:31:03 | 203.87.129.155 | 1 |
| Sat, 17 Sep 2016 6:46:03 | Sat, 17 Sep 2016 6:46:03 | 112.198.72.176 | 1 |
| Thu, 08 Sep 2016 0:22:41 | Wed, 14 Sep 2016 20:26:22 | 184.16.102.131 | 25 |
| Sat, 10 Sep 2016 19:54:31 | Sat, 10 Sep 2016 19:56:34 | 73.74.164.167 | 2 |
| Sat, 10 Sep 2016 10:40:30 | Sat, 10 Sep 2016 10:40:30 | 112.198.72.23 | 1 |
| Fri, 09 Sep 2016 3:13:00 | Fri, 09 Sep 2016 3:13:00 | 112.198.118.32 | 1 |
| Fri, 02 Sep 2016 17:04:17 | Fri, 02 Sep 2016 17:04:17 | 73.77.251.253 | 1 |
| Thu, 01 Sep 2016 2:10:41 | Thu, 01 Sep 2016 2:10:41 | 112.204.220.14 6 | 1 |
| Mon, 29 Aug 2016 21:23:15 | Mon, 29 Aug 2016 21:23:15 | 203.87.129.138 | 1 |
| Thu, 25 Aug 2016 18:30:00 | Thu, 25 Aug 2016 18:30:00 | 203.87.129.152 | 1 |
| Wed, 24 Aug 2016 22:17:38 | Wed, 24 Aug 2016 22:17:38 | 203.87.129.135 | 1 |
| Wed, 24 Aug 2016 21:50:27 | Wed, 24 Aug 2016 21:53:50 | 203.87.129.154 | 2 |
| Wed, 24 Aug 2016 0:04:58 | Wed, 24 Aug 2016 21:28:30 | 203.87.129.130 | 2 |
| Wed, 24 Aug 2016 21:17:37 | Wed, 24 Aug 2016 21:17:37 | 203.87.129.161 | 1 |
| Tue, 23 Aug 2016 19:17:50 | Tue, 23 Aug 2016 19:17:50 | 24.61.43.208 | 1 |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



PayPal

*Global Investigations*

**Law Enforcement Officer:** Jones, Carol
**Law Enforcement Agency:** Federal Trade Commission
**Requested On:** Tue, 29 Aug 2017 21:33
**Evidence Gathered On:** Wed, 30 Aug 2017 16:25
**Law Enforcement Reference:** 1723060
All times indicated in this document refer to time zone GMT

## Registration Information

| | |
|---|---|
| *User Info* | |
| First Name | Alyssa |
| Middle Name | |
| Last Name | Wilkerson |
| DOB | 14-Apr-97 |
| CC Statement Name | ASPIREPROCE |
| Email | aspireprocessingllc@gmail.com, aspireprocessingllc@gmail.com |
| *Business Info* | |
| Business Name | Aspire Processing LLC |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Limited - High |
| Account # | 7946 |
| Account Type | Business - Verified - Cat10A |
| Time Created | Tue, 23 Aug 2016 18:33:51 |
| SSN | |
| SSN | 4031 |
| TIN | |

## Email Addresses

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| aspireprocessingllc@gmail.com | TRUE | TRUE | TRUE |
| aspireprocessingllc@gmail.com | FALSE | TRUE | TRUE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| 760-566-6279 | Unconfirmed | Work |
| 602-460-0848 | Unconfirmed | Mobile |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| Aspire Processing LLC 16192 Coastal Highway Lewes, DE 19958 United States <br> | | 08/23/16 |
| Aspire Processing LLC 16192 Coastal Highway Lewes, DE 19958 United States <br> | | 08/23/16 |
| Aspire Processing LLC Address 1 ███ Fort Worth, TX ██ United States <br> | (Home) | 03/29/17 |

## Auctions

| User ID | Manager User ID |
|---|---|

## Mobile Payments

## Financial Information

EX 34
1019

## Summary

| | |
|---|---|
| Account Balance | $0.00 USD |
| Total Amount Sent | $0.00 USD |
| Total Amount Received | $304,074.50 USD |
| Amount Received Current Month | $0.00 USD |
| Amount Received Month 1 | $320,305.50 USD |
| Amount Received Month 2 | $0.00 USD |
| Amount Received Month 3 | $0.00 USD |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |

### Secure Card Attributes

| | |
|---|---|
| Billing Address | |
| Secure Card Numbers | N/A |
| Backup Funding Source | N/A |
| Daily Spending Limit | $500 |

### PayPal Credit

| | |
|---|---|
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | Disabled |
| Authorized Users | Not Available |

## Bank Accounts

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| ▮3280 | Active | Aspire Processing LLC | | ▮ |
| Type | Bank Name | Confirmed | | Country |
| Checking | JPMORGAN CHASE | Confirmed (rand dep) | | |

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| ▮1576 | Active - Primary | Aspire Processing LLC | | ▮ |
| Type | Bank Name | Confirmed | | Country |
| Checking | JPMORGAN CHASE BANK, NA | Confirmed (rand dep) | | |

EX 34
1020

| Credit Cards | | | |
|---|---|---|---|

| Debit Cards | | | |
|---|---|---|---|

## Restrictions

| Restriction | Time Restricted | Time Lifted | Attack Case ID |
|---|---|---|---|
| Merchant Monitoring High | Sat, 24 Sep 2016 20:51:02 | | |
| SRO - High Risk Selling Activity | Fri, 26 Aug 2016 8:41:22 | | |

## IP Summary

| First Used  (GMT/BST) | Last Used  (GMT/BST) | IP Number | Logins | Status |
|---|---|---|---|---|
| Tue, 23 Aug 2016 18:33:52 | Mon, 21 Aug 2017 21:35:30 | 73.206.233.188 | 88 | |
| Sat, 19 Aug 2017 4:17:52 | Sat, 19 Aug 2017 4:17:52 | 73.74.145.160 | 1 | |
| Fri, 28 Jul 2017 17:04:17 | Fri, 28 Jul 2017 17:11:26 | 73.208.149.103 | 2 | |
| Thu, 15 Jun 2017 16:51:25 | Thu, 15 Jun 2017 16:51:25 | 73.77.81.234 | 1 | |
| Sat, 22 Apr 2017 23:04:15 | Sat, 22 Apr 2017 23:04:15 | 205.197.219.68 | 1 | |
| Mon, 27 Feb 2017 19:25:53 | Sat, 08 Apr 2017 15:51:37 | 72.223.127.23 | 13 | |
| Tue, 07 Mar 2017 17:06:52 | Tue, 07 Mar 2017 18:18:53 | 205.197.219.67 | 3 | |
| Wed, 01 Mar 2017 7:55:46 | Wed, 01 Mar 2017 14:34:05 | 67.182.201.125 | 2 | |
| Wed, 22 Feb 2017 3:31:28 | Wed, 22 Feb 2017 3:31:28 | 112.198.79.167 | 1 | |
| Thu, 09 Feb 2017 22:53:24 | Thu, 09 Feb 2017 22:53:24 | 98.200.148.55 | 1 | |
| Tue, 07 Feb 2017 16:41:47 | Tue, 07 Feb 2017 16:41:47 | 63.78.215.170 | 1 | |
| Sat, 26 Nov 2016 6:01:55 | Sat, 26 Nov 2016 6:01:55 | 112.198.118.227 | 1 | |
| Wed, 24 Aug 2016 21:08:56 | Thu, 24 Nov 2016 1:07:13 | 203.87.129.142 | 4 | |

| | | |
|---|---|---|
| Wed, 16 Nov 2016 2:25:16 | Wed, 16 Nov 2016 2:25:16 | 184.16.131.155 | 1 |
| Fri, 28 Oct 2016 20:29:30 | Fri, 28 Oct 2016 20:29:30 | 162.207.138.93 | 1 |
| Wed, 05 Oct 2016 0:03:31 | Thu, 20 Oct 2016 20:11:42 | 184.16.170.76 | 6 |
| Sat, 24 Sep 2016 19:21:58 | Wed, 28 Sep 2016 19:40:34 | 184.17.4.81 | 8 |
| Thu, 01 Sep 2016 18:39:18 | Thu, 22 Sep 2016 2:29:43 | 73.32.141.38 | 13 |
| Thu, 15 Sep 2016 21:21:05 | Thu, 22 Sep 2016 0:03:39 | 184.16.177.3 | 16 |
| Wed, 24 Aug 2016 0:09:47 | Sat, 17 Sep 2016 4:46:19 | 73.45.236.173 | 38 |
| Sat, 03 Sep 2016 20:44:31 | Fri, 16 Sep 2016 17:19:31 | 71.90.164.28 | 11 |
| Thu, 08 Sep 2016 0:24:46 | Wed, 14 Sep 2016 21:14:10 | 184.16.102.131 | 24 |
| Sat, 10 Sep 2016 19:55:02 | Sat, 10 Sep 2016 19:57:39 | 73.74.164.167 | 2 |
| Sat, 10 Sep 2016 10:39:30 | Sat, 10 Sep 2016 10:39:30 | 112.198.72.23 | 1 |
| Thu, 08 Sep 2016 4:51:26 | Thu, 08 Sep 2016 4:51:26 | 112.198.118.215 | 1 |
| Fri, 02 Sep 2016 18:25:33 | Fri, 02 Sep 2016 18:27:19 | 73.77.251.208 | 2 |
| Fri, 02 Sep 2016 17:04:42 | Fri, 02 Sep 2016 17:04:42 | 73.77.251.253 | 1 |
| Thu, 01 Sep 2016 2:00:12 | Thu, 01 Sep 2016 2:03:26 | 112.204.220.146 | 2 |
| Tue, 23 Aug 2016 19:17:00 | Tue, 30 Aug 2016 19:28:19 | 24.61.43.208 | 8 |
| Wed, 24 Aug 2016 22:18:09 | Wed, 24 Aug 2016 22:18:09 | 203.87.129.135 | 1 |
| Wed, 24 Aug 2016 21:52:37 | Wed, 24 Aug 2016 21:52:37 | 203.87.129.154 | 1 |
| Wed, 24 Aug 2016 0:01:52 | Wed, 24 Aug 2016 21:33:03 | 203.87.129.130 | 2 |
| Wed, 24 Aug 2016 20:43:36 | Wed, 24 Aug 2016 20:43:36 | 203.87.129.133 | 1 |
| Wed, 24 Aug 2016 20:24:20 | Wed, 24 Aug 2016 20:24:20 | 203.87.129.128 | 1 |
| Wed, 24 Aug 2016 5:13:01 | Wed, 24 Aug 2016 5:13:01 | 203.87.129.156 | 1 |

| | | |
|---|---|---|
| Wed, 24 Aug 2016 5:06:41 | Wed, 24 Aug 2016 5:06:41 | 203.87.129.151 | 1 |
| Wed, 24 Aug 2016 4:16:56 | Wed, 24 Aug 2016 4:16:56 | 203.87.129.160 | 1 |
| Wed, 24 Aug 2016 4:05:45 | Wed, 24 Aug 2016 4:05:45 | 203.87.129.158 | 1 |
| Wed, 24 Aug 2016 2:53:13 | Wed, 24 Aug 2016 2:53:13 | 203.87.129.131 | 1 |
| Wed, 24 Aug 2016 2:15:13 | Wed, 24 Aug 2016 2:22:31 | 203.87.129.140 | 5 |
| Wed, 24 Aug 2016 2:09:32 | Wed, 24 Aug 2016 2:09:32 | 203.87.129.159 | 1 |
| Wed, 24 Aug 2016 2:08:40 | Wed, 24 Aug 2016 2:09:16 | 203.87.129.161 | 2 |
| Wed, 24 Aug 2016 1:35:25 | Wed, 24 Aug 2016 1:35:25 | 203.87.129.155 | 1 |
| Wed, 24 Aug 2016 1:26:36 | Wed, 24 Aug 2016 1:29:17 | 203.87.129.137 | 2 |
| Wed, 24 Aug 2016 0:46:45 | Wed, 24 Aug 2016 0:46:45 | 203.87.129.162 | 1 |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



**PayPal**

*lobal Investigations*

**Law Enforcement Officer:** Jones, Carol
**Law Enforcement Agency:** Federal Trade Commission
**Requested On:** Tue, 29 Aug 2017 21:33
**Evidence Gathered On:** Wed, 30 Aug 2017 16:23
**Law Enforcement Reference:** 1723060
All times indicated in this document refer to time zone GMT

## Registration Information

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | Mary |
| Middle Name | |
| Last Name | Dee |
| DOB | 1-Mar-77 |
| CC Statement Name | LIVINGEXCEP |
| Email | emailmarydee@gmail.com, iammarydee@gmail.com, mary@livingexceptionally.com, mary@marydee.net, thermoforlife@gmail.com |
| *Business Info* | |
| Business Name | Living Exceptionally, Inc. |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 8324 |
| Account Type | Business - Verified - Cat10A |
| Time Created | Fri, 17 Jun 2011 19:57:38 |
| SSN | |
| SSN | |
| TIN | 6025 |

## Email Addresses

| Email Address | Primary | Confirmed | Active |
|---|---|---|---|
| emailmarydee@gmail.com | FALSE | TRUE | TRUE |
| iammarydee@gmail.com | FALSE | TRUE | TRUE |
| mary@livingexceptionally.com | FALSE | TRUE | TRUE |
| mary@marydee.net | TRUE | TRUE | TRUE |
| thermoforlife@gmail.com | FALSE | TRUE | TRUE |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone Numbers

| Phone Number | Confirmation Status | Type |
|---|---|---|
| 760-566-6279 | Unconfirmed | Home |
| 817-993-9125 | Unconfirmed | Work |
| 323-640-0738 | Confirmed | Mobile |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| Living Exceptionally, Inc. Address 1 FORT WORTH, TX United States \<br\> | | 10/19/15 |
| Living Exceptionally, Inc. 6340 Lake Worth Blvd. #103 Fort Worth, TX 76135 United States \<br\> | (CC 6993 Confirmed) | 04/28/14 |
| Living Exceptionally, Inc. Address 1 FORT WORTH, TX United States \<br\> | | 07/15/13 |

EX 34
1025

| | | | |
|---|---|---|---|
| Living Exceptionally, Inc. 6340 Lake Worth Blvd 103 Fort Worth, TX 76135 United States <br> | | | 11/08/16 |
| Living Exceptionally, Inc. Address 1 Fort Worth, TX United States <br> | (Home) | | 12/16/13 |
| Mary Dee Fallbrook, CA United States <br> | (Gift Address) (Hidden) | | 12/30/15 |
| Nyla Force Los Angeles, CA United States <br> | (Gift Address) (Hidden) | | 10/05/15 |
| ALYSSA WILKERSON PHOENIX, AZ United States <br> | (Gift Address) (Hidden) | | 06/24/15 |
| Mary Dee Lancaster, CA United States <br> | (Gift Address) (Hidden) | | 10/11/14 |
| Lake Worth 6604 Lake Worth Blvd Lake Worth, TX 76135-3000 United States <br> | (Gift Address) (Hidden) | | 06/26/14 |

EX 34
1026

| User ID | Manager User ID | |
|---|---|---|
| Dee, Mary<br>Fort Worth, TX<br>United States<br>&lt;br&gt; | (Gift Address)<br>(Hidden) | 02/11/14 |
| Queen Mary Dee<br>Fort Worth, TX<br>United States<br>&lt;br&gt; | (Gift Address)<br>(Hidden) | 02/11/14 |
| Mary Dee<br>Address 1<br>Fort Worth, TX<br>United States<br>&lt;br&gt; | (Gift Address)<br>(Hidden) | 12/17/12 |
| Chantra Stewart<br>Address 1<br>Fort Worth, TX<br>United States<br>&lt;br&gt; | (Gift Address)<br>(Hidden) | 06/04/12 |
| 6340 Lake Worth Blvd.<br>103<br>Fort Worth, TX 76135<br>United States<br>&lt;br&gt; | (Hidden) | 04/28/14 |
| Bountiful, UT<br>United States<br>&lt;br&gt; | (Third Party Added)<br>(Hidden) | 02/25/12 |
| Mary Dee<br>Fort Worth, TX<br>United States<br>&lt;br&gt; | (Third Party Added)<br>(Hidden) | 05/07/14 |

**Auctions**

## Mobile Payments

| Phone Number | Status | Date Added |
|---|---|---|
| 323-640-0738 | Activated-Confirmed | 29-Mar-12 |
| **Notification Preferences** | **Signup Method** | **Pending Payment** |
| Text message and email | SMS loop | Yes |

## Financial Information

### Summary

| | |
|---|---|
| Account Balance | $0.00 USD |
| Total Amount Sent | $19,235.04 USD |
| Total Amount Received | $2,764.45 USD |
| Amount Received Current Month | $0.00 USD |
| Amount Received Month 1 | $100.00 USD |
| Amount Received Month 2 | $100.00 USD |
| Amount Received Month 3 | $100.00 USD |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (100 % - 30 days) |

### Secure Card Attributes

| | |
|---|---|
| Billing Address | 9212 Rowland DriveFort Worth TX 76108 |
| Secure Card Numbers | Agent Disabled |
| Backup Funding Source | |
| Daily Spending Limit | $500 |

### PayPal Credit

| | |
|---|---|
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | Disabled |
| Authorized Users | Not Available |

## Bank Accounts

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| 9261 | Active | Mary Dee | | |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| Checking | JPMORGAN CHASE BANK, NA | Confirmed (IAV) | | |

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| 1039 | Active - Primary | Mary Dee | | |
| Type | Bank Name | Confirmed | | Country |
| Checking | Chase | Confirmed (IAV) | | |

## Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| -6993 | Active | Mary Dee | | 01/2018 |
| Type | Issuer | Confirmed | Issue # | Currency |
| Discover Credit | | CVV2 | | USD |

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| -2007 | Inactive | Mary Dee | | 10/2016 |
| Type | Issuer | Confirmed | Issue # | Currency |
| American Express Credit | | CVV2 | | USD |

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| -2005 | Inactive | Mary Dee | | 10/2021 |
| Type | Issuer | Confirmed | Issue # | Currency |
| American Express Credit | | CVV2 | | USD |

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| -1009 | Inactive | Mary Dee | | 10/2014 |
| Type | Issuer | Confirmed | Issue # | Currency |
| American Express Credit | | CVV2 | | USD |

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| -8960 | Inactive | Mary Dee | | 07/2020 |
| Type | Issuer | Confirmed | Issue # | Currency |
| MasterCard Debit | | | | USD |

## Debit Cards

## Restrictions

| Restriction | Time Restricted | Time Lifted | IP Number | Attack Case ID |
|---|---|---|---|---|

## IP Summary

| First Used (GMT/BST) | Last Used (GMT/BST) | IP Number | Logins | Status |
|---|---|---|---|---|
| Tue, 22 Aug 2017 20:28:27 | Tue, 22 Aug 2017 21:42:28 | 67.44.224.70 | 5 | |

| | | | |
|---|---|---|---|
| Tue, 08 Nov 2016 7:11:31 | Tue, 08 Nov 2016 13:45:25 | 75.80.158.216 | 3 |
| Thu, 07 Apr 2016 17:49:45 | Thu, 07 Apr 2016 17:49:45 | 68.15.28.196 | 1 |
| Mon, 04 Apr 2016 0:44:58 | Mon, 04 Apr 2016 0:44:58 | 70.182.197.3 | 1 |
| Sun, 23 Aug 2015 21:11:12 | Sat, 02 Apr 2016 3:49:42 | 76.176.67.170 | 15 |
| Sun, 29 Nov 2015 17:31:52 | Sun, 29 Nov 2015 17:48:12 | 118.172.138.47 | 4 |
| Fri, 27 Nov 2015 3:38:16 | Fri, 27 Nov 2015 3:47:53 | 118.172.137.112 | 4 |
| Sat, 07 Nov 2015 0:40:57 | Sat, 07 Nov 2015 0:40:57 | 98.175.111.89 | 1 |
| Sat, 31 Oct 2015 3:37:39 | Sat, 31 Oct 2015 3:37:39 | 74.125.177.49 | 1 |
| Mon, 19 Oct 2015 22:33:30 | Mon, 19 Oct 2015 22:33:30 | 65.200.54.234 | 1 |
| Sat, 17 Oct 2015 7:10:35 | Sun, 18 Oct 2015 2:17:28 | 54.215.254.87 | 9 |
| Wed, 24 Jun 2015 5:29:44 | Wed, 24 Jun 2015 5:29:44 | 190.213.4.162 | 1 |
| Thu, 26 Feb 2015 23:48:37 | Thu, 23 Apr 2015 16:31:42 | 71.90.164.28 | 2 |
| Tue, 17 Feb 2015 7:27:11 | Tue, 17 Feb 2015 7:27:11 | 75.84.1.86 | 1 |
| Sun, 12 Oct 2014 0:37:06 | Sun, 14 Dec 2014 23:50:16 | 66.190.99.95 | 5 |
| Tue, 02 Dec 2014 0:45:47 | Tue, 02 Dec 2014 0:45:47 | 38.64.74.4 | 1 |
| Thu, 20 Nov 2014 7:23:11 | Thu, 20 Nov 2014 7:23:11 | 174.78.247.10 | 1 |
| Tue, 17 Jun 2014 15:10:38 | Fri, 26 Sep 2014 21:22:13 | 71.81.177.200 | 7 |
| Wed, 16 Jul 2014 6:22:29 | Wed, 16 Jul 2014 6:30:49 | 98.148.132.126 | 4 |
| Mon, 09 Jun 2014 14:23:12 | Mon, 09 Jun 2014 14:23:12 | 71.8.114.21 | 1 |
| Thu, 06 Feb 2014 22:27:10 | Wed, 04 Jun 2014 15:10:43 | 108.231.103.3 | 28 |
| Tue, 30 Oct 2012 3:13:53 | Mon, 16 Dec 2013 19:27:04 | 108.89.129.67 | 30 |
| Mon, 15 Jul 2013 17:53:21 | Fri, 19 Jul 2013 15:27:31 | 24.178.208.29 | 5 |
| Mon, 24 Jun 2013 19:11:12 | Mon, 24 Jun 2013 19:11:12 | 208.39.255.25 | 1 |
| Thu, 27 Sep 2012 5:40:42 | Thu, 27 Sep 2012 5:40:42 | 67.2.15.111 | 1 |
| Fri, 17 Aug 2012 20:03:29 | Fri, 17 Aug 2012 20:03:29 | 71.35.194.19 | 1 |

| | | | |
|---|---|---|---|
| Mon, 16 Jul 2012 18:19:40 | Mon, 16 Jul 2012 18:19:40 | 67.2.4.8 | 1 |
| Tue, 28 Feb 2012 23:43:20 | Mon, 04 Jun 2012 17:46:37 | 199.30.68.2 | 6 |
| Tue, 29 May 2012 22:46:19 | Tue, 29 May 2012 22:46:19 | 71.35.197.152 | 1 |
| Mon, 21 May 2012 16:32:18 | Mon, 21 May 2012 16:32:18 | 67.2.5.148 | 1 |
| Mon, 12 Mar 2012 7:46:54 | Sat, 17 Mar 2012 0:52:11 | 67.2.11.29 | 2 |
| Sat, 25 Feb 2012 21:59:47 | Wed, 29 Feb 2012 4:56:11 | 67.2.9.237 | 6 |
| Mon, 12 Sep 2011 23:33:40 | Mon, 12 Sep 2011 23:33:40 | 199.115.244.154 | 1 |
| Wed, 22 Jun 2011 23:55:59 | Mon, 29 Aug 2011 2:50:30 | 98.199.84.42 | 11 |
| Wed, 03 Aug 2011 17:20:19 | Mon, 08 Aug 2011 7:42:05 | 94.94.178.237 | 6 |
| Sat, 02 Jul 2011 1:24:44 | Thu, 07 Jul 2011 8:02:18 | 24.94.80.234 | 10 |
| Fri, 17 Jun 2011 19:57:39 | Fri, 17 Jun 2011 20:08:06 | 75.148.194.129 (Signup) | 3 |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

EX 34
1031