

**LODGED**
CLERK, U.S. DISTRICT COURT

1/29/2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT

January 29, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AK_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Federal Trade Commission**,

  Plaintiff,

  vs.

**Digital Altitude LLC, et al.**,

  Defendants.

No. ___:18-CV_____

LACV 18-00729-JAK(MRWx)

FEDERAL TRADE COMMISSION'S EXHIBITS IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

**VOLUME VI**

1

## Table of Contents

2

3    EX 38        Declaration of John Tan........................................................ 1186

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 38

## DECLARATION OF JOHN TAN

1.      My name is John Tan. I live in Brooklyn, New York. The following statements are within my personal knowledge.

2.      In the fall of 2016, I was a coach for Digital Altitude.  As a coach, Digital Altitude granted me access to certain group chats hosted on Skype, an internet-based communication tool. My understanding was that the chats were a place for coaches to seek help from Digital Altitude employees, and for Digital Altitude employees to share information with coaches.

3.      On or about February 13, 2017, I saved copies of the chat logs for several of the group chats:  "DA S1 Home Based Coaches," "DA – Wires and Payments," and "Jeremy Miner Training Group."

4.      I met Jeremy Miner on a Skype call when I became a Digital Altitude coach. Jeremy Miner is the Chief Sales Officer of Digital Altitude. He provides training for Digital Altitude coaches and he manages, guides and leads the coaches.

5.      Cathy Flynn is the Head of Customer Care at Digital Altitude.  She provided me with access to Digital Altitude Skype group chats, and the Digital Altitude Google Drive. The Google Drive folder had materials for Digital Altitude coaches to use when calling people who had joined Digital Altitude's email list.

6.      The pages bates-labeled JT0001-JT0532 are a true and accurate copy of the chat log for the Skype group chat "DA S1 Home Based Coaches" that I saved on or about February 13, 2017. Digital Altitude coaches and the Digital Altitude management team had access to this Skype group chat. I think Cathy Flynn gave me access to this Skype group chat.

7.      The pages bates-labeled JT0533-JT0858 are a true and accurate copy of the chat log for the Skype group chat "DA  – Wires and Payments Group" that  I saved on or about February 13, 2017. Digital Altitude coaches and the Digital Altitude management team had access to this Skype group chat. I think Cathy Flynn gave me access to this Skype group chat.

1        8.    The pages bates-labeled JT0859-JT1192 are a true and accurate copy

2    of the chat log for the Skype group chat "Jeremy Miner Training Group" that I

3    saved on or about February 13, 2017. Digital Altitude coaches and the Digital

4    Altitude management team had access to this Skype group chat. Cathy Flynn gave

5    me access to this Skype group chat.

6        9.    The pages bates-labeled JT1193-JT1194 are a true and accurate copy

7    of a sales script called "Two Powerful Committing Questions." In the fall of 2016,

8    I accessed this sales script from the Digital Altitude Google Drive folder. Jeremy

9    Miner told Digital Altitude coaches to access this sales script on a weekly sales

10   training call with coaches.

11

12   I declare under penalty of perjury that the foregoing is true and correct.

13   Executed on _____10/24/17_____, 2017 at Brooklyn, New York.

14

15

16   _____

17                JOHN TAN

18

19

20

21

22

23

24

25

26

27

28

[9/20/16, 2:07:44 AM] Nimi: If 18 yr old is buying RISE do we need parent confirmation
[9/20/16, 2:08:45 AM] Sumanjain Sm: with bpo sale it is 20% i believe...
[9/20/16, 2:11:15 AM] Sumanjain Sm: support a quick question? with Finance option for Happy Retirement?
[9/20/16, 2:11:46 AM] Sumanjain Sm: 2. Basic Solo 401k Information (PDF) (for internal use & clients)

3. What is Qualified? (PDF) (for internal use)                              both the PDf are ot available? can we get them to study?
[9/20/16, 2:14:50 AM] Sehrish: PM You
[9/20/16, 2:18:33 AM] Sumanjain Sm: thank you Sehrish.
[9/20/16, 2:18:51 AM] Sehrish: (thanks)
[9/20/16, 3:50:22 AM] Rene Holz My Dot Com Business: congrats on sales everyone
[9/20/16, 7:54:58 AM] Samith Pich: Who's on support?
[9/20/16, 7:55:14 AM] Ana B: im here coach
[9/20/16, 7:55:54 AM] Robert Madrid: I have concluded that Samith is a machine because I swear you never sleep. 🫤
[9/20/16, 8:01:33 AM] Samith Pich: Sleep is for suckers!! lol
[9/20/16, 8:09:18 AM] Samith Pich: Just going to close my eyes for a minute... passes out
[9/20/16, 8:25:16 AM] : (tired)
[9/20/16, 8:33:41 AM] Raphael Farnese: This message has been removed.
[9/20/16, 8:34:15 AM] Raphael Farnese: This message has been removed.
[9/20/16, 8:52:05 AM] xavierkel13: Can anyone help me out please. When a person has no money to upgrade to rise or says they'll have the money in a month do we open up all the steps for them? And if they come back in a month with the money do they get an s2 coach?
[9/20/16, 8:52:57 AM] Samith Pich: yes and yes
[9/20/16, 8:53:43 AM] xavierkel13: Thanks Samith!
[9/20/16, 8:56:53 AM] Mike Lee: Samith/All, If they say they will have the money in a month you would hold them at step 6 or 7, you would not open all of the steps up for them....you would hold them there and then work with them on gathering the funds...anyone who is collecting the funds should not have the steps opened, if they say they don't have the funds then yes you would open the steps up. Please do not open the steps up for anyone who is gathering funds...this makes the S2's role impossible when the clients have already been through the steps....
[9/20/16, 8:58:54 AM] Samith Pich: Agreed if they are in funding then keep them at step 6/7 and keep in the loop. I had a lead that took 2 months to upgrade to Rise in full.
[9/20/16, 9:00:13 AM] Damien  Martin: Yes totally agree with Mike....I usually get them to book on my calendar every 2-3 days to keep them engaged if they say they are collecting funds...
[9/20/16, 9:00:40 AM] Nimi: Agree with Mike and that's what I have been doing now .
[9/20/16, 9:04:52 AM] xavierkel13: Ok just wanted to make sure. Thanks

EX 38
1188

[9/20/16, 5:49:17 PM] Jesse Miller "Your Digital Attitude Coach": I am getting a lot of leads

[9/20/16, 5:49:18 PM] Shade Fenn: I am getting his leads also

[9/20/16, 5:49:40 PM] Jesse Miller "Your Digital Attitude Coach": I got leads that say they are getting funding ect

[9/20/16, 5:49:53 PM] Jesse Miller "Your Digital Attitude Coach": Support

[9/20/16, 5:57:30 PM] Clinton Douglas IV: support please

[9/20/16, 5:57:31 PM] Clinton Douglas IV: ███████████████████

[9/20/16, 5:57:47 PM] Clinton Douglas IV: I never heard if we ever got his echeck

[9/20/16, 5:58:33 PM] Majesty Amazona: For Mark Ross leads it was reassigned since he is not taking leads for now. Thanks you

[9/20/16, 5:59:51 PM] Majesty Amazona: @Clinton we might need to pm Cathy Flynn to check if that was cleared on our paypal account

[9/20/16, 6:01:23 PM] Jesse Miller "Your Digital Attitude Coach": Majesty gotcha but I am getting leads that are step 6 getting funding...

[9/20/16, 6:01:29 PM] Jesse Miller "Your Digital Attitude Coach": I sent them back to him

[9/20/16, 6:01:38 PM] Majesty Amazona: lol

[9/20/16, 6:02:09 PM] Majesty Amazona: (y)

[9/20/16, 6:02:37 PM] Cathy Flynn: Mark Ross is no longer with the company, so if those were reassigned to you, please keep them and contact them.

[9/20/16, 6:04:51 PM] Jesse Miller "Your Digital Attitude Coach": Cathy Didn't know, the thing is that lead was step 6 getting funding don't know his name I just assumed he would have wanted to keep that

[9/20/16, 6:11:57 PM] nedra paugh: how can I correct an email address a member registered with? he mistyped it and has not gotten any emails from us

[9/20/16, 6:14:05 PM] Rico Morbos: Please see my PM Nedra

[9/20/16, 7:06:37 PM] stephenpdoria: support please

[9/20/16, 7:06:47 PM] Coach Deon: Support please pm me

[9/20/16, 7:07:46 PM] Damien  Martin: RISE/BASE (cash) ███████████████  Full Pay  Referring Sponsor: ███████████  (And that sponsor is just an ASPIRE WALKER)

[9/20/16, 7:08:11 PM] Coach Deon: haha great job Damien!

[9/20/16, 7:08:25 PM] Coach Deon: now you can convince the sponsor to buy RISE too!

[9/20/16, 7:12:44 PM] Grant McDonell: Damien!

[9/20/16, 7:14:24 PM] stephenpdoria: who is available from support?

[9/20/16, 7:16:08 PM] Majesty Amazona: I am on please PM

[9/20/16, 7:21:09 PM] Armando Rendon: Rod Allred is selling crap funnels on rise group support talk to this guy

[9/20/16, 7:24:08 PM] : Yea there is a lot of that in there

[9/20/16, 7:44:55 PM] George Briere  - Coaching You To Greatness!: `Rise/Base (Full Pay) ███████████ - Sponsor:  George Briere

[9/20/16, 7:45:06 PM] George Briere  - Coaching You To Greatness!: Thanks for all the help Majesty!

[9/20/16, 7:45:43 PM] Cathy Flynn: Cathy Flynn added live:mnm2virtual to this

EX 38
1189

[9/28/16, 8:12:46 PM] Ron Keenan: Rise sale 4 pay ███████████ sponsor ██████████ ████ (target)
[9/28/16, 8:18:38 PM] Nimi: (winner) Ron
[9/28/16, 8:25:52 PM] Christy  Snape: RISE (cash) ██████████ / sponsor ██████████
[9/28/16, 8:26:30 PM] Neil Crisp: (rock)
[9/28/16, 8:29:57 PM] Drew Innes: (y) on the sale everyone
[9/28/16, 8:30:36 PM] jedidiah redd: Congrats on the sales everyone
[9/28/16, 8:31:37 PM] Ron Keenan: Gooooooooo Christy  (goldmedal)
[9/28/16, 8:32:19 PM] Nimi: (winner) Christy
[9/28/16, 8:32:50 PM] Nimi: system is down for anyone
[9/28/16, 8:37:59 PM] Armando Rendon: System is ok here
[9/28/16, 8:38:06 PM] Armando Rendon: Got the mexican version
[9/28/16, 8:38:09 PM] Armando Rendon: thats why
[9/28/16, 8:40:18 PM] Samith Pich: (y)
[9/28/16, 9:05:35 PM] Armando Rendon: After talking to Beau and other S2 to coaches This month i focus solely on Full Rises, Yes I still do split payment but just in some cases so what happen my upsells increase a lot im making anywhere 1k to 2k extra per week yes with only Ascend and Peak before i was focussing in making sales doesn't matter if 4 payments etc, I understand that his is long term business so now im waiting with my leads and working in funding everytime I even wait 2 week 1 week even a month results been amazing
[9/28/16, 9:05:41 PM] Armando Rendon: Just sharing to you guys
[9/28/16, 9:06:47 PM] jedidiah redd: Great info brother
[9/28/16, 9:06:59 PM] Scott "7 Figure Surfer" Smith: Yeah works really well for the back end sales if you do
[9/28/16, 9:07:15 PM] Scott "7 Figure Surfer" Smith: I will not take anything less than 2 pay
[9/28/16, 9:07:43 PM] Scott "7 Figure Surfer" Smith: Think of your back end S1 bonuses you'll earn more if you follow what Beau said :)
[9/28/16, 9:09:31 PM] Armando Rendon: Yes Im focusing mostly in full pays and 2 pays
[9/28/16, 9:09:45 PM] Armando Rendon: I mean if someone really can't start yes i give them 2 or 3 way payment
[9/28/16, 9:16:01 PM] Samith Pich: BASE/RISE (cash( ██████████ - SPONSOR: ██████
[9/28/16, 9:31:39 PM] Drew Innes: (y)
[9/28/16, 9:38:55 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: (highfive)
[9/28/16, 9:58:30 PM] Ron Keenan: (celebrate)
[9/28/16, 10:08:25 PM] Christy  Snape: (y)
[9/28/16, 10:08:47 PM] Scott "7 Figure Surfer" Smith: (y)
[9/28/16, 10:11:07 PM] john.riplit: RISE (cash) ██████████ Sponsor: ██████████
[9/28/16, 10:16:55 PM] Clinton Douglas IV: congrats you guys
[9/28/16, 10:21:54 PM] Patrick: How can I see step 6B .It's locked.
[9/28/16, 10:36:36 PM] travis herer: support DM me please
[9/28/16, 10:38:07 PM] Catherine S (sunshiney): I am here

terms
[9/29/16, 7:49:21 PM] Patrick: Yes you are right Armando.
[9/29/16, 7:49:43 PM] Armando Rendon: Ok I know your in hurry but you have to understand that a succesfull business need a proper proccess
[9/29/16, 7:49:44 PM] Justin: no matter what any leads says only 2 steps at a time. no matter what they say or think
[9/29/16, 7:49:59 PM] Patrick: Exactly you are right and agree with you coaches.
[9/29/16, 7:50:18 PM] Armando Rendon: Ok go and kick the ass of the lead
[9/29/16, 7:50:20 PM] Armando Rendon: joking
[9/29/16, 7:50:22 PM] Samith Pich: (y)
[9/29/16, 7:50:41 PM] Armando Rendon: Just put them working on the step put her filling the answer of the pdf
[9/29/16, 7:50:43 PM] Patrick: Haha
[9/29/16, 7:50:44 PM] Armando Rendon: that will help you and her
[9/29/16, 7:51:06 PM] Patrick: Thanks you so much coaches
[9/29/16, 7:51:21 PM] jedidiah redd: Good info
[9/29/16, 7:52:05 PM] Ryan Farmer: Rise - ███████████ - 3 pay  - sponsor ███████
███
[9/29/16, 7:52:10 PM] Justin: (Y)
[9/29/16, 7:52:33 PM] Christy  Snape: (y)
[9/29/16, 7:53:20 PM] Armando Rendon: nice congrats
[9/29/16, 7:54:45 PM] Nimi: (goldmedal)
[9/29/16, 8:42:03 PM] Samith Pich: (y)
[9/29/16, 8:43:53 PM] Ron Keenan: Support please
[9/29/16, 8:44:01 PM] Catherine S (sunshiney): see PM
[9/29/16, 9:15:03 PM] Clinton Douglas IV: ███████████    Full Rise / Base - ████
███████
[9/29/16, 9:15:33 PM] *- Nate Rio -*: Congrats Clinton! (star)
[9/29/16, 9:16:03 PM] Clinton Douglas IV: thanks
[9/29/16, 9:16:18 PM] James  Jordan Jr.: Nice
[9/29/16, 9:19:34 PM] Nimi: (goldmedal)
[9/29/16, 9:23:48 PM] Ron Keenan: (clap)
[9/29/16, 9:54:17 PM] Shauna Congelliere: Clincher Clinton! (*)
[9/29/16, 9:54:28 PM] Scott "7 Figure Surfer" Smith: (winner)
[9/29/16, 9:55:08 PM] Clinton Douglas IV: thanks
[9/29/16, 10:28:12 PM] Kate McCarthy: RISE (cash) ███████████  / sponsor ██████
███████
[9/29/16, 10:43:35 PM] Cathy Flynn: Cathy Flynn added themattb to this conversation
[9/29/16, 10:43:57 PM] Cathy Flynn: Hello Everyone!  Please welcome Matt Boland to the team as one of our newest S1's!
[9/29/16, 10:44:49 PM] Scott "7 Figure Surfer" Smith: Hi Matt, good to see you again mate
[9/29/16, 10:45:21 PM] Patrick Paulsen: Welcome Matt! Big things coming your way!
[9/29/16, 11:03:46 PM] live:mnm2virtual: Hey Matt welcome

EX 38
1191

[10/6/16, 11:57:10 AM] Armando Rendon: He told me he will start with 3 payments i decide to wait and get full since im getting peak and ascends every week Remember guys this is a long term business as well the more full rises the more money upfront and up sell

[10/6/16, 11:58:07 AM] jedidiah redd: Nice Armando

[10/6/16, 12:02:14 PM] jedidiah redd: Support please when you have a second

[10/6/16, 12:02:24 PM] Catherine S (sunshiney): This message has been removed.

[10/6/16, 12:02:24 PM] Ana B: pm u coach

[10/6/16, 12:15:16 PM] George Briere  - Coaching You To Greatness!: congrats on the sales  :-)

[10/6/16, 12:15:30 PM] Jesse Miller "Your Digital Attitude Coach": Great Job Armando

[10/6/16, 12:15:39 PM] Jesse Miller "Your Digital Attitude Coach": (fistbump)

[10/6/16, 12:19:02 PM] Arnt Evensen: When we talk to new leads do we advice them to contact their sponsor during the calls? Will this trigger a sale faster if they are in dialogue with their sponsor in addition?

[10/6/16, 12:19:05 PM] Jeff Alderson: ███████████████   FULL RISE (cash) Sponsor ███████████

███████████   FULL RISE (cash) Sponsor ██████████████

███████████   FULL RISE (cash) Sponsor ██████████████

███████████████   2 PAY RISE (cash) Sponsor ██████████████████

[10/6/16, 12:19:54 PM] Robert Madrid: Arnt, I prefer to keep the contact with just me.

[10/6/16, 12:21:05 PM] Arnt Evensen: ok i just noticed from one lead I had that where in contact with her sponsor that she was very entusiastic, a bit more than others actually, BUT she asked a lot of question that where something traffic coach take care of and more...:)

[10/6/16, 12:21:40 PM] Arnt Evensen: could be a challenge to follow the scripts if they have to much info on early stage

[10/6/16, 12:22:44 PM] Robert Madrid: Right, when they are in contact with they sponsors, they wind up with the cart before the horse

[10/6/16, 12:22:53 PM] Arnt Evensen: yeah

[10/6/16, 12:23:18 PM] Catherine S (sunshiney): I think that can be true sometimes...depends on the sponsor and how they go about it

[10/6/16, 12:24:05 PM] Shade Fenn: I ave had people's sponsors tell them they can continue without the RISE because they know about the sponsor lock

[10/6/16, 12:25:43 PM] Robert Madrid: Huh? Explain please oh Shadey one

[10/6/16, 12:30:56 PM] Shade Fenn: So the sponsor, gets the high end commissions if they dont upgrade to RISE.

[10/6/16, 12:31:15 PM] Shade Fenn: I have had sponsors tell them NOT to upgrade because they want thier deals lol

[10/6/16, 12:35:25 PM] Robert Madrid: Ohhhh so unscrupulous sponsors just trying to have an affiliate keep feeding them members to keep all the money for

EX 38
1192

themselves?

[10/6/16, 12:38:51 PM] Shade Fenn: Yes. So I ask if they're in contact with them, but most unless they are referred, have no idea who they are anyways. So unless mentioned I dont bring it up

[10/6/16, 12:51:33 PM] : has anyone had any issues with people being able to go further then the steps you had opened?

[10/6/16, 12:52:19 PM] Shauna Congelliere: yes - just spoke to someone I set at step 5 and he had completed step 6A but we weren't scheduled with enough time to do a strat session.

[10/6/16, 12:52:23 PM] jedidiah redd: Peter see pm

[10/6/16, 12:54:08 PM] jedidiah redd: Yep me to

[10/6/16, 12:54:34 PM] jedidiah redd: Step I opened and 6a was also accessible

[10/6/16, 12:54:58 PM] Shauna Congelliere: System did not show he had done 6A - very odd

[10/6/16, 12:55:11 PM] : hmm ok. I messaged Alan.

[10/6/16, 12:55:35 PM] jedidiah redd: Yes Shauna same thing for my back office

[10/6/16, 12:55:44 PM] Shauna Congelliere: Alan Alan! He's the man!  If he can't fix it, no one can!  hahaha

[10/6/16, 12:56:17 PM] jedidiah redd: Lol right!

[10/6/16, 12:58:15 PM] : It's a Boston thing Shauna....We get things done

[10/6/16, 1:01:09 PM] jedidiah redd: Hi support when you have a sec

[10/6/16, 1:02:51 PM] Robert Madrid: Oh see, they had a second and you missed it Jedd. Now you gotta go back to the end of the line and wait your turn again. lol

[10/6/16, 1:03:16 PM] jedidiah redd: Lol i see how this works now hahaha

[10/6/16, 1:03:27 PM] jedidiah redd: This message has been removed.

[10/6/16, 1:03:45 PM] roma cangco: pmed u c. jed

[10/6/16, 1:04:33 PM] Robert Madrid: lol

[10/6/16, 1:07:15 PM] jedidiah redd: I'm glad to be a part of this group everyone is so nice and helpful thanks y'all

[10/6/16, 1:32:34 PM] Issa AlDugum: ███████████ (bomb) RISE/BASE Sponsor: ███ (d)

[10/6/16, 1:39:40 PM] Olivier Correia: (y)

[10/6/16, 1:42:11 PM] Grant McDonell: (y)

[10/6/16, 1:45:01 PM] Justin: (Y)(Y)

[10/6/16, 2:01:39 PM] Jesse Miller "Your Digital Attitude Coach": support

[10/6/16, 2:02:34 PM] Ana B: yes coach

[10/6/16, 2:10:32 PM] stephenpdoria: Full RISE ███████████ sponsor ████████████

[10/6/16, 2:21:52 PM] Stephen Taylor: [10/6/16, 1:21:19 PM] Stephen Taylor: I have a member who is able to pay 1750 for his RISE

[10/6/16, 1:21:42 PM] Stephen Taylor: and he is able to pay the remainder next tuesday. What should I do?

[10/6/16, 2:30:22 PM] Robert Madrid: Stephen, I would probably have support help you to set him up as a two pay. Then he should be good to go.

[10/6/16, 2:31:06 PM] Jesse Miller "Your Digital Attitude Coach": suppport

[10/6/16, 2:31:20 PM] Cathy Flynn: Cathy Flynn has ejected Jacki Radcliffe- Online Business Success Coach from this conversation

EX 38
1193

[10/26/16, 1:51:39 PM] Ana B: (y)

[10/26/16, 1:54:20 PM] Tony Bianco: Congrats Robert

[10/26/16, 1:55:22 PM] Robert Madrid: Thank you Tony! Slowly getting there. :)

[10/26/16, 1:58:40 PM] Armando Rendon: Thanks for the Ascend Coach Pierre!

[10/26/16, 1:58:53 PM] Armando Rendon: Thanks for the Ascend and Peak Coach Beau!

[10/26/16, 1:59:04 PM] Armando Rendon: Thanks for the Ascend and Peak Coach Ty !

[10/26/16, 2:00:04 PM] pierreandlaura: (y)

[10/26/16, 2:00:17 PM] Armando Rendon: I owe you a poutine

[10/26/16, 2:00:26 PM] Olivier Correia: :O

[10/26/16, 2:00:54 PM] Rene Holz My Dot Com Business: WOW!

[10/26/16, 2:01:21 PM] jedidiah redd: NICE

[10/26/16, 2:18:50 PM] *- Nate Rio -*: Nice Armando! I'll take some too :-D

[10/26/16, 2:21:17 PM] live:bobbymasinalegacy: support pm pls

[10/26/16, 2:21:45 PM] Ana B: ok

[10/26/16, 2:24:19 PM] Colleen Wilson: How do I reassign a lead back to support?

[10/26/16, 2:24:32 PM] Sehrish: pm me

[10/26/16, 2:25:24 PM] Olivier Correia: duno what a poutine is but i'l take one to :D

[10/26/16, 2:26:34 PM] Drew Innes: (y) on the sales everyone!

[10/26/16, 2:42:57 PM] Mary Dee: **Leads to follow up with post-event: https://drive.google.com/drive/folders/0B8m50TD5avy8aDNxRmZXWF9nM0U?usp=sharing **

[10/26/16, 2:43:47 PM] Patrick: Thanks Mary

[10/26/16, 2:55:48 PM] James  Jordan Jr.: I have a member that's disabled & says that his injury took his voice & that email is the best way to communicate.  What does anyone suggest here?

[10/26/16, 2:56:49 PM] Grant McDonell: Skype chat like this...

[10/26/16, 2:57:01 PM] Grant McDonell: I have sold before on this "texting" platform

[10/26/16, 2:57:07 PM] Grant McDonell: Good luck

[10/26/16, 3:00:05 PM] James  Jordan Jr.: Indeed L.abor U.pon C.orrect K.nowledge

[10/26/16, 3:16:29 PM] Shade Fenn: @Mary Dee if we had some people go to the event do we need to follow up with them?! I did get into touch with them personally "sadly they were looking for me when I told them I wasn't there I told them to go look for all of my friend there as the coaches!"

[10/26/16, 3:33:23 PM] Mary Dee: Yes, if you see them on the list and you are listed as the coach, please give them a follow up call. There were just too many people for it to be feasible to follow up with a coach onsite unless the Coach and person knew each other. So if you go to Sheet 1 you can look for your name under s1 coach list. If you don't see it, look through the tabs. If you had more than 3 leads in attendance I moved you to a tab. Otherwise you'll be on Sheet 1.

[10/26/16, 3:33:48 PM] Mary Dee: The fortune is in the follow up....and this event had ALOT of fortune in the room that need some follow up!

[10/26/16, 3:53:30 PM] Shade Fenn: Thanks Mary!!! You're the best!! I bet you'll be receiving lots of boxes of chocolates soon!!

EX 38
1194

███████ - Sponsor: ██████████
[11/3/16, 2:59:28 PM] Kate McCarthy: (y)
[11/3/16, 2:59:44 PM] Rene Holz My Dot Com Business: (y)
[11/3/16, 3:00:43 PM] Catherine S (sunshiney): Stephen see PM
[11/3/16, 3:21:08 PM] Sumanjain Sm: Stephen (penguin)
[11/3/16, 3:27:05 PM] jedidiah redd: Support please
[11/3/16, 3:27:38 PM] Catherine S (sunshiney): yes
[11/3/16, 3:28:22 PM] Ryan Farmer: support we can't use Discover cards correct? just visa and master card?
[11/3/16, 3:28:29 PM] jedidiah redd: Pm you
[11/3/16, 3:34:05 PM] jedidiah redd: Anyone  having issues with nda's not going through .
[11/3/16, 3:35:18 PM] Catherine S (sunshiney): we need to ask Alan
[11/3/16, 3:35:38 PM] Clinton Douglas IV: congrats on sales
[11/3/16, 3:36:36 PM] jedidiah redd: Yes maam
[11/3/16, 3:36:49 PM] Catherine S (sunshiney): going to ask Alan about it
[11/3/16, 3:37:27 PM] jedidiah redd: Ok thank you Catherine
[11/3/16, 3:55:11 PM] Nick Policelli | Online Success Coach: Full Rise (cash) for ██████████ > Sponsor: Glyco International Inc.
[11/3/16, 3:56:12 PM] George Briere  - Coaching You To Greatness!: congrats Nick
[11/3/16, 3:56:22 PM] George Briere  - Coaching You To Greatness!: Congrats Stephen!
[11/3/16, 3:57:52 PM] Randy Bevins Business Coach: Is there a 4:00 meeting today with Mary Dee
[11/3/16, 3:58:01 PM] Cathy Flynn: Coach Weekly Update Meeting

Coaches call at 1PDT.

Join the call: https://www.uberconference.com/digitalaltitude

Optional dial in number: 888-912-0796
Alternate number: 305-330-5894
PIN 47056
[11/3/16, 3:58:26 PM] Jeremy Miner Miner: Everyone jump on the call!!!!!
[11/3/16, 3:59:08 PM] Shade Fenn: Uber? uber driver / uber conference lol
[11/3/16, 3:59:38 PM] Shade Fenn: INCORRECT PIN
[11/3/16, 3:59:59 PM] Nick Policelli | Online Success Coach: same
[11/3/16, 3:59:59 PM] Randy Bevins Business Coach: INCORRECT PIN
[11/3/16, 4:00:06 PM] Gorata Masuga Business Coach: Incorrect Pin
[11/3/16, 4:00:24 PM] Tom Farrell: Ditto about the PIN
[11/3/16, 4:00:27 PM] Cathy Flynn: PIN 47056
[11/3/16, 4:00:36 PM] Damien  Martin: Thanks Cathy
[11/3/16, 4:00:43 PM] Tom Farrell: Thanks!
[11/3/16, 4:00:48 PM] Gorata Masuga Business Coach: Thanks Cath
[11/3/16, 4:09:44 PM] Shauna Congelliere: Justin! (*)  Stephen! (*)  Nick! (*)
[11/3/16, 4:10:06 PM] George Briere  - Coaching You To Greatness!: Rise/Base

EX 38
1195

[11/7/16, 4:44:43 PM] Jeremy Miner Miner: Hi there,

Digital Altitude is inviting you to a scheduled Zoom meeting.

Topic: s1 Coach Call
Time: this is a recurring meeting Meet anytime

Join from PC, Mac, Linux, iOS or Android:
https://zoom.us/j/868129312?pwd=YR16iI4%2BhRc%3D
  Password: 2057

Or iPhone one-tap (US Toll):  +14086380968,868129312# or
+16465588656,868129312#

Or Telephone:
  Dial: +1 408 638 0968 (US Toll) or +1 646 558 8656 (US Toll)
  Meeting ID: 868 129 312
  International numbers available:
https://zoom.us/zoomconference?m=hu7_g0rvHak6ZbWua43H0sEDscejOeFL
[11/7/16, 4:44:45 PM] Issa AlDugum: This message has been removed.
[11/7/16, 4:44:53 PM] Jeremy Miner Miner: We start in 15 mins TEAM
[11/7/16, 4:45:05 PM] Issa AlDugum: This message has been removed.
[11/7/16, 5:48:20 PM] Christy  Snape: Can I get help from support please?
[11/7/16, 5:49:46 PM] roma cangco: ok
[11/7/16, 6:14:53 PM] jedidiah redd: support please
[11/7/16, 6:23:34 PM] Scott Hess: RISE full pay-████████     (Sponsor-████████
████)
[11/7/16, 6:25:20 PM] Ryan Farmer: ▯
[11/7/16, 6:26:21 PM] Rico Morbos: Hello Jed im on
[11/7/16, 6:26:44 PM] jedidiah redd: ty rico roma got it
[11/7/16, 6:26:53 PM] Rico Morbos: Okay Jed Thanks
[11/7/16, 6:27:16 PM] jedidiah redd: ty
[11/7/16, 6:32:45 PM] Rene Holz My Dot Com Business: (y)
[11/7/16, 6:39:53 PM] : Support please
[11/7/16, 6:42:53 PM] Martha V V: Hi Peter, check pm
[11/7/16, 6:46:50 PM] : Thank you
[11/7/16, 6:53:06 PM] Ron Keenan: Support please cancel
████████████████, 17 yo student with no money
[11/7/16, 6:53:36 PM] Rico Morbos: im on it Ron
[11/7/16, 6:53:51 PM] Ron Keenan: Thanks Rico
[11/7/16, 6:56:27 PM] Rico Morbos: Done Ron you can check his Account
[11/7/16, 6:56:45 PM] Ron Keenan: Cheers Rico
[11/7/16, 8:27:27 PM] jedidiah redd: support please
[11/7/16, 8:30:01 PM] Majesty Amazona: Pm you Jedd
[11/7/16, 9:53:22 PM] Patrick Paulsen: @support -

EX 38
1196

[11/10/16, 10:58:41 AM] coachcverdugo: Back office got crazy
[11/10/16, 10:58:48 AM] Catherine S (sunshiney): I am getting that as well
[11/10/16, 10:58:59 AM] Catherine S (sunshiney): i thought it was just me..
[11/10/16, 10:59:08 AM] Ryan Farmer: Programing issue it looks like
[11/10/16, 10:59:13 AM] coachcverdugo: Can't access any profile
[11/10/16, 10:59:15 AM] coachcverdugo: yes
[11/10/16, 10:59:34 AM] coachcverdugo: related with the time zone setting in our coach profile
[11/10/16, 11:00:09 AM] Ryan Farmer: yes but once you update it is still doing it
[11/10/16, 11:00:57 AM] Clinton Douglas IV: This message has been removed.
[11/10/16, 11:00:57 AM] Clinton Douglas IV: This message has been removed.
[11/10/16, 11:00:58 AM] Clinton Douglas IV: This message has been removed.
[11/10/16, 11:00:58 AM] Clinton Douglas IV: This message has been removed.
[11/10/16, 11:02:51 AM] Sumanjain Sm: oh Fish,.... i have my SS in just 5 minutes and not able to access the backoffice...
[11/10/16, 11:02:57 AM] Sumanjain Sm: is alan here
[11/10/16, 11:04:48 AM] Catherine S (sunshiney): I did post a message to Alan
[11/10/16, 11:06:17 AM] Justin: I have same issue, i uodate time zone and get an error can not access teh dashboard for leads.
[11/10/16, 11:08:03 AM] Paul Della Penna: yes ,e too can't get to my members cause of time zone
[11/10/16, 11:08:26 AM] Stephen Taylor: After leads re transferred to their S2 coach, is there not a message saying not longer contact your s1?
[11/10/16, 11:08:46 AM] James  Jordan Jr.: support
[11/10/16, 11:08:59 AM] Catherine S (sunshiney): not that I know of...but their S2 should be showing in their back office..
[11/10/16, 11:09:18 AM] Catherine S (sunshiney): yes James
[11/10/16, 11:10:07 AM] Paul Della Penna: Plus my timezone is not saving on the correct one its switching it to a different timeone
[11/10/16, 11:10:21 AM] James  Jordan Jr.: i'm getting a bunch of code in my members section.
[11/10/16, 11:10:37 AM] Olivier Correia: yeah me to
[11/10/16, 11:10:43 AM] Olivier Correia: can't search for members
[11/10/16, 11:10:50 AM] Olivier Correia: leads*
[11/10/16, 11:10:55 AM] James  Jordan Jr.: ok so at least I know I'm not the only one.
[11/10/16, 11:11:48 AM] Catherine S (sunshiney): no it is everyone
[11/10/16, 11:12:15 AM] Catherine S (sunshiney): I did post a message to Alan
[11/10/16, 11:13:17 AM] Nick Policelli | Online Success Coach: any update from Alan yet?
[11/10/16, 11:13:28 AM] Catherine S (sunshiney): no
[11/10/16, 11:13:44 AM] Olivier Correia: even after updated time zone the error remains
[11/10/16, 11:13:53 AM] Olivier Correia: lets wait i supose :)
[11/10/16, 11:13:55 AM] Ryan Farmer: yes the save isn't working
[11/10/16, 11:14:13 AM] Olivier Correia: 4.15PM here....beer time :D

EX 38
1197

[11/10/16, 11:14:39 AM] Ryan Farmer: (beer)
[11/10/16, 11:14:43 AM] George Briere  - Coaching You To Greatness!: 11:14AM here.....beer time :-)
[11/10/16, 11:14:45 AM] Catherine S (sunshiney): lol @ Olivier
[11/10/16, 11:14:48 AM] Olivier Correia: ;)
[11/10/16, 11:15:20 AM] Olivier Correia: lol george you start soon m8 :D
[11/10/16, 11:16:06 AM] Paul Della Penna: I'm hitting the scotch
[11/10/16, 11:16:32 AM] Olivier Correia: no more calls for you today Paul :O
[11/10/16, 11:16:37 AM] Catherine S (sunshiney): seems to be working for me now
[11/10/16, 11:16:48 AM] Imran Afzal: working fine now
[11/10/16, 11:16:58 AM] Olivier Correia: yep its fine now
[11/10/16, 11:17:08 AM] Olivier Correia: damn...didnt finished my beer
[11/10/16, 11:17:24 AM] Catherine S (sunshiney): Alan said FIXED
[11/10/16, 11:17:50 AM] facebook:hannahmirwald: facebook:hannahmirwald has left the conversation
[11/10/16, 11:18:17 AM] Justin: THANKS ALAN!!!!
[11/10/16, 11:19:18 AM] Sumanjain Sm: Thank you Alan, You saved me.. LOL Fixed...
[11/10/16, 11:23:47 AM] Clinton Douglas IV: back up
[11/10/16, 11:25:27 AM] Robert Madrid: I guess Hannah has chosen to seek greener pastures. Good luck.
[11/10/16, 12:00:01 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Customer service please
[11/10/16, 12:00:09 PM] Catherine S (sunshiney): yes
[11/10/16, 12:02:20 PM] xicadovale: support please can you pm me :)
[11/10/16, 12:02:30 PM] Catherine S (sunshiney): yes
[11/10/16, 12:30:27 PM] live:dj.kelsall93: Cathy can you pm me pls
[11/10/16, 12:52:09 PM] Grant McDonell: @Support, can someone please PM me ASAP?
[11/10/16, 12:53:32 PM] roma cangco: ok
[11/10/16, 12:55:26 PM] jedidiah redd: Support please
[11/10/16, 12:55:44 PM] roma cangco: yep
[11/10/16, 12:59:59 PM] live:dj.kelsall93: Cathy?
[11/10/16, 1:01:33 PM] Catherine S (sunshiney): Cathy Flynn?
[11/10/16, 1:17:32 PM] Rio Aspire: Support?
[11/10/16, 1:17:46 PM] roma cangco: yep
[11/10/16, 1:25:59 PM] morgencarpenter: I have a lady wondering how she would be able to promote DA plus her own stuff without having to do multi pages/links. She wants to make one post/ad with all options available- physical products, her life coaching and DA. Any help?
[11/10/16, 1:28:41 PM] Robert Madrid: She'd be able to post a link for DA on any other page she builds, if that page allows for multiple links. BUT Idt Michael wants somebody who is promoting multiple products to have DA sharing the spotlight, for obvious reasons.
[11/10/16, 1:51:12 PM] Olivier Correia: support please PM
[11/10/16, 1:51:40 PM] Catherine S (sunshiney): yes

EX 38
1198

[11/28/16, 5:49:45 PM] jedidiah redd: NICE SCOTT!!! (y)

[11/28/16, 5:56:18 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Customer service around?

[11/28/16, 5:56:29 PM] roma cangco: yes

[11/28/16, 6:07:45 PM] Chris Ogle: Well done with the sales

[11/28/16, 6:15:36 PM] Tom Farrell: Congrats Scott!!!  (cash)

[11/28/16, 6:17:27 PM] Olivier Correia: Scott! (poke)

[11/28/16, 6:36:31 PM] Grant McDonell: Scott! BOOOOM! (bomb)

[11/28/16, 6:37:18 PM] *- Nate Rio -*: #DangGina! @Scott (bomb) #Aussie (ninja)

[11/28/16, 6:38:33 PM] Nimi: (target)

[11/28/16, 6:52:34 PM] Elliot Walter: a coach that speaks french or portaguese?

[11/28/16, 6:52:47 PM] Catherine S (sunshiney): Olivier does

[11/28/16, 6:53:00 PM] Elliot Walter: thanks Catherine

[11/28/16, 6:53:09 PM] Catherine S (sunshiney): yw

[11/28/16, 6:56:01 PM] Samith Pich: Who's on support?

[11/28/16, 6:56:13 PM] Catherine S (sunshiney): I am

[11/28/16, 7:39:35 PM] Ryan Farmer: Rise (cash) █████████████

[11/28/16, 7:43:50 PM] Clinton Douglas IV: congrats!

[11/28/16, 7:44:56 PM] jedidiah redd: (bomb) Congrats on sales everyone (bomb)

[11/28/16, 7:48:51 PM] Scott "7 Figure Surfer" Smith: (y)

[11/28/16, 9:15:39 PM] James  Jordan Jr.: Support

[11/28/16, 9:16:39 PM] Catherine S (sunshiney): yes

[11/28/16, 9:17:28 PM] Angelo Bonomo: support please PM  ME I need to have someone's email Corrected

[11/28/16, 9:19:41 PM] Catherine S (sunshiney): yes

[11/28/16, 11:31:11 PM] Angelo Bonomo: I have person having trouble staying he paid on November 21 his $37

[11/28/16, 11:31:21 PM] Angelo Bonomo: his name Is █████████████

[11/28/16, 11:31:28 PM] Angelo Bonomo: can support fix it for him

[11/28/16, 11:35:07 PM] Majesty Amazona: checking

[11/28/16, 11:35:31 PM] Angelo Bonomo: thanks he says he keeps getting kicked out

[11/28/16, 11:35:45 PM] Majesty Amazona: Pm you

[11/28/16, 11:42:21 PM] Sumanjain Sm: can anyone help this person to get his welcome coach as he dont have welcome coach who can assist them with setting up skype ███████████████

[11/28/16, 11:46:17 PM] Armando Rendon: Full rise base ████████████  sponsor ██████████

[11/28/16, 11:48:43 PM] Scott "7 Figure Surfer" Smith: (monkey)

[11/28/16, 11:50:11 PM] Sumanjain Sm: (penguin) congratulations on all sales...

[11/29/16, 12:01:25 AM] Majesty Amazona: Hello, FYI There is some issues signing off the steps for Affiliates they are being kicked out by the system when signing off. I have forwarded this to Alan and I will let you know once fixed. Thank you

[11/29/16, 12:26:12 AM] Sumanjain Sm: On 11/28/16, at 11:42 PM, Sumanjain Sm wrote:

> can anyone help this person to get his welcome coach as he dont have welcome

EX 38
1199

coach who can assist them with setting up skype ███████████████

[11/29/16, 5:48:12 AM] Neil Crisp: Rise ██████████████ (cash) ████████

[11/29/16, 6:24:06 AM] Jesse Miller "Your Digital Attitude Coach": Neil ☐☐☐
[11/29/16, 6:25:18 AM] Olivier Correia: (y)
[11/29/16, 6:53:06 AM] jedidiah redd: Congrats Neil (y)
[11/29/16, 7:01:54 AM] : (y)  Neil
[11/29/16, 7:26:03 AM] Samith Pich: (y)
[11/29/16, 9:17:33 AM] Sumanjain Sm: (penguin)
[11/29/16, 9:18:52 AM] stephenpdoria: support please
[11/29/16, 9:24:16 AM] Catherine S (sunshiney): yes
[11/29/16, 9:34:19 AM] Sumanjain Sm: support?
[11/29/16, 9:34:54 AM] Catherine S (sunshiney): yes
[11/29/16, 9:35:02 AM] Sumanjain Sm: pm you
[11/29/16, 10:04:46 AM] Alisa Palumbo: Support Please?
[11/29/16, 10:05:00 AM] roma cangco: yp
[11/29/16, 10:05:02 AM] James  Jordan Jr.: Support Verify a final payment of $500 for ██████████ for Rise made this morning please
[11/29/16, 10:05:08 AM] Imran Afzal: ok
[11/29/16, 10:06:03 AM] Imran Afzal: Coach James payment of $500 received
[11/29/16, 10:07:30 AM] George Briere  - Coaching You To Greatness!: can someone verify that ████████████████████████ is paid in full for Rise?  His back office shows him as still owing a payment.
[11/29/16, 10:07:40 AM] Imran Afzal: ok
[11/29/16, 10:24:10 AM] Jesse Miller "Your Digital Attitude Coach": support
[11/29/16, 10:24:19 AM] roma cangco: ok
[11/29/16, 11:01:29 AM] Armando Rendon: Is there any problem
[11/29/16, 11:01:32 AM] Armando Rendon: with the steps ?
[11/29/16, 11:01:42 AM] Armando Rendon: people is getting back to me saying they sign up that they finish
[11/29/16, 11:01:48 AM] Armando Rendon: and get back to login
[11/29/16, 11:08:15 AM] roma cangco: another coach got same issue--- asking alan as we speak
[11/29/16, 11:08:19 AM] roma cangco: ill let you know
[11/29/16, 11:08:21 AM] roma cangco: thanks
[11/29/16, 11:11:15 AM] Armando Rendon: Please people complaining and can't move on...
[11/29/16, 11:11:56 AM] roma cangco: (y)
[11/29/16, 11:12:48 AM] morgencarpenter: Support, please?
[11/29/16, 11:12:55 AM] roma cangco: yep
[11/29/16, 11:40:21 AM] Monty Elsabbagh: Can I get a coach that speaks Russian or French? Transfer a lead to you
[11/29/16, 11:47:58 AM] George Briere  - Coaching You To Greatness!: @Support...I have a student having same issue as Armando addressed ███████████
[11/29/16, 11:48:10 AM] : Coach Drago speaks Russian, Ash speaks French
[11/29/16, 11:49:28 AM] Armando Rendon: Coach Drago is great he loves vodka as

EX 38
1200

well
[11/29/16, 11:49:56 AM] : If he dies.....he dies...
[11/29/16, 11:50:06 AM] George Briere  - Coaching You To Greatness!: Coach Drago
hasn't been the same since Rocky knocked him out though....gets the job done, just a
little slow.
[11/29/16, 11:50:21 AM] : There's no easy way out George
[11/29/16, 11:54:49 AM] George Briere  - Coaching You To Greatness!: I guess what
I'm trying to say is, if I can change, and you can change, everybody can change.
[11/29/16, 12:08:50 PM] cheryl.campbell1982: @support Throwing another log on
the frozen video fire... Are they making updates to the site?  I know this can cause
issues. My client said step 4 completely froze on him. I've advised he log out and
back in and told him to keep me posted
[11/29/16, 12:09:21 PM] roma cangco: pm u
[11/29/16, 12:11:23 PM] Ali Naqvi: On 11/29/16, at 12:01 AM, Majesty Amazona
wrote:
> Hello, FYI There is some issues signing off the steps for Affiliates they are being
kicked out by the system when signing off. I have forwarded this to Alan and I will
let you know once fixed. Thank you
[11/29/16, 12:13:42 PM] roma cangco: On 11/29/16, at 11:17 AM, Alan Moore
wrote:
> I'm try to add more logging to find the issue - it mostly works when I test it so it's
making things difficult.
[11/29/16, 12:14:29 PM] roma cangco: we need email info for those who encounter
error on the video, alan fixing it--thanks
[11/29/16, 12:24:48 PM] Olivier Correia: Support please un-cancel this member:
███████████████████████, and charge is cc for $37 (ASPIRE
Walker), as requested by client.
[11/29/16, 12:25:11 PM] roma cangco: ok
[11/29/16, 12:25:15 PM] Olivier Correia: ty
[11/29/16, 12:25:39 PM] kendralivingston: Any coach's that speak French?
[11/29/16, 12:25:51 PM] Olivier Correia: i do Kendra
[11/29/16, 12:26:07 PM] kendralivingston: Ok great can I send a lead over to you?
[11/29/16, 12:26:11 PM] Olivier Correia: sure
[11/29/16, 12:26:15 PM] kendralivingston: thank you!
[11/29/16, 12:26:25 PM] Olivier Correia: by the dozens if you want :D
[11/29/16, 12:26:40 PM] kendralivingston: lol!
[11/29/16, 12:28:50 PM] Olivier Correia: Support can you please chek this member:
██████████████████████████████ for Rise pay (x4) was
suposed to pay the 2nd pay on Nov 15
[11/29/16, 12:30:43 PM] roma cangco: ok
[11/29/16, 12:33:00 PM] roma cangco: @coach Olivier ███████████████
declined payment 11/14
[11/29/16, 12:34:43 PM] Olivier Correia: tyvm
[11/29/16, 12:58:18 PM] Olivier Correia: Guys i have a question, if anyone knows
the answer: Why does welcome coaches are still contacting leads after i reach them?
It makes absolutely no sense at all and only confuses the leads!

EX 38
1201

[11/30/16, 9:09:47 PM] jedidiah redd: BOOM (cash)
[11/30/16, 9:09:58 PM] jedidiah redd: Congrats Nimi
[11/30/16, 9:11:41 PM] Nimi: Thanks Jed
[11/30/16, 9:11:47 PM] jedidiah redd: ;)
[11/30/16, 9:13:56 PM] Scott "7 Figure Surfer" Smith: Wooo Whoo Nimi :)
[11/30/16, 9:16:54 PM] Nimi: Thanks Coach S
[11/30/16, 9:36:52 PM] Sumanjain Sm: Congratulations Nimi
[11/30/16, 9:39:54 PM] Nimi: Thanks S
[11/30/16, 10:52:39 PM] Michael Force: Hey Leaders,

We are here in Orlando this week mapping out our next MME for Spring...

All management is scheduled to meet next week in Park City Utah where we'll be locked in a room for 3 days (while its snowing) mapping out our BIG goals, live events and scaling strategies for 2017!

If you have any ideas, thoughts, feedback etc please send to mdee@digitalaltitude.co and we will add to our agenda to discuss.

Thanks!

P.S. We dont sell traffic. Coaches have a 3 strikes and your out for cross selling. And Alan is integrating affiliate links for autoresponders when we re-skin our new back office as I showed at the MME in Vegas. Also, we have 6 new funnels coming that are being created by Adam Whiting's team (iPAS) that I showed in Vegas as well. They will create a new funnel every month for 2 years. Merchant accounts are loosing up month by month and we are integrating a solution as we speak that may fix the waiting game altogether with these merchants. We have many other BIG projects in the works. Get ready for 2017! Its gonna be a BIG year for all of you. FYI.
[11/30/16, 10:53:15 PM] Michael Force: As Vincent eloquently said above there are a million moving parts very few understand or are even aware of. There is no fast and easy solution with merchants pushing $10 million a month. Its a waiting game to where your not the new kid with numbers NO ONE has done in our space. Thats the bottom line. We are all over everything... everyday in everyway. This team bleeds for you daily. I see it. I hold all the bandaids. Your management team here at DA is unlike any other in this space and we fly over things that would crush other companies. We just keep growing. This team is relentless and overcoming obstacles is in their DNA. Your in good hands. Patience is all that is needed with merchants.
[11/30/16, 10:53:59 PM] Michael Force: If you think for a second I want to field these kind of messages vs get you paid and everyone paid on time to ensure your cash flow and ad budget... your simply mistaken. We are doing everything possible and I've continued to even come out of my personal pocket to ensure we keep up on expenses and payouts. I hate this bank/merchant crap more than anyone. Its keeping me from scaling sooner vs later. And its the last thing I want. I cant control bank or time and I'd love to being a control freak that I am. But I cant. We have a

EX 38
1202

new ewallet like solution that allows us to take payments worldwide and we so far think it could be the solution we are looking for to end the merchant hold issue. Will advise.

[11/30/16, 10:55:07 PM] Armando Rendon: I'm with your Michael and Da team till the end

[11/30/16, 10:55:21 PM] Armando Rendon: Let's grow togheter

[11/30/16, 10:55:23 PM] Michael Force: Pasted from our DA LEADERSHIP groups

[11/30/16, 10:55:29 PM] Michael Force: :D

[11/30/16, 10:56:46 PM] Robert Madrid: Michael is any type of in house financing on the horizon? I'm just curious.

[11/30/16, 11:00:56 PM] Clinton Douglas IV: Email sent to Mary Dee!

[11/30/16, 11:03:10 PM] Chris Ogle: Congrats Nimi :)

[11/30/16, 11:08:32 PM] Chris Ogle: ██████████ Rise full (cash) / Sponsor ███
███ (The Wealth Network)

[11/30/16, 11:10:06 PM] jedidiah redd: nice!! congrats chris!!

[11/30/16, 11:22:19 PM] Sumanjain Sm: Congratulations Chris

[11/30/16, 11:26:08 PM] Sumanjain Sm: I am completely with DA Team as I find this team as part of my Family....

[11/30/16, 11:34:59 PM] Clinton Douglas IV: Furious 7
Watch now
© 2015 Universal

[11/30/16, 11:46:13 PM] Nimi: (highfive) Chris

[12/1/16, 3:22:37 AM] Olivier Correia: Support please, can you tell me what this error means:

PAYMENT ERROR

"DECLINED: Issuer Declined MCC - Response code(204)"

[12/1/16, 3:24:36 AM] Sehrish: Hi Coach Olivier...when bank declines the payment it says Issuer declined

[12/1/16, 8:06:31 AM] Samith Pich: Who's on support?

[12/1/16, 8:06:43 AM] roma cangco: hi

[12/1/16, 11:30:31 AM] George Briere  - Coaching You To Greatness!: Hello Team...I am looking for S1 coaches who live in Australia.  I have many new personal members coming in from Australia and am looking for a coach from Australia who wants to make some money?

[12/1/16, 11:30:58 AM] Colleen Wilson: Ask Nimi

[12/1/16, 11:32:19 AM] Clinton Douglas IV: Sami also

[12/1/16, 11:33:27 AM] Armando Rendon: I can wake up for close them let me know

[12/1/16, 11:45:46 AM] Robert Madrid: There are several in Oz, George. But like Mando...I'll wake up early or stay up late to accommodate them. I'm always up for making money.

[12/1/16, 11:46:41 AM] Robert Madrid: Christy Snape is another that is in Oz, George. I know she'd be happy to help you, too.

[12/1/16, 11:46:46 AM] Raphael Farnese: Love that attitude ^^

queue if client does not reach out to S1?

[12/5/16, 12:50:30 AM] Armando Rendon: lets crush this week!

[12/5/16, 12:50:58 AM] *- Nate Rio -*: so hypothetically a hand-off could be missed due to the system settings?

[12/5/16, 12:51:01 AM] Armando Rendon: I think it will appear

[12/5/16, 12:51:07 AM] Armando Rendon: it happen to me before

[12/5/16, 12:51:15 AM] Armando Rendon: if they pay RISE

[12/5/16, 12:51:26 AM] Armando Rendon: will all unlock step i believe it appears

[12/5/16, 12:51:32 AM] Armando Rendon: but not 100 percent sure.

[12/5/16, 12:51:59 AM] *- Nate Rio -*: Right, so there may be a situation where hand-off was missed because of that... no?

[12/5/16, 12:52:27 AM] *- Nate Rio -*: unless we have a check and balance where S1 needs to queue assignment of S2.

[12/5/16, 6:56:17 AM] Olivier Correia: Support please PM

[12/5/16, 6:56:30 AM] Sehrish: sure

[12/5/16, 6:59:37 AM] Olivier Correia: ty

[12/5/16, 7:16:40 AM] xicadovale: Good Morning :)
Support can you please pm me.

[12/5/16, 7:17:28 AM] Sehrish: ok

[12/5/16, 7:18:54 AM] xicadovale: Thank you :)

[12/5/16, 9:23:58 AM] James  Jordan Jr.: Support send a link for $500 payment please

[12/5/16, 9:24:35 AM] roma cangco: https://my.digitalaltitude.co/payment.php?product_name=RISE&amount=500

[12/5/16, 9:26:31 AM] James  Jordan Jr.: Thank you

[12/5/16, 9:26:41 AM] roma cangco: yw

[12/5/16, 9:36:17 AM] Olivier Correia: Support PM please

[12/5/16, 9:36:29 AM] roma cangco: ok

[12/5/16, 10:15:30 AM] Olivier Correia: support please pm

[12/5/16, 10:15:46 AM] roma cangco: ok

[12/5/16, 10:40:19 AM] stephenpdoria: support please

[12/5/16, 10:40:24 AM] Catherine S (sunshiney): yes

[12/5/16, 10:42:01 AM] Alisa Palumbo: I have a member saying that he is getting emails saying that we owe him money. He knows we do not and is upset asking if this is a scam. I tried to call him and asked him to forward the emails. Does anyone know where we are supposed to report these issues?

[12/5/16, 10:44:57 AM] Armando Rendon: The problem is most of the customers optin in many things.

[12/5/16, 10:45:04 AM] Armando Rendon: that they don't remember

[12/5/16, 10:46:31 AM] : speaking of money, what is the ETA on payment from last week?

[12/5/16, 10:47:07 AM] Armando Rendon: Peter Moron please check your email often

[12/5/16, 10:47:09 AM] Armando Rendon: Hello Coach,

I just wanted to give you an update on Coaching Commissions. Commissions will be

EX 38
1204

going on on Monday to be received by Tuesday. We apologize for the delay and
thank you for your understanding.


Thank you,

Morgan Johnson
Finance
Digital Altitude
[12/5/16, 10:47:52 AM] : yea I didn't receive that
[12/5/16, 10:48:15 AM] : I have an "assigned member" email from my friend
Armando but that's about it
[12/5/16, 10:48:29 AM] Armando Rendon: He wants to have a coach in boston
[12/5/16, 10:48:33 AM] : hahah I bet
[12/5/16, 10:48:38 AM] Robert Madrid: That's basically what my email note said,
too Mando. I get to keep my place for one more month. lol
[12/5/16, 10:48:39 AM] Armando Rendon: Bostonian English
[12/5/16, 10:48:58 AM] : I just spoke to him and he mentioned something about
Washington.  He's a big Dolphins fan too
[12/5/16, 11:41:27 AM] Olivier Correia: support please pm
[12/5/16, 11:42:24 AM] Catherine S (sunshiney): yes
[12/5/16, 12:02:31 PM] Olivier Correia: Support. Can you guys please call this
member and help him Setup Skype: ██████████████████████████████
████████████████████████████

Thank you! :)
[12/5/16, 12:03:02 PM] Catherine S (sunshiney): I will check on that and get
someone to take care of it
[12/5/16, 12:03:16 PM] Olivier Correia: thxs Cath you're the best :)
[12/5/16, 12:09:36 PM] Armando Rendon: Thanks for the amazing support from
Awesome support team.
[12/5/16, 12:10:49 PM] Catherine S (sunshiney): (penguinkiss)
[12/5/16, 12:21:48 PM] stephenpdoria: support please
[12/5/16, 12:21:58 PM] Majesty Amazona: PM you
[12/5/16, 12:32:47 PM] stephenpdoria: support please
[12/5/16, 12:33:09 PM] Catherine S (sunshiney): yes
[12/5/16, 12:59:13 PM] Shade Fenn: You guys in Support are awesome!!
[12/5/16, 1:15:02 PM] Ryan Farmer: (y)
[12/5/16, 1:15:22 PM] Ryan Farmer: speaking of awesome, can I get some support
:)
[12/5/16, 1:18:18 PM] Majesty Amazona: PM you Ryan
[12/5/16, 1:30:07 PM] Alisa Palumbo: Same here...support please?
[12/5/16, 1:30:18 PM] Majesty Amazona: Pm you
[12/5/16, 1:30:34 PM] Majesty Amazona: Please accept my contact req
[12/5/16, 1:31:39 PM] Tanya Patxot: Can anyone send me the coach intro for scott
hess

[12/21/16, 8:05:48 PM] Majesty Amazona: We are still waiting for the merchant update and once we have something and we will continue processing payments. Thank you!

[12/21/16, 8:06:16 PM] live:dubhawkins3: :x

[12/21/16, 8:32:49 PM] Clinton Douglas IV: @Cathy @Mary we doing a call on Thursday 12/22? If not Papa gotta go to work on some SS.

[12/21/16, 8:50:59 PM] Jesse Miller "Your Digital Attitude Coach": Are we still down

[12/21/16, 8:51:01 PM] Jesse Miller "Your Digital Attitude Coach": ?

[12/21/16, 8:51:38 PM] Jesse Miller "Your Digital Attitude Coach": Can we do payments yet anyone

[12/21/16, 8:53:01 PM] Andy Victoriano: Normal payments are still good, manual payments are the ones on hold for now.

[12/21/16, 8:53:32 PM] Jesse Miller "Your Digital Attitude Coach": Ok great yeah thats what I need... I didn't hear anything and it wasn't working earlier...

[12/21/16, 8:53:35 PM] Jesse Miller "Your Digital Attitude Coach": Thanks Andy

[12/21/16, 8:53:38 PM] Majesty Amazona: Hi Guys

[12/21/16, 8:53:42 PM] Majesty Amazona: Please use Payza links for now

[12/21/16, 8:53:43 PM] Majesty Amazona:

https://my.aspiresystem.co/payment.php?product=ris&payza=1

https://my.aspiresystem.co/payment.php?product=ris2p&payza=1

https://my.aspiresystem.co/payment.php?product=ris3p&payza=1

https://my.aspiresystem.co/payment.php?product=ris4p&payza=1

Random Amount:

https://my.digitalaltitude.co/payment.php?product_name=RISE&amount=999&payza=1

[12/21/16, 9:03:56 PM] live:dubhawkins3: yeah I need to know that too

[12/21/16, 9:26:34 PM] Cathy Flynn: On 12/21/16, at 7:32 PM, Clinton Douglas IV wrote:

> @Cathy @Mary we doing a call on Thursday 12/22? If not Papa gotta go to work on some SS.

yes we are

[12/21/16, 9:27:34 PM] Clinton Douglas IV: Ok thanks

[12/21/16, 9:38:13 PM] Scott "7 Figure Surfer" Smith: Just a thought, if we are having leads set up Payza account or pay through it, why don't we put that in step 8 now?

[12/21/16, 9:39:16 PM] Majesty Amazona: Alan is working for Payza integration to our system for much faster transactions.

[12/21/16, 9:51:09 PM] Scott "7 Figure Surfer" Smith: Awesome

[12/21/16, 10:07:13 PM] Coach Ricky Andrade: Anyone from support

[12/21/16, 10:07:43 PM] Majesty Amazona: PM you

[12/21/16, 10:11:28 PM] Samith Pich: Ok so for all Rise purchases we are using above links now?

[12/21/16, 10:11:42 PM] Scott "7 Figure Surfer" Smith: yes

[12/21/16, 10:21:31 PM] Coach Ricky Andrade: Does anyone know about how long

trump tower to Carlos slim
[12/23/16, 10:48:03 AM] Olivier Correia: lol
[12/23/16, 10:48:32 AM] Robert Madrid: Mando, don't we have El Chapo getting ready to go to APEX once he get's his payza verified?
[12/23/16, 10:48:48 AM] Armando Rendon: He is in jail now
[12/23/16, 10:49:05 AM] Robert Madrid: Yeah, until he bribes another guard and walks out the front door! lmao
[12/23/16, 10:49:49 AM] Robert Madrid: He's a model prisoner. He gets access to the internet for good behavior. He can still do his marketing for us. HEHEHEHE
[12/23/16, 11:31:48 AM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Customer Service available?
[12/23/16, 11:32:04 AM] roma cangco: yep
[12/23/16, 11:46:24 AM] Sumanjain Sm: Amazing Support team here?
[12/23/16, 11:46:36 AM] roma cangco: yep
[12/23/16, 11:46:45 AM] Sumanjain Sm: pm
[12/23/16, 12:30:20 PM] Robert Madrid: Support?
[12/23/16, 12:31:57 PM] lilla-kovacs: Yes
[12/23/16, 12:44:37 PM] Cathy Flynn: Hey guys - Payza gave us this video which may be helpful:  https://blog.payza.com/?s=credit+card+video  The validation is 24 hours or less, I just found out.  (so keep that in mind too)  - If there is any other questions you have, please let me know.  Thanks!
[12/23/16, 12:57:22 PM] jedidiah redd: Support please
[12/23/16, 12:57:29 PM] Catherine S (sunshiney): yes
[12/23/16, 1:40:16 PM] Stephen Taylor: @Support - I have a Welcome Coach/Personal Assistant. How do I get them set up?
[12/23/16, 1:41:20 PM] Armando Rendon: Anyone can verify
[12/23/16, 1:41:34 PM] Armando Rendon: A payment or something on payza and apply ?
[12/23/16, 1:51:52 PM] Morgan Johnson: Who are you looking for Armando?
[12/23/16, 1:52:44 PM] Armando Rendon: He 480 remaining was
[12/23/16, 1:52:46 PM] Armando Rendon: 256
[12/23/16, 1:52:58 PM] Armando Rendon: ███████████████
[12/23/16, 1:55:01 PM] Morgan Johnson: I see the payment for 480 are you looking for another for 256?
[12/23/16, 1:59:31 PM] Armando Rendon: Yes
[12/23/16, 1:59:37 PM] Armando Rendon: He pay payza invoice
[12/23/16, 2:03:09 PM] Clinton Douglas IV: I have one coming also
[12/23/16, 2:03:35 PM] Morgan Johnson: got it Armando applying now
[12/23/16, 2:03:40 PM] Morgan Johnson: Who do you have Clinton
[12/23/16, 2:04:42 PM] Jesse Miller "Your Digital Attitude Coach": support
[12/23/16, 2:04:59 PM] Imran Afzal: yes
[12/23/16, 2:10:54 PM] Clinton Douglas IV: 788 coming here soon
[12/23/16, 2:11:05 PM] Clinton Douglas IV: ███████████
[12/23/16, 2:14:46 PM] Armando Rendon: Support my guy Is asking which option
[12/23/16, 2:14:53 PM] Armando Rendon: IMG_0623.PNG
[12/23/16, 2:17:14 PM] Morgan Johnson: For the 1100.00 payment they would

need to pay the fees
[12/23/16, 2:18:01 PM] Morgan Johnson: and if he wants to do a bank transfer or load with a credit card is up to him
[12/23/16, 2:19:12 PM] tyronelorenzo: School... is there a coach who speaks this language

да тяжеловато придётся - я только по русски говорю , должно получится.
[12/23/16, 2:28:30 PM] *- Nate Rio -*: Greek
[12/23/16, 2:29:25 PM] Robert Madrid: It's all Greek to me. HAAAAAAAA!!!!
[12/23/16, 2:29:41 PM] Robert Madrid: Actually that's not Greek. That's Russian.
[12/23/16, 2:30:22 PM] Armando Rendon: The guy can't pay 1100
[12/23/16, 2:30:31 PM] Armando Rendon: IMG_0624.PNG
[12/23/16, 2:31:53 PM] Catherine S (sunshiney): is his cc verified?
[12/23/16, 2:31:59 PM] Clinton Douglas IV: dude send the link for $499 can wait for the verified and then collect the rest...we don't need to put these clients under any more stress
[12/23/16, 2:33:59 PM] Armando Rendon: In Mexico doing that get troubles he wants to pay at moment
[12/23/16, 2:34:54 PM] Armando Rendon: Plus 7 percent fee
[12/23/16, 2:35:03 PM] Armando Rendon: With the currency is to much
[12/23/16, 2:35:48 PM] tyronelorenzo: Any Russian speaking coaches?
[12/23/16, 2:41:17 PM] Randy Bevins Business Coach: RISE/BASE (cash)
███████████   Referring Sponsor: ██████████
[12/23/16, 2:41:45 PM] Rene Holz My Dot Com Business: (y)
[12/23/16, 3:04:55 PM] tyronelorenzo: Support?
[12/23/16, 3:10:11 PM] Clinton Douglas IV: On 12/23/16, at 2:49 PM, ████████ wrote:
> tried but declined.  i am just about ready to bolt.  you didn't tell me this would be an international transaction.  feel that this whole thing is perhaps a scheam and not what it is promoted to be.  am not interested in doing business at this stage internationally.  can't Digital Attitude be more upfront?  i am fearful what i will find out next.
[12/23/16, 3:10:50 PM] Clinton Douglas IV: support Cathy Flynn? What do I do?
[12/23/16, 3:11:02 PM] Clinton Douglas IV: I have tried many times in the last 72 hrs
[12/23/16, 3:11:06 PM] Clinton Douglas IV: nothing
[12/23/16, 3:23:22 PM] Tom Farrell: Congrats Randy!  $$$$
[12/23/16, 3:41:53 PM] Issa AlDugum: Randy 🙏🙏
[12/23/16, 3:41:58 PM] Rene Holz My Dot Com Business: support please
[12/23/16, 3:42:29 PM] Catherine S (sunshiney): yes
[12/23/16, 3:42:35 PM] Rene Holz My Dot Com Business: thx pm you
[12/23/16, 3:48:13 PM] tyronelorenzo: Support please
[12/23/16, 3:48:25 PM] Catherine S (sunshiney): yes
[12/23/16, 3:50:29 PM] rashard03: Congrats on sales!

RISE/BASE (cash) ██████████   sponsor ██████████

EX 38
1208

[12/23/16, 3:50:42 PM] Randy Bevins Business Coach: (highfive)
[12/23/16, 3:51:42 PM] rashard03: Thanks Randy congrats to you also!!!!! (rock)
[12/23/16, 4:06:55 PM] Rene Holz My Dot Com Business: (y)
[12/23/16, 4:09:18 PM] Ryan Fleming: Coach Commission Update:
Hi everyone, this week's payouts have been sent. If you don't receive the payment
today; these funds should be available and in your account Tuesday December 27th
due to the holiday on Monday the 26th.
Have a Safe And Merry Christmas!
[12/23/16, 4:26:16 PM] jedidiah redd: Awesome Ryan thank you for the update
have a Merry Christmas as well
[12/23/16, 4:32:41 PM] Clinton Douglas IV: 0-cus-d1-
22cc505ce5eaee50f7d6f0d1297d9406.jpg
[12/23/16, 4:33:14 PM] Clinton Douglas IV: To all my coaches get a bucket of
chicken always may you happy
[12/23/16, 4:45:03 PM] Morgan Johnson: UPDATE* You can now use the regular
pay links to process payments and don't have to go through Payza
[12/23/16, 4:46:57 PM] Morgan Johnson: And Clinton won't be able to buy chicken
because I've canceled his payout
[12/23/16, 4:47:00 PM] Morgan Johnson: thanks
[12/23/16, 4:47:23 PM] *- Nate Rio -*: thanx!
[12/23/16, 4:48:02 PM] jedidiah redd: Awesome lol
[12/23/16, 4:48:28 PM] *- Nate Rio -*: Let's make it RAIN folks! (cash) (cash) (cash)
(cash)
[12/23/16, 4:48:37 PM] jedidiah redd: Morgan rocks
[12/23/16, 4:48:52 PM] Morgan Johnson: ;)
[12/23/16, 4:49:12 PM] Morgan Johnson: I know it's been tough, I appreciate you
guys
[12/23/16, 4:49:34 PM] Robert Madrid: Haha Mr. Haha no chicken for you!
[12/23/16, 4:49:37 PM] Tom Farrell: Amen and Amen Morgan!!!  :D
[12/23/16, 4:49:54 PM] Robert Madrid: Morgan you're a beast!
[12/23/16, 4:50:15 PM] Clinton Douglas IV: Dang it morgan...but I will take easy
payments over Payza headaches any day of the week! How long before we process?
[12/23/16, 4:50:30 PM] jedidiah redd: I'm dancing right now
[12/23/16, 4:50:40 PM] Morgan Johnson: go!
[12/23/16, 4:50:45 PM] Clinton Douglas IV: Despicable Me 2
Watch Movie
© 2015 Universal
[12/23/16, 4:51:48 PM] Clinton Douglas IV: Do we do a manual payment? Our links
are all redirected to Payza???
[12/23/16, 4:51:53 PM] jedidiah redd: This message has been removed.
[12/23/16, 5:28:11 PM] Jesse Miller "Your Digital Attitude Coach": Awesome
[12/23/16, 5:41:18 PM] rashard03: RISE/ BASE (cash) ██████████ sponsor ██████████
██████
[12/23/16, 5:42:44 PM] Morgan Johnson: Use the order.php links
[12/23/16, 5:44:22 PM] Robert Madrid: Support?
[12/23/16, 5:44:52 PM] Catherine S (sunshiney): yes

EX 38
1209

[12/27/16, 2:47:13 PM] Clinton Douglas IV: How are you guys doing? We back to normal now? Well money wise? (cash)

[12/27/16, 2:51:00 PM] Ron Keenan: Support please?

[12/27/16, 2:55:23 PM] Andy Victoriano: See PM coach

[12/27/16, 3:01:42 PM] jedidiah redd: hi support

[12/27/16, 3:01:49 PM] lilla-kovacs: hey

[12/27/16, 3:11:56 PM] Olivier Correia: ´Rene! (poke)

[12/27/16, 3:22:11 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: (cheers) Congrats on the sales!

[12/27/16, 3:30:05 PM] Drew Innes: (y) on the sales everyone

[12/27/16, 4:31:02 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Q: How long has the verification process with Payza been taking?

[12/27/16, 4:31:22 PM] lilla-kovacs: I believe it says 3-5 days

[12/27/16, 4:32:28 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Wow. Ok Thanks Lilla

[12/27/16, 4:33:06 PM] lilla-kovacs: you're welcome. but I'm 90% sure of this

[12/27/16, 4:33:59 PM] travis herer: support please

[12/27/16, 4:34:02 PM] Ryan Farmer: I think I missed the memo,  are we going to continue to stay with Payza from here on out or is this temporary?

[12/27/16, 4:34:27 PM] lilla-kovacs: @Travis pmd you

[12/27/16, 4:47:32 PM] Clinton Douglas IV: Morgan said some time late Friday we are good to go back with the non Playza links...Unless that has changed again?

[12/27/16, 5:04:17 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Customer service available?

[12/27/16, 5:04:32 PM] lilla-kovacs: yes

[12/27/16, 6:03:42 PM] Ron Keenan: Hey peeps, does anyone have a good set of emails for people after 6b to put in my awebber please?

[12/27/16, 6:06:13 PM] Ryan Farmer: support please :)

[12/27/16, 6:12:00 PM] lilla-kovacs: yes

[12/27/16, 6:27:25 PM] Jesse Miller "Your Digital Attitude Coach": Thanks to Beau Ryan for the FULL ASCEND SALE... You rock brother

[12/27/16, 6:27:32 PM] Jesse Miller "Your Digital Attitude Coach": (highfive)

[12/27/16, 6:27:45 PM] Jeremy Miner Miner: Nice Beau!!!

[12/27/16, 6:33:19 PM] Armando Rendon: Me to beau full ascend and peak

[12/27/16, 6:39:32 PM] Jesse Miller "Your Digital Attitude Coach": boom

[12/27/16, 6:53:37 PM] jedidiah redd: congrats guys!!

[12/27/16, 6:57:31 PM] Ron Keenan: Nice Xmas pressy, well done

[12/27/16, 7:27:03 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: (target) (cash)

[12/27/16, 7:27:16 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Nice one Jesse and Beau!

[12/27/16, 7:27:47 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Customer service please

[12/27/16, 7:30:13 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: CUSTOMER SERVICE?

[12/29/16, 4:37:18 PM] Armando Rendon: There is. 3.5 fee

[12/29/16, 4:38:19 PM] James Jordan Jr.: Ok so what about ppl who want to make a 1x payment? I'm having ppl have issues who want to buy base & rise outright

[12/29/16, 4:39:03 PM] Armando Rendon: You will have to split it is the only way I did

[12/29/16, 4:39:13 PM] Armando Rendon: And is only 1000 usd per transaction

[12/29/16, 4:39:27 PM] Armando Rendon: So two top up of 500

[12/29/16, 5:07:50 PM] Issa AlDugum: This message has been removed.

[12/29/16, 5:08:26 PM] live:geral_5450: i've been trying with a customer to make a payment over 1h and the transaction is being declined for being international

[12/29/16, 5:08:55 PM] live:geral_5450: she called her bank and the bank says it's cleared, but she still can't make the payment or add funds through the credit card

[12/29/16, 5:09:06 PM] live:geral_5450: we tried $500 as well and still same message

[12/29/16, 5:09:13 PM] live:geral_5450: this is insane!

[12/29/16, 5:09:21 PM] Issa AlDugum: I had same situation and another client cant use his checking account.

[12/29/16, 5:09:35 PM] live:geral_5450: people will just give up

[12/29/16, 5:09:44 PM] live:geral_5450: if they can't pay

[12/29/16, 5:10:45 PM] Issa AlDugum: they did

[12/29/16, 5:14:12 PM] Catherine S (sunshiney): the member can verify their bank, and move the funds to Payza and then pay

[12/29/16, 5:14:23 PM] Catherine S (sunshiney): but that takes time

[12/29/16, 5:14:45 PM] Issa AlDugum: Payza doesn't accept checking accounts only Credit card

[12/29/16, 5:15:01 PM] Catherine S (sunshiney): are they in the US?

[12/29/16, 5:15:17 PM] Issa AlDugum: He got Frustrated and said he doesn't want to do it!

[12/29/16, 5:15:21 PM] Issa AlDugum: yes he is.

[12/29/16, 5:17:46 PM] Rene Holz My Dot Com Business: I have a customer from Germany and the Netherlands... they never heard about Payza... hopefully Morgan will provide more solutions soon...

[12/29/16, 5:22:30 PM] Scott "7 Figure Surfer" Smith: Payza is not working very well with people outside the USA

[12/29/16, 5:22:44 PM] Scott "7 Figure Surfer" Smith: It will no accept documents

[12/29/16, 5:23:11 PM] Rene Holz My Dot Com Business: Yes Scott I try this for weeks now with my account

[12/29/16, 5:23:15 PM] Scott "7 Figure Surfer" Smith: I really hope this is not the only way we get payment moving forward

[12/29/16, 5:23:19 PM] Damien Martin: Scott and we all know the reason for that

[12/29/16, 5:24:02 PM] Scott "7 Figure Surfer" Smith: What reason is that?

[12/29/16, 5:24:12 PM] Scott "7 Figure Surfer" Smith: It will not take things from Aussies

[12/29/16, 5:26:40 PM] *- Nate Rio -*: Yeah... Payza must think AUS money is monopoly money... ;-)

[12/29/16, 5:27:03 PM] Scott "7 Figure Surfer" Smith: lol

Watch Movie
© Eros International
[12/29/16, 6:01:04 PM] Scott "7 Figure Surfer" Smith: Marvel Studios' Doctor Strange
Check it Out
© 2016 MARVEL
[12/29/16, 6:01:18 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: I don't know what he is saying... but I feel that way... ;)
[12/29/16, 6:03:37 PM] Clinton Douglas IV: haha
[12/29/16, 6:17:52 PM] stephenpdoria: support please
[12/29/16, 6:19:37 PM] Andy Victoriano: See PM coach
[12/29/16, 6:34:06 PM] Samith Pich: @CathyFlynn Were coaches getting their Payza accounts created for them or are we doing it ourselves? I think I saw video somewhere saying DA would do that. Personally I've already created my Payza coach account.
[12/29/16, 6:34:56 PM] Samith Pich: @CathyFlynn When (or timeframe) are coaching comms going to be paid into Payza accounts?
[12/29/16, 6:39:31 PM] Cathy Flynn: @Samith Pich  I'm not sure.  Best to ask Ryan Fleming or Morgan about that.
[12/29/16, 8:29:23 PM] stephenpdoria: support please
[12/29/16, 8:31:16 PM] Andy Victoriano: See PM coach
[12/29/16, 8:32:34 PM] Cathy Flynn: Reminder

The customer support team is on holiday hours from 8am to 8pm PST until January 2nd.

December 31st and January 1st the company will be closed for New Years Eve and New Years Day.

Happy New Year!!  :)
[12/29/16, 9:23:24 PM] Ron Keenan: Change or Change_.jpg
[12/29/16, 9:23:35 PM] Ron Keenan: Look familiar?
[12/29/16, 9:27:47 PM] Samith Pich: Sooo true! (y) Our job is to get people emotionally invested in helping them change their own lives
[12/29/16, 10:54:55 PM] Robert Madrid: Support?
[12/29/16, 10:55:01 PM] Majesty Amazona: PM you
[12/29/16, 10:55:49 PM] Robert Madrid: Not near my laptop. Can you unlock next two training steps for my student ▉▉▉▉▉▉▉? Please and thank you
[12/29/16, 10:56:02 PM] Majesty Amazona: sure
[12/29/16, 10:56:09 PM] Robert Madrid: Thank you.
[12/29/16, 10:56:35 PM] Majesty Amazona: Done
[12/30/16, 12:25:16 AM] Morgan Johnson: Hello All,
With the New Year just days away, I wanted to inform you of a few updates that will come with the changing year! Some exciting some not so exciting but, all for the good of our company and our people.

EX 38
1212

Merchant Accounts: As of today, we are only using Payza for payment processing. We are working to get a few things live but, this won't happen for the next few days. My suggestion would be to only offer certified funds as a method of payment such as wires, checks or cashier's checks (if they aren't able to pay via Payza.) I know this isn't the ideal situation and we are working to get back online very soon. In addition to that, our newest merchants are coming at us with some stipulations...and one is around the trial offer. We will be pulling the trial offer and going straight to a paid offer. The dollar trial may commence again but it won't be live until our merchants give us the green light. We have some great new funnels coming your way and we're excited to release those soon.

**ALL Coaches: Coaches payouts will happen every 2 weeks in line with affiliate commission. This means that if you are a coach and an affiliate you will get paid for all sales during the specified period of time all at once. If you are not also an affiliate it means you have more time to make sales and fatten that check. :)
For sales from December 18-24 you will still get your weekly payout but, the next payout will be on January 13th to include sales from December 25- January 6.

**S2 Coaches: Sales for ASCEND and above will now be required to be sent via certified funds. This means we will accept wires, cashier's check and also personal checks for these products. Our merchant accounts aren't built for the high volume processing as of yet and we can't keep getting shut down. If there is a member that just can't get that cash advance or just has to pay by credit card, there may be an extreme delay in processing. Alternatively, our members can use their cards to load their Payza account (which charges 5%). An advance may be better for the member. Also, this gives us cash in hand to work with as opposed to running these through a merchant who may decide at some point to hold our funds. If you need assistance with this, please see a Welcome Coach. Certified funds won't be the situation forever but it is the situation for now.
[12/30/16, 1:42:32 AM] travis herer: support please
[12/30/16, 2:04:54 AM] Sehrish: pm you
[12/30/16, 5:34:59 AM] Olivier Correia: Support please
[12/30/16, 5:42:19 AM] Olivier Correia: anyone from support available?
[12/30/16, 5:49:29 AM] Sehrish: Yes
[12/30/16, 5:49:33 AM] Sehrish: PM
[12/30/16, 5:51:09 AM] Olivier Correia: ty
[12/30/16, 6:19:50 AM] Arnt Evensen: Hi, I have a customer in Pakistan that do not speak english can someone in this group help out with another language please? Coach Arnt.
[12/30/16, 6:20:43 AM] Sehrish: PM you
[12/30/16, 8:30:12 AM] : Morgan so sales from week ending December 23 will be paid (maybe) January 13th??? (Not today?)
[12/30/16, 8:53:58 AM] Damien  Martin: Peter I'm thinking Morgan said sales made up to the 24th will be paid this week as per usual...Sales made after that date the 24th will be paid on a 2 weekly cycle...
[12/30/16, 8:55:36 AM] Clinton Douglas IV: On 12/30/16, at 12:25 AM, Morgan

[1/4/17, 6:26:23 PM] Majesty Amazona: Please don't forget to Send in the PA Guys, It's not Automatic on the Checkout Page

[1/4/17, 6:26:52 PM] travis herer: BASE/RISE 3xPay (cash) ███████████ / Sponsor: ██████████

[1/4/17, 6:27:41 PM] Rene Holz My Dot Com Business: (y)

[1/4/17, 6:27:43 PM] live:geral_5450: Congrats Gorata!!!!!

[1/4/17, 6:28:04 PM] xicadovale: Congrats Travis! :)

[1/4/17, 6:31:51 PM] Randy Bevins Business Coach: (highfive)

[1/4/17, 6:35:36 PM] rashard03: (y)

[1/4/17, 6:37:58 PM] Rene Holz My Dot Com Business: Full Paid RISE ███████████ | Sponsor ██████████

[1/4/17, 6:38:34 PM] rashard03: (y)

[1/4/17, 6:56:14 PM] Samith Pich: Time to crush it team (flex)

[1/4/17, 6:56:29 PM] Clinton Douglas IV: lets get this paper!

[1/4/17, 6:56:56 PM] Samith Pich: I have plenty of A4 paper bro (if you want some).

[1/4/17, 6:57:25 PM] Clinton Douglas IV: lol, Pass it here and lets make it (rain) (cash)

[1/4/17, 6:57:54 PM] Samith Pich: (y)

[1/4/17, 7:08:22 PM] Samith Pich: @Support - Can someone approve my message in DA FB group

[1/4/17, 7:13:31 PM] Majesty Amazona: Sure

[1/4/17, 7:14:15 PM] Majesty Amazona: Done

[1/4/17, 7:25:34 PM] Christy  Snape: Support please

[1/4/17, 7:25:54 PM] Majesty Amazona: pm you

[1/4/17, 8:02:43 PM] jedidiah redd: support please

[1/4/17, 8:02:52 PM] Catherine S (sunshiney): yes

[1/4/17, 9:18:31 PM] Michael Force: Note from Alan:  We're now accepting FastSpring instead of Payza for RISE payments- which does not require authentication, etc.

[1/4/17, 9:18:57 PM] jedidiah redd: (y)

[1/4/17, 9:19:56 PM] Clinton Douglas IV: Despicable Me 2
Watch Movie
© 2015 Universal

[1/4/17, 9:19:56 PM] Gorata Masuga Business Coach: (y)

[1/4/17, 9:20:29 PM] Clinton Douglas IV: perfect now to get this gravy train back on the move!

[1/4/17, 9:31:26 PM] Shauna Congelliere: Happy New Year
© Microsoft

[1/4/17, 9:33:09 PM] Clinton Douglas IV: Despicable Me
Watch Movie
© 2015 Universal

[1/4/17, 9:33:31 PM] Clinton Douglas IV: Shauna.....ummmmm that was a few days ago

[1/4/17, 9:33:34 PM] Clinton Douglas IV: Despicable Me 2
Watch Movie
© 2015 Universal

EX 38
1214

[1/20/17, 2:40:56 PM] Olivier Correia: RISE/BASE 1X Pay (cash) ██████████
Referring Sponsor: ████████████

RISE/BASE 2X Pay (cash) ███████████   Referring Sponsor: ██████████
[1/20/17, 2:41:19 PM] George Briere  - Coaching You To Greatness!: Olivier!
Congrats!
[1/20/17, 2:41:50 PM] Olivier Correia: thxs buddy :)
[1/20/17, 2:42:52 PM] Olivier Correia: Big Shout out to our AMAZING SUPPORT
TEAM!  Thanks guys, you're awsome!
[1/20/17, 2:43:06 PM] Olivier Correia: those sales are on them :)
[1/20/17, 2:43:48 PM] Justin: nice!
[1/20/17, 2:43:57 PM] Justin: (y)(y)(y)(y)
[1/20/17, 2:45:29 PM] xicadovale: Congrats Oliiiiii! (target)
[1/20/17, 2:45:45 PM] Armando Rendon: Congrats on the sales
[1/20/17, 2:45:55 PM] Clinton Douglas IV: congrats
[1/20/17, 2:46:47 PM] jedidiah redd: OLI!!! CONGRATS
[1/20/17, 2:49:20 PM] rashard03: Congrats ⬛
[1/20/17, 2:52:03 PM] live:geral_5450: Congrats Oli
[1/20/17, 3:04:33 PM] Rene Holz My Dot Com Business: congrats on sales
everyone! support please
[1/20/17, 3:04:45 PM] Ana B: yes coach
[1/20/17, 3:04:59 PM] Rene Holz My Dot Com Business: thanks send pm
[1/20/17, 3:15:46 PM] tyronelorenzo: support?
[1/20/17, 3:15:58 PM] Ana B: yes coach
[1/20/17, 3:55:08 PM] Neil Crisp: Rise Skye Holland (cash) ██████████
[1/20/17, 3:55:40 PM] Olivier Correia: Neil! (y)
[1/20/17, 3:56:07 PM] Neil Crisp: Rise █████████████████ (cash) ██████
██████
[1/20/17, 3:56:19 PM] Olivier Correia: BAM!! :D
[1/20/17, 3:56:42 PM] jedidiah redd: Nice!!
[1/20/17, 3:56:45 PM] rashard03: ⬛
[1/20/17, 3:58:30 PM] Ryan Farmer: This message has been removed.
[1/20/17, 3:58:45 PM] Clinton Douglas IV: congrats
[1/20/17, 3:58:59 PM] Ryan Farmer: ⬛⬛
[1/20/17, 4:00:48 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday
9am- 5PM EST: (penguin) (gran) (snowangel) (party) (like)
[1/20/17, 4:21:41 PM] Neil Crisp: Rise ██████████ (cash) ███████████
[1/20/17, 4:22:02 PM] Rene Holz My Dot Com Business: (y) wow
[1/20/17, 4:42:44 PM] live:geral_5450: congrats Neil (poke)
[1/20/17, 4:43:16 PM] Ron Keenan: Support please??
[1/20/17, 4:44:39 PM] Catherine S (sunshiney): yes
[1/20/17, 4:48:44 PM] xicadovale: Congrats Neil! (target)
[1/20/17, 6:13:20 PM] Ryan Farmer: Support please
[1/20/17, 6:17:30 PM] Majesty Amazona: Pm you
[1/20/17, 6:44:44 PM] Mary Dee: * Quick update: We just got our login for our
newest merchant account and it can handle volume of up to $4million a month (so

get to work!) Alan is working on the direct links so that you don't have to send your customers through Payza anymore if you don't want to (since I know how much you guys (heart) Payza). This is a big milestone ya'll, so do a dance (turkey)  The new Coach Sales Contest is almost done as well. Jeremy should be able to share that one with you guys next week! The next MME is April 19-21 in Orlando at a Disney Resort. Registration for that event will also open soon so you can start leaking that to your Members! VIP sells out fast. *

[1/20/17, 6:45:38 PM] r.jaten: Boom!
ThanksMary!! Great news!
[1/20/17, 6:45:59 PM] rashard03: 🙏🙏🙏🙏🙏🙏
[1/20/17, 6:46:42 PM] jedidiah redd: (party) (cash) (cash)
[1/20/17, 6:50:00 PM] Elliot Walter: ███████████  Rise Full Pay Sponsor: ███████
████████
[1/20/17, 6:50:03 PM] Armando Rendon: Thanks for the Update
[1/20/17, 6:50:07 PM] Armando Rendon: Congrats on the sale Elliot
[1/20/17, 6:56:44 PM] Randy Bevins Business Coach: Elliot (highfive)
[1/20/17, 6:56:50 PM] Patrick: Thanks Mary
[1/20/17, 6:58:10 PM] Randy Bevins Business Coach: RISE BASE Full Pay (cash)
████████████   Referring Sponsor ██████████████
[1/20/17, 6:58:24 PM] Armando Rendon: Congrats Randy
[1/20/17, 6:59:03 PM] Patrick: (y)  Randy
[1/20/17, 7:00:46 PM] Elliot Walter: Randy nice (penguin)
[1/20/17, 7:11:41 PM] Patrick: RISE ×4 pay█████████████
SPONSOR : ██████████████
[1/20/17, 7:12:50 PM] Scott "7 Figure Surfer" Smith: (penguin)
[1/20/17, 7:13:07 PM] Patrick: Thanks Scott
[1/20/17, 7:20:10 PM] jedidiah redd: congrats Patrick!!,  Randy!!
[1/20/17, 7:22:33 PM] Chris Ogle: Congratulations on the sales
[1/20/17, 7:24:33 PM] Patrick: Thnxs all
[1/20/17, 7:31:05 PM] Clinton Douglas IV: congrats!
[1/20/17, 7:36:12 PM] Patrick: Thnx Clinton
[1/20/17, 7:39:35 PM] xicadovale: Congrats on the sales everyone! (y)
Awesome news Mary! :)
[1/20/17, 7:43:37 PM] Nick Policelli | Online Success Coach: Great update Mary Dee, got many members ready to Rise! :)
[1/20/17, 7:58:54 PM] Tom Farrell: Congrats on ALL the sales and thanks for the GREAT update from Mary Dee!!!
[1/20/17, 8:07:40 PM] Patrick: Thanks everyone
[1/20/17, 8:14:21 PM] Cathy Flynn: Cathy Flynn has ejected amy.kauth from this conversation

[9/13/16, 9:51:02 PM] Armando Rendon: that say merchant of this product have issue
[9/13/16, 9:51:05 PM] Armando Rendon: over and over again.
[9/13/16, 10:10:13 PM] Kate McCarthy: Could I please check on RISE payment for ███████████ ███████████
PA is following
[9/13/16, 10:10:35 PM] Rico Morbos: Checking
[9/13/16, 10:11:41 PM] Rico Morbos: $2057 payment Received
[9/13/16, 10:11:45 PM] Kate McCarthy: thx
[9/13/16, 10:12:09 PM] Kate McCarthy: Has PA come through, just confirmed it.
[9/13/16, 10:12:30 PM] Rico Morbos: PA received (y)
[9/13/16, 10:14:04 PM] Kate McCarthy: :) ta
[9/13/16, 10:18:17 PM] Nimi: Can someone help me with link for rise
Full payment
[9/13/16, 10:18:31 PM] Nimi: I am outside now
[9/13/16, 10:18:41 PM] Rico Morbos: hold on please
[9/13/16, 10:18:58 PM] Nimi: Ok Rico
[9/13/16, 10:19:08 PM] Rico Morbos:
https://my.digitalaltitude.co/payment.php?product_name=RISE&amount=2057
[9/13/16, 10:19:10 PM] Rico Morbos: (y)
[9/13/16, 10:19:56 PM] Samith Pich: Is Paypal down?
[9/13/16, 10:21:05 PM] Morgan Johnson: Not that I'm aware of I've seen payments come through within the last few minutes
[9/13/16, 10:22:20 PM] Samith Pich: ok
[9/13/16, 11:56:15 PM] Drew Innes: @Support - can you check that ███████████ month subscription is going through. She messaged me saying her Amex wasn't accepted so upgraded her card details however is unsure if everything is okay
[9/13/16, 11:56:50 PM] Rhea Ramirez: checking coach
[9/13/16, 11:57:39 PM] Rhea Ramirez: pm you coach
[9/14/16, 12:02:26 AM] Drew Innes: Thanks
[9/14/16, 1:20:51 AM] Jacki Radcliffe- Online Business Success Coach: Can someone check on a payment from ███████ ?
[9/14/16, 1:20:59 AM] Jacki Radcliffe- Online Business Success Coach: Rise
[9/14/16, 1:21:21 AM] Rico Morbos: Checking
[9/14/16, 1:21:54 AM] Rico Morbos: No payment received
[9/14/16, 9:11:47 AM] Tanya Patxot: Will this effect us using paypal?
Reminder - To avoid service interruptions, please ensure that your systems are upgraded and compatible as testing will occur between now and September 30, 2016.

At PayPal, data security and safety are our top priorities, and as a result we're implementing a series of security upgrades throughout 2016 and 2017.

To comply with industry standards, we're moving the SSL certificates on our endpoints to stronger encryption known as SHA-256 starting after September 30, 2016. Compatibility with SHA-256 will help strengthen your protection and ensure

EX 38
1217

It may take a few goes but they will eventually get the PayPal merchant that is working
[9/17/16, 6:13:38 PM] Cath D.: if that does not work
[9/17/16, 6:14:05 PM] Cath D.: they can send in a manual form https://goo.gl/KieS1x
[9/17/16, 6:14:16 PM] Cath D.: and we'll process the payment manually
[9/17/16, 6:19:20 PM] Majesty Amazona: (y)
[9/17/16, 6:28:12 PM] Majesty Amazona: ███████████ $2057 RISE APPROVED!
[9/17/16, 6:32:14 PM] chrisperalta707: I'm chatting with them now
[9/17/16, 6:42:47 PM] chrisperalta707: HI Majesty, I pm you
[9/17/16, 6:45:42 PM] Majesty Amazona: ███████████████ $800 RISE APPROVED!
[9/17/16, 8:22:51 PM] Scott Hess: Who is on support please?
[9/17/16, 8:23:50 PM] Majesty Amazona: PM me
[9/17/16, 8:23:57 PM] Scott Hess: Thanks Maj.
[9/17/16, 9:24:24 PM] Raphael Farnese: Can you check for a PA and full pay from ████████████
[9/17/16, 9:24:42 PM] ☐ Zee Adam ☐: Struggling to take a payment who can help?
[9/17/16, 9:24:51 PM] Majesty Amazona: PM me
[9/17/16, 9:24:53 PM] Majesty Amazona: Thanks
[9/17/16, 9:25:56 PM] Cath D.: ██████████████ RISE $2057 received/PA received @Raphael
[9/17/16, 9:35:53 PM] Drew Innes: @Support - ███████████████ just completed a manual Ascend payment with 5 x cards - can someone find and process please (its my own sale)
[9/17/16, 9:41:19 PM] Majesty Amazona: Hi Drew I will check and See if we can process that. Thanks
[9/17/16, 9:55:27 PM] Drew Innes: Thanks mate - ██████████████ has also completed a 1 x pay Ascend CC application - can that be processed also
[9/17/16, 9:56:01 PM] Majesty Amazona: Sure added on my list
[9/17/16, 9:57:42 PM] Drew Innes: Okay cool - thanks!
[9/17/16, 10:17:22 PM] Patrick Paulsen: Maj - please see my pm
[9/17/16, 10:17:35 PM] Patrick Paulsen: Thanks bro
[9/17/16, 10:17:46 PM] Majesty Amazona: Yes I saw that
[9/17/16, 10:17:50 PM] Majesty Amazona: :D
[9/17/16, 10:53:06 PM] Cath D.: @here Alan has already removed the problematic paypal address from the rotator, the RISE pay link should work now :)
[9/17/16, 10:53:43 PM] Majesty Amazona: Thank you Cath
[9/17/16, 10:54:10 PM] Majesty Amazona: Also Alan fixed the My Earnings tab and you can now see all your earnings from DAY 1, Thanks
[9/17/16, 10:54:21 PM] Cath D.: (celebrate)
[9/17/16, 11:34:50 PM] Armando Rendon: Thanks for the amazing support Alan
[9/17/16, 11:35:51 PM] Patrick Paulsen: Maj - please see my pm
[9/18/16, 12:35:20 AM] Majesty Amazona: Yes
[9/18/16, 12:56:17 AM] Majesty Amazona: ██████████████ $3000 ASCEND APPROVED!

EX 38
1218

TRAFFIC APPROVED!

[9/20/16, 9:33:02 PM] Majesty Amazona: Shade PM you

[9/20/16, 9:33:08 PM] Majesty Amazona: They can register for the event here: https://www.eventbrite.com/e/marketing-mastery-event-tickets-27079331008
And they can book their hotel here :
https://aws.passkey.com/event/15932302/owner/57983/home?mobile=true&dw
=360
https://aspir.link/mme-info

[9/20/16, 9:33:30 PM] Ron Keenan: Thanks Maj

[9/20/16, 9:36:41 PM] Majesty Amazona: ███████████ $288 ADDITIONAL Pyment RISE APPROVED!

[9/20/16, 9:46:16 PM] Majesty Amazona: ███████████ $2000 ASCEND APPROVED!

[9/20/16, 10:12:06 PM] Neil Crisp: could someone please confirm rise purchase for ████████

[9/20/16, 10:12:34 PM] Rico Morbos: Checking

[9/20/16, 10:13:17 PM] Rico Morbos: what the email Neil ?

[9/20/16, 10:13:24 PM] Neil Crisp: checking

[9/20/16, 10:17:19 PM] Rico Morbos: No payment received

[9/20/16, 10:28:15 PM] Neil Crisp: please confirm ████████

[9/20/16, 10:29:14 PM] Cath D.: ████████ RISE $788 received

[9/20/16, 10:29:39 PM] Cath D.: PA received as well

[9/20/16, 10:32:26 PM] Majesty Amazona: ███████████ $1,836.91 ASCEND APPROVED!

[9/20/16, 11:16:05 PM] Larry Crisp: Is there a payment showing for ████████ ? he is in NDE

[9/20/16, 11:28:13 PM] Jeremy Miner Miner: Jeremy Miner Miner added live:millionairementorkevin to this conversation

[9/20/16, 11:28:33 PM] Larry Crisp: ???

[9/20/16, 11:28:57 PM] Cath D.: No payment received for ████████████ - ███████████

[9/20/16, 11:29:16 PM] Larry Crisp: He is getting an error page everytime he submits it

[9/20/16, 11:29:45 PM] Cath D.: I thought Alan have already fixed the problematic paypal account

[9/20/16, 11:30:29 PM] Cath D.: Please have him logged out of his account, log back in then click on the link or copy paste it instead

[9/20/16, 11:30:51 PM] Cath D.: he would need to be logged in to ASPIRE to avoid the error, if the issue persists, please let me know what the error message is so I can pass it on to Alan

[9/20/16, 11:32:16 PM] Armando Rendon: I had this issue in the morning

[9/20/16, 11:32:22 PM] Armando Rendon: Im trying manual payment

[9/20/16, 11:32:36 PM] Armando Rendon: we should have this sorted it out is not good for any of us

[9/20/16, 11:33:17 PM] Larry Crisp: Yeah...I just have him filling out a manual form now

[9/30/16, 11:41:21 PM] A. Brent Parker: I'm reaching out to support. The guy said Patrick is not his coach.

[9/30/16, 11:42:17 PM] Cathy Flynn: Brent, see PM.

[10/1/16, 2:15:48 AM] Sumanjain Sm: Can I get a help from support?

[10/1/16, 2:17:16 AM] Sumanjain Sm: Some wants to buy rise he has money in his card but due to some reason his card is getting declined but he said his bank has approved it... so can someone help me with this?

[10/1/16, 4:03:51 AM] joel straight: In the past, I've had this issue. I resolved it by having the client process the transaction while on the phone with his bank.

[10/1/16, 8:56:28 AM] charitygodfrey: Was check received for █████████ - he sent two of them. One was signed for and arrived on Tuesday and 1 yesterday can someone confirm please.

[10/1/16, 9:00:12 AM] roma cangco: ok

[10/1/16, 12:03:33 PM] Justin: how do i create a rise order form for $1300 for a client to order rise?

[10/1/16, 12:04:06 PM] roma cangco: Pmed u coach

[10/1/16, 12:07:07 PM] Sumanjain Sm: Some wants to buy rise he has money in his card but due to some reason his card is getting declined but he said his bank has approved it... so can someone help me with this?

[10/1/16, 12:08:05 PM] roma cangco: pmed you coach

[10/1/16, 12:09:23 PM] Sumanjain Sm: Thank you Roma

[10/1/16, 12:38:05 PM] Ash Ali-7 Figure Coach: need help with a Paypal payment please

[10/1/16, 12:38:32 PM] Grant McDonell: Ash...rock on S2! (punch)

[10/1/16, 12:38:41 PM] Ana B: pm u coach ash

[10/1/16, 12:38:42 PM] Ash Ali-7 Figure Coach: thx Grant

[10/1/16, 2:42:43 PM] Bobby Leon: When will we get paid our commissions? Seems ot be late, please advise...

[10/1/16, 2:44:12 PM] Patrick Paulsen: Hi Bobby -

From what I understand everything has been submitted - now it's up to your bank and how quickly they process it.

Morgan is the payroll contact for further information

[10/1/16, 2:44:28 PM] Bobby Leon: ok excellent. Thank you!

[10/1/16, 2:45:41 PM] Sumanjain Sm: But why haven't we get information on email? About our Payout?

[10/1/16, 3:00:32 PM] Jacki Radcliffe- Online Business Success Coach: Who from support is available?

[10/1/16, 3:01:12 PM] Rhea Ramirez: yes coach

[10/1/16, 3:01:33 PM] Rhea Ramirez: pmed you @jacki

[10/1/16, 6:07:10 PM] Issa AlDugum: support please Pm me.

[10/1/16, 6:15:32 PM] Rhea Ramirez: @Issa pmed you

[10/1/16, 6:42:24 PM] Gregory Roland - Aspire Business Coach: Can someone check a paypal invoice payment for █████████████████ ?

[10/1/16, 6:42:43 PM] Catherine S (sunshiney): ok

wrote:

> ████████ - payment approved $1997 RISE

[10/4/16, 7:18:20 PM] michael77alexander: Do we have an agreement on file for ████████████████ ?

[10/4/16, 7:18:31 PM] Majesty Amazona: checking

[10/4/16, 7:18:52 PM] Majesty Amazona: Pa is on file for ████████████

[10/4/16, 7:20:20 PM] michael77alexander: ok, thanks

[10/4/16, 7:20:56 PM] live:dubhawkins3: Thanks Rhea!

[10/4/16, 7:42:06 PM] diditaldestiny: Hi, Could I please get a PA confirmation for ████████████████        Thanks!

[10/4/16, 7:43:07 PM] Rico Morbos: checking

[10/4/16, 7:44:02 PM] Clinton Douglas IV: Clinton Douglas IV added gviegas25 to this conversation

[10/4/16, 7:44:14 PM] Rico Morbos: PA received (y) for ████████████

[10/4/16, 7:44:45 PM] diditaldestiny: Thanks!!

[10/4/16, 7:44:53 PM] Rico Morbos: Welcome

[10/4/16, 9:46:50 PM] Shauna Congelliere: Hi Support - could you cancel ████████████████████ - he is under age and will return in a few years ;)

[10/4/16, 9:47:10 PM] Rico Morbos: Okay Shauna

[10/4/16, 9:48:14 PM] Shauna Congelliere: Thx Rico!

[10/4/16, 9:49:37 PM] Rico Morbos: Done (y)

[10/4/16, 10:00:26 PM] George Briere  - Coaching You To Greatness!: Customer support on?

[10/4/16, 10:01:25 PM] George Briere  - Coaching You To Greatness!: I need to send a member a paypal invoice?

[10/4/16, 10:39:51 PM] Ron Keenan: Support please?

[10/4/16, 10:40:08 PM] Rico Morbos: im on Ron

[10/4/16, 11:07:15 PM] Rhea Ramirez: On 10/4/16, at 11:06 PM, Rhea Ramirez wrote:

> ████████████ - payment received $1750 RISE, please send PA

[10/5/16, 10:27:53 AM] roma cangco: Wires info updated: https://docs.google.com/spreadsheets/d/1btDPKE5f7bcx1g_JFLvellYmeCLY8dESM4buWulAEO8/edit?ts=57ee788c#gid=1746072060

[10/5/16, 10:27:56 AM] roma cangco: Thanks

[10/5/16, 10:34:02 AM] pierreandlaura: (y)  Thanks, Roma!

[10/5/16, 10:37:16 AM] roma cangco: yw

[10/5/16, 11:01:38 AM] Tanya Patxot: Can someone direct me to Morgan in for coaches commissions payouts. I sent an email and it is bouncing back

[10/5/16, 11:03:48 AM] roma cangco: Pmed You

[10/5/16, 11:50:45 AM] Sumanjain Sm: Can anyone check josecruz963jc@gmail.com . He made Rise PayPal full 4 days back and he said he spoke to his bank and his money is debited to his account.... so can you please check about it?

[10/5/16, 11:52:45 AM] Catherine S (sunshiney): I will check

[10/5/16, 11:53:04 AM] Sumanjain Sm: Thank you Catherine

[10/5/16, 12:39:22 PM] Clinton Douglas IV: support please

[10/18/16, 10:19:49 AM] roma cangco: WIRES UPDATED - October 18, 2016 (No Update Yet)

https://docs.google.com/spreadsheets/d/1btDPKE5f7bcx1g_JFLvellYmeCLY8dESM 4buWulAEO8/edit?ts=57ee788c#gid=1746072060

[10/18/16, 11:01:04 AM] Paul Della Penna: Can you confirm a 3x Rise payment for $788 ██████████ email - █████████████████████

[10/18/16, 11:01:21 AM] roma cangco: ok

[10/18/16, 11:21:44 AM] Justin: what link can be sure for a client to pay $1400 on one card?

[10/18/16, 11:22:03 AM] roma cangco: pm coach

[10/18/16, 11:22:38 AM] Monty Elsabbagh: Can you check payment for ████ ████████

[10/18/16, 11:22:48 AM] roma cangco: ok

[10/18/16, 11:22:48 AM] Monty Elsabbagh: █████████████████████

[10/18/16, 1:15:53 PM] Ash Ali-7 Figure Coach: can support help with a payment issue?

[10/18/16, 1:16:20 PM] roma cangco: ok

[10/18/16, 2:11:26 PM] Nick Reedy: Support Available for pm?

[10/18/16, 2:14:24 PM] Catherine S (sunshiney): yes

[10/18/16, 2:57:00 PM] Tony Bianco: do we have a payza account?

[10/18/16, 3:00:19 PM] roma cangco: I think no

[10/18/16, 3:00:50 PM] Tony Bianco: Can you check to see if we can accept payza payments?

[10/18/16, 3:01:16 PM] roma cangco: yeah double checking with morgan will let you know

[10/18/16, 3:07:05 PM] Tony Bianco: Thank you.

[10/18/16, 4:00:28 PM] Ash Ali-7 Figure Coach: can someone help to verify a payment

[10/18/16, 4:01:00 PM] roma cangco: ok

[10/18/16, 6:43:11 PM] Nimi: can support pm me please

[10/18/16, 6:43:20 PM] Nimi: anyone on line

[10/18/16, 6:43:28 PM] roma cangco: yep

[10/18/16, 6:43:41 PM] Nimi: Happy Birthday Rico.. (^)

[10/18/16, 6:50:58 PM] joe.kennedy188: Rico HB!

[10/18/16, 6:52:03 PM] Rico Morbos: Thank you Nimi and Joe

[10/18/16, 7:10:24 PM] xicadovale: can someone help to verify a payment

[10/18/16, 7:10:51 PM] xicadovale: please?

[10/18/16, 7:11:44 PM] Rico Morbos: Hello Francisca :)

[10/18/16, 7:12:01 PM] xicadovale: Hi ██████████████████

[10/18/16, 7:12:32 PM] xicadovale: Xavier Vaglio

[10/18/16, 7:12:52 PM] Rico Morbos: $618 payment received (y)

[10/18/16, 7:13:12 PM] xicadovale: yes!!!! Thanks Rico

[10/18/16, 7:14:06 PM] Rico Morbos: Welcome :)

[10/18/16, 7:41:44 PM] Aiza: if someone says that they did the bank transfer today

[11/12/16, 2:23:30 PM] Paul Della Penna: Ok he said its out of his bank
[11/12/16, 2:24:08 PM] Paul Della Penna: may take a few minutes. Can I get a
confirmation for the PA
[11/12/16, 2:24:19 PM] Ana B: checking
[11/12/16, 2:25:15 PM] Ana B: PA received
[11/12/16, 2:26:36 PM] Paul Della Penna: I am having him call his bank cause the
bank took the $618 out so it was paid
[11/12/16, 2:32:38 PM] Paul Della Penna: Hey Ana he called his bank and said it
was sent to you but it has not been received from you guys
[11/12/16, 2:32:40 PM] Ana B: let me check again
[11/12/16, 2:49:57 PM] Patrick Paulsen: @support - can you please confirm
payment and pa for a ███████████ ?
[11/12/16, 2:50:35 PM] Catherine S (sunshiney): ok
[11/12/16, 3:25:13 PM] James  Jordan Jr.: support
[11/12/16, 3:25:40 PM] Paul Della Penna: Ana check my PM please?
[11/12/16, 4:26:37 PM] Nick Reedy: I have someone that clicks on the link to
purchase Rise and it says "Monthly transactions limit reached. Access Denied!!!"
[11/12/16, 4:26:52 PM] Nick Reedy: can someone help me please?
[11/12/16, 4:27:41 PM] Imran Afzal: Coach Nick Pm you
[11/12/16, 4:27:51 PM] Nick Reedy: thank you
[11/12/16, 4:40:43 PM] Paul Della Penna: Checking in for  a confirmation for 4X pay
Rise for ███████████ it's been 2 hrs since he paid email - ██████████████████
[11/12/16, 4:41:05 PM] Imran Afzal: Checking coach Paul
[11/12/16, 4:41:39 PM] Paul Della Penna: Thanks was talking to Ana but I don't
know if she is still available
[11/12/16, 5:23:02 PM] Ty Coughlin: Anyone around to help with an Apex
payment?
[11/12/16, 5:33:47 PM] Rhea Ramirez: @Ty pmed you
[11/12/16, 5:37:25 PM] Scott Hess: Support, I tried to use Netcents to process
$1000 but it is saying monthly maximum has been reached. What link can I use in
place of it,? Am I relegated to the manual form?
[11/12/16, 5:41:41 PM] Scott Hess: @Miss Cathy, I saw you started to type and then
VOILA! Houdini like disappearance, what say you, oh wise one?
[11/12/16, 5:42:29 PM] Cathy Flynn: @Scott, I don't have access to the merchant
accounts, but I sent a message to Morgan.
[11/12/16, 5:43:00 PM] Scott Hess: Thanks, is someone online today who can run
the manual transaction "additional payment form", might you know?
[11/12/16, 6:16:55 PM] Rhea Ramirez: On 11/12/16, at 6:16 PM, Rhea Ramirez
wrote:
> ███████████████████ approved payment $1000 RISE
[11/12/16, 6:25:45 PM] Gregory Roland - Aspire Business Coach: Support pm
please
[11/12/16, 6:26:30 PM] Catherine S (sunshiney): yes
[11/12/16, 6:27:26 PM] Jacki Radcliffe- Online Business Success Coach: Why would
someone's marketing section be locked? Is it because they haven't paid their affiliate
fee?

bank with DA wire info
[11/16/16, 11:44:03 AM] roma cangco: WIRES UPDATED - November 16, 2016
(Updated)

https://docs.google.com/spreadsheets/d/1btDPKE5f7bcx1g_JFLvellYmeCLY8dESM
4buWulAEO8/edit?ts=57ee788c#gid=1746072060
[11/16/16, 12:31:19 PM] michael77alexander: need confirmation on a 4 pay rise
[11/16/16, 12:31:29 PM] Catherine S (sunshiney): ok
[11/16/16, 12:47:03 PM] Clinton Douglas IV: Support please cancel
██████████████
[11/16/16, 12:47:07 PM] Catherine S (sunshiney): yes
[11/16/16, 12:47:58 PM] Clinton Douglas IV: thanks
[11/16/16, 1:10:54 PM] live:knielsen_48: support
[11/16/16, 1:11:04 PM] roma cangco: yep
[11/16/16, 1:25:05 PM] live:knielsen_48: support
[11/16/16, 1:25:21 PM] Catherine S (sunshiney): yes
[11/16/16, 2:14:00 PM] stephenpdoria: support please
[11/16/16, 2:18:55 PM] Ana B: yes coach
[11/16/16, 2:58:51 PM] Ron Keenan: SUPPORT please?
[11/16/16, 2:59:35 PM] Catherine S (sunshiney): yes
[11/16/16, 3:36:53 PM] roma cangco: This message has been removed.
[11/16/16, 3:36:56 PM] roma cangco: This message has been removed.
[11/16/16, 3:44:29 PM] Gorata Masuga Business Coach: support please?
[11/16/16, 3:44:58 PM] roma cangco: yep
[11/16/16, 3:45:08 PM] Shade Fenn: Im sorry support? Whats the customer service
# one more time? I will save to computer this time I lost it before on my phone
[11/16/16, 3:45:32 PM] Michelle Mee-shel: 1-(800) 820-7589
[11/16/16, 3:45:32 PM] Imran Afzal: coach Shade here it is 1-800-820-7589
[11/16/16, 4:01:48 PM] Nick Policelli | Online Success Coach: Can I get a manual
Rise processed for ██████████████ ?
[11/16/16, 4:33:23 PM] Shade Fenn: @Imran thanks again!
[11/16/16, 4:33:35 PM] Shade Fenn: Michelle Palasan thanks to you too!
[11/16/16, 4:48:36 PM] Nick Policelli | Online Success Coach: I didn't realize that
oaktreefinancing.com and prosper were U.S only... Can anyone recommend a good
financing company in Canada???
[11/16/16, 5:01:28 PM] Nick Policelli | Online Success Coach: Someone available to
process a $1500 payment for Rise for ██████████ ?
[11/16/16, 7:41:04 PM] Cathy Flynn: Cathy Flynn added xurli-sg-closer1 to this
conversation
[11/16/16, 8:30:23 PM] Nick Policelli | Online Success Coach: Need some help with
a manual payment for ██████████ . I was told Morgan has to approve it, can anyone
else assist with this???
[11/16/16, 8:31:38 PM] Majesty Amazona: PM you
[11/16/16, 9:00:47 PM] live:knielsen_48: support
[11/16/16, 9:00:55 PM] Majesty Amazona: PM you
[11/16/16, 9:19:33 PM] Armando Rendon: Is there anyway customer can do direct

EX 38
1224

Ascend wire transfer payment? She send it in last week Friday.
[12/27/16, 12:16:50 PM] roma cangco: pmed u
[12/27/16, 12:17:00 PM] live:wainit72: Ok thanks
[12/27/16, 12:22:02 PM] live:wainit72: When?
[12/27/16, 12:22:30 PM] Robert Madrid: Now. lol
[12/27/16, 12:22:40 PM] roma cangco: On 12/27/16, at 12:17 PM, roma cangco wrote:
> I'm not showing any yet
[12/27/16, 12:22:56 PM] live:wainit72: Ok I'll let her know
[12/27/16, 12:23:07 PM] roma cangco: On 12/27/16, at 12:17 PM, roma cangco wrote:
> aend me the invoice from the bank pls
[12/27/16, 12:23:10 PM] roma cangco: ty
[12/27/16, 12:46:53 PM] Robert Madrid: ^^^ she's so bossy isn't she? LMAO
[12/27/16, 12:59:38 PM] roma cangco: ADDITIONAL
WIRES UPDATED - December 27, 2016 (Updated)

https://docs.google.com/spreadsheets/d/1btDPKE5f7bcx1g_JFLvellYmeCLY8dESM4buWulAEO8/edit?ts=57ee788c#gid=1746072060
[12/27/16, 1:06:12 PM] Beau Ryan Central US Time Zone: Ascend

███████████████

Ascend and Peak

████████████

Ascend and Peak

███████████
[12/27/16, 1:12:17 PM] roma cangco: ty
[12/27/16, 1:31:13 PM] live:dubhawkins3: So are any of the original links working now? or is it all still Payza?
[12/27/16, 1:37:39 PM] jedidiah redd: On 12/23/16, at 4:45 PM, Morgan Johnson wrote:
> UPDATE* You can now use the regular pay links to process payments and don't have to go through Payza
[12/27/16, 1:45:08 PM] Armando Rendon: Thanks beua Ryan for ███████
[12/27/16, 1:54:18 PM] live:dubhawkins3: Thanks Jedd, So that quote was from Friday and everyone in the Utah office has a bunch of  deals waiting to go through. Has anyone used the regular links this week and had it work?
[12/27/16, 1:54:40 PM] George Briere  - Coaching You To Greatness!: yes links work
[12/27/16, 1:55:04 PM] live:dubhawkins3: cool, thanks George!
[12/27/16, 1:55:09 PM] Armando Rendon: Links been working for days
[12/27/16, 1:55:18 PM] Armando Rendon: Since Saturday
[12/27/16, 1:55:34 PM] jedidiah redd: just spoke to rene he used them today
[12/27/16, 1:59:15 PM] Nick Masina: Support pm me please
[12/27/16, 2:00:22 PM] roma cangco: ok

EX 38
1225

[1/6/17, 1:22:47 PM] roma cangco: ok
[1/6/17, 1:23:06 PM] roma cangco: https://goo.gl/iSAIYT
[1/6/17, 1:23:38 PM] Shade Fenn: Thank you Roma!!
[1/6/17, 1:23:48 PM] roma cangco: yw
[1/6/17, 1:24:02 PM] Ty Coughlin: Ty
[1/6/17, 4:54:27 PM] Nick Policelli | Online Success Coach: Can I get a payment verified for ███████? Sent via direct deposit payment
[1/6/17, 4:56:16 PM] Nick Policelli | Online Success Coach: Sorry meant, it was a wire transfer... email is... ███████████████
[1/6/17, 4:59:01 PM] Catherine S (sunshiney): see PM
[1/6/17, 6:33:47 PM] Shade Fenn: Can we reactive ███████████████ please
[1/6/17, 6:33:57 PM] Majesty Amazona: sure
[1/6/17, 6:34:43 PM] Shade Fenn: Thanks Majesty :) ▢
[1/6/17, 6:34:46 PM] Majesty Amazona: Done and reactivated :)
[1/6/17, 7:48:34 PM] live:knielsen_48: support?
[1/6/17, 7:48:42 PM] Majesty Amazona: Pm you
[1/6/17, 8:41:38 PM] live:wainit72: Support please
[1/6/17, 8:41:44 PM] live:wainit72: Pm me please
[1/6/17, 8:45:45 PM] Majesty Amazona: pm you
[1/6/17, 9:06:52 PM] jedidiah redd: This message has been removed.
[1/6/17, 11:56:08 PM] Michael Force: Hi guys, thanks for being patient. Just when we have it handled, we get bit again. The good news is that we already had our MID manager on board and strategically have been cracking away. If we had been about 2 weeks ahead of ourselves there would have been no hiccups. But as it goes...it is what it is . Quick update- 2 merchants are up and running so rebills are back on track and you'll start to see those come to life again (and should already be seeing them). One merchant is handling all the rebills, the other is taking any new RISE orders. We have 3 more right behind those also getting onboarded for the bigger ticket and trial offers and we get those logins on Monday. 5 more accounts coming in after those as well and we'll keep adding, load balancing, etc.
[1/6/17, 11:56:14 PM] Michael Force: IMG_3317.JPG
[1/7/17, 9:12:27 AM] Randy Bevins Business Coach: (highfive)
[1/7/17, 9:33:39 AM] Justin: is this the link for current rise orders https://my.aspiresystem.co/order.php?product=ris
[1/7/17, 9:34:24 AM] Catherine S (sunshiney): Yes
[1/7/17, 9:34:33 AM] Justin: :)
[1/7/17, 9:34:34 AM] Justin: thanks
[1/7/17, 9:34:59 AM] Catherine S (sunshiney): Yw
[1/7/17, 9:38:08 AM] Justin: Client gets this message when using that link... what might I do?
On 1/7/17, at 9:36 AM, Nate Graham wrote:
> We regret that your order could not be accepted. We value your business and would like to help you complete this order. Please contact us for assistance.
The same message.
[1/7/17, 11:18:35 AM] *- Nate Rio -*: support please on a pmt issue

EX 38
1226

do a 3pay via payza and it's saying that he needs to increase his spending limit???
How do I help this member through this challenge???
[1/17/17, 11:31:23 AM] Catherine S (sunshiney): is his account totally verified?
[1/17/17, 11:32:00 AM] Nick Policelli | Online Success Coach: I'm not sure about
that?
[1/17/17, 11:32:24 AM] Nick Policelli | Online Success Coach: Is there a one page
.pdf we can create and send to our members to help with the process of paying
through Payza??
[1/17/17, 12:22:13 PM] Armando Rendon: Any news on direct deposit?
[1/17/17, 12:23:44 PM] roma cangco: working with ryan -- hold on pls
[1/17/17, 12:36:46 PM] roma cangco: WIRES UPDATED - January 17, 2017
(Updated)

https://docs.google.com/spreadsheets/d/1btDPKE5f7bcx1g_JFLvellYmeCLY8dESM
4buWulAEO8/edit?ts=57ee788c#gid=1746072060
[1/17/17, 12:37:04 PM] Nick Masina: Support pm me please
[1/17/17, 12:37:23 PM] Ana B: ok
[1/17/17, 12:50:02 PM] Robert Madrid: Support
[1/17/17, 12:50:09 PM] Catherine S (sunshiney): yes
[1/17/17, 1:33:18 PM] live:knielsen_48: support?
[1/17/17, 1:33:31 PM] Ana B: yes coach
[1/17/17, 2:15:30 PM] live:dj.kelsall93: Support pm me please
[1/17/17, 2:15:40 PM] Catherine S (sunshiney): yes
[1/17/17, 2:59:12 PM] George Briere  - Coaching You To Greatness!: support please
pm me
[1/17/17, 3:00:16 PM] Imran Afzal: ok
[1/17/17, 3:18:51 PM] live:knielsen_48: support?
[1/17/17, 3:19:02 PM] roma cangco: yep
[1/17/17, 3:47:13 PM] Ash Ali-7 Figure Coach: support please
[1/17/17, 3:47:45 PM] Ana B: yes caoch
[1/17/17, 4:07:33 PM] Mary Dee: Update: We are and have literally been
onboarding new accounts since yesterday. We'll have 6 new accounts up and
running very soon. Alan has to create the links, connect it all, make sure everything
is triggering and then we'll get these over to you guys so we can all start rolling
around in some cash again
[1/17/17, 4:08:17 PM] jedidiah redd: Thanks Mary (party)
[1/17/17, 4:12:00 PM] joe.kennedy188: Thx Marry
[1/17/17, 4:24:51 PM] Cathy Flynn: Cathy Flynn added r.jaten to this conversation
[1/17/17, 4:45:05 PM] Paul Della Penna: What is the link for full rise payment now
[1/17/17, 4:45:45 PM] *- Nate Rio -*: here are the links:

https://my.aspiresystem.co/payment.php?product=ris&payza=1

https://my.aspiresystem.co/payment.php?product=ris2p&payza=1

https://my.aspiresystem.co/payment.php?product=ris3p&payza=1

EX 38
1227

© 2015 Universal

[1/19/17, 7:13:39 PM] Ron Keenan: Robert, did you think of that all on your own?

[1/19/17, 7:15:18 PM] Clinton Douglas IV: he used google Ron lol

[1/19/17, 7:34:30 PM] Ron Keenan: lol

[1/19/17, 7:36:04 PM] Robert Madrid: Ron, that whole virtual wallet thing was supposed to do that, as I understood it. But with all the issues we've been having, apparently that is no longer on the table?

[1/19/17, 9:12:29 PM] Clinton Douglas IV: Support please

[1/19/17, 9:13:03 PM] Clinton Douglas IV: Transfer Request - ███████████

[1/19/17, 9:13:20 PM] Clinton Douglas IV: S1 to s1

[1/19/17, 9:13:23 PM] Catherine S (sunshiney): ok

[1/19/17, 9:13:30 PM] Catherine S (sunshiney): transfer to whom?

[1/20/17, 10:50:30 AM] roma cangco: WIRES UPDATED - January 20, 2017 (Updated)

https://docs.google.com/spreadsheets/d/1btDPKE5f7bcx1g_JFLvellYmeCLY8dESM4buWulAEO8/edit?ts=57ee788c#gid=1746072060

[1/20/17, 11:31:09 AM] Armando Rendon: Been trying to do a FULL rise purchase from one guy in panama beside pays and wire we can do something we try to do wire but no funds only can use his card

[1/20/17, 11:46:47 AM] Justin: I see I had a wire come in...  do i need to put my name next to it or what needs to be done?  as I can not edit the document?

[1/20/17, 11:47:06 AM] roma cangco: pm u

[1/20/17, 1:09:50 PM] Nick Masina: support Pm please

[1/20/17, 1:11:49 PM] roma cangco: ok

[1/20/17, 4:23:54 PM] jedidiah redd: Support please

[1/20/17, 4:24:11 PM] roma cangco: yep

[1/20/17, 8:18:54 PM] Scott Hess: I've a customer who needs assistance with Skype please...

[1/20/17, 8:58:23 PM] Cathy Flynn: @Scott Hess  Hamda can do that for you.

[1/20/17, 8:59:15 PM] Cathy Flynn: Cathy Flynn added themattb to this conversation

[1/20/17, 11:06:01 PM] Scott "7 Figure Surfer" Smith: support please?

[1/20/17, 11:06:18 PM] Majesty Amazona: Pm you

[1/21/17, 1:24:41 AM] *- Nate Rio -*: is this the current RISE link then? https://my.aspiresystem.co/order.php?product=ris

[1/21/17, 1:24:50 AM] Majesty Amazona: Yes

[1/21/17, 1:24:58 AM] *- Nate Rio -*: i'ts redirecting to someplace strange with weird product names

[1/21/17, 1:25:25 AM] *- Nate Rio -*: "Level 1 Dream?" is that correct?

[1/21/17, 1:25:31 AM] *- Nate Rio -*: http://www.traininggrades.com/product-page/df19c1f7-07d8-a265-42f8-e8dfa824cc6e

[1/21/17, 1:25:33 AM] Majesty Amazona: Yes that's it

[1/21/17, 1:25:47 AM] Majesty Amazona: that's the new merchant, Let me know once done and I will apply the payments once processed

[1/21/17, 1:26:01 AM] *- Nate Rio -*: nothing right now - just testing the link

EX 38
1228

[2/13/17, 1:02:43 PM] Majesty Amazona: Hi Guys, the current work around we have for Full Pays is to process $2000 first for RISE and the rest later. It should be fixed anytime soon.

[2/13/17, 1:03:52 PM] Catherine S (sunshiney): so they need to do the manual form..or does the ad-hoc link work?

[2/13/17, 1:04:31 PM] Majesty Amazona: https://my.aspiresystem.co/order.php?product=ris&amount=2000 $2k aD hoc will work then Adjust the invoice for the rest of the amount. If you want to process in Full in one Straight Charge, send a manual form and process it on Allied

[2/13/17, 1:06:24 PM] Christy  Snape: Majesty I couldn't get 2k to work, kept getting that above message! 1k was as high as I could go but glad I know i can send you a manual form in the future

[2/13/17, 1:07:01 PM] Paul Della Penna: I have a lead on standby also to join Rise full pay

[2/13/17, 1:08:32 PM] Mary Dee: So team- the merchants are rotated and only one of them has a $1k limit. I believe Alan is adjusting it now to take that one out when we have a full pay. Something in his algorithm apparently wasn't firing right. Sorry about that. Should be fixed shortly.

[2/13/17, 1:08:54 PM] Majesty Amazona: (like) (whistle)

[2/13/17, 1:09:02 PM] Paul Della Penna: Ok let us know cause I have a guy waiting to join

[2/13/17, 1:09:49 PM] Christy  Snape: Awesome

[2/13/17, 1:11:52 PM] Christy  Snape: Mary can it also be taken out of the adhoc rotator as well please as I had trouble with full pay link and then I went to adhoc link and still could only process 1k there as well

[2/13/17, 1:37:22 PM] roma cangco: ███████ 625 Approved for RISE

[9/12/16, 3:26:51 PM] Aiza: Thanks
[9/12/16, 3:35:52 PM] tonybrenner1: What time is the training today?
[9/12/16, 3:36:46 PM] Jeremy Miner Miner: always 5 pm Eastern Tony!!!
[9/12/16, 3:37:28 PM] Jeremy Miner Miner: Hi there,

Digital Altitude is inviting you to a scheduled Zoom meeting.

Topic: s1 Coach Call
Time: this is a recurring meeting

Join from PC, Mac, Linux, iOS or Android:
https://zoom.us/j/868129312?pwd=YR16iI4%2BhRc%3D
    Password: 2057

Or iPhone one-tap (US Toll):  +14086380968,868129312# or
+16465588656,868129312#

Or Telephone:
    Dial: +1 408 638 0968 (US Toll) or +1 646 558 8656 (US Toll)
    Meeting ID: 868 129 312
    International numbers available:
https://zoom.us/zoomconference?m=hu7_g0rvHak6ZbWua43H0sEDscejOeFL
[9/12/16, 3:37:41 PM] Jeremy Miner Miner: 5 pm Eastern TEAM!!!
[9/12/16, 3:46:03 PM] Jeremy Miner Miner: TEAM:   We are getting feedback from
the affiliates that many of you are NOT doing a welcome call, but only sending out an
email as the welcome?!?!?!
[9/12/16, 3:57:36 PM] Rene Holz My Dot Com Business: Jeremy, out of business
time I  send an email and explain the workflow (I also check Skype and FB and send
request) ... but of course I contact them by phone within business time... my
approach, hope that makes sense
[9/12/16, 4:00:46 PM] Christy  Snape: I email them also when I can't contact them
that day, but the email is to book on my calendar. I don't open up steps for them... I
still do the welcome call but my notes will say email!
[9/12/16, 4:07:07 PM] Shauna Congelliere: My assistant sends my welcome email to
everyone as they join - then I call first business hour available.  Those most effected
may be joining on Friday night and being called Monday morning depending on
Saturday work hours.
[9/12/16, 4:08:40 PM] rashard03: Same as Christy the email is just to book on my
calender I definatly call them for a Welcome call!
[9/12/16, 4:34:24 PM] Jeremy Miner Miner: ok making sure that we are calling our
leads, not just emailing them ect
[9/12/16, 4:34:31 PM] Jeremy Miner Miner: thanks for the quick update
[9/12/16, 4:39:53 PM] A. Brent Parker: Pfft! Ain't nobody got time for no phone
calls Jeremy.
[9/12/16, 4:41:13 PM] George Briere  - Coaching You To Greatness!: All my leads get
phone calls, emails and texts....

EX 38
1230

[9/15/16, 10:19:40 AM] Patrick: Thanks lunaticbob
[9/15/16, 10:20:13 AM] Samith Pich: Welcome Pat
[9/15/16, 10:20:21 AM] Samith Pich: Who do I talk to about ticket sales?
[9/15/16, 11:24:30 AM] Bobby Leon: Who can I speak with regarding my S1 commissions not being aid to me yet in over 3 weeks?
[9/15/16, 11:24:47 AM] Bobby Leon: anyone form that department available?
[9/15/16, 11:26:30 AM] Cathy Flynn: Cathy Flynn added live:2a0361d1da522c5 to this conversation
[9/15/16, 11:35:15 AM] Gregory Roland - Aspire Business Coach: Hi Pat!!
[9/15/16, 11:35:58 AM] Tom Farrell: Welcome Pat!  :)
[9/15/16, 11:39:10 AM] pierreandlaura: Hi Pat!
[9/15/16, 11:45:10 AM] George Briere  - Coaching You To Greatness!: @Bobby.  I would reach out to Mary D privately
[9/15/16, 11:46:30 AM] Nimi: @Bobby reach out to Morgan
[9/15/16, 11:52:19 AM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Welcome Pat!
[9/15/16, 12:17:37 PM] Grant McDonell: Welcome aboard Pat!
[9/15/16, 12:27:14 PM] Ash Ali-7 Figure Coach: if a member purchases the VIP ticket to the event in Vegas does that include their spouse?
[9/15/16, 12:31:12 PM] Alejandro Gomez: quick questions. Is there a way for me to discard (delete) a lead?
[9/15/16, 1:18:30 PM] nedra paugh: Welcome Pat :)
[9/15/16, 1:19:27 PM] Sumanjain Sm: welcome Pat
[9/15/16, 1:22:31 PM] Tanya Patxot: Welcome Pat
[9/15/16, 1:23:11 PM] Sumanjain Sm: any support here please
[9/15/16, 1:34:24 PM] Tony Bianco: I have someone who wants to fund RISE using his 401K possibly. How does that work?
[9/15/16, 1:35:23 PM] Shauna Congelliere: I have someone doing the same - he requested a check from his 401k company and added additional funds to it for marketing budget.
[9/15/16, 2:57:39 PM] davidpatxot: i have an affiliate that purchased climber and wants to go back to walker how do i fix that
[9/15/16, 3:09:36 PM] Drew Innes: G'day, Pat - welcome to the team
[9/15/16, 3:26:05 PM] Dave Kosack: Welcome Pat!
[9/15/16, 3:26:24 PM] Patrick: Thank you all coaches for warm welcome.
[9/15/16, 3:43:41 PM] Kate McCarthy: On 15/09/2016, at 2:35 PM, Kate McCarthy wrote:
> The other day there were differing responses as to if a lead got an S2 coach if they wanted to start marketing at a subscription level while they got their RISE funding together and had all their steps opened.   Can we get an official answer please since differing practices.
[9/15/16, 3:44:49 PM] pierreandlaura: Bad idea.  Not possible anyway.  Affiliate links are locked until they've completed Step 18.
[9/15/16, 3:48:20 PM] Kate McCarthy: So to confirm it still stands that if someone wants to start marketing as they don't have the funds and upgrade at a later date, they do not get an S2 coach.

EX 38
1231

[9/15/16, 3:49:06 PM] Kate McCarthy: Wouldn't we possibly be missing some further commission potential?
[9/15/16, 3:50:44 PM] Christy  Snape: If they are in funding and going to get the funds we don't open up steps... I'm waiting for confirmation from Jeremy on if they say they are not getting rise and then go through the steps and then later buy Rise if they are taken back to st 7 and given a S2 coach or they miss out
[9/15/16, 3:52:19 PM] Kate McCarthy: Thanks Christy

...  I have a few who won't have funding until the end of the month and have finished Steps 7&8 and have asked them to review all the steps, listen to the recordings and live Power Up Calls.  What else would you ask them to do whilst waiting the couple of weeks?
[9/15/16, 3:54:07 PM] A. Brent Parker: DA Corporate Call:

Thursday's 4pm EST

http://uberconference.com/digitalaltitude
@+18889120796 or 305-330-5894 pin 97448
[9/15/16, 3:55:36 PM] Christy  Snape: I would make sure they have read the 2 books on step 3, if they have send them a copy of Think and Grow rich if they haven't read it before, also any good youtube mindset videos you can get them to look at those as well.
[9/15/16, 4:14:40 PM] Clinton Douglas IV: We doing the call today?
[9/15/16, 4:15:10 PM] Clinton Douglas IV: some great music playing on the line lol
[9/15/16, 4:15:22 PM] George Briere  - Coaching You To Greatness!: It was a short call Clinton...its over
[9/15/16, 4:15:40 PM] Clinton Douglas IV: you serious?
[9/15/16, 4:15:49 PM] Clinton Douglas IV: I got on the line 8 after
[9/15/16, 4:15:56 PM] George Briere  - Coaching You To Greatness!: yup lol
[9/15/16, 4:16:00 PM] Clinton Douglas IV: wow
[9/15/16, 4:16:01 PM] Clinton Douglas IV: ok
[9/15/16, 4:16:13 PM] Clinton Douglas IV: there is a ton of people on the call now
[9/15/16, 4:16:33 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: I would like to know where I can find the recordings to these calls... Anyone have the folder they are in ?
[9/15/16, 4:17:35 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: LOL Clinton... Don't they know we are Internet Marketers? We are never on time!
[9/15/16, 4:25:19 PM] Clinton Douglas IV: lol
[9/15/16, 4:58:15 PM] Jo Ross Professional Coach: hey guys and gals what kind of engagement percentage are you getting with leads? I'm getting only around 50% with calls and emails daily..what about you?
[9/15/16, 4:59:16 PM] Jo Ross Professional Coach: as in they proceed into step 1..50% of mine don't get that far
[9/15/16, 4:59:42 PM] Jo Ross Professional Coach: am I low? is this typical?
[9/15/16, 5:50:34 PM] Christy  Snape: Hey Guys, So this is from Jeremy.... On

member who has completed step 18 and is telling me that her 'My Marketing' is still locked?  I see that her menu is unlocked.  Any ideas?

[9/21/16, 1:38:16 PM] Sumanjain Sm: has she paid $17

[9/21/16, 1:38:51 PM] George Briere  - Coaching You To Greatness!: that must be it...thanks Sumanjain

[9/21/16, 1:39:11 PM] Sumanjain Sm: :)

[9/21/16, 4:43:56 PM] : tab on top...coaches > my profile and you can change a password for your VA

[9/21/16, 4:44:40 PM] Christy  Snape: Got to love sponsors telling us what to do for someone in funding lol

[9/21/16, 4:44:41 PM] Christy  Snape: Please unlock the other steps and give ███ a chance to see the full capabilities of this program, then maybe he will find a way to come up with the money for Rise (or more). If we just insist he go rise and not open any other steps, we will lose him completely. He is very interested in moving on but doesn't currently have the money to go Rise. Unlocking the steps allows him the opportunity to learn more while putting the funding together

[9/21/16, 4:45:48 PM] Max Aria: (slap)

[9/21/16, 4:47:00 PM] Damien  Martin: Lol Christy if I get contacted by a sponsor to do this I just tell them maybe they can help them with the payment..Usually puts and end to it....

[9/21/16, 4:47:38 PM] Gregory Roland - Aspire Business Coach: Nice Damien

[9/21/16, 4:47:38 PM] Christy  Snape: LOL well he had it in the notes section... lol maybe I should adjust my notes ahahaha

[9/21/16, 4:47:59 PM] : ^^^^adjust :)

[9/21/16, 4:48:06 PM] Elliot Walter: Damien love it LOL

[9/21/16, 4:51:36 PM] Jo Ross Professional Coach: Boxer

© Microsoft

[9/21/16, 4:52:07 PM] Jo Ross Professional Coach: I'm with Max ;-)

[9/21/16, 5:00:44 PM] Randy Bevins Business Coach: Damien great advise..

[9/21/16, 5:02:05 PM] Christy  Snape: Lol notes adjusted... But maybe you can help them with the payment if you want the steps opened earlier!

[9/21/16, 5:02:58 PM] Ron Keenan: Yes Christy, I have had similar. I even had a top prospect refund this week because his sponsor refunded & said he would find something better & didnt think DA was what he was looking for

[9/21/16, 5:13:41 PM] Max Aria: Please copy and paste when you get the above... it can get costly so lets nip it in the bud early ...


After 9 years and millions spent in testing we have learned that when a customer is offered and informed of a 2k purchase first without being informed of the 2nd and 3rd upsell at exponentially higher prices the conversion rates increase drastically at ascend and Peak price points. This is greatly due to the psychological effects of making a 2k decision first. Im sure if you'd like to contact Jeremy Miner our head trainer he can explain further .

EX 38
1233

In the meantime every single time one of your customers comes back to you asking for a change in our systematic process id ask you to say exactly this  —— "Your coach knows exactly what they are doing, there is a reason for every decision made and you will appreciate it greatly when the steps are complete"

[9/21/16, 5:40:08 PM] uscsport: OR---"Maybe there is a reason that you don't have $2,000-try following a proven system" LOL---Right on Max!

[9/21/16, 5:41:31 PM] Jo Ross Professional Coach: (target) Max

[9/21/16, 5:47:26 PM] Ash Ali-7 Figure Coach: Totally agree Max, Entrepreneurs find the money, if they need help in finding the money > https://www.blogtalkradio.com/digitalaltitude/2016/04/06/how-to-get-funding-for-your-business

[9/21/16, 5:51:04 PM] Max Aria: Very nice .

[9/21/16, 6:01:58 PM] Max Aria: You see they've tried all forms of presenting they've tried it over less steps , more steps , no steps. Mike and the teams have tried it all. This is what works ... right now, But of course as always they're ready to learn of new proven methods.

This is why full pay is so important. The shift in mindset over the $2000 transaction.

Think about it for a moment ... how you personally would feel after losing $600 or even $1150 ... compared to $2000 . It's a whole different emotion, isn't it ? People don't like losing $1150 but hate losing $2000.

[9/21/16, 6:10:38 PM] Shauna Congelliere: Yes MAX - and if they see $600 as a last ditch effort for starting a business, their mindset isn't set yet to see the next scale up as an opportunity... they see it as a CATCH.  It's all about the mindset!

[9/21/16, 6:38:07 PM] Ron Keenan: If a person buys Rise, do they get a ticket to Vegas? If so is it only for 1 person. Thanks

[9/21/16, 6:39:11 PM] : They buy it and then Brent pays them double when they get there

[9/21/16, 6:39:46 PM] Ron Keenan: Double?

[9/21/16, 6:39:50 PM] : This message has been removed.

[9/21/16, 6:40:00 PM] : I saw Brent typing so thought he would give the correct answer

[9/21/16, 6:40:22 PM] : They buy a ticket and then they will get the money back when they get there

[9/21/16, 6:40:37 PM] : And I believe they can now take someone for free

[9/21/16, 6:40:47 PM] Ron Keenan: Awesome thanks

[9/21/16, 6:43:50 PM] A. Brent Parker: I was typing a response to max but it might be more than this group could handle lol

[9/21/16, 6:44:25 PM] : Hahaha yea thanks

[9/21/16, 6:45:50 PM] A. Brent Parker: Yeah it was pretty strong lol

[9/21/16, 6:46:21 PM] : Let it fly

[9/21/16, 6:46:23 PM] A. Brent Parker: I can PM it to you Peetah and let you screen it

[9/21/16, 6:46:32 PM] : Yes please!

EX 38
1234

[11/22/16, 1:47:15 PM] : Robert man I understand how it works.  Thanks.

[11/22/16, 1:47:45 PM] Robert Madrid: I wasn't trying to be funny Peter. I'm sorry if it sounded like I was.

[11/22/16, 1:47:47 PM] : If you could sign up for FREE and had nothing to lose wouldn't you sign up?

[11/22/16, 1:47:54 PM] Jesse Miller "Your Digital Attitude Coach": George its Free not invested in it at all so why should they care...

[11/22/16, 1:48:09 PM] Sumanjain Sm: They try to book mostly the SS as if they know everything....lol

[11/22/16, 1:48:27 PM] Robert Madrid: Exactly. Unfortunately, it means a lot of wasted time on students have zero means of moving past the free 6 steps.

[11/22/16, 1:48:30 PM] Christy  Snape: They have entered their credit card detials so it is a little bit better than a totally free lead

[11/22/16, 1:49:33 PM] : yes its a $1 better :)

[11/22/16, 1:50:21 PM] Robert Madrid: Until they cancel and ask for their $1 back Peter? lmao

[11/22/16, 1:50:41 PM] Nimi: This. Sounds better at least they have CC

[11/22/16, 1:51:08 PM] Jesse Miller "Your Digital Attitude Coach": No nimi all they need to do is get a gift card

[11/22/16, 1:51:20 PM] Jesse Miller "Your Digital Attitude Coach": I have had several do that

[11/22/16, 1:51:33 PM] Jesse Miller "Your Digital Attitude Coach": visa and mastercard

[11/22/16, 1:52:18 PM] Robert Madrid: Or they have a debit card on a bank account that has $10 in it?

[11/22/16, 1:53:20 PM] live:geral_5450: Sumanjain, we all get leads from India and Nigeria.

I'm working mine and don't cherry pick even if I think they might not have the funds...we never know.

yesterday I asked support t re-assign a lead from India as per clients request, since my calendar times wasn't working for him.

Just to clarify on that.

[11/22/16, 1:53:48 PM] Christy  Snape: Just look for qualifying answers in the first call, if people are saying I have no money or I need to make money ASAP otherwise I'm going to be homeless ask Jeremy's qualifying questions, if they don't qualify don't spend time with them

[11/22/16, 1:53:54 PM] Jesse Miller "Your Digital Attitude Coach": Guys to be positive here...... This is why Jeremy Trains us to qualify them in the welcome call

[11/22/16, 1:54:15 PM] : I wouldn't send them to somebody else but I wouldn't exactly spend 4-6 calls with them either.  I would prequalify

[11/22/16, 1:54:23 PM] : yes. exactly Jesse

[11/22/16, 1:55:59 PM] Christy  Snape: I only work with certain countries as other timezone suck for me and I don't want to work those hrs so I send all leads outside that to another coach, some of these are crappy countries but some are also good countries so it evens out

[11/22/16, 1:56:56 PM] Sumanjain Sm: Paula I understand.. but i work at time of US

EX 38
1235

New Year!!

[12/29/16, 12:46:56 PM] Jo Ross Professional Coach: that's unfortunate because we really need some help here

[12/29/16, 12:47:19 PM] Jo Ross Professional Coach: and some communication and direction

[12/29/16, 12:47:59 PM] Robert Madrid: Support?

[12/29/16, 12:49:09 PM] Coach Eli Gonzalez "Your ASPIRE Coach" Hours: Mon-Friday 9am- 5PM EST: Yes Clinton... I saw that earlier, but I thought I would let others know so that we can get some advice as to other ways to process sales.  I don't mind telling everyone from now on that they need to pay with a Cashier's Check or Wire Funds... if you get ahead of it, people will follow direction, but asking them to do something that's impossible for them to do is just frustrating them.

[12/29/16, 12:50:16 PM] Jo Ross Professional Coach: how does a wire work if they are paying with credit card?

[12/29/16, 12:51:27 PM] Jo Ross Professional Coach: so if someone wants to buy RISE or pay it off with credit card, they have to set up a payza account, and likely go through the process of scanning id and statements? and if they can't do that or figure out how to do it, then they just can't pay?

[12/29/16, 12:51:46 PM] Jo Ross Professional Coach: is that where we are at?

[12/29/16, 1:02:20 PM] Tanya Patxot: I do find it time consuming this new way. Also, when they have to verify cards before purchase it can take time. I would hope there is an easier way soon. Why can't we just give them the DA paypal link

[12/29/16, 1:02:59 PM] Robert Madrid: Paypal doesn't like us no mo Tanya.

[12/29/16, 1:04:17 PM] *- Nate Rio -*: We haven't used PP since September

[12/29/16, 1:05:58 PM] Cathy Flynn: Right now, Payza is our only option.  We do not have PayPal anymore.  Morgan is working on other options, but for now, this is what we have to use.

[12/29/16, 1:06:27 PM] Jo Ross Professional Coach: so can we have a training on exactly how to do that Cathy?

[12/29/16, 1:06:54 PM] Jo Ross Professional Coach: how do we help people who can't scan, don't have a credit card statement etc?

[12/29/16, 1:07:02 PM] Jo Ross Professional Coach: what help can support provide?

[12/29/16, 1:07:07 PM] Sumanjain Sm: But most of them are not liking it . They say payza is slow and not as easy as PayPal.

[12/29/16, 1:08:02 PM] Tanya Patxot: Is there a way that they can pay without a payza account? like DA has a link and they can accept payments externally?

[12/29/16, 1:08:05 PM] Jo Ross Professional Coach: payza is a process that can take days

[12/29/16, 1:08:54 PM] Tanya Patxot: It sure does

[12/29/16, 1:09:30 PM] Olivier Correia: I have 2 of my own credit cards that are beeing validated for a log time now, and mine is an old account.
Thing is leads are going to get cold before they can verify those CC

[12/29/16, 1:09:49 PM] Olivier Correia: just my 2 cents

[12/29/16, 1:09:49 PM] Sumanjain Sm: For sure....

[12/29/16, 1:10:02 PM] Jesse Miller "Your Digital Attitude Coach": yep lost 3 sales already saying that Oli

EX 38
1236

[1/5/17, 9:17:09 PM] Robert Madrid: IMG_2385.JPG
[1/5/17, 9:17:18 PM] Robert Madrid: Awwwww yeah!
[1/6/17, 9:51:07 AM] johnlavenia: Company-wide reminder: please support the Inside Digital Altitude call, starting at the top of the hour. Your 30-60 second testimonial could be exactly what the new member or guest listener needs to hear! http://DALiveCall.com
[1/6/17, 11:58:33 AM] Angelo Bonomo: hi support if a client is in a cancel state, and they want to resign up how do they go about it
[1/6/17, 11:58:58 AM] Angelo Bonomo: they did go thru any of the steps
[1/6/17, 11:59:02 AM] Angelo Bonomo: didnt
[1/6/17, 12:07:58 PM] Mary Dee: They just need the aspire walker link to reactivate Angelo
[1/6/17, 12:08:14 PM] Angelo Bonomo: yes
[1/6/17, 12:08:27 PM] Angelo Bonomo: I got the link from ███ who is her original sponsor
[1/6/17, 12:09:13 PM] Angelo Bonomo: gave her the link
[1/6/17, 5:15:01 PM] Nick Policelli | Online Success Coach: Anyone have the intro for S2 Carlos Verdugo? It's not on the S2 coaching doc
[1/6/17, 5:47:02 PM] Ron Keenan: Just use generic then Nick
[1/6/17, 11:56:46 PM] Michael Force: Hi guys, thanks for being patient. Just when we have it handled, we get bit again. The good news is that we already had our MID manager on board and strategically have been cracking away. If we had been about 2 weeks ahead of ourselves there would have been no hiccups. But as it goes…it is what it is . Quick update- 2 merchants are up and running so rebills are back on track and you'll start to see those come to life again (and should already be seeing them). One merchant is handling all the rebills, the other is taking any new RISE orders. We have 3 more right behind those also getting onboarded for the bigger ticket and trial offers and we get those logins on Monday. 5 more accounts coming in after those as well and we'll keep adding, load balancing, etc.
[1/6/17, 11:56:52 PM] Michael Force: IMG_3317.JPG
[1/6/17, 11:57:05 PM] Ash Ali-7 Figure Coach: (y)
[1/6/17, 11:58:39 PM] Jo Ross Professional Coach: (ok)
[1/7/17, 12:04:50 AM] Mary Dee: And I want to also mention that Morgan single handedly got these new 2 merchants up literally a day apart of each other. Give her some love guys!
[1/7/17, 12:05:40 AM] Michael Force: (hearteyes)
[1/7/17, 12:07:47 AM] Robert Madrid: Yay us! We are team 3M! Michael, Mary & Morgan! 🙏🙏🙏
[1/7/17, 12:17:07 AM] Ryan Farmer: 🔥🔥🔥🔥🔥
[1/7/17, 12:21:51 AM] *- Nate Rio -*: (like)
[1/7/17, 2:26:05 AM] Drew Innes: (y)
[1/7/17, 3:06:53 AM] Samith Pich: (celebrate)
[1/7/17, 3:20:34 AM] Sumanjain Sm: Morgan... you are superb fantastic
[1/7/17, 3:20:44 AM] Sumanjain Sm: DA team is wonderful
[1/7/17, 7:51:01 AM] Olivier Correia: Morgan! (poke)
[1/7/17, 7:52:19 AM] rashard03: (kiss)

[1/24/17, 5:36:10 PM] Scott "7 Figure Surfer" Smith: in your back office
[1/24/17, 5:36:18 PM] Paul Della Penna:
https://my.aspiresystem.co/order.php?product=ris
[1/24/17, 5:36:22 PM] Paul Della Penna: That one
[1/24/17, 5:36:30 PM] Scott "7 Figure Surfer" Smith: Perfect :)
[1/24/17, 5:36:37 PM] jedidiah redd: yes
[1/24/17, 5:36:39 PM] Armando Rendon: Transfer me the lead and I send to him
[1/24/17, 5:36:44 PM] Scott "7 Figure Surfer" Smith: lol
[1/24/17, 5:36:45 PM] jedidiah redd: loil
[1/24/17, 5:41:32 PM] Paul Della Penna: Can I get a confirmation for a full pay Rise
$2,057 for ███████████   email - ████████████████
[1/24/17, 5:41:40 PM] Paul Della Penna: PA to follow
[1/24/17, 5:42:35 PM] Majesty Amazona: checking
[1/24/17, 5:42:50 PM] Armando Rendon: Please confirm a payment please
[1/24/17, 5:43:10 PM] Majesty Amazona: On 1/24/17, at 5:41 PM, Paul Della Penna
wrote:
> Can I get a confirmation for a full pay Rise $2,057 for ███████████   email -
████████████

Payment received, waiting for PA before applying
[1/24/17, 5:43:17 PM] Majesty Amazona: On 1/24/17, at 5:42 PM, Armando
Rendon wrote:
> Please confirm a payment please
Who is it for?
[1/24/17, 5:43:26 PM] Armando Rendon: PM Lord Maj
[1/24/17, 5:45:03 PM] Paul Della Penna: PA confirmation please Majesty
[1/24/17, 5:45:14 PM] Majesty Amazona: checking
[1/24/17, 5:45:50 PM] Majesty Amazona: not yet here Paul, please have the client
confirm it from his email address
[1/24/17, 5:46:08 PM] Paul Della Penna: Yes he just did it
[1/24/17, 5:47:29 PM] Majesty Amazona: @Paul, Payment applied, PA received
[1/24/17, 5:47:30 PM] Majesty Amazona: thanks
[1/24/17, 5:47:41 PM] Paul Della Penna: Thank you
[1/24/17, 5:49:59 PM] Paul Della Penna: @ Majesty did you apply the sale cause I
refreshed and there is no S2 coach listed
[1/24/17, 5:50:35 PM] Majesty Amazona: He needs to sign off step 6 first and it will
be assigned automatically
[1/24/17, 5:51:06 PM] Paul Della Penna: Ok we good now thanks
[1/24/17, 5:51:14 PM] Majesty Amazona: Thank you
[1/24/17, 7:25:17 PM] live:knielsen_48: support?
[1/24/17, 7:27:09 PM] Majesty Amazona: Pm you
[1/24/17, 8:07:54 PM] Nick Policelli | Online Success Coach: This adhoc link doesn't
seem to be working...

https://my.aspiresystem.co/order.php?product=ris&amount=1057

It goes to climbingsteps.com and is showing $2500 total, what do we do in this

case???
[1/24/17, 8:08:42 PM] Majesty Amazona: That's it
[1/24/17, 8:09:03 PM] Majesty Amazona: Please divide the payment into 2 payments
[1/24/17, 8:09:11 PM] Majesty Amazona: $557 and $500 will do :)
[1/24/17, 8:24:30 PM] Nick Masina: Can someone confirm pay rent for ███████ ?
[1/24/17, 8:24:37 PM] Nick Masina: Payment **
[1/24/17, 8:24:40 PM] Majesty Amazona: checking
[1/24/17, 8:25:22 PM] Majesty Amazona: May I know how much are we looking for?
[1/24/17, 8:25:40 PM] Nick Masina: $2057 maj
[1/24/17, 8:25:52 PM] Majesty Amazona: I am not seeing anything as of the moment
[1/25/17, 6:41:41 AM] Clinton Douglas IV: Support Please - ███████ - ███████, says he has several DA coaches calling him....????
[1/25/17, 6:42:00 AM] Sehrish: PM you
[1/25/17, 9:38:03 AM] Clinton Douglas IV: Support please I need a invoice sent for someone who has funds inside of Payza
[1/25/17, 9:38:29 AM] roma cangco: pm u
[1/25/17, 9:42:43 AM] Nick Masina: Support pm me please
[1/25/17, 9:42:53 AM] roma cangco: ok
[1/25/17, 10:35:02 AM] Clinton Douglas IV: Support Please help ███████ / ███████
[1/25/17, 10:35:18 AM] Clinton Douglas IV: PM me please
[1/25/17, 10:35:27 AM] Catherine S (sunshiney): yes
[1/25/17, 10:41:21 AM] Shade Fenn: Can someone check payment for ███████ ███████
[1/25/17, 10:41:29 AM] roma cangco: ok
[1/25/17, 10:41:37 AM] Shade Fenn: Thanks Roma
[1/25/17, 10:49:43 AM] roma cangco: WIRES UPDATED - January 25, 2017 (Updated)

https://docs.google.com/spreadsheets/d/1btDPKE5f7bcx1g_JFLvellYmeCLY8dESM4buWulAEO8/edit?ts=57ee788c#gid=1746072060
[1/25/17, 10:54:38 AM] xicadovale: Support can you please check PA for ███████ . Thank you
[1/25/17, 10:54:44 AM] Ana B: ok
[1/25/17, 10:55:27 AM] Ana B: PA received coach
[1/25/17, 10:55:46 AM] xicadovale: Thanks Ana :)
[1/25/17, 10:55:57 AM] Ana B: you're welcome coach! :)
[1/25/17, 1:45:21 PM] Gorata Masuga Business Coach: support please?
[1/25/17, 1:45:34 PM] roma cangco: yep
[1/25/17, 1:46:42 PM] live:geral_5450: support please change email from ███████ to ███████
[1/25/17, 1:46:51 PM] Ana B: Ok