

LODGED
CLERK, U.S. DISTRICT COURT
1/29/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: LH DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
January 29, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: AK DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Federal Trade Commission,**<br>Plaintiff,<br>vs.<br>**Digital Altitude LLC, et al.,**<br>Defendants. | No. 18-CV- LACV18-00729-JAK(MRWx)<br>FEDERAL TRADE COMMISSION'S EXHIBITS IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE |

**VOLUME VII**

**Table of Contents**

EX 39 Declaration of Patrick J. Curtin ........................................ 1240

EX 40 Declaration of Diana F. Shiller ........................................ 1591

# Exhibit 39

# **DECLARATION OF PATRICK J. CURTIN**

1. My name is Patrick J. Curtin. The following statements are within my personal knowledge.

2. I am a United States citizen. I work as a paralegal for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Litigation Technology and Analysis. I investigate persons and entities that may be violating the FTC Act and other laws enforced by the FTC. My work address is 600 Pennsylvania Avenue, NW, CC-9424, Washington, DC 20580.

3. The following declaration outlines the results of my investigation into the online presence of Digital Altitude.

4. Throughout the investigation, I used an evidence capture computer program called "Snagit" to capture online images and websites. Snagit is installed on computers in the FTC Internet Lab and allows users to capture a picture of the computer screen or a website and save the image electronically. It can also be used to capture and save moving images.

5. Throughout the investigation, I used the "save as PDF" function of Google Chrome's printing suite to capture documents appearing on the websites. Chrome saves the pop-up windows that these documents appear in as time-stamped PDF-formatted documents.

**Digitalaltitude.co**

6. On or about October 16, 2017, I viewed the website *digitalaltitude.co*. A true and correct copy of images I captured from this website are attached as **Attachment A**.

7. On or about January 11, 2018, I viewed the Terms of Service document for *digitalaltitude.co.* A true and correct copy of the Terms of Service document for *digitalaltitude.co* is attached as **Attachment B**.

8. On or about January 12, 2018, I viewed the Digital Altitude Affiliate Policies and Procedures document on *digitalaltitude.co*. A true and correct copy of

the Digital Altitude Affiliate Policies and Procedures document on *digitalaltitude.co* is attached as **Attachment C**.

9. On or about October 26, 2017, I viewed the website *digitalaltitude.co/specialannouncement/?*. A true and correct copy of images I captured from this website are attached as **Attachment D**.

**Aspir.info**

10. On or about October 13, 2017, I viewed the website *aspir.info*. A true and correct copy of images I captured from this website are attached as **Attachment E**.

**Aspir.me and Aspir.link**

11. On or about October 16, 2017, I viewed the website *aspir.me*. Also on or about October 16, 2017, I tried to view the website *aspir.link* by typing that url into my browser. That url redirected me to *aspir.me*. A true and correct copy of images I captured from *aspir.me* are attached as **Attachment F**.

**Aspireearnings.com**

12. On or about October 16, 2017, November 30, 2017, and January 4, 2018, I viewed the website *aspireearnings.com*. A true and correct copy of images I captured from this website on each of those dates are attached as **Attachment G**.

13. On or about January 5, 2018 and January 12, 2018, I looked up the registrant of *aspireearnings.com* using *DomainTools.com*, a directory of domain name registration information.[1] A copy of the *DomainTools.com* registration document for *aspireearnings.com*, dated February 16, 2017, is attached as **Attachment H**. A copy of the *DomainTools.com* registration document for *aspireearnings.com*, dated January 5, 2018, is attached as **Attachment I**. Michael Force is listed as the registrant in both reports.

[1] https://www.domaintools.com/company/.

14. I reviewed the *DomainTools.com* registration reports for *aspireearnings.com* between February 16, 2017 and January 5, 2018. I did not see evidence that another registrant controlled the site during that time period.

**Aspireonline.co**

15. On or about November 21, 2017, I viewed the website *aspireonline.co*. When I clicked on the buttons labelled "Join Now for Just $37 (~€32)," "Buy Now for Just $597 (~€510)," "Buy Now for Just $2,197 (~€1,870)," "Make 2 Payments of $1,269 (~€1080)," "Make 4 Payments of $691 (~€590)," on the *aspireonline.co* website, the website redirected to a page on the website *aspir.me*.

16. A true and correct copy of images I captured from *aspireonline.co* and the portions of *aspir.me* that I was redirected to from *aspireonline.co* are attached as **Attachment J**.

17. On or about November 3, 2017, I viewed the Terms of Service for the website *aspireonline.co.* A true and correct copy of the Terms of Service document for this website is attached as **Attachment K**.

18. On or about November 21, 2017, I looked for cached copies of *aspireonline.co* using *Archive.org*, a repository of cached websites.[2]

19. Using *Archive.org*, I pulled a cached copy of *aspireonline.co* as it appeared on October 3, 2016, a true and correct copy of which is **Attachment L**.

20. On or about November 22, 2017 and January 12, 2018, I looked up the registrant of *aspireonline.co* using *DomainTools.com*. A copy of the *DomainTools.com* registration report for *aspireonline.co*, dated May 26, 2017, is attached as **Attachment M**. Aspire Processing Limited is listed as the registrant organization in **Attachment M**. A copy of the *DomainTools.com* registration report for *aspireonline.co*, dated December 6, 2017, is attached as **Attachment N**. Aspire Ventures Limited is listed as the registrant organization in **Attachment N**.

---

[2] https://archive.org/about/.

21. I reviewed the *DomainTools.com* registration reports for *aspireonline.co* between May 26, 2017 and December 6, 2017. I did not see evidence that another registrant controlled the site during that time period.

**Aspirereach.com**

22. On or about November 21, 2017, I viewed the website *aspirereach.com*. When I clicked on the buttons labelled "Buy Now for Just $2,197 (~€1,870)," "Make 2 Payments of $1,269 (~€1080)," and "Make 4 Payments of $691 (~€590)," on the *aspirereach.com* website, the website redirected to a page on the website *aspir.me*.

23. A true and correct copy of images I captured from *aspirereach.com* and the portions of *aspir.me* that I was redirected to from *aspirereach.com* are attached as **Attachment O**.

24. On or about November 17, 2017, I viewed the Terms of Service document for *aspirereach.com.* A true and correct copy of the Terms of Service document for *aspirereach.com* is attached as **Attachment P**.

25. On or about November 17, 2017, I viewed the Refund Policy document for *aspirereach.com.* A true and correct copy of the Refund Policy document for *aspirereach.com* is attached as **Attachment Q**.

26. On or about November 22, 2017, I looked up the registrant of *aspirereach.com* using *DomainTools.com*. A copy of the *DomainTools.com* registration report for *aspirereach.com*, dated January 13, 2017, is attached as **Attachment R**. A copy of the *DomainTools.com* registration report for *aspirereach.com*, dated August 31, 2017, is attached as **Attachment S**. Aspire Processing LLC is listed as the registrant name in both documents.

27. I reviewed the *DomainTools.com* registration reports for *aspirereach.com* between January 31, 2017 and August 31, 2017. I did not see evidence that another registrant controlled the site during that time period.

**Aspiresystem.co**

28. On or about December 12, 2017, I viewed the website *my.aspiresystem.co*. A true and correct copy of images I captured from this website are attached as **Attachment T.**

**Climbingsteps.com**

29. On or about October 16, 2017, I viewed the website *climbingsteps.com*. A true and correct copy of images I captured from this website are attached as **Attachment U**.

**Traininggrades.com**

30. On or about October 23, 2017, I viewed the website *traininggrades.com*. A true and correct copy of images I captured from this website are attached as **Attachment V**.

**Risesystems.weebly.com**

31. On or about October 23, 2017, I viewed the website *risesystems.weebly.com*. When I clicked on the button labelled "Order" on the *risesystems.weebly.com* website, the website redirected to a page on the website *aspir.link*.

32. A true and correct copy of images I captured from *risesystems.weebly.com* and the portion of *aspir.link* that I was redirected to from *risesystems.weebly.com* are attached as **Attachment W**.

**Discenterprises.com**

33. On or about November 9, 2017, I viewed the website *discenterprises.com*. When I clicked on the buttons labelled "Start Your Introduction," "Go For Advanced," "Introduction," "Advanced," "Click Here To Start Your Introduction Module," and "Ready for Advanced? Click Here for Access" on the *discenterprises.com* website, the website redirected to several pages on the website *www.digitalaltitude.co*.

34. A true and correct copy of images I captured from *discenterprises.com* and the portions of *www.digitalaltitude.co* that I was redirected to from *discenterprises.com* are attached as **Attachment X**.

**500cashclub.com**

35. On or about November 16, 2017, I viewed the website *500cashclub.com*. A true and correct copy of images I captured from this website are attached as **Attachment Y**.

**Thedigitalaltitude.com**

36. On or about January 5, 2018, I viewed the website *thedigitalaltitude.com*. When I clicked on a button called "Learn More," I was redirected to the website *aspiretoday.me*, and when I clicked on the button called "Sign Up" I was redirected to the website *aspir.me*.

37. A true and correct copy of images I captured from *thedigitalaltitude.com* and the portions of the *aspiretoday.me* and *aspir.me* websites that I was redirected to from *thedigitalaltitude.com* are attached as **Attachment Z**.

**Michaelforce.com**

38. On or about October 23, 2017, I viewed the website *michaelforce.com*. A true and correct copy of images I captured from this website are attached as **Attachment AA**.

39. On or about November 23, 2017, I looked for cached copies of *michaelforce.com* using *Archive.org*, a repository of cached websites.

40. Using *Archive.org*, I pulled a cached copy of *michaelforce.com* as it appeared on September 27, 2009, a true and correct copy of which is **Attachment BB**.

41. On or about January 12, 2018, I looked up the registrant of *michaelforce.com* using *DomainTools.com*, a directory of domain name registration information. A copy of the *DomainTools.com* registration report for *michaelforce.com*, dated August 17, 2007, is attached as **Attachment CC**. A copy

of the *DomainTools.com* registration report for *michaelforce.com*, dated January 12, 2018, is attached as **Attachment DD**. Michael Force is listed in both reports.

42. I reviewed the *DomainTools.com* registration reports for *michaelforce.com* between August 17, 2007 and January 12, 2018. I did not see evidence that another registrant controlled the site during that time period.

**Better Business Bureau Digital Altitude Review**

43. On or about January 5, 2018, I viewed the website https://www.bbb.org/delaware/business-reviews/digital-marketing/digital-altitude-in-lewes-de-92003553. A true and correct copy of an image I captured from this website is attached as **Attachment EE**.

**Livingexceptionally.com**

44. On or about January 16, 2018, I looked up the registrant of *livingexceptionally.com* using *DomainTools.com*, a directory of domain name registration information. A copy of the *DomainTools.com* registration report for *livingexceptionally.com*, dated November 25, 2017, is attached as **Attachment FF**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on JANUARY 17TH, 2018 at WASHINGTON. DC.

[signature]

# Attachment A

www.digitalaltitude.co
Home
About
Products
Events
Contact
Member Login
DIGITAL ALTITUDE
COMPANY
GROWTH
METHOD
SUCCESS
MUST READ
This man Chose the Life he Wanted and Made Millions. You can too.
Digital Altitude - July 31, 2017
Digital Altitude ASCEND, Hawaii 2017 'Man On Street' Interviews Episode 13
Digital Altitude - March 30, 2017
Over the days of March 8th – 11th 2017, we hosted our first ever Digital Altitude ASCEND event in the Hyatt Regency Maui Resort...

www.digitalaltitude.co
How to Keep Your Online Customers Happy
Digital Altitude - November 20, 2016
Happy customers are an essential part of running an online business, or well, any business at all. Customers have a lot of power when...
Digital Altitude ASCEND, Hawaii 2017 'Man On Street' Interviews Episode 4
Digital Altitude - March 21, 2017
Over the days of March 8th – 11th 2017, we hosted our first ever Digital Altitude ASCEND event in the Hyatt Regency Maui Resort...
LATEST POSTS
All
Advertising
ASCEND 2017
Branding
Business
Cancun Leadership Mastermind
EVENTS
Featured
More
3 Entrepreneurs Who Agree that Money Isn't Everything
Digital Altitude - October 16, 2017
Having your own online business gives you the chance to make yourself financially independent. That freedom is what persuades many entrepreneurs to start an...
7 Crippling Thoughts You Need to Change Today
Digital Altitude - October 9, 2017
You are your own worst enemy. The thoughts you think and the mindsets you cultivate on one hand can motivate you to greater potential...
3 Podcasts to Listen to When Your Business Needs a Boost
Digital Altitude - October 2, 2017
Some days in online business come easily. The work goes smoothly, the site is launched and your marketing efforts keep bringing in sales. Some...

www.digitalaltitude.co
Having your own online business gives you the chance to make yourself financially independent. That freedom is what persuades many entrepreneurs to start an...
You are your own worst enemy. The thoughts you think and the mindsets you cultivate on one hand can motivate you to greater potential...
Some days in online business come easily. The work goes smoothly, the site is launched and your marketing efforts keep bringing in sales. Some...
Load more
FOLLOW US ON INSTAGRAM @ASPIRE.DA
WHEN LIFE GETS
BLURRY
ADJUST YOUR
FOCUS
ASPIRE.DA
DIGITAL ALTITUDE
A LITTLE PROGRESS EACH DAY ADDS UP TO BIG RESULTS.
ABOUT US
We teach digital entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events.
Contact us: support@digitalaltitude.co
FOLLOW US
DIGITAL ALTITUDE
© 2015 - 2017 Digital Altitude LLC All Rights Reserved. Ph#: (800) 820-7589
| Terms of Service | Earnings Disclaimer | Affiliate Policies and Procedures |
Privacy Policy | Refund Policy
No Referral

www.digitalaltitude.co/company/
DIGITAL ALTITUDE
Home
Company
About
Products
Contact
Member Login
Profit. At The Next Level.
We teach digital entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events.
PRODUCTS
ASPIRE
PRODUCTS > ASPIRE BASE RISE ASCEND PEAK APEX
START UP
Learn simple and easy start-up steps to build a profitable,
PROFIT
Automate your online business systems and processes to
SCALE
Learn how to scale your online business and increase
LEGACY
Learn how to secure your family's financial

EX 39
1251

www.digitalaltitude.co/company/
START UP
Learn simple and easy start-up steps to build a profitable, global online business.
PROFIT
Automate your online business systems and processes to increase profits.
SCALE
Learn how to scale your online business and increase your customers' lifetime value.
LEGACY
Learn how to secure your family's financial future and leave a legacy.
ASPIRE
Digital Business System
The most comprehensive digital marketing training ever--developed by 7-figure digital marketers, for digital marketers. Kick your success into high gear with automation, sales funnels, community, tools, resources, and a whole lot more..
LEARN MORE
BASE
Digital Business Mastery Course
The first 3 months of any business are crucial, setting the direction & whether it will be one of success. BASE helps you "come out swinging" in those crucial early days, with shortcuts, tools and resources to fast track your digital business' success.
Help

www.digitalaltitude.co/company/
LEARN MORE
RISE
Digital Business Mastery Course
In internet marketing, your "inner game" is half the battle. RISE provides you with the key mindsets and concepts developed by top marketers for success, along with traffic, tools and resources to fast track your digital business' growth..
LEARN MORE
ASCEND
Digital Business Profit Workshop
To really succeed in marketing, you need to "go deep." Top marketers get where they are by building connections with--and learning from--the world's most respected experts. ASCEND, A 3-Day retreat for two, is your opportunity to learn one-on-one from the world's top business thought leaders... All under one roof.
LEARN MORE
Help

www.digitalaltitude.co/company/
PEAK
Digital Business Prosper Retreat
You've got your business off the ground... Are you ready to take it to the next level? PEAK is a 5-Day retreat for two that brings the world's top thought leaders in business success, management, and leadership directly to you. It's success training like you've never experienced it before.
LEARN MORE
APEX
Digital Business Legacy Experience
A pro is someone who succeeds; a champion is one who leaves a lasting legacy. APEX is a 7 day retreat for two where you'll learn the art of wealth building, real estate and asset management from the undisputed champions of these industries. Simply the best business training event in the world.
LEARN MORE
Help

www.digitalaltitude.co/company/
VISION
Discover Why We Do What We Do
With technology evolving at lightning speeds and the rise in e-Learning in this information age… we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers.
OUR PRODUCTS
CLIMB WITH US
Here Is What We Plan To Do
With technology evolving at lightning speeds and the rise in e-Learning in this information age… we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers. We believe college is not always the best answer for entrepreneurs.
But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers, and dreamers with the shortcuts, blindspots and tools to turn their drive into thriving, profitable Digital Businesses.
We will continue to strive to provide an educational incubator and community of like-minded people to share and amplify your successes. We want to help create true freedom so you can spend more time with your family, friends and those you care most about.
Help



www.digitalaltitude.co/company/

## Here Is What We Plan To Do

With technology evolving at lightning speeds and the rise in e-Learning in this information age… we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers. We believe college is not always the best answer for entrepreneurs.

But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers, and dreamers with the shortcuts, blindspots and tools to turn their drive into thriving, profitable Digital Businesses.

We will continue to strive to provide an educational incubator and community of like-minded people to share and amplify your successes. We want to help create true freedom so you can spend more time with your family, friends and those you care most about.

A business should give you more time to spend on the things you like, with the people you love.

Our program was not designed for business people. It was designed for moms, dads, high school graduates, waiters and waitresses, passionate creatives, college dropouts and anyone in between.

You don't have to be a businessman or woman in a suit to have a successful company. The world wants you and your ideas, just they way they are.

Our product line was created for those aspiring to climb the mountain to success as a Digital Entrepreneur.

It's packed with over 100 years of combined experience and success from the industry's thought leaders and doers.

We have carefully crafted a product line that creates not just the foundation for success but gives you the map to climb to the top step-by-step. We will be here with you every step of the way.

Help

www.digitalaltitude.co/company/
OPPORTUNITY
Your Dreams Are Worth The Climb
We teach digital entrepreneurs how to start and grow a profitable business with our unique products and live events.
OPPORTUNITY
PRODUCTS
ASPIRE
Digital Business System
A digital marketing, sales system and training platform designed by 7-figure digital marketers for digital marketers. Includes automation, sales funnels, community, tools and resources to ensure your success.
OPPORTUNITY
NEW
NEW
ASPIRE
Help

www.digitalaltitude.co/company/
Help
APEX
APEX
Digital Business Legacy Experience
PEAK
PEAK
Business Prosper Retreat
ASCEND
ASCEND
Digital Business Profit Workshop
RISE
RISE
Digital Marketing Mastery Course
BASE
BASE
Digital Business Mastery Course
Terms of Service | Earnings Disclaimer | Policies & Procedures | Privacy Policy | Refund Policy

EX 39
1258

www.digitalaltitude.co/company/
Digital Business Legacy Experience
PEAK
PEAK
Digital Business Prosper Retreat
ASCEND
ASCEND
Digital Business Profit Workshop
RISE
RISE
Digital Marketing Mastery Course
BASE
BASE
Digital Business Mastery Course
Terms of Service | Earnings Disclaimer | Policies & Procedures | Privacy Policy | Refund Policy
No Referral
ASPIRE RISE BASE ASCEND PEAK APEX
© 2015 - 2017 Digital Altitude LLC All Rights Reserved. Ph# (800) 820-7589 Email: support@digitalaltitude.co
Help

www.digitalaltitude.co/about/
DIGITAL ALTITUDE
Home
Company
About
Products
Contact
Member Login
ABOUT
Read Our Story
Learn about our remarkable Founder and why he created this company, how he plans to disrupt the industry and change thousands of lives in the process.
PRODUCTS
OPPORTUNITY
ABOUT > VISION
MICHAEL FORCE
Founder
A former U.S. Marine, who over the last 15 years has become an industry leading digital business expert, speaker and entrepreneur who built his first multi-million dollar business by the age of 27.
He has trained tens of thousands online and has been a 7-figure producer in top tier high ticket sales over the last 15 years and has consulted many of the leading companies in the high ticket arena. He has over 500,000 readers currently subscribed to his free email

www.digitalaltitude.co/about/

by the age of 27.

He has trained tens of thousands online and has been a 7-figure producer in top tier high ticket sales over the last 15 years and has consulted many of the leading companies in the high ticket arena. He has over 500,000 readers currently subscribed to his free email newsletter.

After he met his wife in the U.S. Marine Corps... he went online to search for success as it was during the dot com boom. He tried more systems and programs than he would even like to admit to, but finally found a partner and they formed a partnership and became resellers for WebEx, an enterprise level online meeting service (before online meetings were so common!) They spent years generating sales from Fortune 500 companies and created a six-figure income but were still working 80 hours a week with no time freedom.

Then one day he got a call that WebEx was being sold to a Fortune 500 company and they were letting go of all the resellers. He lost a mid six-figure income over night, so he quickly jumped back online to search for success again.

Having been in corporate sales for years, he wanted something he could do from home and get paid what he was truly worth, as he knew entrepreneurship was the only way that would happen. He had already spent years of trial and error at the school of hard knocks and knew he could do it from home and leverage his time using the Internet. He always had the desire, drive and determination but many of the opportunities were just not what he was looking for so he decided to start his own company.

Michael's inner passion and drive come from helping others truly empower themselves and realize their real potential, and in turn be that "light" for others around them. It's his "Why." It lights his fire. He rarely ever misses a live event, training or business invite and has spent his days building relationships, coaching, training and supporting the community. It has rewarded him beyond his dreams.

Michael resides in California with his wife and two young daughters. They love to travel and spend summers in France.



www.digitalaltitude.co/about/

like to admit to, but finally found a partner and they formed a partnership and became resellers for WebEx, an enterprise level online meeting service (before online meetings were so common!) They spent years generating sales from Fortune 500 companies and created a six-figure income but were still working 80 hours a week with no time freedom.

Then one day he got a call that WebEx was being sold to a Fortune 500 company and they were letting go of all the resellers. He lost a mid six-figure income over night, so he quickly jumped back online to search for success again.

Having been in corporate sales for years, he wanted something he could do from home and get paid what he was truly worth, as he knew entrepreneurship was the only way that would happen. He had already spent years of trial and error at the school of hard knocks and knew he could do it from home and leverage his time using the Internet. He always had the desire, drive and determination but many of the opportunities were just not what he was looking for so he decided to start his own company.

Michael's inner passion and drive come from helping others truly empower themselves and realize their real potential, and in turn be that "light" for others around them. It's his "Why." It lights his fire. He rarely ever misses a live event, training or business invite and has spent his days building relationships, coaching, training and supporting the community. It has rewarded him beyond his dreams.

Michael resides in California with his wife and two young daughters. They love to travel and spend summers in France.

Terms of Service | Earnings Disclaimer | Policies & Procedures | Privacy Policy | Refund Policy
No Referral
ASPIRE RISE BASE ASCEND PEAK APEX
© 2015 - 2017 Digital Altitude LLC All Rights Reserved. Ph# (800) 820-7589 Email: support@digitalaltitude.co



www.digitalaltitude.co/products/
DIGITAL ALTITUDE
Home
Company
About
Products
Contact
Member Login
PRODUCTS
Designed For Your Freedom.
Packed with over 100 years of combined experience and success from the industry's thought leaders and doers.
ASPIRE
VISION
ASPIRE
BASE
RISE
ASCEND
PEAK
APEX
NEW
NEW
ASPIRE
ASPIRE
Digital Business System
Digital marketing training–developed by 7-figure digital marketers, for digital marketers. Kick your success into high gear with automation, sales funnels, community, tools, resources, and a whole lot more.
Processing request...

EX 39
1263

www.digitalaltitude.co/products/
BASE
Digital Business Mastery Course
The first 3 months of any business are *crucial*, setting the direction & whether it will be one of success. BASE helps you "come out swinging" in those crucial early days, with shortcuts, tools and resources to fast track your digital business' success.
LEARN MORE
NEW
BASE
RISE
Digital Business Mastery Course
In internet marketing, your *"inner game"* is half the battle. RISE provides you with the key mindsets and concepts developed by top marketers for success, along with traffic, tools and resources to fast track your digital business' growth.
LEARN MORE
NEW
RISE
Help

www.digitalaltitude.co/products/
ASCEND
Digital Business Profit Workshop
To really succeed in marketing, you need to "go deep." Top marketers get where they are by building connections with--and learning from--the world's most respected experts. ASCEND, A 3-Day retreat for two, is your opportunity to learn one-on-one from the world's top business thought leaders... All under one roof.
LEARN MORE
PEAK
Digital Business Prosperity Retreat
You've got your business off the ground... *Are you ready to take it to the next level?* PEAK is a 5-Day retreat for two that brings the world's top thought leaders in business success, management, and leadership directly to you. It's success training like you've never experienced it before.
LEARN MORE
Help

www.digitalaltitude.co/products/
NEW
NEW
APEX
APEX
Digital Business Legacy Experience
A pro is someone who succeeds; a champion is one who leaves a lasting legacy. APEX is a 7 day retreat for two where you'll learn the art of wealth building, real estate and asset management from the undisputed champions of these industries. Simply the best business training event in the world.
LEARN MORE
APEX
APEX
Digital Business Legacy Experience
PEAK
PEAK
Digital Business Prosper Retreat
ASCEND
ASCEND
Digital Business Profit Workshop
Help

www.digitalaltitude.co/products/
Digital Business Legacy Experience
PEAK
Digital Business Prosper Retreat
ASCEND
Digital Business Profit Workshop
RISE
Digital Marketing Mastery Course
BASE
PEAK
ASCEND
RISE
BASE
Terms of Service | Earnings Disclaimer | Policies & Procedures | Privacy Policy | Refund Policy
ASPIRE RISE BASE ASCEND PEAK APEX
Help

www.digitalaltitude.co/contact/
DIGITAL ALTITUDE
Home
Company
About
Products
Contact
Member Login
CONTACT US
You're Business At The Next Level
We teach digital entrepreneurs how to start and grow a profitable business with our unique products and live events.
See Products
Get Started Now
Fill in the form below
Please be aware that, due to the large number of email inquiries, we are often unable to respond to them. We recommend telephone as the best method of inquiry.
Your Name *
Our Location
Digital Altitude, LLC
16192 Coastal Hwy
Lewes, DE 19958-3608
UK Address:
Digital Altitude Limited
Address 2
Processing request...

www.digitalaltitude.co/contact/
Your Name *
First Name
Last Name
Your E-mail *
ex: myname@example.com
Phone Number
Your message? *
Enter the message as it's shown *
Submit
Digital Altitude Limited
Address 2
London,
Our Contact Information
Phone: (800) 820-7589
Email: support@digitalaltitude.co
AlliedWallet
Terms of Service | Earnings Disclaimer | Policies & Procedures | Privacy Policy | Refund Policy
No Referral
ASPIRE RISE BASE ASCEND PEAK APEX
© 2015 - 2017 Digital Altitude LLC All Rights Reserved. Ph#: (800) 820-7589 Email: support@digitalaltitude.co
Help

www.digitalaltitude.co/company/
DIGITAL ALTITUDE
Home
Company
About
Products
Contact
Member Login
REACH HIGHER
Profit. At The Next Level.
We teach digital entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events.
PRODUCTS
ASPIRE
PRODUCTS >
ASPIRE
BASE
RISE
ASCEND
PEAK
APEX
START UP
Learn simple and easy start-up
PROFIT
Automate your online business systems and processes to
SCALE
Learn how to scale your online business and increase
LEGACY
Learn how to secure your family's financial
Waiting for www.facebook.com...

EX 39
1270

www.digitalaltitude.co/company/
ASPIRE
Digital Business System
The most comprehensive digital marketing training ever–developed by 7-figure digital marketers, for digital marketers. Kick your success into high gear with automation, sales funnels, community, tools, resources, and a whole lot more..
LEARN MORE
BASE
Digital Business Mastery Course
The first 3 months of any business are crucial, setting the direction & whether it will be one of success. BASE helps you "come out swinging" in those crucial early days, with shortcuts, tools and resources to fast track your digital business' success.
LEARN MORE
Help

EX 39
1271

www.digitalaltitude.co/company/
RISE
Digital Business Mastery Course
In internet marketing, your "inner game" is half the battle. RISE provides you with the key mindsets and concepts developed by top marketers for success, along with traffic, tools and resources to fast track your digital business' growth..
LEARN MORE
ASCEND
Digital Business Profit Workshop
To really succeed in marketing, you need to "go deep." Top marketers get where they are by building connections with--and learning from--the world's most respected experts. ASCEND, A 3-Day retreat for two, is your opportunity to learn one-on-one from the world's top business thought leaders... All under one roof.
LEARN MORE
Help
www.digitalaltitude.co/products/base

www.digitalaltitude.co/company/
PEAK
Digital Business Prosper Retreat
You've got your business off the ground... *Are you ready to take it to the next level?* PEAK is a 5-Day retreat for two that brings the world's top thought leaders in business success, management, and leadership directly to you. It's success training like you've never experienced it before.
LEARN MORE
APEX
Digital Business Legacy Experience
A pro is someone who succeeds; a champion is one who leaves a lasting legacy. APEX is a 7 day retreat for two where you'll learn the art of wealth building, real estate and asset management from the undisputed champions of these industries. Simply the best business training event in the world.
LEARN MORE
NEW
NEW
PEAK
NEW
NEW
APEX
Help



www.digitalaltitude.co/company/
VISION
Discover Why We Do What We Do
With technology evolving at lightning speeds and the rise in e-Learning in this information age… we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers.
OUR PRODUCTS
CLIMB WITH US
Here Is What We Plan To Do
With technology evolving at lightning speeds and the rise in e-Learning in this information age… we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers. We believe college is not always the best answer for entrepreneurs.
But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers, and dreamers with the shortcuts, blindspots and tools to turn their drive into thriving, profitable Digital Businesses.
We will continue to strive to provide an educational incubator and community of like-minded people to share and amplify your successes. We want to help create true freedom so you can spend more time with your family, friends and those you care most about.
Help

www.digitalaltitude.co/opportunity/
DIGITAL ALTITUDE
Home
Company
About
Products
Contact
Member Login
ASPIRE
Your Dreams Are Worth The Climb
We teach digital entrepreneurs how to start and grow a profitable business with our unique products and live events.
JOIN NOW
SEE PRODUCTS
OPPORTUNITY > COMMUNITY EVENTS
ASPIRE
Digital Business System
A digital marketing, sales system and training platform designed by 7-figure digital marketers for digital marketers. Includes automation, sales funnels, community, tools and resources to ensure your success.
NEW
NEW
ASPIRE
Help

www.digitalaltitude.co/opportunity/
JOIN NOW
SEE PRODUCTS
OPPORTUNITY > COMMUNITY EVENTS
ASPIRE
Digital Business System
A digital marketing, sales system and training platform designed by 7-figure digital marketers for digital marketers. Includes automation, sales funnels, community, tools and resources to ensure your success.
JOIN NOW
NEW
NEW
ASPIRE
ASPIRE
Terms of Service | Earnings Disclaimer | Policies & Procedures | Privacy Policy | Refund Policy
No Referral
ASPIRE RISE BASE ASCEND PEAK APEX
© 2015 - 2017 Digital Altitude LLC All Rights Reserved. Ph# (800) 820-7589 Email: support@digitalaltitude.co
Help

www.digitalaltitude.co/products/
DIGITAL ALTITUDE
Home
Company
About
Products
Contact
Member Login
PRODUCTS
Designed For Your Freedom.
Packed with over 100 years of combined experience and success from the industry's thought leaders and doers.
ASPIRE
VISION
ASPIRE
BASE
RISE
ASCEND
PEAK
APEX
ASPIRE
Digital Business System
Digital marketing training–developed *by* 7-figure digital marketers, *for* digital marketers. Kick your success into high gear with automation, sales funnels, community, tools, resources, and a whole lot more.
NEW
NEW
ASPIRE
www.digitalaltitude.co/vision

www.digitalaltitude.co/products/
ASPIRE
whole lot more.
LEARN MORE
BASE
Digital Business Mastery Course
The first 3 months of any business are crucial, setting the direction & whether it will be one of success. BASE helps you "come out swinging" in those crucial early days, with shortcuts, tools and resources to fast track your digital business' success.
LEARN MORE
NEW
RISE
Digital Business Mastery Course
In internet marketing, your "inner game" is half the battle. RISE provides you with the key mindsets and concepts developed by top marketers for success, along with traffic, tools and resources to fast track your digital business' growth.
Help

www.digitalaltitude.co/products/
RISE
RISE
marketers for success, along with traffic, tools and resources to fast track your digital business' growth.
LEARN MORE
ASCEND
Digital Business Profit Workshop
To really succeed in marketing, you need to "go deep." Top marketers get where they are by building connections with--and learning from--the world's most respected experts. ASCEND, A 3-Day retreat for two, is your opportunity to learn one-on-one from the world's top business thought leaders... All under one roof.
LEARN MORE
NEW
NEW
ASCEND
PEAK
Digital Business Prosperity Retreat
You've got your business off the ground... Are you ready to take it to the next level? PEAK is a 5-Day retreat for two that brings the world's top thought leaders in business success, management, and leadership directly to you. It's success training like you've
NEW
NEW
Help

EX 39
1279

www.digitalaltitude.co/products/aspire/
DIGITAL ALTITUDE
Home Company About Products Contact Member Login
ASPIRE
Digital Business System
Digital marketing training--developed by 7-figure digital marketers, for digital marketers. Kick your success into high gear with automation, sales funnels, community, tools, resources, and a whole lot more.
CLIMB WITH US
GO FOR BASE
PRODUCTS > ASPIRE BASE RISE ASCEND PEAK APEX
ASPIRE
Digital Business Success System
You want to start an online business... But you don't know where to start. Want to learn to turn your Passion into Profits? Or maybe you have already started one and don't know what to do next. In Aspire, you will gain access to resources that will set you on the right track.
NEW
NEW
Help

www.digitalaltitude.co/products/aspire/
start. Want to learn to turn your Passion into Profits? Or maybe you have already started one and don't know what to do next. In Aspire, you will gain access to resources that will set you on the right track.
• 60+ Hours Of Digital Business Video Trainings: 7 simple steps to start-up, 3 steps to set-up and 3-steps to promote your business.
• Private Digital Client For Life Coaches: Exclusive 1 on 1 access to the world's best coaches who will help you reach your goals.
• 7-Figure Sales Funnels & Websites: Automated sales funnels designed by 7-figure marketers to automate the sales process.
• Follow Up Sequences & Sales Automation: Discover how to follow-up, automate and leverage your effort for bigger profits.
JOIN NOW
ASPIRE
ASPIRE
ASPIRE
Digital Business Success System
It's not just the incredible training and resources that make Aspire great. It also comes packed with done-for-you product options that you can sell right out of the gate.
• High Commission Back End Products: We've built resellable back-end products for you so you can leverage top-tier commissions while you learn.
• Done-For-You Branding Solutions: Tailor-made branding solutions that will send your conversions--and sales-through the roof.
• Traffic & Social Media Solutions: Traffic is the lifeblood of any online business and we have solutions forged from years of trial and error
Help
www.digitalaltitude.co/joinaspire



www.digitalaltitude.co/products/aspire/
ASPIRE
Digital Business Success System
Aspire is much more than just a training or coaching program. We went out of our way to pack this system complete with the features you need, from merchant & payroll services to customer support.
• Merchant & Payroll Services: We take the headache out of accounting, funding and cashflow with time-saving resources that make your life easier.
• Support, Forums & Live Chat: Live support and instant availability is paramount to retaining customers. Naturally, we have it covered.
• Community & Leadership: You get exclusive "VIP" access to our network of business leaders and experts, to coach you all the way to success.
• Networking, Live Events & Coaching: They say your net worth is determined by your network. Our networking events that will show you how true that really is!
JOIN NOW
ASPIRE
Hiker
Membership Includes:
NEW
NEW
Help



www.digitalaltitude.co/products/aspire/
Help
APEX
APEX
Digital Business Legacy Experience
ASPIRE
Climber
Membership Includes:
• 60% Commission
• 3 Tiers of Payout
• Members Area
• Start Up Training Videos
• Weekly Training
• Live Climber Training
• Monthly Conference Calls
• Additional Sales Funnels
• Sales Assistance
• Done-For-Solutions
• Traffic Solutions
• Client For Life Coaches
• Tools & Resources
JOIN NOW
JOIN NOW

EX 39
1283

www.digitalaltitude.co/products/aspire/
ASPIRE
• 60% Commission
• 3 Tiers of Payout
• Members Area
• Start Up Training Videos
• Weekly Training
• Live Climber Training
• Monthly Conference Calls
• Additional Sales Funnels
• Sales Assistance
• Done-For-Solutions
• Traffic Solutions
• Client For Life Coaches
• Tools & Resources
JOIN NOW
APEX
APEX
Digital Business Legacy Experience
PEAK
PEAK
Digital Business Prosper Retreat
ASCEND
ASCEND
Digital Business Profit Workshop
RISE
RISE
Help

www.digitalaltitude.co/products/aspire/
Digital Business Legacy Experience
PEAK
PEAK
Digital Business Prosper Retreat
ASCEND
ASCEND
Digital Business Profit Workshop
RISE
RISE
Digital Marketing Mastery Course
BASE
BASE
Digital Business Mastery Course
Terms of Service | Earnings Disclaimer | Policies & Procedures | Privacy Policy | Refund Policy
No Referral
ASPIRE RISE BASE ASCEND PEAK APEX
© 2015 - 2017 Digital Altitude LLC All Rights Reserved Ph# (800) 820-7589 Email: support@digitalaltitude.co
Help
www.digitalaltitude.co/joinaspire

# Attachment B

# Terms of Service

Introduction

Welcome to DIGITALALTITUDE.CO. This website is owned and operated by DIGITAL ALTITUDE LLC. By visiting our website and accessing the information, resources, services, products, and tools we provide, you understand and agree to accept and adhere to the following terms and conditions as stated in this policy (hereafter referred to as 'User Agreement'), along with the terms and conditions as stated in our

Privacy Policy (please refer to the Privacy Policy section below for more information).

This agreement is in effect as of Sep 08, 2015. We reserve the right to change this User Agreement from time to time without notice. You acknowledge and agree that it is your responsibility to review this User Agreement periodically to familiarize yourself with any modifications. Your continued use of this site after such modifications will constitute acknowledgment and agreement of the modified terms and conditions.

Responsible Use and Conduct

By visiting our website and accessing the information, resources, services, products, and tools we provide for you, either directly or indirectly (hereafter referred to as 'Resources'), you agree to use these Resources only for the purposes intended as permitted by (a) the terms of this User Agreement, and (b) applicable laws, regulations and generally accepted online practices or guidelines.

Wherein, you understand that:

a. In order to access our Resources, you may be required to provide certain information about yourself (such as identification, contact details, etc.) as part of the registration process, or as part of your ability to use the Resources. You agree that any information you provide will always be accurate, correct, and up to date.

b. You are responsible for maintaining the confidentiality of any login information associated with any account you use to access our Resources. Accordingly, you are responsible for all activities that occur under your account/s.

c. Accessing (or attempting to access) any of our Resources by any means other than through the means we provide, is strictly prohibited. You specifically agree not to access (or attempt to access) any of our Resources through any automated, unethical or unconventional means.

d. Engaging in any activity that disrupts or interferes with our Resources, including the servers and/or networks to which our Resources are located or connected, is strictly prohibited.

e. Attempting to copy, duplicate, reproduce, sell, trade, or resell our Resources is strictly prohibited.

EX 39
1287

f. You are solely responsible any consequences, losses, or damages that we may directly or indirectly incur or suffer due to any unauthorized activities conducted by you, as explained above, and may incur criminal or civil liability.

g. We may provide various open communication tools on our website, such as blog comments, blog posts, public chat, forums, message boards, newsgroups, product ratings and reviews, various social media services, etc. You understand that generally we do not prescreen or monitor the content posted by users of these various communication tools, which means that if you choose to use these tools to submit any type of content to our website, then it is your personal responsibility to use these tools in a responsible and ethical manner. By posting information or otherwise using any open communication tools as mentioned, you agree that you will not upload, post, share, or otherwise distribute any content that:

i. Is illegal, threatening, defamatory, abusive, harassing, degrading, intimidating, fraudulent, deceptive, invasive, racist, or contains any type of suggestive, inappropriate, or explicit language;

ii. Infringes on any trademark, patent, trade secret, copyright, or other proprietary right of any party;

Iii. Contains any type of unauthorized or unsolicited advertising;

Iiii. Impersonates any person or entity, including any digitalaltitude.co employees or representatives.We have the right at our sole discretion to remove any content that, we feel in our judgment does not comply with this User Agreement, along with any content that we feel is otherwise offensive, harmful, objectionable, inaccurate, or violates any 3rd party copyrights or trademarks. We are not responsible for any delay or failure in removing such content. If you post content that we choose to remove, you hereby consent to such removal, and consent to waive any claim against us.

h. We do not assume any liability for any content posted by you or any other 3rd party users of our website. However, any content posted by you using any open communication tools on our website, provided that it doesn't violate or infringe on any 3rd party copyrights or trademarks, becomes the property of DIGITAL ALTITUDE LLC, and as such, gives us a perpetual, irrevocable, worldwide, royaltyfree, exclusive license to reproduce, modify, adapt, translate, publish, publicly display and/or distribute as we see fit. This only refers and applies to content posted via open communication tools as described, and does not refer to information that is provided as part of the registration process, necessary in order to use our Resources. All information provided as part of our registration process is covered by our privacy policy.

i. You agree to indemnify and hold harmless DIGITAL ALTITUDE LLC and its parent company and affiliates, and their directors, officers, managers, employees, donors, agents, and licensors, from and against all losses, expenses, damages and costs, including reasonable attorneys' fees, resulting from any violation of this User Agreement or the failure to fulfill any obligations relating to your account incurred by you or any other person using your account. We reserve the right to take over the exclusive defense of any claim for which we are entitled to indemnification under this User Agreement. In such event, you shall provide us with such cooperation as is reasonably requested by us.

Privacy

Your privacy is very important to us, which is why we've created a separate Privacy Policy in order to explain in detail how we collect, manage, process, secure, and store your private information. Our

EX 39
1288

privacy policy is included under the scope of this User Agreement. To read our privacy policy in its entirety, click here.

Limitation of Warranties

By using our website, you understand and agree that all Resources we provide are "as is" and "as available". This means that we do not represent or warrant to you that:

i) the use of our Resources will meet your needs or requirements.

ii) the use of our Resources will be uninterrupted, timely, secure or free from errors.

iii) the information obtained by using our Resources will be accurate or reliable, and

iv) any defects in the operation or functionality of any Resources we provide will be repaired or corrected.

Furthermore, you understand and agree that:

v) any content downloaded or otherwise obtained through the use of our Resources is done at your own discretion and risk, and that you are solely responsible for any damage to your computer or other devices for any loss of data that may result from the download of such content.

vi) no information or advice, whether expressed, implied, oral or written, obtained by you from DIGITAL ALTITUDE LLC or through any Resources we provide shall create any warranty, guarantee, or conditions of any kind, except for those expressly outlined in this User Agreement.

Limitation of Liability

In conjunction with the Limitation of Warranties as explained above, you expressly understand and agree that any claim against us shall be limited to the amount you paid, if any, for use of products and/or services. DIGITAL ALTITUDE LLC will not be liable for any direct, indirect, incidental, consequential or exemplary loss or damages which may be incurred by you as a result of using our Resources, or as a result of any changes, data loss or corruption, cancellation, loss of access, or downtime to the full extent that applicable limitation of liability laws apply.

Copyrights/Trademarks

All content and materials available on digitalaltitude.co, including but not limited to text, graphics, website name, code, images and logos are the intellectual property of DIGITAL ALTITUDE LLC, and are protected by applicable copyright and trademark law. Any inappropriate use, including but not limited to the reproduction, distribution, display or transmission of any content on this site is strictly prohibited, unless specifically authorized by DIGITAL ALTITUDE LLC.

Termination of Use

You agree that we may, at our sole discretion, suspend or terminate your access to all or part of our website and Resources with or without notice and for any reason, including, without limitation, breach of this User Agreement. Any suspected illegal, fraudulent or abusive activity may be grounds for terminating your relationship and may be referred to appropriate law enforcement authorities. Upon suspension or termination, your right to use the Resources we provide will immediately cease, and we reserve the right to remove or delete any information that you may have on file with us, including any account or login information.

Governing Law

This website is controlled by DIGITAL ALTITUDE LLC from our offices located in the state of Delaware, USA. It can be accessed by most countries around the world. As each country has laws that may differ from those of Delaware, by accessing our website, you agree that the statutes and laws of Delaware, without regard to the conflict of laws and the United Nations Convention on the International Sales of Goods, will apply to all matters relating to the use of this website and the purchase of any products or services through this site. Furthermore, any action to enforce this User Agreement shall be brought in the federal or state courts located in USA, Delaware. You hereby agree to personal jurisdiction by such courts, and waive any jurisdictional, venue, or inconvenient forum objections to such courts.

Guarantee

UNLESS OTHERWISE EXPRESSED, DIGITAL ALTITUDE LLC EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.

Contact Information

'f you have any questions or comments about these our Terms of Service as outlined above, you can

Contact us by emaling support@digitalaltitude.co or via mail at:

DIGITAL ALTITUDE LLC
16192 COASTAL HWY
LEWES, DE 19958
USA

DIGITAL ALTITUDE LIMITED
Third Floor 207 Regent Street
London, W1B 3HH
United Kingdom

© 2015 Digital Altitude LLC All Rights Reserved. Ph#: (800) 820-7589 Email: support@digitalaltitude.co

# Attachment C

EX 39
1291



# Digital Altitude Affiliate Policies and Procedures

**SECTION 1 -- INTRODUCTION**

**SECTION 1 -- 1 -- Policies and Compensation Plan Incorporated into Affiliate Agreement**

These Policies and Procedures, in their present form and as amended by Digital Altitude (hereafter "Digital Altitude" or the "Company"), are incorporated into, and form an integral part of, the Affiliate Agreement. It is the responsibility of each Affiliate to read, understand, adhere to, and insure that he or she is aware of and operating under the most current version of these Policies and Procedures. Throughout these Policies, when the term "Agreement" is used, it collectively refers to the Digital Altitude Affiliate Agreement, these Policies and Procedures, and the Digital Altitude Compensation Plan. These documents are incorporated by reference into the Digital Altitude Affiliate Agreement (all in their current form and as amended by Digital Altitude).

**SECTION 1 -- 2 -- Changes to the Agreement**

Digital Altitude reserves the right to amend the Agreement and its prices in its sole and absolute discretion. By entering into the Affiliate Agreement, an Affiliate agrees to abide by all amendments or modifications that Digital Altitude elects to make. Amendments shall be effective 30 days after publication of notice that the Agreement has been modified. Amendments shall not apply retroactively to conduct that occurred prior to the effective date of the amendment. Notification of amendments shall be published by one or more of the following methods: (1) posting on the Company's official web site; (2) electronic mail (e--mail); (3) posting in Affiliates' back--offices; (4) inclusion in Company periodicals; or (5) special mailings. The continuation of an Affiliate's Digital Altitude business, the acceptance of any benefits under the Agreement, or an Affiliate's acceptance of commissions from the sale of Digital Altitude products or services constitutes acceptance of all amendments.

**Section 1 -- 3 Delays**

Digital Altitude shall not be responsible for delays or failures in performance of its obligations when performance is made commercially impracticable due to circumstances beyond its reasonable control. This includes, without limitation, strikes, labor difficulties, riot, war, fire, death, curtailment of a party's source of supply, or government decrees or orders.

**SECTION 1 -- 3 -- Policies and Provisions Severable**

If any provision of the Agreement, in its current form or as may be amended, is found to be invalid or unenforceable for any reason, only the invalid portion(s) of the provision shall be severed and the remaining terms and provisions shall remain in full force and effect. The severed provision, or portion thereof, shall be reformed to reflect the purpose of the provision as closely as possible.

**SECTION 1 -- 4 -- Waiver**

The Company never gives up its right to insist on compliance with the Agreement and with the applicable laws governing the conduct of a business. No failure of Digital Altitude to exercise any right or power under the Agreement or to insist upon strict compliance by an Affiliate with any obligation or provision of the Agreement, and no custom or practice of the parties at variance with the terms of the Agreement, shall constitute a waiver of Digital Altitude's right to demand exact compliance with the Agreement. The existence of any claim or cause of action of an Affiliate against

Digital Altitude shall not constitute a defense to Digital Altitude's enforcement of any term or provision of the Agreement.

**SECTION 2 -- BECOMING AN AFFILIATE**

**SECTION 2 -- 1 -- Requirements to Become an Affiliate**

To become an Digital Altitude Affiliate, each applicant must:

Be at least 18 years of age;

Reside in the United States, a U.S. Territory, or any country that Digital Altitude has officially announced is open for business;

Provide Digital Altitude with his or her valid Social Security number or Federal Tax ID number;

Submit a properly completed Affiliate Agreement to Digital Altitude;

Digital Altitude services by customers and the payment of commissions to me; and

Personally sponsored the sale of an Digital Altitude product or service to an end consumer customer.

Until such time as each of the above takes place, and Digital Altitude has accepted the Affiliate Agreement, an applicant is not an Affiliate. Nonetheless, such an applicant remains bound by the terms and conditions of the Agreement and agrees to abide by them.

Digital Altitude reserves the right to accept or reject any Affiliate Agreement for any reason or no reason.

**SECTION 2 -- 2 -- No Product or Service Purchase Required**

No person is required to purchase Digital Altitude services, sales aids to become an Affiliate.

**SECTION 2 -- 3 -- Affiliate Benefits**

Once an Affiliate Agreement has been accepted by Digital Altitude, and the requirements of Section 2.1 have been satisfied, the benefits of the Compensation Plan and the Affiliate Agreement are available to the new Affiliate. These benefits include the right to:

Promote the Digital Altitude platform;

Participate in the Digital Altitude Compensation Plan (receive commissions from the sale of

Digital Altitude products and services, if eligible);

Sponsor other individuals as Affiliates into the Digital Altitude business and thereby, build a Marketing Organization and progress through the Digital Altitude Compensation Plan

Receive periodic Digital Altitude literature and other Digital Altitude communications

Participate in Digital Altitude--sponsored support, service, training, motivational and recognition functions, upon payment of appropriate charges, if applicable

Participate in promotional and incentive contests and programs sponsored by Digital Altitude for its Affiliates.

**SECTION 2 -- 4 -- Term and Renewal of Your Independent Digital Altitude Business**

The term of the Affiliate Agreement is month to month from the date of its acceptance by Digital Altitude (subject to prior termination or reclassification pursuant to Section 6), and shall automatically renew for successive terms unless either party notifies the other party that it does not wish to renew

the Agreement.

**Section 2 – 5 – Adherence to the Digital Altitude Compensation Plan**

Affiliate must adhere to the terms of the Digital Altitude Pay and Benefits Package as set forth in official Digital Altitude literature. Affiliate shall not offer the Digital Altitude opportunity through, or in combination with, any other system, program, Co--op, leads, sales tools, or method of marketing other than that specifically set forth in official Digital Altitude literature. Affiliate shall not require or encourage other current or prospective Affiliate to participate in Digital Altitude in any manner that varies from the program as set forth in official Digital Altitude literature. Affiliates shall not require or encourage other current or prospective customers or Affiliates to execute any agreement or contract other than official Digital Altitude agreements and contracts in order to become am Digital Altitude Affiliate. Similarly, Affiliate shall not require or encourage other current or prospective Customers or Affiliates to make any purchase from, or payment to, any individual or other entity to participate in the Compensation Plan other than those purchases or payments identified as recommended or required in official Digital Altitude literature.

**SECTION 3 -- OPERATING AN INDEPENDENT Digital Altitude BUSINESS**

**SECTION 3 -- 1 --  Affiliate Marketing**

Affiliates shall not require or encourage other current or prospective customers or Affiliates to execute any agreement or contract other than official Digital Altitude agreements and contracts in order to subscribe to or purchase Digital Altitude services or to become Digital Altitude Affiliates. Similarly, Affiliates shall not require or encourage other current or prospective customers or Affiliates to make any purchase from, or payment to, any individual or other entity to participate in the Digital Altitude Compensation Plan other than those purchases or payments identified as recommended or required in official Digital Altitude literature.

**SECTION 3 -- 2 --  Advertising**

**SECTION 3 -- 2 -- 1 --  General**

All Affiliates shall safeguard and promote the good reputation of Digital Altitude and its products. The marketing and promotion of Digital Altitude, the Digital Altitude opportunity, the Compensation Plan, and Digital Altitude services must avoid all discourteous, deceptive, misleading, unethical or immoral conduct or practices.

Affiliates may develop their own advertising and promotional materials so long as Digital Altitude properly authorizes such materials. It is the Affiliate's obligation to ensure that his or her marketing activities are truthful, are not deceptive and do not mislead customers or potential Affiliates in any way. No income claims or representations may be included in such materials unless a copy of the Digital Altitude Income Disclosure Statement is incorporated into the advertising or promotional material or the Internet address of the current Income Disclosure Statement is incorporated into the materials.

To promote both the platform and the opportunity Digital Altitude has to offer, Affiliates must use the sales aids and support materials produced by Digital Altitude. If Digital Altitude Affiliates develop their own sales aids and promotional materials (which includes Internet advertising), notwithstanding Affiliates' good intentions, they may unintentionally violate any number of statutes or regulations affecting the Digital Altitude business. These violations, although they may be relatively few in number, could jeopardize the Digital Altitude opportunity for all Affiliates. Accordingly,

Affiliates must submit all written sales aids, promotional materials, advertisements, websites and other literature to the Company for Company's approval prior to use. Unless the affiliate receives specific written approval to use the material, the request shall be deemed denied. The marketing and promotion of Digital Altitude, the Digital Altitude opportunity, the Compensation Plan, and the Digital Altitude platform shall be consistent with the public interest, and must avoid all discourteous, deceptive, misleading, unethical or immoral conduct or practices. Affiliates will not make false or misleading statements about the sales opportunity. Affiliates may not sell sales aids to other Digital Altitude Affiliates. Therefore, Affiliates who receives authorization from Digital Altitude to produce their own sales aids may not sell such material to any other Digital Altitude Affiliate. Digital Altitude further reserves the right to rescind approval for any sales tools, promotional materials, advertisements, or other literature, and Affiliate waive all claims for damages or remuneration arising from or relating to such rescission.

**SECTION 3 -- 2 -- 2 --  Trademarks and Copyrights**

The name of Digital Altitude and other names as may be adopted by Digital Altitude are proprietary trade names, trademarks and service marks of Digital Altitude (collectively "marks"). As such, these marks are of great value to Digital Altitude and are supplied to Affiliates for their use only in an

expressly authorized manner. Digital Altitude will not allow the use of its trade names, trademarks, designs, or symbols, or any derivatives of such marks, by any person, including Digital Altitude Affiliates, in any unauthorized manner.

Affiliates may not use or attempt to register any of Digital Altitude's trade names, trademarks, service names, service marks, product names, the Company's name, or any derivative thereof, for any Internet domain name, e--mail address, or online alias. Additionally, an Affiliate cannot use or register domain names, email addresses, and/or online aliases that could cause confusion, or be misleading or deceptive, in that they cause individuals to believe or assume the communication is from, or is the property of Digital Altitude.

The content of all Company sponsored events is copyrighted material. Affiliates may not produce for sale or distribution any recorded Company events, presentations, and speeches. Nor may Affiliates reproduce for sale or for personal use any recording of Company--produced audio or videotape presentations.

As an independent Affiliate, you may use the Digital Altitude name in the following manner:

Affiliate's Name

Independent Digital Altitude Affiliate

*Example:*

Alice Smith

Independent Digital Altitude Affiliate

For example, an Affiliate may not secure the domain name www.digitalaltitude.co, nor may an Affiliate create an email address such as support@digitalaltitude.co. Additionally, an Affiliate may only use the phrase *Independent Digital Altitude Affiliate* in telephone greetings or on

an answering machine to clearly separate the Affiliate's independent Digital Altitude business from

Digital Altitude.

**SECTION 3 -- 2 -- 3 -- Media and Media Inquiries**

No press releases may be issued by anyone other than Digital Altitude. No exceptions. Affiliates must not attempt to respond to media inquiries regarding Digital Altitude, its products or services, or their independent Digital Altitude business. All inquiries by any type of media must be immediately referred to the Legal Department at support@digitalaltitude.co. This policy is designed to assure that accurate and consistent information is provided to the public as well as a proper public image. Affiliates must not utilize radio or television media, including radio or television infomercials, for the advertising, distribution or promotion of the Digital Altitude products or opportunity with the express consent of Digital Altitude. In the unlikely event that Digital Altitude does grant permission for the use of such media, Digital Altitude reserves the right to have final authority and final approval before any releases of media, on every stage of the production process with full rights to all recordings.

**SECTION 3 -- 2 -- 4 -- Unsolicited Email**

EX 39
1296

Digital Altitude does not permit Affiliates to send unsolicited commercial emails unless such emails strictly comply with applicable laws and regulations including, without limitation, the federal CAN SPAM Act. Any email sent by an Affiliate that promotes Digital Altitude, the Digital Altitude opportunity, or Digital Altitude services must comply with the following:

There must be a functioning return email address to the sender.

There must be a notice in the email that advises the recipient that he or she may reply to the email, via the functioning return email address, to request that future email solicitations or correspondence not be sent to him or her (a functioning "opt--out" notice).

The email must include the Affiliate's physical mailing address.

The email must clearly and conspicuously disclose that the message is an advertisement or solicitation.

The use of deceptive subject lines and/or false header information is prohibited.

All opt--out requests, whether received by email or regular mail, must be honored. If an Affiliate receives an opt--out request from a recipient of an email, the Affiliate must forward the opt--out request to the Company.

Digital Altitude may periodically send commercial emails on behalf of Affiliates. By entering into the Affiliate Agreement, Affiliate agrees that the Company may send such emails and that the Affiliate's physical and email addresses will be included in such emails as outlined above. Affiliates shall honor opt--out requests generated as a result of such emails sent by the Company.

**SECTION 3 -- 2 -- 5 -- Unsolicited Faxes**

Except as provided in this section, Affiliates may not use or transmit unsolicited faxes in connection with their Digital Altitude businesses. The term "unsolicited faxes" means the transmission via telephone facsimile or computer of any material or information advertising or promoting Digital Altitude, its products, its compensation plan or any other aspect of the company which is transmitted to any person, except that these terms do not include a fax: (a) to any person with that person's prior express invitation or permission; or (b) to any person with whom the Affiliate has an established

business or personal relationship. The term "established business or personal relationship" means a prior or existing relationship formed by a voluntary two way communication between an Affiliate and a person, on the basis of: (a) an inquiry, application, purchase or transaction by the person regarding products offered by such Affiliate; or (b) a personal or familial relationship, which relationship has not been previously terminated by either party.

**SECTION 3 -- 2 -- 6 -- Telephone Directory Listings**

Affiliates may list themselves as an "Independent Digital Altitude Affiliate" in the white or yellow pages of the telephone directory, or with online directories, under their own name. No Affiliate may place telephone or online directory display ads using Digital Altitude's name or logo. Affiliates may not answer the telephone by saying "Digital Altitude", "Digital Altitude Incorporated", or in any other manner that would lead the caller to believe that he or she has reached corporate offices of Digital Altitude. If an Affiliate wishes to post his or her name in a telephone or online directory, it must be listed in the following format:

Affiliate's Name

Independent Digital Altitude Affiliate

**SECTION 3 -- 2 -- 7 -- Television and Radio Advertising**

Affiliates may not advertise on television or radio except with Digital Altitude's express written approval.

**SECTION 3 -- 3 -- Online Conduct**

If an Affiliate desires to utilize an Internet web page to promote his or her business, he or she may do so through the www.digitalaltitude.co replicated web site. Alternatively, Affiliates may develop their own web pages, however, any Affiliate who does so: (a) must use the text of the company's official web site; (b) may not supplement the content of his or her web site with text from any source other than the company; and (c) may not promote or sell any non--Digital Altitude products or opportunity.

The use of any other web site or web page (including without limitation auction sites such as eBay) to promote Digital Altitude products or the Digital Altitude opportunity is a material breach of these Policies and Procedures.

**SECTION 3 -- 3 -- 1 -- Affiliate Web Sites**

Affiliates may create their own websites to promote the Digital Altitude opportunity and the Company's platform, so long as the website and its content comply with the terms of the Agreement. It is the Affiliate's obligation to ensure that his or her online marketing activities are truthful, are not deceptive and do not mislead customers or potential Affiliates in any way. Websites and web promotion activities and tactics that mislead or are deceptive, regardless of intent, will result in disciplinary action. Misleading tactics include, but are not limited to, spam linking (or blog spam), unethical search engine optimization ("SEO") tactics, misleading click--through ads (i.e. having the display URL of a Pay--Per--Click ("PPC") campaign appear to be directed to an official Digital Altitude Corporate Site when it in fact goes elsewhere), deceptive or misleading banner ads, and deceptive or misleading press releases. Digital Altitude will be the sole determinant of truthfulness and whether specific activities are misleading or deceptive.

If there are any income claims or representations contained within an Affiliate's website, there must be a link to the Digital Altitude Income Disclosure Statement immediately adjacent to any such claim

or representation.

**SECTION 3 -- 3 -- 2 -- Affiliate Website Content**

Affiliates are solely responsible and liable for the content, messaging, claims, and information included in their websites and must ensure that it appropriately represents and enhances the Digital Altitude brand and adheres to the terms of the Agreement. Additionally, such websites must not contain disingenuous popup ads or promotions or malicious code. Decisions and corrective actions in this area are at Digital Altitude's sole discretion. The content of any website that promotes the Digital Altitude opportunity or Digital Altitude's platform must be suitable for viewing by all persons and age groups. Such websites may not contain any material that:

Is sexually explicit, obscene, or pornographic;

Is offensive, profane, hateful, threatening, harmful, defamatory, libelous, harassing, or discriminatory (whether based on race, ethnicity, creed, religion, gender, sexual orientation, physical disability, or otherwise);

Is graphically violent, including any violent video game images;

Is solicitous of any unlawful behavior;

Engages in personal attacks on any individual, group, or entity;

Is in violation of any intellectual property rights of the Company or any third party; or

Use of words like (but not limited to): scam, scams, rip-off, con, cheat, fraud, swindle, scare, fear, warning or hoax.

**SECTION 3 -- 3 -- 3 -- Independent Affiliate Disclosure**

To avoid confusion, each page of an Affiliate's website must prominently disclose that the website is owned and operated by an Independent Digital Altitude Affiliate and not by the Company. To avoid confusion the following two elements must be prominently displayed at the top of every page of an independent Digital Altitude website developed by an Affiliate:

The Digital Altitude independent affiliate logo

The Affiliate's name and title (i.e., Alice Smith, Independent Digital Altitude Affiliate)

Although Digital Altitude brand themes and images are desirable for consistency, anyone landing on any page of an Affiliate's website must clearly understand that they are at an Independent Affiliate site, and not an Digital Altitude Corporate page.

**SECTION 3 -- 3 -- 4 -- Social Media and Digital Media**

In addition to meeting all other requirements specified in these Policies and Procedures, should an Affiliate utilize any form of social media, including but not limited to: Facebook, Twitter, LinkedIn, YouTube, Pinterest, or the Affiliate agrees to each of the following:

No product sales or enrollments may occur on any social media site. To generate sales, a social media site must link only to the Digital Altitude website.

It is each Affiliate's responsibility to follow the social media site's terms of use. If the social media site does not allow its site to be used for commercial activity, you must abide by the site's terms of use.

Any social media site that is directly or indirectly operated or controlled by an Affiliate that is used to discuss or promote Digital Altitude's products or the Digital Altitude opportunity

may not link to any website, social media site, or site of any other nature, other than the Digital Altitude website.

Social Media may be used by Affiliates to share information about the Digital Altitude business opportunity and Digital Altitude services, provided such information complies with the terms of the Agreement. Profiles an Affiliate generates in any social community where Digital Altitude is discussed or mentioned must clearly identify the Affiliate as an Independent Digital Altitude Affiliate and not as an employee, agent, or corporate representative of the Company. Affiliates may not upload, submit or publish any content to (including but not limited to) Facebook, YouTube, Twitter or Pinterest any video, audio, presentations or any computer files received from Digital Altitude or captured at official Digital Altitude events or in buildings owned or operated by Digital Altitude. No income claims or representations may be made when participating in a social networking site unless a link to the Company's current Income Disclosure Statement is provided.

Affiliates may not use online classifieds (including Craigslist) to list, sell, or retail specific Digital Altitude products. Affiliates may use online classifieds (including Craigslist) for prospecting, recruiting, sponsoring and informing the public about the Digital Altitude business opportunity.

Digital Altitude's products may not be listed on Amazon, eBay or any other online auction sites. Nor may Affiliate's enlist or knowingly allow a third party to sell products on Amazon, eBay or any other online auction sites.

**SECTION 3 -- 4 -- Change of Sponsor**

An Affiliate may only have one sponsor. Digital Altitude prohibits changes of sponsorship to uphold the integrity of the Commission Structure and downline.

**SECTION 3 -- 4 -- 1 -- Cancellation and Re--application**

An Affiliate may only change his or her Sponsor by voluntarily canceling his or her Affiliate Agreement and remaining inactive (*i.e.*, no promotion or sponsor of sales of Digital Altitude products or services, no sponsoring, no attendance at any Digital Altitude functions, no participation in any other form of Affiliate activity, no operation of any other Digital Altitude business, and no income from the Digital Altitude business) for six (6) full calendar months. Following the six--month period of inactivity, the former Affiliate may reapply under a new Sponsor. In that event, the former Affiliate's Marketing Organization will remain in the original line of sponsorship and the former Affiliate will start back as a new Affiliate with no downline.

**SECTION 3 -- 5 -- Waiver of Claims**

In cases in which the appropriate sponsorship change procedures have not been followed, and a downline organization has been developed in the second business developed by an Affiliate, Digital Altitude reserves the sole and exclusive right to determine the final disposition of the downline organization. Resolving conflicts over the proper placement of a downline that has developed under an organization that has improperly switched sponsors is often extremely difficult. Therefore, **AFFILIATES WAIVE ANY AND ALL CLAIMS AGAINST Digital Altitude, ITS OFFICERS, DIRECTORS, MANAGERS, MEMBERS, OWNERS, EMPLOYEES, AND AGENTS THAT RELATE TO OR ARISE FROM Digital Altitude'S DECISION REGARDING THE DISPOSITION OF ANY DOWNLINE ORGANIZATION THAT DEVELOPS BELOW AN ORGANIZATION THAT HAS IMPROPERLY CHANGED LINES OF SPONSORSHIP.**

**SECTION 3 -- 6 -- Unauthorized Claims and Actions**

**SECTION 3 -- 6 -- 1 -- Indemnification**

Digital Altitude services and the Compensation Plan, which are not expressly contained, in official Digital Altitude materials. This includes statements and representations made through all sources of communication media, whether person--to--person, in meetings, online, through Social Media, in print, or any other means of communication. Affiliates agree to indemnify Digital Altitude and Digital Altitude's directors, officers, managers, members, employees, and agents, and hold them harmless from all liability including judgments, civil penalties, refunds, attorney fees, court costs, or lost business incurred by Digital Altitude as a result of the Affiliate's unauthorized representations or actions. This provision shall survive the termination of the Affiliate Agreement.

**SECTION 3 -- 6 -- 2 -- Income Claims**

An Affiliate, when presenting or discussing the Digital Altitude opportunity or Compensation Plan to a prospective Affiliate, may not make income projections, income claims, or disclose his or her Digital Altitude income (including the showing of checks, copies of checks, bank statements, or tax records) unless, at the time the presentation is made, the Affiliate provides a current copy of the Digital Altitude Income Disclosure Statement (IDS) to the person(s) to whom he or she is making the presentation.

**SECTION 3 -- 6 -- 3 – Opportunity Claims**

When presenting or discussing the Digital Altitude opportunity or the Digital Altitude Compensation Plan, you must make it clear to prospects that financial success with Digital Altitude requires commitment, effort, and sales skill. Conversely, you must never represent that one can be successful without diligently applying themselves. Examples of misrepresentations in this area include:

It's a turnkey system;

"All In" Mentality – okay to encourage someone to go "All--In" for educational purposes and for help in building their business. However, behaviors that are not permitted: "Get All--In sit back and make money," "Go into debt," "forego paying your rent," "sell your car," "do it or you'll be removed from the team," "threats," "bashing," "name calling," or "alienation" in any manner;

The system will do the work for you;

Just get in and your downline will build through spillover;

Just join and I'll build your downline for you;

The company does all the work for you;

You don't have to sell anything; or

All you have to do is buy your products every month.

The above are just examples of improper representations about the Compensation Plan. It is important that you do not make these or any other representations that could lead a prospect to believe that they can be successful as an Digital Altitude Affiliate without commitment, effort, and sales skill.

**SECTION 3--6--4 – Tradeshows, Exhibitions and other Sales Forums**

Affiliates may display and/or sell Digital Altitude products or services at trade shows and professional expositions, provided the provisions of Section 3.2.2 are adhered to.

**SECTION 3--6--5 -- Income Disclosure Statement**

The Digital Altitude Income Disclosure Statement ("IDS") is designed to convey truthful, timely, and comprehensive information regarding the income that Digital Altitude Affiliates earn. In order to accomplish this objective, a copy of the IDS must be presented to a prospective Affiliate (someone who

presented or discussed, or any type of income claim or earnings representation is made.

The terms "income claim" and/or "earnings representation" (collectively "income claim") include: (1) statements of actual earnings, (2) statements of projected earnings, (3) statements of earnings ranges, (4) income testimonials, (5) lifestyle claims, and (6) hypothetical claims.

A lifestyle income claim typically includes statements (or pictures) involving large homes, luxury cars, exotic vacations, or other items suggesting or implying wealth. They also consist of references to the achievement of one's dreams, having everything one always wanted, and are phrased in terms of "opportunity" or "possibility" or "chance." Claims such as "My Digital Altitude income exceeded my salary after six months in the business," or "Our Digital Altitude business has allowed my wife to come home and be a full--time mom" also fall within the purview of "lifestyle" claims.

In any non--public meeting (e.g., a home meeting, one--on--one, regardless of venue) with a prospective Affiliate or Affiliates in which the Compensation Plan is discussed or any type of income claim is made, you must provide the prospect(s) with a copy of the IDS. In any meeting that is open to the public in which the Compensation Plan is discussed or any type of income claims is made, you must provide every prospective Affiliate with a copy of the. In any meeting in which any type of video display is utilized (e.g., monitor, television, projector, etc.) a slide of the IDS must be displayed continuously throughout the duration of any discussion of the Compensation Plan or the making of an income claim.

Copies of the IDS may be printed or downloaded without charge from the Affiliate Back Office. Affiliates who develop sales aids and tools in which the Compensation Plan or income claims are

present must incorporate the IDS into each such sales aid or tool prior to distribution to prospective

Affiliates.

**SECTION 3 -- 7 -- Conflicts of Interest**

**SECTION 3 -- 7 -- 1 -- Non solicitation**

Digital Altitude Affiliates are free to participate in other affiliate, multilevel or network marketing business ventures or marketing opportunities. However, such Affiliates agree that they shall not, during the term of this Agreement and following its termination for any reason, use Digital Altitude's confidential or trade secret information to solicit or recruit any person or entity to participate in any such venture for a period of one year. Nor shall an Affiliate use any such confidential and proprietary trade secret information in any way in association with such Affiliate's participation in any other affiliate, multilevel or network marketing venture.

**SECTION 3.7.2 Affiliate Participation in Other Programs**

If an Affiliate is engaged in other non--Digital Altitude programs, it is the responsibility of the Affiliate's to ensure that his or her Digital Altitude business is operated entirely separate and apart from any other program. To this end, the following must be adhered to:

Affiliates shall not display Digital Altitude promotional materials, sales aids, products or services with or in the same location as any non--Digital Altitude promotional materials, sales aids, products or services.

Affiliates shall not offer the Digital Altitude opportunity, products or services to prospective or existing Customers or Affiliates in conjunction with any non--Digital Altitude program, opportunity, product or service.

Affiliate may not offer any non--Digital Altitude opportunity, products, services or opportunity at any Digital Altitude--related meeting, seminar, convention, webinar, teleconference, or other function.

**SECTION 3 -- 7 -- 2 -- Confidential Information**

"Confidential Information" includes, but is not limited to, customer and Affiliate lists, the identities of Digital Altitude customers and Affiliates, contact information of Digital Altitude customers and Affiliates, and Affiliates' personal and downline sales information. Confidential Information is, or may be available, to Affiliates in their respective back--offices. Affiliate access to such Confidential Information is password protected, is confidential, and constitutes proprietary information and business trade secrets belonging to Digital Altitude. Such Confidential Information is provided to Affiliates in strictest confidence and is made available to Affiliates for the sole purpose of assisting Affiliates in working with their respective Marketing Organizations in the development of their Digital Altitude business. Affiliates may not use any Confidential Information for any purpose other than for developing their independent Digital Altitude businesses. When an Affiliate participates in other direct selling or multilevel marketing ventures, the Affiliate may not have access to certain Confidential Information, including, but not limited to, customer or Affiliate lists. Affiliates should use the Confidential Information to assist, motivate, and train their downline Affiliates, and for no other purpose. In so doing, an Affiliate may not disclose the Confidential Information to any third party, including, without limitation, his or her downline Affiliates. The Affiliate and Digital Altitude agree that, but for this agreement of confidentiality and nondisclosure, Digital Altitude would not provide Confidential Information to the Affiliate.

To protect the Confidential Information, an Affiliate shall not, on his or her own behalf, or on behalf of any other person, partnership, association, corporation or other entity:

Directly or indirectly disclose any Confidential Information to any third party;

Directly or indirectly disclose the password or other access code to his or her back--office;

Use any Confidential Information to compete with Digital Altitude or for any purpose other than promoting his or her Digital Altitude business; or

Recruit or solicit any Affiliate or customer of Digital Altitude listed on any report or in the Affiliate's back--office, or in any manner attempt to influence or induce any Affiliate or customer of Digital Altitude, to alter their business relationship with Digital Altitude.

The obligation of an Affiliate to not disclose any Confidential Information shall survive cancellation or termination of the Agreement, and shall remain effective and binding irrespective of whether an Affiliate's Agreement has been terminated, or whether the Affiliate is or is not otherwise affiliated with the Company.

**SECTION 3 -- 8 -- Recruiting and Soliciting Other Direct Sellers**

When recruiting or soliciting participants in other direct selling ventures to either purchase Digital Altitude services or to participate in the Digital Altitude opportunity, Affiliates must not encourage such persons to terminate or violate any term or condition of any agreements that they may have with other direct selling companies. Should an Affiliate engage in such activity, the Affiliate bears the risk of being sued by the other direct sales company. If any lawsuit, arbitration or mediation is brought against an Affiliate alleging that he or she engaged in inappropriate recruiting activity of its sales force or customers, Digital Altitude will not pay any of the Affiliate's defense costs or legal fees, nor will Digital Altitude indemnify the Affiliate for any judgment, award, or settlement.

**SECTION 3 -- 9 -- Errors or Questions**

If an Affiliate has questions about or believes any errors have been made regarding commissions, bonuses, downline activity reports, genealogy lists, or charges, the Affiliate must notify Digital Altitude in writing within 60 days of the date of the purported error or incident in question. Digital Altitude will not be responsible for any errors, omissions or problems not reported to the Company within 60 days.

**SECTION 3 -- 10 -- Governmental Approval or Endorsement**

Neither federal nor state regulatory agencies or officials approve or endorse any direct selling or network marketing companies or programs. Therefore, Affiliates shall not represent or imply that Digital Altitude or its Compensation Plan have been "approved," "endorsed" or otherwise sanctioned by any government agency.

**SECTION 3 -- 11 -- Income Taxes**

Each Affiliate is responsible for paying local, state, and federal taxes on any income generated as an Independent Affiliate. If an Affiliate's Digital Altitude business is tax exempt, the Federal tax identification number must be provided to Digital Altitude. Every year, Digital Altitude will provide an IRS Form 1099 MISC (Non--employee Compensation) earnings statement to each U.S. resident who: 1) Had earnings of over $600 in the previous calendar year; or 2) Made purchases during the previous calendar year in excess of $5,000.

Digital Altitude cannot provide Affiliates with any personal tax advice. Affiliates should consult with their own tax accountant, tax attorney, or other tax professional.

**SECTION 3 -- 12 -- Independent Contractor Status**

Affiliates are independent contractors. The agreement between Digital Altitude and its Affiliates does not create an employer/employee relationship, agency, partnership, or joint venture between the Company and the Affiliate. Affiliates shall not be treated as an employee for his or her services or for Federal or State tax purposes. All Affiliates are responsible for paying local, state, and federal taxes due from all compensation earned as an Affiliate of the Company. All Affiliates are responsible for paying local, state, and federal taxes due from all compensation earned

as an Affiliate of the Company. Digital Altitude is not responsible for withholding, and shall not withhold or deduct from a Representative's bonuses and commissions, if any, FICA or taxes of any kind, unless withholding becomes legally required. The Affiliate has no authority (expressed or implied), to bind the company to any obligation. Affiliates are not authorized to and will not incur any debt, expense, obligation, or open any checking account or credit card on behalf of, for, or in the name of Digital Altitude. Each Affiliate shall establish his or her own goals, hours, and methods of sale, so long as he or she complies with the terms of the Affiliate Agreement, these Policies and Procedures, and applicable laws. Each Affiliate shall be solely responsible for paying all expenses incurred, including but not limited to travel, food, lodging, secretarial, office, long distance telephone, and other expenses. Each Affiliate shall establish his or her own goals, hours, and methods of sales promotion, so long as he or she complies with the terms of the Affiliate Agreement, these Policies and Procedures, and applicable laws.

**SECTION 3 -- 13 -- International Marketing**

Affiliates are authorized to sponsor the sale of Digital Altitude products or services, and enroll Affiliates only in the countries in which Digital Altitude is authorized to conduct business, as announced in official Company literature. In addition, no Affiliate may, in any unauthorized country: (a) conduct sales,

enrollment or training meetings; (b) enroll or attempt to enroll potential customers or Affiliates; or (c) conduct any other activity for the purpose of sponsoring the sale of Digital Altitude products or services, establishing a Marketing Organization, or promoting the Digital Altitude opportunity.

**SECTION 3 -- 14 -- Bonus Buying**

All forms of Bonus buying are strictly prohibited. Bonus buying is strictly and absolutely prohibited. "Bonus buying" includes: (a) the enrollment of individuals or entities without the knowledge of and/or execution of an Independent Affiliate Application and Agreement by such individuals or entities; (b) the fraudulent enrollment of an individual or entity as a Affiliate or Customer; (c) the enrollment or attempted enrollment of nonexistent individuals or entities as Affiliate or Customers ("phantoms"); (d) the use of a credit card by or on behalf of a Affiliate or customer when the Affiliate or customer is not the account holder of such credit card; (3) Purchasing Digital Altitude merchandise on behalf of another Affiliates or customer, or under another Affiliate 's or Customer's I.D. number, to qualify for commissions or bonuses. Therefore, Affiliates agree that they shall not purchase Digital Altitude products or services for the sole purpose of qualifying for compensation under the Compensation Plan. Nor shall any Affiliate influence or attempt to influence any other Affiliate to do the same. Bonus buying also includes any mechanism or artifice to qualify for rank advancement, incentives, prizes, commissions or bonuses that is not driven by bona fide product or service purchases by end user consumers.

**SECTION 3 -- 15 -- Adherence to Laws and Ordinances**

Affiliates shall comply with all federal, state, and local laws and regulations in the conduct of their businesses. Many cities and counties have laws regulating certain home--based businesses. In most cases these ordinances are not applicable to Affiliates because of the nature of their business. However, Affiliates must obey those laws that do apply to them. If a city or county official tells an Affiliate that an ordinance applies to him or her, the Affiliate shall be polite and cooperative, and immediately send a copy of the ordinance to the Compliance Department of Digital Altitude.

**SECTION 3 -- 16 -- One Digital Altitude Business Per Affiliate and Per Household**

An Affiliate may operate or have an ownership interest, legal or equitable, as a sole proprietorship, partner, shareholder, trustee, or beneficiary, in only one Digital Altitude business. No individual may have, operate or receive compensation from more than one Digital Altitude business. Individuals of the same Household may not enter into or have an interest in more than one Digital Altitude Business. A "Household" is defined as all individuals who are living at or doing business at the same address, and who are related by blood, marriage, domestic partnership, or adoption, or who are living together as a family unit or in a family--like setting.

In order to maintain the integrity of the Digital Altitude Compensation Plan husbands and wives, domestic partnerships, or common--law couples (collectively referred to herein as "spouses") who wish to become Digital Altitude Affiliates must be jointly sponsored as one Digital Altitude business. Spouses, regardless of whether one or both are signatories to the Affiliate Agreement, may not own or operate any other Digital Altitude business, either individually or jointly, nor may they participate directly or indirectly (as a shareholder, partner, trustee, trust beneficiary, or have any other legal or equitable ownership) in the ownership or management of another Digital Altitude business in any form.

An exception to the one business per Affiliate/Household rule will be considered on a case--by--case basis if two Affiliates get married or move in together, or in cases of an Affiliate receiving an interest in another business through inheritance. Requests for exceptions to policy must be submitted in writing to

the Legal Department (support@digitalaltitude.co).

**SECTION 3 -- 17 -- Actions of Household Members or Affiliated Parties**

If any member of an Affiliate's immediate household engages in any activity, which, if performed by the Affiliate, would violate any provision of the Agreement, such activity will be deemed a violation by the Affiliate and Digital Altitude may take disciplinary action pursuant to these Policies and Procedures against the Affiliate. Similarly, if any individual associated in any way with a corporation, partnership, LLC, trust or other entity (collectively "Business Entity") violates the Agreement, such action(s) will be deemed a violation by the Business Entity, and Digital Altitude may take disciplinary action against the Business Entity. Likewise, if an Affiliate enrolls in Digital Altitude as a Business Entity, each Affiliated Party of the Business Entity shall be personally and individually bound to, and must comply with, the terms and conditions of the Agreement.

**SECTION 3.17.1 Business Entities**

A corporation, limited liability company, partnership or trust (collectively referred to as a "Business Entity") may apply to be a Digital Altitude Affiliate by submitting an Affiliate Application and Agreement along with a properly completed Business Entity Registration form and a properly completed IRS Form W--9 (Request for Taxpayer Identification Number). If an Affiliate enrolls online, the Business Entity Registration Form must be submitted to Digital Altitude within 30 days of the online enrollment. (If not received within the 30--day period, the Affiliate Agreement shall automatically terminate.) An Digital Altitude business may change its status under the same Enroller from an individual to a partnership, corporation or trust, or from one type of entity to another. There is a $25.00 fee for each change requested, which must be included with the written request and the completed Affiliate Application and Agreement. The Business Entity Registration form must be signed by all of the shareholders, members, partners or trustees. The Business Entity and its shareholders, members, managers, partners, trustees, or other parties with any ownership interest in, or management responsibilities for, the Business Entity (collectively "Affiliated Parties") are individually, jointly and severally liable for any indebtedness to Digital Altitude, compliance with the Digital Altitude Policies and Procedures, compliance with the Digital Altitude Representative Agreement, and all other obligations to Digital Altitude. Digital Altitude will recognize only one

EX 39
1306

individual in regard to any benefits received based on account performance. Be sure to indicate who shall receive said benefits (should any occur) when completing the Business Entity Registration Form. If no one is listed, Digital Altitude will believe it to be the first person listed on the form.

**SECTION 3 -- 18 -- Sale, Transfer or Assignment of an Independent Digital Altitude Business**

Although an Digital Altitude business is an independently operated business, the sale, transfer or assignment of an Digital Altitude business is subject to certain limitations. If an Affiliate wishes to sell his or her Digital Altitude business, the selling Affiliate must offer Digital Altitude the right of first refusal to purchase the business on the same terms as agreed upon with a third--party buyer. Digital Altitude shall have fifteen days from the date of receipt of the written offer from the seller to exercise its right of first refusal. If Digital Altitude elects not to purchase the business, the following criteria must be met:

The selling Affiliate must submit a $250 transfer fee to the Company to reimburse it for its expenses associated with the transaction.

Digital Altitude must approve the buyer or transferee prior to finalization of the purchase.

The buyer or transferee must become a qualified Digital Altitude Affiliate. If the buyer is

an active Digital Altitude Affiliate, he or she must first terminate his or her Digital Altitude business and wait six calendar months before acquiring any interest in a different Digital Altitude business.

Before the sale, transfer or assignment can be finalized and approved by Digital Altitude, any debt obligations the selling party has with Digital Altitude must be satisfied.

The selling party must be in good standing and not in violation of any of the terms of the

Agreement in order to be eligible to sell, transfer or assign an Digital Altitude business.

Prior to selling an independent Digital Altitude business or Business Entity interest, the selling Affiliate must notify Digital Altitude's Compliance Department in writing and advise of his or her intent to sell his or her Digital Altitude business or Business Entity interest. The selling Affiliate must receive written approval from Digital Altitude before proceeding with the sale. No changes in line of sponsorship can result from the sale or transfer of an Digital Altitude business.

The selling Affiliate agrees that they will not disparage, demean or otherwise criticize Digital Altitude for a minimum of one year, either written or verbal, after the sale or transfer of his/her Digital Altitude account. You agree that it would be impossible, impractical, or extremely difficult to fix the actual damages suffered by reason of such a violation. Therefore, if such a breach does occur, you hereby agree that Digital Altitude may determine to recover five thousand dollars ($5,000.00) for damages incurred, without prejudice to Digital Altitude's right to also seek injunctive or other equitable relief.

**SECTION 3.18.1 Financing**

Digital Altitude does not permit the use of any financing options or terms by an Affiliate to their team or prospects. This includes, but is not limited to: affiliate product and services purchases. All purchases are to be made through the Digital Altitude site and by no other

means. Violation of this policy may include suspension or termination of the Affiliate's Digital Altitude account.

**SECTION 3.18.2 -- General**

Each Affiliate must immediately notify Digital Altitude of all changes to the information contained on his or her Affiliate Application and Agreement. Affiliates may modify their existing Affiliate Agreement (i.e., change Social Security number to Federal I.D. number, or change the form of ownership from an individual proprietorship to a business entity owned by the Affiliate) by submitting a written request, a properly executed Affiliate Application and Agreement, and appropriate supporting documentation. Changes shall be processed only once per year. All changes must be submitted by November 30 to become effective on January 1 of the following year.

**SECTION 3 -- 19 -- Separation of an Digital Altitude Business**

Digital Altitude Affiliates sometimes operate their Digital Altitude businesses as husband-- wife partnerships, regular partnerships, LLCs, corporations, trusts, or other Business Entities. At such time as a marriage may end in divorce or a corporation, LLC, partnership, trust or other Business Entity may dissolve, arrangements must be made to assure that any separation or division of the business is accomplished so as not to adversely affect the interests and income of other businesses up or down the line of sponsorship.

During the divorce or entity dissolution process, the parties must adopt one of the following methods of operation:

One of the parties may, with consent of the other(s), operate the Digital Altitude business pursuant to an assignment in writing whereby the relinquishing spouse, shareholders, partners or trustees authorize Digital Altitude to deal directly and solely with the other spouse or non--relinquishing shareholder, partner or trustee.

The parties may continue to operate the Digital Altitude business jointly on a "business--as-- usual" basis, whereupon all compensation paid by Digital Altitude will be paid according to the status quo as it existed prior to the divorce filing or dissolution proceedings. This is the default procedure if the parties do not agree on the format set forth above.

Under no circumstances will the Marketing Organization of divorcing spouses or a dissolving business entity be divided. Digital Altitude will recognize only one Marketing Organization. In the event that parties to a divorce or dissolution proceeding are unable to resolve a dispute over the disposition of commissions and ownership of the business in a timely fashion as determined by the Company, the Affiliate Agreement shall be involuntarily canceled.

If a former spouse or former Business Entity partner, shareholder, or member has completely relinquished all rights in the original Digital Altitude business pursuant to a divorce or Business Entity dissolution, he or she is thereafter free to enroll under any Sponsor of his or her choosing without waiting six calendar months. In such event, the former spouse or former partner, shareholder or member shall have no rights to any Affiliates in their former Marketing Organization or to any former customer. They must develop the new business in the same manner, as would any other new Affiliate.

**SECTION 3 -- 20 -- Sponsoring Online**

When sponsoring a new Affiliate through the online enrollment process, the Sponsor may assist the new applicant in filling out the enrollment materials. However, the applicant must personally review and agree to the Affiliate Agreement. The Sponsor may not fill out or submit the Affiliate Agreement on behalf of the applicant.

**SECTION 3 -- 21 -- Death or Incapacity of an Affiliate**

The Affiliate Agreement is a contract for personal services. Upon the death or incapacitation of an Affiliate (as determined by Digital Altitude at its sole and absolute discretion), the Affiliate Agreement shall require the following.

To effect a testamentary transfer of a Digital Altitude business, the executor of the estate must provide the following to Digital Altitude: (1) an original death certificate; (2) certified letters testamentary or a letter of administration appointing an executor; and (3) written instructions from the authorized executor to Digital Altitude specifying to whom the business and income should be transferred.

To effect a transfer of a Digital Altitude business because of incapacity, the successor must provide the following to Digital Altitude: (1) a notarized copy of an appointment as trustee; (2) a notarized copy of the trust document or other documentation establishing the trustee's right to administer the Digital Altitude business; and (3) a completed Affiliate Agreement executed by the trustee.

**SECTION 3 -- 22 -- Telemarketing Techniques**

The Federal Trade Commission and the Federal Communications Commission each have laws that restrict telemarketing practices. Both federal agencies (as well as a number of states) have "do not call"

regulations as part of their telemarketing laws. Although Digital Altitude does not consider Affiliates to be "telemarketers" in the traditional sense of the word, these government regulations broadly define the term "telemarketer" and "telemarketing" so that your inadvertent action of calling someone whose telephone number is listed on the federal "do not call" registry could cause you to violate the law. Moreover, these regulations must not be taken lightly, as they carry significant penalties.

Therefore, Affiliates must not engage in telemarketing in the operation of their Digital Altitude businesses. The term "telemarketing" means the placing of one or more telephone calls to an individual or entity to induce the purchase of an Digital Altitude service, or to recruit them for the Digital Altitude opportunity. "Cold calls" made to prospective customers or Affiliates that promote either Digital Altitude's products or services or the Digital Altitude opportunity constitute telemarketing and are prohibited. However, a telephone call(s) placed to a prospective customer or Affiliate (a "prospect") is permissible under the following situations:

If the Affiliate has an established business relationship with the prospect. An "established business relationship" is a relationship between an Affiliate and a prospect based on the prospect's purchase, rental, or lease of goods or services from the Affiliate, or a financial transaction between the prospect and the Affiliate, within the eighteen (18) months immediately preceding the date of a telephone call to induce the prospect's purchase of a product or service.

In response to a prospect's personal inquiry or application regarding a product or service offered by the Affiliate, within the three (3) months immediately preceding the date of such a call.

If the Affiliate receives written and signed permission from the prospect authorizing the Affiliate to call. The authorization must specify the telephone number(s), which the Affiliate is authorized to call.

If the prospect is a family member, a personal friend, or an acquaintance. An "acquaintance" is someone with whom an Affiliate has at least a recent first--hand relationship within the preceding three months. Bear in mind, however, that if an Affiliate engages in "card collecting" with everyone the Affiliate meets and subsequently calling them, the FTC may consider this a form of telemarketing that is not subject to this exemption. Thus, if an Affiliate engages in calling "acquaintances," the Affiliate must make such calls on an occasional basis only and not make this a routine practice.

Affiliates shall not use automatic telephone dialing systems or software relative to the operation of their Digital Altitude businesses. Affiliates shall not place or initiate any outbound telephone call to any person that delivers any pre--recorded message (a "robocall") regarding or relating to the Digital Altitude products, and services.

**SECTION 3 -- 23 -- Back Office Access**

Digital Altitude makes online back offices available to its Affiliates. Back offices provide Affiliates access to confidential and proprietary information that may be used solely and exclusively to promote the development of an Affiliate's Digital Altitude business and to increase sales of Digital Altitude products. However, access to a back office is a privilege, and not a right. Digital Altitude reserves the right to deny Affiliates' access to the back office at its sole discretion.

**SECTION 3 -- 24 -- Change of Contact Information**

To ensure timely delivery of products, support materials, commissions, and tax documents, it is important that Digital Altitude's files are current. Street addresses are required for shipping. Affiliates planning to change any of their contact information or move must update their contact information via the Back Office function of the Digital Altitude website. To guarantee proper delivery, two weeks advance notice must be provided to Digital Altitude on all changes.

**SECTION 3 -- 25 -- Continuing Development Obligations**

**SECTION 3 -- 25 -- 1 -- Ongoing Training**

Any Affiliate who sponsors another Affiliate into Digital Altitude must perform a bona fide assistance and training function to ensure that his or her downline is properly operating his or her Digital Altitude business. Affiliates must have ongoing contact and communication with the Affiliates in their Marketing Organizations. Examples of such contact and communication may include, but are not limited to: newsletters, written correspondence, personal meetings, telephone contact, voice mail, electronic mail, and the accompaniment of downline Affiliates to Digital Altitude meetings, training sessions, and other functions. Upline Affiliates are also responsible to motivate and train new Affiliates in Digital Altitude product knowledge, effective sales techniques, the Digital Altitude Compensation Plan, and compliance with Company Policies and

Procedures. Communication with and the training of downline Affiliates must not, however, violate Sections 3.1 and/or 3.2 (regarding the development of Affiliate--produced sales aids and promotional materials).

Affiliates should monitor the Affiliates in their Marketing Organizations to guard against downline Affiliates making improper product or business claims, or engaging in any illegal or inappropriate conduct.

**SECTION 3 -- 25 -- 2 -- Increased Training Responsibilities**

As Affiliates progress through the various levels of leadership, they will become more experienced in sales techniques, product knowledge, and understanding of the Digital Altitude program. They will be called upon to share this knowledge with lesser--experienced Affiliates within their Marketing Organization.

**SECTION 3.25.3 – Ongoing Sales Responsibilities**

Regardless of their level of achievement, Affiliates have an ongoing obligation to continue to personally promote sales through the generation of new customers and through servicing their existing customers.

**SECTION 3 -- 26 -- Non--disparagement**

Digital Altitude values constructive criticisms and comments from Affiliates. All such comments should be submitted in writing to the Legal Department (legal@digitalaltitude.co). While Digital Altitude welcomes constructive input, negative comments and remarks made in the field by Affiliates about the Company, its products, or Compensation Plan serve no purpose other than to sour the enthusiasm of other Digital Altitude Affiliates. For this reason, and to set the proper example for their Marketing Organizations, Affiliates must not disparage, demean, or make negative remarks about Digital Altitude, other Digital Altitude Affiliates, Digital Altitude's products, the Compensation Plan, or Digital Altitude's directors, officers, or employees.

**SECTION 3 -- 27 -- Product Sales and Commissions**

The Digital Altitude Compensation Plan is based on the sale of the Digital Altitude products and services to end consumers. Affiliates must fulfill personal sales requirements as specified in the Digital Altitude

Compensation Plan (as well as meet other responsibilities set forth in the Agreement) to be eligible to earn commissions from the sale of the Digital Altitude platform. All commissions are paid directly to eligible Affiliates through the payment processing accounts that each Affiliate must activate.

**SECTION 3 -- 28 -- Refunds**

Due to the nature of Digital Altitude's online business, products are available at the time of purchase. As such, Digital Altitude has a strict 3--day return policy in effect, which begins from the date of purchase. The state of Montana has an exception to this rule based on their state's governing laws. Please see Section 4.5 for more information.

Affiliates receive commissions based on the actual sales of the platform to end consumers. When the Company issues a refund to a customer, the Affiliate who received a commission based on the sale of the refunded product or service agrees that he or she shall reimburse Digital Altitude the amount of the refund.

**SECTION 3 -- 29 -- Reports**

All information provided by Digital Altitude in downline activity or downline genealogy reports, including but not limited to downline sales information and downline sponsoring activity is believed to be accurate and reliable. Nevertheless, due to various factors including but not limited to the inherent possibility of human, digital, and mechanical error; the accuracy, completeness, and timeliness of orders; denial of credit card and electronic check payments; returned products; credit card and electronic check charge--backs; the information is not guaranteed by Digital Altitude or any persons creating or transmitting the information.

ALL PERSONAL AND DOWNLINE SALES INFORMATION IS PROVIDED "AS IS" WITHOUT WARRANTIES, EXPRESS OR IMPLIED, OR REPRESENTATIONS OF ANY KIND WHATSOEVER. IN PARTICULAR BUT WITHOUT LIMITATION THERE SHALL BE NO WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR USE, OR NONINFRINGEMENT.

TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, Digital Altitude AND/OR OTHER PERSONS CREATING OR TRANSMITTING THE INFORMATION WILL IN NO EVENT BE LIABLE TO ANY AFFILIATE OR ANYONE ELSE FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES THAT ARISE OUT OF THE USE OF OR ACCESS TO PERSONAL AND/OR DOWNLINE SALES INFORMATION (INCLUDING BUT NOT LIMITED TO LOST PROFITS, COMMISSIONS, LOSS OF OPPORTUNITY, AND DAMAGES THAT MAY RESULT FROM INACCURACY, INCOMPLETENESS, INCONVENIENCE, DELAY, OR LOSS OF THE USE OF THE INFORMATION), EVEN IF Digital Altitude OR OTHER PERSONS CREATING OR TRANSMITTING THE INFORMATION SHALL HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE FULLEST EXTENT PERMITTED BY LAW, Digital Altitude OR OTHER PERSONS CREATING OR TRANSMITTING THE INFORMATION SHALL HAVE NO RESPONSIBILITY OR LIABILITY TO YOU OR ANYONE ELSE UNDER ANY TORT, CONTRACT, NEGLIGENCE, STRICT LIABILITY, PRODUCTS LIABILITY OR OTHER THEORY WITH RESPECT TO ANY SUBJECT MATTER OF THIS AGREEMENT OR TERMS AND CONDITIONS RELATED THERETO.

Access to and use of Digital Altitude's online reporting services and your reliance upon such information is at your own risk. All such information is provided to you "as is". If you are dissatisfied with the accuracy or quality of the information, your sole and exclusive remedy is to discontinue use of and access to Digital Altitude's online reporting services and your reliance upon the information.

**SECTION 3 -- 30 -- Monthly Billing**

The subscription fees are automatically paid each month with a credit or debit card maintained on file with Digital Altitude. Affiliates may make adjustments to their monthly subscription in the back office of the Digital Altitude website.

**SECTION 4 -- DISPUTE RESOLUTION AND DISCIPLINARY PROCEEDINGS**

**SECTION 4 -- 1 -- Disciplinary Sanctions**

Violation of any term of the Agreement or the violation of any common law duty, including but not limited to any applicable duty of loyalty, or any illegal, fraudulent, deceptive or unethical business conduct, or any act or omission by an Affiliate that, in the sole discretion of the Company

may damage its reputation or goodwill (such damaging act or omission need not be related to the Affiliate's Digital Altitude business), may result, at Digital Altitude's discretion, in one or more of the following corrective measures:

Issuance of a written warning or admonition;

Requiring the Affiliate to take immediate corrective measures;

Suspension of the individual's Affiliate Agreement for one or more pay periods;

Transfer or removal of some or all of an Affiliate's downline Affiliates from the offending

Affiliate's Marketing Organization;

Involuntary termination of the offender's Affiliate Agreement;

Suspension and/or termination of the offending Affiliate's ability to access the Digital Altitude website Back Office; or

Any other measure expressly allowed within any provision of the Agreement or which Digital Altitude deems practicable to implement and appropriate to equitably resolve injuries caused partially or exclusively by the Affiliate's policy violation or contractual breach.

In all situations when a Suspension is issued and commissions withheld, commissions will be paid to Admin until such time that the suspended account is reinstated. The reason for this is to keep everyone honest in their dealings and allegations of wrongdoing. In situations deemed appropriate by Digital Altitude, the Company may institute legal proceedings for monetary and/or equitable relief.

**SECTION 4 -- 2 -- Grievances and Complaints**

When an Affiliate has a grievance or complaint with another Affiliate regarding any practice or conduct in relationship to their respective Digital Altitude businesses, the complaining Affiliate should first report the problem to his or her Sponsor who should review the matter and try to resolve it with the other party's upline sponsor. If the matter involves interpretation or violation of Company policy, it must be reported in writing to the Affiliate Services Department at the Company. The Affiliate Services Department will review the facts and attempt to resolve it.

**SECTION 4 -- 3 -- Mediation**

Prior to instituting an arbitration as provided in Section 4.4 below, the parties shall meet in good faith and attempt to resolve any dispute arising from or relating to the Agreement through non--binding mediation. One individual who is mutually acceptable to the parties shall be appointed as mediator. If the parties cannot agree on a mediator within 14 days from the date that a party submits a written

request for mediation, the complaining party shall apply to Judicate West (www.judicatewest.com) to appoint a mediator. The mediation shall occur within 60 days from the date on which the mediator is appointed. The mediator's fees and costs, as well as the costs of holding and conducting the mediation, shall be divided equally between the parties. Each party shall pay its portion of the anticipated shared fees and costs at least 10 days in advance of the mediation. Each party shall pay its own attorneys fees, costs, and individual expenses associated with conducting and attending the mediation. Mediation shall be held in Minneapolis, Minnesota and shall last no more than two business days.

**SECTION 4 -- 4 -- Arbitration**

**If mediation is unsuccessful, any controversy or claim arising out of or relating to the Agreement, or the breach thereof, shall be settled by arbitration. The parties waive all rights to trial by jury or to any court.**

**NO CLASS ACTION, OR OTHER REPRESENTATIVE ACTION OR PRIVATE ATTORNEY GENERAL ACTION OR JOINDER OR CONSOLIDATION OF ANY CLAIM WITH A CLAIM OF ANOTHER PERSON OR CLASS OF CLAIMANTS SHALL BE ALLOWABLE**.

The arbitration shall be filed with, and administered by, Judicate West under its rules and procedures. The Judicate West Arbitration Rules of Procedures are available at www.judicatewest.com/library/rules. Copies of Judicate West Arbitration Rules of Procedures will be emailed to Affiliates upon request to Digital Altitude's Legal Department (support@digitalaltitude.co).

Notwithstanding the rules of Judicate West, the following shall apply to all Arbitration actions:

The Federal Rules of Evidence shall apply in all cases;

The parties shall be entitled to all discovery rights permitted by the Federal Rules of Civil

Procedure;

The parties shall be entitled to bring motions under Rules 12 and/or 56 of the Federal Rules of

Civil Procedure;

The arbitration shall occur within 180 days from the date on which the arbitrator is appointed, and shall last no more than five business days; and

The parties shall be allotted equal time to present their respective cases, including cross--

examinations.

All arbitration proceedings shall be held in Tampa, Florida. There shall be one arbitrator selected from the panel that Judicate West provides. Each party to the arbitration shall be responsible for its own costs and expenses of arbitration, including legal and filing fees. The decision of the arbitrator shall be final and binding on the parties and may, if necessary, be reduced to a judgment in any court of competent jurisdiction. This agreement to arbitrate shall survive the cancellation or termination of the Agreement.

The parties and the arbitrator shall maintain the confidentiality of the entire arbitration process and shall not disclose to any person not directly involved in the arbitration process:

The substance of, or basis for, the controversy, dispute, or claim;

The content of any testimony or other evidence presented at an arbitration hearing or obtained

through discovery in arbitration;

The terms or amount of any arbitration award; or

The rulings of the arbitrator on the procedural and/or substantive issues involved in the case.

Notwithstanding the foregoing, nothing in the Agreement shall prevent either party from applying to and obtaining from any court having jurisdiction a writ of attachment, a temporary injunction, preliminary injunction, permanent injunction, or other relief available to safeguard and protect its intellectual property rights and/or to enforce its rights under the nonsolicitation provision of the Agreement.

**SECTION 4 -- 5 -- Governing Law, Jurisdiction and Venue**

Jurisdiction and venue of any matter not subject to arbitration shall reside exclusively in Tampa, Florida. The Federal Arbitration Act shall govern all matters relating to arbitration. The law of the State of Florida shall govern all other matters relating to or arising from the Agreement.

**SECTION 4 -- 5 -- 1 -- Louisiana Residents**

Notwithstanding the foregoing, and the mediation and arbitration provisions in Sections 4.3 and 4.4, residents of the State of Louisiana shall be entitled to bring an action against Digital Altitude in their home forum and pursuant to Louisiana law.

**SECTION 4.5.2 Montana Residents**

A Montana resident may cancel his or her Affiliate Agreement within 15 days from the date of enrollment and receive a 100% refund for all fees paid and products or services purchased prior to the date of cancellation

**SECTION 5 -- CANCELLATION OF THE AGREEMENT AND RECLASSIFICATION**

**SECTION 5 -- 1 -- Effect of Cancellation**

So long as an Affiliate remains active and complies with the terms of the Agreement, Digital Altitude shall pay commissions to such Affiliate in accordance with the Compensation Plan. An Affiliate's commissions constitute the entire consideration for the Affiliate's efforts in generating sales of Digital Altitude services and all activities related to generating such sales (including building a Marketing Organization). Following an Affiliate's non--renewal of his or her Affiliate Agreement, cancellation for inactivity, or voluntary or involuntary cancellation of his or her Affiliate Agreement (all of these methods are collectively referred to as "cancellation"), the former Affiliate shall have no right, title, claim or interest to the Marketing Organization which he or she operated, or any commission from the sales generated by any Affiliate in the organization. **An Affiliate whose business is cancelled will lose all rights as an Affiliate. This includes the right to sponsor the sale of the Digital Altitude platform and the right to receive future commissions, bonuses, or other income resulting from the sales sponsored by other Affiliates in the Affiliate's former Marketing Organization. In the event of cancellation, Affiliates agree to waive all rights they may have, including but not limited to property rights, to their former Marketing Organization and to any bonuses, commissions or other remuneration derived from the sales of Digital Altitude services sponsored by any of the Affiliates in his or her former Marketing Organization.**

Following an Affiliate's cancellation of his or her Affiliate Agreement, the former Affiliate shall not hold himself or herself out as an Digital Altitude Affiliate and shall not have the right to sponsor the sale of Digital Altitude products or services. An Affiliate whose Affiliate Agreement is canceled shall

receive commissions and bonuses only for the last full pay period he or she was active prior to cancellation (less any amounts withheld during an investigation preceding an involuntary cancellation).

**SECTION 5 -- 2 -- Cancellation**

**SECTION 5 -- 2 -- 1 -- Involuntary Cancellation**

An Affiliate's violation of any of the terms of the Agreement, including any amendments that may be made by Digital Altitude in its sole discretion, may result in any of the sanctions listed in Section 4.1, including the involuntary cancellation of his or her Affiliate Agreement. Cancellation shall be effective on the date on which written notice is mailed, emailed, faxed, or delivered to an express courier, to the Affiliate's last known address, email address, or fax number, or to his or her attorney, or when the Affiliate receives actual notice of cancellation, whichever occurs first.

Digital Altitude reserves the right to terminate all Affiliate Agreements upon thirty (30) days written notice in the event that it elects to: (1) cease business operations; (2) dissolve as a corporate entity; or (3) terminate distribution of its products via direct selling.

**SECTION 5 -- 2 -- 2 -- Voluntary Cancellation**

A participant in this affiliate marketing plan has a right to cancel at any time, regardless of reason. Cancellation must be submitted in writing to the Company at its principal business address. The written notice must include the Affiliate's signature, printed name, address, and Affiliate I.D. Number.

If such a former Affiliate has an active subscription to any of the Company's subscription--based products or services, such subscription(s) shall remain in force and the former Affiliate shall be reclassified as a customer, unless the Affiliate also specifically requests that his or her subscription(s) also be canceled.

**SECTION 5 -- 2 -- 3 -- Non--renewal**

An Affiliate may also voluntarily cancel his or her Affiliate Agreement by failing to renew the Agreement on its anniversary date. The Company may also elect not to renew an Affiliate's Agreement upon its anniversary date.

**SECTION 6 –Definitions**

Active Affiliate — An Affiliate is one who satisfies the requirements, as set forth in the Digital Altitude Compensation Plan to ensure that he or she is eligible to receive bonuses and commissions.

Agreement — The contract between the Company and each Affiliate includes the Affiliate Agreement, the Digital Altitude Policies and Procedures, and the Digital Altitude Compensation Plan, all in their current form and as amended by Digital Altitude in its sole discretion. These documents are collectively referred to as the "Agreement."

Business Entity — A corporation, partnership, trust, limited liability company, or other type of entity. Business Volume (BV) -- The commissionable value of products and services sold in a calendar month: (1) by the Company to an Affiliate; and (2) by the Company to the Affiliate's personally enrolled Customers and affiliates (who make optional product purchases).

Cancel — The termination of an Affiliate's business. Cancellation may be either voluntary, involuntary, through non--renewal or inactivity.

Customer — An individual or entity that purchases Digital Altitude products or services from an

Affiliate, but who is not an Affiliate, or falls within an immediate household family member's account.

Household — All individuals who are living at or doing business at the same address, and who are related by blood or marriage, or who are living together as a family unit or in a family--like setting. A household includes, but is not limited to, spouses, heads--of--household, dependent family members residing in the same residence, and roommate situations.

Immediate Household — Spouses, heads--of--household, and dependent family members residing in the same residence.

Marketing Organization — The Affiliates sponsored below a particular Affiliate make up such Affiliate's Marketing Organization.

Official Digital Altitude Material — Literature, audio or videotapes, websites, and other materials developed, printed, published and/or distributed by Digital Altitude to Affiliates.

Recruit — For purposes of Digital Altitude's Conflict of Interest Policy (Section 3.7), the term "Re

© 2015 - 2017 Digital Altitude LLC All Rights Reserved. Ph#: (800) 820-7589 Email: support@digitalaltitude.co

# Attachment D

EX 39
1318



ww.digitalaltitude.co/special-announcement/?

Home
About
Products
Events
Contact
Member Login
DIGITAL ALTITUDE
COMPANY
GROWTH
METHOD
SUCCESS

Home › Special Announcement

# Special Announcement

Aug 1, 2017

We've been hard at work to make sure the new product price rollout goes smoothly, today was the day for the price increase.

But… we didn't get what those new prices are to you until *TODAY!*

Because of that, so **we're giving you a 2 week window** to upgrade at the CURRENT prices – so now is your best chance to lock in the best pricing before it's gone!

**THE GOOD NEWS:** When you upgrade today you get grandfathered in at the CURRENT price, so when the new price goes into effect, you're locked in 😉

That can add up to significant savings in the months ahead, so be sure to get yourself positioned at the highest level you can!

**Effective August 15th, the new Digital Altitude product prices will be as follows:**

– Aspire Walker: $47/month
– Aspire Climber: $97/month

The Aspire Hiker program is being retired, so if you currently subscribe to HIKER, you have the chance to join the Climber program at the new discounted rate.

– RISE: $2,297 (includes the admin fee)
– ASCEND: will stay the same at $9997
– PEAK: $19,997
– APEX: $29,997

**As you can see, by joining now you can save yourself a nice chunk of change $**

These changes are being implemented in order to meet the growing needs of our members. Since you've been with us for a while now (some of you even from the very beginning), we want to THANK YOU for that by allowing you to get one more chance to join at our current rates.

**To take advantage of these savings, contact your coach ASAP** and they'll help you get everything set up. Click here: https://my.aspiresystem.co/my-coach

Thank you for being part of the family!

**Recent Posts**

How to Have Less Stress and More Success in Online Business

3 Entrepreneurs Who Agree that Money Isn't Everything

7 Crippling Thoughts You Need to Change Today

3 Podcasts to Listen to When Your Business Needs a Boost

How to Start an Online Business after You Quit Your Job

3 Podcasts to Listen to When Your Business Needs a Boost

How to Start an Online Business after You Quit Your Job

FOLLOW US ON INSTAGRAM @ASPIRE.DA

IF YOUR LIFE JUST GOT HARDER, THAT MEANS YOU JUST LEVELED UP.
DO SOMETHING TODAY THAT YOUR FUTURE SELF WILL THANK YOU FOR.
TRUST THE TIMING OF YOUR LIFE.
WHEN HENRY FORD MADE CHEAP, RELIABLE CARS PEOPLE SAID, "NAH, WHAT'S WRONG WITH A HORSE?" THAT WAS A HUGE BET HE MADE, AND IT WORKED.
ABOUT US
We teach digital entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events.
Contact us: support@digitalaltitude.co
FOLLOW US

© 2015 - 2017 Digital Altitude LLC All Rights Reserved. Ph#: (800) 820-7589
| Terms of Service | Earnings Disclaimer | Affiliate Policies and Procedures |
Privacy Policy | Refund Policy

EX 39
1319

# Attachment E

aspir.info/c1/
Search
ASPIRE
An Online Business Expert, Speaker, & Trainer Reveals The...
6 STEPS to 6-FIGURES
Online In 90-Days Or Less With Our System...
NEW
NEW
ASPIRE
ASPIRE
Enter Your Email Here...
GET INSTANT ACCESS TO STEP 1
STEP 1
STEP 2
STEP 3
STEP 4
STEP 5
STEP 6
Meet The Founder
A former U.S. Marine who over the last 15 years has become an industry leading digital business expert, speaker and entrepreneur who built his first multi-million dollar business by the age of 27

aspir.info/c1/
Search
He has trained tens of thousands online and has been a 7-figure producer in top tier high ticket over the last 15 years and has consulted many of the leading companies in high ticket. He has over 500,000 readers currently subscribe to his free email newsletter.
See What Some Of Our Excited Members Are Saying About The System:
Baker, California, USA
"...In this system you'll find a TON of value... A roadmap of exactly what to do... Absolutely incredible value!"
Eric, North Carolina, USA
...This is something that any and everyone NEEDS... An awesome and lucrative platform..."
F. McDonald, USA
"...thrilled to be part of ASPIRE... Connected with 7 & 8 Figure Earners...Thank you for putting this together..."
Click Here To See Even More Member Testimonials!
Click Here To See Proof of Our Real Member Results!

aspir.info/testimonials/
ASPIRE
Member Testimonials
See what our existing members say about ASPIRE:
Michael Force - Founder
Chiara Francica
Fraser McDonald

aspir.info/testimonials/
Search
Shaun Furman
"Within my first 5 days, I had my first 12 sales and woke up to a $900 commission... That's not even the best part..."
Pierre B.
"Since leveraging the ASPIRE system, it's been a breeze... The coaching and training is PHENOMENAL!"
To join our Aspire community today
click on the red button now
GET STARTED NOW
Start your $37 FREE Trial IMMEDIATELY!
You have a full 14 days to take the system for a full test drive You can use
all of the tools, access the training and even have your first two phone calls

aspir.info/testimonials/
Search
You have a **full 14 days** to take the system for a full test drive You can use **all of the tools**, access the training and even have your first two phone calls with your personal coach. Follow their guidance and you'll **earn WAY more money** in 14 days than you ever will watching another "how to" training at home. Plug in. Follow the steps. Earn a healthy profit.
See what even more of our ecstatic members think of ASPIRE:
Pat Sheffler
"...super pumped to partner with Michael, it'll allow newbies to build a business from scratch..."
Damo Duggan
"Who better to learn from than someone like Michael Force, ASPIRE will get you off the ground running..."
Eric Green
Baker Jacinto

EX 39
1325