















"...I got into this to work from home and get out of the 9-5 grind... Can take your business to the next level..."

### Mark C

"...If you're looking for a way to earn money online... the ASPIRE system is second to none."

"...Michael struck me straight away as genuine and honest... I joined straight away, and I'm so glad I did..."

## You Could Be Next On This Page...

## To join our Aspire community today click on the red button now

### ▶ GET STARTED NOW

Start your $37 FREE Trial IMMEDIATELY!

You have a **full 14 days** to take the system for a full test drive. You can use **all of the tools**, access the training and even have your first two phone calls with your personal coach. Follow their guidance and you'll **earn WAY more money** in 14 days than you ever will watching another "how to" training at home. Plug in. Follow the steps. Earn a healthy profit.

Privacy Policy | Terms Of Service | Earnings Disclaimer | Refund Policy

© 2015 - 2016 Digital Altitude. All Rights Reserved. Ph# (800) 820-7589 Email: support@digitalaltitude.co

No Referral.









EX 39

1337

















# Attachment F



EX 39
1347



## See What Some Of Our Excited Members Are Saying About The System:

**Baker, California, USA**

" In this system you'll find a TON of value.. A roadmap of exactly what to do.. Absolutely **incredible** value!"

**Eric, North Carolina, USA**

" This is something that any and everyone NEEDS.. An awesome and **lucrative** platform."

**F. McDonald, USA**

" **thrilled** to be part of ASPIRE.. Connected with 7 & 8 Figure Earners. Thank you for putting this together.."

Click Here To See Even More Member Testimonials!

Click Here To See Proof of Our Real Member Results!

top tier high ticket over the last 15 years and has consulted many of the leading companies in high ticket. He has over 500,000 readers currently subscribe to his free email newsletter.

© 2015 - 2017 ASPIRE is a brand of Digital Altitude. All Rights Reserved. Ph# (800) 820-7589 Email: support@aspir.link

No Referral Details







