

















To join our Aspire community today
click on the red button now

**GET STARTED NOW**

Start your $37 FREE Trial IMMEDIATELY!

You have a **full 14 days** to take the system for a full test drive. You can use **all of the tools,** access the training and even have your first two phone calls with your personal coach. Follow their guidance and you'll **earn WAY more money** in 14 days than you ever will watching another "how to" training at home. Plug in. Follow the steps. Earn a healthy profit.

"...Very easy to understand... Gives so much immense value... It really changed my life!"

"...Great system... Coaches keep you accountable... Helps you get out of your day job".

**Dave Prosser**

**Quincy Landry**







**Mark C**

*"...I got into this to work from home and get out of the 9-5 grind... Can take your business to the next level..."*

*"...If you're looking for a way to earn money online... the ASPIRE system is second to none."*

*"...Michael struck me straight away as genuine and honest... I joined straight away, and I'm so glad I did..."*

## You Could Be Next On This Page...

## To join our Aspire community today click on the red button now

### ▶ GET STARTED NOW

Start your $97 FREE Trial IMMEDIATELY!

You have a **full 14 days** to take the system for a full test drive. You can use **all of the tools**, access the training and even have your first two phone calls with your personal coach. Follow their guidance and you'll **earn WAY more money** in 14 days than you ever will watching another "how to" training at home. Plug in. Follow the steps. Earn a healthy profit.

Privacy Policy | Terms of Service | Earnings Disclaimer | Refund Policy

© 2015 - 2016 Digital Altitude. All Rights Reserved. Phone (800) 820-7589 Email: support@digitalaltitude.co

No Referral





# Attachment G



# Income Disclosure Statement

## Affiliate Programs Are Not Suitable For Everyone

Always use caution and seek the advice of professions before acting on this or any information

### Income Disclosure:

Here at Digital Altitude we teach internet entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events. We're excited to also offer a chance to our students and members to make money by referring other people to our products and events through our affiliate program.

Like every business in the world of this kind, some affiliates make a little extra money, whilst some make a staggering income, and some will make no money at all. Typically the experienced affiliates that devote the most time, effort and investment to the opportunity have the greatest success.

The table below shows the monthly high, low and average income earned by active affiliates that earned commissions during the month from Jan 1st 2017 to Sep 30th, 2017.

| Monthly Income Level | Active Affiliates | Monthly High Income | Monthly Low Income | Monthly Avg Income | Annualized Avg Income |
|---|---|---|---|---|---|
| $50,000 - $177,109.15 | <1% (<1% $50,000+) | $177,109.15 | $50,040.61 | $62,179.02 | $666,148.21 |
| $25,000 - $49,999 | <1% (1.3% $25,000+) | $49,915.19 | $25,009.99 | $32,943.69 | $395,324.31 |
| $10,000 - $24,999 | 1.9% (3.2% $10,000+) | $24,762.77 | $10,050.99 | $15,898.10 | $190,777.18 |
| $5,000 - $9,999 | 2.3% (5.5% $5,000+) | $9,998.32 | $5,009.52 | $7,115.11 | $85,381.32 |
| $2,500 - $4,999 | 3% (8.6% $2,500+) | $4,989.42 | $2,500.00 | $3,448.79 | $41,385.52 |
| $1,000 - $2,499 | 4.9% (13.4% $1,000+) | $2,499.25 | $1,000.00 | $1,545.41 | $18,544.91 |
| $500 - $999 | 8.2% (21.6% $500+) | $999.69 | $500.01 | $667.33 | $7,887.94 |
| $250 - $499 | 6.4% (28% $250+) | $499.97 | $250.80 | $365.29 | $4,383.53 |



## Income Disclosure:

Here at Digital Altitude we teach internet entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events. We're excited to also offer a chance to our students and members to make money by referring other people to our products and events through our affiliate program.

Like every business in the world of this kind, some affiliates make a little extra money whilst some make a staggering income, and some will make no money at all. Typically the experienced affiliates that devote the most time, effort and investment to the opportunity have the greatest success.

The table below shows the monthly high, low and average income earned by active affiliates that earned commissions during the month from Jan 1st, 2017 to Sep 30th, 2017.

| Monthly Income Level | Active Affiliates | Monthly High Income | Monthly Low Income | Monthly Avg Income | Annualized Avg Income |
|---|---|---|---|---|---|
| $50,000 - $177,109.15 | <1% (< 1% $50,000+) | $177,109.15 | $50,040.61 | $82,179.02 | $986,148.21 |
| $25,000 - $49,999 | <1% (1.3% $25,000+) | $49,915.19 | $25,009.99 | $32,943.69 | $395,324.31 |
| $10,000 - $24,999 | 1.9% (3.2% $10,000+) | $24,762.77 | $10,050.99 | $15,898.10 | $190,777.18 |
| $5,000 - $9,999 | 2.3% (5.5% $5,000+) | $9,986.32 | $5,009.52 | $7,115.11 | $85,381.32 |
| $2,500 - $4,999 | 3% (8.6% $2,500+) | $4,989.42 | $2,500.00 | $3,448.70 | $41,385.52 |
| $1,000 - $2,499 | 4.9% (13.4% $1,000+) | $2,499.25 | $1,000.00 | $1,545.41 | $18,544.91 |
| $500 - $999 | 8.2% (21.6% $500+) | $999.69 | $500.01 | $657.33 | $7,887.94 |
| $250 - $499 | 6.4% (28% $250+) | $499.97 | $250.80 | $365.29 | $4,383.53 |
| $100 - $249 | 8.8% (36.8% $100+) | $249.93 | $100.05 | $164.88 | $1,978.53 |
| Less than $100 | 61.4% | $99.92 | $0.00 | $24.61 | $295.30 |

Copyright 2017 - Aspire Earnings Income Disclosure - All Rights Reserved

aspireearnings.com



# Income Disclosure Statement

## Affiliate Programs Are Not Suitable For Everyone

Always use caution and seek the advice of professions
before acting on this or any information.

## Income Disclosure:

Here at Digital Altitude we teach internet entrepreneurs how to start and grow a profitable online business with our unique
coaching products and world class live events. We're excited to also offer a chance to our students and members to make
money by referring other people to our products and events through our affiliate program.

Like every business in the world of this kind, some affiliates make a little extra money whilst some make a staggering income
and some will make no money at all. Typically, the experienced affiliates that devote the most time, effort and investment to the
opportunity have the greatest success.

The table below shows the monthly high, low and average income earned by active affiliates that earned commissions during the month
from Jan 1st, 2017 to Oct 31th, 2017.



before acting on this or any information

## Income Disclosure:

Here at Digital Altitude we teach internet entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events. We're excited to also offer a chance to our students and members to make money by referring other people to our products and events through our affiliate program.

Like every business in the world of this kind, some affiliates make a little extra money whilst some make a staggering income and some will make no money at all. Typically, the experienced affiliates that devote the most time, effort and investment to the opportunity have the greatest success.

The table below shows the monthly high, low and average income earned by active affiliates that earned commissions during the month from Jan 1st, 2017 to Oct 31th, 2017

| Monthly Income Level | Active Affiliates | Monthly High Income | Monthly Low Income | Monthly Avg Income | Annualized Avg Income |
|---|---|---|---|---|---|
| $50,000 - $177,157.55 | < 1% (< 1% $50,000+) | $177,157.55 | $50,029.51 | $81,808.33 | $981,699.96 |
| $25,000 - $49,999 | < 1% (1.3% $25,000+) | $49,915.19 | $25,089.48 | $33,312.20 | $399,746.41 |
| $10,000 - $24,999 | 2% (3.2% $10,000+) | $24,993.01 | $10,065.99 | $15,950.90 | $191,410.79 |
| $5,000 - $9,999 | 2.3% (5.5% $5,000+) | $9,986.32 | $5,006.79 | $7,086.24 | $85,034.92 |
| $2,500 - $4,999 | 3.1% (8.6% $2,500+) | $4,989.42 | $2,500.00 | $3,444.22 | $41,330.66 |
| $1,000 - $2,499 | 4.9% (13.5% $1,000+) | $2,499.25 | $1,000.00 | $1,545.81 | $18,549.71 |
| $500 - $999 | 8.2% (21.7% $500+) | $999.69 | $500.00 | $657.74 | $7,892.92 |
| $250 - $499 | 6.3% (29% $250+) | $499.97 | $250.80 | $365.09 | $4,381.10 |
| $100 - $249 | 8.6% (36.9% $100+) | $249.93 | $100.28 | $165.18 | $1,982.20 |
| Less than $100 | 90.2% | $99.94 | $0.00 | $24.76 | $297.16 |

Copyright 2017 - Aspire Earnings Income Disclosure - All Rights Reserved

⌾ Help



ASPIREEARNINGS.COM

# Income Disclosure Statement
## Affiliate Programs Are Not Suitable For Everyone

Always use caution and seek the advice of professions before acting on this or any information.

**Income Disclosure:**

Here at Digital Altitude we teach internet entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events. We're excited to also offer a chance to our students and members to make money by referring other people to our products and events through our affiliate program.

Like every business in the world of this kind, some affiliates make a little extra money whilst some make a staggering income. and some will make no money at all. Typically the experienced affiliates that devote the most time, effort and investment to the opportunity have the greatest success.

The table below shows the monthly high, low and average income earned by active affiliates that earned commissions during the month from Jan 1st, 2017 to Dec 31th, 2017

| Monthly Income Level | Active Affiliates | Monthly High Income | Monthly Low Income | Monthly Avg Income | Annualized Avg Income |
|---|---|---|---|---|---|
| $50,000 - $179,535.73 | < 1% (< 1% $50,000+) | $179,535.73 | $50,029.51 | $81,646.21 | $979,754.53 |
| $25,000 - $49,999 | < 1% (1.3% $25,000+) | $49,915.19 | $25,089.48 | $33,343.36 | $400,120.33 |
| $10,000 - $24,999 | 2.1% (3.4% $10,000+) | $24,993.01 | $10,050.99 | $15,944.61 | $191,335.36 |
| $5,000 - $9,999 | 2.3% (5.7% $5,000+) | $9,986.32 | $5,006.79 | $7,100.57 | $85,206.83 |



## Income Disclosure:

Here at Digital Attitude we teach internet entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events. We're excited to also offer a chance to our students and members to make money by referring other people to our products and events through our affiliate program.

Like every business in the world of this kind, some affiliates make a little extra money, whilst some make a staggering income, and some will make no money at all. Typically the experienced affiliates that devote the most time, effort and investment to the opportunity, have the greatest success.

The table below shows the monthly high, low and average income earned by active affiliates that earned commissions during the month from Jan 1st, 2017 to Dec 31th, 2017.

| Monthly Income Level | Active Affiliates | Monthly High Income | Monthly Low Income | Monthly Avg Income | Annualized Avg. Income |
|---|---|---|---|---|---|
| $50,000 - $179,535.73 | < 1% (< 1% $50,000+) | $179,535.73 | $50,029.51 | $81,646.21 | $979,754.53 |
| $25,000 - $49,999 | < 1% (1.3% $25,000+) | $49,915.19 | $25,089.48 | $33,343.36 | $400,120.33 |
| $10,000 - $24,999 | 2.1% (3.4% $10,000+) | $24,993.01 | $10,050.99 | $15,944.61 | $191,335.36 |
| $5,000 - $9,999 | 2.3% (5.7% $5,000+) | $9,986.32 | $5,006.79 | $7,100.57 | $85,206.83 |
| $2,500 - $4,999 | 3.1% (8.8% $2,500+) | $4,989.42 | $2,500.00 | $3,457.13 | $41,485.58 |
| $1,000 - $2,499 | 5.1% (13.9% $1,000+) | $2,499.25 | $1,000.00 | $1,549.76 | $18,597.08 |
| $500 - $999 | 8.4% (22.3% $500+) | $996.69 | $500.00 | $657.93 | $7,895.11 |
| $250 - $499 | 6.3% (28.6% $250+) | $499.97 | $250.80 | $363.78 | $4,365.35 |
| $100 - $249 | 8.5% (37.1% $100+) | $249.93 | $100.28 | $165.45 | $1,985.40 |
| Less than $100 | 59.8% | $99.94 | $0.00 | $25.03 | $300.41 |

Copyright 2017 - Aspire Earnings Income Disclosure - All Rights Reserved

# Attachment H

1/5/2018                                    Aspireearnings.com - Whois History - DomainTools

Home  >  Whois History  >  Aspireearnings.com

**Whois History for Aspireearnings.com**

How does this work?

### Lookup Domain Ownership History

| aspireearnings.com |
| --- |

| LOOKUP |
| --- |

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to "**aspireearnings.com**".

Monitor Aspireearnings.com

| Enter a term to filter on | |
| --- | --- |

## Unique Records

collapse all

*private*

*9 historical records found*

| 2017 | 9 total |
| --- | --- |

| 2017-12-06 | less | *screenshot* |

                                            *record identical to 2017-12-06*

  2017-11-20

| 2017-10-17 | less | *screenshot* |

                                            *records identical to 2017-10-17*

  2017-09-30
  2017-06-26
  2017-06-23
  2017-04-09
  2017-02-16
  2017-02-15

### Whois Record for 2017-02-16

*Previous*                                                                      *Next*

**Domain:**

| aspireearnings.com |
| --- |

**Record Date:**  2017-02-16
**Registrar:**    TUCOWS DOMAINS INC.
**Server:**       whois.tucows.com
**Created:**      2017-02-15
**Updated:**      2017-02-15
**Expires:**      2018-02-15

**Reverse Whois:**

EX 39
1375



domainabuse@tucows.com    billing@digitalaltitude.co    tucows@domains.siteground.com

```
Domain Name: ASPIREEARNINGS.COM
Domain ID: 2097876291_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2017-02-15T16:15:49Z
Creation Date: 2017-02-15T16:15:48Z
Registrar Registration Expiration Date: 2018-02-15T16:15:48Z
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
Reseller: SG Hosting Inc.
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Michael Force
Registrant Organization: Digital Altitude
Registrant Street: 340 S Lemon Ave #1994
Registrant City: Walnut
Registrant State/Province: CA
Registrant Postal Code: 91789
Registrant Country: US
Registrant Phone: +1.      492
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: billing@digitalaltitude.co
Registry Admin ID:
Admin Name: Michael Force
Admin Organization: Digital Altitude
Admin Street: 340 S Lemon Ave #1994
Admin City: Walnut
Admin State/Province: CA
Admin Postal Code: 91789
Admin Country: US
Admin Phone: +1.      5492
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: billing@digitalaltitude.co
Registry Tech ID:
Tech Name: Michael Force
Tech Organization: Digital Altitude
Tech Street: 340 S Lemon Ave #1994
Tech City: Walnut
Tech State/Province: CA
Tech Postal Code: 91789
Tech Country: US
Tech Phone: +1.      5492
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: billing@digitalaltitude.co
Name Server: NS1.M2514.SGDED.COM
Name Server: NS2.M2514.SGDED.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

"For more information on Whois status codes, please visit https://icann.org/epp"

Registration Service Provider:
    SG Hosting Inc., tucows@domains.siteground.com
    +1.8666052484
    This company may be contacted for domain login/passwords,
    DNS/Nameserver changes, and general domain support questions.
```

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News      © 2018 DomainTools

EX 39
1376

# Attachment I

Home > Whois History > Aspireearnings.com

# Whois History for Aspireearnings.com

How does this work? «

## Lookup Domain Ownership History

aspireearnings.com

LOOKUP

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to "aspireearnings.com".

Monitor Aspireearnings.com

Enter a term to filter on

## Unique Records

*10 historical records found*

expand all

*private*

| 2018 | 1 total |
| 2017 | 9 total |

# Whois Record for 2018-01-05

⊕  ⦿

*Next*

« Previous (2017-10-17)

**Domain:**

aspireearnings.com

**Record Date:** 2018-01-05
**Registrar:** Tucows Domains Inc.
**Server:** whois.tucows.com
**Created:** 2017-02-15
**Updated:** 2017-02-15
**Expires:** 2018-02-15

**Reverse Whois:**

domainabuse@tucows.com 🔍   billing@digitalaltitude.co 🔍   tucows@domains.siteground.com 🔍

```
Domain Name: ASPIREEARNINGS.COM
Domain ID: 2097876291_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2017-02-15T16:15:49Z
Creation Date: 2017-02-15T16:15:48Z
Registrar Registration Expiration Date: 2018-02-15T16:15:48Z
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Reseller: SG Hosting Inc.
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Michael Force
Registrant Organization: Digital Altitude
Registrant Street: 340 S Lemon Ave #1994
Registrant City: Walnut
Registrant State/Province: CA
Registrant Postal Code: 91789
Registrant Country: US
Registrant Phone: +1 ███████5492
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: billing@digitalaltitude.co
Registry Admin ID:
Admin Name: Michael Force
Admin Organization: Digital Altitude
Admin Street: 340 S Lemon Ave #1994
Admin City: Walnut
Admin State/Province: CA
Admin Postal Code: 91789
Admin Country: US
Admin Phone: +1 ███████5492
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: billing@digitalaltitude.co
Registry Tech ID:
Tech Name: Michael Force
Tech Organization: Digital Altitude
Tech Street: 340 S Lemon Ave #1994
Tech City: Walnut
Tech State/Province: CA
Tech Postal Code: 91789
Tech Country: US
Tech Phone: +1 ███████5492
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: billing@digitalaltitude.co
Name Server: NS1.M2514.SGDED.COM
Name Server: NS2.M2514.SGDED.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

"For more information on Whois status codes, please visit https://icann.org/epp"
```

EX 39
1380

# Attachment J







## RISE
### Digital Business Mastery Course

In internet marketing, your 'inner game' is half the battle. RISE provides you with the key mindsets and concepts developed by top marketers for success, along with traffic, tools and resources to fast track your digital business growth.

**LEARN MORE**
And See Pricing

## ASCEND
### Digital Business Profit Workshop

To really succeed in marketing, you need to 'go deep.' Top marketers get where they are by building connections with—and learning from—the world's most respected experts. ASCEND, A 3-Day all-inclusive retreat for two, is your opportunity to learn one-on-one from the world's top business thought leaders. All under one roof.

**LEARN MORE**
And See Pricing

aspireonline.co





## Here Is What We Plan To Do

With technology evolving at lightning speeds and the rise in e-Learning in this information age, we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers. We believe college is not always the best answer for entrepreneurs.

But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers and dreamers with the shortcuts, blindspots and tools to turn their drive into thriving, profitable Digital Businesses.

We will continue to strive to provide an educational incubator and community of like-



But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers, and dreamers with the shortcuts: blindspots and tools to turn their drive into thriving, profitable Digital Businesses.

We will continue to strive to provide an educational incubator and community of like-minded people to share and amplify your successes. We want to help create true freedoms so you can spend more time with your family, friends and those you care most about.

A business should give you more time to spend on the things you like, with the people you love.

Our program was not designed for business people. It was designed for moms, dads, high school graduates, waiters and waitresses, passionate creatives, college dropouts and anyone in between.

You don't have to be a businessman or woman in a suit to have a successful company. The world wants you and your ideas, just they way they are.

Our product line was created for those aspiring to climb the mountain to success as a Digital Entrepreneur.

It's packed with over 100 years of combined experience and success from the industry's thought leaders and doers.

We have carefully crafted a product line that creates not just the foundation for success but gives you the map to climb to the top step-by-step. We will be here with you every step of the way.

Terms of Service  Privacy Policy  Refund Policy  MEMBER LOGIN

© 2017 Aspire Venture Limited. All Rights Reserved.    London
Phat UK                2182  Phat US  +1 (888) 365                aspireonline.co
AU3V AspireOnlineBB#502038

aspireonline.co

aspireonline.co/aspire-product/

right track.

- **60+ Hours Of Digital Business Video Trainings:** 7 simple steps to start-up, 3 steps to set-up and 3-steps to promote your business
- **Private Digital Client For Life Coaches:** *Exclusive* 1 on 1 access to the world's best coaches who will help you reach your goals
- **7-Figure Sales Funnels & Websites:** Automated sales funnels designed by 7-figure marketers to automate the sales process
- **Follow Up Sequences & Sales Automation:** Discover how to follow-up, automate and leverage your effort for bigger profits.

# ASPIRE

## Digital Business Success System

It's not just the incredible training and resources that make Aspire great. It also comes *packed* with done-for-you product options that you can sell right out of the gate.

- **High Commission Back End Products:** We've built resellable back-end products for you so you can leverage top-tier commissions while you learn.
- **Done-For-You Branding Solutions:** Tailor-made branding solutions that will send your conversions--and *sales*--through the roof.
- **Traffic & Social Media Solutions:** Traffic is the lifeblood of any online business and we have solutions forged from years of trial and error.
- **Latest Tools & Resources:** Staying up on what works *now* is the key to digital marketing success. You will get access to the latest tools and resources so you're always on top of trends



# ASPIRE

## Digital Business Success System

Aspire is much more than just a training or coaching program. We went out of our way to pack this system complete with the features you need: from merchant & payroll services to customer support.

- **Merchant & Payroll Services:** We take the headache out of accounting, funding and cashflow with time-saving resources that make your life easier.

- **Support, Forums & Live Chat.** Live support and instant availability is paramount to retaining customers. Naturally, we have it covered.

- **Community & Leadership** You get exclusive "VIP" access to our network of business leaders and experts to coach you all the way to success.

- **Networking, Live Events & Coaching:** They say your net worth is determined by your network. Our networking events that will show you how true that really is!

- **Latest Tools & Resources:** Staying up on what works now is the key to digital marketing success. You will get access to the latest tools and resources so you're always on top of trends.

EX 39
1390















# BASE

## Section 3: Grow

So you've got your business up and running. What do you do next? This section instills the most important principles for continued—or even increased—growth after your launch.

- **Module #9** How to run lean, bootstrap & optimize your business for long term profits.

- **Module #10** Create a captivating customer experience that reels 'em in and keeps 'em hooked.

- **Module #11** How to build a cult-like-tribe that hangs on your every word.

- **Module #12** How to build automated systems that save time and make you money while you sleep.

**BUY NOW FOR JUST $597 (~€510)**

launching a business.

Terms of Service  Privacy Policy  Refund Policy  MEMBER LOGIN

© 2017 Aspire Venture Limited. All Rights Reserved.

Address 2









ASPIRE

aspireonline.co/rise-product/

PRODUCTS  >  ASPIRE  BASE  RISE  ASCEND

RISE

Digital Marketing Mastery Course

A foundational business basics to advanced mastery' course that provides shortcuts, tools and resources to fast track your digital business' success; focused heavily on tactics and strategy around sustaining the first 3 months of your business.

RISE

Section 1: Commit

Learning to market can be intimidating—but the rewards are so worth it! The modules in this section are aimed to prepare your mind and plan your route so it ends with success.

• **Module #1.** Making A Commitment To Success As A Marketer In The Digital Age

...amental Mindset Shift That Will Generate

Waiting for aspireonline.co...





# RISE

## Section 3: Create

Copywriting (otherwise known as sales writing) is the main weapon in your internet marketing arsenal. In Section 3 you will learn how to craft marketing messages that ignite an 'overpowering' desire in your customers to own your products and services.



- **Module #9** How To Create A *Brand Name* That Sticks In Your Customers' Mind Like A Catchy Pop Song.

- **Module #10** How To Instantly Trigger A Powerful *Desire* In Your Customers' Minds That Almost 'Forces' Them To Buy.

- **Module #11** How To Create Tiered Marketing And Product Sequencing To Capture Repeat Sales.

- **Module #12** How To Create A FREE Tripwire Front End Product That Will Have Your Visitors *hungry* To Join Your List.



# RISE

## Section 4: Words

Now that you have learned the basics of copywriting, it's time to take it to the next level. In section 4 you'll learn how to write and attract prospects with powerful, profit pulling words that send them running to your offers.




aspireonline.co/rise-product/

# RISE

## Section 4: Words

Now that you have learned the basics of copywriting, it's time to take it to the next level. In section 4 you'll learn how to write and craft prospects with powerful profit pulling words that send them running to your offers.

- **Module #13:** Discover The Secrets Behind High-Converting Headlines That Pull More Sales.

- **Module #14:** Get Your Audience To Relate To You With A Personalized Brand Story And Build Credibility & Trust.

- **Module #15:** How To Craft Killer Copy That Will Sell Anything. Even If You're Not A Good Writer.

- **Module #16:** How To Craft The Perfect Marketing Message To Attract The Perfect Customer.



# RISE

## Section 5: Partners

Making connections with other marketers is the key to "next level" success. It can lead to referrals, affiliate sales, and more. In Section 5 you'll learn how to leverage joint ventures and other people's lists so you become an authority and get people chasing you down.




aspireonline.co/rise-product/





# RISE

## Section 5: Partners

Making connections with other marketers is the key to "next level" success. It can lead to referrals, affiliate sales and more. In Section 5 you'll learn how to leverage joint ventures and other people's lists so you become an authority and get people chasing you down.

- **Module #17** How To Easily Create Ads That Generate Massive Response And Boost Your Sales.

- **Module #18** How To Partner With Others To Sell More Of Your Products And Services.

- **Module #19** 3 Simple Steps To More—And Better—Referrals.



# RISE

## BONUS: Section 6

You'll be given a spot in the World's Largest Social Media Certification and Training Community and get fresh new content every week, all 13 of their Award-Winning Certification Programs and over 240 full-length training videos!

Since 2009 Social Media Marketing University has been considered the worldwide leader in Social Media Certification and Training, and is currently the world's largest social media

aspireonline.co/rise-product/

# RISE

## BONUS Section 6

You'll be given a spot in the World's Largest Social Media Certification and Training Community and get fresh new content every week, all 13 of their Award-Winning Certification Programs and over 240 full-length training videos!

Since 2009, Social Media Marketing University has been considered the worldwide leader in Social Media Certification and Training and is currently the world's largest social media certification community.

Through this exclusive partnership, RISE members will be given access to their recognised certification and courses!



**BUY NOW FOR JUST $2,197 (~€1,870)**

OR

**Make 2 Payments of $1,269 (~€1,080)**

**Make 4 Payments of $691 (~€590)**

Terms of Service Privacy Policy Refund Policy MEMBER LOGIN

© 2017 Aspire Nutrition. All Rights Reserved.

Phn UK: Phn US: +1 (888) 9... London

ALW AspireOnline888901028



**ASPIRE**

Need help? Contact: support@aspireonline.co

✓ **Get Started Right Now!** Don't Get Left Behind! Here's Everything You Get Inside!

✔ Eye-opening video success training that provides simple, step by step rules for getting your online business up and running.

✔ Access to your own personal team of "millionaire business coaches" who are ready to work one-on-one with you to help you achieve success.

✔ The "holy grail" of sales funnel design that will empower you to create deep and lasting funnels that pay you "on autopilot" for years.

✔ Exceptional support. We care about your results, so we have provided live chat and email support so you can get the answers you need when you need them.

✔ And more than a dozen other high-value online business resources that will provide the motivation, the tools and the know-how you need to get to the next level in your business.

✔ **STEP 1 Enter Account Details**

Enter Your First & Last Name...

Enter Your Email Address...

+1 Unit   Enter Your Mobile Phone Number

Enter Your New Password...

✔ **STEP 2 Enter Billing Address**

Street Address...

City Name...

State / Province...   Zip Code...

United States

✔ **STEP 3 Enter Payment Information**

Credit Card Number:   CVV Code:

Card number   CVV

Expiry Month:   Expiry Year:

- Select -   - Select -







aspireonline.co /ascend-product/



to find and scale traffic to implement the highest converting funnel strategies.

- **Top 5 Most Profitable Traffic Sources:** 5 little-known places where you can generate overflowing rivers of traffic incredibly cheap!
- **6 Strategies To Scale Traffic:** How to scale your traffic from a small initial trickle all the way up to millions of hits
- **7-Figure Conversion Hacks:** Little-known "secret ninja copy techniques" that all the 7-figure marketers use today
- **3 Powerful Funnel Formulas:** Discover precision-engineered funnel formulas that convert right-on-the-money in any niche

## ASCEND

### Day 2 Agenda

Your brand is what makes your business, your business. It's the public face that identifies you as something unique and unforgettable. On day two you will learn all about how to craft your personal brand and story, and become a legend.

- **The Power Of A Personal Brand:** How to create an instantly-recognizable personal brand that crushes conversions
- **How To Tell Your Story:** How to tell an unforgettable story that sears your brand into your audience's imagination
- **Finding The Guru In You:** How to tap into your own "inner reservoir" of experience and package it into a winning product.
- **How To Master Video:** How to harness the power of video to create lasting connections with your customers



# ASCEND

## Day 3 Agenda

Together with traffic conversions are a key ingredient in the online marketing formula. On day three you will learn how to increase conversions; create content, outsource tasks, and build a team to leverage your time.

- **Increase Conversions With Analytics:** How to leverage the power of analytics to send your conversions through the roof

- **How To Create Amazing Content:** Create fascinating, engaging content that leaves prospects "begging" to own what you're selling

- **How To Work Smarter With Outsourcing:** Use outsourcing to lower costs, leverage your effort, and increase profit

- **How To Build A Team:** Discover the "power of duplication" and how it can literally "multiply" your sales exponentially

Terms of Service Privacy Policy Refunds Disclaimer Login
© 2017 Ascend Limited. All Rights Reserved.
Phn UK +44 1882 Phn US +1 6888 1844 Email support@aspireonline.co
ALW AspireOnline888gp0009

Address 2

create lasting connections with your customers

aspireonline.co /ascend-product/

# Attachment K

**ASPIRE Online**

**Learn How To Market Online Like A Professional**

**Contact Us**

# TOS

Aspire Ventures Terms Of Service
Last Updated on October 29th, 2016
Introduction

Welcome. This website is owned and operated by Aspire Ventures. By visiting our website and accessing the information, resources, services, products, and tools we provide, you understand and agree to accept and adhere to the following terms and conditions as stated in this policy (hereafter referred to as 'User Agreement'), along with the terms and conditions as stated in our Privacy Policy (please refer to the Privacy Policy section below for more information).

This agreement is in effect as of Sep 08, 2016. We reserve the right to change this User Agreement from time to time without notice. You acknowledge and agree that it is your responsibility to review this User Agreement periodically to familiarize yourself with any modifications. Your continued use of this site after such modifications will constitute acknowledgment and agreement of the modified terms and conditions.

Responsible Use and Conduct

By visiting our website and accessing the information, resources, services, products, and tools we provide for you, either directly or indirectly (hereafter referred to as 'Resources'), you agree to use these Resources only for the purposes intended as permitted by (a) the terms of this User Agreement, and (b) applicable laws, regulations and generally accepted online practices or guidelines.

Wherein, you understand that:

a. In order to access our Resources, you may be required to provide certain information about yourself (such as identification, contact details, etc.) as part of the registration process, or as part of your ability to use the Resources. You agree that any information you provide will always be accurate, correct, and up to date.

b. You are responsible for maintaining the confidentiality of any login information associated with any account you use to access our Resources. Accordingly, you are responsible for all activities that occur under your account/s.

c. Accessing (or attempting to access) any of our Resources by any means other than through the means we provide, is strictly prohibited. You specifically agree not to access (or attempt to access) any of our Resources through any automated, unethical or unconventional means.

d. Engaging in any activity that disrupts or interferes with our Resources, including the servers and/or networks to which our Resources are located or connected, is strictly prohibited.

e. Attempting to copy, duplicate, reproduce, sell, trade, or resell our Resources is strictly prohibited.

f. You are solely responsible any consequences, losses, or damages that we may directly or indirectly incur or suffer due to any unauthorized activities conducted by you, as explained above, and may incur criminal or civil liability.

g. We may provide various open communication tools on our website, such as blog comments, blog posts, public chat, forums, message boards, newsgroups, product ratings and reviews, various social media services, etc. You understand that generally we do not prescreen or monitor the content posted by users of these various communication tools, which means that if you choose to use these tools to submit any type of content to our website, then it is your personal responsibility to use these tools in a responsible and ethical manner. By posting information or otherwise using any open communication tools as mentioned, you agree that you will not upload, post, share, or otherwise distribute any content that:

i) Is illegal, threatening, defamatory, abusive, harassing, degrading, intimidating, fraudulent, deceptive, invasive, racist, or contains any type of suggestive, inappropriate, or explicit

EX 39
1414

11/3/2017                                                          TOS — ASPIRE Online

language;

ii) Infringes on any trademark, patent, trade secret, copyright, or other proprietary right of any party;

iii) Contains any type of unauthorized or unsolicited advertising;

iv) Impersonates any person or entity, including any Aspire Ventures employees or representatives.We have the right at our sole discretion to remove any content that, we feel in our judgment does not comply with this User Agreement, along with any content that we feel is otherwise offensive, harmful, objectionable, inaccurate, or violates any 3rd party copyrights or trademarks. We are not responsible for any delay or failure in removing such content. If you post content that we choose to remove, you hereby consent to such removal, and consent to waive any claim against us.

h. We do not assume any liability for any content posted by you or any other 3rd party users of our website. However, any content posted by you using any open communication tools on our website, provided that it doesn't violate or infringe on any 3rd party copyrights or trademarks, becomes the property of ASPIRE, and as such, gives us a perpetual, irrevocable, worldwide, royaltyfree, exclusive license to reproduce, modify, adapt, translate, publish, publicly display and/or distribute as we see fit. This only refers and applies to content posted via open communication tools as described, and does not refer to information that is provided as part of the registration process, necessary in order to use our Resources. All information provided as part of our registration process is covered by our privacy policy.

i. You agree to indemnify and hold harmless Aspire Ventures and its parent company and affiliates, and their directors, officers, managers, employees, donors, agents, and licensors, from and against all losses, expenses, damages and costs, including reasonable attorneys' fees, resulting from any violation of this User Agreement or the failure to fulfill any obligations relating to your account incurred by you or any other person using your account. We reserve the right to take over the exclusive defense of any claim for which we are entitled to indemnification under this User Agreement. In such event, you shall provide us with such cooperation as is reasonably requested by us.

Privacy

Your privacy is very important to us, which is why we've created a separate Privacy Policy in order to explain in detail how we collect, manage, process, secure, and store your private information. Our privacy policy is included under the scope of this User Agreement. To read our privacy policy in its entirety, click here.

Limitation of Warranties

By using our website, you understand and agree that all Resources we provide are "as is" and "as available". This means that we do not represent or warrant to you that:

i) the use of our Resources will meet your needs or requirements.

ii) the use of our Resources will be uninterrupted, timely, secure or free from errors.

iii) the information obtained by using our Resources will be accurate or reliable, and

iv) any defects in the operation or functionality of any Resources we provide will be repaired or corrected.

Furthermore, you understand and agree that:

v) any content downloaded or otherwise obtained through the use of our Resources is done at your own discretion and risk, and that you are solely responsible for any damage to your computer or other devices for any loss of data that may result from the download of such content.

vi) no information or advice, whether expressed, implied, oral or written, obtained by you from Aspire Ventures or through any Resources we provide shall create any warranty, guarantee, or conditions of any kind, except for those expressly outlined in this User Agreement.

Limitation of Liability

In conjunction with the Limitation of Warranties as explained above, you expressly understand and agree that any claim against us shall be limited to the amount you paid, if any, for use of products and/or services. Aspire Ventures will not be liable for any direct, indirect, incidental, consequential or exemplary loss or damages which may be incurred by you as a result of using our Resources, or as a result of any changes, data loss or corruption, cancellation, loss of access, or downtime to the full extent that applicable limitation of liability laws apply.

Copyrights/Trademarks

All content and materials available on Aspire Ventures, including but not limited to text, graphics, website name, code, images and logos are the intellectual property of Aspire Ventures, and are protected by applicable copyright and trademark law. Any inappropriate use, including but not limited to the reproduction, distribution, display or transmission of any content on this site is strictly prohibited, unless specifically authorized by Aspire Ventures.

EX 39
1415

Termination of Use

You agree that we may, at our sole discretion, suspend or terminate your access to all or part of our website and Resources with or without notice and for any reason, including, without limitation, breach of this User Agreement. Any suspected illegal, fraudulent or abusive activity may be grounds for terminating your relationship and may be referred to appropriate law enforcement authorities. Upon suspension or termination, your right to use the Resources we provide will immediately cease, and we reserve the right to remove or delete any information that you may have on file with us, including any account or login information.

Credit Card Descriptor

When paying with a credit card – your statement may read:

– AspireOnline8883160339

Guarantee

UNLESS OTHERWISE EXPRESSED, Aspire Ventures EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.

Contact Information

If you have any questions or comments about these our Terms of Service as outlined above, you can contact us by emailing support@aspireonline.co or via mail at:

Aspire Venture Limited



London,

United Kingdom

Copyright © 2017 · OptimizePress.com · All Rights Reserved

EX 39
1416

# Attachment L





**START UP**

Learn simple and easy start-up steps to build a profitable global online business.

**PROFIT**

Automate your online business systems and processes to increase profits.

**SCALE**

Learn how to scale your online business and increase your customers' lifetime value.

**LEGACY**

Learn how to secure your family's financial future and leave a legacy.

Digital Business System

The most comprehensive digital marketing training ever—developed by 7-figure digital marketers, for digital marketers. Kick your success into high gear with automation, sales funnels, community, tools, resources, and a whole lot more.

LEARN MORE and See Pricing