

INTERNET ARCHIVE

6 captures
1 Sep 2013 - 7 Jan 2016

http://aspireonline.co/

SEP **OCT** JAN
**03**
2013 **2016** 2018

## Digital Business Profit Workshop

To really succeed in marketing, you need to "go deep." Top marketers get where they are by building connections with—and learning from—the world's most respected experts. ASCEND. A 3-Day all-inclusive retreat for two, is your opportunity to learn one-on-one from the world's top business thought leaders. All under one roof.

**LEARN MORE** Read Our Pricing

Discover Why We Do What We Do

With technology evolving at lightning speeds and the rise in e-Learning in this information age... we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers.

OUR PRODUCTS



# Here Is What We Plan To Do

With technology evolving at lightning speeds and the rise in e-Learning in this information age - we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers. We believe college is not always the best answer for entrepreneurs.

But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers, and dreamers with the shortcuts, blindspots and tools to turn their drive into thriving, profitable Digital Businesses.

We will continue to strive to provide an educational incubator and community of like-minded people to share and amplify your successes. We want to help create true freedom so you can spend more time with your family, friends and those you care most about.

A business should give you more time to spend on the things you love - with the people you love.

Our program was not designed for business people. It was designed for moms, dads, high school graduates, waiters and waitresses, passionate creatives, college dropouts and anyone in between.

You don't have to be a businessman or woman in a suit to have a successful company. The world wants you and your ideas, just they way they are.

Our product line was created for those aspiring to climb the mountain to success as a Digital Entrepreneur.

It's packed with over 100 years of combined experience and success from the industry's thought leaders and doers.

We have carefully crafted a product line that creates not just the foundation for success but gives you the map to climb to the top step-by-step. We will be here with you every step of the way.

Terms of Service . Policies & Procedures . Privacy Policy . Refund Policy

© 2015 - 2016 Digital Altitude LTD All Rights Reserved. Phet (302) 564-9697 Email: ask@aspireonline.co

# Attachment M

EX 39
1423

11/22/2017                           Aspireonline.co - Whois History - DomainTools

Home  >  Whois History  >  Aspireonline.co

## Whois History for Aspireonline.co

How does this work?

### Lookup Domain Ownership History

aspireonline.co

LOOKUP

Enter a term to filter on

## Unique Records

collapse all

👁 *private*

*18 historical records found*

| 2017 | | 6 total |
|---|---|---|
| 2017-11-20 | *more \| screenshot* | |
| 2017-09-13 | *more \| screenshot* | |
| 2017-09-06 | *more \| screenshot* | |
| 2017-07-13 | *more \| screenshot* | |
| › **2017-05-26** | *more \| screenshot* | |
| 2017-02-03 | *more \| screenshot* | |

| 2016 | | 2 total |
|---|---|---|
| 2016-09-25 | *more \| screenshot* | |
| 2016-09-11 | *more \| screenshot* | |

| 2013 | | 7 total |
|---|---|---|
| 2013-09-19 | *more \| screenshot* | |
| 2013-08-14 | *more \| screenshot* | |
| 2013-08-09 | *more \| screenshot* | |
| 2013-08-05 | *more \| screenshot* | |
| 2013-06-26 | *more \| screenshot* | |
| 2013-04-25 | *more \| screenshot* | |
| 2013-02-12 | *more \| screenshot* | |

| 2012 | | 3 total |
|---|---|---|
| 2012-11-19 | *more \| screenshot* | |
| 2012-09-12 | *more \| screenshot* | |
| 2012-06-26 | *more \| screenshot* | |

EX 39
1424

11/22/2017                                 Aspireonline.co - Whois History - DomainTools

## Whois Record for 2017-05-26

« Previous (2017-02-03)                                                               Next (2017-07-13) »

**Domain:**

aspireonline.co

**Record Date:** 2017-05-26

**Registrar:**

**Server:**      whois.nic.co

**Created:**

**Updated:**

**Expires:**

**Reverse Whois:**

support@aspireonline.co 🔍



```
Domain Name:                          ASPIREONLINE.CO
Domain ID:                            D136107704-CO
Sponsoring Registrar:                 TUCOWS DOMAINS INC.
Sponsoring Registrar IANA ID:         69
Registrar URL (registration services): www.opensrs.com
Domain Status:                        clientTransferProhibited
Domain Status:                        clientUpdateProhibited
Registrant ID:                        ████████
Registrant Name:                      Alom Mahammed
Registrant Organization:              Aspire Processing Limited
Registrant Address1:                  Third Floor 207 Regent Street
Registrant City:                      London
Registrant State/Province:            CA
Registrant Postal Code:               W1B 3HH
Registrant Country:                   UNITED KINGDOM
Registrant Country Code:              GB
Registrant Phone Number:              ████████1010
Registrant Email:                     support@aspireonline.co
Administrative Contact ID:            ████████
Administrative Contact Name:          Alom Mahammed
Administrative Contact Organization:  Aspire Processing Limited
Administrative Contact Address1:      Third Floor 207 Regent Street
Administrative Contact City:          London
Administrative Contact State/Province: CA
Administrative Contact Postal Code:   W1B 3HH
Administrative Contact Country:       UNITED KINGDOM
Administrative Contact Country Code:  GB
Administrative Contact Phone Number:  ████████1010
Administrative Contact Email:         support@aspireonline.co
Billing Contact ID:                   ████████
Billing Contact Name:                 Alom Mahammed
Billing Contact Organization:         Aspire Processing Limited
Billing Contact Address1:             Third Floor 207 Regent Street
Billing Contact City:                 London
Billing Contact State/Province:       CA
Billing Contact Postal Code:          W1B 3HH
Billing Contact Country:              UNITED KINGDOM
Billing Contact Country Code:         GB
Billing Contact Phone Number:         ████████1010
Billing Contact Email:                support@aspireonline.co
Technical Contact ID:                 ████████
Technical Contact Name:               Alom Mahammed
Technical Contact Organization:       Aspire Processing Limited
Technical Contact Address1:           Third Floor 207 Regent Street
Technical Contact City:               London
Technical Contact State/Province:     CA
Technical Contact Postal Code:        W1B 3HH
Technical Contact Country:            UNITED KINGDOM
Technical Contact Country Code:       GB
Technical Contact Phone Number:       ████████1010
Technical Contact Email:              support@aspireonline.co
Name Server:                          RITA.NS.CLOUDFLARE.COM
Name Server:                          DOM.NS.CLOUDFLARE.COM
Created by Registrar:                 TUCOWS DOMAINS INC.
Last Updated by Registrar:            TUCOWS DOMAINS INC.
Domain Registration Date:             Fri Sep 09 15:31:14 GMT 2016
Domain Expiration Date:               Fri Sep 09 23:59:59 GMT 2017
Domain Last Updated Date:             Mon Jan 09 18:14:54 GMT 2017
DNSSEC:                               false
```

EX 39
1425

# Attachment N

Home > Whois History > Aspireonline.co

# Whois History for Aspireonline.co

How does this work? «

## Lookup Domain Ownership History

aspireonline.co

LOOKUP

Enter a term to filter on

## Unique Records

*private*  expand all

*19 historical records found*

| | |
|---|---|
| 2017 | 7 total |
| 2016 | 2 total |
| 2013 | 7 total |
| 2012 | 3 total |

## Whois Record for 2017-12-06

« Previous (2017-11-20)     Next

**Domain:** aspireonline.co

**Record Date:** 2017-12-06

**Registrar:**

**Server:** whois.nic.co

**Created:**

**Updated:**

**Expires:**

**Reverse Whois:** support@aspireonline.co



```
Domain Name: aspireonline.co
Registry Domain ID: 704-CO
Registrar WHOIS Server: whois.opensrs.net
Registrar URL: www.opensrs.com
Updated Date: 2017-08-25T05:36:32Z
Creation Date: 2016-09-09T15:31:14Z
Registry Expiry Date: 2018-09-08T23:59:59Z
Registrar: Tucows Domains Inc.
Registry IANA ID: 69
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: 623-CO
Registrant Name: Mohammed Alim
Registrant Organization: Aspire Ventures Limited
Registrant Street: Address 2
Registrant Street:
Registrant Street:
Registrant City: London
Registrant State/Province: CA
Registrant Postal Code:
Registrant Country: GB
Registrant Phone: +44.          1010
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: support@aspireonline.co
Registry Admin ID: 622-CO
Admin Name: Mohammed Alim
Admin Organization: Aspire Ventures Limited
Admin Street: Address 2
Admin Street:
Admin Street:
Admin City: London
Admin State/Province: CA
Admin Postal Code:
Admin Country: GB
Admin Phone: +44.          1010
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: support@aspireonline.co
Registry Tech ID: 624-CO
Tech Name: Mohammed Alim
Tech Organization: Aspire Ventures Limited
Tech Street: Address 2
Tech Street:
Tech Street:
Tech City: London
Tech State/Province: CA
Tech Postal Code:
Tech Country: GB
Tech Phone: +44.          1010
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: support@aspireonline.co
Name Server: don.ns.cloudflare.com
```

# Attachment O





aspirereach.com

RISE
RISE
RISE
NEW
NEW
RISE

# RISE

## Digital Business Mastery Course

In internet marketing, your *"inner game"* is half the battle. RISE provides you with the key mindsets and concepts developed by top marketers for success, along with traffic, tools and resources to fast track your digital business' growth.

**LEARN MORE**
And See Pricing

NEW
NEW
ASCEND

# ASCEND

## Digital Business Profit Workshop

To really succeed in marketing, you need to "go deep." Top marketers get where they are by building connections with--and learning from--the world's most respected experts. ASCEND, A 3-Day all-inclusive retreat for two, is your opportunity to learn one-on-one from the world's top business thought leaders... All under one roof.

**LEARN MORE**
And See Pricing



## VISION

### Discover What We Do What We Do

With technology evolving at lightning speeds and the rise in e-Learning in this information age, we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers.

**CONTACT US**

**OUR PRODUCTS**

### Here Is What We Plan To Do

With technology evolving at lightning speeds and the rise in e-Learning in this information age, we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers. We believe college is not always the best answer for entrepreneurs.

But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers, and dreamers with the shortcuts, blindspots and tools to turn their drive into thriving, profitable Digital Businesses.

We will continue to strive to provide an educational incubator and community of like-minded people to share and amplify your successes. We want to help create true freedom so you can spend more time with your family, friends and those you care most about.

aspirereach.com



aspirereach.com

But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers, and dreamers with the shortcuts, blindspots and tools to turn their drive into thriving, profitable Digital Businesses.

We will continue to strive to provide an educational incubator and community of like-minded people to share and amplify your successes. We want to help create true freedom so you can spend more time with your family, friends and those you care most about.

A business should give you more time to spend on the things you like, with the people you love.

Our program was not designed for business people. It was designed for moms, dads, high school graduates, waiters and waitresses, passionate creatives, college dropouts and anyone in between.

You don't have to be a businessman or woman in a suit to have a successful company. The world wants you and your ideas, just they way they are.

Our product line was created for those aspiring to climb the mountain to success as a Digital Entrepreneur.

It's packed with over 100 years of combined experience and success from the industry's thought leaders and doers.

We have carefully crafted a product line that creates not just the foundation for success but gives you the map to climb to the top step-by-step. We will be here with you every step of the way.

Terms of Service  Privacy Policy  Refund Policy  MEMBER LOGIN

© 2017 Aspire Processing LLC  All Rights Reserved  16192 Coastal Hwy, Lewes DE 19958-9608

Print UK  1 (888) 316-0229 Email: support@aspirereach.co

ALW: AspirePhone88820229







start: Want to learn to turn your Passion into Profits? Or maybe you have already started one and don't know what to do next. In Aspire you will gain access to resources that will set you on the right track.

- **60+ Hours Of Digital Business Video Trainings:** 7 simple steps to start-up, 3 steps to set-up and 3-steps to promote your business
- **Private Digital Client For Life Coaches:** Exclusive 1 on 1 access to the world's best coaches who will help you reach your goals.
- **7-Figure Sales Funnels & Websites:** Automated sales funnels designed by 7-figure marketers to automate the sales process.
- **Follow Up Sequences & Sales Automation:** Discover how to follow-up, automate and leverage your effort for bigger profits.

# ASPIRE

## Digital Business Success System

It's not just the incredible training and resources that make Aspire great. It also comes packed with done-for-you product options that you can sell right out of the gate.

- **High Commission Back End Products:** We've built resellable back-end products for you so you can leverage top-tier commissions while you learn.
- **Done-For-You Branding Solutions:** Tailor-made branding solutions that will send your conversions--and sales--through the roof.
- **Traffic & Social Media Solutions:** Traffic is the lifeblood of any online business and we have solutions forged from years of trial and error

aspirereach.com/ar/aspire.php



ASPIRE

Digital Business Success System

Aspire is much more than just a training or coaching program. We went out of our way to pack this system complete with the features you need, from merchant & payroll services to customer support.

- **Merchant & Payroll Services:** We take the headache out of accounting, funding and cashflow with time-saving resources that make your life easier.

- **Support, Forums & Live Chat.** Live support and instant availability is paramount to retaining customers. Naturally, we have it covered.

- **Community & Leadership.** You get exclusive "VIP" access to our network of business leaders and experts, to coach you all the way to success.

- **Networking, Live Events & Coaching.** They say your net worth is determined by your network. Our networking events that will show you how true that really is!

and error.

- **Latest Tools & Resources:** Staying up on what works now is the key to digital marketing success. You will get access to the latest tools and resources so you're always on top of trends.





















ASPIRE

RISE

Digital Marketing Mastery Course

A foundational 'business basics to advanced mastery' course that provides shortcuts, tools and resources to fast track your digital business success, focused heavily on tactics and strategy around sustaining the first 3 months of your business.

PRODUCTS  >  ASPIRE   BASE   RISE   ASCEND

RISE

Section 1: Commit

Learning to market can be intimidating—but the rewards are so worth it! The modules in this section are aimed to prepare your mind and plan your route so it ends with success.

- **Module #1:** Making A Commitment To Success As A Marketer In The Digital Age
- **Module #2:** The Fundamental Mindset Shift That Will Generate

aspirereach.com/ar/rise.php



- **Module #3**: How To Use The Irrationality Of The Market To Your Favor To Create Buzz For Your Products

- **Module #4**: The 80/20 Rule Of Customers: How To Find The "Elusive 20%" Who Generate 80% Of Your Sales, And How This Can Free You

# RISE

## Section 2: Customer

90% of marketing is knowing your customer—their wants, needs and desires. Once you've got that, you're golden. Section 2 reveals how to "get inside your customer's mind" to solve their problem and add value to their lives.

- **Module #5**: How To Identify The Emotional Trigger Buttons In Your Prospects That Practically "Force" Them to Buy

- **Module #6**: How To Identify And Attract The Perfect Customer 99% Of The Time

- **Module #7**: How To Harness The Timeless Art Of Direct Response To Lower Customer Acquisition Costs

- **Module #8**: Why The Unique Demands Of The Information Age Require You To Become An Educational Marketer"



RISE

## Section 3: Create

Copywriting (otherwise known as sales writing) is the main weapon in your internet marketing arsenal. In Section 3 you will learn how to craft marketing messages that ignite an Overpowering* desire in your customers to own your products and services.

- **Module #9** How To Create A *Brand Name* That Sticks In Your Customers' Mind Like A Catchy Pop Song.

- **Module #10** How To Instantly Trigger A Powerful Desire In Your Customers' Minds That Almost 'Forces' Them To Buy.

- **Module #11** How To Create Tiered Marketing And Product Sequencing To Capture Repeat Sales.

- **Module #12** How To Create A FREE Tripwire Front End Product That Will Have Your Visitors hungry To Join Your List

RISE

## Section 4: Words

Now that you have learned the basics of copywriting, it's time to take it to the next level. In section 4 you'll learn how to write and attract prospects with powerful profit pulling words that send them running to your offers.

- **Module #13** Discover The Secrets Behind High-Converting



# RISE

## Section 5: Partners

Making connections with other marketers is the key to "next level" success. It can lead to referrals, affiliate sales, and more. In Section 5 you'll learn how to leverage joint ventures and other people's lists so you become an authority and get people chasing you down.

- **Module #17:** How To Easily Create Ads That Generate Massive Response And Boost Your Sales.
- **Module #18:** How To Partner With Others To Sell More Of Your Products And Services.
- **Module #19:** 3 Simple Steps To More—And Better—Referrals.

- **Module #13:** Discover The Secrets Behind High-Converting Headlines That Pull More Sales.
- **Module #14:** Get Your Audience To Relate To You With A Personalized Brand Story And Build Credibility & Trust.
- **Module #15:** How To Craft Killer Copy That Will Sell Anything Even If You're Not A Good Writer.
- **Module #16:** How To Craft The Perfect Marketing Message To Attract The Perfect Customer

aspirereach.com/ir/rise.php

# RISE

## BONUS Section 6

You'll be given a spot in the World's Largest Social Media Certification and Training Community and get fresh new content every week, all 13 of their Award-Winning Certification Programs and over 240 full-length training videos!

Since 2009, Social Media Marketing University has been considered the worldwide leader in Social Media Certification and Training and is currently the world's largest social media certification community.

Through this exclusive partnership, RISE members will be given access to their recognised certification and courses!

**BUY NOW FOR JUST $2,197 (~€1,870)**

OR

**Make 2 Payments of $1,269 (~€1,080)**

**Make 4 Payments of $691 (~€590)**



© 2017 Aspire Processing LLC. All Rights Reserved. 16192 Coastal Hwy, Lewes, DE 19958-9608
Phill (UK). +1 (888) 716-0299 Email: support@aspirereview.co
ALW AspireOnline8882360299

Terms of Service  Privacy Policy  Refund Policy  MEMBER LOGIN

aspirereach.com/a/rise.php









strategies

- **Top 5 Most Profitable Traffic Sources:** 5 Little known places where you can generate overflowing rivers of traffic incredibly cheap!
- **6 Strategies To Scale Traffic:** How to scale your traffic from a small initial trickle all the way up to millions of hits
- **7-Figure Conversion Hacks:** Little-known "secret ninja copy techniques" that all the 7 figure marketers use today.
- **3 Powerful Funnel Formulas:** Discover precision-engineered funnel formulas that convert right-on-the-money in any niche

## ASCEND
### Day 2 Agenda

Your brand is what makes your business, your business. It's the public face that identifies you as something unique and unforgettable. On day two you will learn all about how to craft your personal brand and story and become a legend

- **The Power Of A Personal Brand:** How to create an instantly-recognizable personal brand that crushes conversions
- **How To Tell Your Story:** How to tell an unforgettable story that sears your brand into your audience's imagination.
- **Finding The Guru In You:** How to tap into your own "inner reservoir" of experience and package it into a winning product
- **How To Master Video:** How to harness the power of video to create lasting connections with your customers.

aspirereach.com/ar/ascend.php

create lasting connections with your customers

# ASCEND

## Day 3 Agenda

Together with traffic, conversions are a key ingredient in the online marketing formula. On day three you will learn how to increase conversions; create content, outsource tasks, and build a team to leverage your time.

- **Increase Conversions With Analytics:** How to leverage the power of analytics to send your conversions through the roof

- **How To Create Amazing Content:** Create fascinating, engaging content that leaves prospects "begging" to own what you're selling

- **How To Work Smarter With Outsourcing:** Use outsourcing to lower costs, leverage your effort, and increase profit

- **How To Build A Team:** Discover the "power of duplication" and how it can literally "multiply" your sales exponentially



Terms of Service  Privacy Policy  Refund Policy  MEMBER LOGIN

© 2017 Aspire Processing LLC  All Rights Reserved  16192 Coastal Hwy, Lewes, DE 19958-3608

Phil UK: Int'l Ph US: +1 (888) 218-0339  Email: support@aspireonline.co

ALW/AspireOnline8083180239

aspirereach.com/ar/ascend.php





# Attachment P

**ASPIRE Online**

**Learn How To Market Online Like A Professional**

**Contact Us**

# TOS

Aspire Ventures Terms Of Service

Last Updated on October 29th, 2016

Introduction

Welcome. This website is owned and operated by Aspire Ventures. By visiting our website and accessing the information, resources, services, products, and tools we provide, you understand and agree to accept and adhere to the following terms and conditions as stated in this policy (hereafter referred to as 'User Agreement'), along with the terms and conditions as stated in our Privacy Policy (please refer to the Privacy Policy section below for more information).

This agreement is in effect as of Sep 08, 2016. We reserve the right to change this User Agreement from time to time without notice. You acknowledge and agree that it is your responsibility to review this User Agreement periodically to familiarize yourself with any modifications. Your continued use of this site after such modifications will constitute acknowledgment and agreement of the modified terms and conditions.

Responsible Use and Conduct

By visiting our website and accessing the information, resources, services, products, and tools we provide for you, either directly or indirectly (hereafter referred to as 'Resources'), you agree to use these Resources only for the purposes intended as permitted by (a) the terms of this User Agreement, and (b) applicable laws, regulations and generally accepted online practices or guidelines.

Wherein, you understand that:

a. In order to access our Resources, you may be required to provide certain information about yourself (such as identification, contact details, etc.) as part of the registration process, or as part of your ability to use the Resources. You agree that any information you provide will always be accurate, correct, and up to date.

b. You are responsible for maintaining the confidentiality of any login information associated with any account you use to access our Resources. Accordingly, you are responsible for all activities that occur under your account/s.

c. Accessing (or attempting to access) any of our Resources by any means other than through the means we provide, is strictly prohibited. You specifically agree not to access (or attempt to access) any of our Resources through any automated, unethical or unconventional means.

d. Engaging in any activity that disrupts or interferes with our Resources, including the servers and/or networks to which our Resources are located or connected, is strictly prohibited.

e. Attempting to copy, duplicate, reproduce, sell, trade, or resell our Resources is strictly prohibited.

f. You are solely responsible any consequences, losses, or damages that we may directly or indirectly incur or suffer due to any unauthorized activities conducted by you, as explained above, and may incur criminal or civil liability.

g. We may provide various open communication tools on our website, such as blog comments, blog posts, public chat, forums, message boards, newsgroups, product ratings and reviews, various social media services, etc. You understand that generally we do not prescreen or monitor the content posted by users of these various communication tools, which means that if you choose to use these tools to submit any type of content to our website, then it is your personal responsibility to use these tools in a responsible and ethical manner. By posting information or otherwise using any open communication tools as mentioned, you agree that you will not upload, post, share, or otherwise distribute any content that:

i) Is illegal, threatening, defamatory, abusive, harassing, degrading, intimidating, fraudulent, deceptive, invasive, racist, or contains any type of suggestive, inappropriate, or explicit

EX 39
1462

language;

ii) Infringes on any trademark, patent, trade secret, copyright, or other proprietary right of any party;

iii) Contains any type of unauthorized or unsolicited advertising;

iv) Impersonates any person or entity, including any Aspire Ventures employees or representatives.We have the right at our sole discretion to remove any content that, we feel in our judgment does not comply with this User Agreement, along with any content that we feel is otherwise offensive, harmful, objectionable, inaccurate, or violates any 3rd party copyrights or trademarks. We are not responsible for any delay or failure in removing such content. If you post content that we choose to remove, you hereby consent to such removal, and consent to waive any claim against us.

h. We do not assume any liability for any content posted by you or any other 3rd party users of our website. However, any content posted by you using any open communication tools on our website, provided that it doesn't violate or infringe on any 3rd party copyrights or trademarks, becomes the property of ASPIRE, and as such, gives us a perpetual, irrevocable, worldwide, royaltyfree, exclusive license to reproduce, modify, adapt, translate, publish, publicly display and/or distribute as we see fit. This only refers and applies to content posted via open communication tools as described, and does not refer to information that is provided as part of the registration process, necessary in order to use our Resources. All information provided as part of our registration process is covered by our privacy policy.

i. You agree to indemnify and hold harmless Aspire Ventures and its parent company and affiliates, and their directors, officers, managers, employees, donors, agents, and licensors, from and against all losses, expenses, damages and costs, including reasonable attorneys' fees, resulting from any violation of this User Agreement or the failure to fulfill any obligations relating to your account incurred by you or any other person using your account. We reserve the right to take over the exclusive defense of any claim for which we are entitled to indemnification under this User Agreement. In such event, you shall provide us with such cooperation as is reasonably requested by us.

Privacy

Your privacy is very important to us, which is why we've created a separate Privacy Policy in order to explain in detail how we collect, manage, process, secure, and store your private information. Our privacy policy is included under the scope of this User Agreement. To read our privacy policy in its entirety, click here.

Limitation of Warranties

By using our website, you understand and agree that all Resources we provide are "as is" and "as available". This means that we do not represent or warrant to you that:

i) the use of our Resources will meet your needs or requirements.

ii) the use of our Resources will be uninterrupted, timely, secure or free from errors.

iii) the information obtained by using our Resources will be accurate or reliable, and

iv) any defects in the operation or functionality of any Resources we provide will be repaired or corrected.

Furthermore, you understand and agree that:

v) any content downloaded or otherwise obtained through the use of our Resources is done at your own discretion and risk, and that you are solely responsible for any damage to your computer or other devices for any loss of data that may result from the download of such content.

vi) no information or advice, whether expressed, implied, oral or written, obtained by you from Aspire Ventures or through any Resources we provide shall create any warranty, guarantee, or conditions of any kind, except for those expressly outlined in this User Agreement.

Limitation of Liability

In conjunction with the Limitation of Warranties as explained above, you expressly understand and agree that any claim against us shall be limited to the amount you paid, if any, for use of products and/or services. Aspire Ventures will not be liable for any direct, indirect, incidental, consequential or exemplary loss or damages which may be incurred by you as a result of using our Resources, or as a result of any changes, data loss or corruption, cancellation, loss of access, or downtime to the full extent that applicable limitation of liability laws apply.

Copyrights/Trademarks

All content and materials available on Aspire Ventures, including but not limited to text, graphics, website name, code, images and logos are the intellectual property of Aspire Ventures, and are protected by applicable copyright and trademark law. Any inappropriate use, including but not limited to the reproduction, distribution, display or transmission of any content on this site is strictly prohibited, unless specifically authorized by Aspire Ventures.

EX 39
1463

Termination of Use

You agree that we may, at our sole discretion, suspend or terminate your access to all or part of our website and Resources with or without notice and for any reason, including, without limitation, breach of this User Agreement. Any suspected illegal, fraudulent or abusive activity may be grounds for terminating your relationship and may be referred to appropriate law enforcement authorities. Upon suspension or termination, your right to use the Resources we provide will immediately cease, and we reserve the right to remove or delete any information that you may have on file with us, including any account or login information.

Credit Card Descriptor

When paying with a credit card – your statement may read:

– AspireOnline8883160339

Guarantee

UNLESS OTHERWISE EXPRESSED, Aspire Ventures EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT.

Contact Information

If you have any questions or comments about these our Terms of Service as outlined above, you can contact us by emailing support@aspireonline.co or via mail at:

Aspire Processing LLC

16192 Coastal Hwy

Lewes, DE 19958-3608

Copyright © 2017 · OptimizePress.com · All Rights Reserved

EX 39
1464

# Attachment Q

**ASPIRE Online**

**Learn How To Market Online Like A Professional**

**Contact Us**

# Refund Policy

ASPIRE Refund Policy

Last Updated on October 29th, 2015

All our digital products and trainings are housed in the Membership site. When an order is placed a Member receives access to this information within just a few minutes. Due to the accessibility of our product availability immediately upon purchase, there is a strict 14-day return policy on all ASPIRE products, which begins on the date of purchase. Once the refund period expires refunds and/or exchanges will no longer be granted.

Digital products, services and "bundles" that include BASE, RISE, GEAR, HIKE, TREK, TRAFFIC and COACHING as well as any products that include a live event ticket (ASCEND, PEAK & APEX), have a strict 72-hour return policy. Once the refund period expires refunds will no longer be granted. Event tickets are valid for up to 18 months after purchase.

Any purchases of marketing services, Affiliate fees or tools are non-refundable and use of such is done so at your own risk.

We're here to help!

We are committed to the highest standards of customer care. Should you wish to request a refund or have any other customer support questions, simply drop us an email at

support@aspireonline.co or call Customer Care at +1 (888) 316-0339.

Copyright © 2017 · OptimizePress.com · All Rights Reserved

EX 39
1466

# Attachment R

EX 39
1467

11/22/2017                                   Aspirereach.com - Whois History - DomainTools

Home  >  Whois History  >  Aspirereach.com

### Whois History for Aspirereach.com

How does this work?

---

**Lookup Domain Ownership History**

aspirereach.com

LOOKUP

---

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to "**aspirereach.com**".

Monitor Aspirereach.com

---

Enter a term to filter on

### Unique Records

collapse all

👁 *private*

*4 historical records found*

| 2017 | 4 total |
|------|---------|
| 2017-08-31 | *more | screenshot* |
| 2017-05-18 | *more | screenshot* |
| › 2017-01-13 | *more | screenshot* |
| 2017-01-12 | *more | screenshot* |

---

**Whois Record for 2017-01-13**

« Previous (2017-01-12)                                                              Next (2017-05-18) »

**Domain:**

aspirereach.com

Record Date:  2017-01-13
Registrar:    WILD WEST DOMAINS, LLC
Server:       whois.wildwestdomains.com
Created:      2017-01-11
Updated:      2017-01-12
Expires:      2018-01-11

**Reverse Whois:**

abuse@wildwestdomains.com          alantoday+aspirereach@gmail.com

EX 39
1468

11/22/2017                          Aspirereach.com - Whois History - DomainTools

```
Domain Name: aspirereach.com
Registry Domain ID: 2089398103_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.wildwestdomains.com
Registrar URL: http://www.wildwestdomains.com
Update Date: 2017-01-11T21:26:55Z
Creation Date: 2017-01-11T21:26:55Z
Registrar Registration Expiration Date: 2018-01-11T21:26:55Z
Registrar: Wild West Domains, LLC
Registrar IANA ID: 440
Registrar Abuse Contact Email: abuse@wildwestdomains.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller: ValueName.com
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Aspire Processing LLC
Registrant Organization:
Registrant Street: 16192 Coastal Hwy
Registrant City: Lewes
Registrant State/Province: Delaware
Registrant Postal Code: 19958
Registrant Country: US
Registrant Phone: +1.8008207589
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: alantoday+aspirereach@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Aspire Processing LLC
Admin Organization:
Admin Street: 16192 Coastal Hwy
Admin City: Lewes
Admin State/Province: Delaware
Admin Postal Code: 19958
Admin Country: US
Admin Phone: +1.8008207589
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: alantoday+aspirereach@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Aspire Processing LLC
Tech Organization:
Tech Street: 16192 Coastal Hwy
Tech City: Lewes
Tech State/Province: Delaware
Tech Postal Code: 19958
Tech Country: US
Tech Phone: +1.8008207589
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: alantoday+aspirereach@gmail.com
Name Server: DOM.NS.CLOUDFLARE.COM
Name Server: RITA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```



Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2017 DomainTools

EX 39
1469

# Attachment S

11/22/2017                          Aspirereach.com - Whois History - DomainTools



Home > Whois History > Aspirereach.com

**Whois History for Aspirereach.com**

How does this work?

**Lookup Domain Ownership History**

aspirereach.com

LOOKUP

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to **"aspirereach.com"**.

Monitor Aspirereach.com

Enter a term to filter on

**Unique Records**

collapse all
👁̸ *private*

*4 historical records found*

| 2017 | 4 total |
|---|---|
| › __2017-08-31__ | *more | screenshot* |
| __2017-05-18__ | *more | screenshot* |
| __2017-01-13__ | *more | screenshot* |
| __2017-01-12__ | *more | screenshot* |

**Whois Record for 2017-08-31**

« Previous (2017-05-18)                                                          *Next*

**Domain:**

aspirereach.com

Record Date:   2017-08-31
Registrar:     Wild West Domains, LLC
Server:        whois.wildwestdomains.com
Created:       2017-01-11
Updated:       2017-01-12
Expires:       2018-01-11

**Reverse Whois:**

abuse@wildwestdomains.com        alantoday+aspirereach@gmail.com

EX 39
1471

```
Domain Name: aspirereach.com
Registry Domain ID: 2089398103_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.wildwestdomains.com
Registrar URL: http://www.wildwestdomains.com
Updated Date: 2017-01-11T21:26:55Z
Creation Date: 2017-01-11T21:26:55Z
Registrar Registration Expiration Date: 2018-01-11T21:26:55Z
Registrar: Wild West Domains, LLC
Registrar IANA ID: 440
Registrar Abuse Contact Email: abuse@wildwestdomains.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller: ValueName.com
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Aspire Processing LLC
Registrant Organization:
Registrant Street: 16192 Coastal Hwy
Registrant City: Lewes
Registrant State/Province: Delaware
Registrant Postal Code: 19958
Registrant Country: US
Registrant Phone: +1.8008207589
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: alantoday+aspirereach@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Aspire Processing LLC
Admin Organization:
Admin Street: 16192 Coastal Hwy
Admin City: Lewes
Admin State/Province: Delaware
Admin Postal Code: 19958
Admin Country: US
Admin Phone: +1.8008207589
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: alantoday+aspirereach@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Aspire Processing LLC
Tech Organization:
Tech Street: 16192 Coastal Hwy
Tech City: Lewes
Tech State/Province: Delaware
Tech Postal Code: 19958
Tech Country: US
Tech Phone: +1.8008207589
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: alantoday+aspirereach@gmail.com
Name Server: DOM.NS.CLOUDFLARE.COM
Name Server: RITA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```



EX 39
1472

# Attachment T



## Financing

We have outlined a number of options to finance your business. Work with your coach to discuss all of your options that are available to you depending upon your credit score.

We're very excited to have you start your business and though there are no guarantee of success, we know that you will have the best chance available to own your own business. We want you to be successful and also wants you to take these options seriously as you are going to be fully responsible for any financing options that you decide to use.

There are many options for financing that you can use to fund your business and hit the ground running.

**1. Credit Cards**

Call each creditor and request a credit line increase. This option works best if you have a credit history with the credit card bank of making regular payments on time. Another option is to take a cash advance on the card. Taking a cash advance on a credit card is going to cost less than using the payment financing option with us and likely will be a better interest rate than the Financing Partners in section B.

**2. Personal Loans**

If you have been banking with a given bank for at least 6 months and have a FICO score of 620 or better, you can typically get a personal loan from your bank. The terms will vary by bank but the payments are usually very manageable. In some cases, you may need collateral, i.e. clear title to a vehicle to supply to the bank until the loan is repaid. To take find out what options your bank offers, visit your local bank branch and see a banker about getting a personal loan.

**3. Personal Merchants**

If you have your own merchant account via STRIPE, SQUARE or PAYPAL, you can run a payment transaction with your OWN credit card. This will result in the funds being deposited into whatever account is linked to that particular payment account. The left over balance will include the total after the transaction fees have been deducted from those providers. You can then use those funds to finance your product purchase.

**4. Get creative!**

Borrow from a 401k (see Retire Happy PDF), IRA or savings account. Borrowing from a friend. Loan against a clear car or motor bike title. Home equity loans and home equity lines of credit (these processes typically take 30 - 45 days to close). Any of these options are also things you can use to finance your product purchase.

## Robust Financing Options

**1. Fund Wise (For any credit score)**

Go to the website at fundwisecapital.com/digital-altitude and follow the instructions. A financing expert will be there to guide you every step of the way.

2. Oak Tree Financing (500 score or better they fund up to $50k)

i) Apply at their website www.oaktreefinancing.com/digital

iii) Contact Charity via Skype (charitygodfrey) and let her know your name and the amount you are looking to finance

**3. Retire Happy (PDF) - Watch the Retire Happy Video**

Access your retirement funds to make alternative investments without tax penalties

>> Complete The Retire Happy Qualification Form <<

**4. Consider** (For score 680 or better)

Fundera is similar to Kayak or Expedia for nonbank lending. They will show you all of your loan options in one place and then help you apply for these options with one easy and simple application. Small business owners are not charged for the service

**5. Zippy Loan** (For 680 score or lower)

Zippy loan works with all types of credit and they give an immediate answer. They have a multitude of lenders so in many cases you will have a number of financing options to choose from

Terms of Service | Earnings Disclaimer | Affiliate Policies & Procedures | Privacy Policy | Refund Policy

© 2015-2017 Digital Altitude LLC All Rights Reserved. Phn: (800) 820-7589 Email: support@digitalaltitude.co

Dashboard

My Marketing

Leaderboard

My Sponsor

My Rank

Earnings

Team

Dream Car

Financing

Home   Products   My Business   Events   Resources   RISE

Base Camp
7pm PT / 10pm ET
Tue Dec 12th 10:00pm

Wake Up Call
7am PT / 10am ET
Wed Dec 13th 10:00am

On The Rise
6pm PT / 9pm ET
Wed Dec 13th 9:00pm

Wake Up Call
7am PT / 10am ET
Thu Dec 14th 10:00am

OPEN FULL CALENDAR

# Attachment U





























# Attachment V



Home    Packages

TAKE THE STEPS YOU NEED TO REACH HIGHER

How To...

Get In Touch

We offer a variety of coaching services to help you move past the obstacles in your sales. We will help you identify your personal values, strengths, and abilities in support of your personal and professional goals. Contact me to see how we can help you develop different perspectives and achieve the outcomes you're striving for.

This site was created with the WiX.com website builder. It's easy & free. Create Your Website >

EX 39
1491











# Attachment W





## RISE – Digital Marketing Mastery Course

- Eye-opening video success training that provides simple, step by step rules for getting your online business up and running.

- Access to your own personal team of "millionaire business coaches" who are ready to work one-on-one with you to help you achieve success.

- The "holy grail" of sales funnel design that will empower you to create deep and lasting funnels that pay you "on autopilot" for years.

- 24/7 round the clock support. We care about your results, so we have provided "round-the-clock support forums and chat where you can get the answers you need when you need them.





## RISE - Digital Marketing Mastery Course

- Eye-opening video success training that provides simple, step by step rules for getting your online business up and running.

- Access to your own personal team of "millionaire business coaches" who are ready to work one-on-one with you to help you achieve success.

- The "holy grail" of sales funnel design that will empower you to create deep and lasting funnels that pay you "on autopilot" for years.

- 24/7 round the clock support. We care about your results, so we have provided "round-the-clock support forums and chat where you can get the answers you need when you need them.

- And more than a dozen other high-value online business resources that will provide the motivation, the tools and the know-how you need to get to the next level in your business.









# Attachment X





# DISC

## Section 1: Prepare + Launch

Take the "fear" out of your start up phase. These modules are designed to lay a Iron-Clad foundation & put you on the right path for the first 3 months of your business.

- **Module #1** Prepare your business goals; Prepare for success.

- **Module #2** The fundamentals: business planning, entity formation, business banking & accounting made easy.

- **Module #3** Create captivating branding + Establishing your web presence.

- **Module #4** Launch your business + killer social media so customers notice you.

- **Module #5** The 5 key secrets of analytics that drive results—not just report them.

# DISC

## Section 2: Grow + Commit

After your business is up & running. What do you do next? This section focuses on preparing your mind and plan to focus on growth.

- **Module #6** Optimize your business for long term profits.

- **Module #7** Create a captivating customer experience that creates a



# DISC

## Section 3. Customer + Create

A successful business understands their customers wants, needs & desires. Then using that information to craft marketing messages that ignite an "overpowering" desire in your customers to own your products and services.

- **Module #11** How to Pull in the Perfect Customer 99% of the time.
- **Module #12** Discover the "Trigger buttons" that Practically "Forces" prospects to Buy now.
- **Module #13** Learn Direct Response & how it lowers your Customer Acquisition Costs.
- **Module #14** How To Create A Brand Name That Sticks In Your Customers Mind Like A Catchy Pop Song.
- **Module #15** How To Create A FREE Tripwire Front End Product That Will Have Your Visitors Begging To Join Your List.

### ADVANCED MODULES ONLY

- **Module #8** How to build automated systems that save time and make you money while you sleep.
- **Module #9** The Fundamental Mindset Shift That Will Generate More Success Than Any Other.
- **Module #10** The 80/20 Rule Of Customers: How To Find The "Elusive 20%" Who Generate 80% Of Your Sales, And How This Can Free You.

discenterprises.com

- **Module #15** How To Create A FREE Tripwire Front End Product That Will Have Your Visitors hungry To Join Your List.



# DISC

## Section 4: Words

This section will teach you how to write and attract prospects with powerful profit pulling words that send them running to your offers.

- **Module #16** Discover The Secrets Behind High-Converting Headlines That Pull More Sales.

- **Module #17** Get Your Audience To Relate To You With A Personalized Brand Story And Build Credibility & Trust.

- **Module #18** How To Craft Killer Copy That Will Sell Anything, Even If You're Not A Good Writer.

- **Module #19** How To Craft The Perfect Marketing Message To Attract The Perfect Customer.

- **Module #20** How To Easily Create Ads That Generate Massive Response And Boost Your Sales.

**CLICK HERE TO START YOUR INTRODUCTION MODULE**

dsicenterprises.com

Help



# DISC

## Section 4: Words

This section will teach you how to write and attract prospects with powerful profit pulling words that send them running to your offers.

- **Module #16** Discover The Secrets Behind High-Converting Headlines That Pull More Sales.
- **Module #17** Get Your Audience To Relate To You With A Personalized Brand Story And Build Credibility & Trust.
- **Module #18** How To Craft Killer Copy That Will Sell Anything, Even If You're Not A Good Writer.
- **Module #19** How To Craft The Perfect Marketing Message To Attract The Perfect Customer.
- **Module #20** How To Easily Create Ads That Generate Massive Response And Boost Your Sales.

**CLICK HERE TO START YOUR INTRODUCTION MODULE**

**READY FOR ADVANCED? CLICK HERE FOR ACCESS**

Copyright 2016 - DISC Enterprises - All Rights Reserved

EX 39
1511









