



# DISC

START YOUR INTRODUCTION

GO FOR ADVANCED

PRODUCTS  >  INTRODUCTION    ADVANCED

# DISC

## Section 1: Prepare + Launch

Take the "fear" out of your start up phase. These modules are designed to lay a Iron-Clad Foundation & put you on the right path for the first 3 months of your business.

- **Module #1** Prepare your business goals; Prepare for success.
- **Module #2** The fundamentals: business planning, entity formation, business banking & accounting made easy.

DISC

DIGITAL MARKETING MASTERY

MODULE 1

MODULE 2

MODULE 3

discenterprises.com



Take the *"fear"* out of your start up phase. These modules are designed to lay a Iron-Clad Foundation & put you on the right path for the first 3 months of your business.

- **Module #1** Prepare your business goals. Prepare for success.

- **Module #2** *The fundamentals: business planning, entity formation, business banking & accounting made easy.*

- **Module #3** Create captivating branding + Establishing your web presence.

- **Module #4** Launch your business + killer social media so customers notice you.

- **Module #5** The 5 key secrets of analytics that drive results--not just report them.

## DISC

### Section 2. Grow + Commit

After your business is up & running. What do you do next? This section focuses on preparing your mind and plan to focus on growth.

- **Module #6** Optimize your business for long term profits.

- **Module #7** Create a captivating customer experience that creates a cult-like-tribe.

- **Module #8** How to build automated systems that save time and make you money while you sleep.

- **Module #9** The Fundamental Mindset Shift That Will Generate



# DISC

## Section 3: Customer + Create

A successful Business understands their customers wants, needs & desires. Then using that information to craft marketing messages that ignite an "overpowering" desire in your customers to own your products and services.

* **Module #11** How to Pull in the Perfect Customer 99% of the time.

* **Module #12** Discover the "Trigger buttons" that Practically "Forces" prospects to Buy now.

* **Module #13** Learn Direct Response & how it lowers your Customer Acquisition Costs.

* **Module #14** How To Create A Brand Name That Sticks In Your Customers' Mind Like A Catchy Pop Song.

* **Module #15** How To Create A FREE Tripwire Front End Product That Will Have Your Visitors hungry To Join Your List.

# DISC

## Section 4: Words

This section will teach you how to write and attract prospects with powerful profit pulling words that send them running to your

www.digitalaltitude.co/products/base/



# DISC

## Section 4: Words

This section will teach you how to write and attract prospects with powerful profit pulling words that send them running to your offers.

- **Module #16** Discover The Secrets Behind High-Converting Headlines That Pull More Sales.

- **Module #17** Get Your Audience To Relate To You With A Personalized Brand Story And Build Credibility & Trust.

- **Module #18** How To Craft Killer Copy That Will Sell Anything, Even If You're Not A Good Writer.

- **Module #19** How To Craft The Perfect Marketing Message To Attract The Perfect Customer.

- **Module #20** How To Easily Create Ads That Generate Massive Response And Boost Your Sales.

**CLICK HERE TO START YOUR INTRODUCTION MODULE**

**READY FOR ADVANCED? CLICK HERE FOR ACCESS**

Copyright 2016 - DISC Enterprises - All Rights Reserved

discenterprises.com



EX 39
1523









EX 39
1527







www.digitalaltitude.co/products/base/

- **Module #2**: *The fundamentals:* business planning, entity formation, business banking & accounting made easy.

- **Module #3**: Create captivating branding and design that kicks your sales engine into overdrive.

- **Module #4**: Establishing your web presence for massive traffic & conversions.

## BASE

### Section 2: Launch

The key to a successful business launch is getting off on the right foot. These modules are designed to lay the right foundation for the first 3 months of your business, setting you on the best course early.

- **Module #5**: How to launch your business so loud the customers come running.

- **Module #6**: How to create a killer social media campaign to get the word Out.

- **Module #7**: The 5 key secrets of analytics that drive results--not just report them.

- **Module #8**: The 5 things every entrepreneur must do when launching a business.

EX 39
1529



### Section 3: Grow

So-you've got your business up and running. *What do you do next?* This section instills the most important principles for continued—or even *increased*-growth after your launch.

- **Module #9:** How to run lean, bootstrap & optimize your business for long term profits.

- **Module #10:** Create a captivating customer experience that reels 'em in and keeps 'em hooked.

- **Module #11:** How to build a cult-like-tribe that hangs on your every word.

- **Module #12:** How to build automated systems that save time and make you money while you sleep.

www.digitalaltitude.co/products/base/




# Attachment Y

EX 39
1532



# Attachment Z





Take A Look At The Digital Altitude Sales System

**6-Figure Business in 90 Days**

**Digital Altitude.** What if an online millionaire gave you his entire business – **no strings attached?** What if he walked you through every step of running this business? **To train and coach you every step of the way?**

LEARN MORE

**It's Called: ASPIRE**

ASPIRE is based on the only **proven model for online success.** It's been tested by thousands of business owners who quietly and anonymously **make small fortunes online.** People just like you.

LEARN MORE

**Tools, Trainings, and Resources**

They hand you all the tools, trainings and resources that they developed over 15 years of running million dollar online businesses. Everyone wants to **make money online these days...**

LEARN MORE

**MAKE MONEY**

Pays up to 60% over 3 tiers. **$37, $67, $127, $270, $900, $4500, $7650, $12,600** in commissions. 60 income streams? 19 are residual! They won't stop until **you earn your first 6-figures!**

LEARN MORE

**Yes, YOU Can Build a 6-Figure Business in 90 Days or Less with Digital Altitude. And I Am Going to Help You Do It.**

Just how am I going to do that? I am going to give you my **million-dollar business.** You heard that correctly. I want to hand you not only my **complete business model...**

I also want to hand you all the tools, trainings and resources that I have developed from over 15 years of running million dollar online businesses. From my own experience when I travel, it seems practically everyone wants to **make money online** these days...

http://thedigitalaltitude.com/   Digital Altitude - Aspire Sa...





## You can get started for a single $1.

Once you're a part of the Aspire Community you will see that **what makes this system different** is that it gives you literally **everything you need** to earn a healthy the income online TODAY. This is not just a few training videos...

It's a comprehensive system built on **3 pillars of success acceleration**.

1. **Next level training**. This is 7 startup steps, 3 setup steps and 3 promotion steps so you can get your business off the ground with a **running start**.

2. **Backend sales and financial tools**. This is your exclusive software and support solutions that take the technical headaches out of running your online business so **you can focus 100% on earning money**.

3. **Coaching, networking and mentoring**. You will **be coached** by **a real Internet millionaire**. If they can't prove to us that they have made at least 7 figures online, they can't be a coach. **It's that simple**. This way we can **guarantee you** that you will work with someone who "walks the walk."

**GET STARTED NOW** ›

## Start Your $1 Trial IMMEDIATELY

DIGITAL ALTITUDE

© 2018 Digital Altitude



Make 6 Figures In 90 Days Or Less with Digital Altitude - $1 Trial!

Home | Digital Altitude Review | $ Digital Altitude Compensation Plan | Aspire | About | Sign Up

## Digital Altitude Review

Are you looking for current Digital Altitude review? You've come to the right place... It's not a scam! I'll discuss all the details of this program including the products, the system, the CEO and the compensation plan in this Digital Altitude Aspire review.

## What is Digital Altitude?

Digital Altitude is an top tier program created by Michael Force. This digital business sales system is catered towards online entrepreneurs who are ready to take their business to the next level. Digital Altitude took a year to develop and over a million dollars invested. There are 10 management staff, all have over 10 years experience in the internet marketing space, they have 25 support staff, and every member gets their own coach, to walk you through the 6 figure system, and close sales for you.

Products include ASPIRE as a core product and then Base, Rise, Ascend, Peak, and Apex. Digital Altitude teaches digital entrepreneurs how to start and grow a profitable online business with their unique coaching products and world class live events.

You will definitely have the opportunity to earn some big commissions with the Digital Altitude Aspire system.

## Who is Michael Force?

Micheal Force is a former U.S. Marine who over the last 15 years has become an industry leading digital business expert, speaker and

http://thedigitalaltitude.com/digital-altitude-review/

Digital Altitude Review - h... ×

Michael Force is a former U.S. Marine who over the last 15 years has become an industry leading digital business expert, speaker and entrepreneur who built his first multi-million dollar business by the age of 27.

He has trained tens of thousands people online and has been a 7-figure producer in top tier high ticket over the last 15 years and has consulted many of the leading companies in high ticket programs.

### Digital Altitude Products Review:

Core Products and Training

#### Aspire

– *Walker, Hiker, Climber* Digital Altitude Business Sales System: An digital marketing, sales system and training platform designed by 7-figure digital marketers for digital marketers. Includes automation, sales funnels, community, tools and resources.

#### Base

Digital Business Mastery Course: Learn how to set up business goals, build a brand, create masterful websites, and manage your financials. The "Base" level of Digital Altitude is about the practical side of running a business, including things they would teach you in business school (and many things they don't teach you in business school).

#### Rise

Digital Marketing Mastery Course: The "Base" level focuses on the practical side of running a business, and the "Rise" level caters that information specifically for digital entrepreneurs. Finding practical information about running a digital business can be difficult, and Digital Altitude introduces you to all of this information in a straightforward way.

#### Ascend

Digital Business Profit Workshop: If you buy into Digital Altitude at this level, you'll gain access to a three day workshop event that takes place in Las Vegas. That workshop is led by Michael Force himself and may feature other business leaders from the world of digital entrepreneurship.

#### Peak

Business Prosper Retreat: If you buy into Digital Altitude at this level, you'll get a five day all-inclusive retreat for two where you can learn from business leaders, listen to great speakers, and hear digital business lessons from Michael Force.

#### Apex

Digital Business Legacy Experience: For only the most successful digital entrepreneurs, the Apex experience involves a 7 day all-inclusive retreat for two. At this Digital Altitude package, your speakers will be asset management and investing experts. After all, by the time you reach this level, you should already have mastered digital marketing.

The product line was created for those aspiring to climb the mountain to success as a Digital Entrepreneur.

Payment plans and financing are also available.



Payment plans and financing are also available.

**Add-On Products:**

Digital Altitude also offers add-on products. Those products include:

-Guru: You: A set of software tools that help you brand yourself as a "guru", including head shot creation, director videos, social media creation tools, and more.

-Inbound: This web-based service focuses on creating clickable content for your blogs. If you know anything about inbound marketing, then you'll get the idea behind inbound.

-Traffic and Funnel Products: Monetize your email lists and push traffic through sales funnels to boost your online earnings. There are 12 different traffic and funnel products available.

*Basically, everything in the back office is commissionable.*

**The Digital Altitude Compensation Plan**

Their pay plan is quite lucrative with 60 income streams, 19 of which are residual and pays on 3 levels.

- **ASPIRE Walker**: $37/mth Earn 40% commissions on 1 Tier
- **ASPIRE Hiker**: $67/mth Earn 50% commissions over 2 Tiers
  - Tier 1: Earn 40% on products that you own
  - Tier 2: Earn 10% on products that you own
- **ASPIRE Climber** $127/mth Earn up to 60% commissions over 3 Tiers
  - Tier 1: Earn 45% on the products that you own
  - Tier 2: Earn 10% on products that you own
  - Tier 3: Earn 5% on products that you own
  - **Base**: You can make 60% commission over 3 tiers, (up to $360 per sale).
  - **Rise**: You can make 60% commission over 3 tiers, (up to $1200 per sale).
  - **Ascend**: You can make 60% commission over 3 tiers, (up to $6000 per sale).
  - **Peak**: You can make 60% commission over 3 tiers, (up to $10200 per sale).
  - **Apex**: You can make 60% commission over 3 tiers, (up to $16800 per sale).

On all sales, you must have reached the level that you're selling in order to get paid the commission. Otherwise it passes up to your sponsor. There are also bulk pricing options and discounts should you choose to buy/sell products all at once.

Click here for a detailed Digital Altitude Compensation Plan review.

Download the 85-page PDF here that goes over products and comp plan.
https://s3.amazonaws.com/public.digitalaltitude.co/DIGITAL ALTITUDE OVERVIEW (LONG).pdf

Click here for a detailed Digital Altitude Compensation Plan review.

Download the 85-page PDF here that goes over products and comp plan.
https://s3.amazonaws.com/public.digitalaltitude.co/DIGITAL ALTITUDE OVERVIEW (LONG).pdf

Many people are making big commissions as you can see below:



## Digital Altitude Members Area

Digital Altitude has a pretty impressive back office. It features a well designed and focused 118-page members area that is bursting with training, expertise, community, tools and resources to ensure your success while climbing to the top.

## Who Should Join Digital Altitude?

Anyone can join Digital Altitude. It is designed for newbies and professionals alike. For entrepreneurs, marketers, & anyone who wants to make money online.



Anyone can join Digital Altitude. It is designed for newbies and professionals alike. For entrepreneurs, marketers, & anyone who wants to make money online.

The company was in pre-launch in November 2015 but is now fully launched. Digital Altitude's systems, branding and website are performing well.

If you're interested in taking your online business to the next level, Digital Altitude appears to be a good opportunity for any digital marketing entrepreneur.

They train and coach you to six figures step by step. You can learn while you earn and work at your own pace.

A huge feature that anyone will like is they have sales coaches that will close all your leads for you. And everyone will have their own traffic coach as well so you can get traffic and leads.

You can start the Digital Altitude Aspire System for a $1 trial for 14 days, which gives you plenty of time to check it out with full access.

That's it for this Digital Altitude review, thank you for reading this Digital Altitude Aspire review!

**Start Your $1 Trial IMMEDIATELY**

GET STARTED NOW!

**It's Called:**

# ASPIRE

ASPIRE is an elite community that provides all the tools you need to start making money online.
You'll earn your first dollar first from there, your coach will help you earn your first $1,000. Then you'll climb to $3,000 per month. From $3,000 you'll go to $5,000 and from $5,000 you'll go to $10,000.

ASPIRE is based on the only proven model for online success. It's been tested by thousands of business owners who quietly and anonymously make small fortunes online. People just like you.



**Michael Force**

**Meet The Founder**

A former U.S. Marine who over the last 15 years has become an industry leading digital business expert, speaker and entrepreneur who built his first multi-million dollar business by the age of 27.

He has trained tens of thousands online and has been a 7-figure producer in top tier high ticket over the last 15 years and has consulted many of the leading companies in high ticket. He has over 500,000 readers currently subscribe to his free email newsletter.

LEARN MORE

## You can get started for a single $1.

Once you're a part of the Aspire Community you will see that **what makes this system different** is that it gives you literally **everything you need** to earn a healthy the income online TODAY. This is not just a few training videos...

It's a comprehensive system built on **3 pillars of success acceleration.**

1. **Next level training.** This is 7 startup steps, 3 setup steps and 3 promotion steps so you can get your business off the ground with a **running start.**

2. **Backend sales and financial tools.** This is your exclusive software and support solutions that take the technical headaches out of running your online business so **you can focus 100% on earning money.**

3. **Coaching, networking and mentoring.** You will **be coached** by a **real Internet millionaire.** If they can't prove to us that they have made at least 7 figures online, they can't be a coach. **It's that simple.** This way we can **guarantee you** that you will work with someone who



### You can get started for a single $1.

Once you're a part of the Aspire Community you will see that **what makes this system different** is that it gives you literally **everything you need to earn a healthy the income online TODAY.** This is not just a few training videos....

It's a comprehensive system built on **3 pillars of success acceleration.**

1. **Next level training:** This is 7 startup steps, 3 setup steps and 3 promotion steps so you can get your business off the ground with a **running start.**

2. **Backend sales and financial tools:** This is your exclusive software and support solutions that take the technical headaches out of running your online business so **you can focus 100% on earning money.**

3. **Coaching, networking and mentoring:** You will **be coached by a real Internet millionaire.** If they can't prove to us that they have made at least 7 figures online, they can't be a coach. **It's that simple.** This way we can **guarantee you** that you will work with someone who "walks the walk."

## Start Your $1 Trial IMMEDIATELY

GET STARTED NOW

DIGITAL
ALTITUDE

© 2018 Digital Altitude





**Aspire – Digital Business System – Walker**

Cost = $37/month

Membership Includes

· 40% Commission
· 1 Tier of Payout
· Members Area
· Start Up Training Videos
· Weekly Training Calls

**Aspire – Digital Business System – Hiker**

Cost = $67/month

Membership Includes

· 50% Commission
· 2 Tiers of Payout
· Members Area
· Start Up Training Videos
· Weekly Training Calls
· Live Hiker Training
· Sales Assistance
· Tools & Resources

**Aspire – Digital Business System – Climber**

Cost = $127/month

Membership Includes

Membership Includes

- 60% Commission
- 3 Tiers of Payout
- Members Area
- Start Up Training Videos
- Weekly Training Calls
- Live Climber Training
- Additional Sales Funnels
- Sales Assistance
- Done-For-Solutions
- Traffic Solutions
- Tools & Resources

## Aspire Walker Compensation Plan

- 40% commission on $37 = $15 /month Tier 1
- Must be a WALKER member to qualify.

## Aspire Hiker Compensation Plan

- 40% commission on $67 = $27/month Tier 1
- 10% commission on $67 = $7/month Tier 2
- Must be an HIKER member to qualify.

## Aspire Climber Compensation Plan

- 45% commission on $127 = $76/month Tier 1
- 10% commission on $127 = $13/month Tier 2
- 5% commission on $127 = $6/month Tier 3
- Must be a CLIMBER member to qualify.

| Aspire | Potential Earnings with 500 leads | | |
|---|---|---|---|
| | Walker | Hiker | Climber |
| % of Optins | 5% | 60% | 60% |
| 500 Leads | 25 | 15 | 9 |
| Com/signup | $15 | $27 | $76 |
| Total | $375 | $405 | $684 |
| Grand Total | $375 | $780 | $1464 |

*Example earnings

http://thedigitalaltitude.com/blog/digital-altitude-compensation-plan/

I you send 500 leads to the offer and 5% will opt in to Walker. Out of the 5%, 60% decide to be a Hiker.

From the Hiker 60% will decide to go for Climber. That's how we got the total of $1464 commission earned per month.

## BASE



## Base – Digital Business Mastery Course

$597 onetime fee

### Compensation Plan for Base Walker

- *40% commission on $597 = $240 Tier 1
- Must be a WALKER member to qualify.

### Compensation Plan for Base Hiker

- *40% commission on $597 = $240 Tier 1
- 10% commission on $597 = $60 Tier 2
- Must be a HIKER member to qualify.

### Compensation Plan for Base Climber

- *45% commission on $597 = $270 Tier 1
- 10% commission on $597 = $60 Tier 2



- *45% commission on $597 = $270 Tier 1
- 10% commission on $597 = $60 Tier 2
- 5% commission on $597 = $30 Tier 3
- Must be a CLIMBER member to qualify.

*20% commission for coach

| Potential Earnings with 500 leads | | | | |
|---|---|---|---|---|
| Base | Walker | Hiker | Climber | Base |
| % of Optins | 5% | 60% | 60% | 40% |
| 500 Leads | 25 | 15 | 9 | 3.6 |
| Com/signup | $15 | $27 | $76 | $270 |
| Total | $375 | $405 | $684 | $972 |
| Grand Total | $375 | $780 | $1464 | $2436 |

*Estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.

*Example earnings

If you send 500 leads to the offer and 5% opt in to Walker. Out of the 5%, 60% will decide to be a Hiker. From the Hiker 60% will decide to go for Climber. Then 40% of Climber will upgrade to Base. That's how we get the total of $2436 commission earned per month.

**RISE**

## Rise – Digital Marketing Mastery Course

$1997 onetime fee

### Compensation Plan for Rise Walker

- *40% commission on $1997 = $800 Tier 1
- Must be a WALKER member to qualify.

### Compensation Plan for Rise Hiker

- *40% commission on $1997 = $800 Tier 1
- 10% commission on $1997 = $200 Tier 2
- Must be an HIKER member to qualify.

### Compensation Plan for Rise Climber

- *45% commission on $1997 = $900 Tier 1
- 10% commission on $1997 = $200 Tier 2
- 5% commission on $1997= $100 Tier 3
- Must be a CLIMBER member to qualify.

*20% commission for coach.

| Potential Earnings with 1000 leads | | | | | |
|---|---|---|---|---|---|
| Rise | Walker | Hiker | Climber | Base | Rise |
| % of Optins | 5% | 60% | 60% | 40% | 40% |
| 1000 Leads | 50 | 30 | 18 | 7.2 | 2.9 |
| Com/signup | $15 | $27 | $76 | $270 | $900 |
| Total | $750 | $810 | $1368 | $1944 | $2592 |
| Grand Total | $750 | $1560 | $2928 | $4872 | $7464 |

*Estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.

*Example earnings

If you send 1000 leads now to the offer and 5% opt in to Walker. Out of the 5%, 60% will decide to be a Hiker. From the Hiker 60% will decide to go for Climber. Then 40% of

*Example earnings

If you send 1000 leads now to the offer and 5% opt in to Walker. Out of the 5%, 60% will decide to be a Hiker. From the Hiker 60% will decide to go for Climber. Then 40% of Climber will upgrade to Base. Now 40% of Base will upgrade to Rise. That's how we got the total of $7464.

## ASCEND



## Ascend – Digital Business Profit Workshop

$9997 onetime fee

### Compensation Plan for Ascend Walker

- *40% commission on $9997 = $4000 Tier 1
- Must be a WALKER member to qualify.

### Compensation Plan for Ascend Hiker

- *40% commission on $9997 = $4000 Tier 1
- 10% commission on $9997 = $1000 Tier 2
- Must be an HIKER member to qualify.

### Compensation Plan for Ascend Climber

- *45% commission on $9997 = $4500 Tier 1



- 10% commission on $9997 = $1000 Tier 2
- 5% commission on $9997= $500 Tier 3
- Must be a CLIMBER member to qualify.

*20% commission for coach

| Potential Earnings with 2000 leads | | | | | | |
|---|---|---|---|---|---|---|
| **Ascend** | **Walker** | **Hiker** | **Climber** | **Base** | **Rise** | **Ascend** |
| % of Optins | 5% | 60% | 60% | 50% | 40% | 40% |
| 2000 Leads | 100 | 60 | 36 | 18 | 7.2 | 2.9 |
| Com/signup | $15 | $27 | $76 | $270 | $900 | $4500 |
| Total | $1500 | $1620 | $2736 | $4860 | $6480 | $12060 |
| Grand Total | $1500 | $3120 | $5856 | $10716 | $17196 | $30156 |

*Estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.

If you send 2000 leads now to the offer and 5% will opt in to Walker. Out of the 5%, 60% will decide to be a Hiker. From the Hiker 60% will decide to go for Climber. Then 40% of Climber will upgrade to Base. Now 40% of Base will upgrade to Rise. Then 40% of Rise will upgrade to Ascend. That's how we got the total of $30156.

**PEAK**



**Total Payout** $10,200

## Peak – Digital Business Prosper Retreat

$16997 onetime payment.

### Compensation Plan for Peak Walker

- *40% commission on $16997 = $6800 Tier 1
- Must be a WALKER member to qualify.

### Compensation Plan for Peak Hiker

- *40% commission on $16997 = $6800 Tier 1
- 10% commission on $16997 = $1700 Tier 2
- Must be an HIKER member to qualify.

### Compensation Plan for Peak Climber

- *45% commission on $16997 = $7650 Tier 1
- 10% commission on $16997 = $1700 Tier 2
- 5% commission on $16997 = $850 Tier 3
- Must be a CLIMBER member to qualify.

*20% commission for coach

### Potential Earnings with 3000 leads

| Peak | Walker | Hiker | Climber | Base | Rise | Ascend | Peak |
|---|---|---|---|---|---|---|---|
| % of Optins | 5% | 60% | 60% | 50% | 40% | 40% | 40% |
| 3000 Leads | 150 | 90 | 54 | 27 | 10.8 | 4.3 | 1.7 |
| Com/signup | $15 | $27 | $76 | $270 | $900 | $4500 | $7050 |
| Total | $2250 | $2430 | $4104 | $7290 | $9720 | $19440 | $12219 |
| Grand Total | $2250 | $4680 | $8784 | $16074 | $25794 | $45224 | $58453 |

*Estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.

If you send 3000 leads now to the offer and 5% will opt in to Walker. Out of the 5%, 60% will decide to be a Hiker. From the Hiker 60% will decide to go for Climber. Then 50% of Climber will upgrade to Base. Now 40% of Base will upgrade to Rise. Then 40% of Rise will upgrade to Ascend. And then 40% of Ascend will upgrade to Peak. That's how we got the grand of $58453.



**APEX**

**Apex – Digital Business Legacy Experience**

$27997 onetime cost

**Compensation Plan for Apex Walker**

· *40% commission on $27997 = $11200 Tier 1
· Must be a WALKER member to qualify.

**Compensation Plan for Apex Hiker**

· *40% commission on $27997 = $11200 Tier 1
· 10% commission on $27997 = $2800 Tier 2
· Must be an HIKER member to qualify.

**Compensation Plan for Apex Climber**

· *45% commission on $27997 = $12600 Tier 1
· 10% commission on $27997 = $2800 Tier 2
· 5% commission on $27997 = $1400 Tier 3
· Must be a CLIMBER member to qualify.

*20% commission for coach

*20% commission for coach

| Apex | Walker | Hiker | Climber | Base | Rise | Ascend | Peak | Apex |
|---|---|---|---|---|---|---|---|---|
| **Potential Earnings with 5000 leads** | | | | | | | | |
| % of Entries | 5% | 60% | 60% | 50% | 40% | 40% | 40% | 40% |
| 5000 Leads | 250 | 150 | 90 | 45 | 18 | 7.2 | 2.9 | 1.2 |
| Comp/Signup | $15 | $27 | $76 | $270 | $960 | $4500 | $7650 | $12600 |
| Total | $3750 | $4050 | $6840 | $12150 | $16630 | $32490 | $22072 | $14513 |
| Grand Total | $3750 | $7800 | $14640 | $26790 | $42990 | $75390 | $97422 | $111937 |

*Estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.*

If you send 5000 leads now to the offer and 5% will opt in to Walker. Out of the 5%, 60% will decide to be a Hiker. From the Hiker 60% will decide to go for Climber. Then 50% of Climber will upgrade to Base. Now 40% of Base will upgrade to Rise. Then 40% of Rise will upgrade to Ascend. And then 40% of Ascend will upgrade to Peak. Then 40% of Peak will upgrade to Apex. That's how how we got the total of $111937.

# In a nutshell, that's the Digital Altitude Compensation Plan.

The coaches will be there every step of the way to **close your sales for you.** Remember these are 7 figure earners that will be getting 20% commission. They will do everything in their power to make that sale for you.

Unless you feel you can close the sales yourself. Then you would tell the coaches that they are not needed, but I value my time.

I prefer to have the coaches close sales for me, so I can spend more time doing the things I enjoy like spending time with family etc. which gives me true time freedom , which is what its all about!

I hope this review on **Digital Altitude Compensation Plan** answers all your questions.

In Digital Altitude ● Aspire, Digital Altitude, digital altitude compensation plan

### It's Called:

## ASPIRE

ASPIRE is an elite community that provides **all the tools** you need to **start making money online.**
You'll **earn your first dollar** first from there, your coach will help you earn your first $1,000. Then you'll climb to $3,000 per month. From $3,000 you'll go to $5,000 and from $5,000 you'll go to $10,000.

ASPIRE is based on the only **proven model for online success**. It's been tested by thousands of business owners who quietly and anonymously **make small fortunes online.** People just like you.

**Michael Force**

**Meet The Founder**
A former U.S. Marine who over the last 15 years has become an industry leading digital business expert, speaker and entrepreneur who built his first multi-million dollar business by the age of 27.
He has trained tens of thousands online and has been a 7-figure producer in top tier high ticket over the last 15 years and has consulted many of the leading companies in high ticket. He has over 500,000 readers currently subscribe to his free email newsletter.

**LEARN MORE**

### You can get started for a single $1.

Once you're a part of the Aspire Community you will see that **what makes this system different** is that it gives you literally **everything you need** to earn a healthy the income online TODAY. This is not just a few training videos....
It's a comprehensive system built on **3 pillars of success acceleration.**





## You can get started for a single $1.

Once you're a part of the Aspire Community you will see that **what makes this system different** is that it gives you literally **everything you need** to earn a healthy the income online TODAY. This is not just a few training videos.

It's a comprehensive system built on **3 pillars of success acceleration.**

1. **Next level training.** This is 7 startup steps, 3 setup steps and 3 promotion steps so you can get your business off the ground with a **running start.**

2. **Backend sales and financial tools.** This is your exclusive software and support solutions that take the technical headaches out of running your online business so **you can focus 100% on earning money.**

3. **Coaching, networking and mentoring.** You will **be coached by a real Internet millionaire.** If they can't prove to us that they have made at least 7 figures online, they can't be a coach. **It's that simple.** This way we can **guarantee you** that you will work with someone who "walks the walk."

## Start Your $1 Trial IMMEDIATELY

GET STARTED NOW

DIGITAL ALTITUDE

© 2018 Digital Altitude



**CONGRATULATIONS!** There Are **(2)** Spots Available In Your Area!

**FREE VIDEO:** Do You Want To Make More Money In 30 Minutes A Day Than Most People Make Working A Full Time Job?

Watch The Entire Video Above, Then You Will Be Able To Continue To The Next Step In...

18min 00sec

**HERE'S WHAT YOU'LL SEE IN THIS FREE VIDEO:**

How to make more money in 30 minutes a day than most people make working full time, without needing any previous experience or technical skills.

How you can receive BIG COMMISSIONS (ranging from $500 to $7,000) without having to create any products or sales material yourself.

The simple 2-step process that has already paid $12,026,172.00 in commissions over the past 12 months to average people just like you.

How you can get started RISK FREE immediately after this video ends and have a personal coach to guide you every step of the way.



DIGITAL ALTITUDE

Home    Digital Altitude Review    $ Digital Altitude Compensation Plan    Aspire    About    Sign Up

With technology evolving at lightning speeds and the rise in e-Learning in this information age... we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers. We believe college is not always the best answer for entrepreneurs.

But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers, and dreamers with the shortcuts, blindspots and tools to turn their drive into thriving, profitable Digital Businesses.

We will continue to strive to provide an educational incubator and community of like-minded people to share and amplify your successes. We want to help create true freedom so you can spend more time with your family, friends and those you care most about.

A business should give you more time to spend on the things you like, with the people you love.

Our program was not designed for business people. It was designed for moms, dads, high school graduates, waiters and waitresses, passionate creatives, college dropouts and anyone in between.

You don't have to be a businessman or woman in a suit to have a successful company. The world wants you and your ideas, just they way they are.

Our product line was created for those aspiring to climb the mountain to success as a Digital Entrepreneur.

It's packed with over 100 years of combined experience and success from the industry's thought leaders and doers.

We have carefully crafted a product line that creates not just the foundation for success but gives you the map to climb to the top step-by-step. We will be here with you every step of the way.

It's Called:

EX 39
1560



**It's Called:**

# ASPIRE

ASPIRE is an elite community that provides **all the tools** you need to **start making money online.**

You'll **earn your first dollar** first from there, your coach will help you earn your first $1,000. Then you'll climb to $3,000 per month. From $3,000 you'll go to $5,000 and from $5,000 you'll go to $10,000.

ASPIRE is based on the only **proven model for online success**. It's been tested by thousands of business owners who quietly and anonymously **make small fortunes online**. People just like you.

**Michael Force**

**Meet The Founder**

A former U.S. Marine who over the last 15 years has become an industry leading digital business expert, speaker and entrepreneur who built his first multi-million dollar business by the age of 27.

He has trained tens of thousands online and has been a 7-figure producer in top tier high ticket over the last 15 years and has consulted many of the leading companies in high ticket. He has over 500,000 readers currently subscribe to his free email newsletter.

**LEARN MORE**

## You can get started for a single $1.

Once you're a part of the Aspire Community you will see that **what makes this system different** is that it gives you literally **everything you need** to earn a healthy the income online TODAY. This is not just a few training videos...

It's a comprehensive system built on **3 pillars of success acceleration.**



### You can get started for a single $1.

Once you're a part of the Aspire Community you will see that **what makes this system different** is that it gives you literally **everything you need to earn a healthy the income online TODAY.** This is not just a few training videos...

It's a comprehensive system built on **3 pillars of success acceleration.**

1. **Next level training.** This is 7 startup steps, 3 setup steps and 3 promotion steps so you can get your business off the ground with a **running start.**

2. **Backend sales and financial tools.** This is your exclusive software and support solutions that take the technical headaches out of running your online business so **you can focus 100% on earning money.**

3. **Coaching, networking and mentoring.** You will be **coached** by a **real Internet millionaire.** If they can't prove to us that they have made at least 7 figures online, they can't be a coach. **It's that simple.** This way we can **guarantee you** that you will work with someone who "walks the walk."

## Start Your $1 Trial IMMEDIATELY

**GET STARTED NOW**

DIGITAL ALTITUDE

© 2018 Digital Altitude





# Attachment AA

EX 39
1565



## MICHAEL FORCE

### Founder

A former U.S. Marine who over the last 15 years has become an industry leading digital business expert, speaker and trainer of tens of thousands world wide. He built his first multi-million dollar business by the age of 27. He loves to be outdoors and travel the world. He resides in California with his wife and two daughters.

## MARY DEE

### Operations Officer

An experienced, highly successful executive, investor and lifestyle architect. Mary has been training and inspiring people from around the world create a life of abundance and prosperity since 1997. Her loves include chocolate, dogs, massage and international travel. Mary resides in California with her husband and 3 dogs.

## IMRAN MAQBOOL

### VP of Marketing

A former Architectural Designer, Imran has been building 7-figure funnels for top marketers since 2010, implementing 6 years worth of funnel and conversion mastery to achieve extraordinary results. His knowledge of technology in the digital space positions him as an integral part of the Digital Altitude team. Imran resides in London, England with his wife.

## DION MCINTOSH

### Business Development

Dion is a former recording artist turned entrepreneur, becoming a millionaire by 34 as a real estate developer and and founding companies in entertainment, tech, marketing and branding. Dion's success comes from a rare combination of high level skills in areas like design, marketing automation, conversion science, business strategy and sales. Dion and his wife Frankie currently reside in Hollywood Hills, CA with their 3

EX 39
1566



michaelforce.com

strategy and sales. Dion and his wife Frankie currently reside in Hollywood Hills, CA with their 3 small children.

London, England with his wife.

TRAVIS CODY

Chief Copywriter

A former screenwriter for Hollywood elites and last 10 years an Internet Marketing Copywriting legend who has worked has written for Agora on down and was the #1 copywriter for John Benson the creator of the VSL (Video Sales Letter). He's written thousands of the highest converting sales letters online. He prides himself on getting inside the head of the reader and getting them to sell themselves.

JEREMY MINER

VP of Sales

The founder of 7 Figure Sales Training. An internationally recognized sales trainer who has taught thousands of people how to go from just getting average results in selling to becoming a high 6 figure and even 7 figure sales earner. Jeremy has sold tens of millions in products and services over his career and leads the industry in high ticket sales and is one of the most influential sales trainers in the world.

KATYA DOMINGUEZ

Marketing Officer

An experienced digital

MORGAN JOHNSON

Finance Officer

From being an independent

michaelforce.com



mentioned or 7 Figure Sales Training. An internationally recognized sales trainer who has taught thousands of people how to go from just getting average results in selling to becoming a high 6 figure and even 7 figure sales earner. Jeremy has sold tens of millions in products and services over his career and leads the industry in high ticket sales and is one of the most influential sales trainers in the world.

A former screenwriter for Hollywood elites and last 10 years an Internet Marketing Copywriting legend who has worked has written for Agora on down and was the #1 copywriter for John Benson the creator of the VSL (Video Sales Letter). He's written thousands of the highest converting sales letters online. He prides himself on getting inside the head of the reader and getting them to sell themselves.

## MORGAN JOHNSON
### Finance Officer

From being an independent consultant in the field to running operations on the corporate side, she has seen both sides of this business which gives her a unique vantage point. Morgan's management experience stems from her past role as Operations Manager for Marriott Hotels as well as Sr. Ops VP for a past known direct sales leader. Morgan resides in Texas with her husband and 2 children.

## KATYA DOMINGUEZ
### Marketing Officer

An experienced digital marketer, business analyst, and yoga teacher, Kat has worked with international businesses to drive sales, projects, growth, and planning. Kat's results oriented approach has earned her recognition in the workplace. A world traveller, Kat speaks Spanish fluently and is working towards French. She currently resides in Canada.

EX 39
1568

# Attachment BB

EX 39
1569



News

# How To Use The Power of Real Time/Key Marketing
## Chapter II: NY With My Good Friends Jimmy, Tanya & Howie Schwartz »

**The Most Valuable Piece of Advice You'll Ever Get!**

So you want to fire your boss? You want to make a fortune from home, spend more time with your kids, and retire in style? Have millions invested – your money working for you? Live a life of luxury and leave a Legacy? Who doesn't?

Well I have some GOOD news and some BAD news for you...

The BAD news is that it's not as easy as it sounds to setup and build a successful online business with a strong passive income

Have you considered the following?

-How do you generate leads?
-Do you use offline or online advertising?
-How to you "effectively" follow-up with your prospects?
-95% do you know if there's actually a market for your product?
-How large should your marketing budget be if you want to make $50,000/mo or more?
-How do you make ads FTC compliant so that you stay of out hot water with the Gov?
-How do you leverage your time with a personal assistant? Where do you find one?
-What should you do with the money you make so you don't blow it all like most people do?
-How do you train your team so that it duplicates your success?
-How do you leverage your time and resources so you're not working 70 hours a week?

There's a lot to it, but the good news is that my partners and I are here to help you, and we're some of the best of the best in the world when it comes to this type of business.

If you've ever pursued a home business before, then this information is going to feel like a (completely) honest, open, and revealing breath of fresh-air when compared to the garbage you've received in the past.

I'll go as far as saying that you're going to find the next 7 days unforgettable.

Today is your little introduction. Before we get into the good stuff in the coming days, I want to just share a little dose of really with you to kind of set the frame for the future lessons to come.

You'll find that for better or worse, nothing will be held back. I'm going to walk you through our marketing process. I'm going to let you see our websites and explain their purposes. I'm going to show you how we develop our leads, then how to market to them "correctly" using automated tools, and then finally, I'm going to show you how to leverage personal assistants that will cut your 'work' load to just an hour or two per day.

My goal, is that by your 7th day, this business, our team, and what we do will become REAL to you.

Too many times, too many people get sucked into hype and sold on empty promises and hype like... "The system does all the work for you."

Well guess what... That kind of talk and position goes nothing but attract lazy losers who don't want to do anything, unappreciative customers, and the attention of the good-ol' boys at the FTC.

Sounds like a winning strategy doesn't it?

Well before I get sucked further into that topic, let's step back and take a quick look at your options...

95% do you know that network marketing and all these are usually found in the network marketing or direct sales industry.

While they have many similarities, the primary difference is the compensation model. We prefer the direct sales model because it's MUCH easier to replace a full time or six-figure income when compared to anything else out there.

-Secret #1:  Choose DIRECT SALES over "M.L.M" if you want to generate a large income quickly.

-Secret #2:  Understand how you really make your money and build your momentum

You see, a business opportunity is really nothing – not an opportunity at all. In fact, it's just an agreement on a piece of paper.

The sad majority of people who end up starting a home business do so because they get all hyped-up about some 'super' new product that they think will over-take the market and make them millions in the process.

Well that's not how it works.

The only way you're ever going to make REAL money... I'm taking $500,000, to multiples of that, is to do one single thing...

And if you'd sit back and really absorb the meaning of what I'm about to share with you, money will never be an issue for you again.

So here's the most valuable piece of advice you'll ever get... "Increase your personal value to the world."

Yes that's it. "Increase your personal value to the world"

Did you ever consider that the amount of money you make is a direct measure of your worth to society?

Well it's true, and if you want to increase your value to others. Once you do that, money starts coming at you like you wouldn't believe. Business becomes a piece of cake.

It all comes down to "social dynamics."

You see, people like to work with, learn from, and buy from proven leaders who can offer them real value.

It's a fact that your value to your company and your genetics because associating yourselves with people of means and power, increases our chances for survival and prosperity

In essence, when you increase your value to others, you never have to 'sell' anything. People approach you. You become a prosperity magnet, and achieving the kind of financial prosperity you want becomes so easy, it's a "non-issue."

On the other hand, if you don't have any real value to offer someone, they'll take their business elsewhere.

So the most important thing you could ever do, no matter what your occupation, is to increase your value to others by increasing your knowledge, experience, and skill sets.

That's why so many entrepreneurs choose to work with our team. As some of the top income earners in the industry, we obviously have a lot of value to offer sharp, ambitious people like yourself.

I know this might be kinda boring "self-development" stuff, but it truly is the foundation of your success.

I promise... In the next few days, we'll get into the more interesting marketing stuff.

What's coming up in your next issue?

Find out why less than 1 in 1,000 people will ever make 6-figures in this industry, and what you can do to ensure you're in the winning category.

Your friend on the "inside"...

RSS Feed | Readers
Via Email and RSS
Arrow Subscribe to this blog's RSS feed, or just enter your email address below to get updates, news, and more!
Enter your email to:
Subscribe
TwitterCounter for @michael_force
For brief updates, tips, and news, follow me on Twitter!
Blog Sponsors
Free White Paper
Free Special Report







5 captures

•How large should your marketing budget be if you want to make $50,000/mo or more?
•How do you make ads FTC compliant so that you stay of out hot water with the Gov?
•How do you leverage your time with a personal assistant? Where do you find one?
•What should you do with the money you make so you don't blow it all like most people do?
•How do you train your team so that it duplicates your success?
Read the rest of this entry »
Read More

How To Use 'The Power Of Real' Turn-Key Marketing
key/Amateurs are easy to spot.
They're the ones wearing buttons to the grocery store, pitching their work buddies on some new product or get-rich-quick scheme, and inviting people over to their homes for a "meeting"
Amateurs are easy to spot.
On the other hand, professionals, work smarter and they leverage their efforts through marketing
Professionals market
You see "marketing" is king. If you don't believe me, let me prove it to you.
Let's say that you have the chance to market what you think is the best new product in the world, so you have the company ship $20,000 of it to your front door.
Well guess what...
Read the rest of this entry »
Read More

How To Avoid This 'Stupid Tax' Of Online Advertising
risk's of that a few people ask me about our team's winning marketing techniques and their common concern was a lack of 'know-how' when it comes to online advertising…
And let me assure you, their concerns are legitimate, but I want to spend today addressing them for your benefit as well.
You see, the internet charges a 'stupid tax' when it comes to online marketing
That basically means that if you just jump in with both feet without really knowing what you're doing, the net is going to 'tax' your wallet big time.
•Your PPC campaigns will be disabled by Google or Yahoo.
•Your ezine ads will get a whopping "0%" response rate
•And in the end, you'll end up paying $30 per lead instead of $3 to $5
It's a frustrating experience, and it can put a well-intentioned, yet uneducated business owner on the sidelines pretty quick.
But there is an simple solution…
Read the rest of this entry »
Read More

How To Make A $100,000 Per Month Residual Income In Less Than 12 Months
un, so here's how our the 'System' we use has made it duplicable through our Marketing System
•MISSION: You've got to have a mission that puts the success of others first.Our goal is to help 100 people become millionaires within the next 3 years, and we're on track to reach our goal.
•INDUSTRY: Direct Sales via Network Marketing. No other business model offers so much potential with so few barriers to entry (like start-up costs).
•COMPENSATION PLAN: Direct Sales, but only if it has a residual income based compensation plan.
Stay away from the '2-up' compensation plan found in most direct sales companies. The compensation plan is not fair and does not factor team spirit because your over-rides on partners is limited to their first few customers.
•PRODUCTS: The long term profitability and viability of any company will be determined by the actual value of the products being sold
40% of the products promoted by Carbon Copy Pro are sold to product customers only, i.e. people not looking for a business opportunity.
Read the rest of this entry »
Read More

Why Less Than 1 Out Of 1,000 People In This Industry Will Ever Make 6-Figures
Interesting Facts
•Less than 1 out of 1000 people in this industry will ever make 6-figures
•90% of all business will fail within their first 5 years (Entrepreneur Magazine)
•Net 90% make less than $10 a week.
•Yet 70,000,000 (yes million) Americans have a plan to start their OWN businesses in the next 3 years (Forbes Magazine)
Yet both Trump and Kiyosaki both say that if they had to do it all over again, they would build their fortunes in THIS industry. (OH! I almost forgot, Warren Buffet also bought several Network Marketing companies last year.)
WHY! WHY!? Why does everyone think this is an industry of easy-riches when the reality is that most are failing dismally?
Read the rest of this entry »
Read More

How To Turn Leads Into Paying Customers
customers/khh…. This is one of my favorite topics
Ironically, it's the most important because a when products are purchased, value is exchanged, and that's when the money is made
Yet, the average home business owner fails to capitalize on 90% of their businesses profit potential, because they have no idea how to handle this stage correctly.
Want to know what to say to your leads?
Wish you knew how to follow up with them correctly for maximum profits and results?

Twitter!
Blog Sponsors
Free White Paper

Free Special Report





← → X  ■ Secure | https://web.archive.org/web/20090627091211/http://www.michaelforce.com:80/?page_id=7

http://www.michaelforce.com:80/?page_id=7    Go   AUG  SEP  NOV
3 captures                                          27
27 Sep 2006 - 20 Jan 2010                    2008 2009 2010

Comments
Email
Home
About
Articles
Archives
Tags
Pics
FAQ
News

**In Ibiza, Spain With My Wife Who Is 6 Months Pregnant**

My wife and I headed to Ibiza, Spain this week for some R&R. Dalila is 6 months pregnant and wanted to go somewhere where she could relax and float in the pool or ocean. So, we chilled and worked on our tans and really enjoyed ourselves relaxing! We also took a drive around the island in a jeep! What a blast! Alot of fun!
-Michael Force

**In Barcelona, Spain Seeing The Sites With My Wife Dalila**

We decided to take a trip to Barcelona, Spain and see the sights. We have never been here before and found it a very interesting city with lots of history. 1500 hundred years old, with Gothic part and to see the influence on aritecture from the artist Gaudi. We had a great time.
-Michael Force
direct sales mlm

**In Paris, France For A Month @ Our Flat In Petite Champs**

Just landed in Paris, France. Beautiful sunny day! We'll be here for a month, staying at our flat. We'll be spending some time with my wife's family here and seeing some surrounding sites. Can't wait! Will be a blast!
-Michael Force

Subscribe to this blog's RSS feed, or just enter your email address below to get updates, news, and more!
Enter your email to s

TwitterCounter for @michael_force
For brief updates, tips, and news, follow me on Twitter!
Blog Sponsors
Free White Paper

Free Special Report

0 Readers
Via Email and RSS

history for web.archive.org



← C 🔒 Secure | https://web.archive.org/web/20090922705121/http://www.michaelforce.org/biz/?page_id=7

Go   SEP NOV
27
2008 2009 2010
3 captures

Comments
Email
Home
About
Analytics
Archives
Tags
Bio
FAQ
News

In Spain With My Wife Dalia Who Is 6 Months Pregnant
My wife and I headed to Ibiza, Spain this week for some R&R. Dalia is 6 months pregnant and wanted to go somewhere where she could relax and float in the pool or ocean. So, we chilled and worked on our tans and really enjoyed ourselves relaxing! We also took a drive around the island in a jeep! What a blast! Alot of fun!
-Michael Force
google adwords
Read More

In Barcelona, Spain Seeing The Sites With My Wife Dalia
We decided to take a trip to Barcelona, Spain and see the sights. We have never been here before and found it a very interesting city with lots of history. 1500 hundred years old  with Gothic part and to see the influence on architecture from the artist Gaudi. We had a great time.
-Michael Force
direct sales mlm

In Paris, France For A Month @ Our Flat In Petite Champs
Just landed in Paris, France. Beautiful sunny day! We'll be here for a month, staying at our flat. We'll be spending some time with my wife's family here and seeing some surrounding sites. Can't wait! Will be a blast!
-Michael Force
home business
Read More

In Baja, Mexico With My Good Friends Jay Kubassek & Mike Dillard
We went down to Baja this week and did the Baja 1000 race trail with Jay Kubassek and Mike Dillard. It's was 3 days of off roading fun. Lots of bouncing around and fast paced racing. Had a blast! Can't wait to do it again!
-Michael Force
work from home baja
Read More

In Vancouver, Canada @ Canucks Game With My Good Friends Aaron Parkinson & Andrea Cass
Flew up to Vancouver this weekend for a Canucks hockey game with friends. Had alot of fun in the suite overlooking the game. Had an amazing dinner out with friends. Couldn't have been a better weekend!
-Michael Force
home based business vancouver
Read More

In Manhattan, NY With My Good Friends Jimmy Davis & Howie Schwartz
We were in NY this weekend with friends. Stayed in Chelsea, had a few great dinners, did some sight seeing, museums, shows and more. We love NY! Such a great city!
-Michael Force
business internet marketing
Read More

The Most Valuable Piece of Advice You'll Ever Get!
So you want to be fee your boss? You want to make a fortune from home, spend more time with your kids, and retire in style? Have millions invested – your money working for you? Live a life of luxury and leave a Legacy? Who doesn't?
Well I have some GOOD news and some BAD news for you.
The BAD news is that it's not as easy as it sounds to setup and build a successful online business with a strong passive income
Have you considered the following?
-How do you generate leads?
-Do you use offline or online advertising?
-How to you "effectively" follow-up with your prospects?
-How do you know if there's actually a market for your product?
-How large should your marketing budget be if you want to make $50,000/mo or more?
-How do you make ads FTC compliant so that you stay out of hot water with the Gov?
-How do you leverage your time with a personal assistant? Where do you find one?
-What should you do with the money you make so you don't blow it all like most people do?
-How do you train your team so that it duplicates your success?
Read the rest of this entry »
Read More

RSS Feed 0 Readers
Via Email and RSS
Arrow: Subscribe to this blog's RSS feed, or just enter your email address below to get updates, news, and more!

[Enter your email to s]
Subscribe

Twitter/Counter for @michael_force
For brief updates, tips, and news, follow me on Twitter!

Blog Sponsors
Free White Paper

Free Special Report



Secure | https://web.archive.org/web/20090627091213/http://www.michaelforce.com:80/?page_id=7

Go | SEP | NOV
27
2008 | 2009 | 2010

3 captures
27 Sep 2009 - 9 Jun 2016

We were in NY this weekend with friends. Stayed in Chelsea, had a few great dinners, did some sight seeing, museums, shows and more. We love NY! Such a great city!

–Michael Force

business internet marketing

Read More

**The Most Valuable Piece of Advice You'll Ever Get!**

So you want to fire your boss? You want to make a fortune from home, spend more time with your kids, and retire in style? Have millions invested – your money working for you? Live a life of luxury and leave a Legacy? Who doesn't?

Well I have some GOOD news and some BAD news for you.

The BAD news is that it is not as easy as it sounds to setup and build a successful online business with a strong passive income

Have you considered the following?

–How do you generate leads?

–Do you use offline or online advertising?

–How to you 'effectively' follow-up with your prospects?

–How do you know if there is actually a market for your product?

–How large should your marketing budget be if you want to make $50,000/mo or more?

–How do you make ads FTC compliant so that you stay of of hot water with the Gov?

–How do you leverage your time with a personal assistant? Where do you find one?

–What should you do with the money you make so you don't blow it all like most people do?

–How do you train your team so that it duplicates your success?

Read the rest of this entry »

Read More

**How To Use The Power Of Real Turn-Key Marketing**

key-Amateurs are easy to spot.

They're the ones wearing buttons to the grocery store, pitching their work buddies on some new product or get-rich-quick scheme, and inviting people over to their homes for a "meeting".

Amateurs sell.

On the other hand, professionals, work smarter and they leverage their efforts through marketing.

You see, "marketing" is king. If you don't believe me, let me prove it to you.

Let's say that you have the chance to market what you think is the best new product in the world, so you have the company ship $20,000 of it to your front door.

Well guess what ...

Read the rest of this entry »

**How To Avoid The 'Stupid Tax' Of Online Advertising**

Have had a few people ask me about our team's winning marketing techniques and their common concern was a lack of 'know-how' when it comes to online advertising ...

And let me assure you, their concerns are legitimate, so I want to spend today addressing them for your benefit as well.

You see, the internet charges a 'stupid tax' when it comes to online marketing.

That basically means that if you just jump in with both feet without really knowing what you're doing, the net is going to 'tax' your wallet big time.

–Your PPC campaigns will be disabled by Google or Yahoo.

–Your ezine ads will get a whopping '0%' response rate.

–And in the end, you'll end up paying $30 per lead instead of $3 to $5.

It's a frustrating experience, and it can put a well-intentioned, yet uneducated business owner on the sidelines pretty quick.

But there is an simpler solution.

Read the rest of this entry »

**How To Make A $100,000 Per Month Residual Income In Less Than 12 Months**

The secret "marketing" to the "System" we use has made it duplicable through our Marketing System.

us sidelines to how our the "System" we use has made it duplicable through our Marketing System.

–MISSION: You've got to have a mission that puts the success of others first.Our goal is to help 100 people become millionaires within the next 3 years, and we're on track to reach our goal.

–INDUSTRY: Direct Sales via a Network Marketing. No other business model offers so much potential with so few barriers to entry (like start-up costs).

–COMPENSATION PLAN: Direct Sales, but only if it has a residual income based compensation plan.

Stay away from the '2-up' compensation plan found in most direct sales companies. This compensation plan is not fair and does not harbor team spirit because your over-rides on partners is limited to their first two customers

–PRODUCTS: The long term profitability and viability of any company will be determined by the actual value of the products being sold.

40% of the products promoted by Carbon Copy Pro are sold to product customers only, i.e. people not looking for a business opportunity.

Read the rest of this entry »

« Older Entries

Recent Comments

Recent Posts

In Ibiza, Spain With My Wife Dalila Who Is 6 Months Pregnant

In Barcelona, Spain Seeing The Sites With My Wife Dalila

Popular Topics

About

Tags



http://web.archive.org/web/20090922709121/http://www.michaelforce.org/?page_id=7   Go
3 captures   AUG  SEP  NOV
27 Dec 2006 - 3 Jan 2010   2008  27  2010
2008  2009  2010

- How do you generate leads?
- Do you use offline or online advertising?
- How to you effectively follow up with your prospects?
- How do you know if there's actually a market for your product?
- How large should your marketing budget be if you want to make $30,000/mo or more?
- How do you make a PPC campaign so that you stay out of hot water with the Goo?
- How do you leverage your time with a personal assistant? Where do you find one?
- What should you do with the money you make so you don't blow it all like most people do?
- How do you train your team so that it duplicates your success?

Read the rest of this entry »

How To Use The Power Of Real Turn-Key Marketing

key Amateurs are easy to spot.
They're the ones wearing buttons to the grocery store, pitching their work buddies on some new product or get-rich-quick scheme, and inviting people over to their homes for a "meeting".
Amateurs sell
On the other hand, professionals, work smarter and they leverage their efforts through marketing.
Professionals market
You see, "marketing" is long. If you don't believe me, let me prove it to you.
Let's say that you have the chance to market what you think is the best new product in the world, so you have the company ship $20,000 of it to your front door.
Well guess what...

Read the rest of this entry »

How To Avoid The Stupid Tax Of Online Advertising
nakl-ve that a few people ask me about our team's winning marketing techniques and their common concern was a lack of "know-how" when it comes to online advertising...
And let me assure you, their concerns are legitimate, so I want to spend today addressing them for your benefit as well.
You see, the internet charges a "stupid tax" when it comes to online marketing.
That basically means that if you just jump in with both feet without really knowing what you're doing, the net is going to "tax" your wallet big time
- Your PPC campaigns will be disabled by Google or Yahoo.
- Your ezine ads will get a whopping "0%" response rate.
- And in the end, you'll end up paying $30 per lead instead of $3 to $5.
It's a frustrating experience, and it can put a well-intentioned, yet uneducated business owner on the sidelines pretty quick.
But there is an simple solution...

Read the rest of this entry »

How To Make A $100,000 Per Month Residual Income In Less Than 12 Months
So sustainable is how our the "System" we use has made it duplicable through our Marketing System:
•MISSION: You've got to have a mission that puts the success of others first.Our goal is to help 100 people become millionaires within the next 3 years, and we're on track to reach our goal.
•INDUSTRY: Direct Sales via Network Marketing. No other business model offers so much potential with so few barriers to entry (like start-up costs).
•COMPENSATION PLAN: Direct Sales, but only if it has a residual income based compensation plan.
Stay away from the "2-up" compensation plan found in most direct sales companies. This compensation plan is not fair and does not harbor team spirit because your over-rides on partners is limited to their first two customers
•PRODUCTS: The long term profitability and viability of any company will be determined by the actual value of the products being sold
40% of the products promoted by Carbon Copy Pro are sold to product customers only, i.e. people not looking for a business opportunity.

Read the rest of this entry »

« Older Entries

Recent Comments

Recent Posts
In Ibiza, Spain With Mr. Wife Dalila Who is 6 Months Pregnant
In Barcelona, Spain Sharing The Sites With My Wife Dalila
In Paris, France For A Month @ Our Flat In Petits Champs
In Baja, Mexico With My Good Friends Jay Kubassek & Mike Dillard
In Vancouver, Canada @ Canuck's Game With My Good Friends Aaron Parkinson & Andrea Cass

Popular Topics
About
Tags
The Most Valuable Piece of Advice You'll Ever Get!
How To Use The Power Of Real Turn-Key Marketing
How To Avoid The Stupid Tax Of Online Advertising
How To Make A $100,000 Per Month Residual Income In Less Than 12 Months
Why Less Than 1 Out Of 1,000 People In This Industry Will Ever Make 6-Figures
How To Turn Leads Into Paying Customers
In Ibiza, Spain With My Wife Dalila Who Is 6 Months Pregnant
In Manhattan, NY With My Good Friends Jimmy Davis & Howie Schwartz

# Attachment CC

1/12/2018                                 Michaelforce.com - Whois History - DomainTools

Home  >  Whois History  >  Michaelforce.com

## Whois History for Michaelforce.com

⌃

How does this work?

| Lookup Domain Ownership History |
|---|
| michaelforce.com |
| LOOKUP |

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to **"michaelforce.com"**.

Monitor Michaelforce.com

Enter a term to filter on

## Unique Records

expand all

👁‍🗨 *private*

*53 historical records found*

| | |
|---|---|
| 2017 | 3 total |
| 2016 | 3 total |
| 2015 | 5 total |
| 2014 | 5 total |
| 2013 | 5 total |
| 2012 | 5 total |
| 2011 | 6 total |
| 2010 | 9 total |
| 2009 | 7 total |
| 2008 | 4 total |
| 2007 | 1 total |

*scroll for more records*                                                  ↕

| Whois Record for 2007-08-17 | |
|---|---|
| *Previous* | Next (2008-03-05) » |
| **Domain:** | |
| michaelforce.com | |
| **Record Date:** 2007-08-17 | |
| **Registrar:** NETWORK SOLUTIONS, LLC. | |
| **Server:** whois.networksolutions.com | |
| **Created:** 2003-09-19 | |
| **Updated:** 2006-10-10 | |

EX 39
1580

1/12/2018                     Michaelforce.com - Whois History - DomainTools



**Expires:**      2013-09-19

**Reverse Whois:**

michael@michaelforce.com      customerservice@networksolutions.com

```
Registrant:
Force, Michael
████████████
Corona Del Mar, CA  ████
US

  Domain Name: MICHAELFORCE.COM

  Administrative Contact:
    Force, Michael          ████████████████
    ████████████
    Corona Del Mar, CA  ████
    US
    ████ 2984

  Technical Contact:
    Network Solutions, LLC.          customerservice@networksolutions.com
    13861 Sunrise Valley Drive
    Herndon, VA 20171
    US
    1-888-642-9675 fax: 571-434-4620

  Record expires on 19-Sep-2013.
  Record created on 19-Sep-2003.

  Domain servers in listed order:

  NS9.WORLDNIC.COM          205.178.190.5
  NS10.WORLDNIC.COM         205.178.189.5
```

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News      © 2018 DomainTools

EX 39
1581

# Attachment DD

1/12/2018                                   MichaelForce.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  MichaelForce.com

## Whois Record for MichaelForce.com

Find out more about Project Whois and DomainTools for Windows.



**— Whois & Quick Stats**

| | | |
|---|---|---|
| Risk Score | 0 | ↗ |
| Email | abuse@godaddy.com is associated with ~16,412,651 domains | ↗ |
| Registrant Org | Michael Force is associated with ~30 other domains | ↗ |
| Registrar | GoDaddy.com, LLC | |
| Registrar Status | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited | |
| Dates | Created on 2003-09-19 - Expires on 2018-09-19 - Updated on 2015-10-20 | ↗ |
| Name Server(s) | NS1.M2514.SGDED.COM (has 9,320 domains)<br>NS2.M2514.SGDED.COM (has 9,320 domains) | ↗ |
| IP Address | 96.127.189.58 - 24 other sites hosted on this server | ↗ |
| IP Location | 🇺🇸 - Illinois - Chicago - Singlehop Inc. | |
| ASN | 🇺🇸 AS32475 SINGLEHOP-LLC - SingleHop, Inc., US (registered Jul 21, 2005) | |
| Domain Status | Registered And Active Website | |
| Whois History | 53 records have been archived since 2007-08-17 | ↗ |
| IP History | 19 changes on 13 unique IP addresses over 12 years | ↗ |
| Registrar History | 2 registrars | ↗ |
| Hosting History | 3 changes on 4 unique name servers over 15 years | ↗ |
| Whois Server | whois.godaddy.com | |

**— Website**

| | | |
|---|---|---|
| Website Title | 🌐 Digital Altitude - Learn To Build A Digital Business And Elevate Your Income — Michael Force Official Website | ↗ |
| Server Type | nginx | |
| Response Code | 200 | |
| SEO Score | 75% | |
| Terms | 1358 (Unique: 544, Linked: 42) | |
| Images | 45 (Alt tags missing: 42) | |
| Links | 33   (Internal: 21, Outbound: 12) | |

Whois Record ( last updated on 2018-01-12 )

```
Domain Name: MICHAELFORCE.COM
Registry Domain ID: 103777111_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2009-09-07T01:42:40Z
Creation Date: 2003-09-19T11:33:58Z
Registrar Registration Expiration Date: 2018-09-19T11:33:58Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Michael Force
Registrant Organization:
Registrant Street: 199 E. Flagler Street Suite #1850
```

EX 39
1583

```
Registrant City: Miami
Registrant State/Province: Florida
Registrant Postal Code: 33131
Registrant Country: US
Registrant Phone: +1.        9039
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
Registry Admin ID: Not Available From Registry
Admin Name: Michael Force
Admin Organization:
Admin Street: 199 E. Flagler Street Suite #1850
Admin City: Miami
Admin State/Province: Florida
Admin Postal Code: 33131
Admin Country: US
Admin Phone: +1.        9039
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
Registry Tech ID: Not Available From Registry
Tech Name: Michael Force
Tech Organization:
Tech Street: 199 E. Flagler Street Suite #1850
Tech City: Miami
Tech State/Province: Florida
Tech Postal Code: 33131
Tech Country: US
Tech Phone: +1.        9039
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:
Name Server: NS1.M2514.SGDED.COM
Name Server: NS2.M2514.SGDED.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```



**Tools**

| Whois History |
| --- |
| Hosting History |

| | |
| --- | --- |
| Monitor Domain Properties | ▾ |
| Reverse Whois Lookup | ▾ |
| Reverse IP Address Lookup | ▾ |
| Reverse Name Server Lookup | ▾ |

| | |
| --- | --- |
| Network Tools | ▾ |

| Buy This Domain ▾ |
| --- |
| Visit Website |

| ⬇ Preview the Full Domain Report |
| --- |

EX 39
1584

# Attachment EE

EX 39
1585



# Attachment FF

EX 39
1587

Livingexceptionally.com - Whois History - DomainTools

Home > Whois History > Livingexceptionally.com

## Whois History for Livingexceptionally.com

How does this work?

### Lookup Domain Ownership History

livingexceptionally.com

LOOKUP

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to "**livingexceptionally.com**".

Monitor Livingexceptionally.com

Enter a term to filter on

## Unique Records

expand all

👁️ *private*

*37 historical records found*

| | |
|---|---|
| 2017 | 8 total |
| 2016 | 4 total |
| 2015 | 6 total |
| 2014 | 6 total |
| 2013 | 11 total |
| 2012 | 2 total |

*scroll for more records*

### Whois Record for 2017-11-25

« Previous (2017-08-25)

*Next*

**Domain:**

livingexceptionally.com

**Record Date:** 2017-11-25
**Registrar:** 1&1 Internet SE
**Server:** whois.1and1.com
**Created:** 2012-08-23
**Updated:** 2017-08-24
**Expires:** 2018-08-23

**Reverse Whois:**

abuse@1and1.com 🔍   hostmaster@1and1.com 🔍   foxymary@gmail.com 🔍

EX 39
1588

```
Domain Name: livingexceptionally.com
Registry Domain ID: 1740336567_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.1and1.com
Registrar URL: http://1and1.com
Updated Date: 2016-08-24T07:11:54.000Z
Creation Date: 2012-08-23T12:01:00.000Z
Registrar Registration Expiration Date: 2018-08-23T12:01:00.000Z
Registrar: 1&1 Internet SE
Registrar IANA ID: 83
Registrar Abuse Contact Email: abuse@1and1.com
Registrar Abuse Contact Phone: +1.8774612631
Reseller:
Domain Status: ok https://www.icann.org/epp#ok
Domain Status: autoRenewPeriod https://www.icann.org/epp#autoRenewPeriod
Registry Registrant ID:
Registrant Name: Mary Dee
Registrant Organization:
Registrant Street: 340 S LEMON AVE
Registrant Street: #1976
Registrant City: Walnut
Registrant State/Province: CA
Registrant Postal Code: 91789
Registrant Country: US
Registrant Phone: +1.2134446942
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: foxymary@gmail.com
Registry Admin ID:
Admin Name: Mary Dee
Admin Organization:
Admin Street: 340 S LEMON AVE
Admin Street: #1976
Admin City: Walnut
Admin State/Province: CA
Admin Postal Code: 91789
Admin Country: US
Admin Phone: +1.2134446942
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: foxymary@gmail.com
Registry Tech ID:
Tech Name: Hostmaster ONEANDONE
Tech Organization: 1&1 Internet Inc.
Tech Street: 701 Lee Rd.
Tech Street: Suite 300
Tech City: Chesterbrook
Tech State/Province: PA
Tech Postal Code: 19087
Tech Country: US
Tech Phone: +1.8774612631
Tech Phone Ext:
Tech Fax: +1.6105601501
Tech Fax Ext:
Tech Email: hostmaster@1and1.com
Nameserver: ns-us.1and1-dns.us
Nameserver: ns-us.1and1-dns.de
Nameserver: ns-us.1and1-dns.org
Nameserver: ns-us.1and1-dns.com
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

EX 39
1589

[PAGE INTENTIONALLY LEFT BLANK]

## DECLARATION OF DIANA F. SHILLER

1.     My name is Diana F. Shiller. The following statements are within my personal knowledge.

2.     I am a United States citizen. I work as an investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices. I investigate persons and entities that may be violating the FTC Act and other laws enforced by the FTC. My work address is 600 Pennsylvania Avenue, NW, CC-8528, Washington, DC 20580.

3.     I use an evidence capture computer program called "Snagit" to capture online images and websites. Snagit is installed on computers in the FTC Internet Lab and allows users to capture a picture of the computer screen or a website and save the image electronically.

4.     On December 29, 2017, I viewed the website www.aspireearnings.com, and used Snagit to capture an image of the website. A true and correct copy of that image is attached hereto as Attachment A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____January 10_____, 2018 at _Washington, D.C._.

_Diana F. Shiller_
Diana F. Shiller

Shiller Declaration Page 1

EX 40
1591



ASPIREEARNINGS.COM

# Income Disclosure Statement

## Affiliate Programs Are Not Suitable For Everyone

Always use caution and seek the advice of professions before acting on this or any information.

**Income Disclosure:**

Here at Digital Altitude we teach internet entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events. We're excited to also offer a chance to our students and members to make money by referring other people to our products and events through our affiliate program.

Like every business in the world of this kind, some affiliates make a little extra money whilst some make a staggering income, and some will make no money at all. Typically the experienced affiliates that devote the most time, effort and investment to the opportunity have the greatest success.

The table below shows the monthly high, low and average income earned by active affiliates that earned commissions during the month from Jan 1st, 2017 to Nov 30th, 2017.

| Monthly Income Level | Active Affiliates | Monthly High Income | Monthly Low Income | Monthly Avg. Income | Annualized Avg. Income |
|---|---|---|---|---|---|
| $50,000 - $179,535.73 | <1% (< 1% $50,000+) | $179,535.73 | $50,029.51 | $82,132.96 | $985,595.57 |
| $25,000 - $49,999 | <1% (1.3% $25,000+) | $49,915.19 | $25,089.48 | $33,254.82 | $399,057.84 |
| $10,000 - $24,999 | 2% (3.3% $10,000+) | $24,993.01 | $10,050.99 | $15,932.24 | $191,186.84 |
| $5,000 - $9,999 | 2.3% (5.6% $5,000+) | $9,985.32 | $5,005.09 | $7,091.56 | $85,098.77 |
| $2,500 - $4,999 | 3.1% (8.7% $2,500+) | $4,989.42 | $2,500.00 | $3,453.38 | $41,440.55 |
| $1,000 - $2,499 | 5% (13.7% $1,000+) | $2,499.25 | $1,000.00 | $1,547.61 | $18,571.27 |
| $500 - $999 | 8.4% (22.1% $500+) | $999.69 | $500.00 | $657.85 | $7,894.22 |
| $250 - $499 | 6.3% (28.3% $250+) | $499.97 | $250.80 | $364.53 | $4,374.35 |
| $100 - $249 | 8.5% (36.8% $100+) | $249.93 | $100.28 | $164.85 | $1,978.21 |
| Less than $100 | 60.1% | $99.94 | $0.00 | $24.89 | $298.64 |

Copyright 2017 - Aspire Earnings Income Disclosure - All Rights Reserved

Attachment A

10:57:48 AM 12/29/2017

Windows 7 Professional 64-bit Build 7601