

LODGED
CLERK, U.S. DISTRICT COURT

1/29/2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

January 29, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:   AK   DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Federal Trade Commission,

    Plaintiff,

    vs.

Digital Altitude LLC, et al.,

    Defendants.

LACV18-00729-JAK (MRWx)
No. 8:18-CV-

FEDERAL TRADE COMMISSION'S
EXHIBITS IN SUPPORT OF ITS *EX
PARTE* APPLICATION FOR
TEMPORARY RESTRAINING
ORDER AND ORDER WHY A
PRELIMINARY INJUNCTION
SHOULD NOT ISSUE

VOLUME VIII

(PART 1 OF 4)

1

## Table of Contents

2

3  EX 41          Declaration of Reeve Tyndall................................................. 1593

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

41

## DECLARATION OF REEVE TYNDALL

1.     My name is Reeve Tyndall.  The following statements are within my personal knowledge.

2.     I am a United States citizen.  I work as an Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices.  I investigate persons and entities that may be violating the FTC Act and other laws enforced by the FTC. My office address is 600 Pennsylvania Avenue, NW, CC-8528, Washington, DC 20580.

3.     The following declaration outlines the results of my investigation of Digital Altitude LLC, Digital Altitude Ltd, Aspire Processing LLC, Aspire Processing Ltd, Aspire Ventures Ltd, Disc Enterprises Inc., RISE Systems & Enterprise LLC (Nevada), RISE Systems & Enterprise LLC (Utah), Soar International LLC, Thermography for Life, LLC, Michael Force, Mary Dee, Morgan Johnson, Alan Moore, and Sean Brown (collectively referred to as "Digital Altitude" or "Defendants," unless otherwise defined).

### UNDERCOVER PURCHASE

4.     During the course of my investigation, I used an undercover identity to pose as a consumer looking to make money working from home.  Below is a summary of my investigation.

5.     On June 12, 2017, I visited the Instagram page for Digital Altitude located at *Instagram.com/aspire.da*. I took a screenshot of this page, which is **Attachment A**.

6.     The Digital Altitude Instagram page contained a hyperlink that read, "Learn How To Make More Money in 30min/day Than Working Full Time Job – Click Below – *www.digitalaltitude.co/start*."

7.     I clicked on the hyperlink on the Digital Altitude Instagram page and it redirected me to the website *aspiretoday.me*.   I completed an undercover

1  purchase on the website and took various screenshots of my purchase, which are

2  **Attachment B**.  I reference specific screenshots below by page number (e.g.

3  Attachment B7 is the screenshot on page 7 of the attachment).

4      8.    The landing page of the website had a header that read, "FREE! Do

5  You Want To Make More Money In 30 Minutes A Day Than Most People Make

6  Working A Full Time Job? (Yes It's Real, Pay Very Close Attention on the Next

7  Page!) Hurry, Expires: June 12, 2017." (**Attachment B1**)

8      9.    The landing page of the website also contained what appeared to be a

9  questionnaire.  The first question asked, "How did you hear about us?"  I selected

10 'Other' and clicked 'Next Step.'

11     10.   The website directed me to another page that asked me to enter an

12 email address.  I entered an undercover email address and clicked 'Next Step.'

13 (**Attachment B2**)

14     11.   The website then directed me to a page with a header that read,

15 "Congratulations! There Are (2) Spots Available In Your Area!" (**Attachment B3**)

16     12.   The page started playing a video.  I captured the video.  A

17 transcription of the video is **Attachment C, pages 4-20**.

18     13.   After approximately fifteen minutes, the website redirected me to

19 another webpage while the video continued to play.  The page contained a

20 countdown timer and the text, "Get Instant Access For Only ~~$497~~ $1." There was a

21 button underneath the text that read "GET STARTED NOW! Safe & Secure –

22 100% Money Back Guaranteed." (**Attachment B4**)

23     14.   After the video finished playing, I clicked on the "GET STARTED

24 NOW!" button and the website directed me to an order page. (**Attachment B5-6**)

25     15.   I completed the order page using an undercover identity.  The bottom

26 of the order page contained a hyperlink to an Earnings Disclaimer.

27

28

16.     I clicked on the hyperlink for the Earning Disclaimer and a separate page popped up into my browser that read "Page not found."  A screenshot of this page is **Attachment B7**.

17.     I then went back to the order page, checked the box next to "I agree with the Purchase Agreement, Refund Policy, Terms of Service, and Privacy Policy" and clicked the green button that said "FINISH MY ORDER."

18.     The website then directed me to another webpage, *aspir.me/thanks*. Screenshots of this page are **Attachment B8-9**.

19.     The page started playing a video.  I captured the video.  A transcription of the video is **Attachment C, pages 20-27**.

20.     The bottom of the page contained a hyperlink to a "Full Income Disclosure" (**Attachment B9**).  The hyperlink appeared to be in a grey font on a black background.  The hyperlink font also appeared to be smaller than the text in the video above.  I clicked on the hyperlink and the website directed me to *aspireearnings.com*. **Attachment D** is a screenshot of this website.

21.     The bottom of the page also contained a hyperlink to the Terms of Use.  I clicked on the link and a separate page popped up into my browser.  The Terms of Use provided the following mailing address for Digital Altitude – 16192 Coastal HWY, Lewes, DE 19958.  The page also stated that my credit card charge from Digital Altitude would appear as DigitalAltitude.co, Digital Altitude LLC, Digital Alt Lewes, or ALW*digitalaltitude8008207589.

22.     I went back to the previous page (**Attachment B9**).  The page appeared to advertise an upsell offer by a company called AMA Family Products.  I clicked the hyperlink titled "No thanks, I Don't Want To Generate Push Button Leads" and completed the purchase.

23.     Shortly after I completed the purchase, I received an email on the undercover account I used from someone named Michael Force at

support@aspiresystem.co. The email included a link and login information for the membership website *my.aspiresystem.co*.

24.     I clicked on the link in the email and logged into the membership website using the login credentials provided in the email.  I took various screenshots of the membership website, which is **Attachment E**.  I reference specific screenshots below by page number (e.g. Attachment E7 is the screenshot on page 7 of the attachment).

25.     The landing page of the membership site had a banner that read, "Welcome to Aspire: We're excited to help you on your Journey to Success and a better life. The next steps are the most important steps you can take to accelerate your earnings in the ASPIRE education program."  The membership site instructed me to contact my coach before I did anything else. (**Attachment E1**)

26.     I clicked on the hyperlink to schedule a welcome call with my coach, Gorata Masuga. I scheduled the call for the following day, June 13, 2017.  Ms. Masuga's phone number was (323) 922-9121 and her email / Skype address was gmasuga@digitalaltitude.co.

27.      On June 13, 2017, I spoke with Ms. Masuga via phone. Ms. Masuga told me she unlocked ASPIRE Steps 1, 2, and 3.  Ms. Masuga instructed me to complete each step and to schedule another call with her when I finished.  I recorded the phone call.  **Attachment F** is a transcript of the call.

28.     On June 13, 2017, I logged back into the membership website.  The top of the website had various tabs for different levels of the program.  The left-most tab corresponded to the ASPIRE Level.  I clicked on the ASPIRE Level tab and a list of each step of the level appeared below.  The page also contained a welcome video by Michael Force.  A transcript of this video is **Attachment G**.

29.     I clicked on the link for Step 1, "How to Build a 6 Figure Digital Business In 90-Days Or Less?"  **Attachment E2-5** are screenshots of the webpage

for Step 1.  The webpage contained a video by Michael Force.  **Attachment H** is a transcript of the video.

30.    I clicked on the link for Step 2, "Discover The #1 Missing Ingredient 99% Miss with Online Business Success!"  **Attachment E6-8** are screenshots of the webpage for Step 2.  The webpage contained a video by Michael Force. **Attachment I** is a transcript of the video.

31.    I clicked on the link for Step 3, "The Millionaire Mind: How to Re-wire Your Brain for Success."  **Attachment E9-10** are screenshots of the webpage for Step 3.  I clicked to view the video by Michael Force.  **Attachment J** is a transcript of the video.

32.    I then clicked on the link for Step 4, and a screen popped up that prompted me to schedule another appointment with my coach before I continued, which I did.

33.    On June 30, 2017, I spoke with Ms. Masuga via Skype. Ms. Masuga told me she unlocked ASPIRE Steps 4, 5, and 6.  Ms. Masuga instructed me to complete each step and schedule another call when finished.  I recorded the phone call.  **Attachment K** is a transcript of the call.

34.    On June 30, 2017, I logged back into the membership website.  The top of the website had various tabs for different levels of the program.  The left-most tab corresponded to the Aspire Level.  I clicked on the Aspire Level tab and a list of each step of the level appeared below.

35.    I clicked on the link for Step 4, "Discover Why 85% of Franchises Succeed While 95% of Businesses Fail." **Attachment E11-12** are screenshots of the webpage for Step 4.  The webpage contained a video by Michael Force. **Attachment L** is a transcript of the video.

36.    I clicked on the link for Step 5, "Discover What the #1 Business Model Is to Make 6-7 Figures Online." **Attachment E13-14** are screenshots of the

1    webpage for Step 5.  The webpage contained a video by Michael Force.

2    **Attachment M** is a transcript of the video.

3          37.    I clicked on the link for Step 6, "How to License A Proven And

4    Profitable Online Business." **Attachment E15-16** are screenshots of the webpage

5    for Step 6.  I clicked to view the video by Michael Force.  **Attachment N** is a

6    transcript of the video.

7          38.    I then clicked on the link for Step 7, and a screen popped up that

8    prompted me to schedule another appointment with my coach before I continued,

9    which I did.

10         39.    On August 29, 2017, I spoke with Ms. Masuga via Skype. Ms.

11   Masuga sent me a link via Skype to schedule a strategy session to talk about next

12   steps. I recorded the Skype call.  **Attachment O** is a transcript of the call.

13         40.    I scheduled a strategy session for the following day.

14         41.    On August 30, 2017, I spoke with Ms. Masuga via Skype. Ms.

15   Masuga told me I needed to pay $2,497 to continue with the program.  She told me

16   I would gain access to a millionaire coach that would handhold me through the

17   Digital Altitude system.  She told me to expect to start making $100,000 a year

18   within 90 to 120 days.  I recorded the Skype call.  **Attachment P** is a transcript of

19   the call.

20         42.    After the Skype call, Ms. Masuga sent me a link via Skype messenger

21   to sign up for the RISE course. Ms. Masuga also sent me a Digital Altitude product

22   brochure, which is **Attachment Q**.

23         43.    On October 10, 2017, I clicked on the hyperlink Ms. Masuga sent me

24   via Skype and it redirected me to *my.aspiresystem.co/payment.php?product=ris*.  I

25   completed an undercover purchase of the RISE Digital Marketing Mastery Course

26   for $2,273 on the website and took various screenshots of my purchase, which is

27

28

**Attachment R**.  I reference specific screenshots below by page number (e.g. Attachment R7 is the screenshot on page 7 of the attachment).

44.     The landing page contained an order form.  The form already had my undercover credit card number pre-populated.  This was the same number that I had provided during my Aspire purchase.  The page also included a Purchase Agreement in a scroll box below the order form.  I scrolled through the terms and conditions.  **Attachment R1** is a screenshot from this first webpage.

45.      The bottom of the order form contained a hyperlink to an Earnings Disclaimer.

46.     I clicked on the hyperlink for the Earnings Disclaimer and a separate page popped up into my browser.  Screenshots of this page are **Attachment R 2-4**.

47.     I went back to the order page, checked the box next to "I agree with the Purchase Agreement" and clicked the blue "Submit My Order button to go to the next page **(Attachment R 1)**

48.     The website then directed me to a new page.  **Attachment R5-6** are screenshots from this page.  A video started playing automatically.  **Attachment S** is a transcript of this video.

49.     The bottom of the page contained a hyperlink to a "Full Income Disclosure."  This was the first time I saw this disclosure during the RISE undercover purchase and it only appeared after I entered my credit card information and completed my order.  The hyperlink appeared to be in a grey font on a white background.  The hyperlink font also appeared to be smaller than the text in the video above.  I clicked on the hyperlink and the website directed me to *aspireearnings.com*. **Attachment T** is a screenshot of this website.

50.     The video advertised an upsell offer by Digital Altitude called Marketing Mastery Live for $97.  I clicked a hyperlink to decline the offer.

51.     The website then directed me to a purchase agreement and instructed me to digitally sign and date the agreement, which I did using my undercover identity.  **Attachment U** is a copy of the agreement.

52.     I submitted the purchase agreement online and completed the order.

53.     Shortly after I completed the order, I received a charge on the undercover credit card that I used to place the order.  A merchant named "AFF COACHCONECT CIUDAD DE MEX" charged my card $2,273 on October 10, 2017.  I also incurred a foreign transaction fee of $22.73.

54.     After I completed the order, I visited the Digital Altitude membership website *my.aspiresystem.com* and logged on.  I clicked on Aspire Step 7, "Finally Get The Expert Support You Need To Succeed." **Attachment E17-19** are screenshots of the webpage for Step 7.  The webpage contained a video by Michael Force.  **Attachment V** is a transcript of the video.

55.     I next clicked on Aspire Step 8, "How You Can Get Paid Quickly and Easily." **Attachment E20-21** is a screenshot of the webpage for Step 8.  The webpage contained a video by Michael Force.  **Attachment W** is a transcript of the video.

56.     I then clicked on Aspire Step 9 and a screen popped up that prompted me to schedule an appointment with someone named Pierre Beaudoin, my "SCALE Up coach".  I scheduled a call.

57.     On October 16, 2017, I had my first call with Mr. Beaudoin via Zoom.us, an online meeting facilitator that is unrelated to Digital Altitude.  During the call, Mr. Beaudoin told me he unlocked Aspire Steps 9 and 10 and instructed me to watch the videos.  **Attachment X** is a transcript of this first call.

58.     This first call and each subsequent call I had with Mr. Beaudoin were group calls, which included other Digital Altitude customers.  I redacted personally identifiable information for these customers in the transcripts attached hereto.

59.     I logged back into the Digital Altitude membership website and clicked on the link for Aspire Step 9, "How To Earn $4,500 Commissions Without Doing Any Extra Work...." **Attachment E22-23** are screenshots of the webpage for Step 9.  The webpage contained a video by Michael Force.  **Attachment Y** is a transcript of the video.

60.     I next clicked on Aspire Step 10, "How To Earn $7,500 Commissions With No Extra Work..." **Attachment E24-25** is a screenshot of the webpage for Step 10.  The webpage contained a video by Michael Force.  **Attachment Z** is a transcript of the video.

61.     I then clicked on Aspire Step 9 and a screen popped up that prompted me to schedule another appointment with Pierre Beaudoin, my "SCALE Up coach".   I scheduled a call.

62.     On October 16, 2017, I had my second call with Mr. Beaudoin. During the call, Mr. Beaudoin told me he unlocked Aspire Steps 11 and 12 and instructed me to watch the videos.  **Attachment AA** is a transcript of this second call.

63.     I logged back into the Digital Altitude membership website and clicked on the link for Aspire Step 11, "How To Get Your Dream Car Paid For Every Month." **Attachment E26-27** are screenshots of the webpage for Step 11. The webpage contained a video by Michael Force.  **Attachment BB** is a transcript of the video.

64.     I next clicked on Aspire Step 12, "How The Phone Sales Team Makes You Money 24/7." **Attachment E28-29** are screenshots of the webpage for Step 12.  The webpage contained a video by Michael Force.  In the video, Mr. Force said that Digital Altitude had a phone sales team that sold Digital Altitude memberships.  **Attachment CC** is a transcript of the video.

65.    I then clicked on Aspire Step 13 and a screen popped up that prompted me to schedule another appointment with Pierre Beaudoin, my "SCALE Up coach."   I scheduled a call.

66.    On October 17, 2017, I had my third call with Mr. Beaudoin.  During the call, Mr. Beaudoin told me that Digital Altitude had a large call center in Utah. He unlocked Aspire Steps 13 and 14 and instructed me to watch the videos. **Attachment DD** is a transcript of this third call.

67.    I logged back into the Digital Altitude membership website and clicked on the link for Aspire Step 13, "Climbing to the Top Together." **Attachment E30-31** are screenshots of the webpage for Step 13.  The webpage contained a video by Michael Force.  **Attachment EE** is a transcript of the video.

68.    I next clicked on Aspire Step 14, "The Power of Positioning: <u>How to Live the Real 4-Hour</u> Workweek..." **Attachment E32-33** are screenshots of the webpage for Step 14.  The webpage contained a video by Michael Force. **Attachment FF** is a transcript of the video.

69.    I then clicked on Aspire Step 15 and a screen popped up that prompted me to schedule another appointment with Pierre Beaudoin, my "SCALE Up coach."   I scheduled a call.

70.    On October 24, 2017, I had my fourth call with Mr. Beaudoin via Zoom.us.  During the call, Mr. Beaudoin told me he unlocked Aspire 15 and instructed me to watch the video.  He also told me he emailed me a worksheet to complete before the next call.  **Attachment GG** is a copy of the email and attached worksheet.  **Attachment HH** is a transcript of this fourth call.

71.    I logged back into the Digital Altitude membership website and clicked on the link for Aspire Step 15, "Goals: The GPS To Your Success." **Attachment E34-35** are screenshots of the webpage for Step 15.  The webpage contained a video by Michael Force.  **Attachment II** is a transcript of the video.

72.     I then clicked on Aspire Step 16 and a screen popped up that prompted me to schedule another appointment with Pierre Beaudoin, my "SCALE Up coach."   I scheduled a call.

73.     On October 25, 2017, I had my fifth call with Mr. Beaudoin via Zoom.us.  During the call, Mr. Beaudoin sent me a Skype message to a link to an audio recording at dabusinessplan.com/d-a-bus-plan.mp3.  **Attachment JJ** is a transcript of this fifth call.  **Attachment KK** is a transcript of the business plan recording.

74.     I logged back into the Digital Altitude membership website and clicked on the link for Aspire Step 16 and a screen popped up that prompted me to schedule another appointment with Pierre Beaudoin, my "SCALE Up coach."   I scheduled a call.

75.     On October 26, 2017, I had my sixth call with Mr. Beaudoin via Zoom.us.  During the call, Mr. Beaudoin told me to visit the website for Oak Tree Financial and apply for a line of credit so I could purchase Ascend and/or Apex. Mr. Beaudoin told me to schedule another call once I completed the application and purchased the next level.  Mr. Beaudoin also told me he unlocked Step 16 and instructed me to watch the video.  **Attachment LL** is a transcript of this sixth call.

76.     I logged back into the Digital Altitude membership website and clicked on the link for Aspire Step 16, "How To Create Success Faster With Helping Hands." **Attachment E36-37** is a screenshot of the webpage for Step 16. The webpage contained a video by Michael Force.  **Attachment MM** is a transcript of the video.

77.     **Attachment E38-39** are screenshots of a page on the Digital Altitude membership site with information about financing options, including through a company called Oak Tree Financial.  The page included other options such as cashing in a 401k.

78.     I did not submit a completed application for credit from Oak Tree Financial and did not continue with the undercover purchase.

79.     I compared the video recordings of Aspire Steps 1-16 from my undercover purchase with the Aspire Steps 1-16 videos provided by Consumer Declarant Fulton (EX 6). The videos appear to be identical.

80.     I received a video file from Consumer Declarant Fulton titled "ExampleHookVideo."  A transcript of this video is **Attachment NN**.

### MARKETING EMAILS

81.     During the course of my investigation, I received more than 200 emails from Michael Force.  These emails appear to be mass-marketing emails.

82.     On June 12, 2017, I received an email from Michael Force at support@aspir.link with the subject line "[Step 1] Let's get to the top together!" According to the email, my assigned coach was a 6-figure marketer, "in fact, no one can be a coach in our business if they are not already making 6-Figures in their own online business."  **Attachment OO** is a copy of this email.

### FORCEFACTOR.ME

83.     On October 16, 2017, I visited the website forcefactor.me.  A screenshot of the website is **Attachment PP1**.

84.     The website automatically started playing a video.  A transcription of the video is **Attachment QQ**.

85.     After the video finished playing a yellow button appeared that said "Get Instant Access."  I clicked on the button and it directed me to another page on forcefactor.me.  Screenshots of this webpage are **Attachment PP2-3**.  The page appeared to be an order page identical to the page where I purchased the Digital Altitude trial membership for $1.

**TELEMARKETING FLOOR**

86.     During the course of my investigation, I found a job listing on Indeed.com for an "Inside Sales" job with Soar International LLC in Orem, Utah. **Attachment RR** is a copy of the job posting.

87.     On or about June 26, 2017 I visited the offices of Soar International LLC at 1426 E 750 N 1st Floor, Orem, UT 84097, the address listed on the company's articles of incorporation.  The company appeared to occupy a suite of offices on the ground floor of the building.  There was no signage on the door.  I walked into the office and noticed a row of cubicles.  The cubicles had phones and handwritten notes on the wall and appeared to be telemarketing stations. To my left was an office with the door ajar.  When I entered the premises, a man came out of this office and asked if I was there for a job interview.  I told the man that I was lost and asked for his name and the name of his company.  The man did not answer my questions and asked me to leave, which I did.

88.     After the visit, I reviewed photographs of people associated with Digital Altitude.  To the best of my recollection, the man I saw was Ryan Jaten.

**CIVIL INVESTIGATIVE DEMANDS ("CIDS")**

89.     During the course of my investigation, the FTC received documents related to the Defendants pursuant to Civil Investigative Demands issued by the FTC to various entities.  I serve as records custodian of these documents.

**Square, Inc.**

90.     On March 29, 2017, the FTC issued a CID to Square, Inc. ("Square"), a payment processor.  Exhibit 22 contains selected documents from Square's production in response to the FTC's CID.  Certain documents were produced as native Excel files.  Exhibit 22 contains printouts of certain of these native Excel files; in some cases, cell borders are printed for ease of comprehension, and blank pages are omitted.

**PayPal Holdings, Inc.**

91.     On March 29, 2017, the FTC issued a CID to PayPal Holdings, Inc. ("PayPal"), a payment processor.  Exhibit 34 contains selected documents from PayPal's production in response to the FTC's CID.

92.     According to documents produced by PayPal, Disc Enterprises processed approximately 94 transactions through PayPal from August 23 through October 7, 2016. Sixty-six of these were marked as "RISE: Digital Marketing Mastery Course."  Thirty-two transactions were for $2,057 each.  Disc Enterprises processed a total of $130,231, and transferred $62,818.29 on April 6, 2017, $1,000 on April 8, 2017, and $49,000 on April 18, 2017 in settled funds to a JP Morgan Chase Bank Account ending with #3383.

93.     According to documents produced by PayPal, Aspire processed approximately 231 transactions through PayPal from August 23 through September 16, 2016. One hundred eighty-nine of these were marked as "RISE: Digital Marketing Mastery Course."  One hundred and twelve transactions were for $2,057 each.  Aspire processed a total of $329,871, and transferred $292,281 in settled funds to a JP Morgan Chase Bank Account ending with #3280 on April 5, 2017.

94.     According to documents produced by PayPal, RISE Systems & Enterprise processed approximately 240 transactions through PayPal from August 21 through September 14, 2016. One hundred ninety-five of these were marked as "RISE: Digital Marketing Mastery Course."  One hundred and fourteen transactions were for $2,057 each.  Aspire processed a total of $327,828, and transferred $302,773 in settled funds to a JP Morgan Chase Bank Account ending with #5129 on February 21, 2017.

95.     On January 15, 2018, we received additional documents from PayPal. According to the documents:

96.    On August 25, 2016, PayPal placed a limitation on RISE Systems & Enterprise LLC's (Utah) merchant account for "High Risk Selling Activity." Internal PayPal notes explain that this limitation was placed in part because of "Payments received for RISE: Digital Marketing Mastery Course via URL https://my.digitalaltitude.co."

97.    On August 26, 2016, PayPal placed a limitation on Aspire Processing LLC's merchant account for "High Risk Selling Activity." Internal PayPal notes explain that this limitation was placed because of "Multiple new accounts receiving high volume of large payments for digitalaltitude.co."

98.    On August 26, 2016, PayPal placed a limitation on Disc Enterprises, LLC's merchant account for "High Risk Selling Activity." Internal PayPal notes explain that this limitation was placed because of "Multiple new accounts receiving high volume of large payments for digitalaltitude.co."

**MasterCard, Inc.**

99.    On March 29, 2017, the FTC issued a CID to MasterCard, Inc. ("MasterCard"), a credit card services provider.  Exhibit 15 contains selected documents from MasterCard's production in response to the FTC's CID.

100.    MasterCard produced a spreadsheet titled 'REQ16278," which lists credit card transactions processed through the MasterCard network.

101.    According to the spreadsheet, a merchant with a MID ending in 8993 processed transactions through the payment processor Stripe. They processed credit card transactions in August 2016 under the name ASPIRE, including 21 transactions for $2,057 each.  The phone number listed on the account is (323) 640-0738. That number is also used by Digital Altitude. EX 16, 346. They processed credit card transactions in January 2017 under the name "The Upside," including 1 transaction for $2,057.  The phone number listed on the account is

1   (213) 444-6942. That number was also used by Mary Dee to register a website for

2   "Living Exceptionally", a d/b/a of Thermography for Life, LLC. EX 39, 1588-90.

3       102.   According to the spreadsheet, a merchant using the name "PYZ*

4   DIGITAL ALTITUDE" or "PYZ*DIGITAL ALTITUDE" and giving its address as

5   "1426 E 750 North" and its city as "800-8207589" processed credit card

6   transactions from February through March of 2017. Fifth Third Bank was the

7   acquiring bank.

8       **Additional CID Responses**

9       103.   During the course of my investigation, the FTC received additional

10  CID responses.  I am the records custodian for these responses.  Selected

11  documents from the following responses are attached as exhibits to the FTC's

12  Memorandum:

| Ex. No. | CID Respondent |
|---------|----------------|
| 16 | JPMorgan Chase Bank |
| 17 | Bank of America |
| 18 | Domains by Proxy |
| 19 | Wix |
| 20 | Earth Class Mail |
| 21 | Lake Worth Ship & Mail |
| 23 | Merrick Bank |
| 24 | Francis David Corporation d/b/a Electronic Merchant Systems |
| 25 | EVO |
| 26 | BrightMarket |
| 27 | ProPay |
| 28 | Pivotal Payments |
| 29 | Fifth Third Bank |
| 30 | WePay |

| 31 | First National Bank of Omaha |
|----|------------------------------|
| 32 | Vantiv |
| 33 | Allied Wallet |

## CONSUMER COMPLAINTS

104.   The FTC maintains a complaint database called the Consumer Sentinel Network ("Sentinel").  The Consumer Sentinel Network contains complaints submitted directly by consumers via telephone, mail, and an online complaint form, as well as complaints forwarded by Better Business Bureaus, offices of state attorneys general, and other governmental agencies.

105.   The FTC has received at least 57 consumer complaints regarding Digital Altitude from February 2016 through December 2017.

106.   Thirty consumers reported losing money, ranging from $37 to more than $30,000.  Twenty-one consumers reported losing $2,000 or more and eight consumers reported losing $10,000 or more.

107.   The FTC has received at least two consumer complaints regarding Michael Force, individually.  These complaints are **Attachment SS**.

## ARTICLES OF INCORPORATION

108.   During the course of my investigation, the FTC collected the articles of incorporation for the corporate defendants, which are attached hereto as follows:

| Attachment TT | Aspire Processing Limited, a United Kingdom company |
|---------------|------------------------------------------------------|
| Attachment UU | Aspire Processing LLC, a Nevada limited liability company |
| Attachment VV | Aspire Ventures Ltd, a United Kingdom company |
| Attachment WW | Digital Altitude Limited, a United Kingdom company |
| Attachment XX | Digital Altitude LLC, a Delaware limited liability company |
| Attachment YY | Disc Enterprises Inc., a Nevada corporation |
| Attachment ZZ | RISE Systems & Enterprise LLC, a Nevada limited liability company |

| Attachment AAA | RISE Systems & Enterprise LLC, a Utah limited liability company |
| Attachment BBB | Soar International Limited Liability Company, a Utah limited liability company |
| Attachment CCC | The Upside, LLC, a California limited liability company |
| Attachment DDD | Thermography for Life, LLC, also d/b/a Living Exceptionally, Inc., a Texas limited liability company |

109.   Certain of the corporate documents listed above identify a "Mohammed Abdul Alim." Account statements produced by Bank of America and JPMorgan Chase reflect payments from Digital Altitude to Mr. Alim at least once a month from July 2016 through February 2017. Most of the payments are over $1,000, and are round numbers.

110.   Residential addresses have been redacted from the exhibits, with certain ones replaced with designations such as "Address 1" or "Address 2." According to www.utahcounty.gov, Sean Brown owns the property located at the address marked "Address 3".

111.   On March 29, 2017, the FTC issued a CID to Allied Wallet Ltd. ("Allied Wallet"), a payment processor. According to documents produced by Allied Wallet, the payment processor notified Morgan Johnson on May 3, 2017 that Digital Altitude's merchant account would be terminated because "our banking partners have advised that they cannot support the business model moving forward."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _January 26_____, 2018 at _Washington, DC_.

_____

Reeve Tyndall

Tyndall Declaration Page 18

EX 41
1610



**Attachment A**



**Attachment B1**



**Attachment B2**



**CONGRATULATIONS!** There Are **(2)** Spots Available In Your Area!

**FREE VIDEO:** Do You Want To Make More Money In 30 Minutes A Day Than Most People Make Working A Full Time Job?

Watch The Entire Video Above, Then You Will Be Able To Continue To The Next Step In...

14mins 58secs

**HERE'S WHAT YOU'LL SEE IN THIS FREE VIDEO:**

How to make more money in 30 minutes a day than most people make working full time, without needing any previous experience or technical skills.

How you can receive BIG COMMISSIONS ranging from $500 to $7,000 without having to create any products or sales material yourself.

The simple 2 step process that has already paid $12,026,172.00 in commissions over the past 12 months to average people just like you.

How you can get started RISK FREE immediately after this video ends and have a personal coach to guide you every step of the way.

**Attachment B3**

EX 41
1614



**Attachment B4**



**Attachment B5**



**Attachment B6**



Page not found

**Attachment B7**





**Attachment B9**

```
 1                 OFFICIAL TRANSCRIPT PROCEEDING

 2

                     FEDERAL TRADE COMMISSION

 3

 4

 5

      MATTER NO.     1723060

 6

      TITLE               DIGITAL ALTITUDE

 7

      DATE          RECORDED:  JUNE 12, 2017

 8                   TRANSCRIBED:  OCTOBER 27, 2017

 9    PAGES         1 THROUGH 28

10

11

12            2017-06-12_14-36-48 (Aspire Purchase)

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25    (301) 870-8025 – www.ftrinc.net – (800) 921-5555
```

**Attachment C**

```
1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4       RECORDING:                              PAGE:

5       2017-06-12_14-36-48 (Aspire Purchase)        4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                 FEDERAL TRADE COMMISSION

 2

 3   In the Matter of:              )

 4   Digital Altitude              )   Matter No. 1723060

 5                                  )

 6   -----------------------------)

 7                           June 12, 2017

 8

 9

10

11        The following transcript was produced from a

12   digital file provided to For The Record, Inc. on

13   October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment C**

```
 1                     P R O C E E D I N G S

 2                     -    -    -    -    -

 3                     Aspire Purchase

 4              CHRIS BRENAMORE:  Hey, Chris Brenamore

 5      (phonetic) here, and while I was sleeping last night,

 6      I made a $1,200 commission.  Unbelievable.

 7              FEMALE TESTIMONIAL:  Within a day of

 8      marketing the system, I was already making my first

 9      sales, and three months in, I've been able to quit my

10      corporate bank job.  I went to live in Bali for a few

11      months, and I'm waking up to commissions emails every

12      single day.

13              MALE TESTIMONIAL:  We just had our biggest

14      week ever online.  In fact, I created a Facebook post

15      this morning, and I'm going to share it with you real

16      quick.  As you can see, we've had a very good week.

17              FEMALE TESTIMONIAL:  So let's flip screen,

18      and I'm going to share my results with you guys really

19      quick.  Here is my results.  Yesterday, I was actually

20      able to cross the $3,000 mark, and in the last seven

21      days, I've made over 13 and a half almost.

22              MALE TESTIMONIAL:  I've come from no

23      experience previously online, and within my first four

24      months, I've actually earned over 50,000 U.S. dollars.

25              PRESENTER:  Congratulations.  You've finally
```

**Attachment C**

1    found it.  You're about to see how you can make more

2    in 30 minutes a day than most people make working a

3    full-time job, even if you have no business experience

4    and no technical skills.

5         The best part, it's totally risk-free.  And

6    you can get started in just 15 minutes from now.  I

7    have started a countdown timer below this video so you

8    know how much time is left.  Will you invest 15

9    minutes to potentially change your life forever?  If

10   so, listen very closely because I'm about to share how

11   you can get access to a method and proprietary

12   training process that in just this past year has

13   already paid $12,026,172 in commissions to average

14   people just like you.

15        So if you're serious about changing your

16   financial life and doing it from home, then this is

17   going to be the fastest and easiest way to make money

18   you've ever seen.  However, not everyone qualifies.

19   So who gets approved?  We're looking for people who

20   are hungry, determined, and have at least 30 minutes a

21   day to talk to one of our coaches and follow our step-

22   by-step training process.

23        We're not looking for people who want a job

24   or some type of scammy, get-rich-quick scheme.  So if

25   that's what you're looking for, you probably should

**Attachment C**

1    just leave right now because on this page, we're going

2    to teach you a real method for making money online

3    that the people I'm about to show you have already

4    used to earn millions of dollars in commissions.

5         Now, of course, there's no guarantee you're

6    going to get the exact same results as them, but they

7    wanted to show you what's possible if you follow the

8    training and start using the methods we teach you.  If

9    all this sounds exciting, it will only take you a few

10   minutes to watch this free video to see if these

11   methods are going to work for you.

12        Please begin only if you can fully focus and

13   are distraction-free and believe you could be one of

14   the people who gets approved.  Plus, you'll need to be

15   available to talk to one of our coaches shortly after

16   getting started so they can walk you through the

17   training process.

18        Sound good?  Okay, let me explain how this

19   works.  The process is very simple.  There are two

20   steps, but you only need to do the first one.  Step

21   one.  We teach you how to find people who are

22   interested in the products we're selling.  Step two,

23   we follow up with those people for you and recommend

24   products to them based on their needs.  And when those

25   people turn into paying customers, you get paid

**Attachment C**

1    commissions.  And I'm not talking about little $10 or

2    $20 commissions.  I'm talking about big commissions

3    that range from $500 to $7,000 apiece.

4              We teach you everything you need to start

5    finding people and turning them into qualified leads.

6    But there's still one more step for us to do, and it's

7    a big one.  A lot of work goes into turning those

8    people into money, but don't worry, we assign a one-

9    on-one phone sales rep to each of your leads, follow

10   up with each of them, recommend our products to them

11   for you, process the sales, and handle the customer

12   service for you.

13             Each time they buy, we'll pay you big

14   commissions of up to $7,000.  With this simple, two-

15   step process, you will finally be able to earn big

16   commissions without creating your own products,

17   without selling anything over the phone, without

18   dealing with customers, returns, or fulfillment,

19   without needing to be some kind of technical wizard,

20   and without leaving the comfort of your home.

21             So if making money with your own business is

22   something that you're really serious about and you

23   want it as fast as possible, then this is probably

24   your best and only chance to make really good money

25   with a method that's proven to get results.  But don't

**Attachment C**

EX 41
1627

1    take my word for it, I want you to hear from some of

2    the people who went through our training and are

3    having success with this method.

4            MALE TESTIMONIAL:  -- paid for every person,

5    whether it's a beginner, a newbie, or an industry

6    veteran like myself.  It's really made for everybody.

7    And, so, it's really taken off and doing exceptionally

8    well, even better than I thought it would do just

9    because it's, again, built for every person.  So I've

10   never seen results like this in anything I've done in

11   20, 25 years of marketing.  So it's unbelievable.

12           MALE TESTIMONIAL:  I've managed to generate

13   over $60,000, guys, in a matter of few months, and

14   you're probably asking, can I do this as well.  And I

15   can sincerely say, yes, you can.  I'm a Portuguese

16   immigrant, by the way, English not even being my first

17   language.  And just by tapping into the system and,

18   you know, going through the coaches because there is a

19   coaching system, a coaching program, I have managed to

20   generate in group sales over $650,000, guys.

21           MALE TESTIMONIAL:  Each and every person

22   gets their own private coach, which is absolutely

23   incredibly, insanely powerful because you're going to

24   get the opportunity to ask questions when you need

25   answers.

**Attachment C**

1          MALE TESTIMONIAL:  No one gets left behind

2     here.  Everyone's taken care of.  And basically you

3     just plug in and go.

4          MALE TESTIMONIAL:  Look at this business

5     objectively, and look for a business that has a

6     system, that has coaching, that has proven systems to

7     work, people are already making money.  And if you're

8     joining people like that, that's the kind of business

9     you should join.

10          MALE TESTIMONIAL:  We're already creating so

11     many success stories, and this is just the start,

12     guys.  So take action, take the next step, do what you

13     got to do, and you will see success for yourself as

14     well if you take massive action right now.

15          PRESENTER:  Like I said before, our company

16     has already paid over $12 million in commissions to

17     people in over 30 countries who have gone through our

18     training and are making money using our methods.

19     We've already helped a few of those people become

20     millionaires, but we want to help hundreds more over

21     the next few years.

22          The internet is a vast ocean with over 3.2

23     billion users worldwide.  Our current efforts are just

24     a small drop in that ocean.  Our goal is to become a

25     billion-dollar company, and there is no way that we

**Attachment C**

EX 41
1629

1    could do that on our own.  The internet is just too

2    big.  The only way that we can reach our goal is by

3    teaching people like you how to use our methods to

4    make money alongside us.  And we both share in the

5    profits.

6           Let me break down how it works in a little

7    more detail for you.  First, we teach you how to place

8    ads online that generate leads for us.  Then, when

9    someone buys one of our products, we'll pay you

10   commissions that range from $500 to $7,000 without you

11   ever having to lift a finger to sell anything over the

12   phone.  You just use the methods we teach you during

13   your training to generate leads.

14          You'll have your own coach to get on the

15   phone with you and walk you through the entire

16   training process to keep you on track and make sure

17   you have everything you need.  He or she will motivate

18   you to go beyond what you thought is possible, and

19   sometimes we need that extra push to become

20   successful.  These coaches know exactly what to do, so

21   you're in really good hands.

22          But that's not all.  We're so committed to

23   your success that not only will we assign you a coach,

24   we will assign you a personal sales team to work on

25   your behalf 24/7, to make more sales from the leads

**Attachment C**

1    you generate.  What will this sales team do?  Two

2    words:  close sales.

3             Everyone knows there's a fortune to be made

4    in phone sales.  The problem is everyone hates making

5    the calls.  But what if you could make all the profits

6    without doing any of the calling yourself?  That's

7    what we're going to do for you right now.  Our

8    personal sales team is now your personal sales team.

9    This staff will do the grunt work for you.  They'll

10   make phone calls for you to sell even more and more

11   valuable products that pay you from $500 to $7,000 per

12   sale.

13             And these aren't just any products.  We're

14   the premier provider in digital business education

15   products and services, with over 200 hours of video

16   training, weekly live training with people who are

17   getting results from this right now -- workbooks,

18   private coaching, and even live events that are hosted

19   in exotic locations all around the world.  So your new

20   customers can experience success at a whole new level.

21             Our sales team does the hard work of selling

22   those products for you, and your commissions of $500

23   to $7,000 per sale are paid every two weeks.  How

24   would you like to earn a real income from home just

25   working 30 minutes a day?  Our products and sales team

**Attachment C**

1   can make that possible.

2           Just imagine for a moment what making great,

3   consistent income online could mean in your life.

4   Perhaps a new car, a nice family vacation, or just the

5   freedom of not having to live paycheck to paycheck,

6   worrying about how you're going to pay the bills.

7   Trust me, I know where you are now because I've been

8   there before, but this changed everything for me, and

9   it will change everything for you too.

10          I used to be a broke salesman before my team

11  and I perfected this method.  I used to buy everything

12  secondhand, generic, or off brand, and not because it

13  tasted any better, believe me.  It was because I

14  didn't have any other choice.  I'm sure you know the

15  feeling, but now that feeling of never having enough

16  is a thing of the past, and I can't even describe how

17  good it feels to buy anything I want in cash, live

18  completely debt-free, and even help out friends and

19  family who also used to struggle with money.

20          Our goal is to help eliminate debt, increase

21  family time, and permanently seal the financial

22  freedom of every one of our students.  And now it's

23  your turn.  I'm sure you're eager to get started and

24  find out if you're qualified, but first let me explain

25  exactly what you get if you are.

**Attachment C**

1     First, you will receive a simple training

2     program that will show you how to generate leads and

3     earn $500 to $7,000 in commissions when you make a

4     sale, even if you have no computer skills.  It takes

5     most people about two to four weeks total to go

6     through our entire training program.  And we'll assign

7     a coach to help you one-on-one along the way.  Our

8     coaches are highly trained online business experts,

9     and they know how to help you reach your goals as fast

10    as possible so you'll be in good hands.

11        Once you go through our training, you'll be

12    ready to start using these methods and earning

13    commissions.  How much time you put into generating

14    leads will depend on you.  We recommend you put in as

15    much time as possible to fast track your results, but

16    you can get started with as little as 30 minutes a

17    day.

18        This is a massive shortcut for you, but do

19    you want to know what the real beauty of this entire

20    offer is?  Our success is tied to yours, so we'll be

21    helping you every step of the way and making sure you

22    have every resource you need to become one of our

23    success stories.  Isn't that awesome?

24        If that doesn't excite you, this will.  A

25    lot of our partners were driving absolutely crappy

**Attachment C**

```
 1    cars before joining us on this journey, so we decided

 2    to do something about it.  We are so confident you're

 3    going to make big-time waves when you hit our goal

 4    level of success, you're going to be eligible for a

 5    brand new car.  What kind of car?  Any car you want.

 6    You heard me right.  When you follow our training and

 7    hit the level of success that we expect you to, we're

 8    going to pay your lease on a brand new car of your

 9    choice.

10            Don't believe me?  Let's take a look at some

11    of the recent winners.  And as you watch this reel, I

12    want you to imagine yourself in your own brand new

13    car.  Even pick out your favorite make and model

14    because in a few short months, this can be you.  And

15    here's the great news:  you get the brand new car,

16    plus you keep all your commissions.  That's right.

17    This isn't some tradeoff game.  At that level, you'll

18    be rolling in the dough and rolling down the road in a

19    brand new car.

20            Sound good?  All right, down to brass tax.

21    I'm not going to stretch this out or delay you any

22    more.  You want to start earning commissions right

23    away, right?  Then pay close attention so you don't

24    miss out because there are probably only a few spots

25    left.  Right now, we're looking to work with a small
```

**Attachment C**

1 group of new people, and if you qualify, you can get

2 access to the training and learn my methods right

3 away.  But, unfortunately, I can't help everyone.

4 Obviously, my time and my team's time is extremely

5 limited, so we are very picky about who we work with.

6 And we have a strict but reasonable set of criteria

7 that needs to be met in order for us to work together.

8  One, you must be willing to spend at least

9 $50 a week to advertise and generate leads.  Two, you

10 must be willing to be coached by one of our trainers

11 who will walk you through our training program, which

12 should take you no longer than 30 to 45 minutes per

13 day.  Three, you must be an action-taker who follows

14 directions right away.  But don't worry, I won't ask

15 you to do anything that won't put money in your

16 pocket.

17  If you like to sign up for programs and not

18 follow through, this is not for you.  Teaching people

19 that really want a change is very important to us, so

20 you need to be someone who doesn't mess around and is

21 serious about working hard to get results.  And, last

22 but not least, you must be someone who sees a great

23 opportunity and makes a decision to take action

24 without hesitation because success loves speed.  And

25 we know that people who are the most successful are

**Attachment C**

1       the ones who make decisions and take action fast.

2              So if you met the criteria I just talked

3       about, you can spend at least $50 a week on generating

4       leads; you will work with a coach 30 minutes a day to

5       complete our training program; and you're an action-

6       taker who makes decisions and follow directions right

7       away, congratulations, you're qualified to get access

8       to our training and start making money right away.

9              With that said, I know what you're

10      wondering, what is training like this actually worth?

11      I've been asked that many times, and it's kind of a

12      tough question because I've personally invested

13      millions of dollars into this, spent years perfecting

14      the process for you, and it creates a seven-figure

15      income for me and my students.  So, obviously, to me,

16      it's worth a lot.  But recently, I asked a few of our

17      students what they thought it was worth, and they all

18      said a minimum of $497, not a penny less.

19             But don't worry, you won't pay anywhere

20      close to that.  You see, I didn't put this together

21      for people who are already making millions of dollars

22      a year online.  I created this for my friends who were

23      still struggling, still spinning their wheels, still

24      stuck and unsure of the next steps to take.  That's

25      why I'm giving it away at a special discount for our

**Attachment C**

1    new students, which includes you.

2           Remember all those people you heard from in

3    the beginning of the video, they're all living

4    examples of what's possible when you follow our

5    training.  So now you must be wondering, what's it all

6    going to cost me.  Well, listen, my goal for you is to

7    get started within the next 30 minutes, so as long as

8    the timer is counting down, you can still get in.

9           At the rate we're growing, it's hard to say

10   how long we'll be accepting new members, so listen

11   carefully.  I want to remove any barriers of entry for

12   you, especially the investment needed to start.  I

13   want to help, and that's why I'm going to completely

14   ignore the advice I got from every student I spoke to.

15   They said I should charge a minimum investment of $497

16   to get access to the training.

17          Honestly, initially, I almost did; however,

18   I talked to my team.  I thought about it for over a

19   week, and I decided that I wanted to shake things up a

20   bit.  I wanted to do something crazy, something

21   unheard of.  I wanted to create a ridiculous value and

22   make sure that no one is left behind while our doors

23   are still open.  So rather than charge 497 or even 297

24   or even 197, I decided that if you're serious today

25   and really want to change your life today, I will

**Attachment C**

1    personally make an investment in you.

2         My initial group of students paid $197 to

3    get started, and they were blown away about the amount

4    of money they made, but because we want you to get

5    started without having to think about the cost, I'm

6    willing to give it to you at a massive discount,

7    totally risk-free and money-back-guaranteed.  Today

8    only, as long as that timer is counting down, you can

9    get started for just $1 today.  So if you compare that

10   to $497, what this is really worth, you're getting an

11   instant 99 percent discount by getting started right

12   now for just $1.

13        Again, remember, my goal for you is to have

14   you start learning my methods in the next 30 minutes

15   or less, so that's why I hold nothing back and I made

16   this totally risk-free and money-back-guaranteed.  So

17   what's it going to be?  Are you ready to change your

18   life?  Today, you're getting a $497 value for only $1.

19   You ready to start?  Then fill out the safe and secure

20   order form before the timer runs out and we give your

21   spot to someone else.

22        And as soon as you do, we're going to hook

23   you up with your coach that will work with you one-on-

24   one over the phone to teach you everything you need to

25   know and hold your hand through the process.  They'll

**Attachment C**

EX 41
1638

1    answer all of your questions, even spill their own

2    secrets that made them successful online.  We

3    handpicked these coaches because of their incredible

4    success and massive earnings using this exact method,

5    and now they're going to empower you to do the same.

6    You get everything:  the training, the tools, the

7    products, along with their experience, guidance and

8    strategies to propel you forward quickly.

9            There is no other offer available that gives

10   you absolutely everything you need to make a full-time

11   income from home, even a retirement income your

12   friends will be jealous of.  You get it all, an over

13   $497 value at an insane discount of just $1 today,

14   less than the cost of a cup of coffee.

15           At this point, let me mention one thing

16   about the $1 payment.  There is absolutely no risk at

17   all making this payment because it's covered by our

18   incredible 30-day, no-questions-asked, 100 percent

19   money-back guarantee.  There isn't a single better

20   guarantee on the planet.  It's ironclad, approved, and

21   a surefire way to give you complete confidence in

22   getting started right now.

23           All you have to do is give it an honest try.

24   Start today, and let's work together in changing your

25   life.  Click the button right now, and you can become

**Attachment C**

EX 41
1639

1    one of our success stories.  Listen, we may have

2    already decided to turn new members away, so don't

3    wait.  The only way to find out if your seat is still

4    available is to click the button below this video.  If

5    the page still loads, congratulations, you're in luck

6    for now.  That means just for now, there is a seat

7    left for you to claim.  All right?

8            As quickly as you can, hit the checkout

9    button right now, because we're extremely close to

10   filling all the slots.  Don't push this off.  Do it

11   now because this offer won't be here tomorrow.  Hit

12   that button below and get started right now, before

13   the timer hits zero.  I cannot wait to be working with

14   you and seeing your life transform right before your

15   eyes.  Click the button below, fill out the safe and

16   secure order form, and I'll see you on the inside.

17           (Pause in recording.)

18           PRESENTER:  Congratulations on making it to

19   the inside.  You may not realize it yet, but you just

20   took a big step, a step that most people aren't

21   willing to take.  You see, most people will talk abut

22   how they want a better life, they want more money in

23   the bank, they want financial security, they want to

24   spend more time with their family, but they never

25   actually do anything about it.  They never take the

**Attachment C**

1    first step, but you did.  You invested in your own

2    success.

3            I know, it wasn't a lot of money, but you

4    put some skin in the game, which means you're

5    committed to making a change in your life, and I'm

6    proud of you for that.  So I'm going to do something

7    really special for you today.  I'm going to give you

8    something that will help you get big results even

9    faster using this system.  I'm going to give you

10   access to a push-button, lead-generation software that

11   can bring hundreds of people to see your new business

12   every single day.

13           You and I both know that we could have the

14   best marketing system or website in the world, but it

15   won't produce a dime if no one sees it, right?  And

16   that's where the big dogs in the industry have you

17   beat because they have a secret source of red-hot

18   buyer leads, with credit cards in hand, looking to buy

19   from their businesses.  This push-button software is

20   being used by some of the biggest names on the

21   internet.

22           You see, all they do when they start a new

23   business is turn it on, and within minutes, they're

24   getting red-hot leads at the push of a button.  That's

25   why they always seem to zoom from zero to top of the

**Attachment C**

1    leader boards making $50,000 to $100,000 in no time

2    flat.  They look like heroes, but really it's this

3    software that makes their success possible.  It's not

4    their skills, not their experience, not even their

5    systems.  It's all about being able to start a tidal

6    wave of red-hot leads with the push of a button.  And

7    with this software, they can do it any time and get as

8    many leads as they want.

9            It's simple to use and has a proven process,

10   so you don't have to worry about doing anything

11   technical.  Trust me, if I can use it, that means you

12   can, too.  You ready to see how easy this is?  The

13   software is called Voice Drops.  Here's how it works.

14   You use our software to automatically leave a

15   voicemail on someone's phone to get them interested.

16   They call back for more information and you send them

17   the website.  Pretty easy, right?  You literally push

18   a button in the software.  The messages go out, and

19   within minutes, you'll have leads flowing in and

20   asking for more information about your business.

21           We have all the recordings tested and

22   working perfectly, so all you have to do is choose how

23   many voicemails you want to leave and push go.  With

24   the software we give you, you can send thousands of

25   voicemails out every single day.  And we give you all

**Attachment C**

1    the proven messages we're using, so you don't have to

2    create anything yourself.  And you can generate as

3    many leads as you want at the push of a button.

4            And to take it a step further, you just tell

5    them what type of people you're looking for, where

6    they live, and what time you want to send it, and,

7    boom, they create all the lead lists and send out all

8    the messages for you, 100 percent free.  They call

9    that the "white glove" service.

10           This is the number one thing you're missing.

11   It's the number one thing that 99 percent of people

12   who try to start an online business are missing.  And

13   without it, you'll always be left wondering why others

14   are always able to make it work while you continue to

15   struggle.  The truth is, no matter how amazing your

16   product is and no matter how great the sales system

17   is, without red-hot buyer leads, you're lost before

18   you even get started.

19           Up until now, this secret source of traffic

20   has been hidden from the public.  It's been hidden

21   because of the results it produces.  The few who have

22   access to it don't want to share it because they'd

23   lose their advantage.  They no longer look like the

24   superstars they pretend to be.  But all of that has

25   changed.

**Attachment C**

1         After years of secrecy, we finally convinced

2    the owners of this software to make it available to

3    our new members.  They're letting average joes

4    worldwide who are stuck and struggling promote their

5    home-based business opportunity the same way once

6    reserved only for the big dogs.

7         And it gets even better.  The normal retail

8    price for the Voice Drops software is $299 per month,

9    but because you're a member of our private group, and

10   I want you to get access today without having to think

11   about the cost, I got you a special deal that has

12   never been offered to anyone else.  Today only, as

13   long as that timer is counting down, you can get

14   access to Voice Drops for only $99.  And as soon as

15   you sign up, we're going to have 30 days to help you

16   make money with it.  And at the end of those 30 days,

17   if you're not totally satisfied with the software and

18   getting an avalanche of leads coming in to your new

19   business, just let us know and we'll cancel your

20   membership.  No drama and no hard feelings.

21        But if you're like most people and you love

22   the software and generate tons of leads, then just

23   keep using it and we'll charge you our lowest

24   membership fee of just $199 a month, $100 off the

25   normal monthly price.  You'll never see the Voice

**Attachment C**

1   Drops software priced this low again.  It's a special

2   discounted rate that is only offered to brand new

3   members.  So take advantage of it while you can.  If

4   you ever see this offer again, it will be at least 299

5   per month, and there will be no chance for you to get

6   it at this discounted price.  I'm dead serious about

7   that.

8          And you'll be glad to hear that the

9   discounted Voice Drops software is also covered by our

10  30-day, risk-free, 100 percent money-back guarantee,

11  so you can get it today with absolutely no risk.  It's

12  a total no-brainer.  So that's all we got.  There's

13  nothing more.  No hidden costs or other offers after

14  you buy.  It's just $99 to add the Voice Drops

15  software to your order today.

16         So if you want to generate hundreds of red-

17  hot buyer leads for your new business at the click of

18  a button, click the button below to pick up the Voice

19  Drops software right now.

20         Wait, just give me one minute and I'll pay

21  you $20 for it.  Yes, right now, I'm handing you a $20

22  bill.  This is very serious, and it's the only time

23  you'll hear me say this.  In five minutes, if you come

24  back, it won't be here.  This is about your life, your

25  family, your financial future.  This is about making

**Attachment C**

1    money, starting today.  I'm serious about helping you,

2    but you have to be as well.

3            I'm already practically giving you the Voice

4    Drops software, but what if we put $20 of my own money

5    right into this?  That's right, I'll take $20 off this

6    investment for you by putting my own money into your

7    future.  Look, I'm stuffing $20 of my money into your

8    pocket right now, just to show you how much I believe

9    in you.  I'm personally investing in your future, but

10   I can't do anything unless you take a step.

11           Dreams don't just happen on their own.  You

12   have to be able to seize an opportunity when it comes

13   your way, period.  This is one of those opportunities.

14   Now is the time to see this and actually be serious

15   about it.  Do you really want to change your life in a

16   big way or a small way?  Now, remember, this is just a

17   one-time tiny investment.  And after I give you $20 of

18   my money, your small investment is just $79, just $79.

19   That's less than it costs to spend a night in a hotel.

20   Seriously, there, you have a bed to sleep in.  Here,

21   you get financial freedom.

22           There's absolutely no better way to start

23   making money right now.  And the best part is this is

24   proven to generate red-hot leads for your business at

25   the push of a button.  Now, it's up to you.  Click the

**Attachment C**

1    button on this page to get your discounted Voice Drops

2    software for only $79.  I'll even give you the same

3    30-day, 100 percent money-back guarantee so you have

4    absolutely no risk with this.  Click the button now,

5    and I'll see you on the inside.

6                   (Pause in recording.)

7                   (The recording was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment C**                                   EX 41

1647

```
 1                   CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4              I, Sara J. Vance, do hereby certify that the

 5      foregoing proceedings and/or conversations were

 6      transcribed by me via CD, videotape, audiotape or

 7      digital recording, and reduced to typewriting under my

 8      supervision; that I had no role in the recording of

 9      this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12              I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:  11/6/2017

22                              SARA J. VANCE, CERT

23

24

25
```

**Attachment C**



# Income Disclosure Statement

## Affiliate Programs Are Not Suitable For Everyone

Always use caution and seek the advice of professions before acting on this or any information.

**Income Disclosure:**

Here at Digital Altitude we teach internet entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events. We're excited to also offer a chance to our students and members to make money by referring other people to our products and events through our affiliate program.

Like every business in the world of this kind, some affiliates make a little extra money whilst some make a staggering income, and some will make no money at all. Typically, the experienced affiliates that devote the most time, effort and investment to the opportunity have the greatest success.

The table below shows you the high, low an average income earned by active affiliates from May 1st, 2016 to May 31th, 2017

| Monthly Income Level | Active Affiliates | Monthly High Income | Monthly Low Income | Monthly Avg Income | Annualized Avg Income |
|---|---|---|---|---|---|
| $50,000- $153,922.16 | < 1% (< 1% $50,000+) | $153,922.16 | $60,040.61 | $79,315.27 | $951,783.20 |
| $25,000 - $49,999 | < 1% (1.2% $25,000+) | $49,919.68 | $25,189.60 | $33,658.55 | $403,902.56 |
| $10,000 - $24,999 | 1.7% (2.9% $10,000+) | $24,967.67 | $10,028.59 | $15,994.05 | $191,928.61 |
| $5,000 - $9,999 | 2.2% (5.1% $5,000+) | $9,933.77 | $5,009.52 | $7,137.70 | $85,652.44 |
| $2,500 - $4,999 | 2.7% (7.8% $2,500+) | $4,989.42 | $2,504.81 | $3,418.90 | $41,026.83 |
| $1,000 - $2,499 | 4.4% (12.2% $1,000+) | $2,493.50 | $1,000.65 | $1,538.02 | $18,456.29 |
| $500 - $999 | 7.9% (20% $500+) | $999.90 | $500.01 | $652.61 | $7,831.27 |
| $250 - $499 | 6.1% (26.1% $250+) | $469.68 | $250.80 | $383.85 | $4,386.24 |
| $100 - $249 | 8.5% (34.7% $100+) | $249.46 | $100.28 | $165.07 | $1,980.88 |
| Less than $100 | 64% | $89.91 | $0.00 | $23.57 | $282.88 |



**Attachment E1**

EX 41
1650





**Attachment E3**



**Attachment E4**



**Attachment E5**





Often you'll hear people online tell you that the ONLY three things you need to focus on online to build a business are:

1) Traffic
2) Conversions
3) Sales

They'd be dead wrong!

Those 3 steps are critical, but there is a missing 4th ingredient. And without that 4th ingredient, you have a recipe for disaster.

You see, most people follow the formula above and the first thing they do is find what they think is a hot market. They then find a product that they can sell to that market, and then they drive traffic to that offer to get sales. Problem is "they've got it completely backwards."

What must be considered first can be found by examining The Tactical Triangle. This business, as you'll soon see requires a bit of backwards thinking, reversing the process and keeping the main goal of you making a profit in the forefront of your mind.

In the tactical triangle, you see the most important equation, the 80/20 principle, in the middle. Then we've got Traffic, Conversions, and Economics.

This triangle, created by Perry Marshall and Jack Born basically says that in order to sell something, you have to get Traffic (eyeballs in front of you offer, and you have to Convert that traffic (have the potential customer reach into their wallet, pull out their credit card, and spend money with you)

Economics means that you have to make a profit on what you sell (when taking into account the costs to generate your leads), which is the reason why you're really in business.

Once you are making a profit, then you can re-invest into getting more traffic, converting the traffic, and thus improving your economics.





**Attachment E9**



In this lesson we're going to be talking about an important shift that will need to take place in order for you to be successful online.

This shift is, you crossing over from the employee mindset, to the business owner mindset. This is an important lesson; so please follow along closely.

You see, most people had no choice growing up. They were not made aware that being an entrepreneur was an option for them.

We're programmed from a very early age to go to school and get a good job.

We're not taught to be or do what we really want be and do. We're not taught how to become masters of wealth and of our time. So it's up to us to learn how to make the shift over from the employee mentality, to one of controlling our own destiny.

We have to learn to free our minds of the limiting beliefs we may have.

Let me prove it right here

If you wanted to become a lawyer, what would you need to do? If you wanted to become a medical doctor, how could you do that?

If you wanted to become an architect, how could you get started?

It's a pretty clear path right? To enter into any of these categories, we know what we need to do. We'll have to simply get additional schooling and attain the professional credentials that would qualify us to get a job in any of these categories.

But ask yourself these questions:

How do I become millionaire?

How can I become an entrepreneur?

How do I become the person I need to be to be achievekull my goals in life?

Now we likely might not be firing on all cylinders here. We aren't taught from University how to do these things. We're not taught the business mindset. The success and wealthy mindset.

Let's dig into STEP 3 and get to the top together!

Sincerely,

Michael Force, Founder



**Attachment E11**

EX 41
1660



**Attachment E12**





comes with some warning signs you need to take note of.

You must know the PEOPLE behind the business model, and here's why:

I've been in this business for well over 20 years now, and within that time period, I've seen large companies and organizations quickly come up, and then go under just as quickly. This was either because of a faulty business model, or the owners behind them were not ethical.

Many also failed because the system was too new to be proven. It wasn't a true tried and true business model. So though it looked good, it all sounded perfect, it was all theory and just couldn't survive reality. Often times the team behind the model isn't the right one. Without a stable team with a proven track record together, it can become a failing business model. And maybe as well, the system works for the top owners, but for no one else. The economics don't work out right, and so we discussed with the tactical triangle, economics are everything. They're critical.

**Our Business Model**

So let's talk a little more now about our Business Model and exactly why our ASPIRE system works so well.

This will take a few minutes to explain, but read it word for word as it will give you a real education on all the different opportunities out there

Building a profitable Internet sales funnel requires more than just one product. Actually a lot more than that. Our company contains a strategic mix of products that together allow you to monetize large portions of your Internet traffic.

The combination that has been assembled for you would take even the most experienced and skilled Online Entrepreneur more than a year or two to put together and they still would not have access to some of the businesses that we work with.

Let's take a couple minutes to cover some of the principles that govern the various products you may choose to market on the web. This will help you see how DA's Business Model is constructed, and why it is the most profitable and powerful system of its kind.

Let's dig into STEP 5 and get to the top together!

Sincerely,

Michael Force, **Founder**



**Attachment E15**



And now that you've signed your Non Disclosure Agreement I can start to give you the deeper reasons as to how to succeed in making a top tier income

First, let me share a little fact with you.

In 2015 Disney released Star Wars: The Force Awakens. The film went on to make $2.1 Billion dollars

What most people don't know is how much they made from simply licensing the Star Wars name out. Over $5 Billion dollars! They made 2 times more money from licensing than they did the movie itself.

You see making Movies (products) is profitable?

But licensing those products is WAY more profitable still.

People made billions of dollars simply from licensing a product that was already made.

With that in mind, today I want to talk about something that is quite unique to us. So get started watching the video above, let's go!

Michael Force, **Founder**

**Submit your name** (as your digital signature) after you complete this step.

YES! I have completed this lesson    Enter your name    Submit

← PREVIOUS LESSON    NEXT COURSE: SET UP →



**Attachment E17**









**Attachment E21**











**Attachment E26**

EX 41
1675



**Attachment E27**



**Attachment E28**



**Attachment E29**



**Attachment E30**















## STEP 16:

### How To Create Success Faster

In Step 16, I talked heavily about setting your goals and finding out exactly where you're wanting to go, and what level of income you want to be earning, and exactly how to get there, the ideal, daily lifestyle that you want to achieve.

You probably had a few 'aha' moments going through all of the exercises.

And you probably also realized that achieving those goals is actually quite realistic and totally within your reach!

Plans to achieve something without setting it in concrete goals and a clear path of attack is just a fancy dream. It won't ever happen.

Spend some extra time today to get really clear on your path and exactly how you plan to get started. Set some firm deadlines and expectations in place for yourself.

Take personal responsibility to getting started fast and keeping the pace with your plan. Spend about 30 minutes or whatever time it takes to get really clear here.

Michael Force, **Founder**

Overview PDF   Study Guide

DOWNLOAD   DOWNLOAD

Checklist PDF   Lesson Audio

DOWNLOAD   MP3

Pierre Beaudoin

**Contact Your Coach**

Home   Products ▾   My Business ▾   Events   Resources ▾   RISE ▾

**Submit your name** (as your digital signature) after you complete this step.

**YES!** I have completed this lesson   Enter your name   Submit

← PREVIOUS STEP   NEXT STEP →

Inside DA Call
7am PT / 10am ET
**Fri Oct 27th 10:00am**

Wake Up Call
7am PT / 10am ET



**Attachment E38**