

If you have your own merchant account via STRIPE, SQUARE, or PAYPAL you can run a payment transaction with your OWN credit card. This will result in the funds being deposited into whatever account is linked to that particular payment account. The left over balance will include the total after the transaction fees have been deducted from those providers. You can then use those funds to finance your product purchase.

**4. Get creative!**

Borrow from a 401k (see Retire Happy PDF), IRA or savings account. Borrowing from a friend. Loan against a clear car or motor bike title. Home equity, loans and home equity lines of credit (these processes typically take 30 - 45 days to close). Any of these options are also things you can use to finance your product purchase.

**Robust Financing Options**

**1. Oak Tree Financing** [670 score or better they fund up to $100K+]

i) Apply at their website: www.oaktreefinancing.com/digital

ii) Complete steps 1-4 and look for a call from your account manager from a 205# who will guide you through the funding process;

iii) If your credit score is less than 670, there are other options that could be available as well through Oak Tree Access their their lowest rate financing program here www.oaktreebusinessfinancing.com/digital.

**2. Fund Wise [For any credit score]**

Go to the website at fundwisecapital.com/digital-altitude and follow the instructions. A financing expert will be there to guide you every step of the way

**3. Retire Happy (PDF) - Watch the Retire Happy Video**

Access your retirement funds to make alternative investments without tax penalties.
>> **Complete The Retire Happy Qualification Form <<**

**4. Consider** [For score 680 or better]

Fundera is similar to Kayak or Expedia for nonbank lending. They will show you all of your loan options in one place and then help you apply for these options with one easy and simple application. Small business owners are not charged for the service.

**5. Zippy Loan [For 680 score or lower]**

Zippy loan works with all types of credit and they give an immediate answer. They have a multitude of lenders so in many cases you will have a number of financing options to choose from.

Terms of Service  |  Earnings Disclaimer  |  Affiliate Policies & Procedures  |  Privacy Policy  |  Refund Policy

© 2015 2018 Digital Altitude LLC All Rights Reserved The® iBook R95-7589 Email: support@digitalaltitude.co

Base Camp
7pm PT / 10pm ET
**Tue Jan 16th 10:00pm**

Wake Up Call
7am PT / 10am ET
**Wed Jan 17th 10:00am**

On The Rise
6pm PT / 9pm ET
**Wed Jan 17th 9:00pm**

Wake Up Call
7am PT / 10am ET
**Thu Jan 18th 10:00am**

OPEN FULL CALENDAR

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.     1723060

6

     TITLE                 DIGITAL ALTITUDE

7

     DATE          RECORDED:  JUNE 13, 2017

8                   TRANSCRIBED:  OCTOBER 27, 2017

9    PAGES         1 THROUGH 8

10

11

12                   2017-6-13 0136pm (Call w S1)

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                              PAGE:

 5       2017-6-13 0136pm (Call w S1)             4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment F**

EX 41
1690

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:            )

 4     Digital Altitude            )   Matter No. 1723060

 5                                  )

 6     -----------------------------)

 7                                    June 13, 2017

 8

 9

10

11           The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  P R O C E E D I N G S

 2                  -    -    -    -    -

 3                      Call w S1

 4          MR. TYNDALL:  Hello?

 5          COACH GORATA:  Hi, is this J███?

 6          MR. TYNDALL:  Yeah.

 7          COACH GORATA:  How are you?  This is Coach

 8   Gorata with the ASPIRE System.

 9          MR. TYNDALL:  Hi, how's it going?

10          COACH GORATA:  I'm good, I'm good.  So she

11   sent me a message saying you have issue with Skype.

12          MR. TYNDALL:  Yeah.  My -- well, my

13   computer's kind of busted.

14          COACH GORATA:  Oh, okay, okay.  So do you

15   have a smartphone?

16          MR. TYNDALL:  No, I just have a flip phone.

17          COACH GORATA:  Oh, okay, okay.  All right.

18   All right, so, J███, I'm your coach here in the

19   system.  Now, let me ask you this.  Will you be able

20   to -- because we do have a step-by-step system that we

21   -- I need you to go through, but you're going to need

22   a computer for it or at least a phone that -- that has

23   the internet.  How do you plan on doing that?

24   (Inaudible).

25          MR. TYNDALL:  So, yeah, my -- my laptop
```

**Attachment F**

```
 1   still has the internet.  The -- for some reason, Skype

 2   -- I -- it's not working.

 3              COACH GORATA:  Oh, I thought you said your

 4   laptop is broken.

 5              MR. TYNDALL:  Yeah, so the --

 6              COACH GORATA:  (Inaudible).

 7              MR. TYNDALL:  -- the -- the -- the -- the

 8   webcam is kind of busted.  And I haven't been able to

 9   get Skype open.

10              COACH GORATA:  Okay.  So you're having

11   problems with Skype, but your computer is fine.  Is

12   that correct?

13              MR. TYNDALL:  Yeah, yeah.  I can -- I can go

14   online and stuff.

15              COACH GORATA:  You can?  Okay, because I

16   thought you were -- your (inaudible) computer was

17   broken.  Okay, so, what I want you to do, just go back

18   into the back office in the ASPIRE System, and you can

19   ask for our support team to help you with just

20   connecting with me on Skype because Skype is the major

21   training platform.  Without Skype, you cannot run this

22   business.

23              MR. TYNDALL:  Okay.  Okay.

24              COACH GORATA:  Okay?  All right.  So, now,

25   in the meantime, what I'm going to do is I'm going to
```

**Attachment F**

1  go ahead and, you know, get you started, which is I'm

2  going to unlock the first steps for you, which is

3  Steps 1, 2, 3.

4           MR. TYNDALL:  Okay.

5           (The call was concluded.)

6

7           MR. TYNDALL:  The call disconnected.

8  Calling back.

9

10          RECORDED MESSAGE:  Thank you for calling the

11  office of Coach Gorata Masuga with the ASPIRE System.

12  Now, your call is important to me.  Now, I'm either

13  way from my desk or currently on a coaching call with

14  another student, so please do leave me a detailed

15  message, including your name, your phone number, and

16  the reason for your call, and either I or my assistant

17  will get back to you as soon as possible.

18          Please note that the best and quickest way

19  to reach me is always through Skype, so check your

20  email or your ASPIRE back office for my Skype ID and

21  connect with me as soon as possible on Skype.  Now, I

22  look forward to speaking with you and getting your

23  business started as soon as possible, but take care,

24  and you make it a great day.  Bye-bye.

25          MR. TYNDALL:  Hi, this is J████.  I think we

**Attachment F**

EX 41
1694

```
1    got disconnected or something.  Anyway, can you give
2    me a call back?  Thanks.
3              (The call was concluded.)
4
5              MR. TYNDALL:  That was a call received from
6    area code (323) 992-9121 on June 13th, 2017, at
7    approximately 1:35 p.m.  During the call, the
8    connection dropped and I attempted to call the number
9    back.  This ends the recording.
10             (The recording was concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Attachment F**

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4           I, Sara J. Vance, do hereby certify that the

 5      foregoing proceedings and/or conversations were

 6      transcribed by me via CD, videotape, audiotape or

 7      digital recording, and reduced to typewriting under my

 8      supervision; that I had no role in the recording of

 9      this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12           I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:  11/6/2017

22                          SARA J. VANCE, CERT

23

24

25
```

**Attachment F**

EX 41
1696

```
 1              OFFICIAL TRANSCRIPT PROCEEDING

 2

                    FEDERAL TRADE COMMISSION

 3

 4

 5

       MATTER NO.      1723060

 6

       TITLE          DIGITAL ALTITUDE

 7

       DATE           RECORDED:   JUNE 14, 2017

 8                     TRANSCRIBED:   JANUARY 11, 2018

 9     PAGES          1 THROUGH 23

10

11

12              WELCOME VIDEO WITH MICHAEL FORCE

                2017-06-14_14-31-16 (Welcome Video)

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25     (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

**Attachment G**

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4      RECORDING:                              PAGE:

 5      Welcome Video with Michael Force           4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:            )

4    Digital Altitude             )  Matter No. 1723060

5                                 )

6    ------------------------------)

7                                  June 14, 2017

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on

13   January 8, 2018.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment G**

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3              WELCOME VIDEO WITH MICHAEL FORCE

 4              MICHAEL FORCE:  Hi, Michael Force here

 5    again.  Welcome to the Start-Up Steps.  These are the

 6    Aspire Start-Up Steps, your seven steps.  I just

 7    wanted to welcome you to them and get you off and

 8    running here.  You're going to plug in.  We're going

 9    to take you by the hand here over the next couple of

10    steps and get you off and running on your journey here

11    with your digital business.

12              Now, we're going to cover things like, you

13    know, how to build a six-figure business in the

14    digital business over the next 90 days initially to

15    get the strong foundation built and get you off and

16    running to get -- to get you to the next level so you

17    can start to rise and start to ascend and then get to

18    Peak and Apex.

19              We're also going to talk about the secret

20    sales system, how to put your marketing on autopilot

21    using our digital business system here and how it can

22    really get you off and running, whether it's your own

23    passion, interest or idea or if you just want to

24    promote Digital Altitude, we're going to show you how

25    to do all that here.
```

**Attachment G**

1           And then, also, on Step 3, we're going to

2    help you unlock your millionaire mind.  We're going to

3    help you rewire a little bit of the way you have been

4    thinking over the years that has really disabled you

5    from getting any kind of success and what are the

6    reasons why you're here.  Obviously, you want to

7    either build a business or you want to increase your

8    income to get more freedom to spend the time with

9    people you care most about.  So we're going to help

10    you do that.

11           So we're going to help you rewire your mind

12    a little bit and to go from an employee thinking to an

13    entrepreneur thinking, and that's going to help you.

14    It changed everything for me when I did it.

15           We're also going to go into an ascension

16    business model or a business model that essentially

17    can guarantee almost a 95 percent success rate.

18    That's really going to see how systems and how things

19    can be in place and give you leverage points to really

20    take it to the next level when it comes to any

21    business model, including this one.

22           Now, we're also going to show you how to use

23    the ascension business model, which most Fortune 500

24    companies use.  We're going to plug in and show you

25    how to use that and how you can use it with Digital

**Attachment G**

1       Altitude and/or any passion or interest or idea that

2       you have for your own business.  We're going to show

3       you how to do that as well in Step 5.

4               Step 6 is all about fundamentals and how to

5       fund your business, how to really kind of, you know,

6       get the money you need to really scale it and to get

7       it to the levels that you want and whatever match your

8       goals.  So work with your business coach, of course,

9       but we're also going to walk you through that.  And

10      that tutorial makes sure that you're clear on how to

11      do that.

12              And then Step 6 is I'm going to show you how

13      to scale your business from six to seven, even to

14      eight figures as I have done over the years, and I'm

15      going to help you do that.

16              So make sure you plug into that.  Steps 1,

17      2, 3, 4, 5, 6 and 7.  Let's do it together, and I'll

18      see you on the inside.  Again, welcome to the Start-Up

19      Steps.  I'll see you there.

20              Hello, Michael Force here.  Welcome to the

21      Start-Up Steps here.  This is a quick welcome message

22      from myself.  I'm the system CEO and founder here and

23      I want to welcome you to our powerful step-by-step

24      system that I think will make a huge impact in your

25      life, as I know it did mine when I first got started

**Attachment G**

1    and I went through my first step-by-step process to

2    start an online business.  So I want to welcome you to

3    this program.

4            Let's dive right in here.  Get ready to make

5    more -- get more time freedom to spend with those you

6    care most about by learning how to leverage a

7    powerful, done-for-you digital business system that

8    has trained tens of thousands online how to deposit

9    $500, $1,500, $3,500, even $5,000 in commissions

10   monthly into your bank accounts without ever having to

11   pick up the phone or build a website.

12           Now, the fact you're here tells us a few

13   things about you.  Number one, that you are ready for

14   a change in your life.  I know I was when I first got

15   started.  It's time for you to get to the top, and I

16   can tell you that we are definitely here to help you

17   along the way here.

18           You want to earn more money, you want to

19   achieve your own personal and professional goals.  I

20   completely understand, as I did.  And that is

21   something that we can help you do here with our

22   powerful step-by-step system.

23           Now, also, you certainly believe that you

24   are worth more than what the world is currently tell

25   you -- telling you that you're worth.  You're worth

**Attachment G**

1    more than $15 an hour or $20 an hour or $50,000 a

2    year, $75,000 a year.  Whatever the number is, you

3    have a far greater potential and we're going to show

4    you how to achieve it here with this powerful program

5    and step-by-step system.

6            So first and foremost, I think one of the

7    other things that you really need to understand and

8    that you may likely know is it's really time to learn

9    this stuff as the Internet's not going anywhere.  It

10   came around about 20 years ago and it's only been

11   getting bigger and bigger every single year that goes

12   by and there is millions of people that are making

13   money online every single day and that number's only

14   growing.  So it's really time to learn this stuff, get

15   some automation, get some leverage, and we're going to

16   show you exactly how to do that.

17           Now, of course, you also need a global

18   marketplace to sell products and services that you can

19   leverage if you want to take your income to the next

20   level.  If you're just focused or you own a business

21   or you're just working a job and you're in a small

22   market in your town or your suburb or your city,

23   that's just one very small aspect of what you could

24   potentially leverage globally.  I know it changed my

25   business when I first got started because I used to be

**Attachment G**

1    the same way, trading time for money, getting my hands

2    dirty to put my dollars in my pocket.

3           Now, when I got online, I started to

4    leverage automation, I started to leverage making

5    sales all over the world, and that really took my

6    income to the next level.

7           So another thing that you're also going

8    to -- that you really need to focus on and learn is

9    that you need a coach or a mentor if you want to earn

10   more and change your circumstances, someone to show

11   you the way, someone you can learn from, someone who's

12   been there before you that can help you skip the

13   school of hard knocks and trial and error, someone who

14   can lift you up, you know.  It's been proven that

15   essentially you're the sum of the five people you

16   spend the most time with, okay?

17          Now, my mom always used to say, tell me who

18   your friends are and I'll tell you who you are and she

19   was right on because millionaires surround themselves

20   with other millionaires.  If we are really the sum of

21   the people we surround ourselves with, it's so

22   important to surround ourselves with the right people.

23   Successful people are always networking with each

24   other at events, conferences, mastermind groups, and

25   always surrounding themselves with those kind of

**Attachment G**

1    people to take their businesses and their mindset to a

2    whole new level, which, of course, impacts their

3    income.

4              Another thing here that you need to

5    understand is that the Internet provides a level of

6    automation that you want to be able to leverage so you

7    can spend more time with those you care most about.

8    Imagine having a business that's running on autopilot

9    24 hours a day, 7 days a week while you're doing other

10   things.  That's the power of automation and that is

11   completely possible every single day here on the

12   Internet here.  There's 24 hours in a day.  Everybody

13   gets the same amount of time.  What are you doing with

14   that time?  Do you have a system working for you?

15   We're going to show you how to do that.

16             One of my favorite quotes is by Thomas

17   Edison who invented the lightbulb and literally

18   hundreds of other inventions.  But he basically said,

19   "Opportunity is missed by most people because it is

20   dressed in overalls and it looks like work."  I don't

21   think anything ever has been truly said.  It's

22   absolutely true that the most successful people in the

23   world are some of the most hardworking people that

24   you'll ever meet and they are the ones -- the job

25   creators, they're the ones -- the small business

**Attachment G**

1    owners, the entrepreneurs, that really create all the

2    jobs that create all of the stuff that you see out

3    there that allow people to really change their lives,

4    and they're pushing 20 percent of the population

5    forward and it's pretty powerful.

6              But I can tell you that it hasn't always

7    been like that for me.  I was once just like you when

8    I got started.  I started out a United States Marine

9    Corps.  After I spent four years and gave back to my

10   country as my mom and dad did and also my uncles and

11   grandparents -- and I wanted to give back and so I

12   did.  And I served four years in the United States

13   Marine Corps and traveled all over the world, went to

14   Southern California, North Carolina, Japan, Okinawa,

15   South Korea, China.  I went all over the place.  And I

16   could tell you I learned a lot in those four years.

17             And when I got out, I really was coming on

18   when the -- the Internet was kind of coming about and

19   we were all -- late '90s and, you know, we were all

20   getting on the Internet and finding out what it was

21   all about and how it all worked.  And I went to the

22   school of hard knocks and trial and error and climbed

23   my way to a six-figure income and then to a seven-

24   figure income in a very short span of time, believe it

25   or not, because of the Internet, because I was able to

**Attachment G**

1    leverage automation and my time, which was really key,

2    and I'll show you how to do it.

3           Now, I've been married for 20 years now.  My

4    wife and I got married very young, right when I --

5    right before I got out of the United States Marine

6    Corps.  And we waited a few years, about 12 years, 15

7    years before we started having kids, and we have two

8    beautiful girls here.  And, now, we essentially get to

9    live the life of our dreams and go everywhere and do

10   anything that we want to do.  There's a picture of us

11   in the South of France with our two girls.  I'm giving

12   them a ride here on the beach.

13          And I also get the opportunity to speak and

14   train tens of thousands of people all over the world,

15   not only with tutorials and trainings like the ones

16   you're about to go through, but also in person.  I've

17   trained tens of thousands of people in over 100

18   different countries around the world.  I speak in

19   front of crowds of 1,000, 2,000, 5,000, and more.

20          I've been a speaker, trainer, author, and

21   it's one of my passions.  I love to coach.  I love to

22   train people.  I love to give back and I love to see

23   people get results.  So I've been doing it for close

24   to over 15 years now and I tell you that I -- it

25   really doesn't fill me up anything more than really

**Attachment G**

1   that, is being able to see someone who's just getting

2   started and then able to essentially take flight and

3   go off and provide for their family and do the things

4   that they've always wanted to do and live the dreams

5   they've always wanted to live.  So I've been a coach,

6   trainer, speaker for a very long time, and it's one of

7   my passions.  I love to do it.

8         You'll find with our system and training

9   many features and options that don't really exist

10  anywhere else on the Internet as well.  And some of

11  the things that you're going to see here, among the

12  many are the simple fact that we give you all the

13  tools that you need to help you be successful now.  We

14  teach you the strategies that could help you be even

15  more successful in the future.  That is one of the key

16  things here.  And, you know, we help you implement all

17  this stuff that can help you be even more successful.

18  And that's one of our -- one of our mottos that we do

19  and that we also will provide for you.

20        We also provide private and personal one-on-

21  one business coaching for you during your start-up

22  phase and your setup phase and your overall scaling

23  and success phases.  So we're going to handhold you

24  through that entire process.  We have a series of

25  coaches all on standby to really help you get up the

**Attachment G**

1    mountain, so to speak.

2          So one of the other things that we do is we

3    provide live and recorded weekly basic, intermediate,

4    and expert training webinars that are all done for you

5    by experts in the industry, people who have actually

6    had results in the industry, people who are leading by

7    example.  Those people are going to shortcut your

8    success and allow you to skip the school of hard

9    knocks and trial and error and get to the top much

10   faster.  So live and recorded weekly basic,

11   intermediate, and expert training webinars are very

12   powerful.

13         The other thing that we have here for you is

14   website traffic and online advertising that's really

15   done for you.  Not only do we show you how to do it,

16   but we can also provide it as a service that's done

17   for you as well so you don't have to get caught up in

18   figuring out how to send people to your website.  So

19   your website, your store, for example, will make

20   sales.

21         Now, also, we provide low to high-end tiered

22   product mix development.  So we develop all the

23   products, we manage all the products and fulfillment

24   and all those things are done for you as well.  It's

25   one of our key things.  And that is a lot bigger than

**Attachment G**

1    it sounds.  Because I'll tell you that when you have

2    to develop and create your own products, when you have

3    to strategize and figure out how to produce and to do

4    all that, it's a big deal.  We've done it all for you

5    here, one of the key things, a part of our system.

6              Now, also, all the website design and the

7    sales websites that do all the selling, telling,

8    sifting and sorting of all your sales prospects and

9    customers for you is all done for you as well so you

10   don't have to worry about figuring out web design or

11   setting up a blog or social media.  It's all done for

12   you.

13             We also provide customer sales and support,

14   which is done for you as well.  So you never have to

15   pick up the phone, you don't have to handle those kind

16   of things, it's all done for you.  The sales side and

17   the support side is all done for you, which is a huge

18   thing for most people.

19             Now, the first things we need to do right

20   now is really to get you in touch with your coach.  I

21   want you to contact your top-tier coach.  This person

22   is going to be working with you through these steps,

23   answering your questions, helping you with any

24   challenges that you are having.  It's really just a

25   personal touch, a personal coach.  And in order for

**Attachment G**

1     you to get access to Step 1, you're actually going to

2     need to speak to this person first.  You can't begin

3     your additional steps until you've actually reached

4     out to your top-tier and touched based with them and

5     connected with them.

6            So I want you to look below and/or above

7     this video and you should see their name, their email

8     address, maybe even their picture or their phone

9     numbers, and their Skype IDs.  First of all, I want

10    you to email them right now.  I want you to go to your

11    inbox, open that new tab and just send a quick email

12    and tell them your name and tell them that you're

13    brand new and you're ready to get started here.  And,

14    you know, if you have Skype -- I highly suggest you

15    get it and send them a message.  Add their Skype ID to

16    your contacts.

17           Download it.  It's Skype.com, S-K-Y-P-E.com.

18    You can download it for free.  You can have Skype

19    calls all over the world.  It doesn't cost you a

20    penny.  So they can also screen share with you so they

21    can see your screen or you can see their screen so

22    they can really handhold you through the process.

23           So I want you to pick up the phone wherever

24    it is, wherever you are in the world.  Give them a

25    call.  Email them, skype them, and just connect with

**Attachment G**

1    them, okay?  It's very, very important that you do

2    this because this has a dramatic effect on your

3    success because we all need help at some point in our

4    lives, we all need a mentor and a coach to get us out

5    of our circumstance or situation and take us to the

6    next level.  Give us information that we didn't have.

7    Because you don't know what you don't know, right?

8           But if you're going to learn through

9    these steps and you're going to learn through this

10   process -- this is going to open up a whole new world

11   to you -- you also need a coach and a mentor there who

12   can hold you accountable, a running buddy, someone who

13   can hike up the mountain with you.  We're going to

14   help you with all of that.

15          So reach out, grab a phone, grab a Skype ID,

16   an email, send them a message, get in contact, get in

17   touch, and, you know, reach out to your coach.

18   Extremely, extremely important for your success here.

19          Now, it's important you have a solid base

20   and understanding in place before we can begin showing

21   you the more complex strategies that lead to $1,000,

22   $3,000, $5,000, $10,000 or more a month in income.

23   That's why we need you to reach out to your coach.

24   They've been doing this for a very long time and they

25   are here to help you get results.

**Attachment G**

```
 1              Now, it's also important, okay, that you

 2     reach out to your coach because they've really, you

 3     know, like I said, been doing this a long time and

 4     they're going to help -- are here to help you to get

 5     results.  So make sure that you do that right now,

 6     extremely important.

 7              Now, here is our guarantee, okay?  I'm going

 8     to break it down here for you.  Now, our guarantee is

 9     that if you have not made your first dollar online

10     after 30 days after completing these steps, we'll pay

11     you $500, which includes your initial application fee.

12     Note the keywords in there.  You need to complete all

13     the steps and then try this for 30 days.  Okay?

14              This is conditional on you and you must do

15     the following.  I'm going to list it out here for you.

16     Number 1, like I just said, you have to complete the

17     steps and you need to do it all in under 14 days.

18     That is why I want you to reach out to your coach

19     right now.  Don't put it off.  Let's get you started

20     right away so you can get through all steps in less

21     than 14 days and get you off and running to making

22     money very quickly.

23              You also need to put in at least 30 minutes

24     a day to complete this program.  And if you're not

25     willing to do that, to invest at least 30 minutes a
```

**Attachment G**

EX 41
1714

1  day to change your life, well, then this program or

2  system may not really be for you.

3          Number 3, you need to read and take action

4  on all of the materials that you see here, okay?  Very

5  important.

6          Number 4, you need to keep in touch with

7  your top-tier coach.  You need to keep taking action

8  based on their suggestions, okay?  Again, they've been

9  doing this a long time.  They know.  They've worked

10  with lots of people and they've helped lots of people

11  all over the world, and they're here to help you.  So

12  utilize them.  Follow their suggestions.

13          Number 5, you need to watch all the training

14  videos from start to finish and attend all training

15  webinars live.  You need to attend all the webinars as

16  part of this guarantee, okay?  Our system logs this

17  and your coach will ask you questions about what

18  you've learned as you progress.  So don't try to cheat

19  or skip or jump forward.  Learn this stuff because it

20  will change your life as it has done mine and tens of

21  thousands before you.  So keep in mind, stay focused,

22  stay motivated, and just get through the steps and

23  learn them.  You're going to learn lots of new stuff

24  here.

25          Like I said, please make sure you fully

**Attachment G**

1    understand the terms above before continuing.  So it's

2    very important that we're both in agreement on exactly

3    how this guarantee works, the terms.  We don't want

4    anyone getting started who doesn't accept these terms.

5    As long as you put in the work, though, that's the

6    guarantee.

7         This is a worker's program, and in order for

8    you to profit from it, you will need to invest the

9    time required.  But believe me, after doing this for

10   15 years or more, it's absolutely worth it.  It

11   changed my life and so many people that I know.  And I

12   have seen it time and time again that once you learn

13   this stuff, the Internet, and you learn how to make

14   money online as an online business, it will change

15   everything for you.

16        Remember, it's not the mountain we conquer,

17   but ourselves.  Of course, it's a challenge getting up

18   the mountain; of course, it's a challenge getting

19   there.  But I can tell you that, you know, it's --

20   it's really a part of self-development and growth that

21   you'll really learn more than anything from climbing

22   up that mountain.  You're going to learn all the

23   lessons of success and it's going to help you stay

24   there.

25        So I want you to put aside all distractions.

**Attachment G**

1    It's very easy to get distracted in this industry, the

2    Internet, marketing, okay?  I understand.  It's a lot

3    of information coming at you.  Up until now, that has

4    likely been your biggest enemy.  I want you to focus

5    on these steps.  Contained within these steps is

6    everything you need to know to seriously make $1,000,

7    $3,000, $5,000, $10,000 or more a month.  So it's

8    worth blocking out everything else and just focusing

9    on this, 30 to 45 minutes a day.

10          By the way, you may start getting email

11   marketing -- emails from me as well.  It shouldn't be

12   more than one or two a day at most.  Don't get too

13   distracted by those.  I'm a marketer, of course.  Why,

14   I'm going to market to you as any good marketer does.

15   But I want you to focus on these steps, so feel free

16   to save those emails.

17          If you don't see the emails at all, check

18   your spam folder.  Go to your email box and go to

19   spam.  Sometimes they end up there.  And just mark

20   them as not spam.  It's important because some of the

21   emails I send you, you do need to see, okay?  But I

22   want you to focus on these steps first and focus on

23   talking with your coach and working very closely with

24   them.

25          So your next step, okay?  Again, connect

**Attachment G**

1    with your coach right now.  Send them an email, add

2    them on Skype, and actually call them.  Pick up the

3    phone and actually call them.  I'm very serious about

4    this.  They are very friendly, they are very qualified

5    for what they're doing, and they are going to help you

6    up the mountain.  They really know what they're

7    talking about.

8              I've handpicked every single one of the top-

9    tier coaches and I know them all very well, okay?

10   They are actually living the life that they have now

11   showing you how to obtain.  So they are very qualified

12   in what they do.  They are great people and they are

13   looking forward to working with you one-on-one.  So

14   reach out to them.

15             So that's it for me right now on the welcome

16   message here.  I appreciate you.  I look forward to

17   working with you and seeing you here moving forward,

18   and I will see you on the next step.  Take care.

19             (The recording was concluded.)

20

21

22

23

24

25

**Attachment G**

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4          I, Elizabeth M. Farrell, do hereby certify

 5    that the foregoing proceedings and/or conversations

 6    were transcribed by me via CD, videotape, audiotape or

 7    digital recording, and reduced to typewriting under my

 8    supervision; that I had no role in the recording of

 9    this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12          I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  1/11/2018

22                         ELIZABETH M. FARRELL, CERT

23

24

25
```

**Attachment G**

EX 41
1719

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.      1723060

6

     TITLE          DIGITAL ALTITUDE

7

     DATE           RECORDED:  DATE UNKNOWN

8                    TRANSCRIBED:  OCTOBER 27, 2017

9    PAGES          1 THROUGH 47

10

11

12                   ASPIRE+STARTUP+STEP+1+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24                   For The Record, Inc.

25        (301) 870-8025 – www.ftrinc.net – (800) 921-5555

**Attachment H**

EX 41
1720

1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4    RECORDING:                              PAGE:

5    ASPIRE+STARTUP+STEP+1+AUDIO                4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment H**

EX 41
1721

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:            )

 4     Digital Altitude            )   Matter No. 1723060

 5                                  )

 6     -----------------------------)

 7                                  Date Unknown

 8

 9

10

11            The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment H**

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3              ASPIRE+STARTUP+STEP+1+AUDIO

 4              MICHAEL FORCE:  Hi, Michael here again.

 5     Welcome to Step 1 of the ASPIRE startup steps.  Now,

 6     in this step is probably one of my favorite topics

 7     because it changed everything for me when I first got

 8     started.  I'm going to show you how to build a six-

 9     figure digital business in 90 days from scratch, just

10     the way I did.

11              I was able to get to -- when I first got

12     started in this space, in this industry, using the

13     Ascension business model which I'm going to talk about

14     here over the next few steps, it changed everything

15     for me.  It took me from making 5, 10 grand a month to

16     making 25 and then 50, and then I got to over $100,000

17     a month.

18              Now, I know those sound like big numbers to

19     you, but I'll tell you that it was absolutely 100

20     percent true.  When I got started about ten years --

21     oh, almost 12 years ago now, in the early 2000s, and

22     it took me to a whole 'nother level.  And you have so

23     many other tools and resources and platforms and

24     leverage points that I never had to get to the next

25     level very quickly.
```

**Attachment H**

EX 41
1723

1          So I know I can do the same for you by

2     teaching you this, so I look forward to getting into

3     this with Step 1 here, so let's do it, and I'll see

4     you on the inside of Step 1.

5

6          MICHAEL FORCE:  Hello, Michael Force here

7     again.  Welcome to Step 1 of our startup steps here.

8     I want to welcome you to this step here.  In this

9     step, you're [sic] going to show you exactly how to

10    make six figures in 90 days or less with top-tier

11    direct sales business model.  We are now at the

12    beginning of your startup steps.  I want to make sure

13    that you get the maximum value out of this so you can

14    actually go and apply it and get real results and

15    start making real money and real sales.  So let's dig

16    in.

17          Today, we officially begin your journey.

18    The very first thing we're going to go over is what a

19    top-tier business actually is and why you want one

20    and, in my opinion, why you need one if you want to

21    change your life.  In my view, you have a lot of

22    choices when it comes to internet marketing, online

23    marketing, but top tier is the only one for me.  And

24    it's the one that's paid me most, more than any other

25    business model online.  And I'll explain why that is

**Attachment H**

1    here in this step.

2            Now, in this business model, it will take

3    you to six and seven-figure income in a much shorter

4    period of time than most any other online businesses

5    or systems will and/or do.  As soon as you'll soon

6    see, it's really the best choice for you too.  The

7    commissions are bigger; it's easier; you don't have --

8    you don't need as many customers; and you have much

9    bigger profits per customer.  So let's break it down.

10           Now, first and foremost, your time is

11   precious, and we have made every effort to provide you

12   with value in a condensed and easy-to-understand

13   format.  While the main training videos are usually

14   going to be around 10 to 30 minutes each, some of the

15   steps, especially in the beginning, those first few

16   steps, have some additional supporting videos and/or

17   links, PDFs, and/or information below.  So they

18   require a little extra time.

19           But I can tell you that it's worth it.

20   Those videos are here to help you to gain a deeper

21   understanding.  Set aside some time.  Make sure that

22   you are focused and not distracted.  Find a place that

23   has minimal distractions so you can really absorb this

24   information and let it sink in.  Let's dive in and get

25   started now.

**Attachment H**

```
 1              Let's set a first few rules in place,

 2     though, to make sure that you'll actually get results.

 3     Let me tell you something actually very interesting

 4     that will probably surprise you.  Since we released

 5     this program, we have actually had quite a number of

 6     people go through this training, literally tens of

 7     thousands, in fact.

 8              Now, what's interesting is that I can look

 9     up the stats and I can always see how many people

10     completed Step 1, Step 2, right up to all of our final

11     steps, okay?  Now, what we've actually discovered is

12     that most people never even finish their steps, and

13     that's just how people are.  It's the 80/20 rule.

14     Some people never even get started.  Some people

15     never even get close.  Some people even never even

16     begin.

17              If you're actually here right now listening

18     to my voice, you are far ahead of the average person.

19     A lot of people don't even get beyond Step 10.  It's

20     just human nature.  Think about the Ab Cruncher.

21     Someone sees it on at night; they want great abs; they

22     order it; and they're ready to get great abs.  It

23     shows up on their doorstep; they do a couple ab

24     crunches and go, ooh, that hurts; and they give it up

25     and throw it in the closet and -- or the garage and
```

**Attachment H**

1     never see it again.  And, of course, they never get

2     abs.

3            But if they actually took time and took the

4     ten minutes out a day to actually do those ab

5     crunches, they would have abs right now and they'd

6     have the results they were looking for.  It's no

7     different here with this system and/or program online.

8     Is it -- if you do the work, you are going to get the

9     results.  It's just that simple.  It's a simple math

10    equation.

11           Now, I'm telling you this because if you

12    want to get results in business and in life, and you

13    want to be of the top 5 percent where you're getting

14    most of the results, you've got to be willing to do

15    what most aren't willing to do.  Putting aside 30 to

16    60 minutes a day to go through one step per day, most

17    people aren't even willing to do that, which is a sad

18    shame, to change their life.

19           I can tell you that if they do that -- you

20    know, some will do it for two, three, four days; some

21    will do, you know, for a little bit.  But I want you

22    to commit to this program.  I want you to commit that

23    you're going to set aside the time each and every day,

24    going through and complete every single step, that

25    you're going to watch all the videos that we tell you

**Attachment H**

1    to.  Every single video and every single step is all
2    there for a purpose.  There's nothing accidental.
3    It's all been designed to allow you to learn this
4    business so you can actually go out and get real
5    results.
6          Go through a step a day if you can.  And
7    each step, they're going to go for different amounts
8    of time.  Some will be shorter; some will be longer.
9    Some will be very short.  But also in each step we're
10   going to have additional videos that you can watch.
11   Now, if you again want to get the most results, go the
12   extra mile and watch those extra videos.
13          I can tell you from experience and having
14   been at the seven and eight-figure level for the last
15   15 years, there are no traffic jams along the extra
16   mile.  Now, that basically is a metaphor for that most
17   people don't go the extra mile.  Most people won't go
18   the distance.  Make yourself different.  If you want
19   different results, if you want to be in the top 1
20   percent, 5 percent, or top 20 percent of the world in
21   income, you got to be willing to do what no one else
22   is willing to do.  That's what I did, and it changed
23   my life.  I know you can do the same.
24          So let's get into it.  Now, as you go
25   through these steps, you're going to learn that our

**Attachment H**

1    system and program is -- really allows you to have a

2    business running at full steam after your first few

3    weeks, and eventually on your autopilot after more

4    than 30 days, making money for you automatically, that

5    leverage point that I talked about in the last step,

6    being -- having some automation, to be able to spend

7    the time with most people you care about, okay, to

8    have a business that runs 24 hours a day, seven days a

9    week around the world, so you can stop trading time

10   for money, you can stop getting your hands dirty to

11   put dollars in your pocket, and you can actually get

12   real results that bring you income into your bank

13   account.

14          I mean, that's the goal.  The goal is total

15   time freedom.  That's really what we're in this

16   business for, right?  The idea of having a business

17   that has systems in place that do most of the work for

18   us, so we simply have to monitor it, make slight

19   adjustments.  But the system is doing the majority of

20   the work.  That's just good business.  That's just

21   what most successful people do.

22          Now, here's what you're going to learn in

23   this step.  Let me break it down here for you, okay?

24   You're going to learn how any newbie can build a six-

25   figure digital business in 90 days or less with top

**Attachment H**

1       tier.  You're also going to learn the math, the

2       spreadsheets behind what it takes to create a real

3       online top-tier income.  I'll break it down for you.

4               You'll also learn how to create a real

5       business plan based on logic and results versus hype

6       and hope, which you're probably seeing all over the

7       internet.  There's all kinds of systems and things

8       that are promising you all kinds of unrealistic stuff,

9       but I can tell you we're going to keep it real here

10      for you.  We're going to break it down and give you

11      the real deal so you are clear and you know what you

12      got to do to get the results you want.

13              We're also going to break down what are the

14      five essential elements of any online business'

15      success.  We're also going to show you why this

16      business model is easier and more lucrative than an

17      offline business like a franchise or a mom-and-pop

18      business or a brick-and-mortar business.

19              We're also going to show you how a former

20      U.S. Marine has averaged seven figures a year for the

21      last 15 years using top tier.  I know you'd like that

22      kind of consistency in your income, and it's

23      absolutely possible.  I'm living proof of it that you

24      can do it for decades to come.

25              But I can tell you first I was just like

**Attachment H**

1    you.  As I mentioned in my last video, I was a former

2    U.S. Marine, just getting out of the United States

3    Marine Corps after giving back to our country, as my

4    mom and dad did, and as my grandparents and aunts and

5    uncles.  And after I got out of the United States

6    Marine Corps, I got to travel the world, and I got to

7    see a lot of things, but then the advent of the

8    internet was coming online and people were making

9    money hand over fist in the late '90s, as we all

10   remember, before the bubble burst.

11          But now we've seen it even out and level

12   out, and we've seen that, you know, people continually

13   make money -- 20-year-olds.  You know, there's --

14   there's 12-year-olds making $100,000 a month on

15   YouTube and crazy things.  There's -- there's all

16   kinds of stuff that's going on out there.  And I can

17   tell you, when I got online, I went to the school of

18   hard knocks and trial and error after the United

19   States Marine Corps, and, you know, I went to the -- I

20   tried everything under the sun.  I spent more money

21   than I would like to admit to, but everything is --

22   has a cost.

23          Education.  You spent two, four, six, eight

24   years in college to make $50,000 a year, right?  So

25   online is going to have a cost too.  There's going to

**Attachment H**

EX 41
1731

```
 1    be a cost to educating yourself on how to start or how

 2    to learn an online business, okay?  But I was willing

 3    to pay that price, and I did.  And now it changed my

 4    life.

 5              And, now, I've been married 20 years.  We

 6    got married young, my wife and I, at 19, but we

 7    waited a few years, and then we had kids.  And we

 8    have two beautiful daughters now, and now we get to

 9    live the life of our dreams.  We travel the world.

10    This picture was taken in the South of France on the

11    beach.  I take my girls there every single summer.  We

12    spend a month in the South of France, every single

13    summer, and we do all the things that, you know,

14    families love to do and want to do -- spend time with

15    each other and travel around and -- and give new

16    experiences.

17              And I can tell you that the way I also do

18    that is part of traveling and the things that I love

19    to do is also coaching and training.  A picture of me

20    here in Las Vegas training, I think, about 5,000

21    people in that room that day, but I've trained tens of

22    thousands online over the last 15, 20 years, and I've

23    also trained them offline, one on one.

24              I've trained them in groups of 10, 20, 100,

25    up to 5,000 people in a room, 1,000 people in a room.
```

**Attachment H**

```
 1    I've done it all when it comes to training, coaching,
 2    teaching.  I've been a speaker for many, many years,
 3    and it's one of my passions.  I love to train, teach,
 4    coach, and I've done it all over the world, and I'll
 5    continue to do it for the rest of my life as it's my
 6    passion to really see people get results, to see that
 7    from -- take them from where they are and really get
 8    them to take flight and change their life.
 9            It brings me to tears, you'll see at some of
10    our events.  We also do live events as a part of our
11    program, and -- and we do local, and you'll see all
12    that kind of stuff.  And I'll probably meet you in
13    person.  And I can tell you that it's -- it's -- it's
14    very impactful to be able to hear the stories and see
15    the lives impacted and changed.  And it's one of my
16    passions, and I -- and I love to do it.  I've
17    personally consulted, trained, mentored, or worked
18    with the top 3 percent of the industry leaders and
19    company owners here over the last 15 years in this
20    industry as well.
21            And it's been a great pleasure to be able to
22    see people who were newbies three years ago and now
23    making six and seven figures, some of you in eight
24    figures now online, people that are -- still message
25    me, still send me an email years later and said, hey,
```

**Attachment H**

1    I learned something from you online or a gold nugget

2    or I was -- you were the first experience I had coming

3    online and it changed everything for me.  That is

4    huge.  And I can tell you that it's -- it's what

5    drives me.  It's what lights my fire inside to be able

6    to coach and train and teach people one-on-one.

7            And also went on many webinars, training,

8    coaches, videos like this.  I've been doing it for

9    years, and I absolutely love it.  So this industry

10   changed my life, and I know it has allowed me to

11   travel and really live the life of my dreams.  My wife

12   and I have been all over the world, from the Caribbean

13   to Africa to the Mediterranean, to Rome, to Italy, to

14   every country in Europe, nearly every state in

15   America, Canada, Mexico, the South Pacific, China,

16   Asia, I mean, just all over the world here, Greece and

17   everywhere in between, Monaco, you know, we've been

18   obviously to Italy a number, number of times, London,

19   England, all over the world, the Caribbean, all over

20   the Caribbean, every island there, Paris, of course.

21           And I can tell you that it has really

22   changed everything for us, but what's more important

23   is that it's the beginning of a new and exciting

24   journey for you.  I want you to take each one of these

25   steps very seriously.  Take the time to read them and

**Attachment H**

1   go through them in detail.  Read through them a couple

2   times if you need to.  Make sure you complete the

3   required steps each day.  Reach out to your coach and

4   let them know what you're learning, any "aha" moments,

5   something you need help better understanding.  We want

6   to know.

7        As you progress through these steps, you'll

8   discover that our system really allows you to have

9   your own business up and running and rolling here in

10  the next couple of weeks.  So let's -- let's work

11  together and -- and get you that freedom that you're

12  really looking for here.  So let's jump into it.

13       So first and foremost, I want to explain to

14  you how an offline business works.  Most of you are

15  familiar with this.  If you're not, I can tell you

16  that it's very simple.  You just need people to walk

17  by your store, what we call traffic.  Okay, foot

18  traffic, people traffic, whatever you want to call it.

19  They need to see your advertisements; they need to

20  either walk by or drive by your store, walk into your

21  McDonald's, look at the menu, they buy something, you

22  deliver it, and you make a profit.  That's just the

23  simplicity of an offline business.

24       Now, the beauty is that it's really no

25  different online, okay?  An online business is very

**Attachment H**

1    similar.  You have traffic.  People are clicking

2    around on websites and links and Googling things and

3    going on Facebook and jumping around.  Each time

4    someone clicks on something, that makes them turn into

5    traffic, okay?  And the more people you get which are

6    traffic to your store, which in this case is a

7    website, so McDonald's is a physical store; a website

8    is a virtual store.

9            So a virtual store, they click on your

10   website; they see the menu; they see what you're

11   offering; and then they -- you know, they -- they buy

12   it and you deliver it, and then you make a profit.

13   It's the same exact process.  The only difference is

14   it's virtual, and then it becomes physical.

15           And in some cases, it's not even physical

16   because in this day and age, we are living in a

17   digital information age.  Okay, there are a lot of

18   products, millions and millions of products that are

19   all in digital format now.  Think about all the books,

20   all the music, all the education, all the training,

21   all the tutorials, all the videos.  Everything that

22   you see out there, people are buying more information

23   online than they have ever bought since the history of

24   time, okay?

25           Last year, e-learning alone was a hundred-

**Attachment H**

1    billion-dollar-a-year industry.   And corporate

2    training, it was a two-hundred-billion-dollar-a-year

3    industry.   Think about all the books and the music;

4    tens of billions of dollars, okay, are out there.

5    People are buying more information online than they

6    ever have now, okay?  And all that is also turning

7    into e-learning.

8               We've all spent two, four, six, eight years

9    in college, $100,000, $50,000, or more to get a -- to

10   get a degree or a master's degree, to go out and make

11   $50 or $75,000, maybe even $100,000 a year, okay?  But

12   now all that information is coming online now.   You

13   know, Harvard and the University of Phoenix and

14   everything in between is doing online tutorials and

15   trainings now.   Everybody's being trained and coached

16   and learning online.

17              People are spending more money to buy

18   information products now than they ever have.   More

19   people buy information online than any other product,

20   more than jeans or glasses or anything.   People buy

21   digital information online more than they buy anything

22   online.   And that's an incredibly powerful trend and

23   opportunity for you that I'm going to break down here

24   in a few minutes.

25              Okay, expertise has value, okay?   Selling

**Attachment H**

EX 41
1737

1    expertise has been happening since the beginning of

2    time, okay?  Now, what we're going to break down here

3    for you real quickly is all five of the essential

4    elements of an online business success.  And they are

5    all ready for you to plug into after you've completed

6    setting up the basics here, but let's get into the

7    basics, okay?

8          What are the five elements of online

9    success?  Well, the first one is traffic, as I

10   mentioned.  The more people you get to your website,

11   the more products you sell.  The more products you

12   sell, the more profit you make.  That's the simple

13   equation, okay?  Analytics, like you see in front of

14   you here from Google, you know, show that you can get

15   traffic all over the world -- the United States, the

16   United Kingdom, India, Canada, Germany, France, and

17   beyond.

18         It breaks down all the traffic whether it

19   comes from paid traffic, organic traffic, referral

20   traffic, direct traffic, email traffic, so on and so

21   forth.  There's a lot of ways for people to get to

22   your website.  And because you're just beginning, I'm

23   not going to get into all of them, but there are some

24   basic strategies to get people to your website, and

25   we'll help you through that and -- and so you can

**Attachment H**

1   learn.

2          And the more people, like I said, you get to

3   your website, the more money you make.  Like I said,

4   there are 12-year-olds out there making $100,000 a

5   month.  There's teenagers making a million dollars a

6   month, you know, by getting so much traffic to their

7   YouTube videos, their Google or websites or Facebook,

8   whatever it is.  They are adding value, okay, and

9   people are coming, and they are getting paid.  That's

10   the simplicity of it.  That's traffic.

11          Okay, number two.  Number two is a funnel,

12   okay?  A funnel is -- you know, there's a number of

13   words for it -- filter, funnel.  There's all kinds of

14   things for it, but you've been walking through them

15   your whole life, whether you really knew it or not.

16   Now, go to Disney World, there's a reason why you're

17   corralled through all these kind of things, and you

18   end up in the gift shop, right?  They want you to

19   spend money, and they want you to pull out your wallet

20   and swipe your credit card, okay?

21          It's been happening at the grocery store

22   your entire life.  You ever wonder why the eggs and

23   the milk and meat are all in the back of the store?

24   Because they want you to walk through all the aisles,

25   where all the expensive, processed food is.  Okay?

**Attachment H**

1    That's -- it's more profitable, so that's why they

2    want you to walk through it.  That's why they put all

3    that stuff in the back.

4            Okay, there's a number of different things.

5    You ever get an offer for a free teeth cleaning, walk

6    out with a root canal?  We've seen it.  You ever go

7    buy an iPhone, and the next thing you know, you're

8    buying an iMac or a MacBook Pro or you're subscribing

9    to iTunes and buying music and movies?  That's all a

10   funnel.  That's all designed to essentially pull your

11   wallet out of your pocket and start swiping.  We've

12   all been walking through them our entire lives,

13   whether we knew it or not, okay?  They create the

14   awareness, then the interest, then the decision and

15   the action.  That is a sales funnel.

16           Online, you see it mostly as websites, okay,

17   a series of pages or websites that will take you

18   through a process.  Think about Amazon when you go

19   through, you keep going from one page to the next page

20   to the next page.  Then they're grabbing other

21   products and saying, hey, you might like this, you

22   might like this, you might like that.  And then you go

23   buy it and you add a couple of things into your cart,

24   and the next thing you know, those ads are following

25   you all around the internet, right?  That's all

**Attachment H**

1   retargeting.  Okay, it's all part of a process of

2   marketing to get you to buy more.  That's a funnel.

3   Okay, very powerful.

4          Now, the other third one is a filter.  A

5   filter is once they've come through the funnel, okay,

6   as a lead or what we call a name and email address,

7   then they turn into a prospect, okay?  Then they turn

8   into a customer, and that customer turns into sales.

9   So it's always good to have a filter as people walk

10  through.  Think about, you know, when you're walking

11  through the mall, for example.  A great -- a great

12  example to filter that is how many stores are in the

13  mall?  There's lots of people walking through the

14  mall, but not everybody walks into every single store,

15  right?

16         So as soon as someone walks into your store,

17  they become a lead.  As soon as they pick up a shirt

18  and someone asks, may I help you, they become a

19  prospect.  As soon as they get the help and go try it

20  on and they like it, they become a customer.  And then

21  once they become a customer, they give you their

22  money, and now you make sales.  Okay?  It's no

23  different.  There is a filter.  There's a process,

24  okay?

25         A great example of the mall is another sales

**Attachment H**

1     funnel.  There's a reason why it all smells so good

2     and looks so nice in the -- in the -- in the -- you

3     know, the front of the store.  And, you know, a lot of

4     -- some stores even, you know, gambling institutions

5     in Vegas, they pump oxygen into the thing and do all

6     kinds of other stuff to get you to -- excited and --

7     and get you pumped up so you feel good and you're

8     willing to spend more money.  That's all part of the

9     funnel and filter for Fortune 500 companies on down to

10    essentially generate sales.

11          So what's number four?  Number four is

12    followup.  If you've never heard of the term fortune

13    is in the followup, that's what CRMs are for.  CRMs

14    are a customer relationship management tool.  Okay,

15    Salesforce.com, multi-billion-billion-dollar company

16    because all the Fortune 500 companies need to track

17    their customers, their clients, their database.

18          They need to make sure that they're

19    following up and generating sales through that

20    process.  So the fortune is in the followup.  You

21    can use email, you can use phone, you can use text.

22    There's a number of ways to follow up, retargeting,

23    advertising, all kinds of other ways to follow up,

24    but that is one of the key elements to online success,

25    is followup, okay?  Very, very powerful and very,

**Attachment H**

1    very key.

2             Now what's number five here?  Well, that's

3    tiered products, okay?  Having a tiered product mix or

4    an ascension product mix -- there's a number of

5    different names for it, but ultimately every Fortune

6    500 company on down uses it, and you're probably

7    pretty used to it, okay?  We've all been upgraded;

8    we've all been taken to the next level when it comes

9    to products, and rightly so.

10             I mean, I'm happy to be upgraded at any time

11   because I know that I'm just going to get more and

12   more quality, the higher I go.  I'm going to get

13   better and better and better, right?  So when I get

14   an iPhone, you know, they get me in with the iPhone

15   for a couple hundred bucks; the next thing you know, I

16   want an iPad; the next thing you know, I want a

17   MacBook Pro; the next thing you know, I want a 27-inch

18   iMac.  Why don't I want all those things?  Of course I

19   do.

20             I love all those things.  In fact, I'm an

21   Apple guy, have been since the late '90s, long before

22   the huge rush that we saw here, but I'm naturally an

23   early adopter.  I love technology.

24             I love things that are just coming out; so I

25   was an Apple guy long before, but I'll tell you that

**Attachment H**

1    it makes perfect sense why they have a tiered product

2    mix, why they have -- they get you in with the iPhone,

3    next thing you know, you're signing up for iTunes;

4    you're signing up to buy music and movies and, you

5    know, you're -- you're getting your iPad and your kids

6    are downloading games, and you've got apps and mobile

7    apps, and, you know, you've got all the other tools

8    and resources and software and all that stuff.  It's

9    all integrated, it's all monetized for them, one of

10   the reasons why they're one of the wealthiest

11   companies in the world.

12           Literally tens of billions, $100-billion-a-

13   year company.  It's just crazy numbers, but that's

14   because of a tiered product mix.  So -- meaning that,

15   you know, there's upgrades and there's upsells.  You

16   want that.  That's a good thing, okay?  That means

17   it's more profitable.  Imagine if they only sold the

18   iPhone, they wouldn't be a $100-billion-a-year

19   company, but because they sell the iPad, the iMac, the

20   MacBook Pro, and all the software and everything in

21   between at every different price point you can

22   imagine, that's the reason they're a $100-billion-a-

23   year company.

24           That's exactly what you want in your

25   business.  You don't want to just sell an iPhone when

**Attachment H**

```
1     you can sell all this other stuff too, right?  That's

2     the key to good profitability.  That's the key to

3     really making money.  And a lot of online businesses

4     don't do that correctly.  They just want to sell jeans

5     or they just want to sell sunglasses, and they think

6     they're going to make millions, but they actually need

7     a tiered product mix for every potential customer's

8     price point because there are customers that can't

9     afford a 27-inch iMac, but there are a percentage of

10    customers that can, so wouldn't you offer it?

11           Same with the MacBook Pro, a $1,500 product.

12    Some people can't afford it, but some people can, so

13    why not offer it?  Same with the iPad.  Okay, some

14    people can't afford it, but some people can, so why

15    not offer it?  That's the key.

16           So, now, I just want to make sure that we're

17    all on the same page here.  Let's start by defining

18    what exactly top tier is.  What is top-tier direct

19    sales?  And it's a term that gets thrown around a lot.

20    Often it's by people who don't really know what it is.

21    Now, we're going to talk about exactly what it is, why

22    it's a must in today's economy, and what are the pros

23    and cons of different systems available out there.

24           Let's break it down.  Top tier is basically

25    a fancy term or word for a system that sells high-
```

**Attachment H**

```
1    ticket products or services rather than depending upon

2    just low-ticket products with a high volume to make

3    decent money or decent sales.

4              With top tier, it's possible to make more in

5    a day than you would in an entire year in residuals

6    and other similar businesses selling low-ticket items,

7    whether it be on Amazon or whether you're a network

8    marketing company selling lotions, potions, pills, or

9    juices, or, you know, whether you're selling

10   sunglasses or jeans or whatever it is online.  If

11   you're selling -- if your price point is below $100,

12   you're shooting yourself in the foot.  Okay, they are

13   -- you need a tiered product mix, and that's what top

14   tier is, and we're going to break it down here for

15   you.

16             Now, think for a minute of how much money

17   you would need before you could quit your job.  Now,

18   this is a really important number to know because

19   that's the goal.  Chances are if you're working in a

20   job right now, maybe you like your job, maybe you

21   don't, but chances are you would rather be working

22   from home, working on your own schedule and having a

23   business that does most of the work for you.

24             Now, how do you make that a reality?  Well,

25   first of all, what's your target?  How much do you
```

**Attachment H**

1  need to be making per month, per day, to be able to go

2  to your boss and say, hey, no thank you, I'm going

3  home, okay, because I don't want to work here anymore.

4  Let's say for example that was $5,000 a month, then

5  what would you want to do?

6        Is -- so let's break it down.  Take out a

7  calculator -- do this right now.  Work out how much

8  you need to be making per month and what that number

9  works out to be per day.  5K a month works out to be

10  just under $167 per day.  Let's pretend that's your

11  goal for the sake of this instructional purpose.

12        Now, here's an example of a traditional non-

13  top-tier or low-ticket offer.  Okay, let's say that

14  you had a -- a traditional non-top-tier marketing

15  system or program, some online business that, you

16  know, would only make $4 a sale, okay?  For you to

17  make $5,000 a month -- and let's just say the $4 is

18  profit, okay?  So that's the money that you take home.

19  Now, to make $5,000 a month, you're going to have to

20  make 1,250 sales of that $4 product.  If you had, say,

21  another product that was, say, $7, okay, you'd have to

22  make 714.  If you had a product that was $47, you'd

23  have to make 106 sales, okay?

24        You can do the math there, and you can pause

25  this video and take notes if you like, but I can tell

**Attachment H**

1    you that you have to make a lot of sales to make

2    $5,000 a month with a low-ticket offer.  Now, on the

3    other hand, with a top-tier system, okay, if you want

4    to make $5,000 a month, and say you had a product that

5    sells for $1,000, okay, you'd only need to make five

6    sales to make your goal, okay?

7            If you had a product that, say, paid you

8    $3,000 in profit, you'd only need to make two, and

9    you'd have an extra $1,000 in profit.  If you had a

10   product, say, that sold for $5,000, you'd only have to

11   make one sale a month to reach your goal.  If you had

12   a product that paid you $9,000, then you would only

13   again need one sale, but you'd take home an extra

14   $4,000 in profit.  That is power with a top-tier

15   system like we have here.

16           Now, a lot of people, when they hear about a

17   top-tier business, they think, well, isn't it harder

18   to sell a $9,000 product than it is to sell a $1,000

19   product?  Well, that's not necessarily the case, not

20   at all.  In this training, you're going to learn how

21   to do it on a consistent basis and in a very leveraged

22   way.  You're going to get the option to have someone

23   else do the phone sales for you; as I said in my last

24   video, phone sales and support is done for you.  If

25   you want to pick up the phone and make sales, you

**Attachment H**

1      don't have to.  You can actually leverage our team,

2      our phone sales team.

3              The top-tier business model is not one that

4      a lot of people know about, but it's behind some of

5      the most successful businesses online, as I already

6      proved with Apple and on down.  Also offline.  For

7      example, let's think about it in this way.  Let's say

8      that you were the owner of a company and you were

9      selling hamburgers like McDonald's, but pretend that

10     your burgers tasted much better.  There's your burger,

11     and there's McDonald's cheeseburger.  Now you want to

12     make as much money as possible as fast as possible

13     with your hamburger shop, right?

14             Well, what else are you going to do?  Which

15     way do you think you can get there faster?  Okay, you

16     can sell a million burgers at your burger shop.  Let's

17     pretend that you sold them for a dollar, so they were

18     cheap burgers.  Let's just say that you sold 1 million

19     burgers at $1 each.  There's your million dollars.

20             The other option is let's say you did create

21     a franchise around your burger business, like

22     McDonald's did.  You actually went out and sold a

23     franchise to someone who wanted to be in business for

24     themselves, and they paid you $1 million for that

25     because you had the entire hamburger system set up.

**Attachment H**

1   You had all the marketing in place, the system.  They

2   could just plug into the system and start using the

3   system to get results immediately.  Now, that's worth

4   a lot of money.

5           Let's say they paid you a million dollars

6   for that, what do you think is going to be easier?

7   Selling a million hamburgers from scratch or creating

8   a system?  Really, it's almost like a business in a

9   box, a franchise that someone can actually purchase,

10   and it's all set up for them.  What do you think is

11   going to make you a million dollars faster, selling a

12   million burgers or selling one franchise?

13           Now, what we're looking at here, this image

14   below shows all the McDonald's in the United States

15   alone, not including the rest around the world, most

16   of them being owned by a franchisee.  Now, why do you

17   think that someone's going to spend that type of

18   money, hundreds of thousands of dollars, or let's

19   pretend a million dollars, just to open their own

20   hamburger business?  Like I said before, it's because

21   of systems.  It's because of leverage.

22           With a franchise, you get a guaranteed

23   system that is proven to work.  It's proven to work

24   because other people have actually made it work.  You

25   just have to plug into the system and you're much more

**Attachment H**

```
 1    likely to get results than a normal business that

 2    doesn't have a preexisting system in place.

 3         So let's talk about leverage for a second.

 4    With a McDonald's, if you buy a McDonald's franchise,

 5    you are getting to leverage their billion-dollar

 6    brand.  You get to leverage off of their advertising

 7    campaigns.  For example, when you see the McDonald's

 8    commercial on television, and if you're in the

 9    business of selling McDonald's, then that's going to

10    help you.

11         You get their proven products.  You have

12    their funnels in place.  Yes, even McDonald's has

13    sales funnels.  That's why McDonald's can sell so many

14    of their franchises because it's basically a business

15    wealth in a box, as long as you can afford to actually

16    buy in.

17         If you go it alone and you're just selling

18    hamburgers at a few dollars a pop and you don't have

19    any system and process in place, it's going to be very

20    hard to scale up your business, right?

21         I'll ask you again, what do you think is

22    going to be easier to sell, a million burgers or just

23    one franchise?  It'll take you a lot longer and it

24    would be a lot harder to sell a million burgers.  On

25    the other hand, there's a lot of people looking to
```

**Attachment H**

1    start their own restaurant, their own business.  They

2    want a proven system.  They don't want to go and try

3    and build this from scratch, spend all this money

4    trying to figure it out for themselves and have there

5    be a good chance that they're going to fail.  They'd

6    much rather plug -- plug into a system.

7            The odds are very good that if you have a

8    proven system like McDonald's in place you're going to

9    be able to easily sell a new franchise with minimal

10   effort, especially when you're trained on how to

11   attract these people to your business and your

12   company.

13           Buy the business.  The odds are very good

14   that if you have a proven system like McDonald's in

15   place that it's going to be quite easy, relatively

16   easy to sell a new franchise -- to sell a few

17   franchises at a lot less effort, especially if you get

18   the training on how to do that by the head of the

19   company.  Okay?  If they show you how to do it, and

20   they show how they've been doing it for years, chances

21   are you'll be able to do the same thing.

22           We've seen that, of course, in our

23   businesses.  We've sold many thousands of courses

24   online, and they cost just under $10.  We have, for

25   example, and e-book that sells for $9.95.  We've sold

**Attachment H**

 1   many of them.  If you add that up, that revenue we

 2   make from selling that $9.95 book, it's a very, very

 3   small percentage of our overall profits, but, for

 4   example, this training program is really good and it's

 5   well worth over $49.  If we wanted to, we could easily

 6   increase the price, but we'd still be dealing with

 7   only nickels and dimes.

 8            The reason why we're successful as a company

 9   is because of top-tier, high-ticket offers.  With us,

10   you have something much more powerful using this sort

11   of business model than we've created, especially if

12   you don't have the option to go and buy a franchise,

13   something like a McDonald's for a million dollars.

14   Okay?  That is much easier to get plugged into.

15            You see, even McDonald's has its drawbacks.

16   It's a great business model, but being a physical

17   business, they've got a lot of overhead to consider.

18   They've got rent, employees, space, inventory,

19   insurance, payroll.  You've got to get involved, okay?

20   All of this.  You've got to pay a manager a salary.

21   You've got employees.  You've got all these headaches

22   to deal with, and you've got to pay a million dollars

23   just to start it up.

24            What sets us apart here with our system is

25   that we are primarily a digital company.  We focus on

**Attachment H**

```
 1    digital-based products in the information age or the
 2    digital age.  Our profit margins are extremely high.
 3    Why is that?  Well, we don't have the high custom
 4    fulfillment, okay?  We don't have to maintain a huge
 5    warehouse full of inventory with lots of people on
 6    staff.  There isn't a need for shipping or the
 7    expensive costs of having something physically,
 8    actually produced in a factory and sent out to the
 9    people.
10           We don't have to worry about insurance and
11    liabilities.  That's the power of an online business
12    model.  It's really the ultimate profit model, okay?
13    What this also allows us to do is pass on much higher
14    profit margins to our partners, to our affiliates,
15    people like you, so they can earn a very large
16    commission.
17           Here's an extremely important point.  The
18    economics of business today require that you have a
19    top-tier, high-ticket product or service.  In other
20    words, it requires that you have what we call a back
21    end.  Otherwise, it's very hard to be profitable.  If
22    you remember the Apple example I gave you, they have a
23    front end, which is their iPhone, but they have all
24    these other back ends, their iPads, their MacBook
25    Pros, their 27-inch iMacs, and all of their software
```

**Attachment H**

1     and all their accessories, right?

2            One thing that I have seen since I've been

3     in this industry is that about -- as -- it's really

4     the cost of advertising, it's only going in one

5     direction, and I only have seen it go up.  That puts a

6     lot of people in a dangerous position, no matter what

7     they're promoting, whether it be jeans or, you know,

8     sunglasses, anything on Amazon, or digital products or

9     information-based products.  Okay?

10           The cost of getting a customer is going up.

11    You have to spend advertising to get that customer.

12    Their business has a lifetime customer value that is

13    staying the same, okay?  So lifetime customer value is

14    what a customer will spend over the lifetime with that

15    particular company, okay?  I'm not -- now, what we've

16    seen is that the lifetime customer value isn't going

17    up, but the advertising costs are.  So what does that

18    mean?  Well, the profit margins aren't really

19    increasing at the same time either.  In other words,

20    their margins are getting squeezed, okay, by a rising

21    advertising cost, but their lifetime customer value is

22    staying the same.

23           So what do they do?  Well, while we're on

24    this topic, there's a lot of hype online about

25    getting free traffic -- the idea of being able to

**Attachment H**

1    advertise your business for free.  Here's the truth:

2    Don't buy into it.  I've seen it for 15 years.

3    Everything has a cost.  If we're talking about video

4    marketing or SEO -- search engine optimization --

5    different ways of getting traffic that are so-called

6    free methods, they're not really free because they

7    take up your time, and your time is worth money.

8           The other important point is free traffic is

9    not leveraged; paid traffic is.  It's a must for real

10   business growth.  Think about it, what company do you

11   know has grown into a huge profitable business without

12   spending a single dime on advertising?  There aren't

13   too many out there.

14          The other thing is for those who have relied

15   on SEO or Google to get their websites ranked and get

16   traffic from Google, a lot of these people lost their

17   entire incomes when Google decided to derank their

18   websites for no apparent reason because they had a

19   recent update in their algorithm.  Google still does

20   this, and they do it very often.

21          Even if you do maintain a top ranking in

22   Google, okay, that's still not something you can

23   really leverage, okay?  With paid traffic, once you

24   get a system that converts like ours, and you get

25   traffic and get to a profit, you can scale up an

**Attachment H**

1     extremely profitable business with very little effort

2     on your part.

3            Here's the issue with low-ticket offers.

4     While rising advertising costs and if you have a low-

5     ticket offer like I described, there's just no room

6     for any profit.  If you're selling jeans or sunglasses

7     or something like that, if you have Amazon, who's, you

8     know, fighting -- or your competitor, you are going to

9     absolutely get crushed.  Okay?

10           If you're making $1,000, you know, or

11    $3,000, $5,000, $9,000 in commissions or more, you've

12    got plenty of profit left over to spend on advertising

13    without worrying if your ad rates increase by a few

14    dollars.  But if it's just jeans and it's just, you

15    know, sunglasses, you have very thin, small margins.

16    And you're not making a big profit off of those.  So

17    advertising is rising, but you can't really raise your

18    costs because you're battling the other guy who's

19    selling jeans or the other guy who's selling

20    sunglasses, right?

21           If your business can afford to spend the

22    most to acquire a customer, well, then, you win.

23    Okay?  It is simple as that.  It's not about how can I

24    get the cheapest traffic.  The question is how can I

25    afford to spend the most on targeting the best

**Attachment H**

EX 41
1757

```
 1    traffic.  I hope you get that because that's

 2    definitely a writer-downer, okay?  It's not about

 3    getting cheaper traffic; it's about getting -- it's

 4    about being more profitable on the traffic that you're

 5    already getting.

 6            So, again, the tiered product mix, having

 7    multiple products where you make multiple levels of

 8    profit, okay, because advertising is still going to

 9    rise, but you have back-end products that are very

10    profitable.  That's how you stay in the game.  That's

11    how businesses win.

12            That's exactly how wealthy and successful

13    direct response marketers and business owners think.

14    By the way, that's what you are now.  You are a direct

15    response marketer or business owner.  If you're in

16    business online, that's what you do.

17            If you're selling a product for, say, $10 --

18    okay, notice the $10 in black -- and you spend $15 to

19    get that customer, then you've got a sale.  So you

20    spent $15 in advertising, in the red, and you sell

21    your product for $10, okay, then guess what, you're $5

22    in the negative, okay?  The only way that works is if

23    you have a proven funnel and system in place that

24    provides you profits on the back end, as you can see

25    on the bottom left, that allows you to take a loss on
```

**Attachment H**

1      the front end.

2            Now, 98 percent of businesses don't get

3      this.  It's actually not that easy to put in place.

4      But, again, what you want to focus on is your

5      advertising spend at $15, you're selling something for

6      10, you're negative 5, but if you have back-end

7      products, like on the bottom left, you can be

8      profitable.  The front end is what you see in the top

9      right where you're not.  So those jeans and sunglasses

10     you're negative 5, right?  But on the back end, if you

11     have other products and services, that's where you

12     become more profitable.

13           Now, if you're making $5,000 and you spend

14     up to $1,000 to acquire a $5,000 customer, okay,

15     you're still $4,000 in profit.  Now, again, I don't

16     know about you, but what -- I'd really be happy to

17     spend $1,000 to make $4,000 every day, every hour and

18     every day of the week, right?  Wouldn't you?  I mean,

19     even if I had to, I'd spend $750 to make a $1,000

20     sale.  I'd still be making $250 in profit.

21           I'd even spend $4,000 to make a $5,000

22     sale, as long as I knew that every time I spent that 4

23     grand I was getting 5 grand back.  I would happily do

24     that.  Okay, so, and again, the -- in the example here

25     on the top right, you spend $15 in advertising on

**Attachment H**

1    sunglasses or jeans, you -- you're negative $5, but

2    because you have back-end profits on the bottom

3    left, you can spend $1,000 in advertising now and

4    you would sell a $5,000 or $1,000 or $2-, $3-,

5    $4,000 product, and you would have profits in the

6    green there at the $4,000 level.  Okay?  So that's

7    the power of back-end profits.  That's what you call

8    printing money.

9           Now, with low-ticket offers, it's really

10   just not possible.  It's not the fastest way to

11   getting into wealth, okay?  You need a top-tier

12   business model to do that.  I hope you're seeing the

13   difference here, no matter what you're considering

14   selling, whether it be lotions, potions, pills in a

15   network marketing company or if you're on Amazon and

16   you're selling sunglasses and -- and, you know, jeans.

17   Okay, they have no back-end product, so you're not

18   going to be profitable online.  That's the key.

19          I hope you're seeing the power of top-tier

20   and what sets the professionals apart from the rest of

21   the people out there struggling to make any money at

22   all.  This is one major difference.  The beauty of it

23   is it doesn't require any extra work or effort on your

24   part if you have someone else handling the back end.

25   That's why we recommend that you get started right

**Attachment H**

1    away with our high-ticket, top-tier offer.

2            Now, don't work your way up to it.  Start

3    from the very beginning, having your own top-tier

4    offer in place so you'll be able to get much more

5    money from each customer than you bring into your

6    business.  A lot of people realize that they need top-

7    tier, but they don't -- didn't realize -- have the

8    first clue on how to get it or create or find one.

9            That's why these steps, this training that

10   you're going through, is going to be so useful and so

11   powerful for you because we actually provide all of

12   that for you.  We provide the top-tier business model

13   for you.  You then leverage our skills and our

14   efforts.  We've already done all the hard work part.

15   Since we've been doing this successfully for literally

16   years now, that's why we recommend you plug into our

17   system.

18           We know what works.  We had -- had lots of

19   people use this system and get results, literally

20   thousands if not tens of thousands.  Rather than you

21   trying to create one on your own, you can just use our

22   system if you want.  We pay out using the system well

23   over tens of millions of dollars in documented

24   commissions to partners all around the world.

25           These aren't just internet marketing guru

**Attachment H**

EX 41
1761

1    partners.  These are people who just got started,

2    newbies.  They've never made a dime online before,

3    and they're actually making good money now for the

4    first time in their lives with this powerful business

5    model.

6           We know what we're doing, and that's why we

7    can almost guarantee that if you follow this entire

8    step-by-step system and you actually complete it and

9    implement it, you will be successful.

10          To sum it up, a top-tier business allows you

11   to make maximum profits from day one selling top-tier,

12   high-ticket programs.  Going digital allows you higher

13   profit margins.  When you don't have to produce

14   physical products, you can really save on your costs,

15   and that's how we pay out such high margins for our

16   commissions.

17          Having a top-tier product or products in

18   your sales funnel is a must if you want to generate

19   high dollars per customer, especially with the rising

20   cost of advertising.  It's more and more important.

21          You simply can't run business doing six

22   figures selling low-end products at, say, $10 each

23   because of the cost of advertising.  It's just harder

24   and harder every single day to be profitable when

25   you're battling your competition and your advertising

**Attachment H**

1    costs are going up, when you have such a low customer

2    value.  Okay?  When they're spending very -- only $10

3    with you.

4         Now, we've made it to the end of step one.

5    Hopefully that gives you an overview of what top tier

6    is.  We're actually going to delve into this in a lot

7    more detail in the next few steps, but I want to tell

8    you about your first assignment.  Let me explain how

9    this part works.  At the end of every step in this

10    program, I'm going to give you an assignment.  I'm

11    going to give you some things that I want you to go

12    and do.

13         Now, have you ever been reading a book and

14    in that book they tell you they want -- what your

15    homework is or that you should do something, and they

16    tell you where to go and how to do this activity?  You

17    read it, and you think, well, I don't really need to

18    do it, I get it.  I understand.  You know, I don't

19    need to do the assignment, then just go out on the

20    next section?

21         Well, I think that we all do that to some

22    extent, but what I'm going to suggest to you is that

23    you do it this time.  Every assignment that I give you

24    has a purpose.  This is to increase your level of

25    understanding so you can earn more.  The only reason

**Attachment H**

EX 41
1763

1    that you're not going to get results with this program

2    is because you don't understand what we're teaching

3    you and you don't actually take the action steps that

4    we tell you to.

5         You don't go and do the assignments.  You

6    don't put in the work.  The assignments won't be that

7    difficult.  They won't be that hard.  Okay?  They just

8    require you to actually do them.  Please don't skip

9    ahead.  Look, you probably bought other programs or

10   online courses and training before that you haven't

11   gotten results with.  I want this program to be a

12   turning point for you.  I want this program to be the

13   one that changes everything for you.  This is finally

14   the time when you start getting results online.  For

15   that to happen, I need you to do the assignments.

16        Now, the first assignment is -- I said would

17   be easy, and it is.  I just want you to write down two

18   realizations or breakthroughs you got from this first

19   lesson.  Scroll down below, and I want you to write

20   down two realizations or breakthroughs that you got.

21   Actually go and write them down right now.  You can

22   come back to those later on.

23        Now, what I want you to do here is, you

24   know, watch the video below, the Basics of Traffic.

25   This will give you some basics and understanding about

**Attachment H**

1    how to get people to your websites.  Go do those

2    simple assignments, and I look forward to seeing you

3    on the next steps.  I hope this brought you value, and

4    I hope you really understood it.  If not, you can

5    watch it again.  You're welcome to pause the video to

6    take more detailed notes.

7            I will see you on the next step.  Take care.

8            (The recording was concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment H**

EX 41
1765

```
1                   CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12         I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                        SARA J. VANCE, CERT

23

24

25
```

**Attachment H**

EX 41
1766

1              OFFICIAL TRANSCRIPT PROCEEDING

2

                 FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.      1723060

6

     TITLE          DIGITAL ALTITUDE

7

     DATE           RECORDED:  DATE UNKNOWN

8                   TRANSCRIBED:  OCTOBER 30, 2017

9    PAGES          1 THROUGH 22

10

11

12              ASPIRE+STARTUP+STEP+2+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25    (301) 870-8025 – www.ftrinc.net – (800) 921-5555

**Attachment I**

EX 41
1767

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                              PAGE:

 5     ASPIRE+STARTUP+STEP+2+AUDIO               4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                   FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:             )

 4    Digital Altitude             )   Matter No. 1723060

 5                                  )

 6    ----------------------------)

 7                                     Date Unknown

 8

 9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment I**

```
 1                    P R O C E E D I N G S

 2                   -    -    -    -    -

 3              ASPIRE+STARTUP+STEP+2+AUDIO

 4              MICHAEL FORCE:  Hi, Michael Force here

 5   again.  Welcome to Step 2 of the ASPIRE Startup Steps.

 6              Now, in this step, we are going to talk

 7   about the secret sales system and how to put your

 8   marketing on autopilot to make sure that you are using

 9   the systems in place, whether it be for your own

10   interest, passion or idea, or if you just want to

11   promote Digital Altitude.

12              I'm going to show you how to do that and how

13   to put a lot of systems in place so they are running

14   24 hours a day, 7 days a week while you're doing other

15   things, spending time with those you care most about.

16   So I'm going to help you plug in and show you all the

17   systems that are available to you that you can

18   leverage to make sure that your business is running 24

19   hours a day, 7 days a week in over 120-something

20   countries around the world.

21              So let's jump into Step 2 and I'll see you

22   on the inside.

23              Hello, Michael Force here again and welcome

24   to Startup Step 2.  Okay, we're going to break it down

25   here for you and really try to discover the number one
```

**Attachment I**

1    missing ingredient 99 percent miss with an online

2    business success, okay?  Without it, it's very hard to

3    succeed online.  But once you implement it, it will

4    make you a lot of money.

5         I started implementing this one missing

6    ingredient around -- oh, I don't know -- 15 years ago

7    and it literally tripled my revenue per month,

8    virtually overnight.  It's insane as it sounds.  That

9    actually is what happened.  Make sure you watch this

10    entire step and stay focused.  I'll see you on the

11    other side here.  Let's jump into Step 2 and get into

12    it here.

13         Now, often, you'll hear people talk about

14    the formula, which you may have seen before.  Traffic

15    plus conversion equals sales.  This is something I say

16    often, in fact.  Traffic plus conversion equals sales.

17    But as you recall in my previous steps, when I show

18    you how an offline business works, you need traffic,

19    then you need a store, and then you need delivery and

20    profit.  So that's really what you get.  Traffic, the

21    conversion happens at the store, at McDonald's and on

22    the menu, and then you make sales.  Okay?

23         It's no different online.  The same thing

24    here happens online.  So traffic goes to a website,

25    which is your store, delivery, okay, whether it be

**Attachment I**

1    digital or in -- you know, in actual real -- real-

2    world delivery, and then you make a profit.  That's

3    the -- that's the simplicity of it.  Okay?

4            Now, I just wanted to reiterate that because

5    we're going to talk about what the missing ingredient

6    is.  It's a recipe for disaster for most people.  You

7    have a business that will very likely lose money if

8    you don't have this ingredient.  Most people find this

9    formula and the first thing they do is think about a

10   hot market.  Okay, they think about what can I market,

11   what can I actually get into.  Then they go and find a

12   product and then they -- they can sell in that market,

13   and they start driving traffic to that offeror that

14   sells that product in order to get sales.  The problem

15   is they got it completely backwards.

16           Let me break it down here for you.  Okay?

17   Economics is the fourth ingredient.  So what do I mean

18   by that?  Well, what must be considered first can be

19   found by examining what can be called the tactical

20   triangle.  I've got to give credit to Perry Marshall

21   and Jack Born for creating this.  Basically, it says

22   that in order to sell something, you have to get

23   traffic, which is just eyeballs, in front of your

24   offer or store, your website.  Okay?  Traffic is the

25   people.  You have to get to be able to convert that

**Attachment I**

1    traffic.  Again, that's when the customer -- the

2    potential customer -- reaches into their wallet, pull

3    out their credit card and spend money with you.

4           The letter E stands for economics.  That is

5    the fourth ingredient.  Economics means that you have

6    to make a profit on what you sell.  You have to be

7    making profitable sales.  That's taking into account

8    the cost involved in generating these leads and/or in

9    advertising, which is the reason why you are really in

10   business, right, to make a profit.  Once you are

11   making a profit, then you get to go and reinvest that

12   profit back into getting more traffic, converting more

13   sales.  Okay?  That is how good online businesses

14   scale.  They're able to be profitable in sales at the

15   beginning level, and they take those profits, reinvest

16   them back into more traffic, and it feeds itself.

17          People often ask me what was the course of

18   me scaling so quickly when I first got started.  Well,

19   in the early 2000s, I went from $7,000 a month up to

20   $97,000 in my first third month.  A lot of people

21   asked me this, how did I do it?  Well, I went

22   backwards.  The first month I made my first $7,000.  I

23   didn't go out and buy a Ferrari or put a down payment

24   on a house.  I took every penny of that and I

25   reinvested it back into advertising and traffic.  And

**Attachment I**

1       that first month, it brought me back about $20,000.

2       Okay?

3               And then I took that $20,000, every penny,

4       and I reinvested that back into advertising, and that

5       got me to $50,000.  Okay?  Then I took about $10,000

6       or more, so I was spending about 25,000, close to

7       $30,000 in advertising, and that's how I made $97,000

8       that third month.

9               From there, it only went up.  I started

10      spending $30-, $40-, $50,000 a month, having $150-,

11      $200,000, $250,000 -- my best month, $300,000 in a

12      single month, okay, by spending about 20 percent of my

13      overall revenue and -- back into advertising.  And

14      that is how I scaled my business when I first got

15      started.  And that is the power of economics, okay?

16              The two most important things about

17      economics, one, the core essence of marketing is how

18      much you are willing to pay to acquire a client.

19      That's the first question you must ask yourself before

20      you ever go and spend a single dime on advertising.

21      How much is a customer worth to me?  How much can I

22      afford to spend to actually get a customer?

23              The second thing is, it's all math and

24      psychology, okay, making sales and being profitable.

25      In marketing, we really focus on the psychology side,

**Attachment I**

1    but the math is just as critical.  Math can save poor

2    tech -- or psychology.  Poor math, on the other hand,

3    will sink the best copy or offer or your menu or on

4    your store every single time.

5         This business, as you are soon to see, it

6    requires a bit of backwards thinking or reverse math,

7    as I call it, reversing the process and keeping the

8    main goal of making a profit in the forefront of your

9    mind.  If the economics don't work, then we have to

10   start all over again.  What we must do is what Stephen

11   Covey did and says.  We must begin with the end in

12   mind.

13        From the customer's perspective, they see

14   things going clockwise, so traffic, conversions,

15   economics, because they are the traffic.  The customer

16   starts off as the traffic.  We stand on the back side

17   of the triangle and we see things from a different

18   perspective.  We don't look at the traffic first.  We

19   start with economics, which once again, that's the

20   reason why we're in business in the first place.

21        This is where most fail online.  The

22   economics just don't work out for them to actually go

23   and make a profit.  They don't understand their

24   advertising costs; they don't understand their

25   expenses; they don't understand that they're not

**Attachment I**

1       making enough margins on their jeans or their

2       sunglasses, which as crazy as it sounds, is 97 percent

3       of businesses and why they fail.

4               You've got to start with the economics or

5       the business model first.  You've got to know your

6       margins, your profits, your advertising, your

7       expenses, like a business plan.  Once you've got that

8       in place, then you can focus on getting targeted

9       traffic.  And by the way, we're going to help you with

10      that.  That will result in sales and profit, as long

11      as you are doing it right.

12              Now, you may have noticed that we also have

13      an 80/20 in the middle of it.  I'm sure you've heard

14      of the 80/20 rule before.  Okay, that's Pareto's

15      principle.  We're talking about getting 80 percent of

16      the results from 20 percent of the effort.  It's all

17      about leverage.  It's one of the most important

18      elements in business to understand and get.  80/20 can

19      apply in each of these categories:  traffic,

20      conversions, and economics.  You put these -- you put

21      less in, like, spending money on advertising and you

22      get more out.  You focus on the right things and you

23      get 80 percent of the results.  That's the ultimate

24      leverage in life and in business.

25              Really what this translates to, in part at

**Attachment I**

1    least, is making every transaction more valuable in

2    business.  There are customers out there that if you

3    provide them with enough value, they will spend a lot

4    more money with you, very likely a lot more than you

5    imagine right now.  You must capitalize on their

6    willingness and desire to do so, and then you will get

7    what you want, okay?

8            There are top-shelf customers out there, and

9    so you must capitalize on their willingness and desire

10   to spend more money to get what they want.  Okay?

11           What is that point?  I've already made it

12   earlier in my previous steps:  Make every transaction

13   more valuable.  Why would you just sell iPhones when

14   you can sell iPads and MacBook Pros and 27-inch iMacs

15   and iTunes and apps and all the other things that

16   Apple sells and the reason they're a $100 billion a

17   year company, right?  Because they have a tiered

18   product base, because they make every transaction more

19   valuable, they know how to monetize.  That is the key.

20   How -- they know their margins; they know their

21   profit.  That is what they know, and that's why they

22   are so profitable.  They did the economics.

23           It's really an important point that you get

24   this thinking process right.  You have to understand

25   that the economics come first.  In other words, having

```
1    the right business that allows you to make profitable

2    sales from the very beginning, from the very start,

3    that is much more important than where do I get

4    traffic or how do I get traffic.  Most new marketers,

5    that's the first thing they want to know.  They think

6    they -- their lack of money or their lack of results

7    or success, they think it's because they can't get

8    enough traffic or quality traffic.  That the wrong way

9    to approach the problem.

10           The right way of looking at this is how can

11   I make more profitable sales from the very beginning.

12   That all comes back to what business model you use.

13   That's why, again, top-tier direct sales is the best

14   business model online.  It allows you to make more

15   money per customer, so you need fewer customers to be

16   making a profit.  Once you're making a profit, you

17   then reinvest that profit back into getting more

18   traffic, more customers, which pays you more traffic,

19   and it just goes around in a circle.  That's how you

20   scale up, just as I described earlier with what I did.

21           I kept reinvesting in my advertising and

22   eventually got to a point where I was spending a set

23   20 percent on what I was making.  Okay, that's how you

24   go from making nothing to potentially making millions

25   of dollars per year if you do it right.  That's
```

**Attachment I**

1    exactly how I've done it myself.

2              We're going to be spending a lot of time on

3    this business model, and that's going to convert your

4    leads rather than focus on all of these steps on the

5    traffic because, again, traffic comes second.  First,

6    you need the business model.

7              Think for a moment how much money would you

8    need, again, to quit your job, okay?  If it's $5,000 a

9    month, you need basically to be making $166 a day,

10   okay?  We've gone through this before, but I want to

11   reiterate it to you on how important it is when it

12   comes to top-tier and non-top-tier sales, low-ticket

13   offers versus high-ticket offers, okay?

14             Again, if you want to make $5,000 a month

15   and you're only making $4 off of every product you

16   sell, you're going to have to get a hundred and -- or

17   1,250 sales.  If it's a $7 product and profit that

18   you're making, you're going to have to do 714 sales.

19   If it's $47 in profit that you're making, you're going

20   to have to do 106 sales.  Okay?

21             But with top-tier, if you -- say you have

22   that same goal of $5,000 a month and you have a $1,000

23   product, you only need five sales a month.  If you

24   have a $3,000 product, you only need two sales with an

25   extra $1,000 in profit.  If you have a $5,000 product

**Attachment I**

1    for sale, you only need one sale a month.  If you have

2    a $9,000 in profit product that you're selling, you

3    only need one sale a month with an extra $4,000 in

4    profit.  Okay?  That's the power of top-tier.

5         Now, again, many people think it's harder to

6    sell a $9,000 product than it is a 1K product, but

7    that's simply not the case, okay?  As I've shown you

8    before, if you spend $15 in advertising and you're

9    selling $10 sunglasses, you're negative $5 because you

10   have no back-end products, okay?  But if you're,

11   again, selling the same sunglasses and jeans or

12   information products or digital products or whatever

13   you're selling and you are negative five in the front

14   end, but on the back end you have an extra $1,000 --

15   or $5,000 product that you're selling and you spend

16   $1,000 in advertising, you're still $4,000 in the

17   green.  That's a good thing.  Okay?  That's printing

18   money on demand right there.  That's the fastest way

19   to getting wealth.

20        And this, again, happens with all -- no

21   extra work.  People are going to buy those products.

22   A percentage of the people are going to buy those

23   products anyway.  You want to get to the point, again,

24   where I described the 80/20, where 20 percent of your

25   customers are providing 80 percent of your profits.

**Attachment I**

1    That is the power of a powerful top-tier online

2    business.

3         Now, we provide all that for you as a part

4    of our system, which we'll -- you'll learn more and

5    more about as you go through these steps here.  Then

6    you get to leverage our skills and efforts.  We've

7    already done all the hard part, all the development.

8    We've already done all that for you.

9         We provide the top-tier business model.  You

10   get to leverage the same system that you have access

11   to now that markets a business that has paid out over

12   tens of millions in commissions, okay?  And we'll

13   break that down here for you over the next remaining

14   steps, but I want to talk about the other side of

15   economics, okay, the truth about capital and funding.

16   How do you get financing for your business?  How do --

17   not everybody has a certain amount of money to start

18   up their business, right?  Whether it be 500, 5,000,

19   50,000 or 500,000, whatever it is, how do you get that

20   money to start up your business?  Okay?

21        This is very key.  Where can you get the

22   money to start up this business, you know?  I'm going

23   to give you 11 ways to find funding where you can get

24   money to start up your top-tier, high-ticket business,

25   okay?  I'm going to break it all down here for you and

**Attachment I**

1    so you really understand exactly how it works.

2          So let's jump into it here.  First, you need

3    a steady source of income to meet your financial

4    obligations.  We all know this.  So start the business

5    part-time, okay?  Don't quit your day job until the

6    part-time business has a steady flow of customers and

7    profits.

8          Number two, you can start a business for

9    much less money if it's a home-based business.  Okay,

10    again, you don't have to go out there and start a

11    McDonald's for a million dollars or any other

12    franchise for $50,000 or more, right?  You want to

13    start a home business that has a lower startup cost,

14    so -- and we'll talk to you about exactly how you can

15    do that with top-tier and high-ticket.

16          Get a part-time job if you want -- need some

17    extra money to continue to fund your business or fund

18    your advertising, okay?  That's what a lot of people

19    do, and I've seen it time and time again work very,

20    very well.

21          Number four is use a credit card or apply

22    for more than one credit card.  Have a number of

23    credit cards to fund your business.  Ninety-five

24    percent of businesses out there offline or online are

25    started with credit, okay?  Very important for you to

**Attachment I**

1    understand that.

2           You can also apply for a business loan or a

3    line of credit, okay, to start up your business.  You

4    can also apply for financing or a credit line from

5    your bank or financial institution.  You can also

6    begin to get an equity line of credit if you like, as

7    well.  You can take out some of the value of your home

8    to start up your business.  A lot of people do this as

9    well to get their businesses up off the ground.

10          They can apply for a micro loan, easily

11    apply for a micro loan.  Go to your local bank or

12    lending groups and you can apply for a micro loan.

13          Tap into your savings, your 401K,

14    investments, portfolios, you know, any one of these

15    things.

16          Also, sell something you own, like a car or

17    some real estate if you own some real estate or you

18    have a partnership or a deal in real estate.

19          Sell your shares, borrow from friends and

20    family.  Okay?  These are all things.  Ninety-five

21    percent of businesses, believe it or not, are started

22    outside of even banks, which is an amazing thing.

23    Borrow from friends and family.  They are -- use, you

24    know, all kinds of different -- different ways, you

25    know, real estate and selling things and all kinds of

1    things.  So, you know, you're welcome to use credit

2    and credit cards and all that stuff to start up your

3    business, but there's a lot of other ways as well.

4    Okay?

5         So I want to give you the first assignment

6    for this step.  Now, this is a short step, but it was

7    a very, very important one.  If you missed anything, I

8    suggest you go back and rewatch it if you didn't fully

9    understand it and take notes, okay?  I don't want you

10   to go and move forward and not understand the process

11   of economics and/or funding, okay?  You can watch this

12   video again.

13        The first assignment that I want you to do

14   is watch the video below.  It's called The Truth about

15   Traffic, okay?  I want to essentially break some

16   things down here for you.  We went over economics and

17   conversions and -- and, you know, a lot of the other

18   stuff, but I do want you to understand that, you know,

19   traffic is very, very important, but you do need to

20   understand the economics of your business, first and

21   foremost.

22        I also want you to write down what your

23   biggest takeaways have been from this lesson.  For

24   example, understanding the difference between how do I

25   make more profitable sales as opposed to how do I go

**Attachment I**

1    and get more customers.  There's a key difference, and

2    whether you get that or not will really determine how

3    successful you are.  You start with the economics,

4    with the business model in mind.  Then you worry about

5    going and getting traffic.  I hope you understood

6    that.

7         But write down any other takeaways that

8    you've had, what -- you know, and any other thing.  I

9    want you to reach out to your coach.  I want you to

10   connect with your coach.  You know, keep in contact,

11   as I said.  Every time you do a step, send them an

12   email and let them know that you've actually done the

13   step and that you're moving forward.  I want you to

14   reach out to them and tell them on Skype, whatever it

15   may be, some of your biggest takeaways.

16        The more that you give them, the more that

17   they are going to be able to help you get results with

18   this.  The more they're able to customize their

19   advice, their training around your understanding of

20   the system and the process.

21        The biggest thing for you to understand is

22   that we want you to succeed here with this system.  We

23   really do.  I really want you to be at a turning point

24   in your life and in your circumstance.  For that to

25   happen, I need you to do these assignments.  I need

1   you to be keeping in regular contact with your coach,

2   reaching out to them and letting them know what you

3   understand, what you don't understand, and leveraging

4   their experience.

5        One more quick note before we go, have you

6   ever felt like you've just got so much information

7   coming at you, so many different options as far as

8   internet marketing or online education goes, that it's

9   too hard to even know where to begin?  If you've ever

10  felt that way, don't worry.  We've all felt that way

11  at one point.  But when you do feel like that, and it

12  leads to overwhelmed, distrust, procrastination, this

13  might sound harsh, but you need to be pretty ruthless

14  in removing any wall of distractions that you have

15  around you.

16       The best way to eat an elephant is to take

17  one bite at a time.  For example, if you're getting 20

18  different emails a day from 20 different marketing

19  gurus or marketing companies, I highly recommend you

20  unsubscribe from them or put them in a folder from

21  ones that you don't really resonate with.  You aren't

22  really doing much with them anyways, so they're just

23  distracting you.  I want you to remove all

24  distractions so you can focus on these steps, so you

25  can stay with us for the next few days or the next few

**Attachment I**

1    weeks, however long it takes you, and you can get the

2    maximum out of this program.

3              If you'll commit to doing that, to removing

4    these distractions and just focusing on these steps,

5    then we will continue to review [sic] our proprietary

6    systems to you.  Okay?  We'll show you how this works.

7    When you've got the top-tier profits coming in, you'll

8    be very glad that you followed these steps and took my

9    advice.  That is for Step 2 here, once you've done

10   assignments and reached out to or talked to your

11   coach, go ahead and click on the next step at the

12   bottom, and I will see you on the next step, on Step

13   3.  Take care.

14              (The recording was concluded.)

15

16

17

18

19

20

21

22

23

24

25

**Attachment I**                                        EX 41

                                                        1787

```
1                CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12           I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:  11/6/2017

22                           SARA J. VANCE, CERT

23

24

25
```

**Attachment I**

EX 41
1788

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                      FEDERAL TRADE COMMISSION

3

4

5

       MATTER NO.      1723060

6

       TITLE          DIGITAL ALTITUDE

7

       DATE           RECORDED:  DATE UNKNOWN

8                     TRANSCRIBED:  OCTOBER 30, 2017

9      PAGES          1 THROUGH 31

10

11

12                    ASPIRE+STARTUP+STEP+3+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24                    For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment J**

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                              PAGE:

5    ASPIRE+STARTUP+STEP+3+AUDIO               4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Digital Altitude              )   Matter No. 1723060

5                                    )

6     -----------------------------)

7                                    Date Unknown

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment J**

```
 1                    P R O C E E D I N G S

 2                  -    -    -    -    -

 3              ASPIRE+STARTUP+STEP+3+AUDIO

 4              MICHAEL FORCE:  Hi, Michael Force here

 5    again.  Welcome to ASPIRE Startup Step Number 3.  This

 6    is a very, very important step and one that will

 7    change your life.  I can tell you that it did for me.

 8              Basically, we're going to help you rewire

 9    your brain a little bit from going from employee

10    mentality to an entrepreneur mentality and really how

11    to rewire your brain to -- for success when it comes

12    to online marketing, internet marketing or just even

13    as an entrepreneur.

14              You -- I will tell you that this changed

15    everything for me and I realized that you are not just

16    worth $10 or $15 an hour or $20 an hour, that you have

17    an in -- really a kind of -- I don't know what the

18    best word to say, but really a -- a -- you're

19    untapped.  I mean, there is -- there is no ceilings

20    for you.  You can take it to any level that you want,

21    online or in life, and we're going to show you how to

22    do that here in this Step 3 and how to rewire your

23    brain to make sure that you are reaching your full

24    potential and getting to the top of the mountain.

25              So I look forward to doing that with you.
```

**Attachment J**

1    Let's jump into Step 3 and I'll see you on the inside.

2              Hello, Michael Force here again.  Welcome to

3    Step 3.  Our startup steps here with the Step 3 here,

4    the millionaire mind, how to rewire your brain to

5    guarantee your success.

6              I've been doing this for a number of years

7    now, actually about a little over 15 years.  We've

8    had hundreds of thousands of people on our list and

9    my list personally and we've had hundreds and

10   thousands -- actually thousands of people that go to

11   our live webinars and live seminars and local events.

12             And what's always interested me --

13   interested me is I get to see people who get started

14   in the industry with very similar circumstances.  One

15   of them goes on to not do very well and, you know,

16   never sees anything through; and the other goes on to

17   be a seven- and eight-figure earner.  Now, why is that

18   and how is that possible?

19             Well, it all begins up here with your mind-

20   set.  You see, when you start this business, you need

21   to start thinking like a business owner and an

22   entrepreneur and not an employee.  You can't think

23   like an employee anymore, otherwise, you are just not

24   going to make it.

25             Today, you will see how personal development

**Attachment J**

EX 41
1793

1    is really tied to financial development.  Okay, there

2    is always the mind-set before the skill set.  You'll

3    get to see how that works, how you can dig in and how

4    you can take your mind and your business to the next

5    level just by the way you think.

6          Now, this is an extremely important step, so

7    make sure you watch it in full.  It's not that long,

8    but it is detailed.  Set aside some time.  Remove all

9    those distractions and focus on this entire video.  By

10   the way, make sure that you connect with your coach

11   after this step.  He or she will be showing you how

12   you can take your business to the next level.

13         All right, so let's dive in.  In this step,

14   we're going to be talking about an important shift

15   that we all need to take place in order for us to be

16   successful online or offline.  So, please pay

17   attention.  Again, remove all distractions.  Just log

18   out of Facebook or Skype or whatever else you have

19   open right now and let's -- let's get started here.

20         On this step, we're going to be going over

21   taking the employee mind-set to the business mind-set.

22   And this is really, really important.  Growing up, if

23   you're anything like me, you think back to your

24   childhood, most people had no choice.  We weren't made

25   aware of being an entrepreneur was even an option

**Attachment J**

1    unless you grew up in an entrepreneurial family, at

2    least it wasn't encouraged.  Most of us were

3    programmed from the very early age to go to school and

4    get a job.  That was just drawn into our minds.

5    Schools didn't really even talk about being

6    entrepreneurs.  And they talked about training you,

7    okay, getting you ready to go to high school, go to

8    college, and then get the job.

9              Actual modern-day school was actually

10   created by people back in the early 1900s, who -- it

11   was a corporate training program.  They essentially

12   wanted to get you on the assembly line.  And sad as it

13   is, that's really what it's become today.

14             Now, we're not taught to be or do what we

15   really want to be or do.  We're not taught how to

16   become masters of wealth in our own time.  It's really

17   up to us to learn how to make the shift from employee

18   mentality to one of controlling our own lives, of

19   being an entrepreneur, taking full responsibility and

20   ownership of where our lives are going.

21             We have to learn to free our minds of the

22   limiting beliefs that have drawn us into, from a very

23   young age, and that we've been conditioned to think

24   like.  Let me prove it to you right here.

25             If you wanted to become a lawyer or, you

**Attachment J**

EX 41
1795

1    know, if you wanted to become a judge or if you wanted

2    to become a medical doctor or an architect, how would

3    you get started?  Well, that's a pretty clear path,

4    isn't it?  To enter into any one of these different

5    occupations, we know what you need to do.  You have to

6    go and get additional schooling.  You have to go and

7    get a degree, whatever field is, and obtain the

8    credentials that would then qualify us to get a job in

9    any one of those categories, right?

10            But let me put it to you this way.  How

11    would you answer this question?  How do you become a

12    millionaire?  How do you become a successful

13    entrepreneur?  How do I become the person that I need

14    to achieve all the goals in my life?  We're not really

15    taught in any school or any university.  We're not

16    taught the business mind-set.

17            Conditioning or reconditioning your mind

18    from maximum success -- for maximum success is

19    critical.  It's everything.  That's where it all

20    begins.

21            You have to identify and get rid of limiting

22    beliefs from the past that are going to hold you back

23    in business, and lots of people have them.  A great

24    example and one of my favorite quotes from John

25    Elliott, as soon as anyone starts telling him or you

**Attachment J**

1    to be realistic, you can just cross that person off of

2    the invitation list.  They're not invited.  Okay, this

3    is a powerful quote and one that should be written

4    down, okay?  If people are talking to you about what's

5    realistic and what's real, then that is more or less

6    of an employee mind-set, trying to keep you down and

7    trying to keep you focused.

8         Now, sometimes those intentions are true and

9    they're trying to, you know, protect you from things

10   that are unknown to them.  But, ultimately, every

11   single millionaire or billionaire that I've ever known

12   and/or met has simply said that surrounding yourself

13   with successful people and people who don't think like

14   that is really the key to your success.

15        Now, you might have heard of a guy called

16   Robert Kiyosaki, the author of Rich Dad Poor Dad.

17   Now, he talked about how when he first began to escape

18   the employee mind-set, he went to a weekend self-

19   development workshop, and the instructor drew this

20   diagram on the board and basically said that to become

21   a successful person, we need these four things.  This

22   is very different than what Robert had ever heard

23   before.

24        Just looking at this diagram really quickly,

25   we'll see why many students and often the "A"

**Attachment J**

1   students, the people who got As, why they fail in the

2   real world when it comes to money and true wealth.

3   Here's how it works.  You can be educated logically

4   and mentally, but if you're not educated emotionally,

5   the fear will stop you from doing what you must do to

6   become a success outside of the system that most get

7   trapped into.  I hope you get that.

8           So you can have the best results in school.

9   You can be a straight-A student, but if you're not

10  educated emotionally, fear is going to paralyze you.

11  That's something called paralysis by analysis.  This

12  actually is really caused by our own education system.

13  Think about how you went through school.  When you

14  made a mistake, what happened?  You got punished,

15  didn't you?  Our education system punishes people for

16  making mistakes.  "A" students are successful only for

17  making the least amount of mistakes.

18          But in the real world, it's slightly

19  different.  People who take action and succeed in the

20  real world are the ones who make the most mistakes and

21  learn from them.  That's why when Thomas Edison was

22  criticized for making 1,014 mistakes before creating

23  the electrical lightbulb, he said, I do not fail 1,014

24  times, I successfully found out what did not work

25  1,014 times.

**Attachment J**

1          I'm sure you've heard that before, but

2     really just look at the statement.  It's very true.

3     In the real world, and I can speak from this from

4     personal experience, having made tens of millions of

5     dollars online and then having my first two years

6     where I barely made sales at all and I was considered

7     what many people would consider a failure.  I can't

8     really say that I was ready for this.

9          The people who come into this business, who

10    become entrepreneurs, who make the most mistakes and

11    then learn from those mistakes, those are the people

12    who get ahead.  The people who don't want to make

13    mistakes, who want to get all the knowledge and

14    everything perfect in place before they even take one

15    step of action, those are the people who usually don't

16    make anything because they never take action.  They

17    are afraid to make mistakes.  Many people are not

18    successful because they fail enough times.  They let

19    fear hold them back.

20         So where are your income streams coming from

21    right now?  Think about it.  In Robert Kiyosaki's

22    book, the Cashflow Quadrant, he talks about four types

23    of people that make up the world of business, and

24    every one of us resides in one of these quadrants.

25    How do we know which one?  The best way to determine

**Attachment J**

1    this is to look at where most of our cash is coming

2    from.  Achieving financial success and freedom is

3    possible in each of these categories, but it's much

4    easier and it can be achieved much faster in the B and

5    I quadrants where 90 percent of wealth comes from.

6           Now, before we go ahead, let me just define

7    what each of these stands for.  E stands for employee;

8    S stands for self-employed, like a doctor or a

9    psychiatrist or, you know, any one -- any one of those

10   type of people, okay?  Now, a business owner, okay, is

11   someone that owns a McDonald's or owns a system; an

12   investor is somebody who owns companies and/or owns

13   shares in companies, okay?  If you look at -- in the B

14   and I side, they've mastered systems.  They've

15   mastered leveraging their own time.  That's on the

16   right side.

17          Now, anyone can be a part of the wealthy and

18   on the right side, but there's a limitation wall.

19   That limitation wall is usually the way that you

20   presently think or your mind-set.  Your mind-set

21   determines what side you are on.  Fear.

22          In Robert Kiyosaki's book, the Cashflow

23   Quadrant, like I said, it has a number of those.  But

24   I can tell you that what I have seen from successful

25   and very wealthy people is that I would -- they all

**Attachment J**

1    say this.  I would rather make 1 percent off of 100

2    people's efforts than 100 percent of my own efforts.

3    That's leverage.  That gets you the time freedom to

4    spend with those you care most about.

5           There's another guy that I'd like to

6    introduce you to.  I don't know if you already know

7    him, but T. Harv Eker, he wrote a great book, Secrets

8    of the Millionaire Mind.  And he paints the picture of

9    the overall difference between the mind-set of the

10   poor and the rich.  Now, let's look at a few of them

11   here.  Let's break it down.

12          What is the difference in mind-set really

13   between the poor and the wealthy or the rich?  Poor

14   and middle class, they believe that life happens to

15   them.  Have you ever met someone where an unfortunate

16   circumstance they got in was never their fault?  It

17   was always someone else's fault.  Things were always

18   happening to them.  They were always approaching

19   things from the way that a victim would.

20          On the other hand, someone who is

21   financially independent and rich and wealthy, you'll

22   never meet someone like that who -- you know, someone

23   who thinks like that.  I'm not talking about people

24   who inherited money.  If you've ever met someone who

25   built their wealth from the ground up on their own,

**Attachment J**

1    they're not a victim.  They are definitely not a

2    victim.  They believe that they create their own life.

3    They accept full responsibility for everything that

4    happens, whatever circumstances that they're in.

5         Another one for the poor and middle class,

6    they play the money game not to lose.  They see

7    opportunity.  They always focus on the downside.

8    They're always looking at it from the perspective of,

9    what if I lose my money?  It's very much a fear-driven

10   perspective.

11        Financially independent and wealthy people,

12   they play the money game to win.  They focus on the

13   upside.  Now, I'm not saying that they are reckless.

14   They still look at the risk involved, but they focus

15   on the potential.  They focus on where they want to

16   go.  They're not focused on preserving what little

17   they have.

18        Poor and middle class, they want to be rich,

19   okay?  The poor and middle class, they want to -- to

20   be rich.  This is one big one, okay, they want to be

21   rich.  Financially independent and wealthy people are

22   committed to being rich.  There's a big difference.

23        While we're on this, let me stress something

24   to you, and I mentioned this in Step 1.  Most people

25   don't even finish these steps.  Now, when I say most

**Attachment J**

1   people, I'm talking about maybe 70 to 80 percent of

2   people never even get to the end of these steps.  A

3   lot of people get started with the step system because

4   they want results.  They want to be wealthy.  They

5   want to have a business that is largely automated.

6   And they want to make big commissions.  But that's not

7   enough.

8          I'm telling you this from experience of

9   having done it.  I'm telling you what's required and

10  that it's not enough for you to just merely want it.

11  You have to be committed to getting it.  That's why I

12  keep on telling you that you need to commit to doing

13  steps in this program every single day.  Try and do

14  one every single day and stick it out.  Go through the

15  entire steps.  That's a commitment.  That's what you

16  need to be successful.

17         Let me skip a line and go to the -- the next

18  one.  The poor and middle class, they focus on

19  obstacles.  They focus on things that are in their way

20  or preventing them from getting ahead.

21         Financially independent and rich and wealthy

22  people, they focus on opportunities.  They spend their

23  time going after new opportunities.

24         Now, the last one is the real big one.  Poor

25  and middle class, they resent rich and successful

**Attachment J**

1    people.  And this is really important.  Whenever you

2    see someone who is rich or successful on TV or in the

3    newspaper, what is your first reaction?  Do you resent

4    them?  Do you think that they probably lied and

5    cheated to get where they are?  Do you think they're

6    money-hungry or that they should be content on what

7    they have and not be so greedy?  Do you think thoughts

8    like that?  I sure hope not.  But chances are I bet

9    you know people who do think like that.

10          Now, financially independent, rich, and

11    wealthy people, they don't resent other successful

12    people.  In fact, they admire them.  If I've ever seen

13    a billionaire on TV, I don't think anything negative

14    and -- about the person.  Based on if I see, you know,

15    them, I don't think anything negative about them at

16    all.  My automatic thought, my automatic reaction is I

17    bet that person worked very hard to get where they

18    are.  I'll bet they were very driven.  I'll bet that

19    they're very ambitious.

20          Good on them for actually going out and

21    making it happen.  Good for them for actually

22    achieving.  I admire them for being -- for the -- you

23    know successful people they are because of how they

24    think.  I'm all about having big goals and going after

25    them.

**Attachment J**

EX 41
1804

```
 1              Let's look at a few more here.  Poor and
 2    middle class associate with negative and unsuccessful
 3    people.  Do you have people around you who are always
 4    negative?  They're always putting all of your stuff or
 5    their stuff or any stuff down with negative comments?
 6    I'll bet again -- I'm making a guess, but I'm right.
 7    I'll bet you've had people in your life right now, if
 8    you told them that you're going through these steps,
 9    that you're learning how to make money online and how
10    to do it the right way, I'll bet the first comment out
11    of their mouth would be something like, oh, that's all
12    a scam, those things don't work, you're getting taken,
13    that's all a waste of time, why are you doing that,
14    you should focus on your job.  Do any of these things
15    sound familiar?
16              I had a lot of people doing that around me
17    when I first got started.  Now, financially
18    independent, wealthy people purposefully associate
19    with other people who think like them, who are
20    positive and successful, okay?  It's not that they
21    think that they're better than other people; it's that
22    they understand that the environment around them has a
23    huge impact on where they are in life.
24              Let's say if you're in a job and you're
25    working with very negative or unpleasant people, how
```

**Attachment J**

EX 41
1805

1    can that affect -- how can that not affect you?  It

2    does affect you.  Of course, it permeates in your

3    life.  If that's where you are, you need to get out of

4    that as quickly as possible.

5              Here's another one.  Poor and middle class

6    people think negatively about selling and promoting.

7    This is a big one, too.  A lot of people who have a

8    fear about an idea of promoting, they don't want to do

9    it.  They -- they think that, you know, I don't want

10   to be -- they don't want to be calling themselves a

11   salesperson or a successful person or they believe

12   that sales is some low form of activity.

13             Financially independent and rich people,

14   they love to promote themselves and their values.

15   They love to do it.  If they believe in what they're

16   promoting, they will happily do it.

17             By the way, you've got to get comfortable

18   with promoting.  There's nothing wrong with promoting.

19   And if you want to be successful, you've got to be

20   okay with it.  You've got to learn to love to promote.

21             Now, let me skip a few.  The poor and middle

22   class, they are poor receivers.  If you -- let's say

23   your -- you give them money and you would say

24   something like, no, I couldn't possibly take your

25   money, they're uncomfortable with money, they

**Attachment J**

1    eventually are very uncomfortable with it.  If they

2    get a bonus at work, they find a way to go and spend

3    that money very quickly.

4              Financially independent, rich people are

5    excellent receivers.  They are very comfortable with

6    receiving money.  Let me tell you something.  I'm very

7    comfortable with receiving.  I'm very comfortable with

8    receiving large amounts of money.  It was always that

9    way.  In fact, my first couple of years online, you

10   know, I was a bit uncomfortable with it at some time,

11   but I've gotten more comfortable with it over the

12   years, to the tune of millions of dollars, okay, in my

13   bank account.  I'm very comfortable with the idea now.

14             Now, you need to ask yourself, are you

15   comfortable with the idea of receiving $10-, $20-,

16   $50,000 a month or more.  Whatever your target is, are

17   you are actually really comfortable with it?  Think

18   about that for a second.

19             Simply put, to change your life and be

20   successful on the right-hand side of the cashflow

21   quadrant you saw before, you must change your

22   thinking.  Okay, really, what's -- where it all

23   begins.  If you don't change your thinking, nothing is

24   going to change for you.

25             If you think below in the text, okay, you'll

**Attachment J**

1   see that we put key differences down there.  Take a

2   look at them and see how they may resonate with you.

3         Throughout this program, we'll be giving you

4   nearly everything on a silver platter.  We'll be

5   giving you a powerful proven system, a documentation

6   that it works for many people from all walks of life.

7   Plus you'll have access to top-tier coaches and

8   business coaches helping you along the way.  But that

9   doesn't substitute that you must take full

10  responsibility for your own results and business and

11  life.  I cannot stress how important that really is.

12        Every result that you get in business and in

13  life ultimately is your responsibility.  Whether you

14  go on to make six figures with these systems that

15  you're learning about in these steps or you're going

16  to be completely dependent upon yourself, you need to

17  take full responsibility.

18        No matter how powerful something is, no one

19  can force you to do it.  No one can make you change or

20  climb.  No one can give you the best tools -- okay,

21  excuse me.  Now we can give you the best tools and

22  gear in the world, but you still have to put one foot

23  in front of the other as you climb the mountain.

24  You're the climber in your life, so you have to commit

25  to being a no-excuses type of person and take

**Attachment J**

1    responsibility for the results in business and in life

2    if you want to get to the top.

3            Here's another key mind-set shift.  People

4    with the employee mind-set are afraid to take a single

5    step forward until they see a clearly laid out path in

6    front of them.  They need to know all the answers

7    first.

8            Entrepreneurs and wealthy, they jump off

9    cliffs and they build the plane on the way down.  They

10   get comfortable with things being imperfect.  They

11   don't have to have -- they don't have to know the next

12   steps before they move forward.  They can go full

13   force forward without having to know all of the

14   answers first.

15           The greatest success that you will have in

16   life and in business will usually come from something

17   that you fear doing or you didn't know what the result

18   would be when you started.  It's like a dark

19   staircase.  You only see a few steps ahead, and you

20   don't ultimately know what lies ahead.  You trust the

21   system, and you just do it.  Don't let fear and the

22   unknown hold you back.  You have to act in spite of

23   fear and just trust that it's a proven system.  It

24   works for others, so just take a step at a time and it

25   will work for you.

**Attachment J**

```
 1              Another thing I want to talk about is, who
 2     are you getting your advice from?  Who are you
 3     listening to, advisors or mentors?  Advisors know very
 4     little, or opinionated people know very little.
 5     Mentors have been there and done that.  So chances are
 6     you have people in your life who are possibly advising
 7     you right now that have no real experience or no
 8     success to show for it.  They're advising you in your
 9     online business, for example.
10              If you told people that, hey, I'm starting
11     an online business or I'm learning how to make -- make
12     sales online, a lot of people might advise you that
13     they would say, well, that is all a waste of time,
14     none of that stuff works.  They're your advisors.
15     They don't really know what they're talking about
16     because they've actually never done it.  Unless
17     they're driving around in six-, seven-, and eight-
18     figure cars and living that kind of lifestyle, then
19     they're people you shouldn't really be listening to.
20              Mentors, on the other hand, are people who
21     have actually been there and done that.  They're
22     actually taking the steps themselves and they know
23     what they're talking about.  You have to ask yourself,
24     are you going to listen to these advisors or these
25     opinions or are you going to follow instructions from
```

**Attachment J**

1   real mentors with real results?

2         When I began interviewing business leaders

3   over the years, and -- and I've had a fair amount of

4   success myself, I started surrounding myself with only

5   successful people.  I didn't realize the impact it

6   would have on me.  Getting the opportunity to talk to

7   dozens of successful people on a monthly or, you know,

8   every couple of months, inspiring individuals have

9   nothing -- has really been nothing short of incredible

10  for me.  Throughout conversations, I got VIP access to

11  some of their secrets and advice, what motivated them,

12  what helped them get to where they are today.

13         And over the next nine steps here or the

14  next slides, I'm going to basically break down to you

15  nine of their best success lessons so far, from them

16  to me to you.  So let's break it down.

17         My mom always used to say, tell me who your

18  friends are and I'll tell you who you are.  And she

19  was right, because millionaires surround themselves

20  with other millionaires.  If we really are the sum of

21  people we surround ourself with, it's so important to

22  surround ourself with the right ones.  Successful

23  people are always networking with others at events, at

24  local events, online, conferences, and mastermind

25  groups, okay?

**Attachment J**

1   Number two, money in itself won't make you

2 happy, okay, but money can buy the freedom to do the

3 things that can make you happy.  True happiness comes

4 from filling your time and your days with meaningful

5 pursuits that you're passionate about.  I've met rich

6 people who are incredibly unhappy and poor people in

7 Third World countries who are some of the happiest

8 people I've ever encountered.  The point is that it's

9 possible to be happy right now whether you have $20 or

10 20 million.  By being grateful for what you have, for

11 being alive and for having this day, you'll be more

12 present and have a better perspective.

13   The great Tony Robbins once said that it's

14 not about the goal, it's about becoming the type of

15 person that can accomplish the goal.  Okay, if you

16 remember the quote from one line before, it's not the

17 -- it's not the mountain we conquer, it's ourselves.

18 Most millionaires will tell you that it's not so much

19 about making the money, it's about the growing as a

20 person, growing your business to a point where it's

21 capable of making money.

22   The journey is far more valuable than the

23 destination.  And once you've arrived, the question

24 becomes, now what?  That's why it is so important to

25 enjoy the ride and be grateful for how far you've come

**Attachment J**

1     and what you've achieved thus far.

2          Almost every successful person you ask will

3     tell you that they've had a mentor at some point along

4     the way.  For someone you admire, someone you look up

5     to, someone who is where you want to be and ask them

6     for guidance to help you improve who you are and what

7     you want to become.  With their advice, you learn best

8     practices, you'll be challenged, you'll be better

9     prepared to succeed.

10          Every entrepreneur and successful person

11    I've met in a life -- is a lifelong learner.  They

12    understand the importance of constantly improving,

13    constantly growing.  Driven people self-educate

14    through books, audiotapes, online courses, digital

15    information, seminars.  They've determined to always

16    learn new skills, to keep developing as a person, to

17    never become stagnant.  They never stop.

18          Millionaires know how to put their money and

19    resources to work for them, and almost all of them

20    have at least two or more sources of income,

21    investments and financial securities, real estate,

22    angel investing, and partnerships.  While multiple

23    sources of income certainly help them increase their

24    wealth, they are laser-focused on one income stream

25    first; then diversify once they've hit a level of

**Attachment J**

1    stability.

2         Almost every millionaire I've interviewed or

3    met or associated with has some sort of rigorous

4    workout routine, weightlifting, marathons, and

5    triathlons, running, so on and so forth.  They lead in

6    business, but they are also a lead at the gym.

7    There's a correlation between breaking down barriers

8    in fitness and breaking them down in business and in

9    your mind.  They're both about strength and

10   confidence, discipline, and commitment.  Weak won't

11   cut it.  So get working on your fitness and the rest

12   will seem a little less daunting.

13        I have yet to also meet a millionaire who

14   doesn't do a lot of reading.  I'm not talking about

15   Harry Potter or The Hunger Games.  I'm talking about

16   real books with real practical tips for personal and

17   professional growth, for people who want to constantly

18   improve themselves and their businesses.  Books,

19   digital books, whatever you want to call them, are a

20   great way to learn from successful people who have

21   been where you are now and have something valuable to

22   teach you.  It's like having some of the best business

23   minds in our generation mentor you.  Read a lot and

24   read often.

25        You don't have to blog to be a millionaire,

**Attachment J**

1    but it wouldn't hurt.  A lot of successful people are

2    out there, getting started in blogging.  It's a

3    powerful tool because by documentating your journey

4    and inspirations you go through a sort of self-

5    discovery, while also growing your reputation in

6    business.  If you're not ready to share everything on

7    a public blog, try keeping handwritten journals

8    instead.  The introspective writing process reminds

9    you of what you've been through and where you want to

10   go.  And writing down your goals is an incredible way

11   to make sure they happen.

12          Jim Rohn said it best:  It's challenging to

13   be a student of your own life, your own future, your

14   own destiny.  Don't trust your memory.  When you

15   listen to something valuable, write it down.  When you

16   come across something important, write it down.  Take

17   the time to keep notes and to keep a journal.

18          So let's look at the assignment for this

19   Step 3 here.  Let's break it down for you.  The first

20   thing I want you to do is I want you to pick up this

21   book, it's called The Cashflow Quadrant, by Robert

22   Kiyosaki.  You can go to Amazon.com right now.  You

23   can probably get the book for $10, $20, something like

24   that.  I highly recommend you get it.  Go and get it

25   right now.  Pause this video and go to Amazon and just

**Attachment J**

1    buy it.  If you actually go and read it, you'll be one

2    of the very few who actually go and do the assignment.

3           This is important, and I really want to

4    stress it.  If you want to get the results that the

5    top 5 percent of our clients, our students get, you

6    have to be willing to do what most aren't willing to

7    do.  Most aren't willing to go and buy a cheap book

8    like this, a very good book, a book that will change

9    your whole perspective.  I want you to be the one who

10   is willing to do it.  So go and get the book right

11   now.

12          The other thing I want you to do is pick up,

13   while you're there, you might as well have heard of

14   this one, I've called -- it's called The 4-Hour

15   Workweek, by Timothy Ferriss.  This book is really

16   about leverage.  It's about learning systems and

17   procedures to automate and rapidly grow any business.

18   It's about working smarter and not harder.  It's an

19   awesome book.

20          The concepts that he talks about in this

21   book have changed a lot of lives.  It might sound a

22   little bit ridiculous, the idea of working four hours

23   in a workweek, but he talks about how it's possible

24   through leverage, through systems.  It's really a good

25   book, and both of these books will get you adjusting

**Attachment J**

1    your mind-set over to the entrepreneurial side.

2    You'll begin to see things from the viewpoint of the

3    wealthy, and you'll also see why these 21 -- why these

4    steps is such a powerful wealth-building and lifestyle

5    system.

6          The last thing I want you to do is by far

7    the most important.  I want you to reach out to your

8    coach right now and let them know that you've

9    completed these Steps, 1, 2, and 3.  Okay?  I want you

10   to email them, I want you to send them a Skype and

11   message.  Pick up the phone and actually call them.

12         A lot of people say they'll send an email

13   and that's enough.  But we need to be talking with

14   you.  We want to hear your feedback.  We want to

15   connect with you and help you.  We want to know that

16   you're understanding everything.  Okay?

17         And there's also a few other important

18   things that we need to discuss at this point, so

19   please reach out to your coach.  Most of them will

20   prefer Skype.  If you haven't got Skype yet, just go

21   to Skype.com and download it.  Okay?  Again, make sure

22   you send them an email, send them a message on Skype,

23   you know, add them on Facebook, whatever it may be.

24   Get in touch with your coach.  Call them, okay?

25         Step 4 is where it's going to get really

**Attachment J**

```
 1    exciting.  This is where we're going to be talking

 2    about the ultimate business model.  We're going to be

 3    showing you the business model that will help you get

 4    to where you actually want to go.  That's making six,

 5    seven, and eight figures.  Some of you possibly want

 6    even more than that, and also be able to work from

 7    home on your own terms, your own boss, without -- you

 8    know, what's -- going back and, you know, all of those

 9    kind of things.

10              So go ahead and reach out to your coach

11    right now and get into Step 4.  And I will see you on

12    that next step.  Take care.

13              (The recording was concluded.)

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12           I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:  11/6/2017

22                          SARA J. VANCE, CERT

23

24

25
```

**Attachment J**

EX 41
1819

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.      1723060

6

     TITLE           DIGITAL ALTITUDE

7

     DATE            RECORDED:  JUNE 30, 2017

8                    TRANSCRIBED:  OCTOBER 27, 2017

9    PAGES           1 THROUGH 13

10

11

12                   2017-6-30 0435pm (Call w S1)

13

14

15

16

17

18

19

20

21

22

23

24                   For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment K**

EX 41
1820

```
 1                  FEDERAL TRADE COMMISSION

 2                       I N D E X

 3

 4      RECORDING:                              PAGE:

 5      2017-6-30 0435pm (Call w S1)            4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment K**

1                  FEDERAL TRADE COMMISSION

2

3      In the Matter of:            )

4      Digital Altitude            )   Matter No. 1723060

5                                   )

6      -----------------------------)

7                              June 30, 2017

8

9

10

11            The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment K**

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3                         Call w S1

 4              COACH GORATA:  How are you?

 5              MR. TYNDALL:  Good.  How are you doing?

 6              COACH GORATA:  I am doing great.  I'm doing

 7    great.  All right, it looks like we've been playing

 8    phone tag.

 9              MR. TYNDALL:  Yeah, yeah.  Sorry about that.

10              COACH GORATA:  No worries.  No worries.  All

11    right, so, you (inaudible) 3, correct

12              MR. TYNDALL:  Yeah, I completed through Step

13    3.

14              COACH GORATA:  Okay.  And what step are you

15    currently on?  Are you ready for Step 4, or --

16              MR. TYNDALL:  I'm ready for Step 4.  I had

17    a --

18              COACH GORATA:  Okay.

19              MR. TYNDALL:  -- I had a couple of

20    questions.

21              COACH GORATA:  Sure.

22              MR. TYNDALL:  Yeah, so, I was just

23    wondering, what -- what are the next steps from here

24    and -- and what -- what am I going to be selling?

25              COACH GORATA:  Okay, that's a great
```

**Attachment K**

EX 41
1823

1    question.  So the next few steps are going to get to -

2    - basically explain to you exactly what you will be

3    selling, but in a nutshell, you are going to be

4    selling our online marketing system.

5           MR. TYNDALL:  Okay.

6           COACH GORATA:  Okay?  So it's an -- of

7    course, it's an E platform, okay, with accredited

8    courses on basically, you know, making money online,

9    marketing, but especially just like marketing for

10   businesses, marketing as well for -- you know, just

11   those individuals that are looking to -- to start

12   their online business.

13          MR. TYNDALL:  Okay.

14          COACH GORATA:  So that is the content that

15   you will be selling.  Now, of course, we are going

16   to teach you exactly how to do that, so we provide

17   you with the courses, we -- and the coaching, as

18   well as the support that you need in order for you

19   to successfully promote our accredited course --

20   courses.

21          MR. TYNDALL:  Okay.  Yeah, because I

22   don't --

23          COACH GORATA:  Okay?

24          MR. TYNDALL:  -- I don't have very much

25   experience.

**Attachment K**

EX 41
1824

1          COACH GORATA:  Yes, and -- and that's okay.

2     That's okay.  That's you and at least about, you know,

3     70 percent of the people that come into the system,

4     generally people who are just looking to -- to make

5     money online and they're just not as -- as, you know,

6     create that second stream of income, but most

7     importantly, they want to, you know, really replace

8     their primary income.

9          So in other words, what I mean by that is,

10    you know, the fact that you have no experience is not

11    a problem because we provide you with all the

12    education and the support and the coaching you need --

13         MR. TYNDALL:  Okay.

14         COACH GORATA:  -- to be successful.

15         MR. TYNDALL:  So --

16         COACH GORATA:  Okay?

17         MR. TYNDALL:  -- so what -- what should I

18    expect to happen now?  When -- when do you think I

19    could start making money?

20         COACH GORATA:  That's a great question.  So,

21    now, when you get started, the number one priority is

22    to complete Step 6, because after Step 6, that's when

23    me and you are going to have basically the most

24    important conversation, which is really the

25    conversation about your strategy as you're moving

```
 1    forward.  So we have -- that strategy session is where

 2    we put together an action plan and really position you

 3    for profits with -- here with the system.

 4              MR. TYNDALL:  Okay.

 5              COACH GORATA:  Okay?

 6              MR. TYNDALL:  How much do -- how much do you

 7    think I can make?  Because I'm -- I got laid off, and

 8    I --

 9              COACH GORATA:  Okay.

10              MR. TYNDALL:  -- I'm really -- I'm having a

11    hard time making rent now.

12              COACH GORATA:  Okay.

13              MR. TYNDALL:  So I -- I really need to

14    replace a lot of my income.

15              COACH GORATA:  Okay, okay.  Okay, I get it.

16    So, now, if you're having -- with -- really, let me

17    say this, okay?  This is just like, you know, any

18    other business, okay?  So it is definitely a real

19    business, so, of course, it's going to depend on many

20    things, okay, and really (inaudible) number one depend

21    on you, how coachable are you, you know, how quickly

22    are you going to be able to learn the material that we

23    are going to be, you know, providing you with and the

24    material we're going to teach you.

25              Are you going to implement -- you know, when
```

```
 1    we show you the strategies, are you going to follow

 2    through and, you know, basically go ahead and

 3    implement, okay?

 4              Now, as far as how long will it take for you

 5    to make money, results do vary.  Some people make

 6    money pretty, pretty quickly because they take action

 7    quickly.  And some people just -- it takes them a

 8    little bit longer to get, you know, to -- to get into

 9    profit mode.

10              MR. TYNDALL:  Okay.

11              COACH GORATA:  Okay?  So it also depends on

12    where you're going to be positioned.  It depends on

13    your capital investment, as well.  And, so, what I'm

14    going to do during the strategy session, I'm going to

15    share with you a product that definitely a lot of our

16    students are using currently to really accelerate

17    their earnings, you know, in -- in like 90 -- a lot

18    with 90 days, but in less than 90 days.  So, 90 -- 60,

19    90 days.  So I will share that information with you at

20    our strategy session.  It's still -- it's still a

21    little bit too early for me to, you know, present you

22    a -- to you that information at this point.

23              MR. TYNDALL:  Okay.

24              COACH GORATA:  So I just need you to go

25    ahead and do Step 4, 5, and 6.  And then after you
```

**Attachment K**

```
1    complete Step 6, make sure that you watch every single

2    minute of Step 6 because that is one of the most

3    important ones that you -- you know, that's where

4    we're going to talk a lot more about the products, you

5    know, the services, as well as, of course, your

6    compensation as well.

7              MR. TYNDALL:  Okay.

8              COACH GORATA:  Okay?  All right?  So, tell

9    me, what did you take away from Step 1, 2, 3?

10             MR. TYNDALL:  Well, I mean --

11             COACH GORATA:  What did you learn?

12             MR. TYNDALL:  -- I learned that I needed to

13   rewire my -- the way I think about things.

14             COACH GORATA:  Mm-hmm, mm-hmm.

15             MR. TYNDALL:  And really take action.

16             COACH GORATA:  Mm-hmm.

17             MR. TYNDALL:  And stay on top of things.

18             COACH GORATA:  Mm-hmm.

19             MR. TYNDALL:  That it is possible --

20             COACH GORATA:  Mm-hmm.

21             MR. TYNDALL:  -- to make money online.

22             COACH GORATA:  Mm-hmm, mm-hmm.

23             MR. TYNDALL:  And -- and, yeah, I don't

24   know, I'm just -- it -- it seems really interesting.

25             COACH GORATA:  Yeah, okay, okay.  That's
```

**Attachment K**

EX 41
1828

1    awesome.  All right.  So, tell me, what is the main

2    reason, you know, you want to start an online

3    business?  I mean, why an online business instead of

4    possibly just, you know, and finding another job?

5              MR. TYNDALL:  Well, you know, I got laid off

6    a few months ago --

7              COACH GORATA:  Mm-hmm.

8              MR. TYNDALL:  -- and I have a -- a toddler

9    right now.

10             COACH GORATA:  Mm-hmm.

11             MR. TYNDALL:  He -- he's -- he's on the

12   spectrum.  He's slightly autistic.

13             COACH GORATA:  Okay.

14             MR. TYNDALL:  And my wife works.

15             COACH GORATA:  Mm-hmm.

16             MR. TYNDALL:  And I -- I think it would be

17   nice if I could stay home with -- with Aaron, my son.

18             COACH GORATA:  Yeah, okay.

19             MR. TYNDALL:  So that's why I was looking

20   online for -- for opportunities, and I never really --

21   I mean, I go online, but I never really have done any

22   money online.

23             COACH GORATA:  Mm-hmm.

24             MR. TYNDALL:  So that's -- that's how I

25   found you guys.

**Attachment K**

1          COACH GORATA:  Yeah, yeah.  Okay.  All

2     right, awesome.  Okay.  So -- so really at this point,

3     ██████  it's just a matter of getting through to Step 6

4     so we can actually, you know, get you started.

5     Because at this point, you're still not started yet.

6     So we -- the starting point is Step 6.

7          MR. TYNDALL:  Okay.

8          COACH GORATA:  Okay?  All right, awesome.

9     Okay, so, I will go ahead and unlock the next steps

10    for you, and as soon as you complete them, go ahead

11    and book a strategy session, okay?  So you want to

12    book that strategy session just immediately as soon as

13    you complete Step 6 on -- on that page.

14         MR. TYNDALL:  Okay, okay.

15         COACH GORATA:  Okay?

16         MR. TYNDALL:  Okay.

17         COACH GORATA:  All right.  Awesome.  You

18    have yourself a great one.

19         MR. TYNDALL:  Okay.  And if I have any

20    questions, how should I contact you?

21         COACH GORATA:  Send me a message on Skype,

22    okay?

23         MR. TYNDALL:  Okay.

24         COACH GORATA:  That will be the best way to

25    -- to contact me.

**Attachment K**

```
 1              MR. TYNDALL:  Okay.  I can do that.

 2              COACH GORATA:  All right.  Sounds good.

 3              MR. TYNDALL:  Okay.

 4              COACH GORATA:  All right, then.  Thank you

 5    so much.

 6              MR. TYNDALL:  Okay, thank you.

 7              COACH GORATA:  Have a great one.

 8              MR. TYNDALL:  Yep.

 9              COACH GORATA:  You're welcome.

10              MR. TYNDALL:  Okay, bye.

11              COACH GORATA:  Okay, bye-bye.

12              (The call was concluded.)

13

14              MR. TYNDALL:  That was an incoming Skype

15    call from Corada Mussuka, business coach.  My name is

16    Reeve Tyndall.  I'm an investigator with the Federal

17    Trade Commission.  The date is June 30th, 2017.  The

18    time is now 4:36 p.m., Eastern time.

19              (The recording was concluded.)

20

21

22

23

24

25
```

**Attachment K**

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12             I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                        SARA J. VANCE, CERT

23

24

25

**Attachment K**                    EX 41

1832

1                OFFICIAL TRANSCRIPT PROCEEDING

2

                    FEDERAL TRADE COMMISSION

3

4

5

    MATTER NO.      1723060

6

    TITLE          DIGITAL ALTITUDE

7

    DATE           RECORDED:  DATE UNKNOWN

8                  TRANSCRIBED:  OCTOBER 30, 2017

9   PAGES          1 THROUGH 18

10

11

12                 ASPIRE+STARTUP+STEP+4+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25     (301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment L**

EX 41
1833

```
 1                   FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4    RECORDING:                              PAGE:

 5    ASPIRE+STARTUP+STEP+4+AUDIO               4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment L**

EX 41
1834

```
 1                 FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:              )

 4     Digital Altitude              )   Matter No. 1723060

 5                                    )

 6     ------------------------------)

 7                                  Date Unknown

 8

 9

10

11           The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment L**

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3                ASPIRE+STARTUP+STEP+4+AUDIO

4          MICHAEL FORCE:  Hi, Michael Force here

5     again.  Welcome to ASPIRE Startup Step Number 4.  I'm

6     going to handhold you through this and show you one of

7     the business models that has a near 95 percent success

8     rate and it's probably one of the most popular

9     business models out there, but it's also one of the

10    most -- the least known for people who are going from

11    an employee mind-set to really an entrepreneur world

12    or mind-set, so to speak.

13         So I'm going to show you exactly what this

14    model is, how it works, how you can utilize it, how

15    you can benefit from it and really take your business,

16    whether it's any interest, passion, or idea you have

17    or if you just want to promote Digital Altitude, we're

18    going to show you exactly what that business model is

19    and how it can benefit you and really automate a lot

20    of the processes for you so you can get a lot of that

21    time freedom that you're looking for so you're not

22    trading time for money or getting your hands dirty to

23    put dollars in your pocket, so to speak.

24         So, I'm going to handhold you through this

25    step.  So let's get into Step 4 here, and I'll see you
```

**Attachment L**

EX 41
1836

1    on the inside.

2          Hello, Michael Force here.  Welcome to

3    Startup Step Number 4 here.  Discover why 85 percent

4    of franchises succeed while 95 percent of other

5    businesses fail here.

6          Welcome to Step 4 here.  We're going to talk

7    about choosing the right business model.  This is

8    extremely important when you go into business.  Some

9    business models work better than a lot of others.

10   We're going to be looking at the franchise business

11   model, regular brick-and-mortar business models, and

12   online business models.  You'll find out why 85

13   percent of franchises succeed while over 95 percent of

14   other businesses, whether online or offline, fail.

15   And you'll see what the differences are, why the

16   economics are important and also how this can have a

17   huge impact on your business.

18         Pay close attention to the pros and cons of

19   the business model and why it's important for you to

20   choose the right one.  Let's dive in here.

21         Now, before we get started, I want to take a

22   quick second to congratulate you on getting this far.

23   A lot of people don't even get to this step.  If

24   you're here right now, congratulations, keep up the

25   hard work.  Let's keep the momentum going forward and

**Attachment L**

EX 41
1837

1    let's get up the hill here through these steps.

2         What we're going to be talking about again

3    is 85 percent of franchises succeed while most other

4    businesses fail here.  Let's jump into it.

5         Now, when most people start looking to get

6    into business for themselves, they imagine grandiose

7    things, like being the guru or the system owner.  They

8    think, wow, this person must be making a lot of money.

9    I could possibly be that person.  Well, I'll be the

10    first to tell you that it's extremely risky to try and

11    start your own business from scratch.  From the

12    perspective of someone who is the system and business

13    owner here, it's extremely risky and very difficult,

14    and a lot more difficult than people imagine.

15         Now, rarely do people ever consider what's

16    involved in actually starting a business, the capital

17    it takes.  Why, stats show that less than, you know, 5

18    percent actually of new businesses even make it.  Then

19    out of that percentage of those that make it, they

20    find it's simply hired themselves into a job that was

21    worse than they had before.

22         Remember when we talked about owning a

23    burger joint?  Without a proven system, you're working

24    in your business and not on your business.  You're not

25    growing it and you don't have the time to focus the

1    way you need to.  You're doing your best just to

2    handle the daily operations.  It's just like the job

3    but with more risk and more responsibility.

4              I can tell you when I first got started, it

5    was exactly that.  I went through the school of hard

6    knocks and trial and error and spent more money on

7    things than I'd like to admit to just to get to the

8    top.  I worked easily 80 to 100 hours a week to go

9    through the school of hard knocks and trial and error,

10   but I was able to climb to the top and find the

11   leverage points and realize what worked and what

12   didn't work, and that is when I was able to take it to

13   the next level, when I had a system, okay, when I had

14   a system that was doing all the work for me, that's

15   when my income changed forever and will ever be so.

16             I've really been able to write my paycheck

17   for life and I, of course, will for the rest of my

18   life because of the things I know and understand, many

19   of those things that I'm going to pass on to you here.

20             Now, it took me over a year to create the

21   ASPIRE system here.  This includes over 48 different

22   products and services.  Every day, for 7 days a week,

23   at least 12 hours a day, I was working on this.  I was

24   building out all the systems, the sales funnels,

25   testing, tracking, everything, until we actually put

**Attachment L**

1    together this powerful ASPIRE business system, this

2    digital business system, and then we launched it.

3    Over time, we've had -- added in different new parts

4    of the business model.  We've improved it, tested,

5    tweaked, tracked.  We continue to improve it every

6    single day.  Even today, we are always making tweaks

7    and making it better and better and better.

8            Now, to be the system owner, as you'll soon

9    see, it is a lot of hard work.  Now, I'll admit I have

10   a slight advantage over a lot of people when I started

11   this business.  I didn't have a whole lot of

12   obligations around me, okay?  I, you know, was able to

13   work from home and I was able to, you know, spend time

14   with my family and still do a lot of the things that I

15   wanted to do.

16           And, you know, I've been married 20 years

17   and I've done all that stuff.  But they support me

18   greatly as an entrepreneur which is, of course,

19   extremely important to have your spouse and your

20   family support you as well.  So that's one of the key

21   things that's very important.

22           But it's still a lot of hard work.

23   Truthfully, most people wouldn't really want my life

24   when it comes to the way I had to build out the system

25   and work 12, 15 hours a day feeling guilty and being

**Attachment L**

1    away from your kids and your family and your friends,

2    when you had to lock yourself in a room to stay

3    focused, okay?  That's one of the really, really hard

4    parts.  But once I was able to create it, once I was

5    able to get off the ground, I could tell you that it

6    changed everything for me.

7           And you don't need to be that person that

8    works 12, 14, 16 hours a day, 100 hours a week.  You

9    don't need to spend hundreds of thousands of dollars

10   like I have to to build this system.  You can

11   essentially just find and use our existing ASPIRE

12   system, the leverage and success and the brand that

13   you get paid for, okay?

14          Remember which is easier, to sell a million

15   burgers out there or to sell one franchise, okay?

16   This is the similar example we talked about in Step 3.

17   Do you remember when we talked about the McDonald's

18   and you having your own hamburger shop, which was

19   easier?  What gave you the greatest chance of success

20   to try and start your own burger house or to just buy

21   a McDonald's franchise that's proven to work and that

22   has everything set up for it turnkey?  It's an obvious

23   answer.

24          That's why this business model is so

25   powerful.  All the work has already been done for you.

**Attachment L**

1    The business and marketing systems are already set up

2    and proven to work, like a franchise-type model.

3    You're getting a turnkey business ready to instantly

4    run and generate profits immediately.

5           Now, I want to stress this is not a

6    franchise.  I would never call it a franchise.  It is

7    a digital business system.  Now, what I mean when I

8    say it's like a franchise is that franchises have

9    systems and so do we.  You can leverage those systems.

10   They can do all the sifting, sorting, selling, and

11   telling of your sales prospects for you on autopilot

12   24 hours a day, 7 days a week while you're doing other

13   things.

14          The fact is that most typical business

15   owners, they fly by the seat of their pants every

16   single day.  They take action that may work in their

17   business hoping that everything will work out and it

18   rarely does.  They don't know real systems and real

19   growth strategies.  They don't know real marketing and

20   real sales strategies.  They're constantly putting out

21   one fire after another every day of the week.  They

22   don't have time to think about growth and freedom and

23   leverage.  They're a slave to their own business.

24          When you invest in a franchise, everything

25   is systemized and scalable.  It's step one, two,

**Attachment L**

EX 41
1842

1    three, do this, do that and so on.  You do it, you

2    take those steps, and you're profitable.  You'll

3    succeed.  It's already proven to work, and other

4    people have already done it themselves.

5         Leveraging other people's efforts and proven

6    systems is clearly the easiest and best path to take.

7    With our ASPIRE system, in many ways, it's similar to

8    a franchise.  Again, it's not a franchise, but it has

9    elements like that that are similar.  You -- using a

10   proven system and proven marketing methods; you have a

11   complete process to take your leads through.  You get

12   to leverage a very well known and respected brand in

13   the marketing place.

14        I hope you're beginning to really see the

15   power behind leveraging already proven systems like a

16   franchise model instead of trying to create something

17   from scratch and doing it all by yourself.

18        Here's another huge benefit to a franchise

19   model.  Let's say that you started your own online

20   information business.  It's going smoothly, and you've

21   seen some positive results.  After a while, the sales

22   stop coming in, but you're still spending money on

23   advertising and putting in lots of efforts, time, and

24   money.

25        As a business owner, on your own, you really

**Attachment L**

1    have nowhere to go to get top-shelf support.  Your

2    business may sink or you may struggle, lose tens of

3    thousands of dollars with no one to turn to.  Trying

4    to fix the problem in order to get profitable again is

5    almost unheard of because you have no systems, you

6    have no one to help you.

7           In addition to the true and tried system of

8    the franchise, you're getting tailored mentoring and

9    consistent support, all the way from the top.  If you

10   run into a similar problem, like maybe a marketing

11   method isn't working well for you, you're sure of the

12   best way to go and do something.  Are you?

13          I don't know, but there's people above you

14   who you can call for support.  That's the beauty of a

15   franchise system.  The odds are they will know exactly

16   what you need to do to get the result.  You'll be able

17   to get customized help from someone who is running the

18   exact same business model as you.

19          You can be confident that they'll be giving

20   you good mentoring and they'll help you reach the next

21   level.  Having a team like that and having support

22   like that in place, that's invaluable.  That allows

23   you to work when growing and moving your business

24   forward.  That's a massive advantage of this system.

25          Think of it this way, banks would not lend

**Attachment L**

1   money to someone who doesn't have a system.   Why?

2   Because it's far too risky and the statistics of

3   succeeding against -- are against that person.   They

4   will happily lend money for a proven system, a

5   franchise, most of them all day long.   Why would you

6   be any different?   Learn the difference between just a

7   product and a proven system.

8             Here's a few things to look for and keep in

9   mind.   Look for systems that have a successful track

10  record and where the economics work out.   For example,

11  a top-tier business model like this.   The economics

12  work out with this business.

13            You want to be part of something where

14  you're going to get consistent training and to help

15  you ensure your success.   Find the top mentors and

16  coaches in your industry and learn from them and model

17  them.   You want to be learning from industry leaders,

18  not advisors or theory gurus.   Don't pay attention to

19  anyone who gives you advice on an online business

20  who's never actually done it successfully themselves.

21  If you have people in your life who would like to

22  offer you their opinion and their advice and they've

23  actually never done this, stop listening to them.

24            Now, talking about franchises, usually

25  there's a cost, there's definitely investment, and it

**Attachment L**

1   can be very expensive.  If you do a little bit of

2   research, you'll see how much they really are.  Just

3   go Google it and type in the typical cost of a

4   franchise.  Most franchises, they are good investments

5   because they're giving you a proven business model,

6   their proven systems, their training, and their

7   economics work out.  But you're paying a million

8   dollars just to get started before you even open your

9   doors.  And it's taking years to get into profit.

10  Okay?

11         Now, thanks to the internet and the rapid

12  growth of the digital information sector, where people

13  are actually paying for information online and courses

14  and education more and more these days, the cost of

15  getting into a franchise-type proven model can be

16  greatly reduced.  If you look around, you and how many

17  people are using iPads, iPhones, and digital

18  everything, all of these smartphones and tablets and

19  they're consuming more and more information every

20  single day.  We truly live in a digital age and the

21  information age, an internet-based world and internet-

22  based businesses are the future.  It's not going

23  anywhere.  It's time to learn this stuff.

24         The good thing about us here at the ASPIRE

25  digital business system is that you are set to

**Attachment L**

1   capitalize on this trend and leverage this opportunity

2   with very little risk.

3          For today's assignment, we're going to keep

4   it very simple for you.  I want you to think about

5   some of the local businesses that are clearly not a

6   franchise.  How many hours do you think their owner

7   works?  Are they free to travel and live a life as

8   they want?  Or are they chained to their workplace

9   like a dry cleaner or a doctor?  How efficient are

10  their daily processes, like marketing, customer

11  service, growth, et cetera?

12         How many locals have you seen who have gone

13  -- gone and tried to start their own businesses?

14  Oftentimes, the product or service they had was great,

15  but a few months later or even a year down the line,

16  you see those doors closed.  It's really important

17  that you begin to recognize the power of having a

18  proven system, as well as something that's similar to

19  a franchise.  It's going to get the training systems

20  all behind you, okay, that can follow.

21         I want you to start communicating this to

22  your top-tier coach.  I want you to reach out to them

23  right now, in fact.  You can send them an email and/or

24  give them a call or add them on Skype, okay, and

25  message them.  Talk to them about the biggest

**Attachment L**

1    realizations that you've had about the importance of

2    having systems in place.

3           Now, we've been keeping these things fairly

4    broad up until this point.  We've seen -- we've been

5    talking in fairly generalized terms.  Moving forward

6    in the next few steps, we're going to get a lot more

7    specific.  We're actually going to dive into the

8    nitty-gritty of how you can start making some serious

9    income using our methods.  We'll also be revealing

10   some of our most coveted secrets to you.  I hope that

11   you see the importance of why we needed to cover the

12   groundwork first.

13          My goal was putting together this whole

14   training program so you could simply understand it

15   step-by-step.  I didn't want to just teach you how to

16   make a few extra dollars on the side or a couple extra

17   commissions per week with an online business.  My goal

18   is to set you up, to sustain you for the long term.  I

19   want you to really love this industry and this

20   business because you know it will change everything

21   for you, okay?

22          I really want to teach you to become wealthy

23   and financially free here online for the long term

24   with the right online business model.  That's my

25   ultimate goal for you.  That's why we needed to cover

**Attachment L**

EX 41
1848

1    the groundwork first.

2            Now, during the next step, I'm going to

3    begin to reveal to you what we believe is the perfect

4    business system for creating fast work.  Now, to go

5    into Step 5, I want you to send an email to your coach

6    and/or message them on Skype or give them a call.  Let

7    them know that you've completed Step 4 and that you

8    are about to get started with Step 5.  Then scroll

9    down to the bottom of this step, click the button

10   "next step" and I will see you on that next step.

11   Take care.

12            (The recording was concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment L**

```
1              CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12          I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                         SARA J. VANCE, CERT

23

24

25
```

**Attachment L**

EX 41
1850

1                OFFICIAL TRANSCRIPT PROCEEDING

2

                 FEDERAL TRADE COMMISSION

3

4

5

      MATTER NO.     1723060

6

      TITLE          DIGITAL ALTITUDE

7

      DATE           RECORDED:  DATE UNKNOWN

8                    TRANSCRIBED:  OCTOBER 30, 2017

9     PAGES          1 THROUGH 42

10

11

12               ASPIRE+STARTUP+STEP+5+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24               For The Record, Inc.

25     (301) 870-8025 – www.ftrinc.net – (800) 921-5555

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                              PAGE:

 5     ASPIRE+STARTUP+STEP+5+AUDIO                4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:           )

4    Digital Altitude            )   Matter No. 1723060

5                                )

6    -----------------------------)

7                                    Date Unknown

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on

13   October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment M**

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3               ASPIRE+STARTUP+STEP+5+AUDIO

 4          MICHAEL FORCE:  Hi, Michael Force here again

 5     with the ASPIRE Start-Up Steps here.  Now, we are on

 6     Step 5.

 7               Step 5 is going to show you how to elevate

 8     your profit, elevate your income with an ascension

 9     model.  It's a little known business model that a lot

10     of Fortune 500 companies use, but people don't think

11     that it can really apply to their own personal local

12     business or passion, interest, or idea or whatever you

13     may have, whether it be e-commerce or information

14     products, whatever it is.  I can tell you that using

15     the ascension model is probably going to be the most

16     profitable thing that you could ever do for any

17     business.  It changed my business; I know it can do

18     the same for you.

19               So I'm going to handhold you through this

20     step, Step 5.  Make sure that you plug in, take notes,

21     call your coach after each step, and make sure that

22     you're clear with them and make sure that you're on

23     the same page here.

24               So let's jump into Step 5 with the ascension

25     model, and I'll see you on the inside.
```

**Attachment M**

EX 41
1854

```
 1              Hello, Michael Force here.  Welcome to Step
 2      Number 5.  Discover what the number one business model
 3      is to make six and seven figures online, part of our
 4      startup series here, Step 5.
 5              Now, I started Digital Altitude here years
 6      ago, and I remember it like it was yesterday because I
 7      was doing a grand total, when I first got started, of
 8      only $700 in revenue per month.  As I record this
 9      video today, we're now doing millions of dollars per
10      month in revenue, with no sign of slowing down.  It's
11      growing incredibly quickly, and it's been a very
12      exciting ride.  We have a lot of people making money
13      with us all around the world.
14              You're going to learn why Digital Altitude
15      and the ASPIRE digital business system has grown so
16      quickly and how you can tap into its explosive growth.
17      As always, try to go through this video in one sitting
18      and take action, and I will see you here in -- on this
19      next slide here.
20              What is even more lucrative than a franchise
21      model?  We're going to discuss that.  We also talked
22      about the benefits of getting behind a proven
23      franchise and business model.  This is the best course
24      of action to take but also comes with some warning
25      signs that you need to take note of.  It's important
```

**Attachment M**

```
1    to know the people behind the business model, and
2    here's why.
3            I've been doing this now for over 15 years,
4    and within that time period, I've seen large companies
5    and organizations quickly come up and then go under
6    just as quickly.  This was either because of a faulty
7    business model or the owners behind them were not
8    exactly ethical.
9            Many of them also failed because the system
10   was too new to be proven.  It wasn't a tried-and-true
11   business model.  Even though it looked good on the
12   surface and it all sounded perfect, it was all just
13   theory and couldn't survive reality.  Oftentimes, the
14   team behind the model isn't the right one.  When you
15   don't have a stable team with a proven track record,
16   then it's a recipe for disaster.
17           Now, when I first got in the business,
18   Digital Altitude didn't exist.  Now, this is me back
19   in 2009, and I can tell you that I've -- I've been
20   doing this for over 15 years.  I've trained people all
21   over the world.  And it's one of my real passions, is
22   to get people results and get them off and running and
23   change their whole paradigm and change their whole
24   aspect of what they've been doing, and get them kind
25   of out of their comfort zone and realize that they are
```

**Attachment M**

EX 41
1856

1    their own worst enemy, the way they think, the things

2    they do is keeping them exactly where they are.  So we

3    need to push them and get them to really see things

4    differently.  And then when they start to see things

5    differently, they start to do things differently.  And

6    when they start to do things differently, they start

7    to get different results.  So that's one of my

8    passions.  That's what I love to do, and I know I can

9    do it for you too.

10        I've been training and coaching and teaching

11   people all over the world for over 15 years in over

12   100 different countries.  I've spoken in front of 5

13   people, 50 people, 500 people, 5,000 people.  And it's

14   -- it's one of the things that I love to do the most,

15   and -- to really get -- you know, help people make

16   those shifts and really take it to the next level.

17        Now, I -- when I first got started, I -- I

18   had no sales.  It was very slow.  I'd be working 10,

19   12 hours a day just to even get a single sale.

20   Sometimes I didn't even get sales, didn't even make a

21   single dollar.

22        Because back in hindsight, the company that

23   I was started with really didn't have a proven system.

24   They actually didn't really have any systems in place

25   at all.  They didn't have a system like we have here

**Attachment M**

EX 41
1857

1    Digital Altitude and the ASPIRE digital business

2    system.

3            The system was all wrong.  The team was bad.

4    The people managing it and the potential to actually

5    profit was pretty bad too.  No matter how hard you try

6    and pedal a bike, if the chain is broken, you're going

7    nowhere.  That's how this company was.  All the chains

8    were broken.  And maybe you've been a part of

9    companies like that or systems and programs and you

10   never made a penny.  And that's why, the chain was

11   broken.

12           But I stuck at it.  I continued to invest in

13   myself.  I started to figure things out.  I taught

14   myself marketing, sales, all of those things,

15   conversions.  I did work with some great mentors and

16   also some business models that actually worked really

17   well.  I learned from all my mistakes.  I failed fast,

18   as they say.  The faster you fail, the quicker you get

19   to success, right?  And I kept on moving forwards.

20           Shortly after that, I went on to a product

21   creation binge and I created around 100 different

22   products myself.  And eventually I started to see some

23   success.  At first, I started off slowly.  I was only

24   making a couple hundred dollars a month, but then it

25   turned into a few thousand, and then for -- it turned

**Attachment M**

```
1    into tens of thousands.  And then I was able to teach

2    and train people all the things that I had learned.

3    And I still do that today.

4              My best month in this space -- in this

5    industry is over $300,000, okay?  And I have been the

6    top affiliate and super affiliate in programs all over

7    the last 15 years and I've been able to teach and

8    train and mentor people on exactly how I've done it.

9              Now, I decided to create my own system and

10   program, and I call it the ASPIRE digital business

11   system.  And that is owned by Digital Altitude.

12   Digital Altitude is the parent company, of course,

13   which I own.  But I started the -- the ASPIRE digital

14   business system, which you're now here a part of, and

15   you're soon going to learn more about here on this

16   step and the next one.

17             Now, building a profitable internet sales

18   funnel and all the products behind it requires more

19   than just one product.  You actually need to have a

20   whole series of products that your new customer could

21   purchase.  And, of course, we do as a part of Digital

22   Altitude and our ASPIRE system.  And you'll be

23   introduced to those products and systems and services

24   over the next many steps and so on and so forth.  So

25   you'll learn about them all and how they can help you
```

**Attachment M**

1    and how they can benefit you.

2         Now, all these products that you have

3    available, that's just one small component of an

4    online marketing business.  It's very important for

5    three main reasons.  Products are just part of the

6    online profit puzzle.  First of all, your products are

7    the baseline to finding out your full profit potential

8    online.  Depending on your funnel, you either earn

9    very little or you earn a lot.  Now, more on that in a

10   minute.

11        The product line that you're selling will

12   also affect other important variables as well, like

13   your traffic, how much can you afford to spend on

14   traffic, what is a customer worth to you, how diverse

15   can your traffic sources be.  If you're only

16   profiting, say, $27 per sale, you have a lot less to

17   work on than if you were making, say, $1,000 per sale.

18   If you're making $1,000, you can afford to spend a lot

19   more to get each customer.

20        If you're -- if you're not the actual

21   product creator, then you don't control this aspect of

22   the business.  You want to be really confident in a

23   company and product line that you're working with.

24   That's one of the key things.  And you do have to do

25   some due diligence and research, as I've done.

**Attachment M**

1           When looking at products you might want to

2      promote, you also have to consider the sales funnel

3      that you've set up around those products.  How deep

4      does that sales funnel go?  When I say how deep, I

5      mean there are a whole series of back-end products

6      that the customer can buy that you can get paid bigger

7      and bigger commissions on.  How hands-off is it for

8      you?  You don't want to be doing all the work.

9      Whatever system you promote, you want it to be as

10     hands-off as possible so you can focus on one thing,

11     and that's generating more leads, more buyers.  Then

12     they take care of everything from that point on.

13          Ideally, what you're trying to do here is

14     trying to find a product funnel that goes to work for

15     you.  You set the leads in place and then all the

16     followup, the phone consults, the high-end sales,

17     fulfillment, support.  That's all handled by the

18     vendor.  That's not handled by you.

19          Working all of this out before you even get

20     started is critical.  If you don't choose the right

21     products from the very start, then the chances of you

22     succeeding online with those products are slim to

23     none.  You've got to get very specific about what

24     product am I going to promote.

25          Now, most products fall into three different

**Attachment M**

1    categories.  First of all, you've got physical

2    products and deliverables, so things like computers,

3    phones, homes, cars, things you can touch and feel.

4    You've got digital products and goods.  It could be

5    Kindle books, software, apps, online games, music.

6    Information-based products, typically not available as

7    a physical product, learning courses, how-to products,

8    instantly downloadable like books on how to play golf

9    or learn Spanish, make money in whatever industry,

10   investments, weight-loss programs.  It could be

11   anything.

12            Then you've got mom-and-pop services and

13   businesses.  These are usually local small businesses

14   selling services and goods in their local area.

15   You've got large corporations and also franchises,

16   Fortune 500 companies doing maybe 50 million a year

17   plus and so on.

18            It's our product selection, though, that we

19   want to look at, building an online marketing

20   business.  We can look at this slightly different and

21   narrow our focus down a bit.  For example, any product

22   line that you decide to work with online, will it

23   really fit into these two categories?  And here they

24   are.  Retail physical products and opportunity

25   products.  I'll explain the difference here.

**Attachment M**

1              We have physical products, usually

2      consumables and things that you can actually use.

3      Like I said before, phones, vehicles, body wash, soap,

4      food, drinks.  We're all familiar with these.

5      Physical goods always carry an end result.  Everything

6      does, so what the end user or customer end result is

7      going to be.  What are their pains, their problems,

8      their wants, their needs?  What are they getting out

9      of actually consuming that product?

10             What are their pains and problems, their

11     wants, their needs?  These things you have to be very

12     aware of.  As you ask yourself these questions, you'll

13     see the purchases are often not logical.  They are

14     more emotional-based decisions coupled with logical

15     reasoning.

16             Think about it like this.  You can go and

17     buy a brand new Hyundai Elantra and I believe they're

18     somewhere around $17,000.  That's going to get you

19     where you need to go, without any problems, from A to

20     B all day long.

21             If you go and buy a Mercedes CLS550 coupe,

22     then that's going to cost you somewhere around

23     $72,500.  That's more than four times the cost, yet it

24     does exactly the same thing.  Why such a big

25     difference in price?  Still gets you to A and B,

**Attachment M**

1    right?  It's really an emotionally driven decision,

2    such as I've been seen as successful and accomplished,

3    I'll attract my ideal mate in this car, it reflects my

4    lifestyle or who I am, so on and so forth.

5           The other main category that you have are

6    opportunity-based products, information products.

7    They are usually purchases made in order to achieve

8    some result, promise, or desire that is fulfilled

9    throughout the product.  These different types of

10   opportunity products are usually going to fit into one

11   of a few categories, and let me break it down for you.

12          There will be in the business -- make money

13   or investment opportunities niche.  They could be

14   stocks, bonds, investment ideas or strategies,

15   franchises, MLMs, online marketing, network marketing,

16   any one of these kind of opportunities.

17          Then you have your relationship products or

18   relationship opportunities.  It could be a book on how

19   to date better or, you know, find your ideal mate,

20   meet your dream mate, have a better time in the

21   bedroom, online dating and advice, anything to do with

22   that niche, which is, of course, a very big niche.

23          Health and fitness products or

24   opportunities.  You've got to lose weight fast, you

25   know, lose ten pounds in ten days, put on more muscle,

**Attachment M**

1   you know, vegan diets, gluten-free lifestyles, so on

2   and so forth.  We've all seen these.

3         You also have some physical or retail

4   products that come with an opportunity to actually

5   earn an income with them.  Oftentimes, these are

6   referred to in the industry as hybrid products.  This

7   might be in the form of a distributorship, a partner

8   program, a licensing program, or having the

9   opportunity to become an affiliate.

10         Opportunity-based products, though, are

11   mainly focused in on the only results -- on only the

12   results, whatever it might be:  health, relationships,

13   making money.  You're into that product purely because

14   of the opportunity that it offers you.

15         Let's talk about the most profitable pricing

16   model when selling products online.  Looking at

17   pricing differences between retail and physical

18   products versus opportunity-based products and the way

19   that they're priced is extremely important.  Let's

20   spend a little time on this.  I'll break it down for

21   you.

22         Usually, with retail, it's a simple formula.

23   How much does it cost to have something produced?

24   What is the price of distribution and fulfillment and

25   product distribution?  All of this being considered,

**Attachment M**

1    you arrive at the retail price or the product for the

2    goods to be sold.  After that, you can usually only

3    raise your price from differentiating yourself from

4    the competition.  Otherwise, and what most often

5    happens, is you're a victim of fierce competition, so

6    your profit margin is very thin, and you rely on a lot

7    of sales to achieve any profit at all.

8           This usually isn't a big problem for the big

9    companies out there.  They get by on less profit per

10   sale, and since they're buying in bulk, they can get

11   their products manufactured even cheaper.  This is bad

12   advice for the little guy, okay, and/or the new

13   company trying to gain market share in that space.

14   With this model, they simply can't compete with bigger

15   players in that niche.

16          In the physical world, even high-priced

17   products usually need to be sold in bulk.  If you're

18   selling a high-end ground swimming pool, for example,

19   you've got a storefront, overhead, waters -- warehouse

20   space, label [sic], workers, the price of owning,

21   maintaining, using big equipment, all of those kind of

22   things, forklifts, backhoes, all that kind of stuff.

23   The company would have to do several of these a month

24   and rely on the service work on the side really just

25   to get by.

**Attachment M**

EX 41
1866

1        Now, we can think about the high overhead if

2    you owned a car dealership, for example,

3    manufacturing, again, store overhead, everything

4    that's involved with the business carrying a cost.  If

5    you're a car salesman, by the time the profit gets to

6    you, it's next to nothing based on the size of the

7    sale that you just made.  The same principles apply

8    online.

9        The formula for pricing opportunity-based

10   products is quite different, though, and it's often

11   based on the end result and potential of the

12   opportunity, plus the buyer's desire to achieve that

13   result.  You do have to factor in fulfillment, cost to

14   produce and maintain.  That's usually far, far less in

15   the opportunity-based sector and especially in the

16   online arena.

17        In other words, we have an immediate

18   advantage in selling online.  Where a physical book

19   may cost you $7 apiece to have printed and shipped,

20   creating a digital book, which can be read

21   electronically from someone's computer, phone, or

22   tablet, literally can cost zero dollars in

23   fulfillment.

24        With online and opportunity products, you're

25   able to diversify much easier and spread your costs

**Attachment M**

1    through a broader range and get a much higher profit

2    potential in the process.

3            Selling digital books, video courses,

4    seminars, live web events, webinars, that's what's so

5    exciting about this business, and that's why I'm in it

6    and that's why a lot of other people are in it, too,

7    and more -- millions getting on board every single

8    day.  Selling books, video courses, online courses,

9    tutorials, all of this, I mean, it's a huge, huge

10   market, and it's a $100-billion-a-year industry.

11           Seminars, webinars, that's what's awesome

12   about this space is that you're turning your expertise

13   into income.  That's really the key, and that's why

14   people are making hand over fist [sic].

15           In the online space, people will gladly pay

16   you for what you know or what you've created, and that

17   will add value to their lives or serve a problem that

18   they're facing.  This is often niched-down and

19   specialized information that's only unique to you.

20           Walmart and the big box stores can't compete

21   with you here.  They just can't do it.  Here's why.

22   For example, someone might have stumbled upon a way

23   that will save every new homeowner over $8,000 when

24   they purchase their first home.  This method is

25   virtually unheard of, but the loan officer has done it

**Attachment M**

1    for over 300 people successfully in his local area.

2    It's totally ethical and only takes 15 minutes to

3    implement.  He's put together a training course on how

4    to do all of this, guaranteed when buying your first

5    house.

6           Would this appeal to you if you were a

7    first-time homebuyer in the market to buy?  Sure, it

8    would.  Even if you had to pay $2,000 to save $8,000,

9    okay, for this information, it would bring tremendous

10   value.

11          This guy can create this course.  Let's say

12   it takes him about a week.  And after that, he can set

13   up a few things and basically have the system be

14   delivered at zero percent in cost and fulfillment and

15   automated.  You're not buying a product, per se,

16   you're buying his knowledge, his expertise.  You're

17   investing in what he knows, hence the term

18   "information product" or marketing.

19          Oftentimes, this information is very

20   proprietary.  Maybe you've had software that you've

21   created and it saves hours of time.  It's not easy for

22   another competitor to duplicate it, so you can charge

23   premium prices.  If you can be the first one to market

24   and share it, it can be very hard for imitators to

25   come in and beat you.

**Attachment M**

1          You also have to consider if people actually

2     want your advice.  That's why earlier on we discussed

3     that quite a bit.  We talked about the emotional and

4     the need decisions involved in the purchase.  If you

5     could solve a problem that many have, then you might

6     be on to something very lucrative.  Just because you

7     see an opportunity that looks untapped, don't

8     automatically think that it's going to be profitable.

9          In fact, online, it's a common myth that

10    competitive markets should be untouched and you'll be

11    better off finding noncompetitive small markets.

12    That's just bad, bad advice.  Just think about it for

13    a second.  Where do you go when you're walking around

14    in a restaurant?  If you see a line around the door

15    you're going to have a pretty good chance that that's

16    a pretty good restaurant or they serve food that a lot

17    of people like, right?

18          But if you go to a restaurant that nobody's

19    in, odds are it's not that good or nobody likes that

20    kind of food, right?  It's because they're selling

21    what people want and people are actually making money

22    selling it to customers.  You go where the people are,

23    plain and simple.  When you see competition, that's

24    good.  That's why the big three -- which are health,

25    relationships and making money niches -- are what you

**Attachment M**

1    want to stick with if you're going to market online.

2         Instead of looking for tiny markets that no

3    one cares about, you look for different ways to break

4    into the big three niches.  One way to do this is

5    either by leveraging the bigger players or by niching

6    down with the big three.  Specialization is key here.

7    Let's look at an example.

8         Let's niche down weight loss.  Let's do this

9    for, you know, brides, for example.  Weight loss, of

10   course, is very broad, but what about weight loss for

11   women?  That's still -- still fairly broad.  Weight

12   loss for brides, now we're getting a little more

13   specific.  Kettlebell workouts for women, again, more

14   specific.  Lose weight fast after pregnancy, again, we

15   niche down and that is very specific.  This way you're

16   still within the big three, but you're specializing

17   and targeting less competitive markets.

18        The more targeted your market is, the more

19   passionate that market is, plus the more you'll be

20   able to directly talk to your market in their

21   language.  That's extremely important.  You have to

22   talk to your market in the way they already speak to

23   each other or they speak about their problem or

24   desire.

25        Remember, every market has its own language.

**Attachment M**

1    Plumbers, brides, make money online, bodybuilders,

2    golfers, all of them, they all have their own

3    language.  If you're going to sell to them, you need

4    to speak that language.

5          Retail can also sell to desire, as we talked

6    about when we were talking about the Hyundai and

7    Mercedes example earlier on.  Companies like Apple

8    Computers, BMW, Mercedes Benz, Starbucks, and Harley-

9    Davidson motorcycles, all have designed their

10   businesses and created a real desire for consumers to

11   buy their products.  These companies are few and far

12   between, but the companies that are desired the most

13   profit the most.

14          Think to yourself, what do people desire,

15   not just what -- not just need, but also want.  What

16   are the emotions pulling them towards you?  If you're

17   interested in creating a product in retail realm and

18   trying to compete with the big boys, then you'd better

19   create a brand with a strong desire built in to

20   differentiate you and charge more for than the rest.

21          In short, all the facts and statistics

22   involved here prove that retail, physical products and

23   that type of business is usually a much more harder

24   market to break into and to be profitable with for the

25   little guy.  Can it be done?  Absolutely.  But it's

**Attachment M**

EX 41
1872

1    not easy, and it's very expensive.  You can make money

2    online promoting those kind of products, but

3    opportunity products are where the real money and

4    lifestyle that you want are actually offered.  It's

5    got the best of each element built into it.

6         Some people like to make fun of opportunity

7    products and companies that make or sell them.  Some

8    people scoff at the idea of paying $2,500 for an Apple

9    computer.  Others think the drug companies, they're

10   all crooks.  The whole concept of franchising was put

11   under legal review in the first half of the 20th

12   Century.

13        Even those people that like to make fun of

14   this market are selling on desires and wants.  That's

15   okay.  They're not in your target market.  You don't

16   want to try and please everyone.  Otherwise, you're

17   going to fail every time.  Don't worry about those

18   people.

19        Some people can't see why someone would pay

20   $3,000 for an Apple computer when one's just as good

21   as the other or a, you know, $100,000 BMW, you know,

22   when one can be purchased for $25,000 somewhere else.

23   Some people can't imagine spending $5 at Starbucks for

24   a coffee.  But, once again, that's totally okay.  They

25   know their market.  They have their audience.  They

**Attachment M**

1    have their tribe, people that are following them.

2              That's not true fans, okay?  You want to

3    focus on your tribe, your fans.  That's all that

4    matters is that you speak to them.  Everyone else is

5    an outsider.  They're not going to be your customers

6    anyway, so why waste time with them?

7              What are you passionate about?  One person

8    could care less about having a $10,000 watch like a

9    Rolex on their hand, but they'd happily spend $5,000

10   on a camera because that's their irrational passion.

11   Vice versa, the person who wants a $5,000 Rolex could

12   care less about a $5,000 camera because they're not

13   passionate about taking pictures or photos or

14   photography.

15             Whether you get them yourself or not,

16   opportunity products are the marketer's dream.  And

17   the best type of opportunity product is one with

18   minimal production cost and little to no carrying cost

19   or inventory.  Online, it's the perfect vehicle for us

20   to run with this dream.  Low cost, passionate markets,

21   and high profits.

22             Think about why people usually go searching

23   for things online.  They have a need and a desire that

24   they want to be fulfilled, something they're more

25   likely than not to go get an answer from anywhere

**Attachment M**

EX 41
1874

1    else, so they go online.  They go online looking for

2    love or how they can lose weight or look better or

3    more attractive or make money, how they can earn extra

4    money on the side or get out of their day job.

5         In other words, they're looking for things

6    they can't find on the shelves at Walmart.  It's these

7    things that they might not even want to ask friends'

8    or family advice on.  When it comes to deep-seated

9    insecurities or things that we like to keep private,

10   like hidden hopes and desires and wants, usually

11   people prefer the anonymity of the internet.  That's

12   why they go online, and that's the first place they'll

13   search.

14        So let's also talk about how deep is the

15   sales funnel.  Now, here's just a few important

16   definitions that we need to cover.  With your sales

17   funnel, you're going to have feeder products.  This is

18   a common area of marketing, even traditional offline

19   marketing.  Your feeder product, that one that

20   attracts customers, like an iPhone or a free teeth

21   cleaning, who might be interested in other products

22   which you have, which are more profitable, like a root

23   canal or an iMac.

24        Then you have a funded proposal.  This is

25   where products are sold in the sales funnel to help

**Attachment M**

```
1    fund the marketing and advertising expense that's

2    necessary to get your customers.

3             A funded proposal is generally not

4    profitable unless it's paired with a primary offer.

5    Your primary offer, that's the main product that

6    you're selling.  Other products in your funnel are

7    either feeder products, funded proposal products, or

8    both at the same time.  These are the products served

9    to fund your advertising or attract customers to your

10   primary offer or a combination of both.  And then you

11   have your back-end products, which maximize your

12   profits.  That is the key.

13            Let me show you an example.  Feeder products

14   are the iPhone or the different sizes of iPhones.

15   Funded proposals would be the iPads, right?  They pay

16   for all the -- they pay for all of the advertising

17   and/or expenses that Apple has to run their business.

18   But then the Macbook Pros, the laptops, the iMacs

19   here, for an example, those are pure profit for the

20   company.  Okay, so they have feeder products, funded

21   proposal products, primary and back-end offers.  Okay,

22   that's where you make all of your profit.

23            Now, Digital Altitude, which owns the ASPIRE

24   digital business system, serves four primary functions

25   for your business.  Their number one provides the
```

**Attachment M**

```
 1    training, the support, and the community that you can

 2    be a part of, provides you with the infrastructure to

 3    do all this, the phone sales team, the websites,

 4    everything like that.  We have products that will

 5    serve as your feeder product to actually go and find

 6    customers who might be interested in your primary

 7    other offers, your back-end offers.  Then that funds

 8    your advertising, a funded proposal, by automating the

 9    sale of other products to your leads to help monetize

10    your list.

11           If you were to go and build all of this from

12    scratch, it would cost you hundreds of thousands of

13    dollars and, possible, maybe even a million, as it

14    cost me to do so.  That's what it cost me over the

15    last years to build Digital Altitude.  Digital

16    Altitude already contains everything that you need and

17    teaches you how to use it.

18           For example, let's illustrate this.  Here's

19    an example of a feeder product and the back-end

20    product relationship.  We all need a cell phone,

21    right?  Everyone's got a cell phone, at least most of

22    us do.  People usually want the newest, latest, and

23    greatest phones in their hands, especially the younger

24    audience.  If you were to go out and buy a brand new

25    one, like an iPhone, let's say it cost you $6- or
```

**Attachment M**

1    $700, however, depending on your provider and plan,

2    you could get this phone maybe for free or for less

3    than $100.  Usually, it's less than it actually costs

4    them to actually make the phone, the manufacturing

5    costs.

6          Why do you think they're willing to take a

7    loss on this iPhone?  Simple, they want to attract

8    customers and get you to buy more from them in the

9    long term.  They might be giving you the phone for

10   free on the front end, but then there's the phone

11   plan.  The fine print will reveal that you're now on a

12   two-year contract with the provider.  Now, every

13   month, you're paying them money and pure profit.

14         Then you're going to have service upgrades,

15   accessories for your phone, data packages.  That got

16   you in the door for free and possibly taking a little

17   bit of loss to do so.  But, now, they know on the back

18   end, it's going to actually bring in millions of

19   profits and, overall, it's going to bring in many more

20   millions of dollars a month.  One that offers you the

21   latest $700 phone for free or below cost or the others

22   which offers you a cheesy $50 throwaway bonus, which

23   are you going to do?

24         This is how many companies across all

25   industries do business.  It's actually pretty normal.

**Attachment M**

1    Fortune 500 companies, like Lowe's and Home Depot,

2    they offer loss leaders or feeder products like

3    Sheetrock with the knowledge that once you come in,

4    you'll actually buy some Sheetrock for your home, of

5    course, but you'll also be paying thousands of dollars

6    more on other products for your home project while

7    you're there.

8           This is the power of feeder products.  This

9    is the power of funded proposals, okay?  We have it

10   set up, of course, in Digital Altitude for you to be

11   able to utilize and sell our products as well in the

12   same way.  Funded proposals, primary offers, and back-

13   end offers to make sure you maximize your commissions

14   and maximize your profits so you can earn the most

15   amount of money with the least amount of effort.  We

16   have that all figured out for you as a part of Digital

17   Altitude and the ASPIRE digital business system.

18          So what is your back end?  Do you have one

19   now?  What were you thinking?  Do you think you were

20   going to have one?  You need one.  If you don't have

21   one, you really will need one to be profitable.

22          Let's say that our little phone store, we

23   have 50 people that come in and they all need a new

24   phone or they saw the offer that we were offering for

25   a quality phone for no cost.  Again, we're taking a

**Attachment M**

EX 41
1879

1       loss because we're offering it for free or for $100.

2       So we're losing $5,000 on the front end, but we get

3       you on a $75 a month plan, now we're making $90,000

4       over a two-year contract.  That's the power of the

5       AT&Ts and all of the big companies that you see out

6       there.  They got all this stuff figured out.  You have

7       to set your business up the same.

8                Fortunately for you, Digital Altitude

9       already has it done for you with the ASPIRE digital

10      business system.  So, again, over the years, phone

11      upgrades, extended contracts, bigger data packages,

12      family plans, more accessories, and then there's a

13      win-win for Apple.  They get you on iTunes, they get

14      you, you know, buying music and movies and all the

15      other stuff, all their mobile apps.  It gets very

16      deep.

17               So let's look at some of the numbers within

18      our own industry.  As always, even with the examples

19      shown here, the numbers and costs have to be estimated

20      to some extent since individual account and results

21      always are going to be different.  You'll see the

22      numbers and stats below reflect a relatively accurate

23      estimate, and they're going to serve our purpose right

24      here.

25               Let's say for the purpose of the example you

**Attachment M**

1    have $1,000 to spend on advertising.  There it is at

2    the top line.  Your have an average cost per lead to

3    get some -- a name and email address, is going to be

4    around $10, okay?  Your average retail sale of $200

5    paying a 20 percent commission, that's what you're

6    getting.  At the end of running this campaign, your

7    business would have 100 quality leads.  That's $1,000

8    divided by $10 per lead.

9            Out of these, statistically 98 percent will

10   never be interested in learning anything about your

11   products.  This means that a 2 or 3 percent conversion

12   ratio is very normal online.  This -- and it's even

13   worse offline.  This means that 980 of your $1,000

14   cost will not monetize without further products.

15           That doesn't sound too enticing at the

16   moment, but that's why we have to do what we have to

17   do to actually make this work.  That's what we're

18   working with.  We always deal with reality and not

19   theory.

20           Digital Altitude is going to aim to convert

21   20 percent of these other leads into retail customers

22   for you in one of our other affiliate programs like

23   the ASPIRE digital business system.  This means that

24   approximately 20 leads will purchase one of your other

25   offers.  That translates into $800 in revenue for you

**Attachment M**

1    or $40 per customer.

2              In this example now, you've covered $800 of

3    the $1,000 you spent to generate a lead.  That's why

4    you need a system.  That's why you need the ASPIRE

5    digital business system that's provided to you by

6    Digital Altitude.

7              Now, does this mean that you're going to be

8    losing $200?  That would be true if all you sold were

9    front-end products, which we demonstrated in our

10   example before the back end.  These products represent

11   your funded proposal, which is designed to pay for the

12   cost of advertising and generate new customers.

13   Remember, we haven't covered the best part of your new

14   business yet.  It's time to learn more about

15   positioning.  What are you going to sell on the back

16   end?  How much will it pay you in profit?

17             So far, you've now recouped $800 of that

18   $1,000 you spent on advertising.  So you're not quite

19   profitable yet.  Let's sell an opportunity product

20   that puts us into mega profits.  Let's talk about

21   positioning and make sure you pick the right product

22   here and now.

23             Now, what top-tier opportunity product you

24   market is literally the X factor in your success, and

25   probably as an online marketer, it's everything.

**Attachment M**

1    Between the marketing system, training resources, and

2    guidance that you'll receive as a part of Digital

3    Altitude, okay, it's all here.  Selecting the primary

4    products, all the product mixes, last of the five

5    components.

6          Remember the earlier lessons that we talked

7    about with economics.  Let's look at a few facts about

8    this business.  Fact one, the bigger commissions your

9    primary product pays, the more you are going to make.

10         Let's get back to our example for a moment

11   to demonstrate the power of top-tier products.  If you

12   remember, we were talking about the cell phone store

13   giving away 50 free phones a day.  After the first

14   back-end offer, the store was into decent profits, but

15   it would be spread out over the next two years.  It's

16   kind of slow and steady profit model there.

17         Let's say that they do this for a few days

18   and there's a whole lot in their way of profits are

19   happening, but when one day, unexpectedly, an owner of

20   a new large service company in the area moves in.

21   This guy's got 50 technicians on his team and he needs

22   some iPhones, he needs some iPads, he needs some

23   Macbook Pros, he needs some iMacs, okay?

24         Now, of course, again, the iPhones may be

25   loss leaders where we don't make any profit, but he

**Attachment M**

1    needs 50 iPhones, which we can -- you know, we'll make

2    -- we'll make the two-year contract on that, but we'll

3    also -- he also needs 25 iPads, he also needs 12 iMacs

4    out of these 50 people because he's got management and

5    he's got, you know, people -- other employees that

6    need specific things.  And for his team of management,

7    maybe he wants some iMacs.

8            So now, each one of those, so the phone

9    costs $100, the iPads cost $500, the Macbook Pros, the

10   laptops there cost $1,500, and the iMacs cost $3,500.

11   So we need six iMacs, which is $21,000 in revenue is

12   what you would make.  And he needs 12 laptops.  You

13   made $18,000.  And he needs 25 iPads.  You made 12,500

14   there.  And he needs those 50 phones, which you made

15   $5,000 off of.

16           Now, what happens if your store didn't sell

17   iMacs?  What if it didn't sell Macbook Pros or

18   laptops?  What if it didn't sell iPads?  Boom, you

19   only made $5,000.  You missed out on $51,500 in

20   revenue because you didn't have any funded proposal

21   products, you didn't have a primary offer, and you

22   didn't have any back-end products.  Now, you see why

23   this is so powerful.

24           The same amount of marketing and advertising

25   you have to spend just to get the iPhone, but you're

**Attachment M**

EX 41
1884

1    missing out on all of the iPad revenue, all the

2    Macbook Pro revenue, and all the iMac revenue.  And

3    that's why Apple is the most valuable company in the

4    world, $100 billion.  They know how to do this.  And

5    we, of course, at Digital Altitude and the ASPIRE

6    digital business system know how to do it as well.

7           This is just as true with your business as

8    it is with the example here.  There's lots of people

9    looking for big opportunities to make serious money

10   online with their own business.  Maybe they want to

11   build a house, maybe they want a new car, maybe they

12   want to get their kids off to college, maybe they want

13   to pay off their house.  Okay, they don't want to mess

14   around with some small dollar deal.  They've got money

15   ready to invest somewhere.

16           If you don't believe it, simply drive down a

17   busy street in your town, look at your local area in

18   magazines and online.  And you'll see for yourself

19   that people want to get into business for themselves

20   to make themselves more money.  People are looking for

21   you.  And if you don't have a big opportunity for

22   them, believe me, someone else does.  They'll be the

23   ones making all the profits, not you.

24           Positioning makes all the difference in the

25   world, okay?  Keep this in mind.  Like I said, if you

**Attachment M**

EX 41
1885

1    don't have those iMacs, you don't have that Macbook

2    Pro available in your store or those iPads, you're

3    going to pay a price.

4          Now, do you see the power of positioning?

5    Just like in the example we were discussing, if you

6    don't position yourself at the right level and have

7    the products available with that product line, then

8    you'll be missing out on the chance to earn maximum

9    commissions from the same amount of effort through

10   your advertising and marketing.  Depending upon how

11   you're positioned, you'll be earning big commissions,

12   or you won't.  Same amount of work.

13         Your coach will talk to you more about this

14   in the strategy session and business plan meetings,

15   but once again, it's good that you have a basic

16   understanding now of what top-tier positioning or

17   positioning means and why it matters so much.  You've

18   got to be positioned with that iMac and/or Macbook Pro

19   and/or the iPad to make those bigger commissions or

20   profits.

21         Now, in the example above, it was too late

22   for the storeowner to call up Apple.  He didn't -- you

23   know, he wasn't selling his iPads or iMacs or Macbook

24   Pros, so he paid.  The profits you generate in this

25   business are in direct proportion to how big your

**Attachment M**

1    back-end commissions are.  Either you're set up to

2    maximize earning potential or you're not.  That's the

3    bottom line.  Why not choose a back-end product as big

4    as possible?  That is the entire reason of the top-

5    tier business funnel.  Maximize conversions and high-

6    dollar commissions for our partners.  That's what we

7    do here.  That's you.

8          Trying to make money online selling low-end

9    products, like vitamins, lotions, potions, pills,

10   cheap information products, e-books, juices, and just

11   about anything else you could imagine just doesn't

12   leave you any real room for profits.  You know,

13   there's not a lot of money to be made in jeans or

14   sunglasses.  That's why many of these companies ask

15   you that you contact everyone you know or teach you

16   some free traffic method.  They know that you have no

17   room for profit potential to actively grow their

18   business by using real and scalable paid traffic

19   methods.

20         Some smart person finally figured it out

21   that if you created a more expensive product line for

22   the representatives to market prices, more like it's

23   for your high-end, quality customers, 80 percent of

24   your profits are going to come from 20 percent of your

25   customers.  Keep that in mind, okay?  It's something

**Attachment M**

1    like a small franchise opportunity.  Then larger

2    commissions could be paid to reps and they might

3    actually make some decent money.  Okay?  That's what

4    the key is, is always having the high-ticket, back-end

5    products.

6            With top-tier, you'll have direct access to

7    much more expensive products that will be sold through

8    our proven marketing systems.  These products are

9    priced along the lines of a small franchise

10   opportunity, which means much higher commissions and

11   profits to you, all with less effort than the

12   traditional methods that are out there.

13           In the home business market, it's not

14   uncommon for the average marketer to make one to three

15   sales a month.  If he's making a lot more sales, then

16   the product probably has an extremely low profit

17   margin and is based on the affiliate marketing model.

18   This works out to be an average of less than a couple

19   hundred dollars a month.  Not exactly much to get

20   excited about.

21           That's why most people either fail and get

22   frustrated or they give up after seeing much -- such

23   mediocre results for a couple of months.  When you

24   earn $10,000 or more per sale, you only need one sale

25   a month to create a six-figure income.  That's the

**Attachment M**

1    key.

2              As I mentioned to you earlier, only a set

3    percentage of your leads will purchase your main

4    product from you.  That's the beauty of the internet

5    and systems that we have it all set up for you.

6    You can rapidly sift through leads in a very

7    systemized fashion, which will bring your quality

8    leads to the surface; the internet, which will allow

9    us to easily target rabid buyers on a mass scale; then

10   the system which will follow up and sell your products

11   to them.  It's a solid and proven recipe for success.

12             Consider that you might only bring in around

13   three high-quality leads per month, who are willing

14   and ready to buy, brings up the question, how much

15   money are you in a position to earn each time you

16   discover these people?

17             Analyze the business that you're looking at

18   and getting involved with.  Know what your full profit

19   potential can be and the risk of not being fully

20   positioned.  And then simply position yourself to earn

21   the largest up-front commissions possible per sale

22   right from the start.

23             Remember, this decision dictates the

24   rest of your entire business, how much you can

25   spend on marketing, how can you scale your business

**Attachment M**

1   and get into profit.  Top-tiered and fully positioned

2   is the fastest way to biggest profits online.

3           Yes, residual income is important online,

4   and you'll learn a little later about passive income

5   and the fantastic passive income streams that we have

6   built into Digital Altitude and the ASPIRE digital

7   business system.  But the fact is, without large

8   commissions up-front, on the front end, you won't be

9   in business long enough to build up and enjoy the

10  residual income part of your business.

11          The right product line will not only help

12  you make great money, it will also help you keep and

13  grow the money that you make.

14          For today's assignment, we're going to keep

15  it very simple.  Over the last few steps, I've been

16  revealing our proprietary top-tier business model to

17  you.  Now, before I can do that, I have to make sure

18  that the information that we're going to give you over

19  the next couple of steps is not shared with anyone

20  else.  I want you to keep it very private, and I'm

21  going to ask you, as I originally mentioned, that you

22  signed up for this program, that you do sign an NDA, a

23  nondisclosure agreement.

24          Without signing the NDA, the nondisclosure

25  agreement, you will not actually be able to progress

**Attachment M**

1    through the remaining steps.  Filling this out, just

2    in case you were wondering, isn't a gimmick, okay?

3    It's designed really to get you to know and understand

4    that this is proprietary information.  It also

5    protects our partners and their long-term success with

6    us as well.

7             For example, McDonald's, Coca Cola, KFC,

8    they all go through the same measures to protect their

9    trade secrets, their intellectual property.  We're

10   going to do the same thing here.

11            Now, once you've signed the NDA, which

12   should only take a couple of seconds, then scroll down

13   to the bottom of the page, look for the NDA, sign it,

14   and I will see you on the next step.  Take care.

15            (The recording was concluded.)

16

17

18

19

20

21

22

23

24

25

**Attachment M**                              EX 41
                                              1891

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4          I, Sara J. Vance, do hereby certify that the

 5    foregoing proceedings and/or conversations were

 6    transcribed by me via CD, videotape, audiotape or

 7    digital recording, and reduced to typewriting under my

 8    supervision; that I had no role in the recording of

 9    this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12          I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                          SARA J. VANCE, CERT

23

24

25
```

**Attachment M**

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.      1723060

6

     TITLE          DIGITAL ALTITUDE

7

     DATE           RECORDED:  DATE UNKNOWN

8                    TRANSCRIBED:  NOVEMBER 6, 2017

9    PAGES          1 THROUGH 50

10

11

12                   ASPIRE+STARTUP+STEP+6+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment N**

EX 41
1893

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4       RECORDING:                              PAGE:

5       ASPIRE+STARTUP+STEP+6+AUDIO                4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment N**                                    EX 41
                                                    1894

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:           )

 4     Digital Altitude           )   Matter No. 1723060

 5                                 )

 6     -----------------------------)

 7                                   Date Unknown

 8

 9

10

11          The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment N**

EX 41
1895