

LODGED
CLERK, U.S. DISTRICT COURT

1/29/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

January 29, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AK_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Federal Trade Commission,

Plaintiff,

vs.

Digital Altitude LLC, et al.,

Defendants.

LACV No 8-100-729-JAK (MRW_x)

FEDERAL TRADE COMMISSION'S
EXHIBITS IN SUPPORT OF ITS *EX
PARTE* APPLICATION FOR
TEMPORARY RESTRAINING
ORDER AND ORDER WHY A
PRELIMINARY INJUNCTION
SHOULD NOT ISSUE

**VOLUME VIII**

**(PART 2 OF 4)**

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3                ASPIRE+STARTUP+STEP+6+AUDIO

 4           MICHAEL FORCE:  Hello, Michael Force here.

 5    Welcome to Start-Up Step Number 6, how to license the

 6    most profitable products and proven systems online.

 7    Today we're really going to get into the good stuff

 8    here, so get ready to take some notes.

 9               Now, many people today desire true financial

10    freedom for themselves and their families.

11    Unfortunately, most of them go about it in completely

12    the wrong way.  Today, we're going to cover the right

13    way to do it.  By now you realize there is a far

14    easier way to make money online than you may have even

15    been led to believe.  And now that you've signed your

16    nondisclosure agreement, I can start to give you the

17    deeper reasons behind making a top-tier income.

18               So let's jump in, but first let me share a

19    little fact with you.  In 2015, Disney released Star

20    Wars:  The Force Awakens.  The film went on to make

21    over $2.1 billion.  But what most people don't know is

22    how much they made from simply licensing the Star Wars

23    name or brand out.  Over $5 billion is what they made.

24    They made two and a half times more money from

25    licensing the name and brand than they did the movie
```

5

```
1    itself.  You see, making movies, products is
2    profitable.  But licensing those products or names is
3    a way more profitable enterprise as well.
4              Let's look at an example here.  Lego
5    obviously paid a large sum of money to be able to
6    leverage the Star Wars brand and name.  And also,
7    guitars, grapes, down to Campbell's Soups, Popchips,
8    Jelly Bellys, Kraft Macaroni and Cheese, all the way
9    down to Coffeemate has leveraged the licensing of the
10   Star Wars name.  Also, even CoverGirl did it as well.
11             And we've seen posters time and time again,
12   all around the world, that leveraged their name and
13   brand as well.  So people have made billions of
14   dollars simply from licensing a product that was
15   already made.  With that in mind, today, I want to
16   talk to you about something that is quite unique to
17   Digital Altitude.  When you joined the ASPIRE program,
18   you joined an incredible community of entrepreneurs
19   who help you become as successful as possible in so
20   many different ways.
21             You have at your fingertips a world-class
22   marketing platform, superior training, and a highly
23   qualified support and sales team to assist you.  If
24   you've done your homework, followed the steps, and
25   been in contact with your coach, you've learned the
```

Attachment N

1    five -- of the required components of a successful

2    online business.  If you remember, they are traffic,

3    funnel, filter, followup, and product mix.

4              Now, you have two options here.  You can go

5    and create the own products yourself, or you can

6    license someone else's products.  We've all seen the

7    difference that these mom-and-pop shops come and go,

8    but the franchises always tend to stay the course,

9    don't they?

10             Now, we're going to dig a little bit deeper

11   into licensing shortly, but, first, let's examine the

12   pros and cons of running an online or a traditional

13   business.  One great part about creating your own

14   products and business is you have complete freedom to

15   create anything you can imagine.  If you love animals,

16   for example, you can create a brick-and-mortar

17   business rescuing dogs or an internet marketing

18   business training iguana owners, for example.  The

19   options are virtually limitless.

20             One downside to this is, of course, the

21   overhead and costs.  Everyone knows the overhead costs

22   of traditional, brick-and-mortar businesses are

23   extremely high with rent, payroll, insurance,

24   benefits, inventory, just to name a few.  But what you

25   may not know is that this can also be the case with an

 1    internet marketing business when building your own

 2    products and company from scratch as well.  These

 3    costs oftentimes exceed revenue and end up bankrupting

 4    new business owners.  This is something I want you to

 5    consider very seriously when weighing your options.

 6          The other big downside I want you to fully

 7    understand is the time commitment.  It takes a

 8    tremendous sickening amount of work and time to ramp

 9    up a new business from scratch.  Trust me, I know.

10    I've been there, done it.

11          I'm sure you've noticed at this point that

12    there is a lot involved with running an online

13    business.  This program is evidenced from that -- look

14    at the website, the videos, the branding, the

15    marketing, all the sales funnels, all the behind-the-

16    scenes development, and operations and support.  It's

17    a massive undertaking.

18          There's a lot of time, effort, and financial

19    investment that goes into building your own business

20    from the ground up.  If you've built or tried to build

21    a business like this in the past, then you know

22    exactly what I'm talking about.  It's very difficult

23    to not only create a good product that people want but

24    handle all of the website creation, the customer

25    support, the branding, the fulfillment, operations,

1  and more.  Trying to do all of that on your own is a

2  seemingly insurmountable task that leaves many feeling

3  stressed, tired, and financially strained.

4       If you're brand new to online marketing or

5  looking to make your first $100 online, then you're

6  probably a bit overwhelmed already.  Just the

7  technical aspects alone can cause you to freeze in

8  your tracks.

9       So let's say you do have a product already.

10  You still have to register a domain, find hosting,

11  find an email service, set up a Stripe or Paypal

12  account, merchant, write the sales copy, create and

13  build an opt-in page and an entire sales funnel, video

14  sales letters, and then hook it into the email service

15  and then test to make sure it works, which reminds me,

16  now, you need the emails for the followup as well.

17  And we haven't even got into building the sales page

18  or hooking in your merchant account or download pages,

19  thank-you pages, upsell pages and making sure they're

20  all connected and working.

21       And that's just for one product.  And if one

22  tiny thing is off in that process, your whole sales

23  funnel won't work and it may take you days or crazy

24  frustration trying to figure it all out.  However, you

25  don't have to do any of that, unless, of course, you

Attachment N

EX 41
1900

1    really want to.

2              Now, you might recall my story and the

3    mental anguish that I went through while I was in the

4    process of developing my own online businesses fresh

5    out of the Marines in my first early years.  I wasn't

6    making much at all.  I'd literally put 10 to 12 hours

7    a day and all my free time trying to figure it all

8    out.

9              If you've ever tried your own business or

10   maybe you have one now and if you're trying anything

11   like when I started, you're probably sleep-deprived,

12   your head was swimming with all of the ideas and

13   thoughts and things that you've got to do, all the

14   different moving parts of a business.  And it's

15   probably not what you imagined when you thought of

16   starting a business.

17             I can tell you that I completely understand

18   the feeling because I've been there, but as you know,

19   I finally did break through.  And now I enjoy the

20   fruits of all of that blood, sweat, and tears with my

21   family as we travel the world and live a life of

22   abundance and enrichment and exposed to all the

23   cultural different experiences around the world that I

24   want my girls to experience as well.  And I'm very

25   grateful for my life, and I've worked very hard to get

1    here.  I've had the opportunity to share my

2    experiences, knowledge, and story with tens of

3    thousands around the globe.

4              I'm not telling you this to brag, by any

5    means.  I'm telling this so that you understand that

6    I've been where you are and I've made it to the other

7    side.  I've made it to the top of the mountain.  I

8    want you to lock arms with me as much as possible so

9    you can make intelligent. profitable business

10   decisions as well.

11             Now, this is my passion, helping

12   entrepreneurs win, get those small wins so they can

13   work their way up the mountain.  So starting your own

14   product and business from scratch is certainly an

15   option if you've got thick skin, years of patience,

16   and you're well capitalized.

17             So let's talk about the option, licensing

18   someone else's products.  This is how you can launch

19   your business without having to go through the school

20   of hard knocks like I did.  You get to skip the 12-

21   hour days and the million dollars in capital, all the

22   pain of building something from scratch and all the

23   frustration of learning the technology curve because

24   we've already done all the work for you.  You now have

25   access to the easiest way to build a healthy income

1    and then invest in yourself down the line once you

2    have the experience and free cashflow.

3            Licensing basically means that you purchase

4    the rights to a product or a brand.  Then you turn

5    around and they sell that product, just like the Star

6    Wars story I told you about earlier.  A lot of

7    manufacturers licensed the rights to put Han Solo's

8    face on a t-shirt, but chances are they made their

9    money -- money back in full.  Licensing products is

10   one of the fastest ways to get into business and

11   actually start getting sales.

12           Now, let me explain way.  Number one, you

13   don't actually have to put in the work to create the

14   product.  You don't have to wrack your brain trying to

15   come up with all the content, the design, building the

16   sales funnel or any of that.

17           When you license someone else's product,

18   they go and create the product that's got the hungry

19   market because they understand what their market is

20   actually looking for.  That's a huge burden off your

21   shoulders because you don't have to go and spend years

22   doing all the research, nor do you have any experience

23   with the market.

24           Now, don't think that you have to choose one

25   or the other.  You can actually do both.  But if I had

1    the opportunity to go back and skip all the years of

2    hard work, I would have been able to make ten times

3    the amount of money I made and would have been able to

4    make it ten times faster.

5           The other good part about licensing is you

6    get to cherry-pick what you want to sell.  Think of it

7    this way.  Imagine that you walk into your online flea

8    market.  There is in front of you hundreds of stalls,

9    each with a different product you can license to sell.

10   You get to walk up to each store, pick up the product,

11   examine it, and find out whether it's selling a lot or

12   not.  Before you spend any money or time, you get to

13   find out if it's a good product that you would

14   actually feel comfortable about promoting.  Now, once

15   you've done that, you get to cherry-pick only the best

16   ones and only the ones you want to promote.

17          The other really good thing about licensing

18   is that you can make a lot more profit.  Now, don't

19   confuse licensing a product with affiliate marketing.

20   They are very different.  With affiliate marketing,

21   you promote someone else's product.  Usually you get

22   up to a 50 percent commissions.  Here's the thing,

23   you're the one doing all the work.  You're the one who

24   has to go and spend all the money and time to drive

25   your customers and drive the traffic.  So you only get

1    to keep half.  With licensing, you get a much bigger

2    margin, up to 60 percent or more.  And depending upon

3    the situation, you can keep most of the money that you

4    get to bring in.

5           The other thing about licensing is that

6    sometimes you'll find vendors who even handle all of

7    the fulfillment for you so you never have to keep any

8    of the inventory on hand.  You just have to make the

9    sales, and someone else handles all the rest.

10          However, there is a caveat, a dark side to

11   licensing.  You have to go and find these deals.

12   There are a lot of different products out there that

13   you could license, but not all of them are good.  And

14   if something goes wrong with the product, your

15   reputation is on the line.  So you have to invest a

16   lot of time and research to sort the bad products and

17   vendors from the good ones and then find ones that are

18   a fit for you.

19          Dealing with the vendors, the people that

20   you're going to license from, can often be a challenge

21   as well.  They put all this time into creating a

22   product.  Half the time, they don't even want to

23   license.  When they do, then you have to mess around

24   with the negotiations, and they want royalties and a

25   big, up-front fee.  Then after months of research and

1   hard work, the deal might fall through.  That is the

2   most difficult part of licensing.

3           Now, listen, you can go out and try to find

4   your own products to license, you can go out and

5   negotiate and pay the up-front fees of $5- or $10,000

6   or more, but there's an easier way.  Licensing is one

7   of the ways that I actually got started online.  I

8   licensed my first product in the early 2000s.  That's

9   also the year that I started to make a decent amount

10  of sales.  A coincidence?  I don't think so.  And

11  that's why I'm excited to share Step 6 with you.

12          The ASPIRE program, powered by Digital

13  Altitude, is part of one of over 48 different products

14  and services.  The whole program is designed to get

15  you from the bottom of the mountain to the top of your

16  own financial Mount Everest as quickly as possible.

17          Now, to help you do that, we've created

18  Digital Altitude.  Rather than deal with all the

19  headaches, we're making it possible for you to license

20  all of our 48 products with commissions up to 60

21  percent.  You're also skipping all the time it would

22  take to set up the technology, the sales pages, the

23  delivery, even the sales and support teams.  Yet you

24  get access to all with your license.  Oh, and better

25  yet, you have to negotiate -- you don't have to

1    negotiate a better percentage either.  You get the

2    industry's highest commission rate.

3            Listen, I meet people every day and do you

4    know what I hear, they all want to make more money,

5    that you are not satisfied with what they're doing

6    right now.  They're so busy.  You don't know how

7    you'll be able to get started in something new that

8    will allow you to break free.  That also tells me that

9    you're looking to achieve your own personal and

10   professional goals, and you can do all of that with

11   Digital Altitude, like thousands of others who have

12   come before you.

13           Now, Digital Altitude is a digital business

14   and marketing e-learning company.  Think of like an

15   online university or an academy, okay, the Harvard of

16   online business.  We have core products, of course,

17   which are systems and education.  You're familiar with

18   the ASPIRE system as you came through it.  But we also

19   have a BASE product, RISE product, ASCEND product,

20   PEAK product, APEX product.  And we also have training

21   and coaching, as you can see with the products behind

22   that:  GEAR, HIKE, TREK, CLIMB, REACH, and SOAR.

23           We also have add-on products, branding, and

24   social called Guru You.  We help set up your social

25   media.  We help set up your brand so you can lead with

```
1       -- if you want to, you don't have to -- if you want to
2       lead with your own name and your face.
3               And, typically, this is an advanced solution
4       that you may come into three, six months down the
5       line.  But, nevertheless, we have it here for you to
6       be able to elevate your success.  And you also earn a
7       commission by reselling this product as well if you
8       license it.
9               Content and blogging, we have inbound
10      content packages where we create blog posts, articles.
11      We write -- you know, you can write your own book.  We
12      have a book program.  We have all of this stuff built
13      in with our content and blogging.  We set up your
14      blog.  We set up your website.  All of that is built
15      in, and all of these products here -- I'm not going to
16      go over all the prices or all that.  You'll come to
17      that later, down -- after you get done with your
18      steps.  But ultimately we have all this set up for
19      you, and it's all commissionable as well as you resell
20      it to your members if you're licensed.
21              We also have traffic and funnel.  We have
22      traffic packages.  We set up the sales funnel.  We set
23      up websites, again, a more advanced solution down the
24      line, three, six months once you start to earn your
25      $5-, $10-, $15-, $20,000 a month, we will help you
```

1    take it even higher to the next level with a lot of

2    these done-for-you services that you can also license

3    and resell to all the members who come on your team.

4              So 48 different products and services; 60

5    income streams.  Right now, you're probably trading

6    time for money just to create one income stream,

7    getting your hands dirty to put dollars in your

8    pocket.  But here, you're going to have already done

9    for you a setup of a franchise-like model that you can

10   license and have 60 income streams that you can run

11   commissions on.  Nineteen of them are residual.  Up to

12   $24,000 in commissions you can earn.  You can earn

13   $1,000 commissions, $5,000 commission, $7,500

14   commissions, 12,000 or more.

15             Now, it's not the mountain we conquer but

16   ourselves, one of my favorite quotes.  A lot of people

17   think that it's -- you know, we have to overcome these

18   obstacles in our way.  But really obstacles are an

19   illusion.  You can really ultimately get through them,

20   you just have to have the belief and the motivation to

21   get there.  So really it's you that is conquering the

22   mountain, not the mountain.

23             Now, this -- Digital Altitude is for

24   entrepreneurs, marketers, and dreamers who believe

25   dreams are worth chasing.  I know it was for me.

Attachment N                                EX 41
                                            1909

```
 1              Now, again, my name is Michael Force, and
 2      I'm the founder here, and you've gotten to know me
 3      over the last few steps.  Former U.S. Marine, been
 4      online for the last 15 years, and have been a seven-
 5      figure and eight-figure producer over that time, have
 6      over 500,000 people on my newsletter.  And I'm also a
 7      speaker.  I love -- one of my passions is to speak and
 8      train and coach, and I've done it all around the world
 9      to audiences from 5,000 on down to 1,000 to 500, down
10      to 25, even private, personal consulting.
11              So I'm also a father of two young girls and
12      a husband.  I've been married 20 years.  We had our
13      kids in our -- in our mid-thirties here.  My wife and
14      I got married very young, as you can tell.  I'm also a
15      former U.S. Marine, and one of my -- to give back to
16      my country was very important to me, as a lot of my
17      family did as well.
18              So the decision behind Digital Altitude is
19      to elevate the success of aspiring entrepreneurs,
20      marketers, and dreamers around the world with world-
21      class education, to lift them up and fast track them
22      with trial -- over the trial and error.  We strive to
23      turn leaders into legends while being there each step
24      of the way to guide them through the starts, stops,
25      and pitfalls of starting and scaling a profitable
```

1    digital business.  Our focus is to ensure that you

2    never get left behind and are pushed when you feel

3    like giving up, pulled when you want to quit.  Our

4    passion and drive comes from helping others realize

5    their potential and reaching their peak.

6          So why do we do this?  Well, with technology

7    evolving at lightning speeds and the rise in e-

8    learning in this information age, we wanted to create

9    an educational incubator for aspiring entrepreneurs,

10   marketers, and dreamers.  We believe college is not

11   always the best answer for entrepreneurs, but we don't

12   believe in going it alone is the answer either.  It's

13   our goal to provide those starters, marketers, and

14   dreams with the shortcuts, blind spots, and tools to

15   turn their drive into a thriving, profitable digital

16   business.

17         We'll continue to strive to provide an

18   educational incubator and community of like-minded

19   people to share and amplify their success, to help

20   people create true freedom so they can spend more time

21   with their families, friends, and those they care most

22   about.

23         So who is this for?  Well, a business should

24   give you more time to spend on the things you like and

25   with the people you love.  Our program was not

1   designed for business people; it was designed for

2   moms, dads, high school graduates, waiters and

3   waitresses, passionate creatives, college dropouts,

4   and anyone in between.  You don't have to be a

5   businessman or woman in a suit to have a successful

6   company.  The world wants you and your ideas just the

7   way you are.

8              So how do we do this?  Well, our product

9   line was created for those aspiring to climb the

10  mountain of success as a digital entrepreneur.  It's

11  packed with over 100 years of combined experience and

12  success from the industry's thought leaders and doers.

13  We have carefully crafted a product line that creates

14  not just the foundation for success, but gives you the

15  map to climb to the top every step of the way.  And we

16  will be with you every step of the way as well.

17             So this is an ascension model.  An ascension

18  model isn't unique to us.  It's in all Fortune 500

19  companies around the world.  Think of Apple, for

20  example.  They get you in with the iPhone.  Next thing

21  you know, you want an iPad, you want a MacBook Pro,

22  you want an iMac, you're subscribing to iTunes and

23  downloading movies and music, so on and so forth.

24  They have multiple income streams that Apple makes,

25  right?

Attachment N

EX 41
1912

```
 1              Well, now, you, by licensing the Digital
 2      Altitude products, now you get to have a tiered
 3      product mix as well.  And you get to monetize every
 4      level of budget for your customers.  Incredibly
 5      powerful.  Some customers can afford an iMac.  Some
 6      customers can only afford an iPhone.  But you get to
 7      ultimately monetize your customers at every level.
 8      That's the power of an ascension model or a tiered
 9      product mix.
10              And here's a great example, as I said.  We
11      have the ASPIRE digital business system.  We have BASE
12      and RISE and ASCEND and PEAK and APEX and 42 other
13      products and services.
14              We also have client coaches for life that
15      handhold you through a step-by-step -- through the
16      entire process.  We have five levels of coaches.
17      Right now, you're just dealing with your startup
18      coach.  But then you're going to have a setup and a
19      scale coach.  You're going to have a traffic coach,
20      and then you'll have a success coach.  We leave no one
21      behind here, and we take everyone to the top.
22              So that is Digital Altitude.  Now, I'm going
23      to break down each one of these individually for you.
24      Again, you're a part of the ASPIRE digital business
25      system already, you're taking the first six steps into
```

1    the startup course, but there is more to it, and I'm

2    going to break it down here for you.

3              So a digital marketing sales system and

4    training platform designed by seven-figure digital

5    marketers for digital marketers.  It includes all the

6    automation, all the sales funnels, the followup, the

7    community, tools and resources, the affiliate tracking

8    platform.  Everything is all built into it for -- to

9    ensure your success.  You need a system just like the

10   McDonald's metaphor that I described earlier.  Without

11   a system, you're not going to have success.  So that's

12   what ASPIRE is.  It's the system that does all the

13   selling, telling, sifting, and sorting of all of your

14   sales prospects for you on autopilot 24 hours a day, 7

15   days a week, around the world.

16             So what's included with this ASPIRE digital

17   business system?  Well, part of it you're already

18   going through.  You have your startup steps, right?

19   Then you also are -- have your private digital client-

20   for-life coaches all built in for you, right?  Your

21   seven-figure sales funnels and websites, the automated

22   sales funnels designed by seven-figure marketers to

23   automate the sales process while you're doing other

24   things.

25             We also have the followup sequences and

1    sales automation.  All the copywriting has been

2    written.  All the followup, all the stuff that you

3    have seen as you came through it has all been done for

4    you.

5           Now, we also have all of the lessons.

6    You're just going through the first six, but we have

7    another six under setup, and we have another six under

8    scale-up, and then we have trainings.  We have traffic

9    trainings, okay, and then we also have product

10   trainings, we have real weekly live trainings.

11          We did all of the back-end products for you.

12   We developed them over years.  Okay, we've done for

13   you branding solutions, we have done for you content

14   traffic, social media solutions.  All of that stuff is

15   all commissionable and done for you.  All the latest

16   tools and research, all built in for you on what's

17   working now in internet marketing.

18          Now, we also have merchant and payroll

19   services so you don't have to figure that stuff out.

20   It's all done for you.  You just get the commission.

21   Support forums and live chat all built in.  Okay, we

22   have people on staff that handle all that for you.

23          Community leadership, you connect with

24   people all around the world to help lift you up.

25   You're a part of something larger than yourself.  We

1    turn leaders into legends here.  We really have it

2    all.  You get to network.  We have live events.  We

3    have coaching.  It's said that your net worth is

4    determined by your network.  And here, you'll be able

5    to increase your network.

6          It's already been proven that your income is

7    directly proportionate to the five closest people

8    around you.  So if everybody around you is making

9    $20-, $30,000 a year, in all likelihood, you are, too.

10   But if all of a sudden you started surrounding

11   yourself with six- and seven-figure earners, what do

12   you think is going to happen to your income?

13         We also have all the sales funnels built in.

14   And all that is all taken care of for you, all the

15   banner ads, all of the affiliate platform, all of that

16   stuff is built in there for you as part of our sales

17   funnels, and it's all there for you to leverage.

18         Now, the real cost of building your own

19   system, and I can tell you from experience, is

20   extremely expensive.  Having to program all of your

21   members' area, which is right now you're only on the

22   first six steps, but overall member areas, you'll see

23   many things are locked.

24         It's over 118 pages of members' area, and

25   that all had to be programmed, affiliate tracking, and

Attachment N

EX 41
1916

1    custom CRM, which is customer relationship management

2    tool, very expensive, a year of internet marketing

3    training, sales letters, email copywriting services,

4    live chat and support services, websites built for

5    you, daily and weekly expert calls, payroll services,

6    banking.  The list goes on and on and on and on.  I've

7    spent over a million dollars creating Digital Altitude

8    and all the products and services, and it costs me

9    over $100,000 a month just to run it.

10         But guess what?  For you, it doesn't cost

11   you any of that, right?  You're only paying $37 a

12   month right now.  And that's the ASPIRE digital

13   business system.

14         Now, I want to introduce you to RISE, which

15   is the digital marketing mastery course, and that is

16   ultimately the next level.  So when you're going to go

17   from ASPIRE, which is a digital business system, you

18   want to be able to license the RISE digital marketing

19   mastery course.  And what is included in this course

20   is a powerful business marketing mastery course that

21   provides basic and advanced shortcuts, tools,

22   resources to fast track your digital business'

23   success.  Okay?

24         Now, what is included?  Well, let me break

25   down the modules for you.  Section 1, we all talk

1    about commitment.  We understand learning to market

2    can be intimidating.  The modules in this section are

3    aimed to prepare your mind and your route to get to

4    the top, decide and commit to succeeding as a digital

5    marketer in this information age, learn how to shift

6    your digital marketing mind-set to guarantee your

7    success, learn how to attract the irrational market

8    and create a buying frenzy, learn how to find the top

9    20 percent of your customers which is 80 percent of

10   your revenue.  Very important point.  I hope you're

11   taking notes because you're going to be able to dig

12   into this powerful course that is basically a brain

13   dump of mine of over 20 years of experience in sales

14   and marketing.  It's over 20 hours of content.

15         Section 2 is customer, learn to understand

16   your customer and market so that you can provide a

17   solution to their problem and add value to their

18   lives, how to identify the emotional trigger buttons

19   in your prospects, learn how to craft and attract the

20   perfect customer 99 percent of the time, how to lower

21   customer acquisition costs by being a direct response

22   marketer, why you need to become an educational

23   marketer in this information age.

24         This knowledge, whether you promote Digital

25   Altitude or license, okay, all of our products, you

1    can take this knowledge and go do whatever your

2    passion, interests, or ideas.  This will serve as a

3    foundation, much like a degree in college or a

4    university would, for the future.  You'll be able to

5    write your paycheck for life.

6            Now, what else is in this module is Section

7    3, to create.  How to create and craft your message to

8    market and stick in the minds of your customers.

9    Learn how to create the highest lifetime customer

10   value.  Learn how to architect a powerful and memory-

11   sticking brand name.  Does Digital Altitude sound good

12   to you?  Do you like the product names that you've

13   seen, ASPIRE, RISE, and ASCEND and PEAK and APEX?

14           I came up and I crafted all of those myself

15   with the mountain as a metaphor for people to get to

16   the top of success, how to create a want inside the

17   mind of your customers instantly, how to create your

18   tiered product and marketing sequencing in seven

19   steps, how to create a free trip wire, which is a

20   small front-end product to increase your customer

21   base.

22           Section 4 is all about copywriting and

23   words.  Learn how to write and pull in your prospects

24   with powerful pulling words so they can run to your

25   offers.  Discover the highest converting headline

1    hacks that are working now, how to create instant

2    credibility with your personal story and message, how

3    to write copy that sells anything instantly, how to

4    craft the perfect marketing message to attract the

5    perfect customer.  This is all packed into this

6    course, over 20 hours of content and training.

7            Number 5 is all about partners, learning how

8    to leverage joint ventures and other people's lists,

9    and how to become an authority and get people chasing

10   you down, how to create easy ads and marketing that

11   gets instant response, how to partner with others to

12   promote your products and services, how to get more

13   referrals in three simple steps.

14           Now, the digital marketing mastery course,

15   the retail value to license and to get this course is

16   over $2,400, okay?  But there's a limited time

17   discount.  You can get a $500 discount for only

18   $1,997, $1,997 gets you not only the RISE digital

19   marketing mastery course, but you also get to license

20   and resell this marketing course through the ASPIRE

21   digital business system, okay?

22           So what does that mean exactly?  Well, I'm

23   going to break it down here for you.  Now, that was,

24   again, RISE digital marketing mastery course.  I'm

25   also going to bundle in BASE for you as well, okay?

1    You're going to get BASE as a free bonus, the digital

2    business mastery course.  And what is in this?  It's a

3    foundational business basics course for online digital

4    marketers that provides the shortcuts, tools, and

5    resources to fast track your digital business'

6    success.

7              Now, what's included in this is the ability

8    to help you understand starting a new business can be

9    intimidating, first and foremost.  The modules in this

10   section are aimed to prepare your mind and plan your

11   route.  So in Module 1, you're going to learn how to

12   set up your personal preparation and develop your

13   business goals.  Extremely important if you're going

14   to take your business seriously and you do want to get

15   to six figures.

16             How to set up essential business planning

17   and legal entities, business banking, and proper

18   accounting.  It may sound boring, but I can tell you

19   that we -- we'll absolutely ensure your success.  And

20   I try not to make it very boring in the module, so

21   you're going to enjoy it.

22             Crafting a brand, one of my passions, and

23   design that captivates and sells seamlessly.  It's all

24   bundled into this as well.  How to architect a

25   beautiful website, a blog, and social media presence.

1    You're going to learn all of that.  Again, whatever

2    your passion, interest, or ideas, this is going to

3    serve you.

4         Okay, we're all going to talk about

5    launching your business with this new section.  These

6    modules are heavily focused on our strategy,

7    sustaining the first three months of your business.

8    You're going to learn how to launch your digital

9    business loud so they come running.  You're going to

10   learn how to create an awesome social media campaign

11   to get the word out.  You're going to learn the five

12   key things to know about analytics, tools, and

13   reporting.  And you're going to learn about the five

14   must-dos when launching a business.

15        Now, Section 3 is all about growth.  Your

16   business is up and running.  Growth might be slow, but

17   it's steady.  This section is focused on optimization,

18   strength, and low-term success.  You're going to learn

19   how to run lean, bootstrap, and optimize your business

20   for long-term profits.  You're going to learn how to

21   create a captivating customer experience so they stay

22   with you for years.  How to build a cult-like tribe

23   that follows you everywhere you go.  Learn how to

24   build automated systems for personal time freedom.

25   Incredibly powerful content here.

```
1                 Now, the digital business mastery course,

2       the retail value of that is over $700, but guess what?

3       I'm going to bundle it in with RISE for you for zero

4       dollars.  You're going to get it for free as a part of

5       licensing the RISE digital marketing mastery course,

6       tied to the ASPIRE digital business system.

7                 Okay, so, again, BASE is a free bonus

8       digital business mastery course.  So what does this

9       look like bundled?  Well, let me break it down here

10      for you.  You combine the value of RISE and BASE, it's

11      over $3,200, but I'm going to give you a $1,200

12      discount for only $1,997, okay?  So, for $1,997, plus

13      $67 a month to continue on with the ASPIRE digital

14      business system, and then you get to license the BASE

15      product and the RISE product.

16                So not only do you get those products, but

17      you also get to resell those products, okay?  So

18      you're licensing the right to resell these products.

19      And why is that important?  Because it's going to pay

20      you a commission, a very big commission, and let me

21      break it down here for you.  So get with your coach,

22      $1,997, he'll break it all down for you and walk you

23      through your strategy session and show you how to

24      leverage the commissions and how to reach your goals

25      by reselling the RISE and BASE products, okay?
```

```
 1            So what does that look like?  Well, I'm
 2    going to break it down here for you with a little
 3    spreadsheet here so you're clear.  The 500 number that
 4    you see on the left are leads, name and email
 5    addresses, okay?  Remember as I described earlier
 6    through the previous steps, you have to get people to
 7    your website.  The more people you get to your
 8    website, the more name and email addresses they're
 9    going to put in.  And if you get 500 names and email
10    addresses, this is what it would look like for ASPIRE
11    and RISE, okay?
12            These are if you license the RISE product.
13    Okay, again, I'm going to bundle in BASE automatically
14    for you at 1,997, but as you know, ASPIRE is a $37-a-
15    month product.  Now, if 5 percent of those 500 people
16    on the left come through, which is where our
17    conversions are now, 25 out of those 500 people are
18    going to come in, and you're going to earn a $15
19    commission.  You're going to make $375, okay, on a
20    monthly basis, and that will begin to stack up.  But
21    if you want to take your income to the next level, if
22    you were looking to get to $5-, $6-, $7-, $10,000 a
23    month, you have to license RISE, okay?  Which, again,
24    includes BASE as a bundled bonus, okay?
25            So what do I mean by that?  Because out of
```

1   those 25 new ASPIRE members that you see the 25 there,

2   seven of them, about 30 percent, convert, okay, are

3   going to become RISE members.  And you are going to

4   earn up to a $1,200 commission, okay?  Now, in -- now,

5   out of all of that, that adds up to $8,400, seven

6   times 1,200 is $8,400.  You add on the 375, you're at

7   8,775.  That's how you make $5-, $6-, $7,000, $8,000,

8   $10,000 a month, okay?

9           But you have to get people through the

10  ASPIRE digital business system, and then they come

11  through the presentation just like you've come

12  through, and then they purchase the RISE product.  But

13  you have to license the RISE product.  You, yourself,

14  have to be a product of the product.  There's no

15  integrity in obviously selling something that you,

16  yourself, have never experienced or even know about,

17  right?  It's kind of like the guy selling you a BMW

18  but he drives a Hyundai, right?

19          There's just not a lot of integrity in it.

20  So you want to make sure that you license this RISE

21  product.  Do whatever you can to get to this 1,997.

22  There is a lot of options.  Your coach will break it

23  down for you.  We have financing options.  Okay, there

24  are all kinds of different ways to collect capital and

25  to find -- every business on the planet has had to

1    borrow money to start up their online business or

2    offline business, okay?  Financing, 96 percent, I

3    think, is the number, somewhere around there, of every

4    single business ever started in the world has had to

5    borrow the money, and/or, to get it running.

6             So if you don't have it, don't worry about

7    it.  Talk with your coach.  He'll give you some

8    options.  We have some financing options in place that

9    can help you, but if you want to get off and running

10   here and you want to make $5-, $6-, $7-, $8,000,

11   $10,000 a month, you have to license RISE.  ASPIRE

12   will not cut it for you because you're only making

13   $375, okay, because you're not going to qualify for

14   the RISE.

15            So make sure that you are getting the RISE

16   product bundle here that funnels BASE in and get

17   positioned, get the ability to license that product so

18   you can earn that commission.  If you stay at ASPIRE,

19   you're not going to make enough money to really even

20   be here and for it to make sense for you and for it to

21   be profitable.  A scenario for you.

22            So then we'll talk about later you're going

23   to learn about ASCEND, which is if you want to

24   increase your income up to $26,000 a month.  We'll

25   talk to you about ASCEND, okay?  That's on, I think,

```
 1    Step 9.  You will get to that.  And then also PEAK, if
 2    you want to take your income up to $40-, $50,000 a
 3    month, we'll talk about PEAK with you.  And then if
 4    you want to take APEX, okay -- again, not everybody
 5    wants to earn 26,000, 47,000, or 63,000.  Again, you
 6    know, or -- actually, they probably want to, but they
 7    may not need to for whatever reason, but ultimately
 8    it's there, it's available, again, tiered product mix.
 9            Something for -- remember the iMac, remember
10    the MacBook Pro, remember the iPad, remember the
11    iPhone?  Okay, these are all examples of that.  Okay,
12    so, I'm going to break down for you what that exactly
13    looks like, but ultimately we'll talk to you about
14    ASCEND, PEAK, and APEX later.  If it's within your
15    budget, if it's all possible, and you want to increase
16    your income, you can do it with those products as
17    well.  And those include some powerful products that
18    I'll break down for you.
19            But right now, I want you to focus on RISE.
20    You have to position yourself at RISE to earn this
21    $8,000 a month.  So keep that in mind, and talk to
22    your coach.  Talk about financing, talk about all your
23    options, and this is how you're going to get up the
24    mountain.  This is how we're going to help you get up
25    the mountain, is get you positioned to a place where
```

1    you can be earning, $5-, $6-, $7-, $8-, $9-, $10,000 a

2    month with the RISE product.  So talk to your coach.

3          I'm going to move on here and break down

4    some things here for you, some more things that I

5    think are important.  So, again, also one of the key

6    things that you need to understand is -- I'm going to

7    break this down for your.  Go back, there we go, is

8    that, again, if you don't have the APEX, that 63,000

9    goes away, PEAK goes away, ASCEND goes away.

10          So, again, to license, you have to license

11   that product, and then you have the ability to resell

12   that product.  And, so, right now, it's important that

13   you understand that RISE is where you want to be and

14   where you want to go.  Don't worry about any of the

15   others.  You know, they'll talk to you about it later.

16   If it's within your budget, you can do those, but

17   ultimately, as I know, most people want to make $5-,

18   $6-, $7-, $8-, $10,000 a month.  If it's possible for

19   them to make $20-, $30-, $40-, $50,000 a month, we can

20   have those conversations later.  But, ultimately,

21   right now, let's get you to $10,000 a month.  That's

22   what's important.  That's what RISE can do for you.

23          So let's move on here to our next slide

24   here.  Again, talk to your coach.  Retail value, over

25   $3,000.  You're going to get a limited-time-only

1   discount for $1,200.  I would jump on it ASAP because

2   if you wait too long, it will jump up for you, and you

3   don't want to bypass that away.  So, 1,997, talk to

4   your coach about financing, other options.  He'll give

5   you all kinds of ideas, 67 a month is the commitment

6   to the ASPIRE digital business system.

7           So that is RISE digital marketing mastery

8   course.  I want to break down a couple of other things

9   for you so you're clear.  I think you remember when I

10  talked before about owning your own, you know,

11  electronics store or iPhone store or, you know, cell

12  phone store.  And if you had iPhones in there, you're,

13  of course, licensing the iPhone brand, you want to

14  have those iPhones in there, you see this all over the

15  place, you know, you're able to buy it from Best Buy

16  or you're able to go to different places, not just the

17  Apple store, but you can get the iPhone in a number of

18  different places because they have -- they are

19  authorized dealers or they have licensed the Apple

20  brand.

21          So let's just say a big leader or somebody,

22  a new entrepreneur came in and he wants to buy 50

23  iPhones for all of his employees.  Well, at $100

24  apiece, okay, you're going to make $5,000, which is

25  great.  That's perfect, right?  That's like ASPIRE or

1     the RISE, right?  You're making a lot of money there.

2     But he also needs 25 iPads, and at $500 apiece, you're

3     going to make potentially 12,500.  He also wants some

4     MacBook Pros for some of his management, and at $1,500

5     apiece, your revenue could be 18,000.  And he wants

6     six for his core management of the iMacs at $3,500

7     apiece.  That would be $21,000, right?

8          But let's just say that you are licensing

9     the iPhone and you didn't license the iMac, you didn't

10    license the MacBook Pro, you didn't license the iPad,

11    so really you only made 5,000 instead of the 50,000

12    that you could have made if you had licensed those

13    other products, okay?  That's the same exact example

14    of the ASPIRE, RISE, ASCEND, PEAK, and APEX examples,

15    okay?

16         Now, again, RISE can take you to $10,000 a

17    month, and you definitely want to get -- do anything

18    that's possible to get there.  That's going to help

19    you get up the mountain, but just like climbing

20    Everest, you've got to have your gear, right?  You got

21    to pay for the flight.  You got to get the helicopter.

22    You got to pay for the mules and all the people that

23    help you pack it.  Every business and everything on

24    the world costs money, okay?  It's all going to cost

25    money to get it off and running and to get up the hill

1    and up the gates -- out the gates, you know, if you

2    will.

3            But you're going to now do something that

4    you've never done, and you are going to now get in

5    results that you've never had.  So to get results

6    you've never had, you have to do things you've never

7    done.  And that's what we're going to talk to you

8    about in our strategy session, so get with your coach.

9            Also, keep in mind that a percentage of your

10   team is going to upgrade to those products whether you

11   do or not.  So if you are not licensed at the RISE, at

12   the ASCEND, PEAK, or APEX levels, then you are going

13   to pass up those commissions to the person who brought

14   you in, okay?  So keep that in mind.  You will lose

15   those commissions.  That's incredibly powerful.

16           So -- but one of the key things is is that

17   you're going to be spending the same amount of

18   marketing and advertising just to get those ASPIRE

19   members.  So you want to make sure that you're

20   capitalizing on the RISE members; you want to make

21   sure you're capitalizing on your ASCEND, PEAK, and

22   APEX if possible as well.  Okay, otherwise, those

23   commissions are going to pass up.  A percentage will

24   upgrade, whether you do or not.

25           It's also why Apple is one of the most

1    valuable companies in the world because of that tiered

2    product mix, okay?  So, now, if you spend any time in

3    marketing alone, you've probably heard people say that

4    money is in the list.  This is kind of a blanket

5    statement.  Let's examine it for a second, though,

6    because your list is a list of email addresses or

7    potential customers.  They've opted in, just like you

8    did.  They put in their name and email address.

9         Now, you have their email address.  They

10   have shown some interest.  There is money in that

11   list.  You now have the right to follow up and put all

12   the funnels in place, but you got to put those funnels

13   in place first.  You've already experienced this

14   yourself.  When you joined ASPIRE, your login and

15   welcome emails we sent you automatically.  It also

16   triggered reminder sequences that you've been getting

17   to remind you to go through the steps.

18        We've only had to write the emails once, and

19   everyone joins -- who joins sees those messages.  It's

20   all automated for you.  Okay, that's all set up and

21   ready to go.  The retail products automatically

22   available within the Digital Altitude and the ASPIRE

23   business system are the tools used to monetize your

24   list.  The Digital Altitude system and ASPIRE system

25   do all the hard work for you.

Attachment N

1          The system overcomes the major traditional

2     obstacles of time and numbers by taking all of your

3     leads, turning the hot ones into cash for your

4     business.  For everyone not interested, the system

5     sends out reminder emails to encourage them to join,

6     which adds even more cash.  The fortune is in the

7     followup, and that's what the ASPIRE digital business

8     system is all for.

9          Now, when you enjoin the Digital Altitudes,

10    okay, and you license RISE, you're already a part of

11    the ASPIRE digital business system, but now when you

12    license the rest of the ASPIRE digital business system

13    and bundle it with the RISE, ASCEND, PEAK, and APEX

14    products, now you have a world-class marketing

15    platform, high-ticket products, superior training,

16    highly qualified support and sales team, all there to

17    assist you.

18         Remember, the higher the level you go, the

19    faster you earn because the bigger the commission.  So

20    when you bring someone in who signs up for the ASPIRE

21    program, okay, and we pay that 37 -- or we -- it's $37

22    a month, and every single person that's going to come

23    through you're going to get a percentage of that.

24    That $15 is going to stack up every single month,

25    every single client.  Okay?  So no -- no further work

1     or followup is required.

2             It's a residual income stream.  As long as

3     they're a paying member, you get the residual

4     commission.  And guess what, you only need to get a

5     handful of people so your membership's paid for.  I

6     know there's the phrase, the free money out there, but

7     tell me, if you sign up 100 people and you get a check

8     for, you know, $10,000, without ever having to really

9     work for it because the coaches are doing all of the

10    sales for you, the system's doing all the selling and

11    telling for you, would that be like free money?  Well,

12    I think so.

13            Still, hold onto your hats, because it gets

14    even better here.  Now, you're going to earn, okay,

15    and you're going to make over a $1,000 commission.

16    Like I said before, every time that our phone sales

17    team follows up and gets you a sale of your Digital

18    Altitude or RISE system or -- and product, that's

19    going to make you $1,000 -- up to $1,000 -- $1,200

20    commission.  This is how you're going to earn as you

21    learn.  That's the whole goal of this.  While you're

22    learning this, while you're actually going through

23    those core products that I just showed you, you're

24    also going to be able to learn at the same time.

25            But before you make your decision, let me

1    share with you something that will erase any doubt for

2    you that you are in the right place.  It's proven that

3    when you call your customers and -- your sales go up,

4    yet who really likes to call and sell people, right?

5    Well, with our new program, personal followup is

6    critical.  In fact, you can easily double your income

7    just by getting on the phone with your clients.

8           Yet, seriously, who likes to do that?  Well,

9    we do.  In fact, we have an entire in-house

10   professionally trained sales team, and once you start

11   advertising, guess what?  Our sales team will do all

12   of the calling for you.  Why?  Because personal

13   followup is critical.  It's everything.  That's how

14   you're going to convert leads into money.  Most

15   business owners aren't willing to do that.  They're

16   not reaching out to their leads talking to them one-

17   on-one, selling them, and they are leaving a ton of

18   money on the table.

19          This is where Digital Altitude is very

20   unique.  We are one of the few companies that actually

21   -- as far as I know, we're the only company that

22   actually does this.  We call back your leads.  We

23   qualify them, and we offer them our programs if it's

24   appropriate.  We do all the selling for you on your

25   behalf.  Then you just get a commission.

```
 1              All members of the ASPIRE digital marketing
 2      system, once they come onboard, they are automatically
 3      enrolled, okay, in the program.  What this is -- means
 4      is that they have a whole team of six- and seven-
 5      figure earners actually on the phone making all the
 6      sales for them.  With the sales partner program, this
 7      actually increases the appeal to your business that
 8      has potential customers or even new partners or
 9      members.  When they see the level of support and
10      leadership that Digital Altitude provides, they feel
11      much more comfortable with getting involved.
12              When it's done right, it comes across as
13      very natural, but it's anything but easy.  Phone
14      selling is one of the most intimidating
15      responsibilities for most online business owners.  We
16      find that most new partners that get involved with
17      Digital Altitude, they want to -- don't want to be on
18      the phone all day.  They know that they could do it,
19      and they could get bigger commissions by doing it, but
20      they would have -- rather have the professionals do it
21      for them.
22              This also increases the appeal for any new
23      customers who join because they realize that they
24      won't have to do any of the calls themselves.  When
25      they discover that they are calling back their leads,
```

1   all done for them, that is very appealing to them

2   because it's very hands-off and it leverages their

3   time.

4         Now, don't get the wrong idea here.  I'm not

5   telling you that you should never do your own phone

6   followup.  A lot of people that we have in Digital

7   Altitude have made a lot of money doing their own

8   phone sales.  For most of our partners who are just

9   starting, though, we do recommend that you leverage

10  our sales assistance program, which, again, is our

11  phone sales team.  And they help, you know, make the

12  sale for you.

13        Now, let us do this part.  Let -- get your

14  first few commissions under your belt, and then if you

15  want to do it yourself, you can do it.  But we handle

16  all the automated -- automated followups.  We handle

17  everything here, okay?  This is one of the beautiful

18  things about this, and we have literally seen in some

19  cases the amount of commissions that partners made

20  increase by over 400 percent.

21        So why is that?  Again, it's most new

22  members don't know how to do phone sales.  By having

23  some of the best of the industry and phone sales

24  professionals do the calls for the new member and they

25  get a percentage, we found that the new member was a

1    much better way of them doing it.  They made a lot

2    more money that way.

3           So we do all the different calls for you,

4    the lead inquiries, the pre-membership calls, the

5    orientation calls, the strategy sessions, the business

6    plan calls, okay?  We do the marketing plan calls, the

7    funding calls, the member support calls, the -- you

8    know, the member support emails.  It all is handled

9    for you.  Followup can take five to ten hours over a

10   two- to four-week period.  It's all done for you, so

11   bring as many leads through the process as possible,

12   and we will do all of the handholding for you.

13          Seventy-five percent of your total revenue,

14   your total commissions, will come from the phone team.

15   You can earn up to $24,000 in commissions for each

16   person you introduce to the sales funnel.  And when

17   you do, you'll earn a lot more money than you've ever

18   earned in your life.  You can earn $1,000 commissions,

19   5,000, 7,500.  You can earn to up to $12,000 in

20   commissions.

21          Now, you may opt out if you don't want the

22   phone team to handle it, if you're a professional.

23   But I highly recommend that you keep it.  So a lot of

24   people ask us how long will I need sales assist --

25   well, some people want to be able to leverage the

```
 1   phone sales professionals for life, and I highly
 2   recommend it, but everyone is different.  Aim to be
 3   completely independent of your business within the
 4   first year, okay?
 5          Have someone else do it for you.  We follow
 6   up and provide all the support.  We have all of the
 7   Facebook groups.  Everything is all built in there for
 8   you.  We do live events.  We have special deals in our
 9   live events.  We have live coaching.  All of that
10   stuff is built in there for you.
11          We track all the sales for you so you can
12   see, you know, what -- what campaign came through.
13   You can see what -- you know, who earned, you can see
14   the notes, you can see what step your people are on.
15   All of that stuff is all built in for you.  It's
16   highly automated and very -- very basically tech-
17   savvy, and we have it all figured out for you so you
18   don't have to.
19          You send in the leads; we close the high-
20   ticket offers for you.  It's just that simple.  Earn
21   that $1,000, $3,000, $5,000, $12,000 in commissions.
22   It's all done for you.  It's all part of the Digital
23   Altitude system, and you have to license the RISE
24   product initially to -- to get off and running here.
25          Now, our interests are aligned with yours
```

```
 1    with this system.  When you're making sales, then
 2    we're actually also making sales, too.  So our phone
 3    sales team, they're getting a commission, the
 4    company's doing well, and you're doing well.  That's
 5    why we have all of our support systems and everything
 6    in place because it's designed to give you the best
 7    possible chance of succeeding and getting to the top.
 8            The reason why most people fail online
 9    marketing is they tend to overcomplicate everything.
10    They try and do all of this on their own.  They get
11    distracted by shiny objects.  You might be wondering
12    if this system is going to do just about all the work
13    for you and follow up and do all the phone calls and
14    all that good stuff.  Well, I can tell you it's not
15    really about what you're meant to be doing; it's about
16    what you now own, like a McDonald's, right?  The
17    system is there.  All the people are there.  All the
18    tools are there, and it's all running on autopilot for
19    you.
20            You will own your very own powerful and
21    unique system that does all of this for you.  All you
22    need to do is generate the leads, and we help you do
23    that.  And then the system will take over from there.
24    You will be one to earn all of the commissions, okay?
25            The whole point of this business is for you
```

```
 1    to be able to leverage it so you'll be able to live

 2    your ideal lifestyle.  That's why you're here, and

 3    that's what our company is really for.  You can wake

 4    up whenever you want, work from home, Starbuck's,

 5    wherever you want, and also travel the world and be

 6    able to work from your laptop.  That's the whole point

 7    of what we're trying to do here for you.

 8            To get started, all you have to do is call

 9    your coach, your startup coach, and discuss your

10    funding and financing options and how to get licensed

11    for the RISE product so you can capitalize on those

12    large commissions when you bring people through the

13    ASPIRE digital business system.

14            So to get started, you can call your coach,

15    click the link -- the button, fill out the form below

16    this video, and call your coach, get off and running,

17    and I will see you on the next step.  I look forward

18    to it.  We're going to get into some big stuff here

19    under setup, and I'll see you there.  Take care.

20            (The recording was concluded.)

21

22

23

24

25
```

Attachment N

EX 41
1941

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4         I, Sara J. Vance, do hereby certify that the

 5   foregoing proceedings and/or conversations were

 6   transcribed by me via CD, videotape, audiotape or

 7   digital recording, and reduced to typewriting under my

 8   supervision; that I had no role in the recording of

 9   this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12         I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:  11/6/2017

22                     SARA J. VANCE, CERT

23

24

25
```

Attachment N

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

    MATTER NO.     1723060

6

    TITLE          DIGITAL ALTITUDE

7

    DATE           RECORDED:  AUGUST 29, 2017

8                   TRANSCRIBED:  OCTOBER 27, 2017

9   PAGES          1 THROUGH 11

10

11

12                  2017-8-29 0138pm (Call w S1)

13

14

15

16

17

18

19

20

21

22

23

24                  For The Record, Inc.

25        (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4      RECORDING:                              PAGE:

 5      2017-8-29 0138pm (Call w S1)              4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      Digital Altitude              )   Matter No. 1723060

5                                      )

6      -----------------------------)

7                                      August 29, 2017

8

9

10

11            The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3                      Call w S1

 4            MR. TYNDALL:  My name is Reeve Tyndall.  I'm

 5   an investigator with the Federal Trade Commission.

 6   This is an undercover Skype call to Corata Mussuka on

 7   August 29th, 2017, at 1:38 p.m., Eastern time.

 8            (Brief pause.)

 9            MR. TYNDALL:  Trying again.

10            Trying again.

11            Trying again.

12

13            MR. TYNDALL:  Hello?

14            COACH GORATA:  Hello.

15            MR. TYNDALL:  Hello?

16            COACH GORATA:  Hello.  Hello, hi, can you

17   hear me?

18            MR. TYNDALL:  Yeah, I can hear you.  Can you

19   hear me?

20            COACH GORATA:  I can.

21            MR. TYNDALL:  Hi.

22            COACH GORATA:  How are you?

23            MR. TYNDALL:  Good.  How are you doing?

24            COACH GORATA:  How can I help?

25            MR. TYNDALL:  I -- I completed Step 6.
```

```
 1              COACH GORATA:  You have, okay.  Were you
 2     able to -- you completed Step 6, and the next thing
 3     you need to do is just book a strategy session with
 4     me.
 5              MR. TYNDALL:  Okay.  I didn't --
 6              COACH GORATA:  Okay?
 7              MR. TYNDALL:  How do I do that?
 8              COACH GORATA:  So you go under Step 6, just
 9     right under that video.  You can just go ahead and you
10     will book it from there.
11              MR. TYNDALL:  Okay.  Right in Step 6?
12              COACH GORATA:  Yes.  Right on Step 6, yes.
13              MR. TYNDALL:  I don't see how to do that.
14     I'm on Step 6 right now.
15              COACH GORATA:  Okay, so it's just saying
16     book your strategy session here.
17              MR. TYNDALL:  Let's see.
18              COACH GORATA:  Okay, so, if you can't find
19     it, what I can do is that I can basically -- seeing as
20     I'm actually driving right now --
21              MR. TYNDALL:  Okay.
22              COACH GORATA:  -- so when I get to where I'm
23     going, I will just basically go ahead and send you the
24     link to my -- my calendar for strategy sessions.
25              MR. TYNDALL:  Okay.
```

```
 1              COACH GORATA:  Okay?  All right?

 2              MR. TYNDALL:  Okay.

 3              COACH GORATA:  Awesome.  Congratulations on

 4      getting to Step 6, by the way, and I'll speak to you

 5      as soon as you book that session, okay?

 6              MR. TYNDALL:  Oh, okay.  I had a question.

 7              COACH GORATA:  Sure.

 8              MR. TYNDALL:  I got an email from Michael

 9      Force about a digital marketing mastery course.

10              COACH GORATA:  Uh-huh.

11              MR. TYNDALL:  Is that something I -- I

12      should sign up for?

13              COACH GORATA:  Is that something that you --

14      you did what?  Sorry.  Say that again.

15              MR. TYNDALL:  Is that something I should

16      sign up for?

17              COACH GORATA:  Is that something that you're

18      going to be signing up for?

19              MR. TYNDALL:  Yeah.

20              COACH GORATA:  Okay.  Great question.  So,

21      basically, what you will be doing is that you are

22      going to, you know, basically get that through -- our

23      digital marketing mastery courses are just basically

24      different courses as compared to, you know, just the

25      RISE course.  So it's a different course altogether.
```

Attachment O

EX 41
1948

1              MR. TYNDALL:  Okay.

2              COACH GORATA:  Okay?  So this is where you -

3    - if you want to really master the digital marketing,

4    then you basically want to get that course.

5              MR. TYNDALL:  Okay.  When -- when --

6              COACH GORATA:  Okay?

7              MR. TYNDALL:  -- can I start making money?

8              COACH GORATA:  Well, number one, the major

9    thing is we have a strategy session, get you

10   positioned for profit, and you are going to, depending

11   on how our strategy session goes, it can either go

12   both -- either way.  You know, then you will start --

13   you know, either do this on your own or, you know,

14   have a -- a coach to -- to basically -- one of our

15   million -- millionaire coaches is basically going to

16   be with you.  And then we are basically going to go

17   ahead and, you know, teach you how to do everything

18   basically at -- you know, just basically handhold you,

19   per se.  Okay?

20             Now, once you finish -- once you complete

21   training with him, then you then will be ready to

22   start marketing.  Okay, now, as far as results,

23   results do vary.  We have people who are actually able

24   to start making money within a week or two of

25   starting.  You know, some people, you know, it will

```
1    take them longer, so it just really does depend on a

2    lot of things.  It depends, number one, how you are

3    you positioned; number two, if you do implement the

4    strategies and if you are consistent.  So I just want

5    you to know it -- it's definitely not a lottery

6    ticket, you know, and it's not, you know, whatever,

7    but it is a system that if you follow it, then you

8    will get results.

9               MR. TYNDALL:  Okay.  So I --

10              COACH GORATA:  Okay?

11              MR. TYNDALL:  -- I'll work with a coach, you

12   said?

13              COACH GORATA:  Yes.  So we do have our

14   seven-figure income earner coaches.

15              MR. TYNDALL:  Okay.

16              COACH GORATA:  Okay?  And that's essentially

17   who you will work with from Step 7 until Step 18.

18              MR. TYNDALL:  Okay.

19              COACH GORATA:  Okay?  So --

20              MR. TYNDALL:  And what -- what are they

21   going to show me how to do?

22              COACH GORATA:  They're going to show you how

23   to work the system, so essentially the marketing,

24   putting together a business plan with you and for you,

25   and all that good stuff.
```

```
1              MR. TYNDALL:  Okay.

2              COACH GORATA:  But I will talk more in

3    detail about it over a strategy.

4              MR. TYNDALL:  Okay.  Is this -- am I setting

5    up my own business?

6              COACH GORATA:  No.  So it's not you setting

7    up your own business, per se, which you can, if you

8    want to.  But we do have the system already set up for

9    you, so you don't have to start your own business, per

10   se.

11             MR. TYNDALL:  Oh, okay.  Okay.

12             COACH GORATA:  So -- yeah.

13             MR. TYNDALL:  Okay.

14             COACH GORATA:  Okay?

15             MR. TYNDALL:  Well, so, are you going to

16   email me the -- the link --

17             COACH GORATA:  I'm going to send it to you

18   right here on Skype.  I'm actually parked now.

19             MR. TYNDALL:  Okay.

20             COACH GORATA:  And let me do that right away

21   for you.  Okay?

22             All right, awesome.  So I do -- I sent you

23   the link on Skype.  So you just basically want to go

24   ahead and book the strategy session from here.  Okay?

25             MR. TYNDALL:  Okay.  I don't actual -- I
```

```
1    don't see it on -- on -- on Skype.

2              COACH GORATA:  Once -- yeah, once we hang

3    up, you'll be able to see it on Skype.

4              MR. TYNDALL:  Okay.  Okay.

5              COACH GORATA:  All right.

6              MR. TYNDALL:  Thanks so much.

7              COACH GORATA:  Thank you.  You're welcome.

8              MR. TYNDALL:  Thanks.

9              COACH GORATA:  Take care.

10             MR. TYNDALL:  Bye.

11             COACH GORATA:  Bye-bye.

12             (The call was concluded.)

13

14             MR. TYNDALL:  That was an undercover Skype

15   call with Gorata Masuga.  My name is Reeve Tyndall.

16   I'm an investigator with the Federal Trade Commission.

17   It is August 29th, 2017.  The time is now 1:48 p.m.,

18   Eastern time.

19             (The recording was concluded.)

20

21

22

23

24

25
```

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12             I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:  11/6/2017

22                              SARA J. VANCE, CERT

23

24

25
```

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                          FEDERAL TRADE COMMISSION

3

4

5

        MATTER NO.     1723060

6

        TITLE          DIGITAL ALTITUDE

7

        DATE           RECORDED:  AUGUST 30, 2017

8                      TRANSCRIBED:  OCTOBER 27, 2017

9       PAGES          1 THROUGH 18

10

11

12                     2017-8-30 0515pm (Call w S1)

13

14

15

16

17

18

19

20

21

22

23

24                     For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
 1                    FEDERAL TRADE COMMISSION

 2                       I N D E X

 3

 4        RECORDING:                              PAGE:

 5        2017-8-30 0515pm (Call w S1)              4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                     FEDERAL TRADE COMMISSION

2

3    In the Matter of:              )

4    Digital Altitude              )   Matter No. 1723060

5                                   )

6    ------------------------------)

7                                       August 30, 2017

8

9

10

11           The following transcript was produced from a

12   digital file provided to For The Record, Inc. on

13   October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                   P R O C E E D I N G S
 2                 -    -    -    -    -
 3                     Call w S1
 4           COACH GORATA:  Hi, J███.
 5           MR. TYNDALL:  Hi.
 6           COACH GORATA:  How are you?
 7           MR. TYNDALL:  Good.  How are you doing?
 8           COACH GORATA:  I'm doing great.  I'm doing
 9   great.  Okay, so, let's get started.  So you were able
10   to watch Step 1 to Step 6, correct?  I know you said
11   you did.
12           MR. TYNDALL:  Yes.
13           COACH GORATA:  Okay, wonderful.  So,
14   overall, what did you take away from these steps
15   (inaudible)?
16           MR. TYNDALL:  The -- I can make money online
17   from home.
18           COACH GORATA:  Okay.  What else did you
19   learn besides, you know, the fact that, you know, you
20   can make money from home?
21           MR. TYNDALL:  That ASPIRE has a -- there's a
22   system.
23           COACH GORATA:  Mm-hmm.
24           MR. TYNDALL:  And that I -- I need to follow
25   the system.
```

```
 1            COACH GORATA:  Mm-hmm.  Okay, okay.  All

 2     right, awesome.  So, J███, tell me, what do you

 3     currently do for a living?  What do you do for work

 4     currently?

 5            MR. TYNDALL:  Well, I'm currently

 6     unemployed.

 7            COACH GORATA:  Okay.

 8            MR. TYNDALL:  I was laid off in May.

 9            COACH GORATA:  Okay, okay, okay.  So what --

10     are you basically job-searching?  What is your -- your

11     -- what are you currently focused on?

12            MR. TYNDALL:  Yeah, I'm --

13            COACH GORATA:  Like, do you want to start

14     making money online, but --

15            MR. TYNDALL:  I am --

16            COACH GORATA:  -- (inaudible) plans, mm-hmm.

17            MR. TYNDALL:  -- job-searching.  I -- I

18     worked as a teller at a bank.

19            COACH GORATA:  Okay.

20            MR. TYNDALL:  And -- but I -- I do have a

21     son, and I'd like to stay home with him and -- if I

22     could --

23            COACH GORATA:  Yeah.

24            MR. TYNDALL:  -- to make money from home

25     online.
```

1          COACH GORATA:  Yeah.

2          MR. TYNDALL:  That would be ideal.

3          COACH GORATA:  Okay, okay.  Okay, makes

4    sense.  Okay.  And, so, now, here's -- here's

5    basically how, you know, we can get you set up,

6    okay?  Now, on Step 6, Michael was talking about, you

7    know, the licensing of our product.  Is that a route

8    that you are interested in knowing a little bit more

9    about?

10         MR. TYNDALL:  Yeah.  I -- I -- I think so.

11   I don't know what that means, though.

12         COACH GORATA:  Okay.  So essentially what

13   happens here, in order for you to basically be able to

14   earn money from our digital products, you actually

15   have to license the rights to be able to resell them

16   (inaudible).

17         MR. TYNDALL:  Okay.

18         COACH GORATA:  Okay?  So our rights

19   program -- the reason why we really highly recommend

20   that program is because you've got an opportunity to

21   work one-on-one with a scale-up coach, and essentially

22   a scale-up coach, I think I -- I kind of touched a

23   little bit on that yesterday, what is basically a

24   seven-figure income earner.  And basically what he's

25   going to do is literally take you through, you know,

```
1    all the steps that you need to go through, handhold
2    you, show you exactly what you need to do to create a
3    business plan with you and for you that is really
4    customized to you, okay?  So essentially this is th
5    e person who will be able to kind of show you
6    exactly what you need to do in order for you to
7    begin to -- you know, to start scaling your business
8    online.
9            Now, the rights program does position you
10   for $10,000 a month.
11           MR. TYNDALL:  Okay.
12           COACH GORATA:  Okay?
13           MR. TYNDALL:  That -- that would be great.
14   That's --
15           COACH GORATA:  Okay.  Okay.  But, however, I
16   know everybody's situation is different, but, you
17   know, like I said, you do -- you would have to license
18   the rights product in order to even get access to our
19   scale-up coaches.
20           MR. TYNDALL:  Okay.
21           COACH GORATA:  They only work with people
22   who are at least positioned in the rights.
23           MR. TYNDALL:  Okay.
24           COACH GORATA:  Yeah.
25           MR. TYNDALL:  Wait, I -- what does that
```

8

1    mean?  I didn't -- I don't understand.

2              COACH GORATA:  Okay, it just means that they

3    only work with licensees, the people who have actually

4    licensed the rights product.

5              MR. TYNDALL:  Okay.

6              COACH GORATA:  Okay?

7              MR. TYNDALL:  Okay.

8              COACH GORATA:  Okay.  So, now, how would you

9    want to proceed from here?

10             MR. TYNDALL:  Well, I -- I don't know.  I --

11   I -- what -- what would be the next step?

12             COACH GORATA:  Okay, so the next step would

13   just basically be you just making a decision on how

14   you want to move forward.  Do you want to work with

15   these coaches?  And then if you do want to work with

16   these coaches then we'll get you set up with your

17   licensing, which just basically -- which is $2,497.

18             MR. TYNDALL:  Wow.

19             COACH GORATA:  Okay?

20             MR. TYNDALL:  Okay.

21             COACH GORATA:  Yeah.

22             MR. TYNDALL:  That's -- that's a lot.

23             COACH GORATA:  To -- to get licensed.

24             MR. TYNDALL:  That's a lot of money.

25             COACH GORATA:  Okay.  Okay.  No problem.  I

```
1    totally understand.  So, now, moving forward -- so
2    I -- I'm guessing that it's something that you can't
3    do right now.
4              MR. TYNDALL:  I don't know.  I mean, it --
5    I'd have to talk to my wife.
6              COACH GORATA:  Okay.
7              MR. TYNDALL:  We -- I -- I worked with a --
8    a business coach before selling things --
9              COACH GORATA:  Okay.
10             MR. TYNDALL:  -- on -- on eBay.
11             COACH GORATA:  Yeah.
12             MR. TYNDALL:  And I -- I didn't really -- I
13   got set up and everything, but I really couldn't find
14   enough customers.
15             COACH GORATA:  Okay, okay.  Okay.  So -- and
16   that's what -- those are the gaps that our -- the
17   training program fills for you.
18             MR. TYNDALL:  Okay.
19             COACH GORATA:  So with this, this was more
20   like you don't have to worry much about how you're
21   going to get primed because once you are working
22   with one of our millionaire coaches, then they would
23   be able to show you exactly the different avenues
24   that you can use, you know, in order for you to -- to
25   even just get those customers, really be able to push
```

```
 1      your offer in front of the people that are looking

 2      for it.

 3                  MR. TYNDALL:  Okay.

 4                  COACH GORATA:  Okay?

 5                  MR. TYNDALL:  Okay.

 6                  COACH GORATA:  So here's what -- what we can

 7      do.  What we can do is that we -- I can -- let's maybe

 8      set up another time, you have the opportunity to speak

 9      with your wife.

10                  MR. TYNDALL:  Okay.

11                  COACH GORATA:  And make that decision.  And

12      just, you know, let me know how you want to move

13      forward.

14                  MR. TYNDALL:  Okay.  Is there --

15                  COACH GORATA:  Okay.

16                  MR. TYNDALL:  -- is there anything that I

17      can read about this online or anything like that to

18      show my wife?

19                  COACH GORATA:  Great question.  Great, great

20      question.  Okay.  Now, our prices for our products

21      have gone -- have basically increased, so I do have

22      something with our old pricing.  Maybe I can send that

23      out to you --

24                  MR. TYNDALL:  Okay.

25                  COACH GORATA:  -- if that's okay.  Okay.
```

1    But just bear in mind this is our old pricing on it,

2    but, however, it will give you more details about, you

3    know, what the -- the product and everything, you can

4    read more about that.

5              MR. TYNDALL:  Okay.

6              COACH GORATA:  Okay?

7              MR. TYNDALL:  And --

8              COACH GORATA:  Mm-hmm.

9              MR. TYNDALL:  -- that, I mean, how much was

10   -- how much did it cost?

11             COACH GORATA:  The rights is 2,497.

12             MR. TYNDALL:  Okay.

13             COACH GORATA:  Okay?

14             MR. TYNDALL:  And, then, you said that I

15   could expect $10,000 a month?

16             COACH GORATA:  Yeah.  So it will set you up

17   for $10,000 a month.  And when you start working with

18   the scale-up coach, then he will put together a proper

19   action plan, a proper (inaudible) and a proper plan on

20   how -- on how you're going to get that (inaudible).

21   So now you remember, with a ten -- with that, you

22   basically earn about 15 -- 1,500 per -- so it's 1,500

23   per -- per sale.

24             MR. TYNDALL:  Okay.

25             COACH GORATA:  Right?  So -- so the key is

```
1    it's only about six -- yeah, about six sales, six,

2    seven sales.  Six and a half sales, which is basically

3    seven sales a month.  And that's what the -- the

4    scale-up coach is going to help to set up for you so

5    you're able to just make seven sales a month and be

6    able to -- to make that $10,000 a month.

7              MR. TYNDALL:  Okay.  It -- do you know --

8              COACH GORATA:  Okay.

9              MR. TYNDALL:  -- do you know how -- how fast

10   all of this works?

11             COACH GORATA:  Great question.  So

12   basically, the number one thing is it really does

13   depend on just you making sure that you take the

14   action, like he's going to lay out a plan for you and

15   show you exactly what you need to do.  Now, you --

16   it's all about you taking action.  So let's say you

17   really follow everything, the plan the way that it is

18   laid out, and are consistent in doing that.

19             MR. TYNDALL:  Yeah.

20             COACH GORATA:  The system definitely works.

21   So we do find people -- some people start making

22   profit, okay, they start making profit within, you

23   know, the week.  Some people a little bit more than

24   that, but the bottom line is that we want to make sure

25   that we get you to six figures -- six-figure income,
```

```
 1    at least a $100,000 --

 2              MR. TYNDALL:  Okay.

 3              COACH GORATA:  -- within 90 to 120 days.

 4              MR. TYNDALL:  Okay.

 5              COACH GORATA:  So if you follow the system

 6    the way that it's laid out --

 7              MR. TYNDALL:  Okay.

 8              COACH GORATA:  -- it's within 90 to 120 days

 9    that you would be -- that, you know, we are getting

10    you to the $100,000 a month.  And -- sorry, $100,000 a

11    year income.

12              MR. TYNDALL:  Okay.

13              COACH GORATA:  Okay?  So if you just bear in

14    mind, this doesn't mean that you won't make any money

15    in the process obviously, but we want to make sure

16    that you're a six-figure income within 90 to 120 days.

17              MR. TYNDALL:  Okay.

18              COACH GORATA:  Okay?

19              MR. TYNDALL:  Wow, that -- that -- that

20    would be -- that would be great.

21              COACH GORATA:  Yeah, so, but like I said, we

22    can't, you know, promise that to you.  We can put you

23    and make that promise to you of 100 -- 120 days, 90 to

24    120 days if you are not with -- if you end up training

25    with a scale-up coach because, remember, he's already
```

1      making millions of dollars online, and he's basically

2      going to show you a shortcut on how to do that.

3                MR. TYNDALL:  Okay.  Wow, that -- that would

4      be -- that would be great.

5                COACH GORATA:  Yeah.

6                MR. TYNDALL:  Do you know -- so, yeah, I'll

7      -- I'll talk to my wife about it, because --

8                COACH GORATA:  Okay.

9                MR. TYNDALL:  -- she -- she -- she said she

10     had some questions too.

11               COACH GORATA:  Yeah, that's fine.

12               MR. TYNDALL:  She's not -- she's still at

13     work.

14               COACH GORATA:  Okay.

15               MR. TYNDALL:  But --

16               COACH GORATA:  No problem.  I mean, if she

17     has some questions, I'm more than happy to answer any

18     of the questions she has.

19               MR. TYNDALL:  Okay.

20               COACH GORATA:  And, you know, you can just

21     basically, you know, let me know.  We can go ahead and

22     -- and set up a time with -- she can be on the phone

23     and I will be happy to, you know, give her all the

24     information.

25               MR. TYNDALL:  Okay.

1          COACH GORATA:  Now, in the meantime, I will

2     send out just that information package.  I highly

3     recommend that you have her read that, to go through

4     that first.

5          MR. TYNDALL:  Okay.

6          COACH GORATA:  And stuff like that.

7          MR. TYNDALL:  Okay.  Okay.

8          COACH GORATA:  Okay?

9          MR. TYNDALL:  Is there -- is there any way

10    that we could pay on a -- on a payment plan, because

11    that sounds like a lot of money.

12         COACH GORATA:  Okay.  Now, we do have

13    payment plans, but at this point, we are basically

14    trying to restructure them because of our prices have

15    changed, but I will find out how -- what the payment

16    plans look like.  But you're looking at least, you

17    know, putting down at least about a thousand or more.

18    I mean, that's just me thinking.

19         MR. TYNDALL:  Okay.

20         COACH GORATA:  Because we'd like $1,000 or

21    like $1,200 or $1,300 --

22         MR. TYNDALL:  Okay.

23         COACH GORATA:  -- in order to even begin a

24    payment plan.

25         MR. TYNDALL:  Okay, okay.

1          COACH GORATA:  Okay?

2          MR. TYNDALL:  Well, yeah, I'll talk to --

3     talk to my wife.  And how -- how do we schedule a --

4     the next call with you?

5          COACH GORATA:  Okay, just go on my calendar

6     again and just do, like, a finish Step 3 thing or

7     just another strategy.  Just go into another strategy,

8     and then we can have at least 30 minutes to -- to

9     talk.

10         MR. TYNDALL:  Okay, okay.

11         COACH GORATA:  Okay?

12         MR. TYNDALL:  Well, that --

13         COACH GORATA:  All right.

14         MR. TYNDALL:  -- that sounds good.  Well,

15    thank you so much.

16         COACH GORATA:  You are welcome.  You have

17    yourself a great one, okay?

18         MR. TYNDALL:  Okay.  Thanks so much.  Bye.

19         COACH GORATA:  You're welcome.  Bye-bye.

20         MR. TYNDALL:  Bye.

21         (The call was concluded.)

22

23         MR. TYNDALL:  That was an undercover Skype

24    call received from Gorata Masuga.  My name is Reeve

25    Tyndall.  I'm an investigator with the Federal Trade

1    Commission.  The date is August 30th, 2017.  The time

2    is now 5:15 p.m., Eastern time.

3                    (The recording was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Sara J. Vance, do hereby certify that the

5      foregoing proceedings and/or conversations were

6      transcribed by me via CD, videotape, audiotape or

7      digital recording, and reduced to typewriting under my

8      supervision; that I had no role in the recording of

9      this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of

11     the recording media.

12             I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were

15     transcribed; and further, that I am not a relative or

16     employee of any attorney or counsel employed by the

17     parties hereto, nor financially or otherwise

18     interested in the outcome of the action.

19

20

21     DATE:  11/6/2017

22                              SARA J. VANCE, CERT

23

24

25
```

Attachment P



REACH HIGHER

DIGITAL ALTITUDE

Elevating Digital Entreprenuers

By Michael Force

Company And Product Overview

A Digital Business & Marketing
e-Learning Company







Attachment Q

EX 41
1975



## ◣ FOUNDER

## Michael Force

A former U.S. Marine who over the last 15 years has become an industry leading digital business expert, speaker and entrepreneur who built his first multi-million dollar business by the age of 27.

He has trained tens of thousands online and has been a 7-figure producer in top tier high ticket over the last 15 years and has consulted many of the leading companies in high ticket. He has over 500,000 readers currently subscribe to his free email newsletter.

EX 41
1976



Attachment Q

EX 41
1977



EX 41
1978



Attachment Q



MARINE

EX 41
1980



# VISION

Our goal is to elevate the success of aspiring entreprenuers, marketers and dreamers around the world with world class education. To lift them up and fast track their trial and error. We strive to turn leaders into legends while being there each step of the way to guide them through the starts, stops and pitfalls of starting and scaling a profitable digital business. Our focus is to ensure they never get left behind and are pushed when they feel like giving up, pulled when they want to quit. Our passion and drive comes from helping others realize their potential and reaching their peak.



# WHY

With technology evolving at lightning speeds and the rise in e-Learning in this information age... we wanted to create an educational incubator for aspiring entrepreneurs, marketers, and dreamers. We believe college is not always the best answer for entrepreneurs.

But we don't believe going it alone is the answer either. It's our goal to provide starters, marketers, and dreamers with the shortcuts, blindspots, and tools to turn their drive into thriving, profitable Digital Businesses.

We will continue to strive to provide an educational incubator and community of like-minded people to share and amplify their successes. To help create true freedom so they can spend more time with their families, friends, and those they care most about.



# WHO

A business should give you more time to spend on the things you like, with the people you love.

Our program was not designed for business people. It was designed for moms, dads, high school graduates, waiters and waitresses, passionate creatives, college dropouts, and anyone in between.

You don't have to be a businessman or woman in a suit to have a successful company. The world wants you and your ideas, just they way they are.

EX 41
1983

HOW

Our product line was created for those aspiring to climb the mountain to success as a Digital Entrepreneur.

It's packed with over 100 years of combined experience and success from the industry's thought leaders and doer's.

We have carefully crafted a product line that creates not just the foundation for success but gives you the map to climb to the top step-by-step. We will be here with you every step of the way.



Attachment Q

EX 41
1985










CLIENT FOR LIFE COACHES

EX 41
1987



SYSTEMS + EDUCATION













Attachment Q



Attachment Q

EX 41
1990



Attachment Q

EX 41
1991



EX 41
1992





Attachment Q



Attachment Q

EX 41
1995

EX 41
1996

EX 41
1997

EX 41
1998



Attachment Q

EX 41
1999



# ASPIRE

## Digital Business System

An digital marketing, sales system and training platform designed by 7-figure digital marketers for digital marketers. Includes automation, sales funnels, community, tools and resources to ensure your success.



EX 41
2000



## Digital Business System

**Digital Business Video Trainings**
3 Start-up steps, 3 Set-up steps and 3 Promote steps guide you.

**Private Digital Client For Life Coaches**
Coaches help guide you and help you with strategy to reach your goals.

**7-Figure Sales Funnels & Websites**
Automated sales funnels designed by 7-figure marketers automate the sales process.

**Follow Up Sequences & Sales Automation**
The fortune is in the follow up and automation to leverage your time and efforts.



Attachment Q



## Digital Business System

**High Commission Back End Products**
Product development has been created for you so you can leverage top tier commissions while you learn.

**Done For You Branding Solutions**
Branding is the secret behind increase conversions and we have solutions tailor made for you.

**Traffic & Social Media Solutions**
Traffic is the lifeblood of any online business and we have solutions forged from years of trial and error.

**Latest Tools & Resources**
Staying up on what's working know is the key to any Digital Entrepreneurs success and we have the latest tools and resources available to you.



Attachment Q



# ASPIRE

## Digital Business System

**Merchant & Payroll Services**
One of the biggest hurdles for most businesses is managing their accounting, funding and cashflow. We do it for you.

**Support, Forums & Live Chat**
Live support and instant availabity is paramount to retaining customers. We have it all in place for you.

**Community, Leadership**
Connecting and learning from others is what creates takes leaders to legends. We have it all.

**Networking, Live Events, Coaching**
It's said that your networth is determined by your network. Here you will increase your network.



Attachment Q

# WALKER

Retail Value

## $49/mo

Membership Includes

- 40% Commission
- 1 Tier of Payout
- Members Area
- Start Up Training Videos
- Weekly Training Calls

## $37/mo



# ASPIRE

Digital Business System

EX 41
2004

# HIKER

**Retail Value**

# $99 /mo

**Membership Includes**

- 50% Commission
- 2 Tiers of Payout
- Members Area
- Start Up Training Videos
- Weekly Training Calls
- Live Hiker Training
- Sales Assistance
- Tools & Resources

# $67 /mo



# ASPIRE

Digital Business System

Attachment Q

# CLIMBER

Retail Value

## $199/mo

Membership Includes

- 60% Commission
- 3 Tiers of Payout
- Members Area
- Start Up Training Videos
- Weekly Training Calls
- Live Climber Training
- Additional Sales Funnels
- Sales Assistance
- Done-For-Solutions
- Traffic Solutions
- Tools & Resources

## $127/mo

# ASPIRE

Digital Business System

EX 41
2006



Attachment Q

EX 41
2007

# ASPIRE

## Potential Conversions (estimated)

### (Tiers or pass ups not shown)

| | WALKER | HIKER | CLIMBER |
|---|---|---|---|
| | $37 | $67 | $127 |
| | 5% | 60% | 60% |
| | 25.0 | 15.0 | 9.0 |
| | $15 | $27 | $76 |
| 500 | $375 | $405 | $684 |
| | **$375** | **$780** | **$1,464** |

*disclaimer: estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.



BASE

Digital Business Mastery Course

EX 41
2010



# BASE

Digital Business Mastery Course

A Foundational business basics to advanced mastery course that provides shortcuts, tools and resources to fast track your digital business's success.



EX 41
2011





Attachment Q



## Digital Business Mastery Course

**Section 2: Launch**

It's our hope you will be launching your business within this section. The modules to come are focused heavily on tactics and strategy around sustaining the first 3 months of your business.

**Module #5**
"Learn How To Launch Your Digital Business Loud So They Come Running"

**Module #6**
"Learn How To Create An Awesome Social Media Compaign To Get The Word Out"

**Module #7**
"The 5 Key Things You Need To Know About Analytics, Tools, & Reporting"

**Module #8**
"Learn About The 5 Must Do's When Launching A Business"



Attachment Q







EX 41
2015



# BASE

## Potential Conversions (estimated)

### (Tiers or pass ups not shown)

| | WALKER | HIKER | CLIMBER | BASE |
|---|---|---|---|---|
| 500 | $37 | $67 | $127 | $597 |
| | 5% | 60% | 60% | 40% |
| | 25.0 | 15.0 | 9.0 | 3.6 |
| | $15 | $27 | $76 | $270 |
| | $375 | $405 | $684 | $972 |
| | **$375** | **$780** | **$1,464** | **$2,436** |

*disclaimer: estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.

EX 41
2017



# Frequently Asked Questions

**How long do I have to make a decision on buying the product and positioning myself?**

*You can upgrade whenever you like.. but member referrers are locked for life. See explanation in other FAQ.*

**What does "sales assist" mean?**

*It means we have Digital Client For Life Coaches that call all new members and guide them through the steps to start up, set up and promote and answer any questions regarding compensation and assist in making the sale for you so they are compensated a percentage.*

**What does the phrase "non BASE member referrals are passed up" mean?**

*It means for those members who have yet to buy the BASE product and have yet to position themselves for commissions at the BASE level will pass up any and all BASE sales they refer.*

**What does the phrase "BASE member referrers are locked for life" mean?**

*It means the time at which a member upgrades to BASE their position at BASE is attached to the next qualified BASE member above them for life. So for those who that do pass up that BASE member means they forfiet any and all of that new members BASE sales for life.*

BASE

Digital Business Mastery Course

EX 41
2019

RISE

Digital Marketing Mastery Course







Attachment Q









Attachment Q





Attachment Q

EX 41
2025





Attachment Q





# RISE

## Potential Conversions (estimated)

### (Tiers or pass ups not shown)

| | WALKER | HIKER | CLIMBER | BASE | RISE |
|---|---|---|---|---|---|
| 1,000 | $37 | $67 | $127 | $597 | $1,997 |
| | 5% | 60% | 60% | 40% | 40% |
| | 50.0 | 30.0 | 18.0 | 7.2 | 2.9 |
| | $15 | $27 | $76 | $270 | $900 |
| | $750 | $810 | $1,368 | $1,944 | $2,592 |
| | **$750** | **$1,560** | **$2,928** | **$4,872** | **$7,464** |

*disclaimer: estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.



# Frequently Asked Questions

**How long do I have to make a decision on buying the product and positioning myself?**

*You can upgrade whenever you like.. but member referrers are locked for life. See explanation in other FAQ.*

**What does "sales assist" mean?**

*It means we have Digital Client For Life Coaches that call all new members and guide them through the steps to start up, set up and promote and answer any questions regarding compensation and assist in making the sale for you so they are compensated a percentage.*

**What does the phrase "non RISE member referrals are passed up" mean?**

*It means for those members who have yet to buy the RISE product and have yet to position themselves for commissions at the RISE level will pass up any and all RISE sales they refer.*

**What does the phrase "RISE member referrers are locked for life" mean?**

*It means the time at which a member upgrades to RISE their position at RISE is attached to the next qualified RISE member above them for life. So for those who that do pass up that RISE member means they forfiet any and all of that new members RISE sales for life.*

Attachment Q

EX 41
2030



EX 41
2031

Digital Business Profit Workshop



# ASCEND

Digital Business Profit Workshop

A 5-Day all inclusive retreat for two that brings the world's leading thought leaders in business success, and leadership directly to you to learn from.



# ASCEND

## Digital Business Profit Workshop

**Day 1 Agenda**
On day one you will learn how to find and scale traffic and implement the highest converting funnel strategies.

**Top 5 Most Profitable Traffic Sources**
You'll learn where to find the most profitable traffic and scalable sources.

**6 Strategies To Scale Traffic**
You'll learn how best strategies to scale your traffic to 8 figure or more.

**7-Figure Conversion Hacks**
Learn the little know conversion hacks that all 7-figure earners use today.

**3 Powerful Funnel Formula's**
Discover the funnel formula's that convert the highest in any niche.

# ASCEND

## Digital Business Profit Workshop

**Day 2 Agenda**
On day two you will learn all about the power of a personal brand and story. Learn to tell and craft your story to take your Digital Business to the next level.

**The Power Of A Personal Brand**
Discover the how to create a powerful personal brand that crushes conversions.

**How To Tell Your Story**
Learn how to tell your story and craft a message that shows your authenticity.

**Finding The Guru In You**
You'll learn how to tap your experience and knowledge and package it to create value.

**How To Master Video**
Learn the most powerful distribution channel that will create customer connections.



# ASCEND

## Digital Business Profit Workshop

**Day 3 Agenda**
On day three you will learn how to increase conversions, create content, outsource and build a team to leverage your time.

**Increase Conversions With Analytics**
Discover how to maximize your ROI using analytics in your business.

**How To Create Amazing Content**
You'll learn the little know secrets to pumping out high converting content on autopilot.

**How To Work Smarter With Outsourcing**
Learn how to lower costs and leverage your time with outsourcing.

**How To Build A Team**
You'll learn how to create more duplication and less attrition in your team.








## RISE CLIMBER

| Compensation | 60% 3 Tiers |
| --- | --- |
| Retail | $9,997 |
| Tier 1 45% comm -20% coach | $4,500 |
| Tier 2 10% comm | $1,000 |
| Tier 3 5% comm | $500 |

Must be a CLIMBER member to qualify.

## RISE HIKER

| Compensation | 50% 2 Tiers |
| --- | --- |
| Retail | $9,997 |
| Tier 1 40% comm -20% coach | $4,000 |
| Tier 2 10% comm | $1,000 |

Must be an HIKER member to qualify.

## RISE WALKER

| Compensation | 40% 1 Tier |
| --- | --- |
| Retail | $9,997 |
| Tier 1 40% comm -20% coach | $4,000 |

Must be a WALKER member to qualify.

EX 41
2038

ASCEND

Potential Conversions (estimated)

(Tiers or pass ups not shown)

| | WALKER | HIKER | CLIMBER | BASE | RISE | ASCEND |
|---|---|---|---|---|---|---|
| | $37 | $67 | $127 | $597 | $1,997 | $9,997 |
| | 5% | 60% | 60% | 50% | 40% | 40% |
| 2,000 | 100.0 | 60.0 | 36.0 | 18.0 | 7.2 | 2.9 |
| | $15 | $27 | $76 | $270 | $900 | $4,500 |
| | $1,500 | $1,620 | $2,736 | $4,860 | $6,480 | $12,960 |
| | $1,500 | $3,120 | $5,856 | $10,716 | $17,196 | $30,156 |

*disclaimer: estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.

EX 41
2039

# ASCEND

# Frequently Asked Questions

**How long do I have to make a decision on buying the product and positioning myself?**

*You can upgrade whenever you like.. but member referrers are locked for life. See explanation in other FAQ.*

**Where and when is the next ASCEND Profit Workshop live event?**

*They are currently schedule for once per year and members are given a full schedule of agenda, speakers and location months prior to the event. Locations may or may not change each year.*

**How many tickets do I get for the ASCEND Profit Workshop and can I bring anyone with me?**

*Yes you can bring someone with you... the tickets are for two which is all inclusive for 3 days at the resort. Any additional days or people you would like to bring will be at your own cost. We do negotiate volume pricing with the resorts prior so a discount maybe available.*

**What does the phrase "non ASCEND member referrals are passed up" mean?**

*It means for those members who have yet to buy the APEX product and have yet to position themselves for commissions at the APEX level will pass up any and all APEX sales they refer.*

**What does the phrase "ASCEND member referrers are locked for life" mean?**

*It means the time at which a member upgrades to ASCEND their position at ASCEND is attached to the next qualified ASCEND member above them for life. So for those who that do pass up that ASCEND member means they forfeit any and all of that new members ASCEND sales for life.*

**What does "sales assist" mean?**

*It means we have Digital Client For Life Coaches that call all new members and guide them through the steps to start up, set up and promote and answer any questions regarding compensation and assist in making the sale for you so they are compensated a percentage.*

Attachment Q

EX 41
2040

ASCEND

Digital Business Profit Workshop

EX 41
2041

PEAK

Digital Business Prosperity Retreat

EX 41
2042



# PEAK

## Digital Business Prosper Retreat

A 5-Day all inclusive retreat for two that brings the world's leading thought leaders in business success, management, and leadership directly to you to learn from.



EX 41
2043



# PEAK

## Digital Business Prosper Retreat

**DAY 1: AGENDA**
On day one you will learn how to scale your business to the next level and create more profit in the shortest amount of time.

**How To Scale Your Digital Business**
You will learn how to take your business to the 7 & 8 Figure levels of revenue.

**Creating Joint Ventures**
Learn how to develop partners in the industry to leverage lists and expand your reach.

**Adding Massive Value**
You see how to add massive value to your content, products and services.

**Find The Best Talent**
Discover how to find the best and most talented people to hire.



Attachment Q

EX 41
2044



# ◢PEAK

## Digital Business Prosper Retreat

**DAY 2: AGENDA**
On day two you will learn how to build a solid financial foundation for which your Digital Business can grow and create longevity.

**6 Strategies For Awesome Accounting**
You will learn how to properly manage your accounting to ensure a financial future.

**Creating An Solid Organization**
Discover how to create a sustainable organization that will give you more freedom.

**Motivating Your Massive Team**
Learn the little known secrets to creating massive motivation in your team.

**Prepare Your Legal Entity**
You'll learn how to set your business up legally and protect your assets.



EX 41
2045

# PEAK

## Digital Business Prosper Retreat

**DAY 3: AGENDA**
On day three you will learn how to increase sales within your business and organization to ensure a profitable long term Digital Business.

**7 Sales Growth Strategies**
Learn the leading sales strategies that are working now to maximize your LCV.

**Creating Powerful Presentations**
You'll how to create powerful high converting sales presentation to increase sales.

**Creating Customers for Life**
Discover the 4 must have's if you want to create customers for life.

**The Power of Influence**
7 strategies to creating massive influence in the marketplace.



# PEAK

## Digital Business Prosper Retreat

**DAY 4: AGENDA**
On day four it's all about increasing the efficiency and speed of your business to maximize sales and conversions for your Digital Business.

**Time Management & Productivity**
Learn the 9 tricks successful people use to maximize time and productivity.

**Create More Effeciency In Your Business**
Find out how to maximize the speed at which your business move.

**How To Automate 80% Of Your Business**
Discover how 3 new technologies can automate most of your business.

**How To Create More Time Freedom**
You'll learn how to get put systems in place to ensure your spending more time with those you love.



Attachment Q

EX 41
2047

# PEAK

## Digital Business Prosper Retreat

**DAY 5: AGENDA**
On day five we share the core strategies of business building and the mistakes to avoid. You'll here real stories of trial and error and how you can skip it.

**How To Raise More Capital**
You'll learn 3 powerful tactics to raising instant capital for your business.

**Create More Cashflow**
Discover how to create even more cash flow and income streams in your business.

**The 5 Big Financial Mistakes To Avoid**
Learn to avoid these mistakes and ensure your on the fast track to success.

**How 8-Figure Earners Did It**
You'll here stories from those who were once like you and are now living their dreams.



EX 41
2048



EX 41
2049





Attachment Q

EX 41
2050



# PEAK

## Potential Conversions (estimated)

### (Tiers or pass ups not shown)

| | WALKER | HIKER | CLIMBER | BASE | RISE | ASCEND | PEAK |
|---|---|---|---|---|---|---|---|
| | $37 | $67 | $127 | $597 | $1,997 | $9,997 | $15,997 |
| | 5% | 60% | 60% | 50% | 40% | 40% | 40% |
| 3,000 | 150.0 | 90.0 | 54.0 | 27.0 | 10.8 | 4.3 | 1.7 |
| | $15 | $27 | $76 | $270 | $900 | $4,500 | $7,650 |
| | $2,250 | $2,430 | $4,104 | $7,290 | $9,720 | $19,440 | $13,219 |
| | $2,250 | $4,680 | $8,784 | $16,074 | $25,794 | $45,234 | $58,453 |

*disclaimer: estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass up sales.



# Frequently Asked Questions

**What does the phrase "non PEAK member referrals are passed up" mean?**

*It means for those members who have yet to buy the PEAK product and have yet to position themselves for commissions at the PEAK level will pass up any and all PEAK sales they refer.*

**What does the phrase "PEAK member referrers are locked for life" mean?**

*It means the time at which a member upgrades to PEAK their position at PEAK is attached to the next qualified PEAK member above them for life. So for those who that do pass up that PEAK member means they forfiet any and all of that new members PEAK sales for life.*

**What does "sales assist" mean?**

*It means we have Digital Client For Life Coaches that call all new members and guide them through the steps to start up, set up and promote and answer any questions regarding compensation and assist in making the sale for you so they are compensted a percentage.*

**How long do I have to make a decision on buying the product and positioning myself?**

*You can upgrade whenever you like.. but member referrers are locked for life. See explanation in other FAQ.*

**Where and when is the next PEAK Prosper Retreat live event?**

*They are currently schedule for once per year and members are given a full schedule of agenda, speakers and location months prior to the event. Locations may or may not change each year.*

**How many tickets do I get for the PEAK Prosper Retreat and can I bring anyone with me?**

*Yes you can bring someone with you... the tickets are for two which is all inclusive for 5 days at the resort. Any additional days or people you would like to bring will be at your own cost. We do negotiate volume pricing with the resorts prior so a discount maybe available.*

Attachment Q

EX 41
2052

PEAK

Digital Business Prosperity Retreat

EX 41
2053



Attachment Q

EX 41
2054



# APEX

## Digital Business Legacy Experience

**DAY 1 AGENDA:**
On day one is all about creating freedom with your business and how to set it up and manage it so you have more time to spend with those you care most about.

**How To Become Financially Free**
Learn the 5 Steps the Rich Use To Become Financially Free.

**How To Create Additional Incomes**
Learn The Little Known Way To Create Multiple Streams Of Income.

**Build Streams Of Cash Flow**
You'll Learn How To Add More Streams of Cash Flow To Pad Your Bottom Line.

**Secure Your Retirement Income**
5 Strategies That Are Proven To Secure Your Retirement Income For Life.



Attachment Q

# APEX

## Digital Business Legacy Experience

**DAY 2 AGENDA:**
On day two you will learn about investing and how to beat Wall Street at it's own game.

**Secrets The Rich Use To Get Richer**
Discover The Little Know Secrets That The Rich Use To Get Richer.

**Fund Your Investments With OPM**
Learn How To Fund Your Investments Using Other People's Money.

**Take Control Of Your Financial Future**
You'll Learn 6 Tips To Taking More Control Over Your Financial Future.

**How To Beat Wall Street**
Learn How To Finally Beat Wall Street At It's Own Money Game.

EX 41
2057



**APEX**

## Digital Business Legacy Experience

**DAY 3 AGENDA:**
On day three you will learn how to create long term wealth and keep it growing for decades.

**Boost Your Financial IQ**
Learn The 3 Steps To Boosting Your Financial IQ Instantly.

**How To Use Leverage**
You'll Learn the Little Know Ways To Truly Use Leverage.

**Invest Like The Rich**
Discover The Closed Door Investing Secrets Of The Rich.

**Create Long Term Wealth Strategies**
9 Simple But Little Know Long Term Wealth Strategies The Wealthy Use.

Attachment Q



# APEX

## Digital Business Legacy Experience

**DAY 5 AGENDA:**
On day five we get into the nuts and bolts of wealth creation and how to build a solid foundation.

**Win The Credit Score Game**
Discover The 7 Ways You Can Create A Better Credit Score.

**How To Create Your Own Bank**
You'll Learn A Little Know Strategy The Rich Have Used For Decades.

**Create A Tax Free Retirement**
Learn How To Rid Yourself Of Taxes During Retirement.

**How The Rich Use IRA's**
Learn How The Ultra Rich Use IRA's To Their Long Term Advantage.







Attachment Q



# Digital Business Legacy Experience

**DAY 7 AGENDA:**
On day seven it's all about real estate and how to leverage those assets to create a long term legacy that will last for generations.

**Rising Real Estate**
Discover How To Invest In Real Estate By Leading Experts.

**Hidden Markets & No Money Down**
Learn How To Find Hidden Markets And How To Create No Money Down Deals.

**Wholesaling & Rehabbing Profits**
You'll Learn How To Use Wholesaling & Rehabbing To Explode Profits.

**Time Tested Tax Liens**
Discover The Little Known But Lucrative Tax Lien Strategies.



Attachment Q