



**RISE CLIMBER**

| Compensation | 60% 3 Tiers |
|---|---|
| Retail | $27,997 |
| Tier 1 — 45% comm -20% coach | $12,600 |
| Tier 2 — 10% comm | $2,800 |
| Tier 3 — 5% comm | $1,400 |

Must be a CLIMBER member to qualify.

**RISE HIKER**

| Compensation | 50% 2 Tiers |
|---|---|
| Retail | $27,997 |
| Tier 1 — 40% comm -20% coach | $11,200 |
| Tier 2 — 10% comm | $2,800 |

Must be an HIKER member to qualify.

**RISE WALKER**

| Compensation | 40% 1 Tier |
|---|---|
| Retail | $27,997 |
| Tier 1 — 40% comm -20% coach | $11,200 |

Must be a WALKER member to qualify.

Attachment Q

EX 41
2064



# APEX

## Potential Conversions (estimated)

(Tiers or pass ups not shown)

| | WALKER | HIKER | CLIMBER | BASE | RISE | ASCEND | PEAK | APEX |
|---|---|---|---|---|---|---|---|---|
| | $37 | $67 | $127 | $597 | $1,997 | $9,997 | $15,997 | $27,997 |
| | 5% | 60% | 60% | 50% | 40% | 40% | 40% | 40% |
| 5,000 | 250.0 | 150.0 | 90.0 | 45.0 | 18.0 | 7.2 | 2.9 | 1.2 |
| | $15 | $27 | $76 | $270 | $900 | $4,500 | $7,650 | $12,600 |
| | $3,750 | $4,050 | $6,840 | $12,150 | $16,200 | $32,400 | $22,032 | $14,515 |
| | **$3,750** | **$7,800** | **$14,640** | **$26,790** | **$42,990** | **$75,390** | **$97,422** | **$111,937** |

*disclaimer: estimated, not guaranteed and doesn't include residuals, additional income streams, trip wires, upsells or pass ups sales.

Attachment Q



# Frequently Asked Questions

**How long do I have to make a decision on buying the product and positioning myself?**

*You can upgrade whenever you like.. but member referrers are locked for life. See explanation in other FAQ.*

**Where and when is the next APEX Legacy Experience live event?**

*They are currently schedule for once per year and members are given a full schedule of agenda, speakers and location months prior to the event. Locations may or may not change each year.*

**How many tickets do I get for the APEX Legacy Experience and can I bring anyone with me?**

*Yes you can bring someone with you... the tickets are for two which is all inclusive for 7 days at the resort. Any additional days or people you would like to bring will be at your own cost. We do negotiate volume pricing with the resorts prior so a discount maybe available.*

**What does the phrase "non APEX member referrals are passed up" mean?**

*It means for those members who have yet to buy the APEX product and have yet to position themselves for commissions at the APEX level will pass up any and all APEX sales they refer.*

**What does the phrase "APEX member referrers are locked for life" mean?**

*It means the time at which a member upgrades to APEX their position at APEX is attached to the next qualified APEX member above them for life. So for those who that do pass up that APEX member means they forfiet any and all of that new members APEX sales for life.*

**What does "sales assist" mean?**

*It means we have Digital Client For Life Coaches that call all new members and guide them through the steps to start up, set up and promote and answer any questions regarding compensation and assist in making the sale for you so they are compenstated a percentage.*



Attachment Q

EX 41
2067



Attachment Q

EX 41
2068



EX 41
2069





## Earnings Disclaimer

Any income or earnings statements are estimates of income potential only, and there is no assurance that your earnings will match the figures presented, which are given as examples.

Your reliance on the figures we present is at your own risk. Any income or earnings depicted are NOT to be interpreted as common, typical, expected, or normal for the average Affiliate.

Particular results may be exceptional, and the variables that impact results are so numerous and sometimes uncontrollable, that Digital Altitude makes no guarantees as to your income or earnings of any kind, at any time. Where specific income figures are used, and attributed to an individual or business, those persons or businesses have earned that amount. All testimonials are a result of personal experience or were provided by each individual. These testimonials have NOT been verified for accuracy or truthfulness; and although believed to be completely accurate, should not be used as an indication or prediction of your results. There is no assurance that your earnings or income will match those figures, or that you will make any money at all. If you rely upon our examples or figures, you do so at your own risk, and you accept all risk associated with your reliance.

Any and all claims or representations as to income earnings made on our web sites or in our materials or information are not to be considered as average earnings. Testimonials are not representative. There can by no assurances that any prior successes, or past results, as to income earnings, can be used as an indication of your future success or results. Monetary and income results are based on many factors. Each individual's success depends on his or her background, work ethic, dedication, desire and motivation; as well as other factors not always known and sometimes out beyond your control. Therefore we do not guarantee or imply that you will accrue any commissions, bonuses, incentives or prizes that may be offered, thatyou will make any income

sometimes out beyond your control. Therefore we do not guarantee or imply that you will accrue any commissions, bonuses, incentives or prizes that may be offered, thatyou will make any income or earnings, or that you will make any money at all. If you rely upon our examples or figures, you do so at your own risk, and you accept all risk associated with your reliance.

As with any business endeavor, there is an inherent risk of loss of capital and there is no guarantee that you will earn any money.  Please read all agreements, notices and disclaimers before purchasing anything.Affiliate programs with products of digital nature and event sales have unknown risks involved, and are not suitable for everyone. Making decisions based on any information presented in our programs, products, services or on our website, should be done only with the knowledge that you could experience significant losses, or make no money at all. Only risk capital should be used.

All products and services of our company are for educational and informational purposes only. Thus, nothing on our website or otherwise disseminated by Digital Altitude  in conjunction with it should be taken as medical, legal, accounting or other such advice. Use caution and seek the advice of qualified professionals. Check with a qualified accountant, lawyer or professional advisor, before acting on this or any information.

Users of our programs, products, services and website are advised to do their own due diligence when it comes to making business decisions and all information, programs, products and services that have been provided should be independently verified by your own qualified professionals. Our information, programs, products and services should be carefully considered and evaluated before reaching a business decision, or whether to rely on them. All disclosures and disclaimers made herein, on our web sites or in any materials provided to you apply equally to any offers, bonuses, commissions, prizes or incentives that may be made by Digital Altitude.

Your use of the website, participation in Member or Affiliate programs confirm your consent and agreement that Digital Altitude  is not responsible for the success or failure of your business decisions relating to any information presented by our company, or our company programs, products and/or services.Information related to income or financial success provided on any website owned or operated by the Seller is simply information and is not directly related to any MLM or business opportunity of any kind. We at Digital Altitude  are not responsible for any errors or omissions contained in any disseminated material and are not liable for any loss incurred as a

of qualified professionals. Check with a qualified accountant, lawyer or professional advisor, before acting on this or any information.

Users of our programs, products, services and website are advised to do their own due diligence when it comes to making business decisions and all information, programs, products and services that have been provided should be independently verified by your own qualified professionals. Our information, programs, products and services should be carefully considered and evaluated before reaching a business decision, or whether to rely on them. All disclosures and disclaimers made herein, on our web sites or in any materials provided to you apply equally to any offers, bonuses, commissions, prizes or incentives that may be made by Digital Altitude.

Your use of the website, participation in Member or Affiliate programs confirm your consent and agreement that Digital Altitude  is not responsible for the success or failure of your business decisions relating to any information presented by our company, or our company programs, products and/or services.Information related to income or financial success provided on any website owned or operated by the Seller is simply information and is not directly related to any MLM or business opportunity of any kind. We at Digital Altitude are not responsible for any errors or omissions contained in any disseminated material and are not liable for any loss incurred as a result of using the material in any way. The intent is merely to provide useful information, products, and services, some of which we may be compensated for.

NOTICE OF CHANGE: The contents of this page may change over time. We reserve the right to change, alter and update the content as necessary.

COPYRIGHT WARNING: This material may not be reproduced in any way for any reason.

INQUIRIES/COMMENTS/CONCERNS: If you have any questions about the contents of this page, or simply wish to reach us for any other reason, you may do so by connecting with our Customer Care team at support@digitalaltitude.co or by mailing us at Digital Altitude, 16192 Coastal Hwy, Lewes, DE 19958.

© 2015 Digital Altitude LLC All Rights Reserved. PH# (800) 820-7570 Email: support@digitalaltitude.co



Attachment R4



## Read this very important part of you RISE package below

As part of your RISE package, and only during this process we want to offer you to go to your first event with us for FREE.

You will only see this on this page so don't exit yet.

We want to give you a TICKET to our Marketing Mastery Event this coming October 14 -15 in Las Vegas.

All you have to do is cover the $97 registration fee by clicking upgrade below and when you attend the event we will give you back the fee.

This is only offered on this page during your purchase of the rise package.

There's one last thing I want to give you before we get into the training...

Registration Fee: $97 (refunded when you attend)

UPGRADE NOW



1               OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.     1723060

6

     TITLE          DIGITAL ALTITUDE

7

     DATE          RECORDED:  OCTOBER 10, 2017

8                   TRANSCRIBED:  OCTOBER 27, 2017

9    PAGES          1 THROUGH 15

10

11

12             2017-10-10_17-23-21 (Rise Purchase)

13

14

15

16

17

18

19

20

21

22

23

24             For The Record, Inc.

25     (301) 870-8025 – www.ftrinc.net – (800) 921-5555

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4     RECORDING:                              PAGE:

5     2017-10-10_17-23-21 (Rise Purchase)       4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                      FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Digital Altitude              )   Matter No. 1723060

5                                    )

6     -----------------------------)

7                                        October 10, 2017

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    P R O C E E D I N G S

2                 -    -    -    -    -

3                    Rise Purchase

4          PRESENTER:  Wait, there's one last thing I

5     want to give you before we get into the training and

6     show you how to start making money with your new

7     business.  I want you to have every advantage

8     possible, and if there's one thing I've learned in all

9     my years of owning a business, it's this.

10              It's not what you know; it's who you know.

11     And if you want to reach the absolute highest level of

12     success in business, and do it as fast as possible,

13     you need to rub shoulders with the people who have

14     already done it so you can learn their secrets.

15              But how can you possibly do that if you just

16     got started?  You don't even know who those top

17     earners are, let alone how to meet them in person.

18     Well, that's where I come in.  Because you decided to

19     take action today and get started with us, I want to

20     give you a once-in-a-lifetime opportunity to meet the

21     people who are earning six and seven figures inside

22     this business and learn from them live and in person

23     at our marketing mastery event in Las Vegas, Nevada on

24     October 14th and 15th.

25              Live events are where the real magic
```

1    happens, and you learn to put all the training into

2    place so you can start putting money in your pocket.

3    Here's a glimpse into how this event can change your

4    life.

5              (Video shown.)

6              FEMALE TESTIMONIAL:  I'm super excited

7    to talk to you guys about how to get more done in

8    less time.  Does anybody want to know how to do

9    that?

10             MALE TESTIMONIAL:  Now it's about creating

11   value and sharing with everyone else and getting out

12   there and teaching and training and coaching and all

13   the stuff that we do here.

14             MALE TESTIMONIAL:  My goal today is to teach

15   you how to sell a product.

16             MALE TESTIMONIAL:  Anyone who's considering

17   coming to an event, it's really simple, you need to

18   come because there's just opportunities that only

19   occur from attending an event.

20             FEMALE TESTIMONIAL:  When you get to an

21   event and you're around -- in a room full of people

22   that are all like-minded and have that same energy

23   and that same vision, it can really help you take

24   your business to the next level, to really push

25   yourself to that comfort zone that if you were just

1    at home you wouldn't actually push yourself to that

2    level.

3            FEMALE TESTIMONIAL:  If, you know, they're

4    struggling and they feel that they're not getting

5    anywhere, you know, going to an event is definitely

6    the best place for them.  There is direct energy;

7    they're rubbing shoulders with the right people,

8    learning the kind of training that's going to help

9    them build an online income stream that's going to

10   help them live the lifestyle they love.

11           MALE TESTIMONIAL:  I had my first ever

12   breakthrough (inaudible) event four years ago in Miami

13   with my mentor.  I was brand new and never made a dime

14   online.  I made that leap of faith to go to an event,

15   absolutely changed everything.

16           FEMALE TESTIMONIAL:  To get to the next

17   level and to reach targets, it's really important to

18   get to events so that you're just lifting your energy

19   levels to push yourself further.

20           MALE TESTIMONIAL:  The event is, in fact,

21   what you need to build that belief system, right, to

22   see people like Michael Force, who was in the military

23   for years and now look at him now.  He's been doing

24   this for, like, 10, 15 years.

25           FEMALE TESTIMONIAL:  To see this, to see all

1    of you, to hear, we're all for the same purpose.  We

2    all want to chase our dreams, we all want to go live

3    that life.  It's amazing.

4              FEMALE TESTIMONIAL:  Coming to the live

5    events, it -- it honestly transforms your life.  You

6    know, you get to be surrounded by all this

7    awesomeness.

8              MALE TESTIMONIAL:  Sales starts with a mind

9    set.  It starts with a positive mind set.  When you're

10   happy about something, when you're positive about

11   something, it's easy to talk about it.

12             MALE TESTIMONIAL:  Success is a climb, and

13   it is challenging, and there are pitfalls and

14   crevices, and you're going to fall, and you're going

15   to want to give up.  But if you don't, you're going to

16   get to the top.

17             (End video.)

18             PRESENTER:  Marketing Mastery Live is the

19   biggest event of the year for anyone looking to

20   learn the latest, cutting-edge marketing strategies

21   and techniques that are guaranteed to grow your

22   business.  During the event, you'll learn how to

23   achieve results unlike anything you've experienced

24   before.  And you'll make dream connections with

25   other successful business owners and discover their

1    secrets that are guaranteed to take your business

2    to the next level.

3            Here are the five big reasons why you must

4    attend this once-in-a-lifetime event.  Number one,

5    you'll create meaningful and profitable relationships.

6    Make no mistake, the seeds of fortune are made at live

7    events.  It's places like Marketing Mastery Live where

8    historic business deals and partnerships are made.

9    The most successful marketers in the world are friends

10   for a reason.

11           It allows them to share, promote, and grow

12   each others' business at an astonishing rate.  Come

13   and surround yourself with like-minded people who are

14   tuned for success.  Create deep friendships and

15   profitable partnerships, people that can support,

16   brainstorm, and offer valuable advice for your

17   business.

18           Most people struggle to create the lifestyle

19   they want because they never get access to the people

20   who can make a difference.  When you attend Marketing

21   Mastery Live, it's like the ultimate insiders club

22   where you'll rub shoulders with six-figure and seven-

23   figure entrepreneurs.  Learn from them over cocktails

24   and finally get your business to the level it

25   deserves.

```
 1            Number two, you'll learn cutting-edge skills
 2    from people who are making it happen.  Are you ready
 3    to absorb the most current cutting-edge tactics to
 4    give your business an unfair advantage online?  From
 5    techniques that create an eager buying frenzy to the
 6    latest traffic tactics that flood your business with
 7    traffic, it's all here.
 8            Marketing Mastery Live is filled with
 9    cutting-edge tactics and strategies from some of the
10    world's most successful marketers, not what worked
11    last year, not what worked last month.  You'll learn
12    what works right now.  There's no better way to engage
13    your senses and fuse the greatest secrets to memory
14    than the Marketing Mastery Live event.  Whether you're
15    just getting started or already running your own
16    successful business, you'll learn new skills and take
17    it to the next level.
18            Number three, you'll rewire your brain for
19    success.  I'm sure you've heard the phrase, "your
20    income is the average of your five closest friends."
21    It's true, yet most people struggle to break out of
22    their current social circles.  As a result, they feel
23    stuck on a plateau that they just can't get off of.
24    Live events not only allow you to make new friends and
25    new income levels, those same events rewire your brain
```

1    for success.

2              You'll meet real people that get real

3    results.  Some are experts; others everyday, hard-

4    working people like you.  Either way, they all have

5    one thing in common:  they live and breathe the

6    lifestyle you seek and, frankly, deserve -- people

7    who actually make a six-figure income or more from

8    their business.  In fact, just hanging around

9    successful people has a profoundly positive effect on

10   your mind set, confidence, and in your own abilities

11   to succeed, not to mention some incredible new

12   lifelong friends.

13             Marketing Mastery Live is the best place to

14   learn the mind set, skills, and tools for financial

15   success.  You'll soak up essential learning for your

16   business, enjoy a vacation, and create lasting

17   memories in an incredible city.  Now that's a winning

18   combination.

19             Number four, you'll experience the sights

20   and sounds of Vegas, the glitz, the glamour, and, of

21   course, the Strip.  Our biggest Marketing Mastery

22   event so far could only be held in one location:  Las

23   Vegas, the entertainment capital of the world.  With

24   more live shows per capita than any other city, you'll

25   have plenty to keep you busy every evening of the

1    event.

2         If this is your first vacation for a while,

3    you can enjoy amazing entertainment every night you're

4    in town.  Like adventure?  Well, you've just found

5    adventure heaven because you can drive a Ferrari,

6    Lamborghini, or Maserati; ride a roller coaster 1,100

7    feet in the air; shoot a machine gun from a

8    helicopter; jump off the tallest building in Las

9    Vegas; zip line down Fremont Street; ride in a 40-

10    foot-long Hummer limo.  And that's just getting warmed

11    up.

12         If you're the type who likes to take it

13    easy, then you can easily spend time sipping cocktails

14    in classy, high-end bars or gamble in one of the 104

15    casinos.  And if that isn't enough, take a moment to

16    soak in the breathtaking view of the Strip at night

17    from 60 stories up in one of seven different lounges.

18    Yep, Vegas has something for everyone.  It's the

19    perfect way to taste your future lifestyle in all its

20    flavors.

21         Better yet, Vegas is one of the most

22    affordable cities in America.  You'll eat, drink, and

23    sleep like a king, and you can do it while spending

24    next to nothing if you want to.  Vegas is an

25    exceptional city, and Marketing Mastery Live is an

1     exceptional event.  It's the perfect match.

2          Number five.  You'll find the big

3     breakthrough you need.  Let's face it, it's easy to be

4     married to our businesses.  It's hard to stand back

5     and pinpoint the challenges and aspects that hold us

6     back.  Something about not seeing the forest for the

7     trees, I believe they say.  When you join us in Las

8     Vegas, one discussion could be the difference between

9     staying stuck on a financial plateau and the explosive

10    surge that your business needs.

11         That conversation could come from one of the

12    powerhouse speakers on stage.  It could come from the

13    person seated next to you.  Heck, it could even come

14    from a conversation you overhear in the lounge or at

15    the bar.  Either way, the opportunities to learn,

16    grow, connect, and brainstorm with like-minded people

17    is priceless.

18         It's only at live events like Marketing

19    Mastery Live that you can get personalized expert

20    advice from successful people for free, people that

21    already live the lifestyle you want.  Now, it's your

22    turn.  It's time to finally create the lifestyle that

23    you've always wanted.  It's your turn to grow your

24    business, make money, and live life on your own terms.

25         There's never been a better time to attend.

Attachment S

1      Vegas is one of the most affordable cities in America.

2      The event will be our biggest yet.  Plus, at only two

3      days, you'll be back home before anyone even knows

4      you're gone.  Throw in a ticket price that is insanely

5      low and you have every reason to join us in Vegas.

6      Secure your seat now and join us on the 14th and 15th

7      of October for the most transformational event of your

8      life.

9              It's just $97 to reserve your seat today.

10     Your ticket is literally cheaper than a dinner for

11     two.  That means there's no excuse.  You have every

12     reason to attend the event.  Click the button below to

13     reserve your seat right now before the price goes up.

14     Most events cost thousands of dollars to attend, but

15     not the Marketing Mastery event live.

16             We want to give you every possible

17     advantage, so if you take action, your success is

18     practically guaranteed.  That's why it's so

19     affordable.  We want it to be a total no-brainer so

20     that you have no excuses.  Click the button below

21     right now to reserve your seat at the Marketing

22     Mastery event on October 14th and 15th in Las Vegas

23     for only $97.

24             There's only a limited number of seats

25     available, so grab your seat before this opportunity

```
1    disappears forever.  Click the button below to grab

2    your seat now, and we'll see you in Vegas.

3              (The recording was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4              I, Sara J. Vance, do hereby certify that the

 5     foregoing proceedings and/or conversations were

 6     transcribed by me via CD, videotape, audiotape or

 7     digital recording, and reduced to typewriting under my

 8     supervision; that I had no role in the recording of

 9     this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of

11     the recording media.

12              I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were

15     transcribed; and further, that I am not a relative or

16     employee of any attorney or counsel employed by the

17     parties hereto, nor financially or otherwise

18     interested in the outcome of the action.

19

20

21     DATE:  11/6/2017

22                        SARA J. VANCE, CERT

23

24

25
```

## Income Disclosure:

Here at Digital Altitude we teach internet entrepreneurs how to start and grow a profitable online business with our unique coaching products and world class live events. We're excited to also offer a chance to our students and members to make money by referring other people to our products and events through our affiliate program.

Like every business in the world of this kind, some affiliates make a little extra money whilst some make a staggering income, and some will make no money at all. Typically the experienced affiliates that devote the most time, effort and investment to the opportunity have the greatest success.

The table below shows you the high, low an average income earned by active affiliates from May 1st, 2016 to Sep 30th, 2017

| Monthly Income Level | Active Affiliates | Monthly High Income | Monthly Low Income | Monthly Avg. Income | Annualized Avg. Income |
|---|---|---|---|---|---|
| $50,000 - $177,109.15 | <1% (< 1% $50,000+) | $177,109.15 | $50,040.61 | $82,179.02 | $986,148.21 |
| $25,000 - $49,999 | <1% (1.3% $25,000+) | $49,915.19 | $25,009.99 | $32,943.69 | $395,324.31 |
| $10,000 - $24,999 | 1.9% (3.2% $10,000+) | $24,762.77 | $10,050.99 | $15,898.10 | $190,777.18 |
| $5,000 - $9,999 | 2.3% (5.5% $5,000+) | $9,988.32 | $5,009.52 | $7,115.11 | $85,381.32 |
| $2,500 - $4,999 | 3% (8.6% $2,500+) | $4,989.42 | $2,500.00 | $3,448.79 | $41,385.52 |
| $1,000 - $2,499 | 4.9% (13.4% $1,000+) | $2,499.25 | $1,000.00 | $1,545.41 | $18,544.91 |
| $500 - $999 | 8.2% (21.6% $500+) | $999.69 | $500.01 | $657.33 | $7,887.94 |
| $250 - $499 | 6.4% (28% $250+) | $499.97 | $250.80 | $365.29 | $4,383.53 |
| $100 - $249 | 8.8% (36.8% $100+) | $249.93 | $100.05 | $164.88 | $1,978.53 |
| Less than $100 | 61.4% | $99.92 | $0.00 | $24.61 | $295.30 |

Copyright 2017 - Aspire Earnings Income Disclosure - All Rights Reserved





## DIGITAL ALTITUDE MEMBER PURCHASE AGREEMENT

Member Purchase Agreement ("Agreement") is entered into between the Purchaser ("Member") and Digital Altitude, LLC. ("Company") located at 16192 Coastal Hwy, Lewes, DE 19958.

By entering into this Agreement, Member is purchasing or upgrading to a Digital Altitude Membership into any of the foregoing digitally delivered suites of online training: ASPIRE monthly memberships, BASE, RISE, ASCEND, PEAK & APEX core products, BUNDLES or TRAFFIC.

### FULL POWER AND AUTHORITY
Member represents and warrants that: (i) you have the full power and authority to enter into and perform under this Agreement; (ii) execution and performance of this Agreement does not constitute a breach of, or conflict with, any other agreement or arrangement by which you are bound; (iii) the terms of this Agreement are legal, valid, and binding obligation, enforceable against you; (iv) all content you create to promote Company, it's Site, the Content or Service was created without any contribution of any kind from Company including, without limitation, editorial control or approval, that any suggestions regarding content received from Company are made "as-is" and without any warranty; and that you have had all marketing materials created by you reviewed by competent legal counsel and solely assume all responsibility for it; (v) you are at least 18 years of age, (vi) your use of the Site and Content is legal in, and does not violate any laws or rules of, the jurisdictions in which you reside or from which you use or otherwise access the Site, (vii) all information (if any) provided by you to us is correct, (viii) your use of the Site, Content and Services shall be in accordance with this Agreement and your Affiliate Agreement and the Policies and Procedures of Company if you are an affiliate and (ix) you are capable of assuming, and do assume, any risks related to the use of the Site, Content and Services.

### MONTHLY ASPIRE SUBSCRIPTIONS
*Trial Subscriptions:* The Digital Altitude membership may start with a free/discounted trial period for ASPIRE WALKER, HIKER and/or CLIMBER. The trial period of the membership lasts for 14 days, or as otherwise specified during sign-up. For combinations with other offers, restrictions may apply. Trials are for new Members only. Digital Altitude reserves the right, in its absolute discretion, to determine Member's trial eligibility. The monthly regular retail recurring fee will be charged every 30 days, until canceled by Member. Company reserves the right to change the Membership fee at any time.

*Monthly Subscriptions:* Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude ASPIRE monthly subscription. Any refund request after the FOURTEEN (14) DAY time limit will not be honored. Member may cancel at any time.

*Annual Subscriptions:* For annual ASPIRE subscription purchases, Member has FOURTEEN (14) Days from the date of the original purchase to request a refund for the Digital Altitude yearly subscription. Any refund request made after 14 days will not be honored.

If Member purchases Digital Altitude products or services that are subscription based, Member agrees to pay, and authorizes automatic recurring billing of the subscription fees with the credit card, or other payment methods on file, until subsequently canceled by Member. The Member's account will be charged every 30 days. Member understands and agrees that each automatic recurring billings of the subscription fees are non-refundable and will not be prorated as the service is deemed used when accessed. Member

EX 41
2092

authorizes Company to initiate debit entries from the account provided for the subscription fee, as well as any other purchases made on the Site. Member may cancel at any time by contacting Customer Care at support@digitalaltitude.co.

Products that are subscription based for Members and charged monthly are: ASPIRE WALKER, ASPIRE HIKER & ASPIRE CLIMBER.

Products for purchase Individually or Bundled include:
BASE, RISE, RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & TRAFFIC.

B. Live Events
The events, information, venue and speakers listed on our Sites are subject to change without notification. Member has 60 days prior to the event to request a ticket deferral to the next event if Member cannot attend your scheduled event. Any request after the SIXTY (60) DAY time limit will not be processed. Any unused tickets will be forfeited and are not transferable to another event.

TICKET HOLDERS MAY NOT SELL, OFFER FOR SALE, OFFER AT AUCTIONS, RESELL, DONATE, ACT AS COMMERCIAL AGENT FOR ANOTHER PARTY OR OTHERWISE TRANSFER THEIR TICKETS IN ANY WAY WITHOUT THE SPECIFIC PRIOR WRITTEN CONSENT OF DIGITAL ALTITUDE.

i.Ticket Transfers
Ticket transfers may be processed up to THIRTY (30) Days prior to the event. A $100 transfer fee will be applied to all ticket transfers.

ii. Process for Guest Tickets Transfers
Once a Ticket purchase is confirmed, the Ticket Purchaser may only change the assignment of the Guests accompanying him/her a maximum of 2 times. Requests can be submitted to events@digitalaltitude.co

C. TRAFFIC PACKAGES do NOT include event tickets. TRAFFIC will be delivered no less than 90 days after the official launch date and will be released incrementally based on traffic supply until the number of clicks purchased have been delivered (See Digital Altitude Compensation Plan Document for details).

**REFUND/CANCELLATION POLICY**
A. 72-Hour "No Hassles" Refund Policy on Product Bundles, TRAFFIC & Event inclusive products (RISE BUNDLE, ASCEND, ASCEND BUNDLE, PEAK, PEAK BUNDLE, APEX, APEX BUNDLE & any PRE LAUNCH SPECIALS or BETA Products).

Due to the nature of the digital products, the accessibility of our products immediately upon purchase, and the reservation of your traffic packages and any applicable all-inclusive lodging & meal ticket(s) to the live event(s), there is a strict 72-hour refund policy, which begins on the date of purchase. Member may cancel at any time through your back office or by contacting Customer Care via email at support@digitalaltitude.co

**INVOLUNTARY TERMINATION**
A Member's violation of any of the terms of the Agreement, including any amendments that may be made by Digital Altitude in its sole discretion, may result in any of the actions listed in Section 4.1, including the involuntary termination of his or her Member Agreement. Cancellation shall be effective on the date on which written notice is mailed, emailed, faxed, or delivered to the Member's last known address, email address, or fax number, or to his or her attorney, or when the Member receives actual notice of termination,

whichever occurs first. Where state laws on termination are inconsistent with this termination policy, the applicable state law shall apply.

Digital Altitude reserves the right to terminate all Membership Agreements upon thirty (30) days written notice in the event that it elects to: (a) cease business operations; (b) dissolve as a legal entity or (c) terminates the sale of its products and services via direct selling.

## VOLUNTARY CANCELLATION

A Member has a right to cancel at any time, regardless of reason. Cancellation must be submitted in writing to the Company at its principal business address or via email to support@digitalaltitude.co. The written notice must include the Member's signature, printed name, address, and Member I.D. Number.

## NON-RENEWAL

A Member may also voluntarily cancel his or her Member Agreement by failing to renew the Agreement on its anniversary date. The Company may also elect not to renew a Member Agreement upon his/her anniversary date.

## TERMINATION

Membee agrees that, under certain circumstances, Company may suspend or terminate Member's use of the Site or Service, including without limitation, if Company believes, in our sole and absolute discretion, that Member has breached any term of this Agreement. Member acknowledges and agrees that all suspensions and terminations shall be made in Company's sole discretion and that Company shall not be liable to Member or any other party for said suspension and termination.

Upon termination, Member license to use the Site, Content or Service and everything accessible by or through the Site, Content or Service shall terminate and the remainder of this Agreement shall survive indefinitely unless and until we chose to terminate it.

Upon termination of any part of this Agreement for any reason, we shall make reasonable efforts to ensure that your User Content is inaccessible and cease use of it; however, Member acknowledges and agrees that: (i) caching of, copies of, or references to the User Content may not be immediately removed or possible to remove; (ii) such removed User Content may continue in backups (not available to others) for a relatively short period of time; and such removed User Content may continue to be available (and stored on our servers) through the accounts of other programs.

## PRIVACY POLICY

Company respects Member privacy and permits Member to control the treatment of Member's personal information. A complete statement of Company's current privacy policy (the "Privacy Policy") can be found here http://www.digitalaltitude.co/privacy-policy. Company's Privacy Policy is expressly incorporated into this Agreement by this reference. When Member is required to submit information to use or access the Site, Content or Service, Member must complete the registration process by providing the information requested on the form. Member agrees to the terms in Company's Privacy Policy regarding the use of the information submitted.

## CHANGES TO THE AGREEMENT

Digital Altitude reserves the right to amend this Agreement in its sole and absolute discretion. By entering into the Membership Agreement, Member agrees to abide by all amendments or modifications that Digital Altitude elects to make. Amendments shall be effective 30 days after publication of notice that the Agreement has been modified. Amendments shall not apply retroactively to conduct that occurred prior to the effective date of the amendment. Notification of amendments shall be published by one or more of the following methods: (a) posting on the Company's official web site; (b) electronic mail (e-mail); (c) posting in Membership site; (d) inclusion in Company periodicals; or (e) special mailings. In the event of substantive changes, Member will be required to affirmatively assent to the changes. For other changes, the

continuation of a Member's Digital Altitude membership, the acceptance of any benefits under the Agreement, constitutes acceptance of the amendments.

## LICENSE

Company owns and licenses all intellectual property and other rights, title, and interest in and to the Site, Content and Service, and the materials accessible on the Site and Service, except as expressly provided for in the Agreement. Without limitation, Company owns the trademarks, copyrights and certain technology used in making the Site, its Content and Service available. Except as specifically allowed in this Agreement, the copying, redistribution, use or publication by you of any Content or Service is strictly prohibited. We grant Member a limited revocable license to access and use the Site, Content and our Service for its intended purposes, subject to Member compliance with this Agreement, and Company Policies and Procedures. The revocable license does not include the right to collect or use information contained on the Site or through the Service for purposes that Company prohibits or to compete with Company. No ownership or other interest or other license in or to any patent, copyright, trademark, trade secret and other intellectual property right or to the Content is being granted, assigned or transferred in this Agreement or by reason of your access to, and use of, the Site, Content or Service. If Member uses the Site or our Service in a manner that exceeds the scope of this license or breaches any relevant agreement, Member's license shall terminate immediately.

## CONFIDENTIALITY

For the purposes of this Agreement, "Confidential Information" shall be deemed to include all the information and materials that: (i) if in written format is marked as confidential, or (ii) if disclosed verbally is noted as confidential at time of disclosure or (iii) in the absence of either (i) or (ii) is information which a reasonable party would deem to be non-public information and confidential, including, without limitation, all information provided on or through the Site or Service, trade secrets, inventions, research methods and projects, methods of compiling information, methods of creating database, data processing programs, software, computer models, source and object codes, product formulations, strategies and plans for future business, product and service development and ideas, potential acquisitions or divestitures, marketing ideas, financial information including with respect to costs, commissions, fees, profits and sales, mailing lists, information concerning our affiliates and customers, potential affiliates and customers and suppliers, and employee information including their respective salaries, bonuses, benefits, qualifications, abilities and contact information.

Member acknowledges and agrees that the nature of the Confidential Information to which Member has, and will continue to have, access to derives value from the fact that it is not generally known and used by others in the highly competitive, international industry in which Digital Altitude competes.

Member acknowledges that Member is receiving the Confidential Information in confidence and will not publish, copy or disclose any Confidential Information without prior written consent from Company. Member further agrees that Member shall not attempt to reverse engineer, de-compile or try to ascertain the source code to our software or any other software supplied hereunder.

Member agrees that all originals and any copies of the Confidential Information remain the property of Company. Member shall reproduce all copyright and other proprietary notices, if any, in the same form that they appear on all the materials provided by us, on all permitted copies of the Confidential Information made by Member. Member agrees to return all originals and copies of all Confidential Information in possession or control to us upon request.

## USE OF THE SITE, CONTENT AND SERVICE

Member may only use the Site, Content and Service to log in to the Members area, as expressly permitted in writing by us. Member may not cause harm to the Site or Service. Specifically, but not by way of limitation, Member may not: (i) interfere with the Site, Content or Service by using viruses, programs, or technology designed to disrupt or damage any software or hardware, or which attempts to assess the

Attachment U

JS

4

vulnerability of, or actually violates, any security feature; (ii) access any content or data not intended for you, or log into an account or server that you are not authorized to access; (iii) modify, create derivative works, reverse engineer, decompile or disassemble any technology used to provide the Site or our Service; (iv) use a robot, spider or other device or process to monitor the activity on or copy pages from the Site or our Service, except in the operation or use of an Internet "search engine," hit counters, or similar technology; (v) collect electronic mail addresses or other information from third parties by using the Site or our Service; (vi) impersonate another person or entity; (vii) engage in any activity that interferes with another user's ability to use or enjoy the Site, or content or our Service; (viii) assist or encourage any third party in engaging in any activity prohibited by this Agreement; (ix) co-brand the Site, or content or our Service; (x) frame the Site or Service; (xi) hyperlink to the Site or Service, without the express prior written permission of an authorized representative of Company; (xii) use the Site, Content or Service, in whole or in part, for any purpose that is unlawful, immoral, or prohibited by this Agreement or any applicable local, state, or federal law, rule, or regulation; (xiii) use the Site, Content or Service in any manner that could damage, disable, overburden, or impair the Site or Service; (xiv) circumvent, or attempt to circumvent, any security feature of the Site; (xv) upload, e-mail or otherwise transmit to or through the Site or Service, any advertising, promotional, or other unauthorized communication, including, without limitation, "junk mail," "surveys," unsolicited e-mail, "spam," "chain letters," or "pyramid schemes;" or (xvi) incorporate data from any of our databases into any emails or other "white pages" products or services, whether browser-based, based on proprietary client-side applications, or web-based, without our prior, express and written consent.

By purchasing any of our products or services, Member agrees that Member's use of the product or service is limited by this Agreement as well.

Membership areas of the Site are password restricted to registered users. If Member has registered as an authorized user to gain access to these password protected areas, Member agrees that you are entirely responsible for maintaining the confidentiality of your password, and agree to notify us if the password is lost, stolen, disclosed to an unauthorized third party, or otherwise may have been compromised. Member agrees that you are entirely responsible for any and all activities that occur under your account, including any fees that may be incurred under Member password-protected account, whether or not Member is the individual who undertakes such activities. Member agrees to immediately notify us of any unauthorized use of Member account or any other breach of security in relation to Member password or the Site that is known to Member.

**COMPLIANCE WITH INTELLECTUAL PROPERTY LAWS**

When accessing the Site or using the Content or Service, Member agrees to obey the law and to respect the intellectual property rights of others. Members use of the Service, Content and Site is at all times governed by and subject to laws regarding intellectual property ownership. Member agrees not to upload, download, display, perform, transmit, or otherwise distribute any information or content in violation of any third party's copyrights, trademarks, or other intellectual property or proprietary rights. Member agrees to abide by laws regarding intellectual property ownership and use, and Member shall be solely responsible for any violations of any relevant laws and for any infringements of third party rights caused by any content Member provides or transmits, or that is provided or transmitted using Members user name. The burden of proving that any content does not violate any laws or third party rights rests solely with Member.

All trademarks, service marks, trade names and copyrights displayed on the Site or in the Content are proprietary to us or their respective owners. Member acquires no rights or licenses in or to any trademarks, service marks, trade names or copyrights displayed on the Site. Member may not reproduce, republish, distribute, assign, sublicense, retransmit, sell, or prepare derivative works of the Site or Content, or resell or make our Service available to others. All rights in and to the Site, Service and our Content not expressly granted in this Agreement remain in us or in our licensors.

**ALLEGED VIOLATIONS**

Company reserves the right to suspend or terminate your use of any Service, Content or Site. To ensure that Company provides a high quality experience for you and for other users of the Site, Content and

JS

Service, you agree that Company or its representatives may access your account and records on a case-by-case basis to investigate complaints or allegations of abuse, infringement of third party rights or other unauthorized uses of the Site, Content or Service. Company does not intend to disclose the existence or occurrence of such an investigation unless required by law, but Company reserves the right to suspend or terminate Member's account or access to the Site immediately, with or without prior notice to Member, and without liability to Member, if Company believes that Member has violated any of this Agreement, furnished Company with false or misleading information, or interfered with use of the Site, Content or the Service by others.

**PRODUCT & SERVICE WARRANTY DISCLAIMER**
***Digital Altitude cannot provide Members with any personal tax or legal advice. Members should consult with their own tax accountant, tax attorney, or other tax professional.***
EXCEPT AS EXPRESSLY MADE BY THE COMPANY IN WRITING, THE COMPANY MAKES NO WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, WORKMANSHIP, NON-INFRINGEMENT OR ANY OTHER WARRANTY ARISING BY LAW, STATUTE, USAGE OF TRADE OR COURSE OF DEALING CONCERNING ANY PRODUCT OR SERVICE PURCHASED FROM OR THROUGH THE COMPANY. WE MAKE NO REPRESENTATIONS ABOUT THE SUITABILITY, RELIABILITY, AVAILABILITY, TIMELINESS, AND ACCURACY OF THE SITE, THE SERVICE OR THE CONTENT CONTAINED ON THE SITE FOR ANY PURPOSE.TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, ALL PRODUCTS AND SERVICES OF THE COMPANY ARE PROVIDED "AS IS," "WITH ALL FAULTS," AND "AS AVAILABLE." THE COMPANY DOES NOT WARRANT THAT ITS PRODUCTS OR SERVICES WILL BE COMPATIBLE WITH ANY HARDWARE OR SOFTWARE SYSTEMS OR THAT ONLINE SERVICES WILL BE UNINTERRUPTED OR ERROR FREE. THE COMPANY DOES NOT WARRANT THAT ANY WEBSITE OPERATED, SPONSORED OR HOSTED BY THE COMPANY OR ANY OF ITS AFFILIATES WILL BE UNINTERRUPTED OR FREE FROM ERROR. THE COMPANY IS NOT RESPONSIBLE FOR INTERRUPTED, INACCESSIBLE OR UNAVAILABLE NETWORKS, SERVER, SATELLITES AND/OR SERVICE PROVIDERS; OR FOR MISCOMMUNICATIONS, FAILED, JUMBLED, SCRAMBLED, DELAYED OR MISDIRECTED COMPUTER, TELEPHONE OR CABLE TRANSMISSIONS; OR FOR ANY TECHNICAL MALFUNCTIONS, FAILURES OR DIFFICULTIES. MEMBERS USE OF THE SITE, SERVICE AND CONTENT IS AT YOUR SOLE RISK. ALTHOUGH OUR CONTENT MAY BE UPDATED FROM TIME TO TIME, IT MAY BE OUT OF DATE AND/OR MAY CONTAIN INACCURACIES OR TYPOGRAPHICAL ERRORS. WE ARE NOT RESPONSIBLE FOR YOUR INABILITY OR FAILURE (FOR ANY REASON) TO ACCESS THE SITE OR CONTENT OR OTHERWISE USE OR RECEIVE INFORMATION OR SERVICE FROM OR REGARDING THE SITE, CONTENT, OR YOUR PURCHASES FROM US. MEMBER ASSUMES THE RISK OF ANY AND ALL DAMAGE OR LOSS FROM USE OF, OR INABILITY TO USE, THE SITE OR SERVICE.
WE ARE NOT RESPONSIBLE OR LIABLE FOR MAINTAINING ANY CONSUMER DATA OR FOR THE DELETION, CORRUPTION, DESTRUCTION, DAMAGE, LOSS OR FAILURE OF ANY CONSUMER DATA OR FOR ANY THIRD PARTY ACCESS TO ANY CONSUMER DATA.

**LIMITED LIABILITY**
TO THE MAXIMUM EXTENT PERMITTED BY LAW, WE AND OUR AFFILIATED PARTIES SHALL HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF ANY CONTENT OR OTHER INFORMATION OR SERVICE RELATED TO THE SITE AND SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, OR LITIGATION), (I) ARISING FROM ANY DECISION MADE OR ACTION TAKEN BY MEMBER IN RELIANCE UPON THE CONTENT OR OUR PRODUCTS OR SERVICE, (II) ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OR PERFORMANCE OF THE SITE OR CONTENT, OR WITH THE DELAY OR INABILITY TO USE THE SITE, CONTENT, OR RELATED SERVICE, OR FROM THE USE OR MISUSE OF ANY INFORMATION,

SOFTWARE, PRODUCTS, SERVICES, RELATED GRAPHICS, AND CONTENT OBTAINED THROUGH THE SITE, (III) ANY INCORRECT OR MISSING INFORMATION OR DATA, OR (IV) OTHERWISE ARISING OUT OR RESULTING FROM LOSS OF YOUR DATA OR INFORMATION, WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. OUR MAXIMUM LIABILITY, IF ANY, FOR ANY LOSS OR DAMAGE RELATING TO OR ARISING OUT OF MEMBERS USE OF THE SITE OR ANY CONTENT WILL NOT EXCEED THE LESSER OR ACTUAL DAMAGES OR THE CHARGES PAID BY YOU TO US FOR THE SITE FOR A PERIOD OF TWO MONTHS.

THE ABOVE LIMITATIONS AND EXCLUSIONS SHALL APPLY TO MEMBER TO THE FULLEST EXTENT THAT APPLICABLE LAW PERMITS, IN ALL ACTIONS OF ANY KIND, WHETHER BASED ON CONTRACT, TORT (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE) OR ANY OTHER LEGAL OR EQUITABLE THEORY. ANY CLAUSE DECLARED INVALID SHALL BE DEEMED SEVERABLE AND NOT AFFECT THE VALIDITY OR ENFORCEABILITY OF THE REMAINDER OF THESE TERMS OF USE.

**INCOME DISCLAIMER**

The income disclaimer posted on our website at http://www.digitalaltitude.co/disclaimer is incorporated herein by reference and Member hereby represents that Member has read and understand it. Company, its managers, or members may receive an affiliate commission when Member purchases some of the products or services that we recommend on our Site or Service. By entering into this Agreement, Member acknowledges that Member has been informed of such payments, consent to payments of affiliate commissions, and that such payments are fair and reasonable.

**RELATED SITES**

Company has no control over, and no liability for any third party sites or materials ("Third Party Sites"). Company works with a number of partners and affiliates whose Internet sites may be linked with the Site. Because Company has no control over the content and performance of these Third Party Sites, Company makes no guarantees about the accuracy, currency, content, or quality of the information provided by such Third Party Sites, and Company assumes no responsibility for unintended, objectionable, inaccurate, misleading, or unlawful content that may reside on those Third Party Sites. Similarly, from time to time in connection with your use of the Site, Member may have access to content items (including, but not limited to, websites) that are owned by third parties. Member acknowledges and agrees that Company makes no guarantees about, and assumes no responsibility for, the accuracy, currency, content, or quality of Third Party Sites, and that, unless expressly provided otherwise, this Agreement shall govern your use of any and all Third Party Sites.

Members linking to such Third Party Sites is at your own risk. We do not investigate, monitor, or check such Third Party Sites for accuracy or completeness. We are not responsible for the availability of these Third Party Sites, nor are we responsible for the aesthetics, appeal, suitability to taste or subjective quality of informational content, advertising, products or other materials made available on or through such Third Party Sites. We are providing these links to Member only as a convenience and may discontinue providing such links at any time in our sole discretion without notice to Member. No endorsement of any third party content, information, data, opinions, advice, statements, goods, services or products is expressed or implied by any information, material or content of any Third Party Site contained in, referred to, included on, or linked from or to, the Site. Under no circumstances shall we or any affiliated providers be held responsible or liable, directly or indirectly, for any loss, injury, or damage caused or alleged to have been caused to Member in connection with the use of, or reliance on, any content, information, data, opinions, advice, statements, goods, services, or products available on such Third Party Sites. Member should direct any concerns to the respective Third Party Site's administrator or webmaster. Any links to Third Party Sites

do not imply that we are legally authorized to use any trademark, trade name, logo or copyright symbol displayed in or accessible through such links, or that any linked Third Party Site is authorized to use any trademark, trade name, logo or copyright symbol of ours.

## NOTICES

All notices required or permitted to be given under this Agreement will be in writing and delivered to the other party by any of the following methods: (i) U.S. Mail, (ii) overnight courier, or (iii) electronic mail. If you give notice to us, you must use the following address: Digital Altitude, LLC., 16192 Coastal Hwy, Lewes, DE 19958. If Company provides notice to you, Company will use the contact information provide by you to us. All notices will be deemed received as follows: (A) if delivery by U.S. mail, seven business days after dispatch, (B) if by overnight courier, on the date receipt is confirmed by such courier service, or (C) if by electronic mail, 24 hours after the message was sent, if no "system error" or other notice of non-delivery is generated. If applicable law requires that a given communication be "in writing," you agree that email communication will satisfy this requirement.

## INDEMNITY

Member agrees to indemnify, defend, and hold Company, its managers, members, officers, directors, employees, consultants, agents, and representatives harmless from and against any and all actions, claims, demands, proceedings, liabilities, damages, judgments, settlements, fines, penalties, costs, and expenses, including attorney's fees and related costs, which (i) arise or in part from your act(s) or omission(s); (ii) arise from or are related to a breach Member has any express warranty contained herein; or (iii) failure to comply with this Agreement. We have no duty to reimburse, defend, indemnify, or hold Member harmless resulting from, relating to, or arising out of, this Agreement, the Site, or Members access to or use of the Site or Content.

If an action is brought against Company in respect to any allegation for which indemnity may be sought, Company will promptly notify Member of any such claim of which it becomes aware and will: (i) provide reasonable cooperation to Member at your expense in connection with the defense or settlement of any such claim; and (ii) be entitled to participate at its own expense in the defense of any such claim. Company agrees that you will have sole and exclusive control over the defense and settlement of any such third party claim. However, Member agrees not to acquiesce to any judgment or enter into any settlement that adversely affects Company's rights or interests without the prior written consent of Company.

## WAIVER

If, for whatever reason, a court of competent jurisdiction finds any term or condition in this Agreement to be unenforceable, all other terms and conditions will remain unaffected and in full force and effect. No waiver or any breach of any provision of this Agreement shall constitute a waiver of any prior, concurrent, or subsequent breach of the same or any other provisions hereof, and no waiver shall be effective unless made in writing and signed by an authorized representative of the waiving party. The Company never gives up its right to insist on compliance with the Agreement and with the applicable laws governing the conduct of a business. No failure of Digital Altitude to exercise any right or power under the Agreement or to insist upon strict compliance by a Member with any obligation or provision of the Agreement, and no custom or practice of the parties at variance with the terms of the Agreement, shall constitute a waiver of Digital Altitude's right to demand exact compliance with the Agreement. The existence of any claim or cause of action of a Member against Digital Altitude shall not constitute a defense to Digital Altitude's enforcement of any term or provision of the Agreement.

## MODIFICATIONS

Company may, in its sole discretion and without prior notice, (i) revise this Agreement; (ii) modify the Site, Content or the Service, and (iii) discontinue the Site, Content or Service at any time for any revision. Company shall post any revision to this Agreement to the Site, and the revision shall be effective immediately upon such posting. In the event of substantive changes to this Agreement, you will be notified of the changes and required to consent to the new terms. If any modification is unacceptable to Member,

the only recourse is not to use the Site and Service and to request an immediate termination of the membership. Members express consent or continued use of the Site, Content or our Service following posting of a change notice or new Agreement on the Site will constitute binding acceptance of the changes.

## COMPLAINTS & GRIEVANCES

When a Member has a grievance or complaint with another Member or Affiliate regarding any practice or conduct in relationship to their respective Digital Altitude businesses, the complaining Member should first report the problem to his or her Sponsor who should review the matter and try to resolve it with the other party's upline sponsor. If the matter involves interpretation or violation of Company policy, it must be reported in writing to the Compliance Department at the Company. The Compliance Department will review the facts and attempt to resolve it.

## MEDIATION & ARBITRATION

Prior to instituting an arbitration as provided below, the parties shall meet in good faith and attempt to resolve any dispute arising from or relating to the Agreement through non-binding mediation. One individual who is mutually acceptable to the parties shall be appointed as mediator. The mediation shall occur within 30 days from the date on which the mediator is appointed. The mediator's fees and costs, as well as the costs of holding and conducting the mediation, shall be divided equally between the parties. Each party shall pay its portion of the anticipated shared fees and costs at least 10 days in advance of the mediation. Each party shall pay its own attorney's fees, costs, and individual expenses associated with conducting and attending the mediation. Mediation shall be held in Tampa, Florida and shall last no more than one business day.

If mediation is unsuccessful, any controversy or claim arising out of or relating to the Agreement, or the breach thereof, shall be settled by arbitration except as otherwise set forth herein. The parties waive all rights to trial by jury or to any court.

NO CLASS ACTION, OR OTHER REPRESENTATIVE ACTION OR PRIVATE ATTORNEY GENERAL ACTION OR JOINDER OR CONSOLIDATION OF ANY CLAIM WITH A CLAIM OF ANOTHER PERSON OR CLASS OF CLAIMANTS IS ALLOWED.

Except as expressly set forth herein, all disputes, claims and controversies relating to or arising out of the Agreement shall be settled totally and finally by arbitration in Tampa, Florida and administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules (the "Rules") except as amended by these Policies and Procedures.

There shall be one arbitrator who shall be an attorney who shall have expertise in business law transactions, and preferably an attorney knowledgeable in the direct selling industry. Each party to the arbitration shall be responsible for its own costs and expenses of arbitration, including legal and filing fees. If a Member files a claim or counterclaim against the Company, a Member shall do so on an individual basis and not with any other Member or as part of a class action. A party may appear at the arbitration by telephone, video conference, or similar technology if the total amount of the claim does not exceed $2,500. The presentations of parties in the arbitration proceeding shall be commenced and completed within sixty (60) days after the selection of the arbitrator, and the arbitrator shall render his or her decision in writing within thirty (30) days after the completion of such presentations. The decision of the arbitrator shall be final and binding on the parties and may, if need be, be reduced to a judgment in any court of competent jurisdiction. At the request of any party, the arbitrator shall make and provide to the parties written findings of fact and conclusions of law. This agreement to arbitrate shall survive any termination or expiration of the Agreement.

Notwithstanding the Rules, the following shall apply to all arbitration actions:

➢ The Federal Rules of Evidence shall apply in all cases;

- ➤ The parties shall be entitled to all discovery rights permitted by the Federal Rules of Civil Procedure;
- ➤ The parties shall be entitled to bring motions under Rules 12 and/or 56 of the Federal Rules of Civil Procedure;
- ➤ The parties shall be allotted equal time to present their respective cases, including cross-examinations.
- ➤ The parties and the arbitrator shall maintain the confidentiality of the entire arbitration process and shall not disclose, unless otherwise required by law, to any person not directly involved in the arbitration process:
- ➤ The substance of, or basis for, the controversy, dispute, or claim;
- ➤ The content of any testimony or other evidence presented at an arbitration hearing or obtained through discovery in arbitration;
- ➤ The terms or amount of any arbitration award; or
- ➤ The rulings of the arbitrator on the procedural and/or substantive issues involved in the case.

Notwithstanding the foregoing, the arbitrator shall have no jurisdiction over disputes relating to the ownership, validity, use or registration of any copyright, or other intellectual property or Confidential Information of the Company without the Company's prior written consent. The Company may seek any applicable remedy in any applicable forum with respect to these disputes. In addition to monetary damages, the Company may obtain injunctive relief against a Member for any violation of the Agreement or misuse of the Company's trademarks, copyrights or Confidential Information.

Nothing in this provision shall prevent a party from applying to and obtaining from any court having jurisdiction a writ of attachment, a temporary injunction, preliminary injunction and/or other injunctive or emergency relief available to safeguard and protect the party's interests prior to the filing of or during or following any arbitration or other proceeding or pending the handing down of a decision or award in connection with any arbitration or other proceeding.

Nothing contained herein shall be deemed to give the arbitrator any authority, power or right to alter, change, amend, modify, add to, or to subtract from any of the provisions of the Member Agreement, Compensation Plan or the Agreement. The arbitrator shall not have the power to rule upon or grant any extension, renewal or continuance of the Agreement. The arbitrator shall not have the power to award special, incidental, indirect, punitive or exemplary, or consequential damages of any kind or nature, however caused.

Any modification of this arbitration provision shall not apply retroactively to any dispute which arose or which the Company had notice of before the date of modification.

**GOVERNING LAW & JURISDICTION**

This Agreement shall be construed in accordance with and governed by the laws of the United States and the State of Delaware, without reference to their rules regarding conflicts of law. You hereby irrevocably consent to the exclusive jurisdiction of the state or federal courts in Sussex County, Delaware USA in all disputes arising out of or related to the use of the Site, Content or Service. Except as set forth in this Agreement, the Federal Arbitration Act shall govern all matters relating to arbitration. In the event of a dispute between a Member and Company arising from or relating to the Agreement, or the rights and obligations of either party, the parties shall attempt in good faith to resolve the dispute through confidential, nonbinding mediation as more fully described in the Policies and Procedures. Company shall not be obligated to engage in mediation as a prerequisite to disciplinary action against a Member. If the parties are unsuccessful in resolving their dispute through mediation, the dispute shall be settled totally and finally by arbitration as more fully described in the Policies and Procedures, which is incorporated herein by reference.

Notwithstanding the foregoing, either party may bring an action before the courts seeking a restraining order, temporary or permanent injunction, or other equitable relief to protect its intellectual property rights, including but not limited to customer and/or affiliate lists as well as other trade secrets, trademarks, trade names, patents, and copyrights. The parties may also seek judicial enforcement of an arbitration award. This Agreement does not limit any rights or remedies that we or our suppliers, licensors or other similar entities, may have under trade secret, copyright, patent, trademark or other laws.

Louisiana Residents: Notwithstanding the foregoing, and the mediation and arbitration provisions allow that residents of the State of Louisiana shall be entitled to bring an action against Digital Altitude in their home forum and pursuant to Louisiana law.

## DELAYS

Digital Altitude shall not be responsible for delays or failures in performance of its obligations when performance is made commercially impracticable due to circumstances beyond its reasonable control. This includes, without limitation, acts of terrorism, natural disasters, strikes, labor difficulties, riot, war, fire, death, curtailment of a party's source of supply, acts or omissions of third parties, disruption in communications systems or government decrees or orders.

## SEVERABILITY

If any provision of the Agreement, in its current form or as may be amended, is found to be invalid or unenforceable for any reason, only the invalid portion(s) of the provision shall be severed and the remaining terms and provisions shall remain in full force and effect. The severed provision, or portion thereof, shall be reformed to reflect the purpose of the provision as closely as possible.

## NOTICE

Any communication, notice or demand of any kind whatsoever, which either the Member or the Company may be required or may desire to give or to serve upon the other shall be in writing and delivered either (a) by electronic communication (whether by email or telecopy (if confirmed in writing sent by registered or certified mail, postage prepaid, return receipt requested or by personal service), (b) personally or by same day local courier services or overnight express delivery services; or (c) by registered or certified mail, postage prepaid, return receipt requested, or by personal service or overnight courier service. Notices delivered personally, by overnight express delivery service or by local courier service shall be deemed given as of actual receipt. Mailed notices shall be deemed given three Business Days after mailing. "Business Day" means any Monday through Friday other than any such day which, in the State of Delaware, is a legal holiday or a day on which banking institutions are authorized or required by law or regulation to close. Any such communication, notice or demand shall deemed to have been given or served on the date personally received by personal service or overnight courier service, on the date of confirmed dispatch if by electronic communication, or on the date shown on the return receipt or the other evidence if delivery is by mail. Any party may change its address for notice by giving written notice to the other in the manner provided in this Section.

## SURVIVAL

Any provision of the Agreement, which, by its terms, is intended to survive termination or expiration of the Member Agreement shall so survive, including, without limitation, the arbitration, non-competition, non-solicitation, trade secrets and confidential information covenants contained in the Agreement.

## BINDING EFFECT

This agreement (the "Agreement") applies to your use of the site at www.digitalaltitude.co (the "Site") or any information, materials, images, graphics, data, text, files, links, software, messages, communications, content, organization, design, compilation, magnetic translation, digital conversion, HTML, XML, Java code and other content related to the Site (collectively "Content"), services provided in connection with the Site (the "Service"), and any purchases Member make on the Site. Digital Altitude, LLC (the "Company") may amend them from time to time in its sole discretion. In the event of substantive changes to this Agreement, the new terms will be posted to the Site, you will be required to affirmatively assent to its terms, and

Member may also be notified by email. If any modification is unacceptable to Member, the only recourse is not to use the Site, Services, and Content and to request an immediate termination of your subscription.

**E-SIGNATURE NOTICE - CONSENT TO ELECTRONIC RECORD**

E-Sign, the Electronic Signatures in Global and National Commerce Act (15 U.S.C. 7001, et seq.), requires that Member consents to entering into an electronic agreement with Digital Altitude before a Digital Altitude Member Purchase Agreement can be executed. Please read the following information carefully:

a) If you enter into an online Member Purchase Agreement with Digital Altitude, Member will not be required to submit a paper application. An electronic record will evidence the entire agreement between Member and Digital Altitude. However, Member must consent to the use of an electronic record and must read the Digital Altitude Terms of Use, Digital Altitude Policies and Procedures, and electronically acknowledge below that Member has read and agree to these documents.

b) To access these documents and submit your online Member Purchase Agreement, Member will need a personal computer/Mac with Internet access and operational Internet browser software.

This Agreement will be binding upon each party hereto and its successors and permitted assigns. This Agreement will not be assignable or transferable by Member without Company's prior written consent. This Agreement contains the entire understanding of the parties regarding use of the Site and Content, its subject and supersedes all prior and contemporaneous agreements and understandings between the parties regarding the same. Any rights not expressly granted herein are reserved. The provisions of this Agreement addressing disclaimers of representations and warranties, indemnity obligations, intellectual property and governing law shall survive the termination of this Agreement.

You consent to the use of electronic records evidencing your agreement to the Digital Altitude Terms of Use, Policies and Procedures, all of which can be found at www.DigitalAltitude.co

**I consent to the use of electronic records and have read, understand, and agree to the Digital Altitude Member Purchase Agreement.**

_____     10/10/2017
Signature                                    Date


Printed Name: J█████████  _____

# Signature Certificate



 Document Reference:  ZVVMP6IHE27AELDSAF7SU3



J█████████
Party ID: 6YS4UHI8SKXHNL2EEFT6IX
IP Address: 208.185.253.0

`VERIFIED EMAIL`  ████████████████████

Electronic Signature:



| Multi-Factor Digital Fingerprint Checksum | 03b99a29482e5cb0123ffd55450100f3dbb4a5d7 |  |
|---|---|---|

| Timestamp | Audit |
|---|---|
| 2017-10-10 14:24:58 -0700 | All parties have signed document. Signed copies sent to: Mary Dee and J████████ |
| 2017-10-10 14:24:58 -0700 | Document signed by J████████ (███████████████████ with drawn signature. - 208.185.253.0 |
| 2017-10-10 14:24:57 -0700 | J████████ verified email address '████████████████ - 208.185.253.0 |
| 2017-10-10 14:24:21 -0700 | Generated Document from Online Form MEMBERPURCHASEAGREEMENT (MEMBERPURCHASEAGR-b16f3b). - 208.185.253.0 |
| 2017-10-10 14:20:02 -0700 | Online Form viewed by J████████ (████████████████ - 208.185.253.0 |



This signature page provides a record of the online activity executing this contract.

**Page 1 of 1**

Attachment U

EX 41
2104

```
 1                    OFFICIAL TRANSCRIPT PROCEEDING
 2
                        FEDERAL TRADE COMMISSION
 3
 4
 5
        MATTER NO.      1723060
 6
        TITLE          DIGITAL ALTITUDE
 7
        DATE          RECORDED:  DATE UNKNOWN
 8                    TRANSCRIBED:  OCTOBER 27, 2017
 9      PAGES          1 THROUGH 12
10
11
12                    ASPIRE+STARTUP+STEP+7+AUDIO
13
14
15
16
17
18
19
20
21
22
23
24                    For The Record, Inc.
25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
1                   FEDERAL TRADE COMMISSION

2                        I N D E X

3

4      RECORDING:                              PAGE:

5      ASPIRE+STARTUP+STEP+7+AUDIO               4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                     FEDERAL TRADE COMMISSION

2

3     In the Matter of:            )

4     Digital Altitude            )   Matter No. 1723060

5                                  )

6     -----------------------------)

7                                      Date Unknown

8

9

10

11           The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3             ASPIRE+STARTUP+STEP+7+AUDIO

 4             MICHAEL FORCE:  Hello, Michael Force here

 5    with the ASPIRE setup steps here.  Now you are on Step

 6    7.  Finally get the expert support you need to

 7    succeed.

 8             I'll be here for about ten minutes or so

 9    with you, make this a nice, quick and short, easy

10    step for you here, but I want to make sure you break

11    down -- do break down every single level of support

12    that you're going to get.  So let's -- let's jump into

13    it.

14             You're going to get all the coaching support

15    you need to succeed to get up the mountain.  I really

16    created Digital Altitude because I've just seen so

17    many people really struggle to get up the mountain

18    and/or never even get halfway through it.  And, so, I

19    wanted to be able to create a company and a system

20    that really can help people succeed and get all the

21    way to the top and get the results that they desire.

22             So I'm going to break down all the different

23    channels that you can approach to really get the help

24    you need, all the different ways that you can do it.

25    First and foremost, the screen shot of the Members
```

Attachment V

```
 1    Area in the back office.  You'll see the little button

 2    in the bottom right, the little help button there.

 3    That is accessible on every single page of the Members

 4    Area and also on the corporate site and throughout all

 5    the funnels as well.  So you'll always be able to

 6    click there and get all the help you need.  There's a

 7    knowledge base there.  There is live chat there.  You

 8    can also submit a support ticket there and get all the

 9    answers that you're looking for.

10           That also, again, as I said, leads to the

11    help desk and the knowledge base here.  Our customer

12    care team is always plugged in and ready to serve and

13    ready really to get you all the help and all the

14    answers that you need.  You can look up any question.

15    You can submit a ticket.  It's all there for you as a

16    part of the Digital Altitude support.

17           We also have a toll-free support number:  1-

18    800-820-7589, available 24 hours a day, seven days a

19    week.  If no one answers, you can always leave a

20    voicemail, and they do get it transcribed and it goes

21    out to their email and also to the ticket service as

22    well, so you'll get quick answers there as well, and

23    in often cases (inaudible) people will answer live.

24    So feel free to call that number and get the support

25    you need as well.
```

1       We also have live chat support, 24 hours a

2   day, seven days a week.  So you can always plug in, no

3   matter where you are in the world and connect with

4   someone live and get all the answers that you need as

5   well, a really powerful chat solution.

6       Your first points of contact are your

7   coaches, of course.  You can access them on the phone

8   or Skype.  Always plug in and -- and reach out to

9   them.  And five levels of coaching is what we offer

10  here.  So we have a welcome coach; we have a startup

11  coach and a scale coach; and we have a traffic coach;

12  and we also have a success coach.

13      As I said when I designed Digital Altitude,

14  I wanted to make sure that they -- you always had

15  someone to reach out to, someone to connect to,

16  someone that could never really leave someone behind,

17  that was always there and to help and handhold someone

18  through the process and get them to the top.

19      So I'm going to break down each one of these

20  individually and what they do and what you can expect

21  from them.  Our welcome coach is really for new

22  members, and they help them download Skype.  They help

23  you with your logins, bookmark your links, add to your

24  Facebook groups, assist with any tech issues.  They're

25  very patient and persistent.  They'll screen-share

```
 1    with you and handhold you to get you all set up and

 2    make sure that you know where everything is and how it

 3    all works.

 4              We also have our startup coach.  They take

 5    you as a new member through the startup steps 1

 6    through 6.  In all cases, you've already met this

 7    person.  They go through -- over the overview, the

 8    study guides, and the checklist PDFs, and it's just

 9    some strategy, goals, and positioning.  And they

10    basically teach you about this business model and how

11    to profit from it.

12              Then they also -- we also have the scale

13    coach, takes new members through their setup steps 7

14    through 12, so this step all the way through 12.  Then

15    they'll take you also through 13 through 18.  And they

16    go over the overview, study guide, and checklist PDFs.

17    They assist with overall strategy, scaling your

18    business, goals, and positioning, and they're going to

19    show you how to maximize your profits in this business

20    model as well with Digital Altitude.

21              And you'll get passed on to the traffic

22    coach, and they take all new members through training

23    steps 1 through 10, and they introduce you to

24    (inaudible) traffic, they go over daily traffic

25    strategies, create strategy for free and paid traffic
```

1    methods and all of those things in between there.

2            Then you'll have access to the success

3    coach.  This is the person who's going to run with you

4    the longest.  They take new members through solutions,

5    those long-term scalable and sustainable strategies

6    for profitable growth, helps with the funnel

7    strategies and ad campaigns, creates daily goals and

8    is ultimately your accountability partner, someone

9    who's going to work with you day in and day out to

10   really make sure you get to the top.  That is the goal

11   of the success coach.

12           We also have our daily training courses,

13   okay?  You'll be able to plug into our calls with Ash

14   on a daily basis or ASPIRE Reach Higher calls, our

15   dailies.  You can plug into those.  We also have

16   weekly trainings every single week.  That should be

17   webinars, calls, be able to plug into.  They're all

18   part of our calendar and our weekly trains, all part

19   of our monthly membership here with Digital Altitude.

20           So we're also big on creating a community.

21   I really wanted to make sure that we had a strong

22   community that could plug in and connect, so of course

23   we have our Digital Altitude members Facebook group,

24   which you can just search Digital Altitude up in the

25   Facebook group or Facebook search bar in the top left

1    there and search Digital Altitude and ask to be a

2    member and join and we'll get you plugged in there.

3            We also will get Digital Altitude ASPIRE

4    Facebook group.  So if you're an ASPIRE member, of

5    course you can join that group.  You just search

6    ASPIRE in your -- in your Facebook search bar.  We

7    also have the BASE Facebook group.  We also have our

8    RISE Facebook group; and we have our ASCEND Facebook

9    group; and we also have our PEAK Facebook group; and

10   we have our APEX -- APEX Facebook group.  So you go

11   plug into all of those at every level if you are a

12   member of the Digital Altitude product line there.

13           So DigitalAltitude.co is where you always

14   want to go and where you'll always live.  You can log

15   in right there under members and always be able to

16   plug in and have everything you need right there at

17   DigitalAltitude.co.  Okay?  No M, just dot-co.

18           And by the way, if you ever have any

19   questions at the end of each (inaudible) or the

20   webinars, you can always ask the host at the end of

21   those -- at the end of those webinars and/or calls or

22   reach out to support at DigitalAltitude.co at any time

23   as well.

24           And really just ultimately you want to take

25   action.  You want to make sure that on a daily basis

1   you're doing things that monetize and put dollars in

2   your pocket.

3           So my last piece of advice, when it comes to

4   getting support, make sure you have supportive people

5   around you -- your friends, family.  Ideally get them

6   involved at least being -- if they're open to the

7   concept, but involve them because it's important that

8   they understand that you're about to start a new

9   business, you're going to be treating it seriously,

10  putting in a few hours a day.  You're going to need to

11  put time in and you'd really appreciate their support.

12  Be open with them.  If they're open to this idea and

13  to try it, get them onboard.

14          I told you it would be a very short module

15  today, and it is.  So your assignment really is

16  simple.  All I want you to do is go into

17  DigitalAltitude.co, click on the Members Area, log in,

18  find your training calendar in the top right.  I want

19  you to register for a few calls.  Get plugged into the

20  daily Reach Higher calls with ASPIRE and Ash.

21          I want you to get familiar with the

22  different times.  If you're not in Eastern Standard

23  time, let's say you're in Australia or somewhere else

24  in Asia or somewhere else in the world, you can always

25  go to Google and type in a time converter.  You'll

1       actually convert whatever 9:00 p.m. Eastern is into

2       your own time zone.

3               The other option is when you go to register

4       for any one of these webinars, there should be an

5       option there to register in your local time, and then

6       it would tell you what time to attend.  At least go

7       there right now; get familiar with it; register for a

8       few calls, because this is going to be your main point

9       of contact when you need support.  You're going to

10      want to plug in.  You're going to be on these calls a

11      few times a week and these trainings.

12              I will see you on the next step, and we'll

13      see you there.  Take care.  Bye-bye.

14              (The recording was concluded.)

15

16

17

18

19

20

21

22

23

24

25

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4         I, Sara J. Vance, do hereby certify that the

 5    foregoing proceedings and/or conversations were

 6    transcribed by me via CD, videotape, audiotape or

 7    digital recording, and reduced to typewriting under my

 8    supervision; that I had no role in the recording of

 9    this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12         I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                        SARA J. VANCE, CERT

23

24

25
```

Attachment V

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.      1723060

6

     TITLE          DIGITAL ALTITUDE

7

     DATE           RECORDED:  DATE UNKNOWN

8                    TRANSCRIBED:  OCTOBER 27, 2017

9    PAGES          1 THROUGH 8

10

11

12                   ASPIRE+STARTUP+STEP+8+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24                   For The Record, Inc.

25        (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                              PAGE:

5    ASPIRE+STARTUP+STEP+8+AUDIO                4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                   FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:          )

 4     Digital Altitude           )  Matter No. 1723060

 5                                 )

 6     -----------------------------)

 7                                 Date Unknown

 8

 9

10

11          The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

Attachment W

EX 41
2119

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3              ASPIRE+STARTUP+STEP+8+AUDIO

4              MICHAEL FORCE:  Hello, Michael Force here

5    again.  Welcome to the ASPIRE Setup Step Number 8, how

6    you can get paid quickly and easily with the ASPIRE

7    Digital Business System.  Let's jump in here.  I'm

8    going to keep this -- this short or longer, about five

9    minutes here.  I'm going to tell you exactly what you

10   need to do to get paid.  So let's jump into it.

11             We've had a very short step under Step 7,

12   but we're going to do the same thing here for Step 8.

13   This is going to be a short, concise step, and I'm

14   going to show you exactly what -- what is most

15   important to you, and that's how you actually get paid

16   with Digital Altitude.

17             This is how we pay you those high-ticket

18   commissions.  For example, if you're going to make a

19   $880 or $4,000 or $8,000 or $12,000 commission, this

20   is how you're going to get the money to you and how we

21   get it in your bank account.

22             Now, what we're going to need to do is for

23   you to set up really your payment preferences, so

24   let's jump into it.  And you're going to be able to

25   choose how you get paid, which is pretty cool
```

```
 1   (inaudible) unique is we also pay out on the 5th and

 2   the 25th of every single month.  Every two weeks,

 3   twice a month, you're going to receive your

 4   commissions.  A very nice feeling when you get a lot

 5   of money sent to your bank account from earning these

 6   high-ticket commissions.  I can tell you it's -- I've

 7   been doing it for over 15 years.

 8           There are three different ways or methods of

 9   payment that we're going to break down here for you.

10   You can do ACH, which is otherwise known as direct

11   deposit.  It's also known as direct deposit.  And this

12   is available for U.S.-banked -- bank accounts only.

13   These are the most in -- instant form of payment

14   because it lets you deposit your commissions directly

15   into your bank account.  And depending upon your bank,

16   you can see that deposit happen within 24 to 72 hours

17   typically from when the payment was initiated.

18           On average, we found this option pays the

19   very next day, but every bank is a little different,

20   so check with your bank if you have any questions on

21   how direct deposit or ACH works and their deposit time

22   frames.

23           The last option or one of the -- the next

24   option, excuse me, is -- is wire payments.  These can

25   have -- happen as soon as 24-hour turnaround and as
```

1       late as a seven-day turnaround.  Again, it just

2       depends on your bank and where you are in the world.

3       However, it is also one of the safest and most

4       efficient ways to get paid, particularly if your

5       commissions are being sent internationally.

6               One of the other options here is checks will

7       be mailed out on the 5th and 25th and sent to the

8       address you give us, so look out for your bank check

9       again.  You can choose these preferences.  All you

10      need to go -- is go up to your business.  This is a

11      screen shot from the back office.  You click on My

12      Business.  Once you do that (inaudible) member --

13      members area, it's located in the middle section at

14      the top of the page, and it will land you on the My

15      Account, and then Pay Me.  Okay?  The drop-down box

16      lets you select which payment type you want to use,

17      and then the minimum payment amount you want to

18      receive.

19              Please note, the minimum compensation payout

20      is $100, but you can actually select if you prefer to

21      be paid when your commissions are larger than that.

22      For example, if you select the $500 payment option,

23      then we will simply pay your commissions once your

24      account has earned $500.

25              And just another quick note, if you do not

1    have a U.S. bank account, you will not be able to use

2    the direct deposit option.  Your options will be check

3    or international wire.  I want you to go log in and

4    set up your Pay Me preferences right now so you can

5    ensure that you're getting paid on everything that you

6    earn.

7              Assignment Number 8 -- I did tell you that

8    this would be very short today.  I want you to make

9    sure that you're registering for all of the daily

10   ASPIRE Reach Higher calls.  I told you about this in

11   the last step.  If you haven't done it, please just

12   register.  Go to your back office in the far top right

13   corner and click Training Calendar.  It's very

14   important that you get on every single one of these

15   calls, Monday through Friday at 9:00 a.m.

16             Okay?  Get your business off to a fast

17   start.  Make sure that you attend all of them.  I also

18   want you to go to your Pay Me section and set up your

19   payment information.  This should only take a few

20   minutes.  It will ensure there's no delays and you can

21   get paid.

22             Okay, so keep that important, and I will see

23   you on the next step.  Take care, and we'll see you

24   there.

25             (The recording was concluded.)

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12           I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                         SARA J. VANCE, CERT

23

24

25

1             OFFICIAL TRANSCRIPT PROCEEDING

2

                    FEDERAL TRADE COMMISSION

3

4

5

   MATTER NO.     1723060

6

   TITLE          DIGITAL ALTITUDE

7

   DATE           RECORDED:  OCTOBER 16, 2017

8                  TRANSCRIBED:  OCTOBER 27, 2017

9   PAGES          1 THROUGH 29

10

11

12             2017-10-16 0424pm (First S2 Call)

13

14

15

16

17

18

19

20

21

22

23

24             For The Record, Inc.

25    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4    RECORDING:                              PAGE:

5    2017-10-16 0424pm (First S2 Call)          4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                     FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:              )

 4     Digital Altitude              )  Matter No. 1723060

 5                                    )

 6     -----------------------------)

 7                                    October 16, 2017

 8

 9

10

11            The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

Attachment X

EX 41
2127

4

```
 1                      P R O C E E D I N G S

 2                    -    -    -    -    -

 3                      First S2 Call

 4             COACH PIERRE:  He's calling in right now on

 5    Skype.

 6             Hello, J███.

 7             MR. TYNDALL:  Oh, hi.  Pierre?

 8             COACH PIERRE:  So -- yeah.  J███, we're

 9    meeting on Zoom, so when you scheduled this

10    appointment, did you -- did you get a confirmation

11    email?

12             MR. TYNDALL:  Yeah, I think so.

13             COACH PIERRE:  Okay, great.  So if you go to

14    that email, you're going to see a link to the Zoom

15    session, so we're on there right now.

16             MR. TYNDALL:  Okay.

17             COACH PIERRE:  Okay?  Can you do that?

18             MR. TYNDALL:  Yep, I --

19             COACH PIERRE:  All right, terrific.

20             MR. TYNDALL:  -- just clicked on it.

21             COACH PIERRE:  All right, I'll -- I'll see

22    you on the Zoom session.

23             MR. TYNDALL:  Okay.

24             COACH PIERRE:  All right.  All right, see

25    you there.  Bye-bye.
```

Attachment X

1          MR. TYNDALL:  Okay.

2          (Brief pause.)

3          COACH PIERRE:  Jo███, also, no audio, no

4     video.

5          MR. TYNDALL:  I just got you.

6          COACH PIERRE:  Okay, good.  Jo███, can you

7     hear me?

8          MR. TYNDALL:  This is J███.

9          COACH PIERRE:  Right, but there's also

10    Jo███ that's on.  Do you see me, J███?

11         MR. TYNDALL:  I do.

12         COACH PIERRE:  Okay, good.  Do you have a

13    camera on your computer or your tablet or your phone?

14         MR. TYNDALL:  I do.

15         COACH PIERRE:  Okay.  So you have the oppor-

16    -- well, you don't have to if you don't want to.  I

17    understand if you don't want to.

18         MR. TYNDALL:  It's a new -- it's a -- I have

19    a Chrome but I'm going to try to --

20         COACH PIERRE:  Okay.

21         MR. TYNDALL:  I just got it.

22         COACH PIERRE:  And you are using Skype with

23    your Chrome?

24         MR. TYNDALL:  No, I was using that on my

25    phone.

Attachment X

```
1              COACH PIERRE:  So, Jo███, if you can hear
2    me, we can't hear or see you, so we definitely need to
3    figure out how to get your audio working, at a
4    minimum.
5              As I was beginning to explain to T█████,
6    I'll be working with you all to take you through the
7    setup phase and the scale-up phase.  In the setup
8    phase, this is not complicated.  Just understand this.
9    I'll be doing the bulk of the setup for you, but there
10   are some things that you'll need to do.  And,
11   honestly, the most important thing is to make sure you
12   clearly understand everything that we're going to be
13   going through, so don't race through the steps.
14             I have a lot of members that come here and
15   they just -- they get so excited and they just go, go,
16   go, go, go.  I can appreciate the enthusiasm, but this
17   is a business.  This is not a race.  And it's -- it's
18   not -- it's a -- it's more of a marathon, if you will,
19   right?  We're going to get your business going.
20             We're going to do two steps per day in the
21   scale of things, so two steps at a time, no more, no
22   less.  Okay?  And I know some people may want to do
23   more.  I wish I could allow you to do more, but I
24   can't.  The system is set up this way, and it's set up
25   for a reason.  We want to make sure that you're taking
```

```
 1    the time to digest everything, so, you know, just

 2    watch a video, read through everything, complete the

 3    assignments under each step, okay?

 4              Now, everyone's done with 7 and 8; is that

 5    right?

 6              MR. TYNDALL:  Yes.

 7              COACH PIERRE:  Perfect.  And I'm assuming,

 8    Jo████, you have?

 9              I can't hear you, Jo████.

10              JO████:  Oh, hello.

11              COACH PIERRE:  Hey, there he is.

12              JO████:  Hi.  I -- I fixed on my...

13              COACH PIERRE:  All right, good.  So you've

14    completed 7 and 8?

15              JO████:  Yes, I have.

16              COACH PIERRE:  All right, terrific.

17              And T██████?

18              T█████:  Yes.

19              COACH PIERRE:  You're done as well.

20    Perfect.  So you should have gone through and you

21    understand how the daily calls work, the support

22    group.  I encourage you all to be -- if you can't be

23    on the daily calls live, listen to a recording.  So if

24    you go to resources, daily call in your back office,

25    and then if you scroll down on the page, you're going
```

Attachment X

1    to see all of the links to where you can access the

2    recordings from.

3            So I really encourage you to get -- make a

4    routine of just listening to a wake-up call first

5    thing in the morning if you can.  It's just going to

6    set the tone for your day and really help you develop

7    the mind-set of an entrepreneur.

8            Also, I recommend reading Cashflow Quadrant

9    in -- that was recommended in Step 3.  Are all of you

10   reading that book?

11           J███████:  I have yet not purchased it.

12           COACH PIERRE:  Okay.  Get that book.  I'm

13   telling you, it's -- it's a real eye-opener, okay?

14           J███████:  All right.

15           COACH PIERRE:  All right.  So then we're

16   going to 9, 10, and then we meet in a daily check-in

17   call.  Now, I host these daily check-in calls.

18   They're just like this, and I do them through Zoom.

19   You go to my back -- or to my calendar, you'll see

20   right below the welcome call, daily check-in call.  So

21   this is where we're reviewing the material.

22           So as you go through these steps, take good

23   notes, and have your notes handy with you because I'm

24   going to be asking you questions.  I want to make sure

25   that you understand everything and that you've

1    completed the assignments.

2              So as your coach, I'm going to be tough on

3    you.  If you're really serious about this, you really

4    need to do the work.  If you want to succeed in

5    business, I'll show you everything that I've done, and

6    I've been doing this for a long time, as you can

7    probably see, I'm not -- I'm no spring chicken.  I've

8    known Michael for many years, and I've been online for

9    over a decade, you know, just building my business and

10   growing things.  And it's become kind of boring, so I

11   love -- I love coaching and I love helping people do

12   this.  It's kind of fun.  I get to meet people from

13   all over the world.

14             But it's your business.  So if you want to

15   succeed and you do the work and you show me that

16   you're serious, I'll meet you halfway.  And I'll help

17   you really succeed.  But it's not going to happen by

18   accident.  It's not a lottery ticket.  It's not a get-

19   rich-quick scheme.  But it's a very, very profitable

20   business.

21             So who here's looking for a profitable

22   business?

23             T█████:  Me.

24             JO███:  I am.

25             MR. TYNDALL:  I am.

```
 1              COACH PIERRE:   T█████?  Okay, good, all

 2   three of you, good.  So you got to commit to your

 3   business.  And, again, I'm going to -- I'm going to

 4   push you.  As your coach, I'm going to really -- I'm

 5   going to expect a lot out of you.  So if you're up for

 6   the challenge, fantastic.  So we're going to get busy

 7   doing things.

 8              Before I go any further, though, I'd love to

 9   hear from each of you.  So why don't we start with

10   you, J████.  Tell me a little bit about yourself.

11   Where do you live?  What do you do for a living right

12   now?

13              JO███:  Right now, I'm unemployed, but I

14   live in Dallas, Texas right now.

15              COACH PIERRE:  Okay.

16              JO███:  And we have -- that's pretty much

17   it.  I've been living here -- well, right now, I'm

18   living in ██████, but I original -- I was born in

19   Dallas.  So I've been living in ████████ for ten

20   years now.

21              COACH PIERRE:  Okay.  And -- and you said

22   you're unemployed.  So what have you done in the past?

23              JO███:  I used to do -- I used to do

24   demolition with a company I used to work with.

25              COACH PIERRE:  With explosives and stuff?
```

1          JO███:  No, it was more of, like,

2     renovating and breaking down, like, stores.

3          COACH PIERRE:  I see, okay.  How -- why

4     do you want to start an online business rather than

5     just --

6          J███:  Because --

7          COACH PIERRE:  -- find a different gig?

8          JO███:  Because I -- I think the school

9     system isn't only the path towards, you know, being

10    successful in life.  And I also want to be financially

11    free, you know, and have multiple sources of income

12    and help out my family.

13         COACH PIERRE:  Okay.  So how -- if you don't

14    mind my asking, what was it about Digital Altitude

15    that interested you or -- or, I mean, did you learn

16    about this through a friend?  Do you know --

17         JO███:  No, I was just looking online

18    because, you know, I -- I work with computers.  I've

19    had computers since I was little, and I just, like,

20    looked around for ways to make money, I guess.

21         COACH PIERRE:  Okay.

22         JO███:  Simple as that.

23         COACH PIERRE:  Okay.

24         Well, again, if you're serious about this --

25         JO███:  Of course.

Attachment X

```
 1            COACH PIERRE:  -- I'm -- I'll show you how

 2    this is done, but you've got to commit to this.

 3    You've got to really be serious and show me that

 4    you're serious, because after we're done with the

 5    setup phase for all of you, when we're in the scale-up

 6    phase, Step 15 is really the -- a big milestone.  This

 7    -- to me, the third phase here, the scale-up phase is

 8    where the real coaching begins.

 9            This is where I'll really help you put

10    together a business plan and a marketing plan and an

11    action plan so that you know exactly what you need to

12    do to be hitting 10, 15, 20, 30,000 a month or -- or

13    more.  It's not going to happen overnight, but

14    honestly, within 90 days, and that's really what we're

15    going to map out together because at that point the

16    training wheels come off and you're airborne, and you

17    really should be generating 15, 20,000 a month by

18    then.  If your business isn't cash-flowing at least

19    20,000 a month and you're -- after 90 days, you're

20    not -- I've failed you and you're not following

21    instructions.

22            Okay?  So you really -- it -- it -- this is

23    not rocket science.  And the real coaching will begin

24    in that third phase.  This is really where we're going

25    to break down the numbers, just like you heard me.  I
```

```
 1    think T███  -- I think you just jumped on while

 2    A████ was coming off.  I'm not sure why he booked

 3    this session.  But he's at that point where he's done

 4    with the check-in calls, and now we're working on his

 5    business plan.

 6              It -- this is a very, very profitable

 7    business.  Jo███, if you don't mind my asking, I

 8    mean, what -- how do you pay your bills right now; I

 9    mean, if you're unemployed?

10              JO███:  Right now, I'm -- I'm working with

11    a -- well, I'm living with a family member right now,

12    and he sometimes gives me jobs and stuff like that.

13              COACH PIERRE:  Okay.

14              JO███:  So he's helping me out.

15              COACH PIERRE:  Okay.  And what kind of an

16    income were you looking to make on a monthly basis?

17              JO███:  Monthly basis, to be honest,

18    anything that's profit of more -- more than $20,000 a

19    month, that would be fine.

20              COACH PIERRE:  So you want to make 20K a

21    month.  How -- and -- but being unemployed, I guess

22    you're not that close to that, huh?

23              JO███:  Yeah.

24              COACH PIERRE:  Okay.  So let me put you down

25    for 20.  I'm going to be breaking down all of these
```

Attachment X

1    numbers.  I -- a lot of people, when they start this,

2    they're not big into math, they don't like numbers,

3    but they quickly start really appreciating numbers and

4    love numbers because -- especially when there's a

5    dollar sign in front of them.

6              JO███:  Yeah.

7              COACH PIERRE:  All right.  So, we'll --

8    we'll really make things happen.  So I'm going to have

9    you go through 9 and 10, okay?  So you're done with 7

10   and 8.  You set up your profile; you set up your

11   commission pay --

12             JO███:  Yes.

13             COACH PIERRE:  Okay.  I'm going to recap

14   things with respect to 9 and 10 here in just a moment,

15   but you're going to book a check-in call with me after

16   you're done with that, so do that for tomorrow.  I

17   want to hear from each of you every day.  I do this

18   (inaudible) through Friday (inaudible) when I'm

19   traveling.

20             So, now, T███, what -- where do you live

21   and -- and what do you do?  I suspect you're a nurse

22   from when --

23             T███:  I'm a nurse.

24             COACH PIERRE:  You're a nurse.  I -- good

25   guess.

Attachment X

```
 1              T████:  I live just -- we're outside of

 2    Kansas City.

 3              COACH PIERRE:  Okay.   And how long have you

 4    been a nurse?

 5              T████:  For like 12 years, I think.

 6              COACH PIERRE:  Good.  You like it?

 7              T████:  I do, some days.

 8              COACH PIERRE:  Some days?

 9              T████:  Yeah.

10              COACH PIERRE:  So -- so why are you wanting

11    to start an online business?

12              T████:  I've been in different MLMs for a

13    few years.

14              COACH PIERRE:  Okay.

15              T████:  I kind of caught the

16    entrepreneurial bug bite and fell in love with it,

17    love that part of it, got to the point, though, where

18    I am tired of constantly (inaudible) from the family.

19    And one of my good friends, like, kind of went down

20    the same road as me, started through this and has told

21    me a little bit about it.  I've been watching her

22    (inaudible) the last couple months.

23              COACH PIERRE:  Who's your friend?

24              T████:  A████  ████.

25              COACH PIERRE:  Okay.
```

1 T█████ : ████████████████████████

2 COACH PIERRE:  I wonder if I met her.  Was

3 she in Las Vegas this past weekend?

4 T████ :  Yes.  I know she was on the leader

5 board a couple of times.

6 COACH PIERRE:  Okay, I think I -- I think I

7 know who you're talking about.  No, I see Sarah, okay.

8 So I've known Sarah since, well, earlier this year.

9 Sarah's doing -- do you know who Sarah Gallo is?

10 T████ :  Yes.

11 COACH PIERRE:  Sarah, just for the rest of

12 you guys, too, as well, Sarah knew nothing.  She

13 didn't even know what affiliate marketing was earlier

14 this year.  She started in February.  She's already

15 made over $100,000 so far.  I think her last month, if

16 -- if I'm not mistaken, it was over 30,000.  So this

17 grows exponentially, okay?

18 She's doing quite well.  And she didn't know

19 what she was doing before, okay?  Now, if you don't

20 know who Sarah is, she's the five-foot traveler.

21 She's a travel blogger.  She's now on a gig in -- I --

22 I don't know if she's Mount -- Mt. Kilimanjaro

23 somewhere in Africa, I don't know.  She's doing a

24 National Geographic thing.  So she's got the travel

25 bug, and she learned how to market herself through

Attachment X

```
1    Digital Altitude, and now she's doing stuff with

2    National Geographic, making a boatload of money, and

3    she knew nothing.  So just to give you a sense of what

4    you -- what's possible, okay?

5           But, again, it's -- it's -- it's a business,

6    and you're going to understand things from a cash flow

7    perspective.  So if you haven't read Cashflow

8    Quadrant, get that book.  It -- and, so, you mentioned

9    that you did a couple of -- of MLMs.  What type of

10   MLMs have you done, and how did you do with those?

11           T       :  So I do (inaudible) for I think

12   three and a half years.

13           COACH PIERRE:  Good.

14           T       :  I did okay.

15           COACH PIERRE:  Yeah?

16           T       :  I think.  Nothing to quit my job

17   over.

18           COACH PIERRE:  Okay.

19           T       :  And then I got involved in Direct

20   Sellers, which is wine.

21           COACH PIERRE:  Okay.

22           T       :  And more just because of my own

23   personal interest, and it was fun.

24           COACH PIERRE:  Yeah.

25           T       :  And then there's a new startup one
```

Attachment X

EX 41
2141

1     coming out called Live, and it's about experiences and

2     life and things but you have to have the money to be

3     able to do those things.  So --

4               COACH PIERRE:  Now -- now, is it just you,

5     or do you have a family?

6               T███████:  Me and my husband, and we have two

7     children.

8               COACH PIERRE:  Right on.  What does your

9     husband do?

10              T███████:  He's a K9 officer.

11         COACH PIERRE:  Really?

12              T███████:  Yep.

13         COACH PIERRE:  Wow.

14              T███████:  So -- so we don't have a lot of

15    money.

16         COACH PIERRE:  Why is that?

17              T███████:  Officers don't make much, but --

18         COACH PIERRE:  I thought nurses did okay.

19              T███████:  We do okay.

20         COACH PIERRE:  Mm-hmm.

21              T███████:  We do okay.  So --

22         COACH PIERRE:  Is he working with you in

23    this business?

24              T███████:  I'll -- I'll drag him along.

25         COACH PIERRE:  You'll drag him along.

1       T█████:  No, he hasn't really looked at any

2    of this yet.  So he's been involved in all the MLMs so

3    far, but he's been away at training and through some

4    different things that he doesn't --

5        COACH PIERRE:  Okay.  Yeah, it's -- you

6    know, I've noticed husband-and-wife teams, when

7    they're working together, they -- they -- it tends to

8    be easier.

9       T█████:  Right.

10        COACH PIERRE:  So that's why I was asking.

11    So -- and he likes being an officer obviously, and I

12    would -- I would imagine he loves his gig, right?

13       T█████:  He does.  Yeah.

14        COACH PIERRE:  Are -- are you wanting to

15    change things, or are you just wanting to just dabble

16    in this and make extra money?

17       T█████:  We want to make extra money, stop

18    living the paycheck-to-paycheck life.  We love to

19    travel, and we want to do things for our kids, and I

20    want to stop working here.

21        COACH PIERRE:  Oh, you do want to stop

22    working?

23       T█████:  Yes.

24        COACH PIERRE:  Okay.

25       T█████:  Yes.

```
 1              COACH PIERRE:  So where -- what's your

 2    target?  What are you really wanting to achieve per

 3    month?

 4              T█████:  Well, the target is -- I mean, I

 5    don't know that there's a (inaudible) but I would like

 6    to hit 10- to 20,000 a month as quickly as possible.

 7              COACH PIERRE:  Okay.

 8              T█████:  Yeah.

 9              COACH PIERRE:  All right.  So do you want me

10    to put you down for 10- or 20?

11              T█████:  Twenty.

12              COACH PIERRE:  Twenty?  Okay.  So, yeah,

13    that's -- that's a good target.  If you're not doing

14    that within 90 days, like I said, you're not following

15    instructions.  Sarah, if you've gotten to know her,

16    you know, she's a very bubbly young gal.  And she

17    never had any experience in the past.  I'm telling

18    you, anybody can do this, okay?  It's just a little --

19    it's a -- it's a -- it's a business.  It's work,

20    right?

21              T█████:  Right.

22              COACH PIERRE:  I'm going to show you stuff,

23    again, from -- from a marketing perspective, from a

24    track -- like cash flow perspective, it's numbers,

25    it's all numbers.  So very good.  How much time do you
```

Attachment X

1    have to devote to this on a daily basis?

2             T█████:  I can do -- I do about an hour in

3    the morning, and then I can do a couple hours at

4    night, so --

5             COACH PIERRE:  Okay.  Oh, that's plenty.

6             T█████:  Yeah.

7             COACH PIERRE:  That's plenty.  Good, all

8    right.  Because, you know, being a -- a busy

9    professional, sometimes it's -- with kids --

10            T█████:  Yes, yes.

11            COACH PIERRE:  -- sometimes it can be a

12   little more challenging.  Okay, so listen to those

13   wake-up calls; read; and -- and just soak in the

14   steps, just really soak it in, okay?  Especially this

15   phase, it's super easy.  This is not rocket science.

16   So I'm going to have you do 9 and 10, and I'll come

17   back.  I'm going to talk about 9 and 10 here in just a

18   moment.  So really, really soak it in.

19            20,000 a month, though, does this really

20   change much for your personally?

21            T█████:  For me?

22            COACH PIERRE:  Yeah.

23            █████:  Yeah.  Yeah, it changes a lot.  We

24   -- my husband and I probably -- I don't know, we're --

25            COACH PIERRE:  Does it just kind of replace

Attachment X

EX 41
2145

1    that?

2              T███████:  No.  No, that would -- that would

3    double what we --

4              COACH PIERRE:  Oh, really?

5              T██████:  (Inaudible) yep.

6              COACH PIERRE:  Now, do you own, do you rent?

7              T██████:  We own.

8              COACH PIERRE:  Uh-huh.  And you're just kind

9    of living paycheck to paycheck?

10             T██████:  Yes.

11             COACH PIERRE:  Okay.  Is -- is it important

12   for you to make 20,000 a month, or is it just kind of

13   a wish?

14             T██████:  No, it's important.

15             COACH PIERRE:  Yeah?

16             T██████:  Yeah.

17             COACH PIERRE:  Okay.  I'm telling you, it's

18   -- if you commit to this, it's very, very -- you can

19   do much more than that.  I mean, you really can.

20             Now, let's see, J████, last but not least.

21   J███, where -- where do you live and what do you do

22   for a living?

23             MR. TYNDALL:  I'm -- I'm in ████████████,

24   ██████████.

25             COACH PIERRE:  Okay.

```
1              MR. TYNDALL:  And I'm unemployed.

2              COACH PIERRE:  You're unemployed?

3              MR. TYNDALL:  Yeah.

4              COACH PIERRE:  Okay.  And what have you done

5    in the past, J███?

6              MR. TYNDALL:  I -- I worked for a bank

7    teller.  And I was an assistant at a law firm for a

8    while.

9              COACH PIERRE:  Okay.  And let me see, I'm

10   taking a look here.  And you were working with Gorata.

11             MR. TYNDALL:  Yeah.

12             COACH PIERRE:  Okay.  So very good.  And how

13   -- what else -- tell me a little bit more about

14   yourself.  Married, single?  What -- what do you like

15   to do?

16             MR. TYNDALL:  I'm -- I'm married.

17             COACH PIERRE:  Mm-hmm.

18             MR. TYNDALL:  I -- I have one kid.

19             COACH PIERRE:  Congratulations.

20             MR. TYNDALL:  Thanks.  He's three now.

21             COACH PIERRE:  Wow.  They grow fast.

22             MR. TYNDALL:  I know, I know.  Yeah, I -- I

23   like to go biking around town and -- and hanging out

24   with my family and stuff.

25             COACH PIERRE:  Well, cool.  Are you looking
```

```
 1    for another job right now and just kind of stumbled

 2    across this, or is -- or are you looking to build an

 3    online business?

 4              MR. TYNDALL:  Yeah.  Well, I've been

 5    unemployed for a while.  I got laid off in -- in May.

 6    And, so, I started looking online.  It would be nice

 7    if I could stay home with my -- with my son --

 8              COACH PIERRE:  Mm-hmm.

 9              MR. TYNDALL:  -- because my wife works.

10              COACH PIERRE:  What does she doe?

11              MR. TYNDALL:  She works for -- she's an

12    assistant at an elementary school.

13              COACH PIERRE:  Okay.

14              MR. TYNDALL:  I'm pretty sure this --

15              COACH PIERRE:  Is she working with you in

16    this?

17              MR. TYNDALL:  She's supportive.

18              COACH PIERRE:  Okay.  So does that mean yes

19    or no?

20              MR. TYNDALL:  More yes.

21              COACH PIERRE:  More yes?  Okay, good.

22              MR. TYNDALL:  She's encouraging me, yeah.

23              COACH PIERRE:  Good.  Good.  So I'm going to

24    unlock 9 and 10 for you as well.

25              MR. TYNDALL:  Okay.
```

1      COACH PIERRE:  So, guys, 9 and 10, these are

2   easy steps.  All I need you to do here is to really,

3   again, soak it all in.  You're going to be learning

4   about ASCEND and PEAK.  Do you remember covering

5   those?  Do you remember hearing about those?

6          T████:  Yes.

7      MR. TYNDALL:  Yeah.

8      COACH PIERRE:  Okay.  In Step 1, Michael

9   talked about five essential elements of a successful

10  online business, right?  Does everyone remember what

11  those were?

12         Bueller?  Anyone?  Hello?

13         Okay, so you don't.  That's okay.  I'm going

14  to expect you to have your notes handy for your check-

15  in call, okay?

16         T████:  Okay.

17     COACH PIERRE:  Okay, because we're working

18  backwards through those five steps, and we're going to

19  end with the first one, which was traffic.  Okay?  So

20  here, you're learning about the tiered product mix.

21  These are the products that your leads are going to be

22  purchasing from you as they come through your funnel.

23  So all I need you to do here, and you're not buying

24  these, you're not -- I don't want you to upgrade to

25  climber or any of these things that you're going to

Attachment X

```
1    learn.  Don't do a thing.  I don't want you to do any
2    of that, okay?
3              Did everyone hear me?
4              T█████:  Yes.
5              MR. TYNDALL:  Yes.
6              JO███:  Yes.
7              COACH PIERRE:  Okay, good, you're in
8    learning mode, soak it in.  Now, you're going to be
9    learning about ASCEND and PEAK.  So it's very
10   important that you understand what these products are,
11   okay?  Understand what they're about, understand how
12   different they are from one another.  Jot down notes
13   about them, the price points, the profit margins, all
14   of those types of things about ASCEND and PEAK.  Then
15   when you book your check-in call for tomorrow, have
16   your notes handy.  We're going to review things, and
17   we're going to continue to progress.
18             Now, it's going to get more and more
19   involved as we go forward and we're working backwards
20   through those steps and ending with, what?  Traffic.
21             T█████:  Traffic.
22             COACH PIERRE:  We'll do that at the very
23   end, okay?  You guys excited?
24             T█████:  Yes.
25             MR. TYNDALL:  Yes.
```

Attachment X

1          JO███:  Yes.

2          COACH PIERRE:  I'm -- I'm a little tired

3     right now.  It's because I've been in Las Vegas and,

4     you know, speaking and -- and we had such an amazing

5     event.  The Marketing Mastery event was phenomenal.  I

6     wish you guys could have been there.  You probably

7     would have been blown away, and you'd be bouncing up

8     and down right now.

9          So there's lots happening within Digital

10    Altitude.  So, everyone, your next step, go through 9

11    and 10, be on the wake-up calls, pick up a copy of

12    Cashflow Quadrant, do those assignments, and book a

13    check-in call with me for tomorrow.  Okay?

14         MR. TYNDALL:  Okay.

15         COACH PIERRE:  All right.  We're all set.

16    Any questions?

17         JO███:  No.

18         T███:  Nope.

19         COACH PIERRE:  Good.  All right, guys.

20    Well, enjoy the rest of your day.

21         T███:  Okay.

22         COACH PIERRE:  And good luck at work.

23         T███:  Thank you.

24         COACH PIERRE:  And I will talk to you guys

25    tomorrow.

Attachment X

EX 41
2151

1               MR. TYNDALL:  Thanks.

2               T_____:  Okay.

3               COACH PIERRE:  All right, take care, guys.

4       Bye-bye.

5               (The call was concluded.)

6               MR. TYNDALL:  That was an --

7               (The recording was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1               CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12         I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                        SARA J. VANCE, CERT

23

24

25
```

```
 1                  OFFICIAL TRANSCRIPT PROCEEDING

 2

                       FEDERAL TRADE COMMISSION

 3

 4

 5

        MATTER NO.      1723060

 6

        TITLE          DIGITAL ALTITUDE

 7

        DATE           RECORDED:  DATE UNKNOWN

 8                     TRANSCRIBED:  OCTOBER 27, 2017

 9      PAGES          1 THROUGH 23

10

11

12              ASPIRE+STARTUP+STEP+9+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                              PAGE:

 5     ASPIRE+STARTUP+STEP+9+AUDIO                4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:           )

 4    Digital Altitude            )  Matter No. 1723060

 5                                )

 6    ------------------------------)

 7                                 Date Unknown

 8

 9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

Attachment Y

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3              ASPIRE+STARTUP+STEP+9+AUDIO

 4         MICHAEL FORCE:  Welcome to the ASPIRE Setup

 5    Step Number 9, how to get $4,500 commissions or more

 6    with no extra work here.  I'm going to break it down

 7    here for you.  So what exactly are we promoting here?

 8    We're promoting Masterminds where you'll have access

 9    to the thought leaders in our industry, people who are

10    making six, seven, eight, or even nine figures a year,

11    people who are getting massive results.

12              Well-renowned business mind Jim Rohn once

13    said, you are the average of the five people you spend

14    the most time with.  The five closest people in your

15    circle of influence have a dramatic effect on your

16    decisions, things you do, and ultimately your income.

17    If you're hanging around six-, seven-, eight-figure,

18    even nine-figure earners, it won't be long before your

19    income rises up closer to their level.  It's just the

20    way it works.

21              So let's dig in and learn how you can have a

22    dramatic effect on your business.  And I'll see you

23    here on the inside, so let's jump in.  So what is

24    ASCEND?  If you recall, ASCEND is -- you're about --

25    getting about halfway up the mountain here as far as
```

Attachment Y

```
1    your knowledge, success, APEX being your sitting at
2    seven, eight figures a year, right?  So let's break it
3    down on what that looks like.
4              So what is ASCEND?  Well, it's actually a
5    three-day, four-night event with all expenses paid for
6    two.  And I'll tell you a little bit more as we go,
7    but basically it's a digital business profit workshop.
8    Now, this is one of the most powerful workshops out
9    there, and I can tell you that you are going to plug
10   in here, and it's simply because it's ultimately a
11   place where you get not only, again, an all three-day,
12   all-inclusive retreat for two that brings the world's
13   leading thought leaders in business success and
14   leadership directly to you so you can learn from them,
15   but the agenda is really once you get started, you're
16   going to need to scale your traffic into a high-
17   converting sales (inaudible).  The top five most
18   profitable traffic sources.
19             You'll learn where to find the most
20   profitable traffic and scalable sources.  Six
21   strategies to scale traffic.  You'll learn how -- the
22   best strategies to scale, to seven, eight figures or
23   more.  Seven-figure conversion hacks, learn the little
24   known conversion hacks that all seven-figure earners
25   use on a daily basis.  Three powerful funnel formulas.
```

1    Discover the funnel formula that converts the highest

2    in any niche.

3           You're also going to learn on day two the

4    power of a personal brand.  Okay, you're going to

5    learn how to tell your story, learn how to craft a

6    message that shows your authenticity, finding the guru

7    in you.  You'll learn how to tap your experience and

8    knowledge and package it to create massive value.

9    You'll learn how to master video, learn the most

10   powerful distribution channel that will create

11   customer connections.  Video converts higher than

12   anything else.

13           You're also on day three going to increase

14   conversions with analytics, discover how to maximize

15   your return on investment using analytics in your

16   business.  You're also going to learn how to create

17   amazing content.  You'll learn the little known

18   secrets to pumping out the highest converting content

19   on autopilot.  Learn how to work smarter with

20   outsourcing.  Learn how to lower costs and leverage

21   your time with outsourcing.  Learn how to build a

22   team.  You'll learn how to create more duplication and

23   less attrition on your team as well.

24           Now, the Digital Business Profit Workshop

25   has a retail value of $11,997 as it is for two, and

1    it's typically in places like Las Vegas, Florida,

2    Arizona, and possibly we're growing enough in

3    Australia, places like that, of course we'll be in

4    there as well.  But, again, it's a $2,000 discount

5    here within seven days.  It is only $9,997 to get to

6    the ASCEND.

7              Now, we also have the Walker, Hiker, and

8    Climber compensation plans all plugged in there, 40,

9    50, and 60 percent, one tier, two tiers, and three

10   tiers of payout.  So typically, again, retail is

11   9,997.  You're going to earn $4,000 if you're a

12   Walker, if you're paying $37 a month, that's what

13   you're going to earn.  If you're a Hiker and you're

14   paying the $67 a month, you're going to get two tiers.

15   You'll earn 4,000 on your first tier for every sale

16   that you make and $1,000 for every sale someone on

17   your team makes.

18             And then Climber from there is -- you're

19   maxing out the comp plan at 60 percent over three

20   tiers.  So, again, $9,997 retail value, you're going

21   to earn a $4,500 commission on that.  On tier two,

22   someone on your team makes a sale, then $1,000 on

23   their.  On the team below that, tier three, a $500

24   commission.  It stacks up nicely.  You're already into

25   six income streams just alone here.

1            So what are some potential conversions?

2    Well, if you get 2,000 leads, and again, we know that

3    $37 is the cost for Walker, 67 for Hiker, 127 for

4    Climber, 597 for BASE, 1,997 for RISE, and $9,997 for

5    ASCEND.  So if you have a 5 percent conversion, that

6    means 5 percent of the people get to Walker, and then

7    60 percent to Hiker, 60 percent to Climber, 40 percent

8    to BASE, 40 percent to RISE, and 40 percent to ASCEND.

9            That means out of your 2,000 leads, 25 of

10   them are going to become Walkers.  Out of those 25, 15

11   will become Hikers.  Out of those 15, 9 will become

12   Climbers.  Out of those 9, 3.6 BASE.  Out of 1.4 will

13   become RISEs, and 2.9 will become ASCENDs, okay?  Very

14   powerful.

15           15, 27, 76, 270-90, and 4,500 is what you

16   would earn in commissions on each one of those.  So

17   what does that look like?  Well, $375 is what you earn

18   at Walker; 405 at Hiker; 680 for Climber; 972 at BASE;

19   1,296 at RISE; and $12,960 at ASCEND.  You add all

20   those up and you're making $30,000 a month.  Again,

21   not as included in the other tier, your pass-ups, and

22   isn't really -- doesn't include your residuals or the

23   additional income streams as well.  Powerful power

24   earning -- earning platform there.

25           So here's some questions, if you need some

```
1    questions answered here, you can get these.  You can

2    pause the video to get some questions answered.  That

3    is ASCEND, okay?  ASCEND is a very powerful digital

4    business profit workshop.  But, remember, it's also

5    part of the positioning.  So if you remember this

6    metaphor where I showed you before if you owned a cell

7    phone store, customer came in who just started a

8    business, needed 50 cell phones for his employees,

9    $100 apiece, you'd make 5,000.  But he also wanted 25

10   iPads at $500 apiece, 12,500.  And if he wanted 12 out

11   of those 50 to be MacBook Pros, you'd make $1,500

12   apiece at 18,000.  And if he had six for his

13   management team, 3,500 on top of that would be 21,000.

14          That would be great because you're selling

15   all of those products, but just like with our

16   compensation model, if you don't sell the ASCEND or

17   PEAK, you're not going to make that revenue.  If you

18   don't sell RISE, you're not going to make that

19   revenue.  If you don't sell BASE, you won't make that

20   revenue.  You'll only have the ASPIRE revenue, okay?

21   You're missing out on over $51,500 in revenue, and

22   that's why you want to be in position to ASCEND.

23   That's why you want to be positioned at RISE and BASE,

24   to maximize the compensation plan and increase your

25   earning potential across the board.
```

1           So -- and ASCEND is also, we show you how

2      you can take your business to the next level.  Say

3      you're operating at a five-figure level right now and

4      you've had your first $10,000 a month, and this year,

5      let's say you're averaging somewhere around a high

6      five figures, and you want to know how to get to six

7      figures.  Well, at ASCEND, we show you how to do that.

8      If you're operating at a six-figure level, and you

9      would like to go to seven figures and possibly beyond,

10     we also show you how to do that as well.

11          For those of you who are thinking even

12     bigger, you're thinking seven, eight figures and

13     possibly up from there, the sort of people you're

14     going to be learning from as ASCEND are going to be at

15     these events.  They're going to be some of our

16     speakers.  I'll introduce you to a few of them in just

17     a moment.  They're people who have actually done it,

18     who are seven-, eight-figure earners.  They've been

19     able to take their companies and other people's

20     companies from seven figures right up to eight, nine

21     and beyond.

22          We'll look at things like leverage, how to

23     get more done in less time, and also how to take your

24     marketing to the next level so you're really

25     connecting with your prospects, engaging them, and

1    ultimately selling to them.

2         So let me introduce you to a few of our

3    speakers and people that will be at some of our next

4    events.  These are people who have spoken at

5    marketing, sales, conversion, traffic and all of those

6    kind of things.  Joe Sugarman, the first person I want

7    to introduce you to.  If you've been marketing for any

8    length of time, chances are you've heard of Joe

9    Sugarman.  He's written a lot of books, a lot of very

10   good best-selling books on marketing.  There's one

11   called Triggers and also Advertising Secrets of the

12   Written Word.

13        Okay, I highly recommend these books, but

14   he's not just someone who's written books.  He's also

15   someone who's been practicing marketing for decades,

16   and he's been very successful at it.  He's most famous

17   for selling the BluBlocker sunglasses.  If you

18   remember seeing infomercials on TV, where people were

19   wearing the BluBlocker sunglasses, that was Joe.  And

20   they actually sold over 20 million pairs of them.

21        He also has a lot of really good stories, a

22   lot of stories that will make you laugh and funny

23   little stories about marketing and how he took his

24   company to the next level, challenges he had along the

25   way, and just a lot of the lessons and wisdom that

1     he's learned over the years.  Learning from someone

2     like Joe -- if you want to learn marketing, you can't

3     get much better than someone like Joe.

4              Also, Dave VanHoose.  Let me tell you about

5     this guy.  I've actually paid Dave and his business

6     partner over $10,000 for one day of consulting twice.

7     I've actually done this twice, and I've traveled to

8     their office in Florida, and I did this last year.

9     What I actually paid for was to go to their office.

10    You pay them $10,000 -- it might have actually gone up

11    by now -- they work with you to craft a pitch, a sales

12    presentation.

13             The reason why is that it's worth over

14    $10,000, and possibly more, is that if you are in the

15    business of marketing, of moving products to the

16    masses your business asset is going to be your sales

17    presentation.  That could be a sales video.  It could

18    be a sales webinar.  It could be your signature,

19    keynote presentation you do on stages, other people's

20    stages for around the world.

21             What are you doing here?  This is

22    presenting.  You are selling.  You are delivering a

23    pitch.  The good thing about Digital Altitude is we

24    are largely doing it for you, but at the same point,

25    if you start selling your own products and services,

1    this will become an important part of your business.

2    Dave actually used to be a part-owner of a real estate

3    business and is rolling that business, plus he would

4    travel around and literally three times or more per

5    day, and they did this for years.  He would deliver

6    the same pitch -- the same pitch over and over and

7    over again.  Every time he delivered it, he would

8    refine it.  He figured out by saying certain things he

9    would get more sales, even wearing a different color

10   tie.  Literally, if he would change the color of his

11   tie, he would notice that it would impact conversions.

12           He got this down to a science, and he got

13   really, really good at standing in front of a roomful

14   of people, or even presenting to people on a webinar,

15   presenting to the masses and converting sales.  We

16   actually invited Dave to come down and share some of

17   our secrets at some -- one of our recent Masterminds.

18           Again, this is someone who charges $10,000 a

19   day.  But, actually, getting to attend the Mastermind

20   and hear directly from him, and also asking questions

21   directly, is where the break is.  Also, when you're

22   out doing the activities, you can always still plug in

23   and connect with him one-on-one as well.  That's truly

24   priceless.

25           We also have another speaker, Mike Koenigs,

1    okay?  Mike is very well known in the internet

2    marketing space.  He's a three-time, number-one, best-

3    selling author.  He's done over ten huge product

4    launches.  The largest one actually grossed $9.1

5    million in sales -- 9.1 million from a product launch.

6    He has been extremely successful and someone you want

7    to learn from.

8            One thing we also did just more recently is

9    we decided to make ASCEND even more valuable.

10   Included in your membership is several other events

11   you get to attend for free.  How do you get more

12   traffic and better traffic to your website to get more

13   sales?  If you purchase it separately, it's $2,000,

14   but if you decide to become an ASCEND member, you

15   actually get this completely free.

16           Currently, this is held once per year, and

17   you attend it.  It's usually at a very nice resort.

18   The event portion is free, and you learn everything

19   you need to know about traffic.  This is a more

20   advanced traffic training program.  You'll want to go

21   through the first before you attend something like

22   this.  This is definitely far more advanced.

23           We also have a three-day event included with

24   ASCEND.  That's part of the conversions, pretty much

25   one of the most valuable and highly paid skills you'll

1     ever develop as a marketer.  This is the ability to

2     convert traffic into sales.  The better you get at

3     that, the more money you are going to make.  We

4     actually have a three-day training focused on just

5     that, conversion.

6            So how do you get more conversions?  We talk

7     about things like how do you improve your email

8     followup, webinar followup, phone call, everything

9     like that, anything to do with converting more leads

10    into buyers.  That's what we talk about at this three-

11    day seminar.  Your ticket to the seminar, again, is

12    free.  If you were to purchase this outside of ASCEND,

13    it actually retails for $2,000.

14            So this is a more recent one we added, and

15    this is called Leverage.  Let me explain something.

16    If you get good at traffic and you get good at

17    conversions, you can pretty much write your own

18    paycheck in this industry.  You can do very well,

19    provided you are good at both of them.  It's perfectly

20    reasonable that you could be making a six-figure

21    income and do it with relative ease if you are good at

22    these two things.  However, getting to the next level,

23    taking your business from six figures to seven

24    figures, and then seven figures to eight figures, they

25    require different skills.  They require skills of

 1    leverage, doing more with less.

 2            Now, when I say leverage, I'm talking about

 3    things like outsourcing, leveraging other people's

 4    time, leveraging other people's money, leveraging

 5    other people's marketing automation, creating more

 6    systems in your business so the systems are doing the

 7    work and not you.  This is all about freeing up your

 8    time so the business always runs by itself and you can

 9    do and enjoy your life.  That's the whole point, isn't

10    it?

11            The point of having an online business is

12    not so you can be chained to your desk 12 hours a day,

13    manually doing everything.  That's not a business;

14    that's a job.  The point of your business is to set it

15    up and get it to the point where it requires just a

16    little bit of supervision, tweaking, fine-tuning, but

17    largely it's running by itself.  It's converting leads

18    for traffic into buyers for you.

19            One thing I'll commit is -- to, as we build

20    Digital Altitude is we continue to scale.  We're

21    always adding more value.  We'll never take value

22    away.  We're always adding more and more value every

23    single day.  So that's one of the powerful things

24    about DA.

25            Now, what we're doing these days is we have

1     a number of Masterminds on probably at least two

2     ASCENDs a year, okay?  They used to be once a year,

3     but we've gotten bigger and bigger and the community

4     has expanded.  We actually decided to start doing two

5     per year.  What that means is that we have one near

6     Australia and one near the USA.  That way, whenever

7     [sic] you are in the world -- wherever your customers

8     are in the world, it's not far for them to get to the

9     next ASCEND Mastermind.

10            It used to be that was only once per year,

11    and sometimes people near Australia might have to fly

12    35 or 40 hours to get to the ASCEND Mastermind in our

13    Bahamas, for example.  Now we actually have two on

14    both sides of the planet, so it's not far for people

15    to travel.

16            Also included as you become an ASCEND member

17    is you're going to get permanent rights to resell it

18    as well.  That's permanent.  That means you don't have

19    to renew every year.  You get permanent resell rights.

20    You get to resell the ASCEND Mastermind, okay, the

21    digital business profit workshop, okay, and earn a

22    very large commission, $4,500 commission.

23            Now, what if you could add when you get to

24    the ASCEND now that you're making a $4,500 commission?

25    That's every customer you get is now worth $4,500

1    more, and you completely changed the economics of your

2    business.  It means theoretically you can now afford

3    to spend a lot more time or money to get a customer

4    than if you were only making $1,000 per sale.  This is

5    the power of economics.

6          So let me put it this way.  Let me give you

7    a hypothetical scenario here.  Let's say that you had

8    to spend $500 to make it -- let's look at $1,000 and a

9    $1,000 commission and a total of 4,000.  Would you be

10    willing to spend $500 if I gave you $4,000 back?  Of

11    course you would.  Would you be willing to spend

12    $1,000 if I gave you $4,000 back?  Again, of course

13    you would.

14          We could theoretically go higher and higher

15    and higher and still be profitable, so long as our

16    customer acquisition cost was under $4,000.  In

17    reality, you should not ever have to spend that kind

18    of money to get a customer with Digital Altitude, but

19    my point is by having the ASCEND, now your business is

20    a lot more profitable.  Now your sales funnel goes a

21    lot deeper, and it pays out much larger profits.

22          That means if you're competing with other

23    marketers for the same traffic as we are, and there's

24    a lot of traffic out there, that is a vast ocean.  If

25    you're competing with someone else and they are in

Attachment Y

EX 41
2171

```
 1    another company and they are marketing products that

 2    only have a $200 commission, that means you're going

 3    to survive much easier.  You're going to have a lot

 4    more prosperity in your business because your

 5    commissions are much, much bigger than what they are

 6    actually making.

 7            Again, it looks like this.  As Digital

 8    Altitude, you are making up to a $1,000 sale, and the

 9    phone team in Digital Altitude calls back your leads

10    and they sell the Digital Altitude program, you're

11    making a huge commission for that, okay?  That is

12    very, very powerful, and that's the reality.  Now, we

13    talked about the 80/20 principle, and this is

14    something that's become very important in my life and

15    in my business.

16            In fact, I recently spend $7,000 for a

17    three-day with a guy called Richard Koch, actually

18    wrote a book on -- a book on the 80/20 principle.  I

19    forget the name, but he's a famous author.  He was

20    worth somewhere around $150 million, and he works one

21    hour per day.  Just Google him and you'll find him,

22    Richard Koch.

23            I attended the seminar, and it was about the

24    80/20 principle.  That's how much I believe in this

25    principle and how it applies to your business.  What
```

1    you'll find is when you have the ASCEND Mastermind,

2    what you are going to do is now focusing on 20 percent

3    of your customers are going to make you 80 percent of

4    your money.  You'll find most of your customers will

5    make you a minority of your profits, but there will be

6    a minority of your customers, the 20 percent, that

7    will make you 80 percent of your money.

8            In order for that to happen, you'll have a

9    back-end offer, then you can have the making of an

10   offer to them.  More times than that, 20 percent will

11   say yes to that offer, it's a good offer.  They will

12   put up their hand and they'll say I'm interested, and

13   they'll get plugged in, and they'll -- you will make

14   bigger commissions than you've ever made.

15           Okay, the other thing is, that we include is

16   we get you started with ASCEND, but we want to make

17   sure you get off to a fast start and do exactly what

18   you are meant to be doing in this business.  We also

19   have included a 30-minute training, one-on-one

20   trainings with a phone or Skype coach with your ASCEND

21   top-tier coaches.  They are our people who have been

22   through the ASCEND Mastermind training themselves.

23   They're actually making Digital Altitude, so if you

24   need assistance with that, they're able to help you.

25           They'll work with you one-on-one, 30

1    minutes, for over five sessions.  You can spread those

2    out over five weeks or even over ten weeks if you

3    like.  It's completely up to you, but you'll have

4    assistance.  You'll have someone there actually

5    talking you through this, answering your questions, a

6    real person who can help your business and take your

7    business to the next level.

8              Also, once per month, we're going to go and

9    find the best marketers out there, people who are mark

10   -- making it happen with their business and are doing

11   big things.  And they are cutting edge of marketing.

12   We actually interview these people.  These interviews

13   are some of the most fascinating interviews and

14   interesting interviews you'll ever hear.  If you're in

15   the business of marketing, this is the kind of stuff

16   you need to be listening to.  This is the kind of

17   information you need to be absorbing.

18             I can remember when I started in this

19   business.  I would literally fall asleep listening to

20   these kinds of interviews, and this is how I fueled my

21   mind and I starting thinking and immensing --

22   immersing my self in my marketing.  We will actually

23   record these interviews and we will send them to your

24   doorstep.  We'll send them to you in a CD, and you can

25   plug in and listen to them or an MP3 on your iPod.

Attachment Y

1          So let's talk about Assignment Number 9.

2     Here is what I'd like you to do -- quite easy for

3     today.  I want you to read through the step and really

4     understand what ASCEND is all about.  I really want

5     you to understand it.  I want you to understand the

6     economics behind it, how we're going to sell it on

7     your behalf, how you're going to make the extra three

8     $4,500 commissions.  Absorb it and let it all sink in.

9          Then what I want you to do is I want you to

10    watch the videos, okay, and plug in.  I want you to

11    see and ascribe in this presentation and really get

12    and visualize yourself actually being there.

13         Then what I want you to do after that is I

14    want you to communicate with your coach.  Let them

15    know you have gone through Step 9.  Let them know if

16    you have any questions and you're going to move on to

17    Step 10 and get plugged in.  And I will see you on the

18    next step.  Take care.  We'll see you there.

19         (The recording was concluded.)

20

21

22

23

24

25

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12           I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:  11/6/2017

22                         SARA J. VANCE, CERT

23

24

25
```

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2

                     FEDERAL TRADE COMMISSION

 3

 4

 5

       MATTER NO.     1723060

 6

       TITLE          DIGITAL ALTITUDE

 7

       DATE           RECORDED:  DATE UNKNOWN

 8                    TRANSCRIBED:  OCTOBER 27, 2017

 9     PAGES          1 THROUGH 12

10

11

12                 ASPIRE+STARTUP+STEP+10+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24                 For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                                PAGE:

 5    ASPIRE+STARTUP+STEP+10+AUDIO                 4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:            )

 4     Digital Altitude            )  Matter No. 1723060

 5                                  )

 6     -----------------------------)

 7                                  Date Unknown

 8

 9

10

11          The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

Attachment Z

```
 1                    P R O C E E D I N G S

 2                   -    -    -    -    -

 3              ASPIRE+STARTUP+STEP+10+AUDIO

 4         MICHAEL FORCE:  Michael Force here.  Welcome

 5    to Step 10 of the ASPIRE training setup.  This is one

 6    of the most exciting lessons here.  I'll be teaching

 7    you how to get $7,500 commissions with no extra work

 8    using the system.  And I bet that's got your

 9    attention.  So as usual, turn off all distractions;

10    get focused and let's begin here.

11              I'm sure you've come across this saying

12    before, there is something that -- that you cannot

13    fully appreciate until you go through it yourself.

14    It's not how much you make; it's how much you keep.

15    And I had to learn this the hard way, but as Digital

16    Altitude, this is one thing you'll learn once you may

17    start making some money with us.

18              If you take your eye off the ball, being --

19    you know what you're actually netting, then it can

20    happen to you too.  I realized at that point I needed

21    to stop focusing on gross sales and I needed to start

22    focusing on what we were actually netting.  Now, how

23    can I make sure I'm putting all this money to work for

24    me is actually going to work.

25              That's when I became a lot more interested
```

 1     and really obsessed with the idea of having money

 2     actually go and earn its keep, having your money go

 3     out there and work for itself.  That's really what the

 4     PEAK Digital Business Retreat is all about.  The key

 5     is to not work for your money.  Make your money work

 6     for you.  That is one of the key things here.

 7             Now, PEAK is a digital business prosperity

 8     retreat.  What that means is basically when it stops

 9     becoming just about you earning money, you start

10     having to help other people.  And once you start to

11     help other people is really when you start to get some

12     serious leverage points.

13             When you get those leverage points, that's

14     when you really start to have the money work for you.

15     That's exactly what the Digital Prosperity Retreat is

16     all about.  It's a five-day, all-inclusive retreat for

17     two that brings the world's leading thought leaders in

18     business success, management, and leadership directly

19     to you to learn from.

20             Now, let's break it down individually here

21     on what you're going to get in this five-day retreat.

22     Day one agenda, and on day one, we're going to learn

23     how to scale our seven-figure and eight-figure

24     business to create more profit in the shortest amount

25     of time.  We're going to teach you how to scale your

1    digital business.  You're going to learn again how to

2    take your seven and eight-figure business -- levels of

3    different levels of revenue.

4         We're also going to teach you about joint

5    ventures, learning how to develop partners in the

6    industry, to leverage their lists and expand your

7    reach over -- over time, adding massive value, okay?

8    You'll see how to add massive value to your content,

9    your products, and your services, and how to find the

10   best talent, discovering how to find the best and most

11   talented people to hire.  This is another leverage

12   point.

13        We're also going to be talking on day two.

14   You're going to learn how to build a solid foundation

15   for what your digital business can grow, and you can

16   create longevity from.  You're going to earn -- learn

17   six -- six strategies for awesome accounting.  You're

18   going to learn how to properly manage your accounting

19   to ensure a financial future, how to create a solid

20   organization, discover how to create a sustainable

21   organization that will give you more time freedom, how

22   to motivate your massive team, learn our little

23   secrets to creating massive motivation for your team,

24   prepare your legal entities, learn how to set up your

25   business legally, and protect your assets.  All part

1    of day two.

2            You're also going to learn on day three how

3    to increase sales within your business organization to

4    ensure a profitable long-term digital business.

5    You're going to learn seven sales growth strategies,

6    learning the sales strategies that are working now to

7    maximize your lifetime customer value, or LCV.  You're

8    also going to learn how to create powerful

9    presentations, much like the one you're watching.

10   You'll learn how to create powerful, high-converting

11   sales presentations to increase your sales across the

12   board.

13           You'll learn how to create customers for

14   life, discover the four must-haves if you want to

15   create customers for life, the power of influence,

16   seven strategies to creating massive influence in the

17   marketplace.  Influence is extremely important and

18   very powerful.

19           On day four, the agenda is all about

20   increasing the efficiency and speed of your business

21   to maximize sales and conversions for your business

22   time management and productivity.  You're going to

23   learn the nine tricks successful people use to

24   maximize their productivity, create more efficiency in

25   their business, find out how to maximize the speed of

1    which your business moves, how to automate 80 percent

2    of your business, discover three new technologies that

3    can automate most of your business in this day and

4    age, and how to create more time freedom.  You're

5    going to learn how to put systems in place to ensure

6    you're spending time with those you care most about.

7            On day five, you're going to learn the core

8    strategies of business building and make -- and the

9    mistakes to avoid.  You'll hear real stories of trial

10   and error and how you can skip it and how to raise

11   capital.  You'll learn three powerful tactics to

12   raising instant capital for your business, how to

13   create more cash flow, discover how to create even

14   more income streams for your business.

15           You'll learn the five financial mistakes

16   that most people make.  You'll learn how to avoid

17   these mistakes and ensure you're on the fast track to

18   success.  You'll learn how eight-figure earners did

19   it.  You'll hear from many eight-figure earners, and

20   you'll hear their stories from those who were once

21   just like you and are now living the life of their

22   dreams.

23           So let's break down the retail value of the

24   Digital Business Prosperity Retreat.  Again, this is a

25   five-day event at a five-star resort and somewhere in

Attachment Z

```
 1      -- usually in the Caribbean, Bahamas, Dominican

 2      Republic, Jamaica, Mexico.  You can see some of our

 3      videos of our last one in our welcome section under

 4      Dominican Republic.  That's where we had our last one.

 5      This is a -- always a beautiful location, one of the

 6      most beautiful in the world.

 7              But for a limited time only, you will get a

 8      $3,000 discount for only $1,997.  That is the power of

 9      PEAK here.  It is an absolutely breathtaking and

10      beautiful location, and the content that we pump out

11      at this has been phenomenal, and the feedback has been

12      awesome.  So only 1,997, $3,000 discount, okay?

13              Again, if you were at a five-star resort

14      with your family for five days, it would cost you this

15      amount alone.  But here you're going to have speakers

16      and thought leaders from around the world that are

17      going to fly in, teach and train, so you can learn to

18      take your business to the next level.

19              So how does this comp plan apply to this?

20      Just like the previous product levels, you have a PEAK

21      Walker, a PEAK Hiker, and a PEAK Climber.  The

22      compensation is 40 percent for tier one at Walker.  It

23      retails at 1,997.  You earn $7,998 in commissions for

24      each one of those you sell, or if the coach sells it

25      for you.
```

Attachment Z

1        If you're a Hiker, you'll get 50 percent on

2    two tiers.  That's 40 percent on the first tier and 10

3    percent on the second tier.  So you'll earn $1,999 in

4    residual that will come in from your team.  And this

5    stacks up very nicely.

6        If you need more -- a refresher on this,

7    just reach out to your coach and they'll break it down

8    for you in detail.

9        So what are the potential conversions here?

10   So let's say again you got the -- it was 500 leads.

11   We already know the price points here -- 37, 2,197,

12   1,997, and 1,997, okay?  Now, we convert at 5 percent

13   to ASPIRE on those leads.  It means 25 are going to

14   come in and join ASPIRE.  That means seven of them

15   will upgrade, which means that seven will join RISE.

16   Three from there will join ASCEND.  Now we have PEAK.

17   That means one will upgrade to PEAK, okay?

18       Let me back up there for you.  So what does

19   this look like?  375 in commissions in ASPIRE; $6,923

20   commissions at RISE; $13,347 commission at ASCEND; and

21   17,998 commissions at PEAK.  You add all of those up

22   and you're a little over $38,500 per month.  If you

23   remember the metaphor I told you about the iPhone

24   store, if you only sold iPhones, you'd only make

25   $5,000.  But if you sold iPads and sold iMacs and

1      MacBook Pros, you're going to make a lot more money.

2      That is the power of being positioned and to have the

3      opportunity to resell these products.

4              Again, I did not include other tiers or

5      pass-ups or residuals or other additional income

6      streams as well.  And, obviously, none of this is

7      guaranteed.  It is what I have seen historically over

8      the years.

9              Some frequently asked questions here.  You

10     can pause this slide show if you want to review these.

11     Also, you can call your coach and talk to them.

12     They'll get all the answers you need.  That is the

13     PEAK Digital Business Prosperity Retreat there, okay?

14             Any questions you have, get with your coach.

15     Start a lifelong relationship with the true masters of

16     the money game, and you're going to learn a lot at

17     this PEAK event.  Get with your coach, and he'll get

18     you on to the next steps and go over your business

19     plan for you.  And I will see you on the next step.

20     See you there.  Take care.

21             (The recording was concluded.)

22

23

24

25

CERTIFICATE OF TRANSCRIPTIONIST

1

2

3

4          I, Sara J. Vance, do hereby certify that the

5      foregoing proceedings and/or conversations were

6      transcribed by me via CD, videotape, audiotape or

7      digital recording, and reduced to typewriting under my

8      supervision; that I had no role in the recording of

9      this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of

11     the recording media.

12          I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were

15     transcribed; and further, that I am not a relative or

16     employee of any attorney or counsel employed by the

17     parties hereto, nor financially or otherwise

18     interested in the outcome of the action.

19

20

21     DATE:  11/6/2017

22                          SARA J. VANCE, CERT

23

24

25

Attachment Z

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

    MATTER NO.      1723060

6

    TITLE          DIGITAL ALTITUDE

7

    DATE           RECORDED:  OCTOBER 17, 2017

8                   TRANSCRIBED:  OCTOBER 27, 2017

9   PAGES          1 THROUGH 37

10

11

12          2017-10-17 1254pm (Second S2 Call)

13

14

15

16

17

18

19

20

21

22

23

24          For The Record, Inc.

25     (301) 870-8025 – www.ftrinc.net – (800) 921-5555

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                              PAGE:

5    2017-10-17 1254pm (Second S2 Call)        4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                 FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:          )

 4     Digital Altitude           )  Matter No. 1723060

 5                                 )

 6     -----------------------------)

 7                                     October 17, 2017

 8

 9

10

11          The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                      P R O C E E D I N G S

2                      -     -     -     -     -

3                      Second S2 Call

4              MR. TYNDALL:  My name is Reeve Tyndall.  I'm

5    an investigator with the Federal Trade Commission.

6    The date is October 17th, 2017.  The time is 2:59 p.m.

7              (Pause.)

8              MR. TYNDALL:  Still waiting.

9              (Pause.)

10

11              E███ :  E████████████   is here.

12              COACH PIERRE:  Hey, there.

13              E███ :  Hi.

14              V███ :  Hey.

15              COACH PIERRE:  How are you?

16              E███ :  Good.

17              COACH PIERRE:  Good, all right.  So I see

18   V██████ ████████, E███ , and ██████.  Who's --

19   who's ██████ again?  Is that K███ ████████?

20              MR. TYNDALL:  Oh, no, it's me, J███.

21              COACH PIERRE:  J███, okay.

22              MR. TYNDALL:  I didn't know, it shows my

23   login, user name.

24              COACH PIERRE:  Oh, okay.  Gotcha.  All

25   right.  So let me start off with you, E███.  How are
```

1    things progressing on your end?

2              █████:  Things are going -- things are

3    going really well.  We were up last night.  We saw 11

4    and 12.

5              COACH PIERRE:  Good.

6              █████:  Yeah, yeah.  We're treating it like

7    we're in college, you know?  It's real.  It's real.

8              COACH PIERRE:  Good.

9              █████:  Yeah, so, it's -- it's going well.

10   Taking a lot of notes.  I'm just trying to -- it's

11   best for us in the evening time --

12             COACH PIERRE:  Mm-hmm.

13             █████:  -- particularly with me being at

14   work full-time.  But V█████ and I, we are doing it

15   together.  And, yeah, we're reading Cashflow, and we

16   just got the four-week -- The 4-Hour Workweek.

17             COACH PIERRE:  The 4-Hour Workweek?

18             █████:  (Inaudible).

19             COACH PIERRE:  Good.  Good, great book.

20             █████:  Yeah.  So -- yeah.  So we're -- so

21   we're feeling -- we're feeling good.  I -- I like the

22   fact that the steps are the way that they are and sort

23   -- even if -- even if the -- each step is short,

24   whether it's shorter or long, it's good because it --

25   it just kind of -- it really breaks everything down.

1          COACH PIERRE:  Well, let's -- let's review

2     what you've covered so far.

3              B███:  Ten.

4          COACH PIERRE:  So you've done 11 and 12.  So

5     what did you learn in 11?

6              B███:  Okay, so, that one was fun.  You

7     get your dream car paid for every month.  So, yeah, I

8     made notes on that too.

9          COACH PIERRE:  Did you understand the --

10             B███:  So we actually --

11         COACH PIERRE:  Do you understand the point

12    system?

13             B███:  Yes.  Well, yes, yeah.  So I did

14    write that down.  So five credits -- five credits,

15    right?

16         COACH PIERRE:  Right.

17             B███:  You have to maintain it for three

18    months --

19         COACH PIERRE:  Mm-hmm.

20             B███:  -- at least.  Right, starting at

21    five credits that would be the equivalent of 500,

22    having a lease payment of 500 a month car.

23         COACH PIERRE:  Yeah.

24             B███:  Ten credits of 10K a month, so that

25    would be 1,000 per month lease credits -- lease

Attachment AA