

LODGED
CLERK, U.S. DISTRICT COURT

1/29/2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

January 29, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____AK____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Federal Trade Commission,

Plaintiff,

vs.

Digital Altitude LLC, et al.,

Defendants.

LA CV18-00729-JAK (MRWx)

FEDERAL TRADE COMMISSION'S
EXHIBITS IN SUPPORT OF ITS *EX
PARTE* APPLICATION FOR
TEMPORARY RESTRAINING
ORDER AND ORDER WHY A
PRELIMINARY INJUNCTION
SHOULD NOT ISSUE

VOLUME VIII

(PART 3 OF 4)

1    agreement.  And then -- and then the 15 credits,

2    that's 15K.  And then you must maintain a minimum of

3    five credits.

4              COACH PIERRE:  You got --

5              B▓▓▓:  Or could it be -- so if you have to

6    maintain it for three months, I'm just wondering, so

7    if one month you do five, and then the next month ten,

8    does it just have to be consistent?  Is that how --

9    how it works, or --

10             COACH PIERRE:  Yeah, so -- so the way it

11   works is you need to have at least five points per

12   month for --

13             B▓▓▓:  Yes.

14             COACH PIERRE:  -- three months in a row,

15   okay?

16             B▓▓▓:  Mm-hmm.

17             COACH PIERRE:  Once you've done that, if you

18   -- all you did was five points a month for three

19   months, you'd have a minimum of 15 points accrued in

20   your account.

21             B▓▓▓:  Right.

22             COACH PIERRE:  You are using those points,

23   however many you like, per month to start withdrawing

24   those points as cash towards any vehicle of your

25   choice.  It does not have to be a BMW, okay?

**Attachment AA**

1              B███ :  Okay.

2         COACH PIERRE:  It could be any car --

3              B███ :   I think my -- I think my husband

4    will be -- feel kind of happy about that.

5         COACH PIERRE:  Good.  So you can get any

6    car you want.  Now, and unfortunately, you're limited

7    to 15 points a month.  I'm pushing Michael to allow

8    me to get more because I -- I have a Tesla, so I'm

9    using --

10             B███ :   Right.

11        COACH PIERRE:  -- 15 points a month, and

12   I -- I want another car, so he's -- I'd like to get

13   snowmobiles, so it's like, well -- well, it's a

14   vehicle, come on, let --

15             B███ :   Yeah.

16        COACH PIERRE:  -- me get, you know, some

17   toys.

18             B███ :   (Inaudible) going to ask you that.

19   So you have a Tesla, so did you take advantage of that

20   -- just right away?  I mean, you've been with DA for a

21   while, is that --

22        COACH PIERRE:  (Inaudible).

23             B███ :   Okay.  Okay.

24        COACH PIERRE:  And, so, you're limited on 15

25   points.  You'll accrue those pretty quickly.

**Attachment AA**

```
 1                    B████   :   Okay.

 2              COACH PIERRE:   But you have to start off

 3    with at least a minimum of, you know, five points per

 4    month for three months.

 5                    B████   :   Yes.

 6              COACH PIERRE:   So you're going to -- I'm

 7    going to set this up for you right now.  You're going

 8    to see your points accrue under my business and dream

 9    car.

10                    B████   :   Okay.

11              COACH PIERRE:   Okay, that's where everything

12    is going to accumulate.  Do you understand the

13    differences between Walker and Climber?

14                    B████   :   Those are -- those are the tiers,

15    right, that we pay --

16              COACH PIERRE:   Uh-huh.

17                    B████   :   -- each month?  So right now we're

18    at -- are we Walker at 37?  I think that's where we

19    are.

20              COACH PIERRE:   That's right.  Yeah.

21                    B████   :   That's right.  So the next step up

22    from what I understand is the 67, then it's 100-and-

23    change.  So I -- I -- how much -- go ahead.

24              COACH PIERRE:   So there's no more Hiker.

25    Okay, the Hiker is gone.
```

**Attachment AA**

1                    B█████:  So what is it now?

2          COACH PIERRE:  Nobody went to Hiker.

3    They -- they either stayed with Walker or they went

4    straight to Climber.

5                    B█████:  Oh.

6          COACH PIERRE:  You're doing great right now.

7    You're not -- I don't want you to upgrade.

8                    B█████:  No, no, we're not -- we're not in a

9    position to right now --

10         COACH PIERRE:  Okay.

11                   B█████:  -- but we are -- definitely have

12   the mind set to do that.

13         COACH PIERRE:  Okay.  That's fine.

14                   B█████:  So we are at -- yeah, we're at the

15   37.

16         COACH PIERRE:  Do you understand the

17   differences between the two?

18                   B█████:  Not -- not as deep as -- as best as

19   I (inaudible).  I know it pays -- so, well, now that

20   there's (inaudible) removed, if we're at tier one, we

21   get paid at tier one, but then the next one would pay

22   -- you're up to three tiers; is that right?

23         COACH PIERRE:  Three tiers, yeah.  So Walker

24   pays you 40 percent on any direct lead that you bring

25   in.

**Attachment AA**

1         █████ :   Yep.

2         COACH PIERRE:  That's it.

3         █████ :   Right.

4         COACH PIERRE:  Forty percent.

5         █████ :  Mm-hmm.

6         COACH PIERRE:  When you're at Climber, it's

7   60 percent across --

8         █████ :   Yes.

9         COACH PIERRE:  -- three different tiers,

10  right, so 45 percent tier one --

11        █████ :   Right.

12        COACH PIERRE:  -- 10 percent tier two, 5

13  percent tier three.

14        █████ :   Right, right.

15        COACH PIERRE:  That adds up fast, okay?

16        █████ :   Right, so that's why folks were not

17  bothering with the one --

18        COACH PIERRE:  The one in the middle.

19        █████ :   -- with the one in the middle?

20        COACH PIERRE:  Yeah, so they canceled that,

21  yeah.

22        █████ :   Okay.

23        COACH PIERRE:  Yeah, the one in the middle,

24  yeah, people, once they got it, it's like, oh, yeah,

25  let's go to Climber.

**Attachment AA**

```
1                 B████:  Yeah, that's -- that would be our

2    mentality too, yeah.

3                 COACH PIERRE:  Good, yeah.  So did you take

4    the time to find the movie, The Secret, and go through

5    that?

6                 B████:  So I'm really familiar with The

7    Secret.

8                 COACH PIERRE:  Good.

9                 B████:  Actually, it's so funny, I was

10   actually listening to it again here this morning.

11   I don't know if V████ got to it yet, but I even --

12   I have the book too.  But I watched it a few years

13   ago, so I'm really familiar with the principles

14   actually.  A lot of the principles are biblical-based,

15   and, yeah, it comes from the word of God, so that's

16   something that we strongly, you know, well, we

17   subscribe to.

18                 COACH PIERRE:  (Inaudible).

19                 B████:  So I -- I was watching it this

20   morning -- well, listening while I was at work because

21   it just makes me -- it made me feel better, but also

22   kind of revisiting some of the -- some of those

23   principles and stuff.  I -- I absolutely -- we -- I --

24   I mean, we've been -- we have a lot of testimonials,

25   just in our lives --
```

**Attachment AA**

```
 1                    COACH PIERRE:  Mm-hmm.
 2               B███:  -- me and V████, things that have
 3     happened.  I mean, the things that -- we absolutely
 4     believe, you know, law of attraction and, you know, a
 5     lot of those principles.
 6                    COACH PIERRE:  They're real.
 7               B███:  And -- yeah.  And -- and they
 8     relate to -- for us as they relate to the Bible.
 9                    COACH PIERRE:  Yeah.
10               B███:  Because it's true.
11                    COACH PIERRE:  Yeah, absolutely.
12               B███:  So, like, the parking spot
13     situation, every -- almost every time.  V███ -- and
14     V███ is literal -- I don't know if he's on the
15     line.  He's a little more negative about that part,
16     but I all -- I always get a parking spot.
17                    COACH PIERRE:  You know, it's -- but you're
18     absolutely right.  It's --
19               B███:  Yeah, yeah.
20                    COACH PIERRE:  -- it -- the -- it's a great,
21     you know, kind of an entertaining illustration of how
22     everything works, but you're absolutely right, it's
23     in scripture, right?  Knock and the door shall be
24     opened --
25               B███:  Definitely.
```

**Attachment AA**

```
 1              COACH PIERRE:  -- to you.  I mean, seek and

 2      you --

 3              ▮▮▮▮▮:  Exactly.  Exactly.

 4              COACH PIERRE:  If you're aware of those

 5      things and if you're not thinking of those things, if

 6      you don't know what you want, then how on earth are

 7      you going to get there, right?

 8              ▮▮▮▮▮:  And then one more -- and then one

 9      more point, also (inaudible) like I think, you know,

10      we're so -- and I don't think -- we can't help it as

11      humans, like, we -- we tend to be really negative,

12      you know, especially like I know myself and V▮▮▮▮

13      have come from not the most positive environments,

14      you know, growing up, so even moving to Austin, Texas

15      it was just him and I, and -- and just really

16      changing.

17              COACH PIERRE:  Yeah.

18              ▮▮▮▮▮:  Continuing the path of a -- of

19      really thinking differently, you know?

20              COACH PIERRE:  Good.  Because you have to.

21              ▮▮▮▮▮:  And -- and -- yeah, exactly.

22              COACH PIERRE:  (Inaudible).

23              ▮▮▮▮▮:  Otherwise, I mean --

24              COACH PIERRE:  Good.

25              ▮▮▮▮▮:  -- we -- we just can't drown with
```

**Attachment AA**

```
 1    everyone else.  We can't.

 2            COACH PIERRE:  Yeah, yeah.

 3            █████:  Yeah.

 4            COACH PIERRE:  And what about Step 12?  What

 5    did you learn there?

 6            █████:  Step 12.  V█████, are you there?

 7            V█████:  Yeah, I'm -- I'm here.

 8            █████:  Do you want to talk about Step 12?

 9            V█████:  No, I don't have the notes; you

10    do, Babe.

11            █████:  Wow, you don't remember?  It's how

12    the phone sales team makes you money.  You were really

13    (inaudible) and you felt really strong about --

14            V█████:  Oh, yeah, yeah, I can definitely

15    ex- -- I can expand on it, but you have the specific

16    notes.

17            █████:  So -- so -- yeah, well, we just --

18    it was pretty short, Pierre.  So what I jotted was

19    that there are 150 to 170 people full-time --

20            COACH PIERRE:  Mm-hmm.

21            █████:  -- on commission, 100 percent

22    commission that can --

23            COACH PIERRE:  Many more now.

24            █████:  There are more now?

25            COACH PIERRE:  Globally --
```

**Attachment AA**

1              ▮▮▮▮:  Okay.

2         COACH PIERRE:  -- in Spanish and Portuguese

3    as well.

4              ▮▮▮▮:  Oh, that is really cool.

5         COACH PIERRE:  Yeah.

6              ▮▮▮▮:  So from the time of this video --

7    that's what we got from there.  Obviously, well,

8    Michael Force encourages using the phone sales team as

9    leverage.  We absolutely agree with that.

10        COACH PIERRE:  Cool.

11             ▮▮▮▮:  We (inaudible) if I don't have to

12   call, if I could, you know, then it's not something

13   we're -- we're going to do.

14        COACH PIERRE:  As a business owner, right?

15             ▮▮▮▮:  Yes.

16        COACH PIERRE:  A big business owner, do you

17   want to be on the sales floor making -- you know,

18   selling to your leads?  There are customers that come

19   through the door.

20             ▮▮▮▮:  Right, yeah, no, no.

21        COACH PIERRE:  (Inaudible) things, right?

22             ▮▮▮▮:  Right, exactly.

23        COACH PIERRE:  And they're really good at

24   what they do.  So --

25             ▮▮▮▮:  Yes, yes.

**Attachment AA**

```
 1          COACH PIERRE:  -- they're going to be making

 2     all of your BASE and RISE and ASCEND, APEX, those --

 3     they're going to be doing all of that for you.

 4             █████  :  Yes, yes.

 5          COACH PIERRE:  Pretty -- pretty phenomenal.

 6             █████  :  So we feel really good -- we feel

 7     really good about the (inaudible).

 8          COACH PIERRE:  So --

 9             █████  :  May I ask a question?

10          COACH PIERRE:  Yeah.

11             █████  :  (Inaudible).  I'm sorry.  Well, I

12     did have a -- a question regarding, you know, the

13     sales team.  Do they receive any incentives, like,

14     that is enticing enough for them to want to work the

15     six to eight hours that they do?

16          COACH PIERRE:  Yeah, yeah.  So there's a lot

17     of -- there's a huge call center up in Provo, Utah,

18     and so they'll have incentives, they have little

19     contests up there, you know, based on how many leads

20     are -- you know, how many sales they make.  So in

21     addition to the commissions, there's all sorts of

22     other bonuses that incentivize them with as well.  So

23     they're -- there's all kinds of stuff.

24          But the commissions are -- are quite healthy

25     for them.  So, you know, when you break everything
```

**Attachment AA**

1    down, you know, these guys are pros, too.  They're

2    really, really good at what they do.  So, you know,

3    when you bring in a lead, it's -- it's all about

4    converting that lead and having someone that's there

5    on the phone working with your leads.

6            The conversions just, you know, quadruple.

7    In fact, they're much higher than what Michael goes

8    over.  In fact, I'll break everything down when we map

9    out your business plan, and I'll show you exactly how

10   everything's done, and it's kind of funny, too,

11   because the conversions increase, right, as they come

12   through your funnel.

13           B███████:  Okay.

14           COACH PIERRE:  But we'll go over all of

15   those mechanics later.  It's just important to

16   understand that they're there for you and some -- some

17   of the higher or super-affiliates have their own call

18   center.  You -- you may choose to do that, but most

19   people don't.  They just couldn't be bothered, right?

20           B███████:  Right, right, yeah.  Okay.

21           COACH PIERRE:  Very good.  So I'm going to

22   have you go through 13 and 14.

23           B███████:  Okay.

24           COACH PIERRE:  Now, 14, take your time with

25   14.  Make sure you understand the compensation plan.

**Attachment AA**

1          █████ :  Right.

2               COACH PIERRE:  It's not complicated, but the

3     numbers are going to surprise you.

4          █████ :  Well, I'm so glad.  So 14 is about

5     that?  Because I'm not tech -- I'm not really a

6     numbers person.  I have to watch things, like, twice

7     to really kind of --

8               COACH PIERRE:  Go through it a couple times.

9          █████ :  -- register.  Okay.

10              COACH PIERRE:  Yeah.  Go through it a couple

11    times.

12         █████ :  So a question --

13              COACH PIERRE:  Yeah.

14         █████ :  Okay, so a question.  So we were

15    planning to see those tonight, but if we have the call

16    tomorrow, the (inaudible) call, would you be expecting

17    us to complete both of like under --

18              COACH PIERRE:  Thirteen's -- thirteen's

19    easy.  Thirteen's easy.

20         █████ :  Okay.

21              COACH PIERRE:  But go through that.  Make

22    sure you take good notes.  Fourteen, though, you're

23    probably going to want to go through it a couple of

24    times.

25         █████ :  Okay, okay.

**Attachment AA**

```
1              COACH PIERRE:  People always wonder, like,
2    Pierre, how in the world are you making, you know,
3    60,000 a month, 70,000 a month, you're always
4    traveling around.  What's -- you know, well, you're
5    going to find out.  This is how it's done.
6              ▮▮▮▮:  Okay, cool.  Can't wait.
7              COACH PIERRE:  Okay?
8              ▮▮▮▮:  Oh, good.  Thank you.
9              COACH PIERRE:  No problem.  All right, you
10   bet.  So 13 and 14.
11             ▮▮▮▮:  Okay.
12             COACH PIERRE:  Let's see, J▮▮▮.
13             MR. TYNDALL:  Yes.
14             COACH PIERRE:  So you've gone through 9 and
15   10.
16             MR. TYNDALL:  Yes.
17             COACH PIERRE:  All right, terrific.  What
18   did you learn there?
19             MR. TYNDALL:  Well, I learned a little bit
20   about PEAK and ASCEND.
21             COACH PIERRE:  Right.
22             MR. TYNDALL:  And how to increase
23   commissions.
24             COACH PIERRE:  Uh-huh.
25             MR. TYNDALL:  And how I really need to put
```

**Attachment AA**

```
 1    my all into the business and how it's a system --
 2              COACH PIERRE:  Yep.  So what is ASCEND
 3    about?  Who would buy ASCEND?  Why would they buy
 4    ASCEND?
 5              MR. TYNDALL:  So that you can get more
 6    commissions.
 7              COACH PIERRE:  No.
 8              MR. TYNDALL:  No?
 9              COACH PIERRE:  The ASCEND Mastermind is
10    what?  It's for business owners, entrepreneurs, people
11    that are wanting to learn how to grow and scale a
12    business, regardless of the type of business, using
13    the internet.  It's digital marketing, how to automate
14    things, how to scale things, right?
15              MR. TYNDALL:  Okay.
16              COACH PIERRE:  Okay, PEAK, what's PEAK
17    about?
18              MR. TYNDALL:  PEAK is -- is to take your
19    business to the next level.
20              COACH PIERRE:  Okay, yeah, correct.  But
21    what's the focus there?  Who -- you know, when people
22    attend the PEAK Mastermind, what are they there to
23    really learn?
24              MR. TYNDALL:  To -- to scale.
25              COACH PIERRE:  Yes.
```

**Attachment AA**

EX 41
2209

```
 1              MR. TYNDALL:  I guess I'm a little --
 2              COACH PIERRE:  It's about profitability.
 3    It's about profitability.  It's about wealth creation.
 4    It's -- it's how to take that business now and lower
 5    expenses, increase profits, tax strategies, investment
 6    strategies, everything to build wealth, okay?
 7              MR. TYNDALL:  Okay.
 8              COACH PIERRE:  All right.  So they're very
 9    different from one another.  But, yeah, as an
10    affiliate, yeah, it's -- it's you're scaling your
11    business.  You're going to make more money with PEAK
12    than you would with ASCEND, but you don't need very
13    many of those sales every week to start making a
14    significant amount of money every month.  Right?
15              MR. TYNDALL:  Okay.  I watched them with my
16    wife.
17              COACH PIERRE:  Good.
18              MR. TYNDALL:  And she was wondering about
19    when we could start making money.
20              COACH PIERRE:  Once you -- we finish setting
21    up your business and when you start bringing leads
22    into your system and when they start buying, that's
23    when you make money, when there's an exchange of
24    money.
25              MR. TYNDALL:  Okay.
```

**Attachment AA**

```
1              COACH PIERRE:  That's when you make money.

2              MR. TYNDALL:  Okay.  Do you know how -- how

3      soon that might happen?

4              COACH PIERRE:  Really?  So you haven't shown

5      -- money hasn't magically shown up in your account

6      yet?

7              MR. TYNDALL:  No.

8              COACH PIERRE:  No, oh, yeah, it's a

9      business, right?

10             MR. TYNDALL:  Okay.

11             COACH PIERRE:  So I'm going to -- once we

12     set up your business, once -- once we set up your

13     system, let's see, we've got 18 steps, right?  So

14     you've got eight more to do.

15             MR. TYNDALL:  Okay.

16             COACH PIERRE:  So today is Tuesday, so

17     you're going to do 11 and 12 today, and we're going to

18     meet tomorrow.  Then comes 13 and 14, right?  Then

19     we're going to do 15.  Your business plan is scheduled

20     for next week, by the way, so you're going to have a

21     business plan on Wednesday, the 25th.

22             MR. TYNDALL:  Okay.

23             COACH PIERRE:  And I'll help you break down

24     your action plan so that you know what to do to

25     launch. You'll definitely be launched by the end of
```

**Attachment AA**

1    the month, okay?

2              MR. TYNDALL:  Okay.  That would be great.

3              COACH PIERRE:  All right.  So this is not a

4    race.  It's not a lottery ticket.  It's a business.

5    Right?

6              MR. TYNDALL:  Okay.

7              COACH PIERRE:  So -- interesting, though,

8    that you're -- yeah.  So let's move on.  I'm going to

9    have you go through 11 and 12.  Are you listening to

10   the daily calls?

11             MR. TYNDALL:  I haven't been able to listen

12   to the daily calls because I have to be with my son.

13             COACH PIERRE:  Oh, okay.

14             MR. TYNDALL:  You know.

15             COACH PIERRE:  Do you have access to the

16   resources tab?

17             MR. TYNDALL:  Yeah, I think so.

18             COACH PIERRE:  Okay.  If you click on daily

19   calls, at the bottom of the page, you're going to see

20   links to all of the different channels where the

21   recordings are.

22             MR. TYNDALL:  Okay.

23             COACH PIERRE:  Does your son take a nap?

24             MR. TYNDALL:  Yeah.  He takes more than one.

25             COACH PIERRE:  Okay, so you should have the

**Attachment AA**

1   ability to take -- to, you know, take 15 minutes to

2   listen to a wake-up call every day.

3           MR. TYNDALL:  Okay.

4           COACH PIERRE:  Terrific.  All right, so, be

5   sure to do that.  All right?

6           MR. TYNDALL:  Okay.

7           COACH PIERRE:  So, J█████, go through 11 and

8   12, and then connect with me tomorrow.

9           MR. TYNDALL:  Okay.

10          COACH PIERRE:  All right, awesome.

11          Let's see, K█████, are you there?

12          K████:  (Inaudible).

13          COACH PIERRE:  Hello?

14          K████:  Hello.

15          COACH PIERRE:  All right, I can hear you.

16          K████:  Hi.

17          COACH PIERRE:  Hi.  All right, so, you've

18  gone through 11 and 12.

19          K████:  Yes.

20          COACH PIERRE:  Okay.  So you've already kind

21  of heard what we were just talking about with V██████

22  and E█████.  So what did you learn there with 11?

23  What was your biggest takeaway?

24          K████:  About a dream car when I make 5,000

25  bucks instead of, like, credits.

**Attachment AA**

```
 1              COACH PIERRE:  Yep.

 2         KE█  :  Yeah.

 3              COACH PIERRE:  And, so, do you understand

 4    all those points and how that works?

 5         K█  :  Yes, and that's --

 6              COACH PIERRE:  Okay, good.  Pretty stoked,

 7    right?

 8         K█  :  Yes.

 9              COACH PIERRE:  Good.  What else did you

10    learn with 11?

11         K█  :  Well, there's a -- there's a

12    difference by buyer in (inaudible) product.

13              COACH PIERRE:  Right.  Okay, any questions

14    about that?  Those are creating residual income for

15    you, right?

16         K█  :  I have no questions.

17              COACH PIERRE:  You have no questions.  Okay,

18    I need to make sure you understand this stuff because

19    as your coach, I'm going to push you, man.  I'm going

20    to be tough on you.  I want to make sure that you're

21    successful.

22         K█  :  I know.

23              COACH PIERRE:  Okay.  So I'm glad you have

24    no questions, but I've got questions for you.

25         K█  :  Okay.
```

**Attachment AA**

1          COACH PIERRE:  So do you understand what was

2     covered?

3               K[        ]    Yes.

4          COACH PIERRE:  Great, so help me understand,

5     then -- explain to me what the differences are between

6     Walker and Climber.

7               K[        ]  :  Aspire Walker?

8          COACH PIERRE:  Yeah.

9               K[        ]  :  What -- what is the difference?

10          COACH PIERRE:  What is the difference

11     between Walker and Climber?

12               K[        ]  :  Okay.  Walker is the 37 amount but

13     it's a 40 percent commissions.

14          COACH PIERRE:  Forty percent, that's right.

15               K[        ]  :  Yes.

16          COACH PIERRE:  Okay.  And Climber is?

17               K[        ]  :  Climber is 60 -- 60.

18          COACH PIERRE:  Sixty percent, right.

19               K[        ]  :  Yes.

20          COACH PIERRE:  Do you think that's a big

21     difference?

22               K[        ]  :  Yes.  Very -- very big difference,

23     but --

24          COACH PIERRE:  You don't think it's a big

25     difference.

**Attachment AA**

```
 1                    K▮▮▮    :   No.

 2              COACH PIERRE:  It's huge.

 3                    K▮▮▮    :   It's huge?

 4              COACH PIERRE:  Yes.   When we get to your

 5    business plan and I break everything down and I show

 6    you the numbers, you're going to see how big of a

 7    difference it is.

 8                    K▮▮▮    :   Very huge difference?

 9              COACH PIERRE:  Big difference.

10                    K▮▮▮    :   Okay.

11              COACH PIERRE:  Okay?  Did you watch the

12    movie The Secret?

13                    K▮▮▮    :   Un-nuh.

14              COACH PIERRE:  No.

15                    K▮▮▮    :   Right.

16              COACH PIERRE:  Okay.  Do you think maybe you

17    -- you should?

18                    K▮▮▮    :   Yes.

19              COACH PIERRE:  Okay.  Take the time to go

20    look for it online, okay?  It's worth watching.

21                    K▮▮▮    :   Okay.

22              COACH PIERRE:  What about 12?  What did you

23    learn in Step 12?

24                    K▮▮▮    :   Twelve?  Twelve is about a sales

25    team.
```

**Attachment AA**

1          COACH PIERRE:  Right.  Do you want to

2     leverage the sales team?  Or do you want to make your

3     own sales?

4               K███████:  No.

5          COACH PIERRE:  No?

6               K███████:  No.

7          COACH PIERRE:  No what?

8               K███████:  (No response.)

9          COACH PIERRE:  Okay, then.  Terrific.  I am

10    going to set that up for you.  Go through 13 and 14,

11    okay, K██████?

12              K███████:  Okay.

13         COACH PIERRE:  Take good notes; book a time

14    in calendar for tomorrow.  Okay?

15              K███████:  Okay.

16         COACH PIERRE:  All right, terrific.

17         Let's see, I think that covers everybody.

18    Any questions before we wrap up?

19              V████████:  Yeah, I do.

20         COACH PIERRE:  Go ahead.

21              V████████:  Here, V████████.

22         COACH PIERRE:  Yes.

23              V████████:  So the assignment for 11, right

24    (inaudible) from the night before us, to take the

25    car, the dream car, I guess according to his example,

**Attachment AA**

EX 41
2217

1    the BMW, now, we actually found a BMW dealership here

2    in -- in our city.

3              COACH PIERRE:  You do not have to get a BMW.

4              V█████:  Okay, so we -- it could be -- it

5    could be any dealership, then?

6              COACH PIERRE:  You can get any vehicle of

7    your choice, anything.

8              V█████:  Oh, so now --

9              COACH PIERRE:  It's just based on points.

10   Yeah.

11             V█████:  No, no, I -- I understand that.  I

12   was just going according to the example --

13             COACH PIERRE:  Yeah, I know, he talks --

14             V█████:  -- I didn't know if we had to

15   follow that verbatim or --

16             COACH PIERRE:  No, no, no.  He's a BMW

17   guy --

18             VA█████:  Oh, okay.

19             COACH PIERRE:  -- and he's just using it as

20   an example.  He's saying, oh, yeah, for five points

21   you can get a three series, right?

22             V█████:  Yeah, he sounded really passionate

23   about --

24             COACH PIERRE:  Yeah, he loves BMWs.  He's --

25   he's got a BMW motorcycle, everything's BMW.  He loves

**Attachment AA**

1    BMW.

2              V█████:  Okay.

3         COACH PIERRE:  I'm -- I'm a gadget freak.

4    I love -- I love electronics, I love technology, and

5    I -- I have a Tesla.  I just -- I love that car.  It's

6    an amazing car.  I've got friends that have Porsches.

7    You can get any car you want.

8              V█████:  Okay.  So, then -- so we visit --

9    we may not be able to get to a dealership today.  I

10   would like to, but if we can get to one by Saturday,

11   where me and B█████ can -- can actually participate --

12        COACH PIERRE:  Yeah.

13             V█████:  -- can we do that and then, you

14   know, just send --

15        COACH PIERRE:  Sure.

16             V█████:  -- (inaudible) you know, the

17   footage and everything.

18        COACH PIERRE:  For sure.  Look, it's --

19   here's the thing with this, right?  It's covered a

20   little bit in the law of attraction.  When you start

21   thinking about what you want --

22             V█████:  Absolutely.

23        COACH PIERRE:  -- and you're really

24   passionate about it, it's the craziest thing.  Like, a

25   car is an example again, you buy a brand new car, all

**Attachment AA**

```
 1    of a sudden, everybody on the road has that car, you
 2    see them everywhere.  Isn't that funny?
 3              V_____:  Yeah, it is funny.
 4              COACH PIERRE:  That's how your brain is
 5    wired, right?  And, again, it's -- it's part of the
 6    law of attraction going to work for you.  And the more
 7    you start thinking about things like a car that you
 8    want, you're going to -- the path to get there will
 9    somehow illuminate itself.  Things will present
10    themselves.
11              And it's the craziest thing.  Like I want a
12    beach house, okay?  Now, I'm looking at real estate,
13    looking for deals on beach property.  If I didn't
14    think about that, if I wasn't wanting that, do you
15    think that I'd ever come across a deal on beach
16    property on oceanfront?  No, I never would because I'm
17    not thinking that way.  I'm not even looking, right?
18    I don't even want that.
19              So the more you focus on the things that you
20    want, and even if you don't focus on things that you
21    want, if you're focusing on things you don't want, the
22    law of attraction, your mind doesn't know the
23    difference.
24              V_____:  (Inaudible).
25              COACH PIERRE:  But if you're thinking about
```

**Attachment AA**

1  debt and you're thinking about problems, guess what

2  you're going to find.

3             V█████:  Yeah, debt and problems.

4             COACH PIERRE:  More debt and more problems.

5  And the thing with the car, here's the other thing,

6  too, that a lot of people miss.  As a business owner,

7  something like a car is a tax writeoff.

8             V█████:  Absolutely.

9             COACH PIERRE:  You own a business, the

10  lease, you write off 100 percent of the payment.  If

11  it's a purchase, you have to depreciate it over time,

12  but a lease payment you write off the whole thing.  So

13  why not have a car that you really want paid for

14  through your business as a bonus and still write the

15  whole thing off?

16             V█████:  Gotcha.  Yep.  Makes sense.

17             COACH PIERRE:  Absolutely it does.

18             V█████:  Okay.

19             COACH PIERRE:  So, guys, as you're going

20  through this, I encourage you to start thinking like a

21  business owner.  Think -- think big.  Think -- be --

22  be bold.  Realize that there's a ton of money out

23  there, and it's not controlled by people who have a

24  job.  You understand that, right?  It's a business.

25  So you want to make a lot of money?  Think like a

**Attachment AA**

1    business person thinks.

2            And all of this is here for you, and as your

3    coach, I'm telling you, I'm going to be tough on you.

4    I -- I really want to see you succeed.  I love doing

5    this, but I -- I -- I don't have time to waste with,

6    you know, people who do -- I got through the step, and

7    that's it.  Okay, great.  That's not going to work,

8    right?

9            Take the -- you bought a franchise.  Are you

10   going to go to McDonald's University, Hamburger

11   University and just sit around going, oh, okay.  I

12   watched the video to flip a hamburger.  No, come on,

13   you're going to -- you're running a business.  Learn

14   about the business and how it works.  It's all laid

15   out really, really well for you guys.

16           So take advantage of this.  Be on the

17   calls.  If you bought a -- a Gold's Gym franchise

18   and Gold's Gym is telling you to be on a call so you

19   learn how to increase your membership, wouldn't it

20   make sense for you to be on the call to increase your

21   membership?

22           V█████:  Of course.

23           COACH PIERRE:  Of course it would.  Of

24   course it would.  And you think you're going to be

25   going, well, no, I didn't have time.  I just -- I

**Attachment AA**

```
 1    can't be on there.  Okay, well, they're recorded.  Are

 2    you reading?  Read a book.  Read a book.  You know,

 3    guys, it's -- it's your business, though.  So if you

 4    don't want to do the stuff that I'm teaching you and

 5    I'm encouraging you to do, what do you think the

 6    likelihood of your success is going to be if you don't

 7    do the things that I'm going to be teaching you to do?

 8             MR. TYNDALL:  Not very great.

 9             COACH PIERRE:  No, they're not.  And I've

10    been doing this a long time.  And as much as I love

11    coaching, I don't want to waste anybody's time,

12    especially not my own.  So if you guys just want to

13    show up and sit around, okay, go click here and watch

14    the video and then just, oh, yeah, I'm done.  That's

15    the job mentality.  Show up, do the minimal amount of

16    work, and try to get an hourly paycheck, right?

17             That's not here.

18             V█████:  Absolutely.

19             COACH PIERRE:  All right, guys, make it

20    happen.

21             V█████:  Yes, sir.

22             COACH PIERRE:  All right.

23             MR. TYNDALL:  Yes, sir.

24             COACH PIERRE:  All right.  Have a good one.

25    We'll talk tomorrow.
```

**Attachment AA**

```
1                    V_____:   Thank you.  See you tomorrow.

2              COACH PIERRE:  All right, cheers.

3              (The call was concluded.)

4              (The recording was concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment AA**

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12             I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:  11/6/2017

22                           SARA J. VANCE, CERT

23

24

25
```

**Attachment AA**

1                   OFFICIAL TRANSCRIPT PROCEEDING

2

                    FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.     1723060

6

     TITLE          DIGITAL ALTITUDE

7

     DATE           RECORDED:  DATE UNKNOWN

8                   TRANSCRIBED:  NOVEMBER 6, 2017

9    PAGES          1 THROUGH 20

10

11

12              ASPIRE+STARTUP+STEP+11+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment BB**

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4      RECORDING:                              PAGE:

5      ASPIRE+STARTUP+STEP+11+AUDIO               4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment BB**

EX 41
2227

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:            )

 4     Digital Altitude            )  Matter No. 1723060

 5                                  )

 6     ------------------------------)

 7                                  Date Unknown

 8

 9

10

11          The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment BB**

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3              ASPIRE+STARTUP+STEP+11+AUDIO

4         MICHAEL FORCE:  Hello, Michael Force here

5    again.  Welcome to ASPIRE Set-Up Step Number 11, How

6    to Get Your Dream Car Paid for Every Single Month by

7    me.  Let's break it down here.  On top of the generous

8    commissions that we offer here at Digital Altitude as

9    a partner, I'd like to offer your something else, a

10   little special thing called the brand new BMW that is

11   paid for by Digital Altitude.

12             I'm going to show you how to do that here,

13   but the first thing I want you to do right now is I

14   want you to pause this video and go to YouTube and

15   type in "The Secret."  Once you've watched The Secret

16   -- it should be about 45 minutes to an hour long, come

17   back and continue playing this tutorial here.

18             All right.  So you're back.  So now that

19   you've learned about how you can attract what you

20   desire in life, I'm going to make it instantly

21   possible for you to get access to the first of many

22   luxuries.  When I was putting together DA, I wanted to

23   create one of the best affiliate programs in the

24   industry.  I thought to myself how could I do that.

25             Well, I could pay out bigger commissions
```

**Attachment BB**

1    than anyone else, which we do.  I could have a phone

2    followup team in place to do all the calls for you,

3    which we have.  I can offer little extra perks like

4    free BMWs.  But what I decided to do is that I -- once

5    you reach a certain level of terms of volume, in terms

6    of how many sales you're getting every single month,

7    you would actually qualify to get the car for free.

8            So how it works is every $1,000 in

9    commissions that you earn equals one credit.  So what

10   does that look like?  Well, it breaks down to

11   essentially if you want a $5,000-a-month car payment

12   for your 3 Series BMW, you only need five credits or

13   to be making $5,000 a month in commissions with

14   Digital Altitude.  It's really quite that simple.

15           Now, if you want to take it up a level from

16   that, maybe go to a 5 Series and have a $1,000-a-month

17   payment, then you only need ten credits.  So if you're

18   making $10,000 a month in commissions with Digital

19   Altitude, we'll make $1,000 car payment for you.

20           And if you want to take it to the really

21   next level, the ones I like here, is the 7 Series BMW.

22   I've owned these before in the past and I can tell you

23   it's a beautiful machine.  $1,500 a month for a

24   payment, 15 credits.  So if you're making $15,000 a

25   month here, we'll make the car payment for you.  It's

**Attachment BB**

1       just that simple.

2               It's a beautiful program to get a BMW, as

3       well as you're already making a great income.  Now,

4       you get your car paid for, too.  That is a beautiful

5       thing.  All you have to do is get started.  Once

6       you've completed these steps and you start promoting

7       and getting sales, your points will begin to add up on

8       day one.

9               I also want to show you some additional

10      perks that we're going to give you.  So wait one

11      second.  There's more here.  The next thing I want to

12      do is talk to you about how you can make a residual

13      income with Digital Altitude.  This is passive income,

14      income, income that comes in whether you're doing

15      anything or not.  That's the beautiful thing.  The

16      first main source of residual income comes in the form

17      of 40 or 60 percent of the gross sales that you're

18      going to be receiving from all the sales, depending on

19      whether you use our sales assistance option, which all

20      of you are using currently.

21              The way this works is if you go and get a

22      customer and that customer decides to promote Digital

23      Altitude as a partner and they go and they promote

24      really well, they start processing a lot of sales

25      volume, a lot of gross sales.  They start getting a

**Attachment BB**

1    lot of these sales on a daily basis.  You're going to

2    be getting 40 to 60 percent for every time that

3    someone does that.

4          So think about that for a second.  You're

5    bringing in 100,000 in sales, you're making 40 to 60

6    percent of that.  And then if you bring someone else

7    in that is bringing $100,000 in sales, you're going to

8    be making 10 and 5 percent on that as well.  That is

9    money that's coming in day in and day out.

10          You could literally have hundreds of these

11   people.  You could have more.  Some of our top

12   producers now have over 1,000 people on their team and

13   they're all getting residual income on a daily basis.

14   Imagine that, over 1,000 people all promoting, and

15   you're collecting 10 to 15 percent override on top of

16   your 40, 60 percent that you already make on your

17   first tier.  So let's break that down and see exactly

18   what that looks like.

19          Well, with ASPIRE, the digital business

20   system, which you're all a member of, well, if you

21   recall, it pays a 50 percent commission on two tiers

22   of payout and then we have the Climber, which pays 60

23   percent commission on three tiers of payout.  Okay?

24   So depending upon if you're a Hiker or a Climber, very

25   important to max out the compensation plan.

**Attachment BB**

 1          So what does that look like?  Well, if you

 2     recall this slide, compensation at the Walker level

 3     pays 40 percent on one tier.  So any Walkers you bring

 4     in, they pay $37 a month, you get 15.  Any Hikers you

 5     bring in, they pay 67, you get 27 of that.  And you

 6     get $7 on anyone they bring in.  So three tiers of

 7     payouts.

 8          Not like the traditional MLM where it goes

 9     thousands of levels deep.  It's only three tiers of

10     referrals.  But retail -- retail at 127 at Climber,

11     that is tier one, you get $76 of that.  Plus on your

12     team, 13 of what they bring in and $6 of what they

13     bring in.  That is residual income that continues to

14     come in on a monthly basis every single month.  It's

15     very unique in the industry and the space.  Not too

16     many companies pay three levels on continuity.  That's

17     pretty powerful.

18          So what are the potential conversions?

19     Well, if you only bring 500 percent to the system, 5

20     percent are going to convert into Walkers, 15 into

21     Hikers, 9 into Climbers.  That pays 15, 27 and 76.

22     You're going to be earning 375, 405, and 684 for a

23     total combined of $1,500 a month in residual that

24     every single month would stack up.  So this is only

25     the first month, 500 leads.  The second month you're

**Attachment BB**

1    going to have another 500 leads.  So now you have

2    $3,000.  Then the third month you'll have another --

3    you'll have 1,500 leads.  So, now, you'll have --

4    you'll have $4,500 coming in.  So you can see how it

5    stacks up month in and month out.  Very, very

6    powerful.

7            This also doesn't include any tiers or pass-

8    ups.  Those aren't shown because it's just too

9    complicated to break all that out for you.  But your

10   income could quickly get to $10,-, $15,-, $20,000 a

11   month in residual just from the ASPIRE digital

12   business system alone.

13           What about BASE?  Remember BASE, digital

14   business mastery suite, retail value 797, pay 597 for

15   it.  Again, we have the Walker, Hiker and Climber.

16   That applies to BASE as well.  So the retail is 597.

17   You make 240 if you're a Walker.  BASE, you make 240

18   and 60.  In Climber, you make 270 and 60 and 30.

19   Those 60s and 30s come in automatically from your

20   team, okay?  Incredibly powerful and can stack up

21   quite nicely just like this.

22           So look at this spreadsheet again here.

23   You're looking at an extra $2,500 a month.  It's

24   stacking up every single month on top of the 1,500

25   that keeps stacking up every single month.  You're

**Attachment BB**

```
 1    going to be at $10,000 a month before you know it.
 2            What happens at RISE digital business
 3    mastery course?  You remember this one?  1,997, okay,
 4    limited time discount there.  That gets you -- let me
 5    back up here -- 1,997, $800 on your first tier if
 6    you're a Walker, 800 and 200 on your first and second
 7    tier if you're a Hiker, 900, 200 and 100 if you're a
 8    Climber.  Those $200 sales on the second level there
 9    stack up all day long every single day and that's
10    making money while you're sleeping or whatever you're
11    doing.  Same with the $100 there.
12            So what does that look like in conversions?
13    Well, let's look at the big total at the bottom.
14    Almost $4,000 stacking up every single month.  That's
15    on top of BASE and that's on top of ASPIRE.  So this
16    money is starting to add up very quickly.  But you're
17    going to see, as you get up higher and higher to the
18    ASCEND digital business profit workshop, people
19    continue to upgrade.  They are going to upgrade to
20    these positions whether you do or not.  So you might
21    as well get positioned so you can capitalize, right?
22            So this is $9,997 for the ASCEND three-day
23    workshop, but also has a comp plan attached to it as
24    well.  You earn $4,000 commissions if you're a Walker;
25    $4,000 as well as Hiker, but you get an extra thousand
```

**Attachment BB**

EX 41
2235

1    on the second tier.  So those $1,000 are coming in

2    every single month every time someone on your team

3    brings one in.

4            And look at the Climber, $4,500, 1,000 and

5    1,500.  That tier two and tier three is coming in

6    every single month whether you're doing anything or

7    not from your team, okay?  Incredibly powerful.  And

8    if you're not positioned in ASCEND, then you're going

9    to bypass this $4,500 commission.  That is a big

10   commission to pass up.

11           So let's look at -- if you've got 2,000

12   leads coming in, what kind of totals.  $30,000 a

13   month is what you could be earning at the ASCEND

14   level, okay; 4,000 at the RISE.  Definitely worth it

15   to jump to ASCEND to maximize the compensation plan

16   and be an ASCEND Climber at the very minimum.  That's

17   how you get into profit.  Because you're going to be

18   spending a certain amount of money to get those 2,000

19   leads you see on the far left anyway, right?  So you

20   want to make sure you're profitable.  You want to talk

21   to your coach about this a little bit more and learn

22   about it with your strategy session and you're going

23   to learn a little bit more about how positioning plays

24   a role.

25           Much like I described earlier in previous

**Attachment BB**

1    presentations where I talk about the -- having your

2    own cell phone store.  If you only sold iPhones, you

3    know, maybe you sell 50 of those iPhones, you make

4    $5,000 if they were $100 apiece.  But what if you also

5    sold iPads and iMacs and MacBook Pros, then you'd make

6    a commission on all those as well.  But if you didn't

7    sell any of those, then you wouldn't.

8            Just like with ASCEND.  If you're not in

9    ASCEND, you can't sell ASCEND.  If you're not a PEAK,

10    you can't sell a PEAK.  If you're not an APEX, you

11    can't sell an APEX.  So you're missing out on all of

12    those commissions.

13            So let's take a look at PEAK with the

14    digital business prosperity retreat.  You remember

15    this one, okay?  Very powerful, powerful retreat that

16    we have here.  Five days, okay?  16,997.  And what we

17    -- our payout on these, if you are positioned at the

18    PEAK Climber level, you're going to get 7,650, all the

19    way in the far right there, on your first tier.  But

20    if you're a Walker, 6,800; Hiker, 6,800 plus 1,700.

21            So every person that comes in on your team

22    is going to earn -- you're going to earn $1,700 for

23    every single person that comes in, okay, that they

24    bring in.  You're going to earn 7,650 on your first

25    tier.  You'll earn 1,700 if someone else comes in on

**Attachment BB**

1   your team.  And then if someone comes in on their

2   team, you'll earn 850.

3          That money comes in all day every single day

4   while you're doing other things, and it's going to

5   come in and people are going to position whether you

6   do or not.  Even if you do, there's other people that

7   are going to and it's going to pass up to the person

8   who brought you in.

9          So what do the conversions look like?  Well,

10  let's take a look at the spreadsheet.  I know you're

11  familiar with this.  $60,000 potential conversions at

12  the bottom right there stack up to PEAK, okay,

13  bringing in 3,000 leads.  So, again, if you're not a

14  PEAK, you're giving up another income stream.  If

15  you're an ASCEND, then you're giving up another income

16  stream.  If you're not a RISE, you're giving up

17  another income stream.  Yeah, those are all income

18  streams.  Look at that 9,720 there under RISE.  Look

19  at that 19,440 under ASCEND.  Look at that 13,219

20  under PEAK.  Those are all income streams that are

21  coming on your team.

22         If you're not positioned at RISE, ASCEND, or

23  PEAK, then you're passing up that income and that can

24  be detrimental to your business.  Very important

25  positioning as I just described with the iPhone

**Attachment BB**

EX 41
2238

1    metaphor.

2              So what does APEX look like, okay?  The

3    digital business legacy experience, retail value,

4    27,997.  Okay?  What does this look like here at the

5    top?  Well, 27,997 pays $11,200 in commissions, okay,

6    if you're a Walker, and if you're a Hiker, 50 percent,

7    11-2 there as well; 12,600 if you're a Climber.

8    You're getting paid 45 percent, okay?  On the second

9    tier, 2,800; tier three, 1,400.  That money's coming

10   in day in and day out whether you're doing anything or

11   not.  That's incredibly powerful.  Anyone on your team

12   can sell those if they are an APEX.

13             So what does that look like for conversions?

14   Well, the Walker, Hiker, Climber all the way across

15   the board and you will see.  This is how you get to

16   $100,000 a month, okay?  Incredibly powerful.  This is

17   how I've done it for over 15 years, is being

18   positioned at the top of the comp plan, being a

19   Climber and an APEX, bringing in 5,000 leads, and that

20   is how you get to $100,000 a month on the far right.

21             As you can see, at APEX, you're at 14,000;

22   PEAK, you're at 22; ASCEND, you're at 32; RISE, you're

23   at 16.  Again, if you're not any of these, you're

24   passing up all of those commissions.  Incredibly

25   powerful.  You want to be positioned.  You've got to

**Attachment BB**

1   find a way with financing or funding, whatever it may

2   be, to get positioned as quickly as possible.

3          Be responsible, of course, as -- you know,

4   for your family.  Make sure it's money that you're

5   willing to put into a business, just like if you

6   bought a McDonald's or whatever it may be.  But this

7   is where you want to be at the top.  This is where

8   I've always been and the reason I've always been able

9   to earn $100-, $200-, $300,000 a month.  That's how

10  all the leaders and the top producers in the industry

11  do it as well.  Talk to your coach.  They'll talk to

12  you a little bit more about that.

13         So why would you do all this?  Well, we do

14  it because we encourage you to go and find good

15  partners.  We do it to find the next big top producer

16  in Digital Altitude.  We want to pay you very well,

17  okay?  Because that's going to help you, that's going

18  to help us.  This is how we incentivize you to go and

19  find good partners who promote and produce results.

20         We also have several other continuity

21  programs, like GEAR, HIKE, and TREK and other packages

22  that you'll be introduced to that will accelerate your

23  success.  You'll see those more soon.

24         Now, one thing that I can assure you is that

25  we will continue to add more and more subscription and

**Attachment BB**

```
 1    continuity programs into the product mix.  As they
 2    become available, you'll be able to promote each and
 3    every one of them.  More and more of them.  The more
 4    customers you get paying every single month, the more
 5    residual commissions that you'll be going to be
 6    making.
 7          The next thing I want to tell you about are
 8    Digital Altitude's partner contests.  Now, I
 9    discovered something, and this would have been in
10    probably the early 2005, 2006, but I really started
11    doing it properly in 2007, 2008, and that was
12    contests.  I realized that a lot of us are very
13    competitive.  We like to compete.  We like to win big
14    prizes as well.  I started offering numerous prizes to
15    all of our partners who promote, not just top
16    partners, but also the brand new partners as well so
17    they could be able to compete against the other brand
18    new partners and win prizes.
19          Now, what I want you to do -- most people
20    will -- who I tell this aren't going to do it, but if
21    you want to get results, if you want to really do
22    well, I want you to go and do what I'm about to tell
23    you to do right now.  Right now, I want you to find a
24    local BMW dealership in your area.  Literally, I want
25    you to go do this.  Seriously, I want you to actually
```

1   follow through and go do this.  You'll get all kinds

2   of wonderful benefits from it.  Find that local BMW

3   dealership.  If it's day time -- you'll have it -- the

4   time -- go out there.  If it's night, go out there.

5   Whatever it may be.

6           I want you to pause this video and I want

7   you to go to that local BMW dealership.  Most people,

8   again, will never do this.  But if you want the

9   results, go out and do it.  Please go out and do it

10  and get the benefit.

11          When you get to that BMW dealership, I want

12  you to walk around all the different models.  I want

13  you to sit in some of those cars, the ones that you

14  like.  I want you to take one of those cars for a test

15  drive.  Feel what it's like.  Smell the new car smell.

16  Feel the steering wheel.  Take it for a test drive and

17  visualize that is your car and that you are driving it

18  all the time.

19          Then what I want you to do is I want you to

20  take a photo of it.  Take a photo of that car and

21  carry that photo with you.  Put it in your phone or

22  put it on the photo next to your laptop or your

23  computer, somewhere where you're going to see it a

24  lot.  Visualize yourself having that car, using it as

25  a motivational point.  Use it to focus on every single

**Attachment BB**

```
1    day.  You're going to have that car.

2              Set yourself a deadline.  The deadline might

3    be something like 60 or 90 days from now.  It's not

4    that hard to get that car.  The sales that you need in

5    order to qualify isn't that much at all.  I showed you

6    the points before.  You just need that many sales to

7    get that car.  It's just that simple.

8              So do you think that you'll be able to

9    do this?  Do you think that you have anyone in your

10   life right now you perhaps believe that would take

11   you seriously as far as your online presence goes, or

12   do you think that would help you?  I want you to go

13   out and create proof.  Show people with action and

14   proof.  When they see you driving around in this car,

15   they're going to be paying attention on a whole

16   different level, and that's also going to change your

17   influence, okay?  It's an incredibly powerful thing to

18   do.

19             So I want you to go do that.  Go to the

20   local BMW dealership, pick the car you want, visualize

21   yourself getting that car, and I also want you to

22   write down the model number.  Get a photo of it and

23   show it to your coach.  Show them exactly that you've

24   gone out and done this.  If you are one of the few

25   people who actually takes this seriously and goes and
```

**Attachment BB**

1    do it -- does it, I can pretty much guarantee that

2    you'll be driving that car in the future.

3              So go take action, show your coach that

4    you've done it, and I'll see you on the next step.

5    Take care.

6              (The recording was concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment BB**

```
1                 CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12         I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                         SARA J. VANCE, CERT

23

24

25
```

**Attachment BB**

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                      FEDERAL TRADE COMMISSION

3

4

5

      MATTER NO.      1723060

6

      TITLE          DIGITAL ALTITUDE

7

      DATE           RECORDED:  DATE UNKNOWN

8                    TRANSCRIBED:  NOVEMBER 6, 2017

9     PAGES          1 THROUGH 12

10

11

12                 ASPIRE+STARTUP+STEP+12+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24                 For The Record, Inc.

25        (301) 870-8025 – www.ftrinc.net – (800) 921-5555

**Attachment CC**

EX 41
2246

2

1                      FEDERAL TRADE COMMISSION

2                           I N D E X

3

4     RECORDING:                                    PAGE:

5     ASPIRE+STARTUP+STEP+12+AUDIO                      4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    Digital Altitude            )  Matter No. 1723060

 5                                 )

 6    -----------------------------)

 7                                 Date Unknown

 8

 9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment CC**

```
 1                    P R O C E E D I N G S

 2                  -    -    -    -    -

 3              ASPIRE+STARTUP+STEP+12+AUDIO

 4         MICHAEL FORCE:  Hello, Michael Force here

 5    again.  Welcome to ASPIRE Set-Up Step Number 12, How

 6    the Phone Sales Team Makes you Money 24 Hours a Day, 7

 7    Days a Week here.  I want to get started with this

 8    video, which I'm going to say is probably under about

 9    five minutes, but I'm going to tell you exactly what

10    you need to do to get rolling here when it comes to

11    the phone coaches here.

12              Now, you should know this already that at

13    the current time I'm recording this video, the sales

14    team is around 25 people or so.  They work for us

15    full-time.  They're calling you back, your leads, and

16    they are recommended -- many of our different products

17    and services, if appropriate, if actually something

18    that we think the customer needs and will benefit

19    from.

20              Now, Jeremy is actually heading that up,

21    he's overseeing that, and making sure that your leads

22    are followed up diligently and that everything is

23    above board, and it's -- and they're all going to be

24    doing a great job for you, interacting with all your

25    customers in a great way, and everyone is extremely
```

**Attachment CC**

1    happy.

2              He has overseen the entire operation here.

3    So our approach is not about pressure selling or

4    pushing someone into a decision that we want them to

5    make or that they want to make.  It's about removing

6    the tension and anxiety from the sales process and

7    opening the way for a low-stress, highly efficient,

8    and ethical sale.

9              It's important to me that you understand

10   that when you follow up with our leads we're not going

11   to be doing it any higher pressure sales way.  We're

12   not going to be using manipulation or anything like

13   that.  We're going to do it in a very low-stress, low-

14   pressure, question-focused way so that your customers

15   are really making the decisions for themselves.  We

16   are highly effective in getting sales for you.

17             The main point that I want to drive home

18   here is that you have some of the top trainers and

19   ethical phone sales partners in the world that are

20   working for you on a straight-commission basis.  That

21   last part is especially important.  They are working

22   on pure commission.  That means that if they don't get

23   results for you, then they don't get results for

24   themselves.  Everyone is highly incentivized to get

25   you results.  That's the way I've set this up so that

```
 1    we are all working towards the same goal here.

 2              Many of the coaches are actually Digital

 3    Altitude partner businesses themselves.  They actually

 4    understand it from a customer's perspective.  It's not

 5    as if they're just selling it and they're not using

 6    the system themselves.  They all use the system

 7    themselves, and that's actually a requirement for them

 8    to be a Digital Altitude phone sales team.

 9              Jeremy was with a Fortune 500 company as a

10    sales executive.  He left that company.  He has four

11    kids, and he wanted to be at home and spend more time

12    with his kids.  Now he actually works four or five

13    hours a day and that's it.  The rest of the time he's

14    spending time with his family.  He has a lifestyle

15    that is very much on his own terms, which is really

16    the goal here for all of us, to be able to call the

17    shots, work when we want and how we want with who we

18    want, and not just be a slave to our business or job.

19              Jeremy lives that, and again, this is the

20    sort of person who will be calling all your people

21    back for you.  There's our team for you as well.  But

22    let's talk about a choice.  Once you graduate from

23    these steps and you finish them all, you are now

24    beyond the halfway point as -- so you are doing very

25    well.  You're almost there, but once you get to the
```

**Attachment CC**

```
1    end, you're going to have two choices:  What you want

2    to do is promote the Digital Altitude marketing

3    systems like ASPIRE and, you know, get to leverage

4    the Digital Altitude phone sales team.  Every time

5    they get results -- results for you, you'd be making

6    $900, $4,500, $7,500 commissions and up to $12,600

7    commissions.

8            However, if you want to do the own phone

9    sales because you are comfortable selling on the

10   phone, then you will have a choice of using the sales

11   assist or non-sales assist option.  The only

12   difference is the phone coach is actually you.  It's

13   the actual affiliate partner.  If you generate a

14   customer, you are following up with that customer.

15   And every time you make sales, which you are doing on

16   the phone yourself, you'll actually be getting 60

17   percent commissions instead of the 45.  No, I'm sorry,

18   you'll be getting 45 percent.

19           Much bigger commissions, but you'll have to

20   do all the phone work yourself, which can be very

21   tiring and long hours, and honestly, 99.9 percent of

22   the people don't want to do it.  They want the time

23   freedom.  Now, it's completely up to you what you do.

24   You can actually do both.  Okay, say you actually do a

25   little bit of both, but don't think that you have a
```

**Attachment CC**

EX 41
2252

1    choice to do one or the other.  You can actually do

2    both.

3              What I recommend is when you get started,

4    leverage our phone sales team.  We don't make any

5    extra money if you do.  Just so you know, it really

6    makes no difference to me whatsoever.  If you are

7    brand new to the industry, this is much more likely to

8    get you off to a fast start:  have the sales assistant

9    option working for you.  You get to leverage people

10   who have a lot of experience, okay?

11             Once you have made your first few

12   commissions and you are more comfortable with the

13   business and more confident, then you can look at

14   using the non-sales assist option.

15             Here's what I want you to do for your

16   homework in Step 12.  If you are a RISE member, start

17   going through Lesson Number 16.  Start going through

18   it and learning how you can actually sell these

19   programs for yourself if you choose.

20             Also go through and just learn a little bit

21   more of the approach.  Again, if you don't want to do

22   the phone sales, you absolutely don't have to.  Most

23   of our partners -- and I would say 99 percent of them

24   -- choose to let the phone sales team do their calls

25   for them.  Most of our partners, they don't want to be

**Attachment CC**

1      on the phone all day.  They want to be able to live

2      the lifestyle and let the system do all the work for

3      them, 24 hours a day, seven days a week.

4             They focus on the advertising.  They focus

5      on generating the leads and getting people to their

6      website, maybe for an hour or two a day, and letting

7      the phone coaches work the six, eight hours a day that

8      it takes to go through the phones.  Okay?  They like

9      the hands-off side of the business, where they don't

10     have to be doing all of the phone calls.

11            Whether or not you're an APEX partner, take

12     a few minutes to really think about the process there.

13     Think about all the time and effort that you'd have to

14     put in to setting all this up yourself if you had to

15     choose to do that.  Choose to go the route you can.

16     You can set all this up yourself, of course, but you

17     would be doing your own high-end masterminds and all

18     the phone calls and building a phone sales team as

19     well.

20            If you don't want to do all of that work,

21     and believe me, it's years and years and years of

22     work.  I know from personal experience.  If you don't

23     want to have to do all that, then consider leveraging

24     the system and using our expert sales team.

25            Really, Digital Altitude's business model

**Attachment CC**

```
 1    and what we have set up here is a little bit like
 2    being in a basketball game.  Your only job is to pass
 3    the ball.  You pass the ball to our team.  In other
 4    words, you generate a lead, and then our team rushes
 5    down the court and we score for you.  Your job simply
 6    is to pass the ball.  Generate a lead, and then we
 7    take it from that point.  We're very good at what we
 8    do.
 9              Now, here is what I want you to do on
10    Step 13.  I want you to reach out to your coach
11    right now.  I want you to do that before you go ahead
12    and do the next step.  Schedule an appointment with
13    him, or preferably just pick up the phone right now
14    and call them.  And also send them an email and
15    possibly a message on Skype.  If you have to reach out
16    through two -- two or three, four different channels,
17    that's okay.  Just ideally get them on the phone and
18    tell them that what you've learned.  Ask them any
19    questions that they may have, okay -- or that you
20    have.  Just update them on how you're going -- how
21    you're doing and how you're progressing through the
22    steps.
23              Once you've done that, once you've -- then
24    you'll have that conversation to go ahead and get
25    access to Step 13, and we will speak shortly.  And I
```

**Attachment CC**

```
 1     will see you on the next step.

 2               (The recording was concluded.)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment CC**

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12           I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:  11/6/2017

22                             SARA J. VANCE, CERT

23

24

25
```

**Attachment CC**

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.      1723060

6

     TITLE          DIGITAL ALTITUDE

7

     DATE           RECORDED:  OCTOBER 18, 2017

8                    TRANSCRIBED:  NOVEMBER 6, 2017

9    PAGES          1 THROUGH 34

10

11

12              2017-10-18 1158am (Third S2 Call)

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4        RECORDING:                          PAGE:

5        2017-10-18 1158am (Third S2 Call)       4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment DD**

```
 1                   FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:           )

 4     Digital Altitude            )   Matter No. 1723060

 5                                  )

 6     -----------------------------)

 7                                      October 18, 2017

 8

 9

10

11           The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment DD**

```
 1                      P R O C E E D I N G S

 2                        -    -    -    -    -

 3             2017-10-18 1158am (Third S2 Call)

 4             MR. TYNDALL:  My name is Reeve Tyndall.  I'm

 5     an investigator with the Federal Trade Commission.

 6     The date is October 18th, 2017.  The time is 11:58

 7     a.m., Eastern time.

 8             (Pause.)

 9             MR. TYNDALL:  Still waiting.

10             (Pause.)

11

12             COACH PIERRE:  Hello, hello, hello.

13             MR. TYNDALL:  Hello?

14             COACH PIERRE:  Hi.

15             MR. TYNDALL:  Hi, it's J███.

16             COACH PIERRE:  Hey, J███.  How are you?

17             MR. TYNDALL:  Good.  How are you doing?

18             COACH PIERRE:  I'm doing great.  You're

19     right on time.  All right, so, J███, let's start with

20     you and get things going here.  So what have you

21     completed?

22             MR. TYNDALL:  I've finished Steps 11 and 12.

23             COACH PIERRE:  All right, perfect.  All

24     right, so what did you get out of 11?  Let's start

25     there.
```

**Attachment DD**

EX 41
2261

1          MR. TYNDALL:  Well, I -- I got that for -- I

2     get one credit for every $1,000 in commissions.

3          COACH PIERRE:  Right.

4          MR. TYNDALL:  And I need five credits per

5     month --

6          COACH PIERRE:  For?

7          MR. TYNDALL:  -- for three months.

8          COACH PIERRE:  For three months.  You got

9     it, absolutely.  And, so, what -- what type of vehicle

10    are you interested in getting?

11         MR. TYNDALL:  I -- I like BMWs, too.

12         COACH PIERRE:  You do?  Okay.

13         MR. TYNDALL:  I do.

14         COACH PIERRE:  You do understand you can get

15    any car of your choice, right?

16         MR. TYNDALL:  I do.

17         COACH PIERRE:  Okay, good.  All right.  So

18    I'm going to set that up.  You're going to see your

19    points accumulate under My Business and Dream Car.

20         MR. TYNDALL:  Okay.

21         COACH PIERRE:  All right, so I've got that

22    set up, and that's signed off on.  What about Step --

23    well, actually, there's more stuff in 11.  What else

24    did you learn there?

25         MR. TYNDALL:  Well, I -- I've learned that

**Attachment DD**

EX 41
2262

```
1    commissions are -- are a percent of the sales --

2              COACH PIERRE:  Right.

3              MR. TYNDALL:  -- that you generate.

4              COACH PIERRE:  Correct.

5              MR. TYNDALL:  And that it's -- it can be 40

6    to 60 percent.

7              COACH PIERRE:  Right.  So that's the

8    difference between Walker and Climber, right?

9              MR. TYNDALL:  Yes.

10             COACH PIERRE:  Those are two different

11   memberships.

12             MR. TYNDALL:  Okay.

13             COACH PIERRE:  Okay, do you understand the

14   differences between those two?

15             MR. TYNDALL:  Not entirely.

16             COACH PIERRE:  Okay.  So with Climber, you

17   really get access to all of the tools.  You'll have

18   advanced marketing tools to pixel visitors, which

19   means you can retarget them.  You'll have -- have you

20   ever noticed that when you're online and you look at

21   something, you're going to see ads for that same thing

22   that you were just looking at all over the place.

23             MR. TYNDALL:  Yeah.

24             COACH PIERRE:  Okay, that's called

25   retargeting.  So the way it's done is with a pixel.
```

**Attachment DD**

```
 1    So you're going to learn how to do that.  Now, with --
 2    with Climber, you have the ability to retarget your
 3    visitors that come to your squeeze pages.  You don't
 4    have that same tool or capability within Walker, okay?
 5            MR. TYNDALL:  Okay.
 6            COACH PIERRE:  So be -- just the
 7    commissions, there's a bunch of different things that
 8    come with Climber, but obviously the commissions are
 9    much, much higher.  You're making 60 percent across
10    three tiers as opposed to just 40 percent on one tier.
11            MR. TYNDALL:  Okay.
12            COACH PIERRE:  So the income -- the
13    differences in income are huge, but also the advanced
14    capabilities, right?  You have the APIs to connect to
15    third-party auto responders; you've got a lot of
16    advanced capabilities there with Climber.  But the
17    residual income is significant.
18            Why do you feel that having a residual
19    income is important?
20            MR. TYNDALL:  Well, it's -- it seems
21    automatic.
22            COACH PIERRE:  Well, yeah.
23            MR. TYNDALL:  Yeah.
24            COACH PIERRE:  Yep.
25            MR. TYNDALL:  Like I don't -- I don't have
```

**Attachment DD**

```
1    to work for each one.

2              COACH PIERRE:  Right.

3              MR. TYNDALL:  It can happen anytime.

4              COACH PIERRE:  See, you do the work once.

5    Once you have a member in your system, every month

6    you're getting paid, every month.  And then you get

7    paid from their efforts as well.  And, honestly, guys,

8    that's huge, right?  When you build a business that's

9    producing residual income, that's -- that's really

10   significant.

11             And, so, I -- I see that, you know, T█████,

12   you're on.  You know, being a nurse, you've probably

13   gotten repeat visitors, repeat patients, right?

14             T██████:  Yes.

15             COACH PIERRE:  That's how it's done, right?

16   Once you've built that relationship and they know, oh,

17   they can come to you for help, they come again and

18   again and again and again.

19             T██████:  Right.

20             COACH PIERRE:  And it's the same thing with

21   this business.  You're generating residual income.

22             J████, what about Step 12?  What did you

23   learn there?

24             MR. TYNDALL:  Well, I learned about phone

25   sales.
```

**Attachment DD**

1            COACH PIERRE:  Uh-huh.

2            MR. TYNDALL:  And about how ASPIRE has a --

3     has people on the phone that can help me.

4            COACH PIERRE:  Yeah, there's call centers

5     set up all -- all over the world.

6            MR. TYNDALL:  Wow.  Okay.

7            COACH PIERRE:  Yeah.  There's a huge one up

8     in Provo, Utah, and it's massive.  It's like a sea of

9     high-walled cubicles where you've got all kinds of

10    people that are there, you know, making sales for you

11    and making -- making all those calls.

12           MR. TYNDALL:  Wow.  Do I --

13           COACH PIERRE:  So would you rather -- would

14    you rather be making your own sales, or would you

15    rather have a sales force that's there working your

16    leads for you?

17           MR. TYNDALL:  Well, I've never -- I've never

18    really sold anything.  So that -- that would be great.

19           (Background noise.)

20           COACH PIERRE:  Sorry, are you -- are you at

21    a truck stop or something?

22           MR. TYNDALL:  Me?  No.

23           T██████:  (Laughing.)  I -- I was just

24    trying to put it on mute.  I'm sorry.  Yeah, I'm

25    outside.

**Attachment DD**

EX 41
2266

```
 1              COACH PIERRE:  No worries.

 2              T█████:  I don't have any phone service

 3    (inaudible) let me -- let me mute this.  Hold on.

 4              COACH PIERRE:  All right, no worries.

 5              So pretty significant, right?  I mean, can

 6    you imagine trying to start a business doing all of

 7    those functions?  I mean, it's pretty important to

 8    have that -- that ability, right?  To -- to leverage a

 9    professional phone sales team to make your sales.

10              MR. TYNDALL:  Yeah.

11              COACH PIERRE:  Yeah.

12              MR. TYNDALL:  Do I -- do I have to pay them?

13              COACH PIERRE:  Nope.  No.  They just get a

14    percentage of the commissions.  That was covered in

15    12.

16              MR. TYNDALL:  Okay.

17              COACH PIERRE:  Yeah.  So it's nothing out of

18    your pocket.

19              MR. TYNDALL:  Okay.

20              COACH PIERRE:  Yeah.

21              MR. TYNDALL:  So it's one -- once I'm --

22    once I -- once I get them the -- the commission or the

23    -- the sale?

24              COACH PIERRE:  Yeah, that's it.

25              MR. TYNDALL:  Okay.
```

**Attachment DD**

1          COACH PIERRE:  They just take a percentage.

2    So here's the idea.  We really want to help you get

3    things moving quickly, right, and keep it as simple as

4    possible.  So you don't have to do a lot of those

5    things.  Even though marketing, which you're going to

6    learn in 13, a lot of the ad copy, a lot of the ads,

7    are already created for you, so you don't have to

8    learn all of those things right out of the gate.

9          So it's -- it's -- it's -- Michael's a

10   genius when he put all of this together.  So a lot of

11   this stuff is already done for you.  We really want to

12   make it as easy as possible because we -- later on, if

13   you want to add that capability for yourself, you can.

14   A lot of, you know, the -- the top, top income

15   earners, the guys that are making millions are -- have

16   their own phone sales team, right?  So -- but you

17   don't have to do that out of the gate.

18          MR. TYNDALL:  Okay.

19          COACH PIERRE:  Yeah?  So let me set up your

20   lead router right now.  And, so, then your leads are

21   coming in.  They're going to go to the phone sales

22   team.  You've got 13 and 14 unlocked for you right

23   now, J███, so let's go through those.  Take your time

24   with 14.  I think some of you on the call right now

25   have completed 13 and 14.  So take your time with it.

**Attachment DD**

```
 1    The numbers are probably going to surprise you a

 2    little bit.

 3              MR. TYNDALL:  Okay.

 4              COACH PIERRE:  All right?

 5    So let's see, T████.

 6         T████:  Yes.

 7              COACH PIERRE:  How are you?

 8         T████:  I'm good.

 9              COACH PIERRE:  Good.  It looks like you're

10    at work already.

11         T████:  I am back.

12              COACH PIERRE:  You're back at work.

13         T████:  Yeah.

14              COACH PIERRE:  Well, hopefully your day

15    isn't going to be too painful for you.

16         T████:  Hopefully.

17              COACH PIERRE:  So you've gone through 11 and

18    12 as well, right?

19         T████:  Yes.

20              COACH PIERRE:  All right, cool.  So what did

21    you -- what would you -- did you find the most

22    interesting out of Step 11?  What did you like the

23    most?

24         T████:  I -- well, let's see.  Well, I

25    just thought it was interesting.  I definitely got out
```

**Attachment DD**

1    that I should definitely be a Climber just for all the

2    added, extra (inaudible) everything (inaudible) and

3    how I heard you talking about the -- yeah, the

4    different -- being able to track the people and things

5    like that, that makes a huge difference.

6              COACH PIERRE:  Yep.

7              T████:  The car thing, of course, is good.

8    And I would not choose a BMW, but --

9              COACH PIERRE:  You don't -- you don't have

10   to get a BMW.  You can get anything.  What kind of car

11   would you like?

12             T████:  I would choose a Tesla.  And my

13   seven-year-old son said we need a truck, so...

14             COACH PIERRE:  Well, a truck could be good.

15             T████:  Yeah.

16             COACH PIERRE:  I don't know if you see this.

17             T████:  Ugh --

18             COACH PIERRE:  That's mine in the garage

19   right now.

20             T████:  Is it?  Nice.

21             COACH PIERRE:  I love Teslas.

22             T████:  Yes.

23             COACH PIERRE:  Yeah, it's amazing.  That's

24   an amazing car.  Yep, good choice.

25             T████:  Yes.

**Attachment DD**

1        COACH PIERRE:  Good choice.  Well,

2    fantastic.  So, yeah, those points accumulate fast, so

3    how much do you need to earn one point?

4            T▮▮▮▮▮:  Five thousand in commission.

5        COACH PIERRE:  One thousand in commission

6    equals one point.

7            T▮▮▮▮▮:  Okay.

8        COACH PIERRE:  Yeah --

9            T▮▮▮▮▮:  Okay.

10        COACH PIERRE:  -- you need five points for

11    three months.

12            T▮▮▮▮▮:  Gotcha.

13        COACH PIERRE:  So at that point, you've got

14    15 points accumulated at least, right?  And then you

15    could start withdrawing those points for cash towards

16    that vehicle.  And it can be anything you want.

17            T▮▮▮▮▮:  Okay.

18        COACH PIERRE:  A pretty cool deal.

19            T▮▮▮▮▮:  My husband asked can it be an RV.

20        COACH PIERRE:  It can be anything.

21            T▮▮▮▮▮:  Okay.

22        COACH PIERRE:  I -- it has to have wheels,

23    though.

24            T▮▮▮▮▮:  Okay.

25        COACH PIERRE:  I've been pushing Michael

**Attachment DD**

```
 1    Force to let me get some snowmobiles, but I already
 2    have the Tesla, and he won't let me get two things.
 3              T████████:  Okay.
 4              COACH PIERRE:  And I'm -- and we're capped
 5    out at 15 points, unfortunately.
 6              T████████:  Okay.
 7              COACH PIERRE:  I know, we'll keep working on
 8    him.  We'll keep working on him.  I -- I want to get
 9    some toys.  I want to get some -- you know, an
10    airplane maybe or a -- you know, a boat.
11              T████████:  Uh-huh.
12              COACH PIERRE:  All right, terrific.  Did you
13    take the time to watch the movie, The Secret?
14              T████████:  I did.
15              COACH PIERRE:  Pretty cool, right?
16              T████████:  Yes.  It is.  Yes.
17              COACH PIERRE:  Guys, the law of attraction
18    is very, very real.  I don't know if you realize that,
19    but your thoughts are real things.  So very, very
20    important to recognize that.  So I'm going to set up
21    the points so you've got that under My Business and
22    Dream Car.
23              What else did you learn there in Step 12?
24              T████████:  It's -- Step 12, I love the phone
25    sales team.  I -- of course, I have the MLM background
```

**Attachment DD**

EX 41
2272

1    and so having to do all the legwork myself, honestly,

2    kind of sucks.  So I love the idea of having somebody

3    else to do that.

4              COACH PIERRE:  Yeah.

5              T███████:  It's so hard.

6              COACH PIERRE:  So let me set this up now.

7    Yeah, it's -- it's really powerful.  And by the way,

8    guys, their conversion ratios, it's -- it's amazing.

9    And I'll go over all of those numbers with you when we

10   get to the business plan, but the conversion ratios

11   are -- are even higher than what Michael goes over

12   because he has to keep things very conservative.

13             They're -- they're really good at what they

14   do, and there's a phone team in Spain and in South

15   America that speaks Spanish, as well as Portuguese.

16   So when you start marketing in those countries, you

17   don't have to know the language.  Isn't that cool?  I

18   mean, all of this is available, and we're working on

19   more languages right now.

20             So it's -- and speaking of different

21   languages, so I've got -- I've got you set up here

22   with the -- the router.  I'm going to unlock 13 and 14

23   for you.  Now, as I was just telling J███, take your

24   time with 14, okay?  Study it carefully.  Go through

25   it two, three times because I'd be willing to bet that

**Attachment DD**

```
 1   you're going to find that the numbers are going to

 2   surprise you, okay?

 3            Sorry, I've got a team member calling my

 4   cell phone right now.  I apologize about that.

 5            All right, so you're set there.

 6            Let's see, let me unmute I███ (phonetic).

 7            I███:  Hi.

 8            COACH PIERRE:  (Inaudible) about the phone

 9   ringing.

10            I███, how are things going with you?

11            I███:  Well, I didn't have much time to

12   explore 14, but I watched it.

13            COACH PIERRE:  You watched it.

14            I███:  That's short.  Yeah.  I have some

15   notes (inaudible).

16            COACH PIERRE:  Good.  Do you feel you

17   understand the compensation plan?  I mean, did the

18   numbers just surprise you and blow you out of the

19   water?

20            I███:  Yeah.  I really don't remember the

21   compensation.

22            COACH PIERRE:  Okay.  So I'm not going to

23   unlock 15 for you.

24            I███:  Okay.

25            COACH PIERRE:  I really want to make sure
```

**Attachment DD**

1     you understand it, okay?

2                        I███:  Okay.

3                        COACH PIERRE:  But go through it again, and

4     if -- if you're able to do it and -- and you want to

5     review it with me later on this evening, your time,

6     because I know you're -- it's already late afternoon

7     there, right?

8                        I███:  Yeah, it is in one hour.

9                        COACH PIERRE:  What time is there?

10                       I███:  It's 6:00 p.m.

11                       COACH PIERRE:  Six p.m.?

12                       I███:  (Inaudible).

13                       COACH PIERRE:  Okay.  So take your time with

14    that.  Go through it and study it carefully, okay?

15    And then we'll be able to review it.  Just message me

16    on Skype, because I want to make sure that you stay on

17    track for --

18                       I███:  Okay.

19                       COACH PIERRE:  -- the sessions, okay?

20                       I███:  Okay.

21                       COACH PIERRE:  And then -- because going

22    into 15 and preparing your business plan, which is in

23    the -- you know, the final phase here, it won't make a

24    whole lot of sense if you don't understand the

25    numbers.

**Attachment DD**

```
1              ▮▮▮▮:  Okay.

2         COACH PIERRE:  Okay?  All right, cool.

3              ▮▮▮:  (Inaudible).

4         COACH PIERRE:  So let me do this.  All

5    right.

6         So, then, ▮▮▮▮ (phonetic).

7         ▮▮▮▮:  Hi.

8         COACH PIERRE:  How are you guys doing?

9         ▮▮▮▮:  Oh, wow, I don't (inaudible) on the

10   call.  Is he on?

11        ▮▮▮▮:  I'm here.  I'm here.

12        COACH PIERRE:  Yes, he is.

13        ▮▮▮▮:  Oh, okay.  Hi, babe.

14        ▮▮▮▮:  Hello.

15        COACH PIERRE:  All right, so how are you

16   guys doing?  You've got through 13 and 14, right?

17        ▮▮▮▮:  Yes.

18        ▮▮▮▮:  Yes, sir.

19        ▮▮▮▮:  Yeah.

20        COACH PIERRE:  Good.  So let's start with

21   13.  What'd you get out of that?

22        ▮▮▮▮:  Well, I think it's really cool that

23   Michael Force creates a separate -- he introduces us

24   to -- the team players, because most -- I've been

25   involved with other different types of businesses,
```

**Attachment DD**

```
1    businesses like MLMs, things like that, and they don't

2    really do that, you know?  So I think that was really

3    cool.  I even wrote down their names.  (Inaudible) D.

4    --

5              COACH PIERRE:  Okay.

6              B▆▆▆▆:  -- who I want to met.  She sounds

7    really neat.

8              COACH PIERRE:  She's awesome.

9              B▆▆▆▆:  (Inaudible).  Yeah, she (inaudible)

10   saw a picture of her petting a tiger.  That was really

11   cool.  And -- and so she's COO, and I mean, he just

12   introduced some key players.  And then you have, like,

13   the VP of marketing --

14             COACH PIERRE:  (Inaudible).

15             B▆▆▆▆:  -- what's his -- wait, wait --

16             COACH PIERRE:  I mean, so realize, I mean,

17   we were all in Vegas, by the way.  We were all --

18             B▆▆▆▆:  Yeah.

19             COACH PIERRE:  -- you could (inaudible) with

20   us in Vegas.

21             B▆▆▆▆:  Okay.

22             COACH PIERRE:  This is the team that you're

23   going to get to work with very, very closely as you

24   build your business.

25             B▆▆▆▆:  Right.
```

**Attachment DD**

1          COACH PIERRE:  So, you know, isn't it nice

2     to know that you don't have to know how to create

3     banner ads, for example?  I mean, they're all created

4     for you.

5               B███:  Right.

6          COACH PIERRE:  All these funnels.

7               B███:  Right.  It's really --

8          COACH PIERRE:  The technology that's behind

9     all of this.  Can you imagine doing all of those

10    functions yourself?

11              B███:  You know, it would take a -- it

12    takes a lot.  With me personally, I mean, I -- I've

13    built my own website in the past, and it's something

14    that does interest me, so I -- I like to learn how

15    those things --

16         COACH PIERRE:  Sure.

17              B███:  -- (inaudible) fact that they're

18    created, because it's really time-consuming.

19         COACH PIERRE:  It really is.

20              B███:  Extraordinarily time-consuming.

21    But to be able to have the opportunity to learn to do

22    those -- those things, but then, you know, have them

23    done for you so you can fast track, I -- I think -- I

24    think that's really valuable, so I'm -- I feel really

25    -- I feel really good about that.  And V███ does,

**Attachment DD**

```
 1   too.
 2              COACH PIERRE:  Yeah.  Guys, this -- Michael
 3   Force is incredibly well connected.  And --
 4              B████:  Yeah, yeah.
 5              COACH PIERRE:  -- this team is the -- the
 6   best of the best from around the world.  I've never
 7   seen anything like this before, and I've been around a
 8   long time.
 9              B████:  Right.
10              COACH PIERRE:  To try to duplicate something
11   like this, it would take years and cost millions.
12              B████:  Incredible.
13              COACH PIERRE:  And, in fact, it's -- it's
14   taken Michael years and it's cost him millions to put
15   together.
16              B████:  It's very -- it's very impressive.
17              COACH PIERRE:  Yeah.
18              B████:  It's really impressive.
19              COACH PIERRE:  So what about 14?  Did you
20   guys go through 14?
21              B████:  I love 14.  So, okay, so I saw 14
22   twice.  Last night, a little tired, but I stopped
23   working and then I saw it again this morning while I
24   was driving to work.
25              COACH PIERRE:  So you mean you weren't able
```

**Attachment DD**

```
 1   to sleep?

 2              █████ :  I want to -- yeah, I did sleep.  I

 3   did sleep here.  But we have a baby.  She let me sleep

 4   a little more last night.

 5              COACH PIERRE:  Oh, that's good.

 6              █████ :  Yeah.  But, so, I -- I do want to

 7   go back tonight, because I didn't take a lot of notes,

 8   because it was kind of like I wanted to only watch and

 9   soak it in --

10              COACH PIERRE:  Right.

11              █████ :  -- so I -- I get it, and, ███████ ,

12   you can jump in.  Like, I get it, but I want to now

13   kind of go in and really like kind of break it apart

14   for myself.  I do get this --

15              COACH PIERRE:  That's what we're going to

16   do.

17              █████ :  -- which is -- yeah.  Well, I think

18   -- oh, hold on, hold on.  There's like a truck

19   (inaudible).

20              COACH PIERRE:  ████████ , did you -- ████████ ,

21   did you get the whole compensation plan?  I mean, do

22   you understand the numbers and how everything flows --

23              ████████ :  Yeah, and I'm -- I'm actually --

24   and this -- you know, this is not taking anything away

25   from -- from █████ , but I happen to be a little more,
```

```
1    you know, visionary, like with -- with numbers and so

2    forth.

3                COACH PIERRE:  Uh-huh.

4                ▮▮▮▮:  He is.

5                ▮▮▮▮:  I'm trying to piece that together,

6    so, yeah, I thought the -- I got (inaudible) and very

7    impressive.  I -- I actually kind of documented them

8    and kept them for my own -- my own notes.

9                COACH PIERRE:  Good.

10               ▮▮▮▮:  As a point of reference.

11               COACH PIERRE:  Right.

12               ▮▮▮▮:  You know, yeah, definitely --

13   definitely impressed.  Across the board, you know,

14   from ASPIRE up to APEX, you know, I like the potential

15   conversion.  And then what's even better that you did

16   say that these are like -- you don't even -- like

17   adequate conversion, you know, like I guess benchmark,

18   you know, actually more than was even explained in the

19   video.

20               COACH PIERRE:  Yeah.  It's kind of crazy.

21   When people are first exposed to this and they

22   realize, man, like how is it possible to get these --

23   this type of income, but as the conversions increase,

24   your members will come through your funnel.

25               ▮▮▮▮:  Funnel.
```

**Attachment DD**

1          COACH PIERRE:  It's -- it's mind-blowing at

2     first, but I'm going to break all of this down with

3     you in your business plan, where you're going to --

4          ████:  Oh, good.

5          COACH PIERRE:  -- see --

6          ████:  Yeah.

7          COACH PIERRE:  -- you're going to know

8     exactly when you map -- map out your marketing plan --

9          ████:  Yes.

10          COACH PIERRE:  -- it's exactly what the

11     conversions are like, and the type of income that's

12     generated there as -- as your leads come through your

13     funnel --

14          ████:  And can I say something real quick?

15          COACH PIERRE:  Yeah, go ahead.

16          ████:  So I -- one thing that I -- I did

17     note that V████ and I were like, wow, that -- the

18     jump from RISE to ASCEND, I mean (inaudible) that --

19     that is the next hashtag goal, like, you know,

20     obviously, but --

21          COACH PIERRE:  Right.

22          ████:  -- the jump is wow.

23          COACH PIERRE:  Yeah, it's massive.

24          ████:  (Inaudible).  Yeah, it is.

25          COACH PIERRE:  It is massive.  And more --

**Attachment DD**

```
 1    and you know what's -- it's actually double -- you can
 2    go from ASCEND to PEAK, the income to PEAK is double
 3    what ASCEND is.
 4             B███████:  Wow, yeah, yeah.  It's just really
 5    cool.
 6             V███████:  Well, first --
 7             B███████:  We're happy -- we're excited about
 8    that.
 9         COACH PIERRE:  Well, good.
10             V███████:  Yeah, we're also anticipating more
11    leads at that point, correct?
12         COACH PIERRE:  Yeah.
13             V███████:  (Inaudible), like I provide
14    (inaudible) 500 leads and then from -- from ASCEND on
15    as well from ASCEND is going to be 1,000 leads.
16         COACH PIERRE:  Yep, because you're -- not
17    only are you going to learn more, but I'm telling you
18    guys, it's crazy to think, you've got to be in a
19    position of leadership.  People love to follow
20    leaders, and --
21             B███████:  Right.
22         COACH PIERRE:  -- when you learn this and
23    you start -- you know, when you're a PEAK member, for
24    some reason, everybody comes out of the woodwork.
25    You're going to have more leads seeking you out.
```

**Attachment DD**

```
 1              ▮▮▮▮:  Oh, so, Pierre, I wanted to ask

 2    really quickly before I forget, because I (inaudible)

 3    --

 4              COACH PIERRE:  Uh-huh.

 5              ▮▮▮▮:  So the number of leads, right, to

 6    go from 500 to 2,000, is that because -- what you're

 7    saying sounds like (inaudible).  Is it also because

 8    you're increasing the amount that you're --

 9              V▮▮▮▮:  (Inaudible).

10              ▮▮▮▮:  -- you're spending?  What am I

11    trying to say?  You're spending for the marketing or

12    advertising or something?

13              COACH PIERRE:  Yeah, you're going to

14    learn --

15              ▮▮▮▮:  Yeah?

16              COACH PIERRE:  Yeah, you're going to learn

17    much more advanced strategies to generate --

18              ▮▮▮▮:  Okay.

19              COACH PIERRE:  -- more and more leads.

20    Okay?

21              ▮▮▮▮:  Okay, cool.  Thank you.

22              COACH PIERRE:  So -- and I apologize, guys.

23    These -- these guys are so fired up.  I had a webinar.

24    I had a webinar this morning, and I shared some of the

25    things that I learned while we were at the weekend.
```

**Attachment DD**

1   Everybody's calling me right now.

2            B███████:  Okay.

3            COACH PIERRE:  It -- there are some

4   exciting things happening.  I -- I really can't wait

5   for you guys to -- to get things going.  Your -- your

6   eyes will be opened to a whole lot more.  So for you

7   guys, I'm going to unlock 15.  Now, we're done with

8   these check-in calls.  We're moving into the scale-up

9   phase, and we're going to start mapping out your

10  business plan.  So any questions before we move on

11  about the compensation plan?  Do you feel you

12  understand it?

13           B███████:  I feel I get it.  I am for sure --

14  you can unlock 15.  I'm going to -- I'm going to sit

15  down and watch it again because I actually want to

16  write some -- make some notes.  I get it, I just kind

17  of -- I think you've answered the questions.  You're

18  going to have to help us to kind of really break those

19  down, kind of really see how that actually would play

20  out.

21           I guess that's -- that's (inaudible) how

22  those numbers play out, right?  Yeah.

23           COACH PIERRE:  I'll break everything down

24  with you --

25           B███████:  (Inaudible) yeah.

**Attachment DD**

EX 41
2285

1            COACH PIERRE:  -- and help you map out not

2    only your business plan but your action plan, okay?

3                  █▬▬▬▬:  Right, right.

4            COACH PIERRE:  Your marketing plan.  I'm

5    going to show you how to do this so that you can hit

6    whatever your income goals are.  You're going to have

7    a 30-day goal, a 60-day goal, a 90-day goal.  And

8    we're going to get this thing ramped up.

9                V▬▬▬▬:  Right.  Yeah, I do have -- I know

10   (inaudible) the percentages between -- I'm not sure if

11   there is -- if it's different, but from -- from what I

12   noticed from -- no, not PEAK, ASCEND --

13           COACH PIERRE:  Uh-huh.

14            V▬▬▬▬:  -- to APEX --

15           COACH PIERRE:  Yeah.

16            V▬▬▬▬:  -- (inaudible) at 40 percent.  Is

17   that correct?  And was I reading that correctly?  That

18   it went from like the 60 percent and the 50 percent, I

19   don't know, 40 percent, 40 percent, 50 percent, and

20   you (inaudible) between BASE and -- and RISE or ASPIRE

21   and RISE?

22           COACH PIERRE:  Right.

23            V▬▬▬▬:  (Inaudible) at 40 percent

24   (inaudible) as far as the -- the conversion.

25   Conversion percentage (inaudible) right?

**Attachment DD**

1          COACH PIERRE:  I'm not sure.  I'm not sure

2     I'm following completely.  The conversions -- you're

3     going to find that they continue to increase, right?

4     So when you go from your BASE, RISE, to ASCEND, it's

5     over 30 percent.  From ASCEND to PEAK, it's over 50

6     percent.  Is that what you're talking about, is the

7     conversion ratios?  Or are you talking about the

8     income?

9          V███████:  Hmm, see that -- yeah, I think

10    that's what -- I could show -- I could show you

11    better.  It's just that I'm --

12         COACH PIERRE:  Okay.

13         B████:  Well, maybe he's going to explain

14    it in our plan, V███████.  Maybe it will wait for the

15    one-on-one, you know?

16         COACH PIERRE:  Yeah, we're going to go

17    through all of this in the business plan.

18         V███████:  Okay.

19         COACH PIERRE:  So but it may be worth

20    reviewing again just to make sure that you got a good

21    handle on it.

22         So here's what I'm going to do.  I'm going

23    to send you a -- what they call a workbook.  It's a

24    two-page PDF document.  So don't feel scared, you

25    know?  It's not a workbook.  I'm going to email you

**Attachment DD**

EX 41
2287

1    this stuff -- this PDF file.  This is just to help you

2    start mapping out some of the things in your own mind

3    that are going to go into your business plan.

4             So begin by completing all of the

5    assignments in 15, and then complete the workbook, and

6    then go to my -- my calendar and schedule a business

7    plan workbook review, okay?

8             B████:  Okay.

9             COACH PIERRE:  Because in that session is

10   where we're going to review everything in that

11   workbook.  Again, it's just two pages.

12            B████:  Cool.

13            COACH PIERRE:  But these are -- and be

14   honest with yourself when you complete it, okay?

15            B████:  Mm-hmm.

16            COACH PIERRE:  The things that are going

17   into your business plan, and then when we map out your

18   business plan, sometimes it takes two, three times to

19   kind of flesh it out, and then --

20            B████:  Okay.

21            COACH PIERRE:  -- I'll help you map out your

22   action plan and we're off to the races.

23            B████:  Ooh, yay!  Sounds exciting.  Thank

24   you so much --

25            COACH PIERRE:  Okay, good.  Any questions

**Attachment DD**

EX 41
2288

```
1    from everybody?  Anyone?  Anyone?
2              B____:  No.
3              COACH PIERRE:  No?  J____, you're good?
4              MR. TYNDALL:  I'm good.
5              COACH PIERRE:  Okay.  T____?  Good?
6              I____, you're going to review 14 again,
7    right?
8              I____:  Okay, yes.
9              COACH PIERRE:  Okay, perfect.  All right,
10   guys.  Well, listen, make it a great day today.
11             B____:  Thank you, Pierre.
12             COACH PIERRE:  Get fired up.
13             V____:  Thank you.
14             COACH PIERRE:  Are you listening to the
15   wake-up calls?
16             B____:  Yes, yes, yes.  I have to catch --
17             V____:  (Inaudible).
18             I____:  (Inaudible).
19             COACH PIERRE:  I apologize.  I got to get
20   to my team.  They're, like -- it's blowing up right
21   now.
22             B____:  Bye.
23             COACH PIERRE:  Okay, bye.  Have a good one.
24             V____:  Have a good one.
25             (The call was concluded.)
```

**Attachment DD**

1

2          MR. TYNDALL:  This ends the call.

3          (The recording was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment DD**

```
 1                    CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4             I, Sara J. Vance, do hereby certify that the

 5    foregoing proceedings and/or conversations were

 6    transcribed by me via CD, videotape, audiotape or

 7    digital recording, and reduced to typewriting under my

 8    supervision; that I had no role in the recording of

 9    this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12             I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                         SARA J. VANCE, CERT

23

24

25
```

**Attachment DD**

EX 41
2291

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

      MATTER NO.      1723060

6

      TITLE          DIGITAL ALTITUDE

7

      DATE           RECORDED:  DATE UNKNOWN

8                    TRANSCRIBED:  NOVEMBER 6, 2017

9     PAGES          1 THROUGH 14

10

11

12                  ASPIRE+STARTUP+STEP+13+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24                  For The Record, Inc.

25      (301) 870-8025 – www.ftrinc.net – (800) 921-5555

```
1                    FEDERAL TRADE COMMISSION

2                          I N D E X

3

4        RECORDING:                              PAGE:

5        ASPIRE+STARTUP+STEP+13+AUDIO               4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:            )

4     Digital Altitude             )   Matter No. 1723060

5                                   )

6     -----------------------------)

7                                   Date Unknown

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3              ASPIRE+STARTUP+STEP+13+AUDIO

 4         MICHAEL FORCE:  Hello, Michael Force here

 5    again.  Welcome to ASPIRE, the scale-up Step Number

 6    13, Step Number 13 here.  So congratulations and well

 7    done on getting this far.  You've already made it

 8    further than the average member, and you should take a

 9    moment to really pat yourself on the back.

10         In this lesson, I'm going to talk to you

11    about the Digital Altitude family here and how they're

12    going to help you get to the top.  So let's begin and

13    jump in.  What I found out very early on is that it's

14    nearly impossible to do everything yourself, no matter

15    how much you try.  Running a real online business

16    requires a lot of different skills, and if you try to

17    master everything yourself, you're going to get

18    overwhelmed, and there's just no -- not much you can

19    do about it.

20         I realize that I needed a team and I needed

21    a really good team, a lot of A players around me, who

22    could help me in the areas where I wasn't very strong.

23    Now, one of the important things about that is it's

24    all about the people that you're going to run with and

25    that you're going to work with.  If you -- now, if you
```

1    think of anything millionaire or even billionaire,

2    you're not going to find any of them and who's done it

3    all by themselves.  If you actually read their stories

4    or ask them how they got where they are, they'll tell

5    you that they had some kind of key team involved

6    supporting them.

7           Digital Altitude is no different, and

8    neither is your position in Digital Altitude.  The

9    good thing about DA is that we're essentially giving

10   you that team.  Your role on this entire thing is

11   simple, and that's really to generate targeted leads

12   or visitors to your website, to generate traffic, if

13   you will.  That's -- if you're going to promote DA as

14   your main affiliate opportunity or income vehicle,

15   that's really your only job.  Everything else has been

16   virtually done for you.  All the technical support,

17   finance, everything in between has all been done for

18   you.

19           Now, what we've seen over the years is that,

20   you know, birds of a feather flock together

21   essentially, and if you've ever seen a flock of geese,

22   usually they're all flying together.  So if they're

23   going in -- in one direction, if one of them is going

24   in another direction, it's likely that all the others

25   are either going to follow or start heading in that

**Attachment EE**

1    direction too.

2            Well, when you got 20 geese going in 20

3    different directions, it doesn't work.  It just

4    doesn't work.  Again, that's why I have to be very

5    careful about getting the right people onboard.  I

6    actually want to introduce you to just a few of these

7    people here in just a minute.

8            First of all, I won't spend much time on

9    myself because already we've -- you've kind of got to

10   know me at this stage.  You've already heard my back

11   story.  Like I said, I got started back in 2010 -- or

12   excuse me, 2000 after I got out of the United States

13   Marine Corps.  I started Digital Altitude in 2015, so

14   15 years online or so, and I've been a top affiliate

15   in every company I've been involved in.

16           Some of them had really good back ends.

17   Some of them had no phone teams.  Some of them you had

18   to do the sales yourself.  I saw a lot of holes in the

19   current business model that I was -- and I wanted to

20   make some changes and do some things different here,

21   and I wanted really to make Digital Altitude the best

22   of the best.

23           Now, after all of that, I can tell you

24   that, you know, it has been -- it's taken almost a

25   year to develop all of this, working 18 hours a

**Attachment EE**

1    day, putting over a million dollars into it, and

2    all the expenses and everything that comes with it

3    on a monthly basis, to the tune of, you know,

4    hundreds of thousands of dollars in -- in expenses and

5    payroll.

6          And I can tell you that it's worth it.  It

7    is a lot of work, and it's a -- it's a challenge,

8    but it's my passion and it's what I love to do.  I

9    love to help people.  So when I first got started,

10    I could tell you that it wasn't easy.  I had to do

11    the climb and had to work my way up.  But now,

12    today, there's a lot of people a part of this --

13    almost every single person on my team has been in

14    the industry for ten years or more and they have a

15    lot of experience.  They're going to help you climb

16    the mountain.

17          So I want to introduce you to them.  We have

18    about currently 25 staff members.  That's including

19    some contractors and some of our core team, and our

20    management team is the one I want to introduce you to.

21    You can always go to DigitalAltitude.co.  That's our

22    main company website, and you can look under About and

23    Team and you'll see who's on -- who's on our core

24    team.

25          First and foremast is Mary Dee, chief

**Attachment EE**

```
 1    operations officer.  I've known Mary since 2005, and

 2    she's an incredibly experienced, highly successful

 3    executive investor and lifestyle architect.  She is

 4    really a workhorse, and she also has a passion for

 5    traveling.  She's been training and aspiring people

 6    from around the world to create a life of abundance

 7    and prosperity really since 1997.

 8            Her loves include chocolate, dogs, massages,

 9    and international travel.  She does reside here in

10    Southern California with her husband and three dogs

11    but somehow finds the time to help run Digital

12    Altitude.

13            I also have Jeremy Miner.  Jeremy Miner has

14    been in the game probably since about 2005, 2003,

15    2004.  He is just kind of a wizard when it comes to

16    sales.  He's the -- has his own company, including a

17    seven-figure sales training.  He does a lot, a lot of

18    good stuff.  He loves people, loves to work with

19    people, helps people.  And he's an incredible sales

20    trainer.  And he's also married and has three kids as

21    well.

22            Alan Moore (phonetic), chief technology

23    officer.  Alan, I've known Alan probably -- probably

24    about 12 years or so, really good guy, Australian but

25    lives here in the States, lives up in Boston with his
```

**Attachment EE**

1    wife and two kids.  And he's just the wizard behind

2    the scenes, not much he hasn't done.

3          A lot of my management team you'll find has

4    multi-various skill sets across the board.  They can

5    do many different things, as is the case usually with

6    a lot of people who are familiar with online business.

7    They just kind of learn it through osmosis, as I have

8    done as well.

9          I also have Dion McIntosh, VP of

10    business development.  Dion has a high level of

11    entrepreneurial experience, and he's helped consult

12    many multi-billion-dollar direct sales companies.

13    He's helped Warner, Disney, BMG.  He's a family man,

14    three kids.  Our families hang out.  Great guy.  He's

15    done a -- he's helped consult a lot of technology

16    startups.  He's really a rare combination of high-

17    level skills in areas like personal branding, design,

18    copywriting.  And he lives in the Hollywood Hills, up

19    next to me.

20          This is Emron (phonetic), our CTO and former

21    architectural designer who lives in London.  I first

22    met Emron in a luxury resort about five, seven years

23    ago.  This is a photo of him and actually my daughter

24    on his -- on his back there, and they were playing one

25    day.  And he's been building websites and working with

**Attachment EE**

1      some of the best of the best and the top leaders in

2      this industry and is really a funnel architect, has a

3      -- an under -- undergraduate degree, and -- and he's

4      really a master of -- of, you know, funnels and -- and

5      really a lot of different things.

6             It's really even almost hard to articulate

7      it.  He does so many technical things and marketing.

8      He's really been my right-hand man.  He was my first

9      hire at Digital Altitude.  And he's just an all-around

10     great guy.  He lives in England with his wife, one of

11     the first person -- people I approached, as I said,

12     with Digital Altitude.  He is just a -- a great guy

13     all around, Emron, so...

14            Also an experienced digital marketer,

15     business analyst and yoga teacher, Cat has worked with

16     international businesses to drive sales, projects,

17     growth, and planning.  She has an undergraduate degree

18     in business analyst [sic].  She's result-orientated.

19     She's very detailed.  She's really good with sales

20     funnels, pretty much anything marketing-related.

21     She's just a wizard when it comes to it.  She's -- has

22     a real keen eye for detail.  She's a world traveler.

23     She speaks fluent Spanish and is working towards

24     mastering French, and she currently resides up in

25     Vancouver, Canada.

1        I also have Travis Cody, our chief

2   copywriter.  He's been in the space for a good 10, 12

3   years or more.  He was a former screenwriter, got into

4   internet marketing, and has written really from Agora

5   on down, some of the largest, you know, offers out

6   there.  Agora is one of the biggest ones.  It offers a

7   lot of offers, but (inaudible) Kern and just on down,

8   he's really written for everyone.

9        He's the number one writer for John Benson

10  who created the video sales letter.  He has a wife.

11  He lives here in Santa Monica and just a great guy all

12  around, Travis Cody, chief copywriter.  He handles all

13  of our sales letters, all of our copy.  Very, very

14  good guy.

15        Now, I don't need to show everyone on the

16  team because there is quite a few of them, but my main

17  point is what I'm showing you here is that there is a

18  very capable, professional team with years and years

19  of experience, literally over 100 years of experience.

20  And I'll say it one last time:  Your job, your role in

21  this whole thing is really simply to go and generate

22  traffic.  We've done every single thing else for you,

23  and it's all plugged in and ready to go.

24        One of the things I've learned over doing

25  this for 15 years is now is -- is -- that, you know,

**Attachment EE**

EX 41
2302

1    you've got to earn while you learn, but ultimately

2    you're going to get up the mountain, you're going to

3    get there, and you're going to succeed.  So don't try

4    to learn everything all at once before you take

5    action.  You definitely have to take action and earn

6    while you learn.  The more you put on your plate, the

7    harder it's going to be for you to succeed because

8    chances are you might be new at this, but you haven't

9    had any success in the industry.  Largely, you're

10   doing this for the first time.

11          What I've tried to do is make it as simple

12   as possible by removing all of that, the trial and

13   error and all of the issues that people run into and

14   really give you kind of the business in a box that

15   allows you to succeed and get up the mountain and

16   educate yourself, no matter what your passion,

17   interest, or ideas.

18          Every time you make a sale, Digital Altitude

19   makes a sale.  The more sales that you make, the more

20   sales we make.  So we have a win/win here.  We are set

21   up to succeed together.  We want to help you.  We want

22   to lift you up and get you where you're going.  Now,

23   there is going to be action steps, and then you can go

24   and apply it.  You go and just -- and simply apply

25   what we ask you to do and you will get results.  It's

**Attachment EE**

13

```
 1    just that simple.

 2               So I'm going to look forward to seeing you

 3    on the next step.   Take care, and we'll see you there.

 4               (The recording was concluded.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment EE**

```
 1                    CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4          I, Sara J. Vance, do hereby certify that the

 5     foregoing proceedings and/or conversations were

 6     transcribed by me via CD, videotape, audiotape or

 7     digital recording, and reduced to typewriting under my

 8     supervision; that I had no role in the recording of

 9     this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of

11     the recording media.

12          I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were

15     transcribed; and further, that I am not a relative or

16     employee of any attorney or counsel employed by the

17     parties hereto, nor financially or otherwise

18     interested in the outcome of the action.

19

20

21     DATE:  11/6/2017

22                          SARA J. VANCE, CERT

23

24

25
```

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                          FEDERAL TRADE COMMISSION

3

4

5

      MATTER NO.      1723060

6

      TITLE          DIGITAL ALTITUDE

7

      DATE           RECORDED:  DATE UNKNOWN

8                    TRANSCRIBED:  NOVEMBER 6, 2017

9     PAGES          1 THROUGH 18

10

11

12                   ASPIRE+STARTUP+STEP+14+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24                   For The Record, Inc.

25        (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
1                    FEDERAL TRADE COMMISSION

2                          I N D E X

3

4    RECORDING:                              PAGE:

5    ASPIRE+STARTUP+STEP+14+AUDIO              4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:          )

 4     Digital Altitude          )   Matter No. 1723060

 5                                )

 6     -----------------------------)

 7                                Date Unknown

 8

 9

10

11            The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3              ASPIRE+STARTUP+STEP+14+AUDIO

 4         MICHAEL FORCE:  Hello, Michael Force here

 5   again.  Welcome to the ASPIRE Scale-Up Step Number 14

 6   here.

 7              Today, I'm going to be covering some real

 8   high-level business and development concepts all

 9   leading to how you can live essentially a four-hour

10   workweek.  That sounds great, doesn't it?  Well, it's

11   the ultimate goal of every entrepreneur.  And in this

12   step, I'm going to give you some real actionable

13   content to help you get on the way to achieving this.

14   So let's go.

15              Our comp plans and why you must get

16   positioned to be profitable here.  Let's jump in.

17   First and foremost, we have the ASPIRE digital

18   business system.  Now, the ASPIRE digital business

19   system, as you know, has three levels of membership.

20   You're already a Walker.  We have the $67 Hiker, and

21   we have the 127-a-month Climber here.  They all

22   include a little bit more, 40, 50, and 60 percent.

23   You're probably already familiar with the comp plan.

24   If you're not, I'm going to go into it in full detail

25   with you.
```

**Attachment FF**

1          We have three levels of membership.  Again,
2    you're a Walker right now.  If you did get the RISE or
3    ASCEND, you are going to want to -- you are definitely
4    going to want to get to Hiker or Climber because,
5    again, you're getting it 50 percent on two tiers of
6    payout or 60 percent, which is maxing out the comp
7    plan at Climber.  So you really want to make sure that
8    you are a Climber.
9          You're already at Walker.  Like I said, if
10   you stay at Walker, you only earn 40 percent on one
11   tier, it makes no sense, 50 percent at two tier,
12   doesn't make a lot of sense either.  Sixty percent at
13   three tiers makes all the sense in the world, so you
14   can get three tiers.  You can leverage your team.  You
15   can have two extra tiers of income.
16         So, at 127 a month, anyone that comes on
17   your team, you're going to earn $76.  Anyone that they
18   bring on their team is going to earn 13, anyone they
19   bring on their team is going to earn $6.  It's only
20   three tiers.  It's not MLM or network marketing or
21   anything like that.  It's just a three tiered
22   affiliate program that you can leverage and create a
23   lot of income streams with.
24         So potential conversions with ASPIRE, if you
25   get about 500 leads, the retail cost is 37, 67, or

**Attachment FF**

1    127.   Conversions are 5 percent, 60 percent.  That is

2    typically what we see over time.  So out of 500, 25

3    will turn into Walkers, 15 will turn into Hikers, and

4    9 will turn into Climbers.  That pays 15, 27, and 76,

5    respectively for each.  So what are the totals?  You'd

6    earn 375, 405, 684.  And then if you combine all those

7    up, you're earning $1,500 a month, which, again,

8    stacks up every single month you bring in 500 leads,

9    right?  So it starts to compound.  It only takes six

10    months and you're earning ten grand a month in

11    residual.  This is only ASPIRE, okay, at the Climber.

12              Now, we have BASE digital business mastery

13    course.  That's the 797, $597 with the discount.

14    Again, the comp plan, Walker, Hiker, Climber applies

15    there again, so you want to be Climber, of course, and

16    earn those three tiers.  Get the full 60 percent

17    payout over three tiers.  597 is retail, so you could

18    make $270 a sale on top of 60, on top of 30 with your

19    second and third tier.  It's very, very lucrative when

20    you start to build a team here and you start to bring

21    in, you know, people and new customers and members.

22              So being Climber makes the most amount of

23    sense as I've said many, many times.  So what are the

24    potential conversions on that is, again, 500 leads.

25    That's the retail cost, that's the conversion, those

**Attachment FF**

```
1    are the number of people.  That's the -- what you get

2    paid per and this is the totals and this is -- if you

3    add them all together, you bring in $2,500 a month

4    just being at the BASE level.  Of course, in most

5    cases, all of you are already at the BASE and/or RISE

6    levels and you're going to learn about ASCEND and PEAK

7    and APEX here.

8            RISE digital marketing mastery course, all

9    plugged in there.  You know, we know what that

10   involves.  I won't go over that again.  We went over

11   that in Step 9 and 10.  1,997.  And RISE -- or the

12   Walker, Hiker, and Climber apply here as well.  So you

13   want to be a Climber, you want to get up to that 127 a

14   month and -- and commit to that.  Get your three tiers

15   of payout, get your full 60 percent.  Twenty percent

16   less for a coach, of course, because they're closing

17   the sale and helping to assist the sale for you.  So

18   you're definitely going to want to pay them that 20

19   percent because what's -- what's 100 percent of

20   nothing?  You want these people handling -- they've

21   been doing it for years, if not a decade or more, and

22   they know how to -- to generate sales for you.

23           So 900, 200, and 100, really a total payout

24   of almost $1,200 there.  So very, very lucrative to be

25   a climber, as I said, with the 127 a month and be a
```

1    RISE member.  So -- and here's why.  Because if you

2    look at the conversions, again, retail conversions,

3    number of people, the amount you get paid per and then

4    the totals and then basically adding all those numbers

5    up.  You're earning $4,000 a month with 500 leads.

6    Only 500 leads.  So to earn $4,000 a month, generate

7    500 leads, you're off to the races.  And that's one of

8    the powers of being RISE.

9            But if you really want to take it to the

10   next level, it's ASCEND.  This is where profit really

11   begins and you can get off and running.  RISE will

12   help pay for your advertising.  But to get ASCEND is

13   the digital business profit workshop.  That's where

14   you're going to want to be positioned, definitely at

15   the very minimum, $9,997.  Because Walker, Hiker, and

16   Climber, again, you're earning a $4,500 commission.

17           Keep in mind that if you are not an ASCEND

18   member, it's going to roll up to the person above you.

19   If you're not a PEAK member, it's going to roll up to

20   the person above you.  And if you're not an APEX

21   member, it's going to roll up to the person above you.

22   That can become extremely costly, as you'll soon

23   learn.

24           So, $4,500 commissions on the far right is

25   your potential on your first tier; 1,000 on your

**Attachment FF**

1    second; 500 on your third.   Sixty percent over three

2    tiers, you want to be a Climber.   There's just no buts

3    about it.   $127 a month less, than a car payment, can

4    essentially have a huge impact on your commissions.

5           So what are the conversions at ASCEND?

6    Well, this is where you start to get profitable, like

7    I said, for what you're spending in advertising.

8    Again, retail at the top, conversions and the

9    percentages and the numbers.   So if 2,000 leads come

10   in, 25 turn to Walker, 15 turn to Hiker, 9 turn to

11   Climber, three and a half turn to BASE, 1.5 turns to

12   RISE, ASCEND -- 3 turns to ASCEND.

13          So what are the totals?   That's what you

14   would earn on each, and then that's the totals, and

15   then you add them all up and you're earning $30,000 a

16   month.   That's the power of ASCEND.   That's why you

17   want to be in ASCEND at the very minimum because for

18   only 2,000 leads, you're earning $30,000 a month.   If

19   you remember RISE, you're only making about 4- or

20   5,000 a month.

21          Go to ASCEND, now you're making the big

22   numbers, 20-, 25,000.   This doesn't include tiers or

23   pass-ups.   This doesn't include any of the other

24   residuals or picks and shovels and things and -- and

25   solutions and stuff that we're going to have as other

**Attachment FF**

1    additional income streams.  Extremely lucrative to be

2    at the ASCEND level.

3             And then PEAK, of course, even more

4    lucrative.  PEAK is a beautiful, amazing event in the

5    Bahamas or Caribbean, Mexico, Dominican Republic,

6    16,997.  Again, you -- you don't really want to be a

7    Walker or a Hiker here at 37, 67.  You want to be a

8    Climber at the 127, 60 percent tier, over three tiers.

9    Tier one, you're going to earn a $7,650 commission.

10            A percentage of your team are going to buy

11   these anyway, regardless if you're at the PEAK level

12   or not or if you're at APEX.  Okay?  If you're not at

13   APEX, you're going to pass all those up.  So you want

14   to be positioned to capitalize.  And, of course, you

15   also want to go to the event.  So, tier one, 7,650;

16   $1,700 at tier two; 850.  Got to be a Climber.

17            And if you really want to make the big money

18   here, here's how to do it.  Remember at the top, you

19   got your retail, you got your conversion percentages

20   from level to level to level.  You've got how many

21   people are coming through, 150, 90, 54, 27, 10.8, 4.3,

22   1.7 are coming to PEAK.  So out of 3,000 leads, only

23   about two peaks, but you're still going to earn huge

24   commissions on that.  That's why the tiered product

25   mix works so well.  That's why the ascension model

**Attachment FF**

1    works so well.

2              So what are the totals?  Look at that,

3    $60,000 is where you're at.  That's the key.  That's

4    how the big top earners and leaders in this space and

5    industry make all of the money they do.  This is how

6    you make $50-, $60, $70-, $80,000 a month.  I've been

7    doing minimum that for the last 15 years.  I'll show

8    you on APEX what I've been doing.

9              Again, it doesn't include tiers or pass-ups,

10   doesn't include residuals, doesn't include anything

11   else.  It can even be more lucrative than that.  So

12   let's jump to look what APEX is and how lucrative

13   APEX, the digital business legacy experience, and why

14   you want to get to this event.  Definitely get that

15   $3,000 discount.  Get positioned.  Walker, Hiker,

16   Climber.  Retail, 27,997.  Tier one, $12,600 in

17   commission.  That's crazy.  Tier two, 2,800.  Tier

18   three, 1,400.  That means your team, on tier two and

19   tier three, is bringing you those sales and you did

20   nothing for it.  2,800, $1,400, that's leverage.

21             Imagine every week getting a $2,800 check

22   from someone on your team who had an APEX sale.

23   That's all money going to the bank.  And imagine what

24   that stacks up on an annual basis.  Okay?  That's just

25   per week or per day what could potentially come

**Attachment FF**

EX 41
2316

1    through.  So 60 percent over three tiers, that's a

2    huge commission.  And this is exactly why you want to

3    be at APEX here.  So -- a little typo up there in the

4    top.  This is not PEAK; this is APEX.

5            So leads, 37, 67, 127, 597, okay?  1,997,

6    those are all the retail.  This is the percentages.

7    This is the number of people that are going to come

8    through.  This is the -- what you get paid per.  This

9    is the totals for each and that's the totals adding

10   every single one of those income streams up.

11   Remember, these are income streams.  Remember, if

12   you're not an APEX, you're not making that -- that

13   14,000 that you see, 515.  If you're a PEAK, you're

14   not making that 22,032 right there.  You're not making

15   32,400 if you're not the ASCEND.  You are leaving

16   $60,000 on the table by not being an ASCEND, PEAK, and

17   APEX.  Incredibly powerful.  You have to be mindful.

18   This is exactly how I have generated over $100,000 a

19   month minimum for the last 15 years.  This is how

20   every leader and top producer in this space does it.

21           A percentage of your customers -- if they

22   all come in Walker on the far left, right, a

23   percentage will upgrade, okay?  It's just historical

24   data that we've seen.  It may sound, you know,

25   incredible to you that someone would buy 27,000,

**Attachment FF**

1    16,000, or 9,000 for a beautiful five-star event

2    that's all inclusive for two around the world, but

3    I'll tell you, they do it all day long.  People spend

4    billions of dollars on that every single year.

5            So you might as well capitalize.  A

6    percentage is going to buy that comes through on your

7    team.  Just are you positioned to capitalize, or is

8    that sale going to roll up to your team member?

9            This is the other great example I've already

10   showed you many times.  If you owned a cell phone

11   store and all you sold was iPhones and someone came in

12   and wanted 50 iPhones for their employees, at $100

13   apiece, you'd make 5,000.  But what if you didn't sell

14   the iPads?  You'd miss out on 12-5.  What if you

15   didn't sell the MacBook Pros?  You'd miss out on 18.

16   What if you didn't sell the iMacs, a percentage?

17   Okay, he wants 25 iPads for his employees; he wants 12

18   for his upper management; he wants six for his core

19   management team.

20           Okay?  This is going to happen, and you are

21   going to miss out on all of that if you are not an

22   ASCEND, PEAK, or APEX.  You're going to miss out on

23   51,500 in revenue, okay, in this example.  That's a --

24   you'd probably miss out on even more in the ASCEND,

25   PEAK, and APEX.  So be mindful of that.  You're going

**Attachment FF**

1    to spend the same amount of money on marketing and

2    advertising driving people to your website.  So you

3    might as well get positioned and you might as well get

4    those profits and capitalize.

5            That's why Apple's the most valuable company

6    in the world, $100 billion.  This is exactly why you

7    will be so much more successful if you are an ASCEND,

8    PEAK, or an APEX.

9            So really what's the lesson here?  The

10   lesson is if you're not positioned, your commissions,

11   at least for ASCEND, PEAK, or APEX are going to your

12   PEAK and APEX sponsors.  That means they're going to

13   pass-up.  Okay?  So even if you are an ASCEND member

14   and you do get a PEAK, not only are they going to pass

15   up the commission, but you're also going to pass up

16   that team member.  That is powerful.  So whatever that

17   team member produces at PEAK, you're going to lose.

18   Whatever that team member produces at APEX, you're

19   going to lose.  So you want to be mindful that not

20   only are you passing up the commission, but you're

21   also passing up the member at that level.

22           This also applies to all future commissions

23   from that sale.  This is the part that most people

24   don't understand.  It's not just the commissions that

25   you pass up, it's those people and their production.

15

 1     It can end up being a lot more in the long term.

 2     That's why it's important you read over the comp plan.

 3             I want to stress to you -- I mentioned this

 4     in an earlier step -- being in DA and being fully

 5     positioned is what we're talking about.  This is a

 6     side of promoting this as a partner.  You might be

 7     asking, well, what am I doing extra to get these

 8     $3,000 and $5,000 commissions or more, $12,000

 9     commissions.  It's not so much what you're doing, it's

10     about the system that you own now.  That is the key

11     part.

12             If you think about doing this, give it some

13     serious thought about getting fully positioned right

14     from the start.  Our most successful partners usually

15     do this, and they all do it getting all the

16     commissions from the very start.  They get positioned

17     at the top and they max out the compensation plan.

18     The other reason is that you never know what the

19     person's going to be or who will get started with you.

20     It could be your first sale, okay?  Your first sale

21     could be an APEX and you're going to miss out on all

22     of those commissions.

23             We have financing and funding options that

24     you can go over with your coach in detail, and they'll

25     walk you through on exactly how to do that.  Every

**Attachment FF**

1    business on the planet has -- 95 percent of them have

2    had to get financing and funding to get positioned, to

3    maximize their profits.  If you bought a McDonald's

4    tomorrow, are you going to be able to come up with a

5    million dollars?  No.  You're going to have to get a

6    loan.  That's just the bottom line.  But once you own

7    that McDonald's, that's a machine that's pumping out

8    cash every single day, okay?

9            So remember, the first customer that you

10   get, if they decide to go and promote the business,

11   and many of them do, you'll never know what kind of

12   production they may have done because you will have

13   passed up that ASCEND, PEAK, or APEX to your refer.

14   Maybe then you'll be next to the top earner in DA.

15   And if you want to be able to earn residuals and

16   everything like that, it's especially ASCEND, PEAK,

17   and APEX commissions.  This is where it's most

18   important in position to get right from the start.

19   Again, you never know who they are going to be.  What

20   if your next recruit turns out to be one of our top

21   earners?  You have to be positioned to capitalize.

22           Now, after you've done that and you're

23   confident that you understand the compensation plan,

24   talk to your coach.  I want you to reach out to them

25   today.  Whoever that is, I want you to pick up the

**Attachment FF**

EX 41
2321

```
1    phone and call them, Skype them, message them, okay?

2    Especially if you have questions about the

3    compensation plan and how it works and how you can

4    position yourself.  Reach out to them.  Because they

5    understand it very well.  That's their role.  They're

6    here to help you understand everything and make sure

7    that you have no unanswered questions.  Reach out to

8    them.  Let them know that you're progressing through,

9    you're ready to go ASCEND to PEAK and APEX and you are

10   done with Step 14, you're ready to move on to Step 15.

11           And I will see you on the next step.  Take

12   care.  We'll see you there.

13           (The recording was concluded.)

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment FF**

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12             I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:  11/6/2017

22                              SARA J. VANCE, CERT

23

24

25
```

**Attachment FF**

                                    J███████████████████████████████

---

## Business Plan Workbook
3 messages

---

**Pierre .** <pierre@digitalaltitude.co>                          Tue, Oct 24, 2017 at 12:10 PM
To: ████████████████████

AWESOME job, J████ !

You DID IT!  We've now completed the Setup phase of the program!

I've gone ahead and unlocked Step 15 for you to complete.  This is by far the **most important** phase of the
whole program.  Be sure to complete ALL assignments in Step 15 before completing the attached Business
Plan Workbook.  Answer each question as honestly as you can, then return a copy to me.

Our next Step is to schedule a **Business Plan Prep** session in my calendar.  If you don't see any available
times right away, please check again periodically to book yourself into the next available spot there.

In that session, we'll review a few things from the workbook, so be sure to have your completed copy
handy.

Speak soon!


**Pierre B.**
Senior Coach; Digital Altitude
eMail:    pierre@digitalaltitude.co
skype:    pierreandlaura
phone:  805.617.3684

---

 **Business Plan Workbook.pdf**
121K

---

J█████████████████████████████                               Wed, Oct 25, 2017 at 3:08 PM
To: "Pierre ." <pierre@digitalaltitude.co>

Hi Pierre, I'm trying to call in for the meeting but I can't get thru
[Quoted text hidden]

---

J█████████████████████████████                               Wed, Oct 25, 2017 at 3:13 PM
To: "Pierre ." <pierre@digitalaltitude.co>

Sorry, nevermind, just saw your skype msg, hope you fee better
[Quoted text hidden]

---

**Attachment GG**                                                        EX 41
                                                                         2324
https://mail.google.com/mail/u/0/?ui=2&ik=13a40c0ad7&jsver=pkG7biCEwPU.en.&view...  1/12/2018

ASPIRE

# Business Plan Workbook

NAME: _____    DATE: _____

## #1 – My persona trait(s) and/or characteristic(s) that have hed me back from the ife I desire are...
  - 
  - 
  - 
  - 
  - 

## #2 – My biggest fear(s) is/are...
  - 
  - 
  - 
  - 

## #3 – My biggest motivation is...
  - 
  - 
  - 
  - 

**Attachment GG**

# Business Plan Workbook

**#4** - My income targets for my business over the next
30, 60 and 90 days are...

📅 30 DAYS $_____     📅 60 DAYS $_____     📅 90 DAYS $_____

**#5** - WHY do you want to earn those profits each month...
(what are you going to do with that cashfow exactly?)

**#6** - How important is it for you to accompish those goas above
(On a scae from 1 to 10, where 10 is a "MUST!")

○   ○   ○   ○   ○   ○   ○   ○   ○   ◉
1 — 2 — 3 — 4 — 5 — 6 — 7 — 8 — 9 — 10

**#7** - Te me WHAT you want your business to ook ike
1 year from now? (what do you want your future to be ike?)

**Attachment GG**

EX 41
2326

1             OFFICIAL TRANSCRIPT PROCEEDING

2

                  FEDERAL TRADE COMMISSION

3

4

5

    MATTER NO.      1723060

6

    TITLE          DIGITAL ALTITUDE

7

    DATE           RECORDED:  OCTOBER 24, 2017

8                  TRANSCRIBED:  NOVEMBER 6, 2017

9   PAGES          1 THROUGH 27

10

11

12          2017-10-24_12-17-58 (Fourth S2 Call)

13

14

15

16

17

18

19

20

21

22

23

24          For The Record, Inc.

25   (301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment HH**

EX 41
2327

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                              PAGE:

5    2017-10-24_12-17-58 (Fourth S2 Call)      4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment HH**

```
1                   FEDERAL TRADE COMMISSION

2

3     In the Matter of:            )

4     Digital Altitude            )   Matter No. 1723060

5                                  )

6     -----------------------------)

7                             October 18, 2017

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment HH**

4

```
1                    P R O C E E D I N G S

2                     -    -    -    -    -

3              2017-10-24_12-17-58 (Fourth S2 Call)

4              COACH PIERRE:  Hello, hello.

5          MR. TYNDALL:  Hello?

6              COACH PIERRE:  Who do we have?  Is that

7    J███?

8                  MR. TYNDALL:  Yeah, it's J███.

9              COACH PIERRE:  Hey, J███, how are you?

10         MR. TYNDALL:  Good.  How are you doing?

11             COACH PIERRE:  Hey, I'm doing great.  Let's

12   see, what's the latest with you?

13             MR. TYNDALL:  Oh, nothing much.  My -- my

14   kid was sick, so I'm -- I missed a few calls last

15   week.

16             COACH PIERRE:  Oh, okay.  No worries here.

17   Let me pull everything up.  What steps are you on

18   right now?

19             MR. TYNDALL:  I just finished Step 14.

20             COACH PIERRE:  Awesome.  I see S██ is on.

21   S██ -- where -- what steps are you?

22              S███   Hello?

23              S██, are you there?  Can you hear me?  Let's

24   see if we can get a little chat going.

25              S██, I don't know if you can hear us.  All
```

**Attachment HH**

```
 1    right, well ,let's continue on, J███.  Let me go back

 2    to you, because, S█, I -- I don't know if you're

 3    there.  I don't know if you see my Skype or my chat

 4    message.

 5                But, J███, what did you get out of 13?

 6    Let's start with that.

 7                MR. TYNDALL:  Well, I learned about the

 8    people that work for Digital Altitude.

 9                COACH PIERRE:  Mm-hmm.

10                MR. TYNDALL:  And -- and they seem to have a

11    lot of experience doing this.

12                COACH PIERRE:  Yeah.

13                MR. TYNDALL:  Yeah.

14                COACH PIERRE:  I don't know if you

15    recognized any of the names there, but it's like a

16    who's who of -- of industry leaders from around the

17    world.

18                MR. TYNDALL:  Hmm.

19                COACH PIERRE:  Pretty wild.

20                MR. TYNDALL:  Hello?

21                COACH PIERRE:  Did you recognize anyone

22    there?  Hello?

23                MR. TYNDALL:  Oh --

24                FEMALE:  Hi.

25                COACH PIERRE:  Who's --
```

**Attachment HH**

```
 1          FEMALE:  Hello?

 2          COACH PIERRE:  Who's calling from -- hello,

 3   S█.  Who's calling from 702?

 4          FEMALE:  I am.

 5          COACH PIERRE:  Who's that?

 6          MR. TYNDALL:  It's S█.

 7          COACH PIERRE:  S█.

 8          S█:  S█  (phonetic).

 9          COACH PIERRE:  Okay, great.  So we're on

10   with J█ and S█ as well.  So J█ was just going

11   over some steps right now that he's completed.

12          So, J█, did you recognize anyone in Step

13   13?

14          MR. TYNDALL:  Well, Michael Force.

15          COACH PIERRE:  Yeah, that's a given.  He's

16   incredibly well connected.  How does that make you

17   feel knowing that you've got all of these people that

18   are -- that are here for you?  I mean, these are your

19   go-to people that you're going to get to work with and

20   -- and get to know and leverage their expertise.

21          MR. TYNDALL:  It -- it feels pretty good.

22   They seem -- they all seem really successful.

23          COACH PIERRE:  Yeah.  And this is -- can you

24   imagine trying to do all of those functions yourself?

25          MR. TYNDALL:  No.  Well, I've never really
```

**Attachment HH**

EX 41
2332

```
 1    done internet marketing at all.
 2             COACH PIERRE:  Yeah, it's -- a lot of
 3    people, you know, take -- try their hand at it, but
 4    there's a lot -- there's still a lot of moving parts,
 5    even though it's digital, right?  Can you -- like
 6    customers service and technical support, payment
 7    processing system, you know, creating the products,
 8    doing all of the -- the copywriting and the -- you
 9    know, like, it's significant.
10             MR. TYNDALL:  Yeah.
11             COACH PIERRE:  And they're all here.  I've
12    never seen it done before, but Michael somehow managed
13    to bring everybody together under one roof, so pretty
14    -- pretty wild.
15             MR. TYNDALL:  Yes.
16             COACH PIERRE:  What about -- sorry, go
17    ahead.
18             MR. TYNDALL:  Well, I was going to ask, how
19    long have you been with Digital Altitude.
20             COACH PIERRE:  Well, I've known Michael for
21    several years.  Digital Altitude, I've been involved
22    with Digital Altitude since the initial launch of
23    February of last year.
24             MR. TYNDALL:  Wow.
25             COACH PIERRE:  So it's been a year and a
```

**Attachment HH**

EX 41
2333

1    half now, and we've set records.

2              MR. TYNDALL:  Wow.

3              COACH PIERRE:  Pretty amazing.  Yeah, I've -

4    - I've been online for over a decade in -- in doing

5    online, you know, businesses, e-commerce, doing all

6    kinds of stuff online.  And this is by far the most

7    polished -- most profitable system I've -- I've ever

8    leveraged.  And you've got all these pros to tap into.

9    (Inaudible) cool.

10             It's just like a franchise, right?  Again,

11   if you think about this as a franchise business model,

12   it's just digital.  It's no different.

13             MR. TYNDALL:  Mm-hmm.

14             COACH PIERRE:  What about 14?  How well do

15   you feel you understand the compensation plan, J███?

16             MR. TYNDALL:  Well, I took a lot of -- a lot

17   of notes.

18             COACH PIERRE:  Good.

19             MR. TYNDALL:  And there's a lot of numbers

20   there.

21             COACH PIERRE:  There really are.

22             MR. TYNDALL:  But --

23             COACH PIERRE:  Did they surprise you at all?

24             MR. TYNDALL:  They were big numbers, which

25   are good.

**Attachment HH**

```
1                COACH PIERRE:  Yeah.

2                MR. TYNDALL:  Yeah.   Yeah, I -- yeah, I got

3       out of it that getting to those top-tier products is

4       going to maximize my revenue.

5                COACH PIERRE:  Yeah, by a lot.  Because all

6       of the profits are on the back end, right?

7                MR. TYNDALL:  Mm-hmm.  Yeah.

8                COACH PIERRE:  Do you understand --do you

9       feel you understand the -- you know, how the sponsor

10      lock works and all of those details?

11               MR. TYNDALL:  Not -- not entirely.  What --

12      what is sponsor lock again?

13               COACH PIERRE:  Okay, well, revisit that, but

14      basically as your leads come into your funnel, if you

15      don't own a particular product --

16               MR. TYNDALL:  Mm-hmm.

17               COACH PIERRE:  -- your leads, your customers

18      that come in, even before they make a purchase, the

19      minute they click on your link and enter your funnel -

20      -

21               MR. TYNDALL:  Mm-hmm.

22               COACH PIERRE:  -- the products that are

23      available are -- are owned by someone, right?

24               MR. TYNDALL:  Yeah.

25               COACH PIERRE:  They license rights for a
```

**Attachment HH**

```
 1    product.  If you don't own a particular product, then

 2    your leads coming in are going to be tied to whoever

 3    your sponsor is for that product.  Does that make

 4    sense?

 5              MR. TYNDALL:  Yeah.

 6              COACH PIERRE:  And -- and that lock, it just

 7    -- it's hard-coded.  It happens the minute they click

 8    on your link and come into your funnel.

 9              MR. TYNDALL:  Okay.

10              COACH PIERRE:  And, so, when you understand

11    how this works, and I'll show you, the -- the ripple

12    effect that takes place is huge.

13              MR. TYNDALL:  Yeah.

14              COACH PIERRE:  And that's why this is so

15    profitable.  And we're going to cover this when we map

16    out your business plan.

17              MR. TYNDALL:  Okay.

18              COACH PIERRE:  But any -- any other

19    questions about the compensation plan?  You feel you

20    got a good handle on it?

21              MR. TYNDALL:  Yeah, I got a -- a pretty good

22    handle.  I -- I was wondering about the -- what's the

23    process of licensing products?

24              COACH PIERRE:  Oh, okay.  So there --

25    there's a few different ways, and -- and when we get
```

**Attachment HH**

1    into the scale-up phase, I'm going to show you how you

2    can scale this thing to access or acquire those

3    licenses, okay?

4            MR. TYNDALL:  Okay.

5            COACH PIERRE:  There's better ways to go

6    about doing that, and I'll show you what the most

7    common -- the different ways to leverage this so that

8    all the top income earners are doing this.  And I'll -

9    - I'll share this with you when we map out your

10   business plan.  But, first, we got to map out, you

11   know, what you want to achieve, right, your 30-day

12   goal, your 60-day goal, your 90-day goal and then the

13   action plan to achieve those targets.  And I'll break

14   all of that down with you when we -- after we're done

15   with your business plan itself.

16           MR. TYNDALL:  Okay.

17           COACH PIERRE:  Now, in preparation for that

18   -- sorry?

19           MR. TYNDALL:  Oh, am I going to have to

20   develop my own products?  Should I start --

21           COACH PIERRE:  Nope.  Nope.  Most people

22   don't, but you'll have the ability to create your own

23   products if you want.

24           MR. TYNDALL:  Okay.

25           COACH PIERRE:  Okay?  So what I'm going to

**Attachment HH**

1      do now, I'm going to unlock Step 15.  So we're done

2      with these check-in calls, okay?

3             MR. TYNDALL:  Okay.

4             COACH PIERRE:  We're now moving into the

5      scale-up phase.  This is where I'm going to help you

6      map out your business plan, and we're going to do that

7      after Step 15.  We're doing one step at a time now

8      because we're all -- we're getting ready to launch,

9      okay?

10            MR. TYNDALL:  Okay.

11            COACH PIERRE:  So I'm going to send you an

12     email that contains a two-page PDF file.  They call it

13     a workbook, but really they're -- they're just pieces

14     of information that you're going to need to start

15     thinking about that go into the business plan.  And

16     I'll go over all of this with you.  So after you're

17     done with 15, complete that two-page PDF document, and

18     then schedule a business plan prep session in my

19     calendar.  It's right below the check-in call.  So

20     we're done with the check-in calls with you.

21            MR. TYNDALL:  Okay.

22            COACH PIERRE:  And you and I are going to

23     start working one-on-one on your business plan, but

24     we've got a couple of things to address first in the -

25     - and the business plan prep session is a group

**Attachment HH**

```
 1    session.

 2               MR. TYNDALL:  Okay.

 3               COACH PIERRE:  All right, very good.  You're

 4    making good progress.

 5               MR. TYNDALL:  Thanks.

 6               COACH PIERRE:  So that's all set up.  Let's

 7    complete 15, and then I think I've got a business plan

 8    prep tomorrow, so you should be able to do all of

 9    that, okay?

10               MR. TYNDALL:  Okay.

11               COACH PIERRE:  All right, excellent.

12               S█ ?

13               S█:  I'm here.

14               COACH PIERRE:  Hi, how are you?

15               S█:  Fine, thank you.  I'm glad to connect

16    with you.

17               COACH PIERRE:  Yeah, me, too.  So let me

18    pull you up here, S█.  Now, what have you completed

19    now?  You're 9 and 10, is that right?

20               S█:  (Inaudible) 9 and 10.

21               COACH PIERRE:  All right, terrific.  And

22    what did you learn in -- in 9 and 10?  Let's start

23    with 9.

24               S█:  In 9, I -- I think it was talking

25    about (inaudible) wake-up calls I've been listening
```

**Attachment HH**

1    to, I think it's (inaudible) no?  I can't remember the

2    specific of it.  (Inaudible) I remember about the

3    payments, when the payments are done.  (Inaudible)

4    various options --

5              COACH PIERRE:  That's right.

6              S█:  And then I think 9 -- 9 was

7    (inaudible) going to the system (inaudible) setting.

8              COACH PIERRE:  That was in 8.

9              S█:  Uh-huh.

10              COACH PIERRE:  That's in 8, right?  So in

11    Step 8, you're -- you've set up your -- your payment

12    option, your profile and all of that.  Step 9 covered

13    ASCEND.  Do you remember that?

14              S█:  Yes, yes, yes, yes.  The details of

15    various products, yes, I remember that now.

16              COACH PIERRE:  Good.  So you intend to learn

17    about PEAK.  Now, these are two masterminds, and at

18    first glance, they appear to be similar, but they're -

19    - they're actually quite different.  So do you

20    understand what they're about?

21              S█:  Yes, I do.

22              COACH PIERRE:  Okay, good, good.  So tell

23    me, what's -- what is ASCEND about?  What is PEAK

24    about?

25              S█:  One thing that stood out for me in

**Attachment HH**

EX 41
2340

1     ASCEND is that you can make so much more commission,

2     just by simply (inaudible) investing into your

3     business.

4                COACH PIERRE:  Mm-hmm.

5                S█:  (Inaudible) for me.  I think that

6     ASCEND is really when -- when you're starting and

7     you're moving up, I think (inaudible) yourself and

8     it's sort of (inaudible).

9                COACH PIERRE:  Yes, and so this mastermind,

10    it's a live kind of collaborative workshop.  Business

11    owners, entrepreneurs are attending the ASCEND

12    mastermind to learn how to use technology, right --

13                S█:  Mm-hmm.

14                COACH PIERRE:  -- digital --

15                S█:  (Inaudible).

16                COACH PIERRE:  -- to grow and scale their

17    business.  Right?  And to network and collaborate on

18    projects.  PEAK --

19                S█:  Mm-hmm.

20                COACH PIERRE:  -- what's PEAK?  How does --

21    how does PEAK compare to that?  What -- what's PEAK

22    really focusing on?

23                S█:  I think that PEAK is (inaudible)

24    collaborative and (inaudible) what I think really

25    takes you very much (inaudible) freedom and the

**Attachment HH**

```
 1   (inaudible) of it.  But the money -- the money now
 2   works for you as opposed to you working for your
 3   money.
 4           COACH PIERRE:  So this is -- it's all, yeah,
 5   about profitability.  You're absolutely right.  It's
 6   making money work for you.  It's automating your
 7   business so that it's just a machine that's producing
 8   cashflow and now how do you manage your money and
 9   build wealth.  You're absolutely right.  Perfect.  Any
10   questions about those products?
11           S█:  No, I think those were quite clear.
12           COACH PIERRE:  Perfect.
13           S█:  I like the idea of (inaudible) and the
14   (inaudible).  They have actually been conflicting on a
15   lot of why, why, why (inaudible).
16           COACH PIERRE:  Good.  I'm glad you're
17   getting a lot of this.  A lot of people skim through
18   this and don't pick up on those -- those very
19   important things.  We do have -- we're going to cover
20   this -- we're going to revisit that.  In fact, J█,
21   you're going to -- we're going to go over the whole
22   (inaudible) again when we map out your business plan.
23           MR. TYNDALL:  Okay.
24           COACH PIERRE:  Excellent -- excellent job,
25   S█.  So what do you think of the price points and the
```

**Attachment HH**

1   profits that are generated from ASCEND and PEAK?

2                S█:  I mean, for me PEAK is (inaudible).

3           COACH PIERRE:  You know, it's interesting

4   because your numbers are going to change, right, as

5   you build your business and you start thinking like an

6   entrepreneur.  Cash flowing 50-, 60,000 a month in a

7   business is not uncommon, right?  And the fact that

8   you're able to do it digitally and it -- and pretty

9   much automated with the team behind the scenes taking

10  care of everything, it's incredibly profitable because

11  you're --

12               S█:  Mm-hmm.

13          COACH PIERRE:  -- (inaudible) costs are very

14  low.  And your profits are very high.  So you don't

15  need very many sales every week to start making a lot

16  of money.

17               S█   Well (inaudible) traffic.

18          COACH PIERRE:  So, well, yeah, we're going

19  to cover traffic last.  So if you remember the five

20  essential elements of an online business, do you

21  remember what those were?

22               S█:  The five essential elements.  I think

23  one was, what, traffic?

24          COACH PIERRE:  Traffic.

25               S█:  Uh-huh.

**Attachment HH**

```
1              COACH PIERRE:  Filter.

2          S█:  Yes, filter.  Funnel.

3              COACH PIERRE:  Funnel.  Followup.

4          S█:  Yes, thank you.

5              COACH PIERRE:  Tiered product mix.  So we

6    just talked about tiered product mix, right?

7          S█:  Yes.

8              COACH PIERRE:  Okay, so, again, you're in

9    learning mode.  We're going to work backwards.  We're

10   going to set everything up.  So now we're going to

11   learn more about not just followup but some other

12   programs to keep your continuity, residual in -- okay?

13   So I'm going to have you go through 11 and 12.  Take

14   your time with those.  Take good notes.  And book a

15   check-in call with me for tomorrow, okay?

16         S█:  Okay.  All right.

17             COACH PIERRE:  All right, you're doing

18   great, S█.  Very impressed.

19         S█:  (Inaudible) really getting feedback.

20             COACH PIERRE:  Good.

21             The rest of you guys, is everyone listening

22   to the daily calls?

23         S█:  I didn't yesterday.

24             COACH PIERRE:  Okay, guys, take advantage of

25   the daily calls.  Even though they're live, you don't
```

```
1    have to listen to them live.  They're recorded.  So go
2    to Resources, and then click on Daily Calls.  And if
3    you scroll down the page, you're going to see links to
4    SoundCloud, iTunes, Google Play, Stitcher.  I mean,
5    there's all these channels that you can stream the
6    recordings from, okay?
7             I personally use SoundCloud, but you can --
8    you can put them on your iPhone if you want or -- or
9    any other device.  It's -- guys, take advantage of
10   those trainings.  The wake-up calls are short.
11   They're 10, 15 minutes.  Listen to a wake-up call
12   every day and be reading.  Read.  I can't stress how
13   important that is.  Cashflow Quadrant is, in my
14   opinion, a must read.  So I hope everyone is reading
15   that book.
16             S█: Yes, sir.  I am.
17             COACH PIERRE:  Okay, good, good.
18             All right, so, S█, you're all set for 11
19   and 12.  So book a check-in call with me for tomorrow,
20   and then we're going to review that and we're going to
21   continue moving forward.  Your business plan will be
22   next week.
23             S█: Okay.  All right.
24             COACH PIERRE:  All right.
25             Let's see, S█.
```

**Attachment HH**

```
1              S▮▮▮▮ :  Yes?

2         COACH PIERRE:  S▮▮▮▮, I -- let me see if I

3    can find you.  How -- are you new?

4              S▮▮▮▮ :  No, we spoke yesterday.  You opened

5    9 and 10 yesterday.

6         COACH PIERRE:  Aha, that's right.  I see you

7    here, okay, perfect.

8              S▮▮▮▮ :  Mm-hmm.

9         COACH PIERRE:  And you're in Las Vegas.

10             S▮▮▮▮ :  Yeah.

11        COACH PIERRE:  All right, so you did 9 and

12   10.  So you understand what we were just talking about

13   with S▮▮, right?

14             S▮▮▮▮ :  Yeah.

15        COACH PIERRE:  Good.  And -- and, so, since

16   you were at the marketing mastery event, why don't you

17   share with S▮▮ and J▮▮ what you got from that event.

18             S▮▮▮▮ :  Well, if you guys didn't go, it was

19   completely awesome.  It gets you all hyped up and gets

20   you --

21        COACH PIERRE:  Did you learn anything?

22             S▮▮▮▮ :  -- it definitely gets you going.  I

23   learned a ton.  I think it was better -- I know you

24   guys had it, like, a recording of it for people who

25   wanted to see it live.
```

**Attachment HH**

EX 41
2346

```
 1              COACH PIERRE:  Mm-hmm.

 2              S█████:  But it -- it's a different

 3    atmosphere.  It's definitely a different feeling when

 4    you go there.

 5              COACH PIERRE:  Yeah.

 6              S█████:  And what you learn is, like, you --

 7    it's so crazy how you're able to, like, meet them in

 8    person and actually ask them questions that you've

 9    been wanting to ask them for a while, like -- and then

10    able to connect with them personally.  That was,

11    honestly, great.  And I joined VIP at last minute, so

12    that was awesome.  There was a party that night, and

13    you got to connect with them personally as well, dance

14    with them, and --

15              COACH PIERRE:  I had a wardrobe malfunction

16    for our party.

17              S█████:  I know, the wardrobe malfunction?

18              COACH PIERRE:  Yeah, because everyone was

19    dressed up as either a super hero or a villain, right?

20              S█████:  Yeah.  They had costumes.  It was

21    so cool how they had costumes there for everyone to

22    use.

23              COACH PIERRE:  Yep.

24              S█████:  Yeah.

25              COACH PIERRE:  So it was really cool.  It
```

**Attachment HH**

```
1    was really cool.

2                S█████:  Yeah, so, it was a lot of fun.  I

3    think I definitely got a lot out of it.  I wasn't able

4    to take notes, but instead I recorded the whole thing.

5    And I always look back to it, and it helps me so much.

6    I recorded, like, I think, like, ten hours, but it

7    helped me with my social media, it helped me with --

8    because I just started a different, like, Instagram

9    page, and --

10                COACH PIERRE:  Oh, good.

11                S█████:  -- it's like -- and I'm branding

12   myself.

13                COACH PIERRE:  See, branding.

14                S█████:  Is what I'm --

15                COACH PIERRE:  Dion -- Dion was awesome,

16   wasn't he?

17                S█████:  Yeah, yeah, he was.  I learned, I

18   don't know, so much about it, things that I didn't

19   even know I needed to know.

20                COACH PIERRE:  Yep.

21                S█████:  So -- and he gave --

22                COACH PIERRE:  That -- and that's --

23                S█████:  -- good pointers.

24                COACH PIERRE:  Just wait until you go to an

25   ASCEND mastermind.  This -- this was just icing.  This
```

**Attachment HH**

```
 1    was fluff.

 2              S███:  Yeah, yeah.  Oh, it was.  This was

 3    -- this -- I don't know, it was amazing just to go to

 4    this, and I -- honestly, it was worth every single

 5    penny I spent on --

 6              COACH PIERRE:  I absolutely love to hear

 7    that.  I'm telling you, you're just getting started.

 8    You're just getting a picture, a glimpse of what we're

 9    doing here.  And literally you can market --

10              S███:  Yeah.

11              COACH PIERRE:  -- at anything you want

12    online when you learn this.  But Digital Altitude, as

13    an affiliate, this is -- this is where all of the

14    profits are.  If you want to make money, this is it.

15    And you want to learn how to do things, this is the

16    place.  So you're doing great.

17              You understand what ASCEND and PEAK are

18    already, right?  We covered a little but --

19              S███:  Yes.

20              COACH PIERRE:  -- during the event, right?

21              S███:  Yes.

22              COACH PIERRE:  And -- and then we've -- 9

23    and 10.  So I'm going to have you go through 11 and

24    12.

25              S███:  Okay.
```

**Attachment HH**

```
 1            COACH PIERRE:  Okay?  And then book a check-
 2    in call with me for tomorrow.  And, guys, I understand
 3    that the speaker -- the presenter in tomorrow's wake-
 4    up call is -- has got a really exciting topic, and I
 5    hear he's -- he's really good, so you might want to be
 6    on that.
 7            S▮▮:  (Inaudible).
 8            COACH PIERRE:  Okay?  Last night, it was the
 9    black diamond call.  I think Tony (inaudible) --
10            S▮▮▮:  Yeah.
11            COACH PIERRE:  -- you want to -- you want to
12    pick up on that.  There's a lot of things happening,
13    guys.  Take advantage of everything you have your
14    hands on.  It's just a little bit every day, stay
15    focused, connect with me tomorrow.
16            And then for you, J▮▮, you're -- you're
17    ahead of everybody.  So we're working on your business
18    plan.
19            MR. TYNDALL:  Okay.
20            COACH PIERRE:  All right?  So we're getting
21    ready to map everything out so that when you launch
22    you know exactly what to do to start, you know,
23    whatever your income goals are, 10-, 15-, 20,000, and,
24    you know, you're going to get this thing airborne.
25            MR. TYNDALL:  Okay.
```

**Attachment HH**

```
 1            COACH PIERRE:  Awesome.  All right, guys,
 2    any questions?
 3            S███:  No.
 4            COACH PIERRE:  Good.  All right, good.
 5            S███:  I'm excited.
 6            COACH PIERRE:  Well, good.  So let's go
 7    through those, and then let's connect again tomorrow.
 8    So have a great day, and --
 9            S███:  Okay.
10            COACH PIERRE:  -- a great evening for you,
11    S█.
12            S█:  Thank you.  Thank you.  I love you.
13    Enjoy your day.
14            COACH PIERRE:  And now -- all right, thanks.
15    We'll talk to you tomorrow.
16            S█:  Bye-bye.
17            MR. TYNDALL:  Bye.
18            S███:  Thank you.
19            COACH PIERRE:  Take care, everybody.  All
20    right, bye-bye.
21            (The call was concluded.)
22
23            MR. TYNDALL:  My name is Reeve Tyndall.  I'm
24    an investigator with the Federal Trade Commission.
25    The date is October 24th, 2017.  The time is now 12:23
```

**Attachment HH**

1    p.m., Easter time.   This ends the recording.

2              (The recording was concluded.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment HH**

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12           I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:  11/6/2017

22                           SARA J. VANCE, CERT

23

24

25
```

**Attachment HH**

1              OFFICIAL TRANSCRIPT PROCEEDING

2

                   FEDERAL TRADE COMMISSION

3

4

5

   MATTER NO.    1723060

6

   TITLE         DIGITAL ALTITUDE

7

   DATE          RECORDED:  DATE UNKNOWN

8                TRANSCRIBED:  NOVEMBER 6, 2017

9  PAGES         1 THROUGH 21

10

11

12              ASPIRE+STARTUP+STEP+15+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555


**Attachment II**                        EX 41
                                          2354

```
 1                      FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4      RECORDING:                              PAGE:

 5      ASPIRE+STARTUP+STEP+15+AUDIO               4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment II**

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    Digital Altitude            )   Matter No. 1723060

 5                                 )

 6    ------------------------------)

 7                                 Date Unknown

 8

 9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment II**

```
 1                    P R O C E E D I N G S

 2                    -   -   -   -   -

 3             ASPIRE+STARTUP+STEP+15+AUDIO

 4             MICHAEL FORCE:  Hello, Michael Force here

 5     again.  Welcome to ASPIRE Scale-Up Step Number 15,

 6     Goals - The GPS to Your Success.

 7             In this step, I'm going to talk to you about

 8     something that could be considered one of the hidden

 9     strategies that almost all of our leaders and top

10     promoters use.  It might seem trivial, but goal

11     setting can really be the fine line between success

12     and failure.  So let's talk about it and how you can

13     effectively set yourself on the path of success, and

14     let's go.

15             You might have heard this saying before, a

16     man without a goal is like a ship without a rudder, by

17     Thomas Carlyle.  Nothing more could be true.  Think

18     about this.  Think of the last time that you got in

19     your car or even someone else's car and you wanted to

20     go someplace that you had never been before.  Chances

21     are you pulled out a roadmap, or these days you might

22     have GPS'ed or something on your phone.  Think about

23     it, though, ten years ago when everyone still used

24     roadmaps.  That's pretty insane that, you know, to

25     imagine you want -- imagine trying to get somewhere
```

**Attachment II**

1    where you have no idea how to get there and you just

2    start driving and hoping you'll get there.  That's

3    exactly what people do with their business.

4            Now, we've seen this day in and day out.

5    You're never going to arrive if you don't know how to

6    get there.  Yet, people do the exact same thing in

7    their business every single day.  People have very

8    vague goals of where they want to be.  The destination

9    is very vague.  It's not clear and they don't really

10   have a plan as to how they're going to get there.

11   Largely, this is because they've never been trained on

12   how to set up goals and how to actually break them

13   down into a step-by-step process.  And that's what

14   we're going to be doing in this step and with the help

15   of your coach.  So let's dig in.

16           What we want you to do is to help you

17   achieve your goals in the fastest, easiest and most

18   systemized way possible.  When it comes to achieving

19   goals, there's really three specific behaviors that

20   have been proven to drive effective goal achieving.

21           Number one, setting specific dates for that

22   goal.  Number two, then what we need to do is we need

23   to chunk down goals into a series of smaller day-by-

24   day steps, smaller steps that have smaller deadlines,

25   shorter deadlines on them, literally having steps each

**Attachment II**

1    day that you do and have a deadline for each step.

2    I'll have this step done by 4:00 p.m. today and

3    literally do that every single day.

4              The third and final step is you've got to

5    review your written goals on a regular basis and

6    measure your progress.  This one, to me, is the most

7    important in just about anything.  Having that in your

8    face.

9              Whatever you did in your business last

10   month, then aim this month to beat that.  If you made

11   nothing last month, then your goal should be to beat

12   zero, literally get your first sale.  That becomes

13   your goal.  You get your first sale and then the next

14   month you see if you can beat that, and it becomes

15   like a game you play, and I still play it to this day.

16   Every single day, I'm checking multiple times

17   throughout the day at the dashboard that I built for

18   DA so I can see all of our sales, product sales, phone

19   sales reps.  I'm measuring everything and I'm making

20   sure that we're improving on a daily basis.  Aim to

21   beat your personal best.

22              I also want to add something at this point.

23   We are coming to the end of the steps.  We're about

24   three-quarters of the way there.  So we still have a

25   lot to cover, but you're getting very close to the

**Attachment II**

1    end.  Soon you'll be starting your marketing.  Once

2    you're set up in the steps, you'll actually start

3    promoting.  You'll go out there and start building

4    your business.  But you got to learn first, and that's

5    what we're doing here in these steps.

6         If there's one thing I can tell you it's

7    that in this niche, you're going to be bombarded by

8    shiny objects all throughout the day because in this

9    internet marketing niche, you're going to have a lot

10   of other people and a lot of other marketers out there

11   marketing shiny objects to you.  If there's one thing

12   I can say, it's you've got to focus.  You have to have

13   a singular focus.

14         If there's any secret to my success that

15   I've had in DA, it's because I have tunnel vision of

16   what my goal is.  I'm not worried about what everyone

17   is doing.  I have tunnel vision.  I block out every

18   single opportunity that comes along that distracts me

19   from my mission.  My mission is to build, scale, and

20   grow DA to its full potential.  That's what I focus

21   on.

22         You've got to decide what you're going to

23   focus on.  You can't do everything at the same time.

24   If you're trying to build three or four businesses at

25   the same time, it's just not going to work.  Every

**Attachment II**

1    single person that I've met who's tried to build

2    multiple businesses, unless they were really an

3    experienced marketer, virtually all of them have

4    failed at it because they've spread themselves too

5    thin.  I suggest to you that you focus on one at a

6    time.

7           Now, once you've actually written down your

8    goals, and that's another thing I'm going to ask you

9    to do, I want you to write down the goals in this

10   step.  I want you to take a few minutes in the day and

11   look at what your goals are and review them.  If you

12   write them down and only review them once or twice and

13   you put that piece of paper in your drawer and never

14   look at it again, you know what's going to happen.

15   You're not going to achieve those goals, you're not

16   going to get to your destination.

17          You have to be reviewing them on a regular

18   basis.  The more you see them, the better.  When

19   things really started happening for me, I had my exact

20   goals for many products we needed to sell, each of our

21   main product lines, and I put that right next to my

22   computer.  I was just seeing it constantly, every day.

23   The more you see something, the more you start to

24   believe it.

25          So let me give you a few examples here.  I

**Attachment II**

1    always like to use weight loss as an example because

2    most of us can relate to this.  There's a good chance

3    that at some point in your life, you've tried to lose

4    weight, get fit, gain some muscle, but -- you've tried

5    this before.  Let's say that your goal was to lose

6    five pounds in ten days.  Now, we actually have some

7    specificity.  We actually know what our specific goal

8    is and we have a deadline on it.

9            We then work out, well, exactly what we need

10    to be doing, right?  Your goal is to lose five pounds;

11    our deadline is ten days.  One pound is roughly 3,500

12    calories.  We go and do our research and we find out

13    that five pounds would be then 7,500 calories, okay?

14    To lose that five pounds, what we would need to do is

15    to lose up to 7,500 -- or 17,500 calories from our

16    body.  We look at our diet and we see that maybe right

17    now in a typical day we're eating 2,500 calories.

18    Over ten days, if you only ate 1,200 calories a day

19    instead of a current 2,500, you'd be losing nearly

20    3.75 pounds right there.

21            Let's say that that wasn't fast enough for

22    you, though.  You wanted to go faster.  You wanted to

23    exercise or use exercise to drop even more fat.  You

24    wanted to start then jogging or weight lifting to

25    boost your metabolism.  You would increase that fat

**Attachment II**

1    burning even when sitting if you did that.  Now, we

2    actually have a clear plan, a day-by-day plan of what

3    we need to do to be going and losing that weight.

4           Once you get a firm and clear goal in your

5    mind, then you need to start in putting a real plan

6    together.  You'll notice that when you put together

7    your plan, there's usually two ways that you can do

8    it, the easy way and the hard way.  Some ways are

9    going to be faster than others.  For example, if we

10   were going to build a business like DA, it would make

11   sense that if you wanted to get bigger numbers faster,

12   you would -- you've got to be making the bigger

13   commissions.  It makes sense financially to get

14   positioned because the commissions will add up much,

15   much faster, right?  Smarter versus harder.  Think

16   big.

17          What I'm going to encourage you to do here

18   is when you're mapping out your forecast for what

19   you'd like to be making in your business that you

20   think in terms of quantum leaps, not in terms of tiny

21   little increments.  Often, people think to themselves,

22   well, if I'm starting out at zero, then I want to go

23   to 50 and then 250 and then 500, then 1,000, and

24   they're thinking in a linear way, small little

25   increments.  What you'll find is that when you start

**Attachment II**

1     creating wealth in your life, really it doesn't go

2     that way at all.  True wealth usually doesn't come in

3     a linear fashion.  Usually it comes in quantum leaps,

4     and that's how I want you to start thinking.

5             Instead of going from zero to 50, think of

6     how do I go from zero to making my first 1,000.  Then

7     from 1,000 to 5,000, from -- then to 30,000, then to

8     100,000.  Don't just think, well, I just want to

9     replace whatever income I'm making in my job because

10    that way we're going to be thinking exactly the way

11    you've always thought.  We're here to get you to think

12    differently.  If you want to get different results,

13    think bigger.  Take that number and I encourage you to

14    multiply it by a factor of five or ten, start thinking

15    about a much bigger goal, something that's really

16    going to inspire you.

17            What you'll find is that this shifts your

18    mind set into a whole new different gear and you

19    realize that you can't do that by working as you've

20    been working up until now.  You can only do it by

21    simply working harder.  You begin to think in terms of

22    leverage, finding systems and ways to be 100 times

23    more effective with less effort.

24            Again, start thinking bigger and realize

25    what you've been doing in the past isn't going to get

**Attachment II**

1     you to where you want to go.  You've got to start

2     thinking differently.  You've got to start thinking in

3     terms of leverage.   Insanity is really doing the same

4     thing over and over again expecting a different

5     result, right?

6              Okay.  So let's say your goal is $100,000 in

7     your first month or first three months or first year,

8     okay?  How -- now, looking at $100,000 if you've ever

9     made that kind of money, it might seem like a lot or

10    somewhat of an imposing goal, but we can break it

11    down.  Let's go break it down into the month and then

12    into the day, right?  $8,333 a month, $277 a day.

13    Now, it's not so daunting, right?  I don't know about

14    you, but to me that looks an incredibly small number.

15    If we are just selling one program that pays $1,000 on

16    each sale and as long as we are doing that every three

17    days, then we'd be achieving our target.  So that

18    wouldn't really be that hard to do now, would it?

19             Let's look at some options here.  Let's say

20    that you're promoting RISE.  Now, to get you to

21    $100,000, we're going to have to sell 50 of them a

22    year, okay?  That's less than one per week for the

23    entire year.  One per week.  Very easy.

24             Let's look at your options here.  Let's say

25    that you're promoting the RISE.  Now, to get to

**Attachment II**

1    $100,000 a month, we're going to have to sell 50 of

2    them a year, okay?  That's less than one per week for

3    the entire year.  One per week, very easy.

4              Let's look at your options here.  Let's say

5    that you're promoting the ASCEND.  Now to get to

6    $100,000 a month, you're going to have to sell ten of

7    them.  That's less than one a month.  How difficult

8    does that sound?  One a month?  That's simple.

9              How about six PEAKs, let's say, a year to

10   reach $100,000?  Only six to reach $100,000.  Do you

11   think you could manage one every two months?  Of

12   course you can.

13             And four APEX sales, we've comfortably

14   achieved our target.  The other thing is when you add

15   in residual income, pass-ups, monthly commissions, it

16   would actually be a lot more, but we're doing less

17   than half the work here and you're still comfortably

18   achieving your target.

19             One RISE sale a week would be 52 sales a

20   year.  My question to you is, do you think you can get

21   this one RISE sale per week, especially when you're

22   not even doing the sale?  What are you doing?  You're

23   simply promoting Digital Altitude.  You're driving

24   traffic, promoting ASPIRE or any of our other front-

25   end (inaudible).  And then our phone team is following

**Attachment II**

1     up on your behalf.

2              What I want you to do is set a goal even

3     higher.  If you don't -- if you haven't done that yet,

4     I want you to do it.  Sometimes people really hold

5     back on their goals because they're unclear about what

6     it would take to really do it or to reach that goal.

7     A lot of people would love to be making a half a

8     million dollars per year or more.  Some of them, a lot

9     more.  Yet, they don't ever say that.  They don't ever

10    list out their goals because they're still thinking in

11    very limited terms.

12             What I'm going to encourage you to do is to

13    take all of these limitations and just put them to the

14    side for a second.  Even though you don't know how

15    you're going to do it, just pick the goal that would

16    really make you happy.  What would be your number?

17    What number gets you excited?  Fantasize -- fantasize

18    about it for a second.  Think about what would really

19    inspire you.  What number would you give all of the

20    freedom in your life that you want?  Pick that number

21    and then talk to your coach and let's see how we can

22    make that happen.

23             When you have that number, at least now you

24    have a target to hit.  Then we can start talking about

25    options to get there.  Now, obviously, being

**Attachment II**

1    positioned from the very start is the ultimate form of

2    leverage at APEX.  But either way, you've got to get a

3    starting point here.  Maybe at this point you can't

4    become an APEX member just yet unless you get

5    financing or funding, and that's okay.  That's

6    completely fine.  But at least start with the end in

7    mind and make it your goal to be APEX, even if you

8    don't know how you're going to get there just yet.

9    We'll talk about quite a few options later and make it

10   your goal to make it happen.

11            After you've got that goal, the next step is

12   to simply find out how many clicks, how many leads or

13   how much quality traffic do you need to get -- to

14   achieve this amount of sales.  For example, let's say

15   that you're marketing RISE or something like that and

16   for 100 leads, you're getting one or two sales.

17   That's what we need to do is to work backwards.  Let's

18   say that our target was two sales per week.  We know

19   that we need to generate 100 new leads to get one sale

20   a week.  Now, we know we need to generate 200 new

21   leads every single week, right?

22            Once you've positioned and you're ready to

23   start, then that's what you need to do.  Start -- go

24   and drive traffic into the system and do that every

25   single day.  That's going to become part of your daily

**Attachment II**

1    routine.  It's going to be like drinking water to --

2    to getting out of the bed each day.  It's just part of

3    our routine.  If you've got to be driving traffic

4    every single day, that's just the bottom line.

5         For today's assignment, we're going to keep

6    it very simple, though.  Let's dig in.  The first

7    thing I want you to do is put together your action

8    plan, what goals you're aiming for.  I want you to

9    fill out those goals and do a worksheet.  I want you

10   to get very clear on what you want to achieve and how

11   you're going to do it.  Now, you're going to be able

12   to talk to your coach about this, but I want you to at

13   least start the process.

14        Start writing these things down.  Write a

15   two or three-page letter and describe your [sic] ideal

16   lifestyle would look like.  I know this seems like a

17   lot of work.  This might seem like a lot of work to

18   sit down and write out several pages, but this is

19   about the most valuable exercise that you'll ever do.

20   Most people go through life and never really give this

21   serious thought.  They're never really clear on

22   exactly how their ideal life would look because they

23   just get caught up in daily business.  They just like

24   to remain busy and think about the small stuff all day

25   long.

**Attachment II**

1          What I'm asking you to do here is to really

2    think deeply about the big stuff.  Think deeply about

3    the rest of your life.  Think about what you would do

4    on a daily basis, what types of house you would live

5    in.  Describe what the house would look like.  Write

6    down the type of floors that you would like to step

7    onto as you get out of bed each day, the colors, the

8    furniture.

9          What care -- car would you drive?  What's

10   the color of the leather seats in that car?  Where

11   would you be working from?  Would it be the home

12   office by the pool or for you maybe at a coffee shop?

13   Maybe you'd want to work from Starbucks or maybe on

14   the beach.  Maybe you want to travel the world.

15   Really think deeply about all the big stuff.

16          I actually knew a couple who traveled the

17   world and they had one little daughter, a young

18   daughter, and they actually travel the world

19   permanently.  That's what they do.  They're permanent

20   travelers.  They've lived all over the world running

21   an online business and they've been doing it for over

22   ten years.  Really think about where you want to be.

23          Are you close to the beach or to the

24   mountains?  How much are you earning on a daily basis?

25   Are you about to go to the next APEX retreat in some

**Attachment II**

1    exotic location?  Write it all down.  Write it as if

2    you were living that way now, not some future date,

3    but talk about it as if you're doing it right now.

4    Talk about the sort of trips that you plan to take

5    that you've always dreamed of.

6            I want you to take about an hour or so to do

7    this, possibly more, and really think deeply about it

8    and put that letter away somewhere safe.  The reason

9    why I'm asking you to do this, whether you do this

10   with DA or somewhere else, most people will never do

11   this.  They never really think and get clear about

12   what they really want in life.  I'm asking you to do

13   it because this will benefit you more than just about

14   anything else.  This will get you dreaming again and

15   realizing that the possibilities are endless because

16   they are.  I'm living proof of it.

17           With what we've done here with DA and

18   building this thing, I believe it is possible.  But it

19   looked like a long shot, but I did it.  I was willing

20   to dream and do the work.  I was willing to dream

21   about it every single day.  And as I thought about it

22   and the more and more I realized that, yes, it's

23   possible, its possibility became a reality.

24           And it's just a series of steps.  That's all

25   it really is.  How do you eat an elephant?  One bite

**Attachment II**

```
1    at a time, right?  That's really all it is, so you
2    could do the same thing.  Remember, the possibilities
3    are endless and I'm living proof of it and you will
4    be, too.
5           I want you to send an email to your coach,
6    and in that email, I want you to attach a personal
7    branding photo.  I want you to find a good photo of
8    yourself or go have one taken that you can use while
9    building your online business.  Go to the local
10   photographer in the mall, get some head shots done.
11   Try and pick a good one, one that's going to represent
12   you well.
13          I want you to write down the purpose of your
14   online business, explain what it is and what
15   advantages it will give you compared to whatever
16   you're doing right now in your current circumstances.
17   This is very important.  This is the basis of your
18   branding online and setting your vision and plan in
19   place.
20          After you've done all that, I want you to
21   start getting ready for your business plan.  You're
22   going to be getting on the phone with a coach and
23   going through a detailed business plan.  Everything
24   you've been doing up until this point has been in
25   preparation for your business plan.  In this business
```

**Attachment II**

1    plan, we're going to go through the numbers.  We're

2    going to show you exactly what you need to do to reach

3    the goals that you've set.  Having goals is great;

4    yet, very people -- very few people have them

5    achieved.  And the reason is is they don't have a

6    clear plan which is broken down into daily steps.

7    Again, like GPS, how are you going to get there?

8              Talk to your coach.  They're going to help

9    you do just that.  So make sure that you reach out to

10   them.  Send them an email, send them a Skype, pick up

11   the phone, call right now and connect with them.  It's

12   incredibly important, and book your next call, connect

13   with them.  After that and only after that will you be

14   ready to proceed to the next step.

15             And I will see you on that next step.  Take

16   care.

17             (The recording was concluded.)

18

19

20

21

22

23

24

25

**Attachment II**

```
1                     CERTIFICATE OF TRANSCRIPTIONIST

2

3

4           I, Sara J. Vance, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12          I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:  11/6/2017

22                          SARA J. VANCE, CERT

23

24

25
```

**Attachment II**

EX 41
2374

1                OFFICIAL TRANSCRIPT PROCEEDING

2

                   FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.      1723060

6

     TITLE          DIGITAL ALTITUDE

7

     DATE           RECORDED:  OCTOBER 24, 2017

8                   TRANSCRIBED:  NOVEMBER 6, 2017

9    PAGES          1 THROUGH 34

10

11

12             2017-10-25_16-31-57 (Fifth S2 Call)

13

14

15

16

17

18

19

20

21

22

23

24             For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555

**Attachment JJ**

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                              PAGE:

 5    2017-10-25_16-31-57 (Fifth S2 Call)        4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment JJ**

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Digital Altitude              )   Matter No. 1723060

5                                    )

6     ------------------------------)

7                                 October 25, 2017

8

9

10

11            The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment JJ**

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3             2017-10-25_16-31-57 (Fifth S2 Call)

 4             K█████:  It's -- aah, I don't have a message.

 5             COACH PIERRE:  Yeah, I sent you a Skype

 6    message, and you should have received an email as

 7    well.

 8             K█████:  (Inaudible).

 9             COACH PIERRE:  Let's see, is that J█████?

10             MR. TYNDALL:  Yeah, it's J████.

11             COACH PIERRE:  Hi, J████.  How are you?

12             MR. TYNDALL:  Good.  How are you doing?

13             COACH PIERRE:  Still recovering from a nice

14    solid dose of --

15             MR. TYNDALL:  Yeah, you don't look the best.

16             COACH PIERRE:  Yeah.

17             MR. TYNDALL:  I'm sorry.

18             COACH PIERRE:  As long as I can stop

19    drooling, I'm -- I'm good.  My face is still kind of

20    numb.

21             MR. TYNDALL:  Oh, no.

22             COACH PIERRE:  Yeah, but it's all good.

23             MR. TYNDALL:  Well, I hope you feel better.

24             COACH PIERRE:  Thanks.  And I didn't want to

25    blow this up.  I cracked a molar, and so they just put
```

**Attachment JJ**

```
1     a temporary crown on there.  We're waiting for a few
2     other people to join, L█████ and T█████  Let me
3     see if I can get them on.
4             Okay, do you guys have your workbooks handy,
5     the two-page documents?
6             MR. TYNDALL:  Yeah, I do.
7             COACH PIERRE:  Okay.  K███, do you have
8     yours?
9             K███:  Yes, I do.
10            COACH PIERRE:  Okay, so they're trying to
11    get on.
12            All right, well, let's go ahead and get
13    started.  Guys, this -- this exercise, we're now
14    entering into the -- into the scale-up phase.  This is
15    really the most important phase of -- of getting your
16    business ready to launch.  So by now, we've got your
17    system pretty much set up now, and it's -- it's
18    mapping out a plan of action to really make sure that
19    you have everything in place, that you're able to
20    succeed.
21            And, so, these elements that you've put
22    together here in your workbook, we're going to be --
23    sometimes people make modifications to it because
24    things are going to change, right?  But these are
25    elements that go into your business plan.  So it
```

**Attachment JJ**

```
1   begins by identifying things that may have held you

2   back in the past and things that could really trip you

3   up in the future if you're not careful, okay?

4              And, so, it begins by identifying traits,

5   characteristics, things of that sort that have held

6   you back in the past.  And, so, what did you put down

7   K█████ for -- for question number one?

8                   K████:   Number one?

9              COACH PIERRE:  Yes.

10                  K████:   Fear.

11             COACH PIERRE:  What?

12                  K████:   Fear.

13             COACH PIERRE:  Fear.  Well, that's number

14  two, but if that's what you put down for number one,

15  okay.

16             How about you, J████?

17             MR. TYNDALL:  I -- I put down sometimes I

18  procrastinate on things.  And it hurts me because then

19  I try to do everything in the last minute.

20             COACH PIERRE:  Procrastination is a pretty

21  common one.  There's T█████.

22                  T█████:   Hi.

23             COACH PIERRE:  Hi.  Glad you're able to join

24  us.  So what did you put down for number one?

25                  T█████:   I had a bunch of things.
```

**Attachment JJ**

1    Procrastination.

2              COACH PIERRE:  Pretty common.

3              T███████:  I had being comfortableness or

4    just getting comfortable in the situation we're in,

5    so...

6              COACH PIERRE:  Hmm.  Being comfortable,

7    isn't that interesting?

8              T███████:  Mm-hmm.

9              COACH PIERRE:  Yeah, that's just -- yeah,

10   there's no motivation to change anything.  See, these

11   are pretty common traits that I see all the time, and

12   procrastination and lack of motivation and just being

13   comfortable.

14             And, so, you've got to recognize these

15   traits because if you don't, and if you're unable to

16   change those things, patterns are going to repeat

17   themselves, right?

18             T███████:  Right.

19             COACH PIERRE:  And, so, it's going to be,

20   again, just one of those things where it will be

21   difficult to really succeed if you're not able to make

22   the changes you need to make.

23             But number two talks about fears, and I'll

24   tell you, fear is probably one of the biggest reasons

25   why I see people struggle and fail.  And there are

**Attachment JJ**

1    different fears.  So, T████, you know, what did you

2    put down for --

3                T████:  Failing and then also just losing

4    the money.

5                COACH PIERRE:  If you're a failure, fear of

6    loss, yeah.  I see that L████ jumped on.  Is that

7    right?

8                L████:  Yes.

9                COACH PIERRE:  L████, we're going through

10   the workbook.  Do you have your copy handy?

11               L████:  Yes, I do.

12               COACH PIERRE:  Okay.  And, so, K███, what

13   did you put down for number two?

14               K███:  The same thing, I'm afraid I might

15   not be able to do my goals.

16               COACH PIERRE:  Okay.  So is that -- fear of

17   not achieving your goals, is that right?  Okay.

18               J████ what did you put down?

19               MR. TYNDALL:  Well, I'm just afraid that

20   I -- I won't be able to -- to -- to sell -- sell what

21   I need to sell to get the commissions.

22               COACH PIERRE:  So is that fear of, I guess,

23   failure or fear of -- what would that be?

24               MR. TYNDALL:  Yeah, failure.  I don't know

25   who -- who I know might be able to -- to buy -- to buy

**Attachment JJ**

1    the packages.

2              COACH PIERRE:  Okay, well, your goal -- in

3    the beginning here, you're not -- you're not selling

4    anything, right?  It's just bringing in leads.  So

5    you're not selling packages.

6              MR. TYNDALL:  Okay.

7              COACH PIERRE:  Yeah, you're just bringing in

8    leads.  So you're -- you're afraid you won't be able

9    to do that.

10             MR. TYNDALL:  Yeah.

11             COACH PIERRE:  Interesting.  How did you

12   learn about this?

13             MR. TYNDALL:  On -- online.

14             COACH PIERRE:  Oh, okay, good, yeah, good.

15             MR. TYNDALL:  Yeah.

16             COACH PIERRE:  So through what method

17   online?  Was it an email?  Did you --

18             MR. TYNDALL:  I was -- I was just -- I think

19   it was YouTube.  I was just clicking through.  And

20   then I saw a video, and it took me to -- to an

21   Instagram page.

22             COACH PIERRE:  Okay.  So do you think that

23   you could do a YouTube video or set up an Instagram

24   page?

25             MR. TYNDALL:  I think so.  I've never done

**Attachment JJ**

```
 1    it before.

 2              COACH PIERRE:  Do you think that it's hard?

 3              MR. TYNDALL:  I don't know.

 4              COACH PIERRE:  Yeah, no, it's -- it's not.

 5              MR. TYNDALL:  Okay.

 6              COACH PIERRE:  It's really not.

 7              L███████, what -- what did you put down for

 8    number two?

 9              L███████?

10              L███████:  Yes.  Oh, sorry.  I just unmuted

11    my phone.  I actually put down failing in life and not

12    being able to care for my parents or siblings if I'm

13    not financially stable.  And I also put down not

14    living up to my set of standards.  And, yeah, and the

15    last part, I wrote (inaudible) chance to achieve my

16    goals in life.

17              COACH PIERRE:  Interesting, okay.

18              Guys, this is really important because fear,

19    again, is probably the biggest thing that's going to

20    trip most people up.  And fear is not a real thing,

21    right?  I hope you understand that.  Fear -- fear is

22    just an emotion.  Have you ever noticed -- and, you

23    know, T█████, you mentioned that, you know, one of

24    your traits was being comfortable.

25              T█████:  Uh-huh.
```

**Attachment JJ**

EX 41
2384

```
 1              COACH PIERRE:  Have you ever noticed there's
 2    no shortage of -- of those rags-to-riches type of
 3    stories out there?
 4              T█████:  Yeah.
 5              COACH PIERRE:  Like people are, like,
 6    completely destitute, lost everything, and I -- I've
 7    become good friends with a lot of very successful
 8    entrepreneurs that have those types of stories where
 9    they -- they really were homeless and lost everything.
10    And yet turn everything around and achieve massive
11    levels of success.
12              And -- and as I've gotten to know them and
13    talked to them about things, it's this common thread
14    that they've shared with me, and why do you think
15    someone who is worse off than you are -- all of you
16    are right now -- how could someone like that succeed
17    over you?  What do you think that that factor is?
18              T█████:  And the drag.
19              COACH PIERRE:  And the drag, yeah, they made
20    a decision.  And I found out that it's a common
21    thread, and it's because they had nothing left to be
22    afraid of.  No fear, nothing left to lose, no fear.
23    And I'm telling you fear, if you're not careful, it
24    will trip you up.  See, this whole business is a
25    system, right?  It's -- it's a machine.  It works.
```

**Attachment JJ**

1      It's like a car.  You know, it doesn't matter who's

2      behind the wheel, if you, you know, put the key in the

3      ignition, the motor -- the engine will turn and it

4      will drive, right?

5                    T░░░░░:  Mm-hmm.

6                    COACH PIERRE:  And -- and this is not like

7      you -- you need any special skills.  It -- it works.

8      It's like a recipe to bake a cake.  And if I give you

9      a recipe, I don't care if you've never baked a cake

10     before, do you think you could follow the recipe and

11     bake the cake?

12                   T░░░░░:  (Inaudible).

13                   COACH PIERRE:  I would hope so, right?  And

14     if you follow the recipe, when all is said and done,

15     what would you have?

16                   T░░░░░:  Cake.

17                   COACH PIERRE:  A cake.  And it's probably

18     identical to the one that an experienced chef or a

19     baker would have created themself, right?  It's the

20     same thing.  It's a recipe.  But if you're afraid to

21     crack an egg, or if you're afraid to, you know, spill

22     milk or, you know, or you don't want to heat the oven

23     because it's, you know, 400 degrees -- ooh, that's

24     scary -- and you don't do those things, what kind of

25     cake would you have?

**Attachment JJ**

13

1           T████:   A pretty bad one.  Not a good --

2      not a cake.

3           COACH PIERRE:  Yeah, you wouldn't have one,

4      right.  And this is the same thing with this business.

5      See, we all live in this comfort zone, and when you

6      want something that's big and significant, it's

7      usually outside your comfort zone because you've never

8      had it before.

9           And when you step outside your comfort zone

10     is when those emotions will start to creep in.  And if

11     you're not careful, you're going to retreat right back

12     to your comfort zone and say, aah, you know, I really

13     didn't want to get that thing -- I really don't want

14     to make that -- that income or what have you.  And

15     you're just back to, you know, what you -- what you

16     know.

17          Have you ever heard the saying it's the

18     devil you know?

19          T████:   Yeah.

20          COACH PIERRE:  If people would rather deal

21     with the devil they -- they know than something they

22     don't know.  It's kind of funny.  But, guys, I'm here

23     to tell you that if you -- if you don't recognize

24     those emotions, because in the beginning you're going

25     to be doing things that are unfamiliar, okay, the

**Attachment JJ**

```
1    unknown.  And you have to be able to recognize that

2    fear and take action in spite of that fear.  And I

3    guess that's my question to you right now, is do you

4    feel that you have the ability to recognize fear and

5    take action as an entrepreneur in spite of that fear.

6              MR. TYNDALL:  Yeah.

7              T█████:  Yes.

8              COACH PIERRE:  Yes?

9              L█████?

10             L█████:  Yes.

11             COACH PIERRE:  Okay.

12             K███?

13             K███:  Yes.

14             COACH PIERRE:  Yeah?  J████?

15             MR. TYNDALL:  Yes.

16             COACH PIERRE:  Good.  You have to, because

17   otherwise you -- you won't succeed.  So it's very,

18   very important to understand what those fears are and

19   -- and be sure to, you know, be aware of them.

20   Otherwise, if you're not, it will trip you up.

21             Next is number three, is really what --

22   understanding what motivates you.  So real quickly,

23   J███, what did you put down?

24             MR. TYNDALL:  My family.  My son.

25             COACH PIERRE:  Okay.
```

**Attachment JJ**

```
 1              K███?
 2              K███:  (No reply.)
 3              COACH PIERRE:  Okay, L█████?
 4              L██████:  My parents.
 5              COACH PIERRE:  Your (inaudible).
 6              L██████:  (Inaudible) and, you know, what
 7    (inaudible).  But, yeah, I am (inaudible).
 8              COACH PIERRE:  Okay.
 9              And, T█████, what did you put down for
10    number -- number three?
11              T██████:  We had family, and then also
12    financial reasons, just having room to breathe.
13              COACH PIERRE:  Room to breathe, okay.  So
14    this -- whatever you put down there, you're going to
15    articulate it or you're going to restructure it in the
16    form of a mission statement, because this is really
17    the reason why you're doing this business, okay?  And,
18    so, you probably heard that term before, a mission
19    statement.  And I want -- I want it to be something
20    that's really significant here, because it can't be
21    just money, right?  Money is just a tool, right?  It's
22    a resource.  It's what the money allows you to do.
23              So make sure that you're writing this out
24    and you know precisely why, what's your mission here,
25    what are you setting up to accomplish.  Is it to
```

**Attachment JJ**

```
 1    replace a job?  Is it to travel the world?  You know,

 2    take care of loved ones, a family, your parents,

 3    things like that.

 4              So make sure that you're -- you're drafting

 5    this out when you prepare your business plan to be

 6    really, really crystal clear and something that you're

 7    really excited about, like, you know, when you're --

 8    when you wake up in the morning and you have a list of

 9    things that you want to take care, you know, you're on

10    a mission to get stuff accomplished.  That's what

11    we're talking about here is -- is that mission, you

12    know.  And you're unstoppable, nothing will stop you,

13    okay?

14              So number four now is -- and we're

15    backtracking, putting together your first 90 days.

16    You have a 30-day goal, a 60-day goal, a 90-day goal.

17    Just so you understand things, this is how we

18    structure this.  Your first 30 days doesn't really

19    start until, well, until your system is set up and we

20    launch your business, right, and you place your ads.

21    That's day number one because that's when your doors

22    are open, that's when your leads come in, right?

23    That's when you can actually start running your

24    business.

25              So what did you put down, T█████, for your
```

**Attachment JJ**

1    30-, 60-, and 90-day income goals?

2              T████:  I had 5,000, 10,000, and 20,000.

3         COACH PIERRE:  Okay.  So just know that

4    you're not going to be doubling month over month,

5    right?

6              T████:  Yeah.

7         COACH PIERRE:  Okay.

8              L████, what did you put down?

9              L████:  For 30 days, around 12,000; 60

10   days, $50,012; and 90 days, $100,012.

11        COACH PIERRE:  Okay, so, these are really

12   aggressive goals.  I -- and Im not going to say it's

13   impossible for you to do that, but it's aggressive,

14   right?

15             L████:  Yeah, well, yeah.

16        COACH PIERRE:  Okay.

17             L████:  But (inaudible).

18        COACH PIERRE:  Yeah, and I know Michael

19   talks about --

20             L████:  (Inaudible) the bigger picture,

21   you know?  If I don't make it to that, then that's

22   okay, I'm going to (inaudible) one day, so yeah.

23        COACH PIERRE:  Okay.  Well, we're going to

24   map out an action plan that is going to go along with

25   these goals, okay?  So I want you to understand,

**Attachment JJ**

```
1    $100,000 a month is not impossible, but within your 90

2    -- your first 90 days, if you don't have experience

3    doing this, if you've never done this before, I'm --

4    again, I'm not going to say it's impossible, it's just

5    unlikely.  Okay?  And, so, we're going to revisit this

6    in just a moment.

7              K███, what did you put down?

8              K███:  I had $7,000, 15-, and 24-.

9              COACH PIERRE:  And 24.  Okay, those are good

10   numbers.

11             And then, J███?

12             MR. TYNDALL:  I -- I put down 2,000, 3,000,

13   and 4,000.

14             COACH PIERRE:  Wow, that's super

15   conservative.  You really don't think that the phone

16   sales team is that good, do you?

17             MR. TYNDALL:  I -- I don't know, but I just

18   -- I'd like to at least match my salary for when I had

19   a job, which was about 48,000, but if I could make

20   more, that would be great.

21             COACH PIERRE:  So 40 in a month.

22             MR. TYNDALL:  No, I make 48 -- 48,000 a year

23   at my previous job.

24             COACH PIERRE:  Okay.  Okay.

25             MR. TYNDALL:  But do --
```

**Attachment JJ**

```
 1              COACH PIERRE:  This is not a job, right?
 2     This is your business.
 3              MR. TYNDALL:  Yeah.
 4              COACH PIERRE:  And, so, you can generate a
 5     heck of a lot more than that, right?
 6              MR. TYNDALL:  Okay.
 7              COACH PIERRE:  But it's your business.  You
 8     can -- you can aim for whatever you want.  I'll break
 9     everything down.  I can show you how to make --
10              MR. TYNDALL:  What --
11              COACH PIERRE:  -- or I can show you how to
12     make 12.  I mean, you tell me.
13              MR. TYNDALL:  Well -- well, what -- how do I
14     -- how do -- how would I make more?
15              COACH PIERRE:  By placing more ads and
16     bringing in more leads.
17              MR. TYNDALL:  Okay.  Do you --
18              COACH PIERRE:  Yeah, so we're going to
19     reverse engineer everything.  We're going to break
20     down this action plan and I'm going to show you how
21     that's done.  So these goals, do you -- do you feel
22     comfortable with them?  Does everyone feel comfortable
23     with what you've mapped out so far?
24              K█████:  Yeah.
25              MR. TYNDALL:  Yep.
```

**Attachment JJ**

```
 1              COACH PIERRE:  Okay.  Well, we're --

 2              MR. TYNDALL:  I had a quick question.

 3              COACH PIERRE:  Yeah.

 4              MR. TYNDALL:  Sorry.  Do you know when --

 5    when I might be able to make back my -- my investment?

 6    Because I -- it's on my credit card.

 7              COACH PIERRE:  Okay.

 8              MR. TYNDALL:  Right now.

 9              COACH PIERRE:  And you want to make back

10    your investment, right?

11              MR. TYNDALL:  Yeah.

12              COACH PIERRE:  So when we launch your

13    business and you start placing ads, typically -- and

14    this is part of what we're going to be covering during

15    your business plan -- is kind of the time line, the

16    typical time line.

17              MR. TYNDALL:  Okay.

18              COACH PIERRE:  How long did it take you

19    before you purchased RISE?

20              MR. TYNDALL:  A little while, a few weeks.

21              COACH PIERRE:  A few weeks.

22              MR. TYNDALL:  Yeah.

23              COACH PIERRE:  Typically, it's less than a

24    week.

25              MR. TYNDALL:  Okay.
```

**Attachment JJ**

```
1              COACH PIERRE:  So from the time a lead comes
2       into your funnel, they'll be purchasing RISE, usually
3       within about a week.
4              MR. TYNDALL:  Okay.
5              COACH PIERRE:  Okay?  Yeah.  And then
6       ASCEND, PEAK, APEX, usually it's another two to three
7       weeks after that.
8              MR. TYNDALL:  Okay.
9              COACH PIERRE:  Okay?  So that's typically
10      the cycle, and I'm going to show you how all of this
11      works, and we're going to look at your funnel and the
12      time lines and the numbers and -- and we're going to
13      break all of this stuff down.  Okay?
14             MR. TYNDALL:  Okay.
15             COACH PIERRE:  But in your business plan,
16      though, before we focus on, you know, the how, it's
17      really understanding the what.  It's understanding
18      why.  It's understanding where you're going, right?
19      It's like planning a trip.
20             MR. TYNDALL:  Okay.
21             COACH PIERRE:  You probably wouldn't get in
22      your car and start driving if you didn't know where
23      you were going, right?
24             MR. TYNDALL:  Yeah.
25             COACH PIERRE:  There you go.  So that's
```

**Attachment JJ**

```
 1    exactly what we're mapping out here, is identifying

 2    that destination.

 3             MR. TYNDALL:  Okay.

 4             COACH PIERRE:  Okay?  And, so, below that,

 5    and they should rephrase this question, but it's --

 6    you know, it says why do you want to make that money.

 7    Well, really what you need here is the law of

 8    attraction, and we talked about this.  The law of

 9    attraction works, doesn't it?  And, so, you have to

10    think about what you're going to do to reward yourself

11    when you generate that income, right?

12             And it doesn't have to be anything big, but

13    it has to be something that's really important to you

14    that you're really thinking about and that you really,

15    really want, right, because desire is really that

16    motivation.  And if you're focused on something you

17    truly want, the how will then invest itself, okay?

18    The path to get there will happen.

19             And, moreover, when you experience that

20    reward and you -- you reward yourself with whatever it

21    is that you want, what do you think is going to happen

22    to your business?

23             T▮▮▮▮:  It's going to grow.

24             COACH PIERRE:  Absolutely.  And, so,

25    T▮▮▮, you know, what did you put down there for
```

**Attachment JJ**

1    number five?  Like you got 5, 10, 20, so you make

2    5,000 bucks, what do you do to reward yourself?

3              T████:  So for -- what I had down for five

4    was not really necessarily a reward but that we were

5    going to reinvest and --

6              COACH PIERRE:  Okay.

7              T████:  --  kind of level up, and then

8    with the larger goal of becoming debt-free and all

9    that, but the first thing was to reinvest.

10             COACH PIERRE:  Okay.  So I want everyone to

11   understand this, because I -- this is pretty common.

12   People say, oh, I'm going to reinvest in my business.

13   Yes, of course you are.  I mean, you have a business.

14   You'd be crazy not to reinvest back into your

15   business.  That's a given.  And you mentioned, you

16   know, being debt-free.  Again, that's -- that's a

17   great goal, but debt is not a reward, right?  It's an

18   obligation.  So of course you're going to take care of

19   debt.

20             This is something that you really have to

21   think about.  Like, what is it that you really want?

22   A new iPhone?  A new TV?  You know, you want a new

23   couch for your living room?  You want to take the kids

24   to Disney World?  You take your significant other out

25   for a really nice weekend getaway?  Right?  If you're

**Attachment JJ**

```
 1   a foodie, maybe a really, really nice restaurant that
 2   you wouldn't normally try but -- and because it's so
 3   pricey, but something really special that you're
 4   thinking about and you -- and you've got to -- you can
 5   visualize it.  It's a goal, and, great, you just made
 6   ten grand.  What are you going to do?
 7              T█████:  We're going to go to Disney World.
 8   And if you see this --
 9              COACH PIERRE:  There you go.
10              T█████:  So this is my kid's little jar,
11   and when they let me work, I give them quarters to
12   fill this up.
13              COACH PIERRE:  See?
14              T█████:   And when it's full, we're going to
15   Disney World.
16              COACH PIERRE:  See?  Isn't -- see, that's
17   exactly what we're talking about.  You're doing it
18   with your kids.  Your business plan has to be the same
19   thing.  And if you've notice, right, all of us that
20   are -- that have been doing this for a while that have
21   certain levels of success, you know, whether it's
22   travel, like, I don't know if you follow Alex and Emma
23   Zubarev, and they were just in Paris before the
24   marketing mastery event.  They had a trip.  So they
25   hit a goal, and they wanted to go to Paris, so they
```

**Attachment JJ**

```
 1    went to Paris.

 2             And, so, these things have to really be

 3    crystal-clear in your mind's eye.  You have to have

 4    them on paper, and they have to be targets that -- and

 5    a reward because that's what's going to fuel your

 6    business.  Does that make sense everybody?

 7                  T████: Yes.

 8             COACH PIERRE:  Everyone?

 9             Okay, moving on.  Below that is a scale of

10    one to ten.  So, T████, what did you put down there?

11    What -- what number did you put?

12                  T████: Ten.

13             COACH PIERRE:  Ten, good, because it has to

14    be a ten.  So whatever you've got there number-wise,

15    whatever your rewards are, they have to be a ten.  And

16    oftentimes people have to spend some time on this and

17    change their numbers and find whatever it is that's a

18    ten.  It has to be a must.  Otherwise, honestly, if

19    it's nine or below, it's just a wish, right?  It's

20    like, oh, yeah, sure, it would be nice if I could do

21    that, but it's not really that important.  Right?

22             And I'm telling you, life goes by fast.  And

23    you have to have these types of goals in place.  This

24    is how it's done.  This is how the successful do

25    things.
```

**Attachment JJ**

```
1              The last section in this -- on the bottom of
2    the second page is what's going to become your vision
3    statement, right?  Vision statement.  Every business
4    plan begins with a vision statement.
5              And, so, T█████, what did you put down for
6    -- for that?
7              T█████:  Well, I just had that we would be
8    an APEX, we'd be doing 60,000 a month.
9              COACH PIERRE:  Yeah, you'd be doing better
10   than that.
11             T█████:  And we would like to be investing
12   into real estate.
13             COACH PIERRE:  Okay, beautiful, right?  Now,
14   you're still employed?
15             T█████:  No.
16             COACH PIERRE:  So you're not employed.  See,
17   you see that -- that vision of what your life is like,
18   what your business looks like.  And you're investing
19   in real estate, you're buying commercial property, I
20   don't know, residential property, apartment buildings?
21   So the clearer that picture is, the better, because
22   all you have to do now is just start backing -- you
23   know, backing into how I can go about achieving that
24   goal, one year out on the horizon.
25             Does that make sense, everybody?
```

**Attachment JJ**

1          MR. TYNDALL:  Yeah, that makes sense.

2          COACH PIERRE:  Good.  Because otherwise, I

3     mean, what -- we're in October of 2017.  This year has

4     gone by incredibly fast, hasn't it?

5          MR. TYNDALL:  Yeah.

6          COACH PIERRE:  And if you don't think this

7     way, if you don't plan this way, what do you think the

8     odds are of anything being really different in your

9     life in October of 2018?  Slim to none.

10         MR. TYNDALL:  Yeah.

11         COACH PIERRE:  You'll be just going through

12    the motions and living the same way you are now.  So

13    is this session helpful, guys?

14         MR. TYNDALL:  Yes.

15         COACH PIERRE:  Okay, so you're going to go

16    through this process, and sometimes it takes two to

17    three times.  Now, normally, I -- I take this a little

18    bit further, and I -- I do these sessions once a week,

19    but right now, my mouth is -- I'm very numb, and I'm

20    still drooling, so -- but I want to end this session.

21    We take turns.

22         Some of the senior coaches, we take turns

23    hosting a business plan session, but this week I'm

24    going to give you a recording of one that was held a

25    little bit earlier this week, rather than postpone

**Attachment JJ**

1    things for you guys.

2              This is -- this session was created by Beau.

3    Beau's -- Beau does insanely well with Digital

4    Altitude.  He's been around a long time and become a

5    really good friend of mine.  His session is pretty

6    long, though.  I'm going to warn you.  He's pretty

7    brutal.  I mean, he's going to (inaudible) that up and

8    he's going to really hammer some points home.  So I'm

9    going to give you links here on Skype.  So I want each

10   of you to message me on Skype, and I'm going to give

11   you the details of how to access this recording.

12             In fact, I'm going to begin by giving you a

13   link to video -- a YouTube video that was done by John

14   -- do you guys all know John Lavenia?

15             MR. TYNDALL:  No.

16             COACH PIERRE:  Okay.  Are you listening to

17   the daily calls?

18             MR. TYNDALL:  I -- no.

19             COACH PIERRE:  Okay, good.  So that's

20   fantastic.  John Lavenia hosts all of our daily calls,

21   so if you've not been listening to him, you're missing

22   out on a lot of this program.  So you're going to put

23   a face to the name because you're going to see him on

24   this video.  Just a very funny story that I'd like for

25   you guys to watch.  It's all about a book.  I'm not

**Attachment JJ**

1    going to steal his thunder.

2            And then I -- and then I want you to listen

3    to this audio, this -- it's a two-hour session that he

4    did this week.  It's pretty intense.  Do not listen to

5    this while you're out golfing or doing yard work or

6    driving your car.  This is a working session, right?

7    So you've got pen and paper in your hand, and you're

8    paying close attention to everything because all of

9    these elements that we talk about are going to go into

10   your business plan plus more that he's going to cover.

11           And then you -- you're going to go through

12   this two, three times.  Seriously, take the time to do

13   this.  This is by far the most important thing to your

14   business, is to have a plan.  I say this all the time.

15   People don't plan to fail; they fail to plan.

16           You know, why -- you wouldn't build a house

17   without a blueprint, would you?

18           MR. TYNDALL:  No.

19           COACH PIERRE:  Why would you try to build a

20   business, if you want a truly a profitable business,

21   why wouldn't you plan it out first, right?  And that's

22   precisely what I'm trying to help you guys do.  I see

23   this time and time again.  People have those fears.

24   They -- they don't take the time to process this.

25   They're flying by the seat of their pants.  They don't

**Attachment JJ**

1    know what they're doing, they have no plan, and what

2    do you think happens?

3            T█████:  Fail.

4            COACH PIERRE:  They fail.  And this is so

5    easy.  I'm telling you right now, the how, the

6    mechanics of this, so easy.  It's super simple once

7    you know exactly what to do and you just -- you're

8    spending maybe an hour a day, if that.  An hour, 90

9    minutes, just -- if you're going to spend some time

10   learning in the beginning, but it's not hard.  And

11   you're going to hit these targets, your 30-day goal,

12   your 60-day goal, your 90-day goal.

13           I mean, honestly, T█████, 20,000 a month.

14   November, December, January, okay, holidays are over,

15   it's January, you've just made 20 grand.  How'd that

16   feel?

17           T█████:  That's great.

18           COACH PIERRE:  And what do you do?  Have you

19   done Disneyland by that point, or --

20           T█████:  We'll probably be going, and I'll

21   be telling my boss bye.

22           COACH PIERRE:  Been fun, right?  Bye.  How's

23   that going to make you feel?

24           T█████:  Amazing.

25           COACH PIERRE:  Can you see that for

```
 1    yourself?

 2                T        :  Yes.

 3                COACH PIERRE:  See, that's the secret,

 4    right?  That's the -- the law of attraction, if you

 5    watched the movie, The Secret, that vibration that

 6    they talk about, it's emotion, right?  We're -- we're

 7    emotional beings.  So you've got to be aware of your

 8    thoughts, and your emotions are really that -- that

 9    vibration, that energy that's talked about in the

10    movie.

11                And I'm -- not to get all metaphysical,

12    guys, but to tell you, it works.  It's very real, and

13    the more focused you are on where you're going, and

14    you probably know successful people like this, too,

15    right?  They're positive.  They have very clear

16    expectations, and they go get it.  And you have to be

17    the same way.  And, so, the more you focus on that,

18    come January, 20 grand, you've told your boss goodbye,

19    you're out to Disneyland, you can visualize that.

20                It's a foregone conclusion.  You're going to

21    make it happen.  And all of you have done this at one

22    point or another in your life with something.  I don't

23    know what it is.  Maybe it was the purchase of your

24    home.  Maybe it was a trip.  Maybe it was, I don't

25    know, a new car, right?  Have you not done that
```

**Attachment JJ**

```
 1    before?

 2                    T▮▮▮▮:  Yes.

 3                    COACH PIERRE:  Right.  It's like, oh, I

 4    can't wait.  I just want this, you know, minivan for

 5    the family.  I just -- you know what I mean?  I really

 6    want this new living room set.  You can picture it,

 7    and you just make it happen.  This is no different,

 8    guys.  Okay?  So I love the excitement and enthusiasm

 9    of this group.

10                    Message me on Skype, everybody, and I'll

11    give you the details for your business plan, and --

12    and then we're going to meet afterwards to start

13    working on the action plan.  We're going to do this

14    one-on-one, and it's Step 16.  I'll save -- because

15    that's where you're going to map out what are called

16    smart goals, and we're -- we're reverse engineering

17    everything.  We're going to have a very specific plan,

18    and for that we'll be working one-on-one.  Okay?

19                    MR. TYNDALL:  Okay.

20                    COACH PIERRE:  All right, terrific.  All

21    right, guys.  Well, message me on Skype, and we'll

22    give you those details.

23                    MR. TYNDALL:  Thanks.

24                    T▮▮▮▮:  Thank you.

25                    COACH PIERRE:  Hope this was helpful.
```

```
 1              MR. TYNDALL:  It was.

 2              COACH PIERRE:  All right, good.

 3              T█████:  Thank you.

 4              COACH PIERRE:  Take care, everybody.

 5              (The call was concluded.)

 6              MR. TYNDALL:  My name is Reeve Tyndall.  I'm

 7      an investigator with the Federal Trade Commission.

 8      The date is October 25th, 2017.  The time is now 4:31

 9      p.m., Eastern time.  This ends the recording.

10              (The recording was concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment JJ**

```
1                CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sara J. Vance, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12         I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:  11/6/2017

22                          SARA J. VANCE, CERT

23

24

25
```

**Attachment JJ**

EX 41
2408

```
 1                  OFFICIAL TRANSCRIPT PROCEEDING

 2

                    FEDERAL TRADE COMMISSION

 3

 4

 5

        MATTER NO.      1723060

 6

        TITLE          DIGITAL ALTITUDE

 7

        DATE          RECORDED:  DATE UNKNOWN

 8                    TRANSCRIBED:  NOVEMBER 8, 2017

 9      PAGES          1 THROUGH 111

10

11

12                    d-a-bus-plan

13

14

15

16

17

18

19

20

21

22

23

24                    For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

**Attachment KK**

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4      RECORDING:                              PAGE:

5      d-a-bus-plan                              4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment KK**

```
1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:           )

4    Digital Altitude            )   Matter No. 1723060

5                                )

6    -----------------------------)

7                                 Date Unknown

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on

13   November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**Attachment KK**

EX 41
2411

```
 1                    P R O C E E D I N G S

 2                      -    -    -    -    -

 3                         d-a-bus-plan

 4          RECORDING:  This call is being recorded.

 5          COACH BEAU:  All right, guys, so my name is

 6   Coach Beau.  Welcome to the business plan for Digital

 7   Altitude.  I'm excited to have you guys on this

 8   morning, as I am every morning that I do this call.

 9   So if you would, please come out and tell me your

10   name, where you're calling in from, and most

11   importantly, what your -- what you do for a living and

12   why you're doing this business.  Okay?

13          So let's go ahead and start with D███One███

14          D███One███     Hello, this is D███One███

15   (phonetic).  I live in New York and I work currently

16   for a company called ████████████.  We make

17   computer chips.  It's a foundry tech business that we

18   make computer chips for all the computers in different

19   parts of the government and some of the ones that you

20   have in your house, cell phones, everything.

21          I've been there for 30 years.  Getting ready

22   to look for some type of way to get into retirement

23   because there's no retirement plan there at the

24   company that I'm with; it's just our 401ks, which is

25   not in great shape.  So I decided I had to find a way
```

**Attachment KK**

```
1    to supplement my retirement because Social Security
2    isn't going to get it.
3              COACH BEAU:  Got it.
4              D███One███   That's my story.
5              COACH BEAU:  Thank you, D███One███
6              D███One███   Yep.
7              COACH BEAU:  Glad you're here.
8              D███One███   (Inaudible).
9              COACH BEAU:  Let's go to L██One█████.
10             L██One██████   Hello, I'm L██One██   I am a
11   nurse.  I'm calling out of Clarksburg, West Virginia.
12   And I joined this to be able to spend more time with
13   my family and to become financially free and have that
14   quality time with my kids before they're grown up and
15   gone pretty much.
16             COACH BEAU:  Got it, perfect.  Thank you.
17             L██Two████████?
18             L██Two██████   Hi, I'm L██Two████████   I'm
19   calling from Bartlesville, Oklahoma.  I currently work
20   for Walmart.  I'm a cashier.  I've been there for
21   almost 25 years.  I am in this business because I want
22   to achieve a better life.  I know there's something
23   better out there, I always have.  And I have been
24   working since I was about 14 years old and now it's my
25   time to shine.  I want to enjoy what's left of my
```

**Attachment KK**

```
 1    life.
 2              COACH BEAU:  Awesome, perfect.  Thank you.
 3              D█Two█?
 4              D█Two█   Hello (inaudible).  My name is
 5    D█Two█   (phonetic).  I'm from (inaudible)
 6    Washington.  Currently, I'm a maintenance tech at an
 7    apartment complex and we're doing some big renovations
 8    there, so that has my hands tied up.  But I'm in this
 9    business to better my life.  I feel like I'm more than
10    just a certain wage an hour, more than just a salary a
11    year, and I'm ready to take my life to the next --
12    next level.
13              COACH BEAU:  Awesome.  And how old are you?
14              D█Two█   I'm 21.
15              COACH BEAU:  Twenty-one.  That's awesome,
16    man.  I'm so excited you're here.
17              D█Two█   Thank you.
18              COACH BEAU:  R█████?
19              (No response.)
20              COACH BEAU:  Or R███?  R█████?
21              R█████       Sorry, muted again.  I'm R███
22    █████  in Plano, Texas.  I spent 30 plus years in IT
23    management and consulting and about a year and a half
24    ago when into a business venture that failed to get
25    the venture capital needed.  So I'm looking at this as
```

**Attachment KK**

```
 1    my next opp -- opportunity.
 2              COACH BEAU:  Fantastic.  Thank you, Rich.
 3              R██████████    Sure.
 4              COACH BEAU:  J████?
 5              J██████████████    Hey, good morning, guys.
 6    My name is J████████████    I am currently a financial
 7    advisor.  I've been doing that for three years now.
 8    I'm 21 years old.  And the reason why I'm doing this
 9    business is really just to achieve financial freedom
10    and to have control of my time to enjoy the things in
11    life that I know are out there and possible for me.
12              COACH BEAU:  That's awesome.  Digital
13    Altitude is attracting a lot of young entrepreneurs.
14    I love it.
15              B██████, we'll see how you sound.
16              B██████    I actually pulled over so you don't
17    hear the road noise.  But I'm B██████ and I'm actually
18    from Charleston, West Virginia.  So I'm not that far
19    away from Clarksburg.  I am currently employed by
20    Humana, which does Medicare Advantage plans and stuff
21    like that.  I've been doing that for nine years.
22              But I'm really a jack of all trades.  I have
23    a contractor's license; I have rental property; I'm
24    part owner of a construction business; I have another
25    insurance agency and rental property; and then I just
```

**Attachment KK**

```
1    now helped start a sports training company.  So I've

2    done everything and I'm just looking for something

3    that I can spend less time and make the same kind of

4    money and give me more freedom to spend more time with

5    my family as well.

6              But I'm really excited to hear there's so

7    many young people out there taking this step.  That's

8    awesome.

9              COACH BEAU:  Absolutely.  B████, thanks.

10   And another multi-streamed entrepreneur here.  And

11   that's what it's about is multiple streams of income.

12   And with Digital Altitude, all you've got to do is pay

13   for marketing.  You pay for marketing and we, as

14   coaches, do the rest for you.  And we provide you the

15   websites, we provide you the banners, the links, and

16   everything to do your business.

17             So with that being said, guys, I appreciate

18   all of you coming out here and telling us why you're

19   here and what you do and your name and all those

20   things.  So let's go ahead and get started.

21             And here's what we're going to do today.  So

22   if you're taking notes -- also, there's some people

23   that are listening to this call live.  We just -- we

24   can only -- I can only do so many people at a time

25   that I can speak live to.  So if you're listening and
```

**Attachment KK**

1    you're not able to talk, don't worry about it.  Just

2    sit back and take notes so that you can get the gist

3    of the call and understand everything as if we're

4    talking to you on a personal level just like the live

5    participants we have here.

6            So with that being said, what we're going to

7    go over today for your business plan is -- and you

8    don't have to write this down -- we're going to go

9    over the three main principles of running your

10   business, your 30, 60, 90-day and annual income goals,

11   your plan of action on how to achieve those goals,

12   four things that top income earners do on a daily

13   basis, and at the end, we're going to go over the

14   compensation plan and get your marketing all set up.

15           Now, before we do your business plan, guys,

16   I want to tell you this.  This is -- for you that are

17   live on the call that I just had introduce yourself,

18   this is a live participation call for you, okay?  So I

19   literally will be asking questions and when I ask the

20   questions, I want feedback.  I'm not asking to just

21   ask and hear, you know, dead silence.  I want you guys

22   to talk to me, okay?  This is for you; this is for the

23   people listening in.  And your feedback and your

24   answer to your questions not only helps you, but it

25   helps the people on the line listening and the people

**Attachment KK**

1    participating.

2              So with that being said, did all you go over

3    the material that I gave you, the secret, the vision

4    board, the why, doing your 30, 60, 90-day income

5    goals?  Did you guys go over that?

6              GROUP:  Yes.  Yes, I did.  Yes.  Yeah.

7              COACH BEAU:  Good.  Who got something out of

8    that that you'd like to talk about?  What did you guys

9    get out of that?

10             D█One█████   The secret, the law of

11   attraction.  That was very interesting.

12             COACH BEAU:  Yeah.

13             D█One█████   Yeah, very good.  I've seen it

14   twice already.  (Inaudible).

15             COACH BEAU:  Okay, good.  Anybody else?  Go

16   ahead, D█One█ .  Sorry to cut you off.

17             D█One█████   No, that's all right.

18             COACH BEAU:  Go ahead, Rich.

19             R█████████     Yeah, I would -- I'd have

20   to -- have to say a lot of it was reinforcement for

21   me.  I've had this in past courses, but I've never

22   really -- or I should say past management and stuff

23   like that, but I've never taken it to quite this depth

24   or been as intense about it.  The (inaudible) receive

25   was good from my standpoint because it reinforced some

**Attachment KK**

1    of the materials I've seen in like Think and Grow Rich

2    and basically the Bible and other resources.  So it

3    was good.

4              COACH BEAU:  Good, excellent.  All right,

5    guys, so this call should take about 90 minutes.  You

6    know, sometimes it's 120 minutes, depending on how

7    fast we go.  So is everyone okay with time here?

8              GROUP:  Yep.  Yes.  Yeah.

9              COACH BEAU:  Okay, good.  All right.  So

10   hopefully, you got your coffee, you went to the

11   bathroom, you got your feet -- your feet kicked back

12   and you're ready to go.

13             Now, I will tell you that in this call, I

14   will get intense, okay?  I will -- I will talk to you

15   at the core and I will challenge you, okay?  So -- so

16   it's not that I don't like you or I'm being mean.  I

17   really, as an entrepreneur, as a high success

18   individual, I don't really take any excuses, if you

19   know what I mean.  And you can't personally either.

20             You have to look at what you want to do

21   here, okay, as if NASA is trying to land a spaceship

22   on the moon.  It's got to be precision accuracy on

23   what you want to achieve in your life.  That's how

24   precise you have to be in your goals.  That's why we

25   have you go, just like you said, R███, to the depth of

**Attachment KK**

1     what you want to achieve in your life.

2             Because the law of attraction is extremely

3     specific, extremely detailed.  And if you're going to

4     ask and you shall be given, you got to know exactly

5     what you're asking for.  Does that make sense?

6             GROUP:  Yep.  Yeah.  Yes.

7             COACH BEAU:  Good.  So before we get into,

8     you know, the meat and potatoes here, I want to ask

9     you guys five questions and I want you to answer me

10    back on a scale of one to ten, one you're -- or ten,

11    you're certain about it; one, you're not so sure about

12    it.  Okay?  And I want to speak about advertising

13    first.

14            So because you're a partner of Digital

15    Altitude, you will have access to our traffic

16    cooperative advertising campaign, okay?  What does

17    that mean?  Michael Force and his affiliates are

18    already marketing, okay?  Hello.  You know, bell to

19    the head.  He's already marketing.  It's already

20    working.  Does that make sense to you guys?

21            GROUP:  Yes.  Yes.

22            COACH BEAU:  This business is already

23    working.  That whole excuse, well, I've got to see it

24    work first is not an excuse anymore.  Do you get that?

25            UNIDENTIFIED MALE:  Yeah, man, I'm about an

**Attachment KK**

1    eight or nine on that.

2              GROUP:  Yeah.  Yes.

3              COACH BEAU:  You need to be a ten because

4    it's already working.  If you haven't seen the

5    Facebook post, if you haven't got the email, why are

6    you -- if you -- you wouldn't be here if it wasn't

7    working.  Does that make sense?

8              UNIDENTIFIED FEMALE:  Ten.

9              GROUP:  Yeah.  Yeah.

10             COACH BEAU:  So I'm going to tell you

11   something, stop with that attitude.  It works.  Well,

12   I got to see if it works for me, I got to show my

13   husband that it works.  Uh-uh.  Done.  No.  That's

14   wrong.  It works.  Why?  We have cooperative

15   advertising campaigns that you get to tap into that

16   are already working.  They are working.  He's getting

17   thousands of leads already every couple of days.

18             Guess what?  Basically, this is a small

19   franchise.  You're buying into a small franchise

20   basically without the franchise paperwork, okay?  This

21   system is already working.  You, as a business owner,

22   are paying for everything.  All you got to do is pay

23   for it and it works.  Does that make sense?

24             GROUP:  Yes.  Yeah.  Yes.

25             COACH BEAU:  The question isn't, does this

**Attachment KK**

```
 1    work?  I got to show my wife this works.  I got to

 2    prove to myself it works.  That's wrong.  The only

 3    thing you got to do is pay for it.  Okay?

 4                 UNIDENTIFIED MALE:  Beau, can I clarify one

 5    statement you said?

 6                 COACH BEAU:  Go ahead.

 7                 UNIDENTIFIED MALE:  Yeah.  You mentioned

 8    cooperative advertising.  To me, that means that I'm

 9    basically investing in an ongoing advertising campaign

10    that basically our leadership is already running.  Is

11    that a correct statement?

12                 COACH BEAU:  That is 100 percent accurate.

13                 UNIDENTIFIED MALE:  Thank you.  That's a --

14                 COACH BEAU:  And that's huge.

15                 UNIDENTIFIED MALE:  That's huge.

16                 COACH BEAU:  Because, now, it takes all the

17    ambiguity and animosity off your table, off your

18    plate.  So stop worrying if this is not going to work

19    or not.  I hear that all the time.  Well, I'm not

20    going to invest because I don't know if it works for

21    me.  Every one of you have thought that or said it to

22    me.  Am I correct?

23                 GROUP:  Yes.  Yeah.  Yes.

24                 COACH BEAU:  Yeah.  So no more, okay?  So,

25    guys, with this, once you get into it, if that's the
```

**Attachment KK**

```
1    route of advertising you want to take, which I
2    definitely recommend that that be part of your
3    advertising portfolio, you'll get rotated like 10 to
4    15 new leads every couple days or every three or four
5    days, depending on the time of year, that respond to
6    your affiliate website that you already have.  In the
7    My Marketing Section, when you pay $17, all of your
8    affiliate websites are activated, okay?
9            Then once you pay for the traffic
10   cooperative advertising campaign, the administrator
11   here simply puts your link in to where you're rotated
12   within -- within everybody else, where you start
13   getting rotated people, okay?  And then guess what?
14   We, as coaches, call those people that become leads
15   and members, okay?
16           So Digital Altitude has the most effective
17   copywriters, underground traffic affiliates, video
18   conversion experts in the world.  The talent at
19   Digital Altitude that Michael Force has brought to the
20   table is the best of the best and he's not just saying
21   that -- I'm not just saying that they're the best of
22   the best.  These are people that are proven to be the
23   best of the best in this industry, in this exact space
24   for over ten years each.
25           I've been doing this about 13 years.  I
```

**Attachment KK**

```
 1   started when I was 24 years old.  Okay?  So, now, I'm
 2   38, you know.  I'm -- I've been doing this a long
 3   time.  I've heard a lot of different people come
 4   through.  I've heard all of the excuses.  I've heard
 5   all of the successes.  And I will tell you that the
 6   law of attraction works.
 7            Well, you guys didn't do this for me, you
 8   guys didn't do that for me, you guys said this and
 9   didn't do that.  What kind of law of attraction is
10   that?
11            UNIDENTIFIED FEMALE:  Negative.
12            COACH BEAU:  And what are you going to get?
13            UNIDENTIFIED FEMALE:  Negative.
14            UNIDENTIFIED MALE:  Negative.
15            COACH BEAU:  Negative.
16            UNIDENTIFIED FEMALE:  Negative.
17            COACH BEAU:  Oh, you guys said this.  It's
18   working.  It's exactly how you said it.  I'm so
19   excited.  I want to tell everybody.  What kind of law
20   of attraction is that?
21            UNIDENTIFIED FEMALE:  Positive.
22            UNIDENTIFIED FEMALE:  Positive.
23            COACH BEAU:  Positive.  Ding, ding, ding,
24   ding.  That's the difference right there, okay?  You
25   have got to have a positive mind set, even when all
```

**Attachment KK**

1    the adversity in the world is against you, okay?  And

2    we're going to talk about these things.

3          So here are the questions that I'm going to

4    go one by one here.  Number one, do you feel on a

5    personal level -- and I'll start with D█One█ -- that

6    you want to call your leads in the future, you want to

7    call your members in the future once you're trained,

8    on a scale of one to ten, D█One█?

9          D█One█     I would say -- I would say

10   nine.

11         COACH BEAU:  A nine, okay.  So maybe in the

12   future, you're going to look at it.

13         D█One█     Yeah, yeah.

14         COACH BEAU:  All right.  L█One█?

15         I█One█     I'd say a seven.

16         COACH BEAU:  Okay.

17         I█One█     I kind of like the idea --

18         COACH BEAU:  So maybe not for you.

19         I█One█     I kind of like the idea of

20   having other people do it for me.

21         COACH BEAU:  Hey, and that's okay.  That's

22   how our system was designed to do, sweetie.  Good.

23   L█Two█?

24         L█Two█     I'd say about a three.

25         COACH BEAU:  Okay, good.  Daniel?

**Attachment KK**

```
1                    D███Two███   I would say a five.

2          COACH BEAU:  Okay.  R████?

3          R████████████    Zero.  I'm far better working

4   the technical aspects than direct marketing.  It's a

5   waste of my time.

6          COACH BEAU:  Absolutely.  Let us do it for

7   you.  You'll make more money.  Good job.  J████?

8          J█████████████    I'd say a two.  I would

9   like for this business to run on autopilot.

10          COACH BEAU:  Good, okay.  B█████?

11          B████    I'd say a two, also.  Probably no,

12   just zero.  I don't want to deal with that.

13          COACH BEAU:  B████, you got a lot going on.

14   I would say a zero for you as well.  Good job.

15          Okay, number two.  Do you feel like you have

16   the training, the support, the system, the model --

17   and also means your personal coaches, your APEX coach,

18   for you to be able to make at least $15,000 per month

19   in your business, on a scale of one to ten?  This is a

20   direct reflection of what you think of the system.

21          D██One██?

22          D█One█████    I'd say a ten right now.

23          COACH BEAU:  Awesome.  That's what I want to

24   hear.  Good job, D██One██.  L██One██?

25          L██One██████    Yes, absolutely a ten.
```

**Attachment KK**

```
1              COACH BEAU:  Fantastic, perfect.  Good job.
2    L▮▮▮ ?
3              L▮▮▮▮▮▮▮      A ten.
4              COACH BEAU:  Good.  Daniel?
5              D▮▮▮    Ten all the way.
6              COACH BEAU:  Awesome, man.  Good job.  R▮▮?
7              R▮▮▮▮▮▮      Okay, I'm going to blow the
8    string.  It's a nine for one simple reason.  I've got
9    an ongoing support case that hasn't been resolved.  I
10   was going to touch out to you later today on it.
11             COACH BEAU:  Like a support with our support
12   staff?
13             R▮▮▮▮▮▮      Yes.  I -- it's a billing
14   issue.  There was a glitch when I made a payment and I
15   wanted to go to another credit card.  But I called in,
16   I talked to my previous coach, have a ticket open, and
17   it's still unresolved days later.
18             COACH BEAU:  Okay, al right.  Well, we can
19   get to that very quickly, no problem.
20             R▮▮▮▮▮▮      Yeah, I expect so.  We'll go
21   to a ten once it's resolved.
22             COACH BEAU:  All right.  J▮▮?
23             J▮▮▮▮▮▮▮      I'd say a ten.
24             COACH BEAU:  Good, awesome.  B▮▮▮?
25             B▮▮▮    Definitely a ten.
```

**Attachment KK**

```
 1              COACH BEAU:  Fantastic.  Good job, guys.

 2              Okay, number three, at Digital Altitude, we

 3      call your leads for you.  We do the marketing with you

 4      and for you.  And with the coach commission split

 5      program, we split the profits with you as coaches.

 6      Okay?  So the total profit at the high -- at the

 7      CLIMBER level, CLIMBER level, 60 percent.  Why you

 8      would not want to be CLIMBER behooves me and I just

 9      don't understand it.  Okay?  CLIMBER, you get 60

10      percent commission.  What that means is if somebody

11      buys ASCEND, you get $6,000.  If somebody buys RISE,

12      you get $1,200; somebody buys PEAK, you get around

13      $10,200; APEX, 60 percent of $27,000 is like $16-,

14      $17,000, okay?

15              So 40 to 45 percent of that 60 percent goes

16      to you, okay -- or, I'm sorry, 40 to 45 percent of the

17      total goes to you.  And then 15 to 20 percent goes to

18      us as coaches.  So it's a split.  Sixty percent of the

19      total profit margin, okay?  We get 20, you guys get

20      40.  Does that make sense?

21              GROUP:  Yes.  Yes.  Yes.

22              COACH BEAU:  Good.  So we have a vested

23      interest on whether you do good or not, don't we?

24              UNIDENTIFIED FEMALE:  Yes, you do.

25              UNIDENTIFIED MALE:  You do.
```

**Attachment KK**

21

```
 1              COACH BEAU:  We're a partner.  So basically,

 2     after Step 18, you're not talking to me on a daily or

 3     every other day basis, are you?  You're talking --

 4              UNIDENTIFIED FEMALE:  No.

 5              COACH BEAU:  -- to your traffic coach

 6     because I'm working with your people and the other F2

 7     coaches are working with your people.  We don't have

 8     time to talk to you and all of your people at the same

 9     time.  It's just too much.  It's not designed like

10     that, okay?

11              The question is, do you feel like you want

12     to take over, call your leads in the future with a

13     script, do the RISE sales yourself and get the full 60

14     percent commission or are you comfortable getting 40

15     percent and letting us handle it for you on a scale of

16     one to ten?  D█One█?

17              D█One█████████  I'd say a seven.

18              COACH BEAU:  Okay, all right.  L█One█?

19              I█One█████████   I want the 60 percent

20     commission and you guys do the work for me.

21              COACH BEAU:  But you want 40 percent and let

22     us get 20?

23              I█One█████████  Yeah.

24              COACH BEAU:  Okay, so you're a one.  All

25     right, good.  I█Two███?
```

**Attachment KK**

1            [REDACTED]      I would say a ten.

2            COACH BEAU:  So you want to do the calls and

3    get all of the commission?

4            [REDACTED]      Yeah, that would be great.

5            COACH BEAU:  Okay, good.   [REDACTED]?

6            [REDACTED]    I would say I'm about a five.   I

7    remember in one of Michael's videos he said, if you

8    wanted to, there was a -- sometimes where you can do

9    your own calls.  So sometimes I would like to get the

10   60 percent, but for the most part, I would like the

11   coaches to take over.

12           COACH BEAU:  Gotcha.  R[REDACTED]?

13           R[REDACTED]      Zero.  I want to -- want you

14   all to do it and I'll focus on other income streams.

15           COACH BEAU:  Good.  J[REDACTED]?

16           R[REDACTED]      At some point.

17           COACH BEAU:  Gotcha.

18           J[REDACTED]      I agree with R[REDACTED].  I want

19   you to do the work, Beau.

20           COACH BEAU:  All right, man.  B[REDACTED]?

21           B[REDACTED]    I'm going to be a zero for now and

22   maybe about in ten years when I retire, I'll do the

23   other.

24           COACH BEAU:  Okay, good, I love it.  All

25   right.  Number four, do you feel like you have the

**Attachment KK**

1    discipline -- this is a huge question -- do you feel

2    like you have the personal discipline to follow

3    directions from your traffic coach and Michael Force's

4    traffic videos that you will see after Step 18 to be

5    able to follow his directions or her directions as

6    your coach to get at least 28, two-eight, good, unique

7    clicks to your Digital Altitude link per day on a

8    scale of one to ten?  D██One█?

9                   D██One████   I would say ten.

10             COACH BEAU:  Good, good answer.  L█One██?

11                   I█One█████   Oh, ten, absolutely.  Why

12   wouldn't I?  They're the experts.  They know more

13   about it than I do.

14             COACH BEAU:  Good.  A lot of people say ten,

15   but then, you know, four or five weeks down the road,

16   a little adversity hits, somebody dies in the family,

17   somebody gets sick and then they start using all kinds

18   of excuses why they can't follow directions.

19   Hopefully, none of you guys are those people.

20                   L█Two██?

21                   L█Two████   A ten.

22             COACH BEAU:  Good.  Daniel?

23                   D█Two██   Ten.

24             COACH BEAU:  Good.  R████?

25                   R████████   I have to say ten.  Sounds

```
1    like you can throw money to resolve the problem if you

2    had to.

3              COACH BEAU:  Yeah, pretty much.  J███?

4              J████████████      Ten.

5              COACH BEAU:  Good.  B█████?

6              B█████    (No response.)

7              COACH BEAU:  B█████?

8              B█████    Can you hear me?

9              COACH BEAU:  Yeah, barely.

10             B█████    How about now?  I'd say a nine.

11             COACH BEAU:  A nine for B█████.  I didn't

12   think I would hear that from you, but okay.

13             B█████    I got a lot going on, so I'm being

14   totally honest.

15             COACH BEAU:  That's good.  Hey, it's just

16   like R██ said, if you don't have the time to follow

17   directions to do that, you just pay for it.

18             Okay, let's go to number five.  Let's say

19   somebody off of your social media account, like

20   Facebook, Instagram, Twitter, LinkedIn, Snapchat,

21   whatever you guys are using, wanted to start their

22   business with you.  They saw some posts you made, some

23   lifestyle pictures.  They messaged you like what are

24   you doing with your life, man.  You're all over the

25   world enjoying life.  What are you doing?
```

**Attachment KK**

```
 1                Would you be comfortable in rolling that
 2    person onto your Digital Altitude website and then if
 3    they wanted to purchase the RISE, ASCEND, PEAK or APEX
 4    Mastermind from you, would you be comfortable
 5    accepting money and enrolling them into that?  On a
 6    scale of one to ten, D[One]?
 7                D[One]     Ten.
 8                COACH BEAU:  Ten, good.  You got to be able
 9    to take money, right?
10                D[One]     Yeah, yeah.  Who's going to
11    turn down that?
12                COACH BEAU:  L[One]?
13                L[One]       A ten.  I don't have a
14    problem with that.
15                COACH BEAU:  Why a ten?  Why a ten, L[One]?
16                L[One]         Because if they're coming to
17    me, then why would I have a problem with that?
18    There's no awkwardness, they're asking for it.  So why
19    wouldn't it?
20                COACH BEAU:  Absolutely, good.  L[Two]?
21                L[Two]       I'd say about an eight.  I'm
22    not real comfortable in the program to actually take
23    somebody's money and do it myself.
24                COACH BEAU:  Okay.
25                L[Two]       Maybe later down the line --
```

**Attachment KK**

EX 41
2433

```
 1              COACH BEAU:  (Inaudible).  Okay.  L▮Two▮
 2    coaching here, you've got to be -- if you're going to
 3    do this, you've got to be excited from the get-go and
 4    be passionate from the get-go no matter what it takes.
 5         L▮Two▮            I know.
 6              COACH BEAU:  Daniel?
 7              D▮▮▮▮    I'd say a ten.
 8              COACH BEAU:  Good.  R▮▮?
 9              R▮▮▮▮▮     I'm going to go with a ten.
10    Most of my social network, though, has been burned by
11    other internet marketers.
12              COACH BEAU:  Okay, all right.
13              R▮▮▮▮▮    I have no -- I have no problem
14    talking their money; it's just that there's not a lot
15    of people left in my network that haven't been burned.
16              COACH BEAU:  And I want to talk to you about
17    that real quick and I totally get it because a lot of
18    these guys -- these internet marketers are one-man
19    shows or they have two or three people supporting
20    them.  You know, with the amount of volume on their
21    lists that they have, you can't support everybody.
22    But with this, you've literally -- you know, this
23    short of time into Digital Altitude, you've got about
24    almost 60 or 70 people supporting the business right
25    now behind the scenes, and that's only growing, okay?
```

**Attachment KK**

```
1    It's growing every day, as a matter of fact.
2            So you've got the support here to be able to
3    support those people.  So good answer, good job.
4    B████?
5            B████   I would say heck, yeah, a ten.
6            COACH BEAU:  Awesome.  Good job, guys.  Way
7    to answer those questions.  I appreciate your
8    participation there.
9            So here's what you'll need to realize, we
10   will teach you exactly how to be an effective results-
11   oriented marketer.  Your job -- do you know what your
12   job is here?  Who can answer the question?  R████
13   (inaudible) answered easily.
14           GROUP:  (Inaudible).
15           UNIDENTIFIED MALE:  To take action.
16           COACH BEAU:  What's your job, R████?
17           R████   Bring the traffic.
18           COACH BEAU:  Bring the traffic, that's it.
19           R████   In conjunction with
20   (inaudible).
21           COACH BEAU:  That's it.  Bring traffic.  We
22   will walk through it with you to make sure you get
23   results.  You do not need -- I repeat -- do not need
24   to already know how to be a good advertiser to begin
25   making money here.  A huge question everyone asks me
```

**Attachment KK**

1    here, Beau, when will I begin making money in

2    marketing?  I'm ready to start marketing now.  Unlock

3    my steps.  When you get done with Step 18 and pass off

4    to your traffic coach is when you will begin getting

5    results and generating income, if you guys are good

6    with that.

7              Legally, we have to allow you to get your

8    affiliate links and begin marketing.  That's why you

9    can go do that against our advice.  It's the $17, gets

10   your affiliate link.  If you just can't wait, you can

11   start marketing.  But I totally want you to listen to

12   this call before you do that.

13             Our traffic coaches and success coaches will

14   handle you with kid gloves on, like you can turn on a

15   computer.  Marketing with us does not take talent or

16   skill.  It takes showing up on time, following through

17   based on the directions that you're given, personal

18   discipline and execution.

19             Here's a major problem that I see, okay?

20   People go through the system, right?  They get into

21   the traffic videos, and then they're like, Beau, I

22   watched the traffic videos, what am I supposed to do

23   now?  Anybody know the answer to that question?

24             UNIDENTIFIED MALE:  Bring in traffic.

25   Nothing.

**Attachment KK**

```
 1              COACH BEAU:  I mean, it's ridiculous, right?
 2    They're like, Beau, I watched the traffic videos, what
 3    do I do?  Hey, here's a solution.  Do what he says to
 4    do.  That's why he's doing the video.  Follow through.
 5    Does that make sense, guys?  Don't just watch the
 6    video to watch it.
 7              UNIDENTIFIED MALE:  Yeah.
 8              COACH BEAU:  He's got the video so you'll do
 9    what he's telling you to do on the video.  That's
10    where the personal discipline of follow-through comes
11    in.  If you watch videos and sit on the couch and
12    watch Fox all -- Fox and CNN all day, are you going to
13    make money?
14              UNIDENTIFIED FEMALE:  No.
15              UNIDENTIFIED FEMALE:  No.
16              COACH BEAU:  No.
17              UNIDENTIFIED MALE:  No.
18              COACH BEAU:  But if you watch the videos,
19    you apply what he's showing, you'll -- oh, you know
20    what, I didn't -- don't think I did this right, let me
21    go back and watch it again.  Okay, now, I got it.  Ah,
22    man, maybe I didn't get this right.  Let me watch the
23    video again.  Okay.  Ah, there it is, I got it.  I'm
24    not getting the results that he said.  Let me watch
25    the video again and see if I missed something.  Oh, my
```

**Attachment KK**

```
1     gosh, I can't believe I missed that.  Now I'm getting

2     results.

3             It may take you three to five times per

4     video of follow-through to get what he's talking

5     about.  And that's normal, okay?  It just happens.

6             Now, with all that being said, you should

7     have marketing being done for you with the traffic

8     cooperative advertising campaign so you're getting

9     results.  For example, guys, if you bought into a

10    Subway or another type of franchise, do you think that

11    you need to learn how to be an advertiser or do you

12    think they will tell you what to do and give you the

13    marketing materials to do it?

14            UNIDENTIFIED FEMALE:  They tell you what to

15    do.

16            UNIDENTIFIED FEMALE:  They'll tell you what

17    to do.

18            UNIDENTIFIED MALE:  Or they would do it on

19    your behalf in many franchises.

20            COACH BEAU:  Exactly.  Absolutely.  You're

21    talking to somebody right now that owns a brick-and-

22    mortar franchise personally.  I own one, operating for

23    me right now as I do this call.  Okay?  I'm going to

24    tell you, they take you through a lot of training,

25    they make you pay a lot of money and the franchise fee
```

**Attachment KK**

1    is not even the start of it.  The franchise fee is

2    just to get the material to learn.  And, typically,

3    you're talking about $15- to $50,000 just to get the

4    material to learn.

5           Then you got to open up your store, you got

6    to hire the people, you have to be there, you got to

7    follow-through.  You got to do a lot of stuff, right?

8    So you're looking at about another $150-, $200,000,

9    depending on the franchise, up to a million, $2

10   million, right?  The one I did, $20,000 entry and then

11   about $150,000 line of credit to operate with.  Okay?

12          I'm going to tell you, they give you

13   everything that you need and they tell you what to do

14   and they make sure that you do it just like we do.

15   Okay?  So relax.  We're going to take care of you.

16   You don't start making money here until you begin

17   marketing, okay?  See, in a franchise-type model like

18   this, we have a structured recipe/system.  Down to

19   every word of this conversation today and every word

20   of every conversation that I've had with you up to

21   this point and every word of every conversation you're

22   going to have after this has been a proven word in the

23   recipe that has worked for over ten years.

24          So you can have predictable results based on

25   years of empirical data of how each client that we

**Attachment KK**

1    coach has handled for you for your maximize return in

2    your bank account, okay?  We also want to make sure

3    you understand the business before you begin making

4    money and marketing.  So you maximize your income and

5    work smarter, not harder.  You guys good with that?

6              GROUP:  Yeah.  Yeah.  Yep.

7              COACH BEAU:  Okay.  So you will see why

8    after and during this call we have not allowed you or

9    recommended that you begin marketing, okay?

10             Let's go ahead and let's jump into the three

11   main principles of running your business here.  Number

12   one is vision.  Vision.  Vision.  Vision.  Vision.

13   Vision board.  Understanding exactly where you're

14   going down to the point that you want it so bad you

15   tear up.  You got to connect your emotions on a deep

16   subconscious level to exactly what you want on the

17   surface.

18             Number two, plan of action.  Plan of action.

19             Number three, purpose.  Purpose.

20             So let's go over your vision, number one.

21   You've been on the training calls, you've gone through

22   a ton of business content with the 18 steps, but where

23   do you want to go with your business here?  Now, is

24   this something that you guys will do just, you know,

25   kind of here and there to make an extra $1,000 a month

**Attachment KK**

```
1     or so, or is this really going to be your own business

2     you take seriously for the next 5, 10, 15 years?  I'm

3     asking.

4                    L█Two█         This is L█Two█ and it's

5     going to be my own.

6                    COACH BEAU:  Good.  Why do you feel that

7     way?

8                    L█Two█         Because I want to quit

9     working.

10                   COACH BEAU:  Absolutely.

11                   L█Two█         I want this to be our sole

12    income.  I want to be able to live life to the

13    fullest.

14                   COACH BEAU:  Good, I love it.

15                   L█Two█     I love to travel.

16                   COACH BEAU:  Yeah.  Excellent.

17                   UNIDENTIFIED MALE:  I'm very much like the

18    Vikings burning their boats behind them.  I've got to

19    pursue -- I've got to pursue income streams from

20    multiple sources and this is absolutely one of them.

21                   COACH BEAU:  Good.  Guys, next to vision --

22    see how you've emotionally attached yourself to that.

23    That's good.  You've visualized yourself as the

24    Vikings burning the boat.

25                   Next to vision, draw a hyphen and write
```

**Attachment KK**

1    down, know where you're going.  You've got to know

2    where you're going.

3            Number two, plan of action.  How are we

4    going to get you to that point?  And that's why I'm

5    doing your business plan today is to give you that

6    plan of action.

7            Number three, put a star next to this and

8    always remember, this is going to be a trick question

9    later to see if you guys get it, the only reason why

10   you have a business here is to help other people solve

11   their problems.  What are some problems that people in

12   our society face?  I mean, why do they respond to our

13   ads and want a business of their own?

14           UNIDENTIFIED MALE:  Financial freedom.

15           COACH BEAU:  Okay.

16           UNIDENTIFIED FEMALE:  Debt.

17           COACH BEAU:  Okay.

18           UNIDENTIFIED MALE:  Retirement.

19           COACH BEAU:  Okay, good.  People want to

20   make more money.

21           UNIDENTIFIED FEMALE:  (Inaudible).

22           COACH BEAU:  You know, we've coined some

23   phrases in this industry, laptop lifestyle, location

24   freedom, those types of terms.  People want more

25   money.  People want freedom like William Wallace says,

**Attachment KK**

1    Braveheart.  Right?  People want more fulfillment in

2    their lives.  And how many people do you think are out

3    there that fall under one of those categories?

4              GROUP:  (Inaudible).

5              COACH BEAU:  Yeah, it's like --

6              UNIDENTIFIED MALE:  A lot.

7              COACH BEAU:  -- 98 percent of the population

8    and it just increases every time we have a recession.

9    That helps your business here.  All these baby boomers

10   retiring and their pensions getting taken away and

11   401ks stinking and not being able to live off $1,200 a

12   month in Social Security, guess where they're coming?

13   To us.  So realize that when people respond to your

14   website, it's because they have those problems and

15   they're searching for somebody or something to help

16   them.  So keep that in the back of your mind.

17             Here's what I always want you to remember,

18   too.  When you call these people back who responded to

19   your ad or you go and you're placing these ads, if

20   your only focus is on you and your own agenda of you

21   wanting to make more money, you're going to increase

22   your anxiety, okay?

23             However, when you go out to place these ads

24   and call these people back and your focus is on their

25   problems and what they're looking for as the system to

**Attachment KK**

```
1     solve their problems and to inspire them and really

2     why they're looking for a business, to see if you can

3     help them, you'll have no anxiety.  You guys see the

4     difference in that?

5                 GROUP:  Yeah.  Yeah.  Yes.  Yeah.

6                 COACH BEAU:  So when you go to place these

7     ads, go to place these ads thinking, you know, what

8     are the problems out there, what are the people with

9     these problems searching for, and all kinds of clarity

10    will start popping up in your mind to solve their

11    problems.  And then the ads you place and the places

12    you place them and the things that -- if you got to

13    write a little three-line ad, your ad will be so much

14    better and you'll place them in such better places.

15    Okay?

16                 So always have that in the back of your

17    mind.  And once again, always remember that you're

18    only in business for one reason only.  And why is

19    that?

20                 I▮Two▮  To help other people --

21                 UNIDENTIFIED MALE:  To help other people.

22                 I▮Two▮  -- solve their problems.

23                 COACH BEAU:  There you go.  Who said solve

24    their problems?

25                 I▮Two▮  I did, I▮Two▮
```

```
 1              COACH BEAU:  You answered the trick
 2    question.  Everybody always says to help other people,
 3    but that's 50 percent of it.  You got to actually help
 4    them solve their problems.  And do we have something
 5    that can do this here?
 6              GROUP:  Yes.  Yep.  Yeah.
 7              COACH BEAU:  Good.  That's why we're here.
 8    So let's talk about your income goals, all right?
 9    These are your 30, 60, 90-day income goals, okay?
10    Here's how we structure income goals.  We're not going
11    to start your first 30 days until you actually start
12    getting leads because that's when you make money.  You
13    don't really make money until you start following the
14    system, right?
15              UNIDENTIFIED FEMALE:  Right.
16              COACH BEAU:  So over the last week or so,
17    I've had you go through Steps 7 through 15.  So that
18    doesn't count as your first month.  Or Step 1 through
19    15.  So realistically, we have to train you first,
20    give you the overview.  So over the next couple weeks,
21    a few of our marketing coaches will be getting with
22    you.  You'll go through some more training and they're
23    going to have you listen in and watch videos on
24    marketing and different things like that after you're
25    done with me, okay?  You'll be calling in and
```

**Attachment KK**

```
 1    listening to other leaders, like the ASPIRE daily call

 2    and some of the marketing calls and different things

 3    like that.

 4              And once you get into that marketing, you

 5    start marketing, you get with your coach and you start

 6    doing those things, that's when your leads should

 7    start coming in and you get involved in the traffic

 8    cooperative advertising campaign.  That's when your

 9    business will start.

10              So when I pass you up to one of the

11    marketing coaches, there's usually a few-day waiting

12    list before he or she is going to get with you, okay,

13    to start placing your ads and your own leads start

14    coming in.  So within that, you know, three to five-

15    day period, business day period, you'll be able to

16    really plug into Michael Force's training videos and

17    some of the marketing training calls.  And that's when

18    you'll start making money if you guys are good with

19    that.

20              So I'm not going to count your first 30 days

21    until sometime within the next couple of weeks because

22    realistically, that is when people will start going

23    through the system as a result of you.  So 30 days

24    from that point, where do you want to be financially

25    in your business?  How much would you like to make?
```

**Attachment KK**

```
1              Now, here's how we structure it.  Thirty

2     days, say zero to 30, how much do you want to make?

3     From day 31 to day 60, how much do you want to make?

4     Not 30 plus 60, okay?  Day 31 to day 60.  Day 61 to

5     day 90, how much do you want to make?  So I'm going to

6     start with you, D███One███?

7              D███One███   All right.

8              COACH BEAU:  Thirty, 60, 90.

9              D███One███   First 30, I would say 15k.

10             COACH BEAU:  Awesome.

11             D███One███   Going to the --

12             COACH BEAU:  Love it.

13             D███One███   Going to the -- going to the

14    60, I'm going to increase that to right around 60k.

15    And then going to the 90-day, I want to increase that

16    to a total of right around 75.

17             COACH BEAU:  So you want to make 75 within

18    your third month or is that total?

19             D███One███   Total.  Average of around 75.

20             COACH BEAU:  See, that's what I'm asking.

21             D███One███   Yeah, total.

22             COACH BEAU:  So that's what I want to know.

23    I want to know within that month, not total.

24             D███One███   Oh, okay.  Within that month,

25    I'm going to -- I'm -- okay, I'll start over.  15k,
```

**Attachment KK**

```
1    30; 20 on the 60; and 25 on the 90.

2              COACH BEAU:  There you go.  Okay, good.  And

3    how much do you think that that will yield you on an

4    annual basis?  What do you think your goal is per

5    year?

6              [One]        I'm looking at right around

7    somewhere between 2- and 250k.

8              COACH BEAU:  Is that precision, NASA landing

9    a shuttle on the moon?

10             [One]        Oh, that's --

11             COACH BEAU:  Between 200 and 250?

12             [One]        Yeah, that's not precision.

13             COACH BEAU:  I want precision.

14             [One]        Okay.  So if I add it up, I can

15   go -- actually, it is right around 250, right at 250.

16             COACH BEAU:  Okay.

17             [One]        Yeah.

18             COACH BEAU:  Yeah, I got 240.

19             [One]        Yeah.

20             COACH BEAU:  Okay, all right.  [One] ?

21             [One]          8,000 for the first month;

22   16,000 for the -- month two; and around 23- to 25,000

23   on the third month.

24             COACH BEAU:  Okay.  And for one year?

25             [One]          150,000.
```

**Attachment KK**

1          COACH BEAU:  150,000.  Is that precision?

2          ████One████        Well, I'm -- no.

3          COACH BEAU:  Okay, 188,000 is precision

4     there on 23,000 your 90th day.

5          ████One████        Okay, okay.

6          COACH BEAU:  L██Two██?

7          ██Two████        Okay.  In my first 30, I'm

8     figuring about 12,000.

9          COACH BEAU:  Okay.

10         ██Two████        31 to 60, 25,000.

11         COACH BEAU:  Perfect.

12         ██Two████        61 to 90, I want to shoot

13    for 80,000.

14         COACH BEAU:  Wow, awesome.  I love it.

15         ██Two████        And then the year, I want to

16    -- that's about 127,000.

17         COACH BEAU:  Whoa.  No.

18         ██Two████        No?

19         COACH BEAU:  So within -- within day 61 to

20    day 90, you want to make 80,000 within that one month

21    period?

22         ██Two████        I'd like to, yes.  I know

23    that's shooting for the moon.

24         COACH BEAU:  So you're telling me that

25    80,000 in one month; 25,000 in another month; and

**Attachment KK**

```
1    12,000 in another month will yield you 127,000 your

2    first year.

3                     L█Two█████████    Is that right?  Is that

4    right?  Twelve, 25 --

5                     COACH BEAU:  That's 468,000 in one year.

6    You've got that in three months, you want to make 127.

7                     L█Two█████████   Oh, I missed that.  I'm

8    sorry.

9                     COACH BEAU:  117, actually.  468,000 in one

10   year.  D█Two███?

11                     D█Two████   For the first 30 days, I want to

12   make at least 5,000, and then day 31 to 60, I want to

13   make 10,000 in that month, and then day 61 to day 90,

14   I want to make 15,000.  So my year end goal is

15   165,000.

16                     COACH BEAU:  Okay, that's close.  I got 120,

17   but 165 as you progress will be good.  Gotcha.  R███?

18                     R████████    Okay, I defined it a little

19   differently in terms of that my numbers are net after

20   taxes.  So the one to 30 days, 10,000; next, 15,000;

21   next, 75,000; and I think if you multiply all that

22   out, if I did an increase after the 90 days, that

23   would be 775k.

24                     COACH BEAU:  Okay, good.  J███?

25                     J█████████    I'd say from -- for the
```

**Attachment KK**

```
 1   first 30 days, I'd like to make 15,000; from day 31 to
 2   60, another 15,000; and from day 61 to 90, bump it up
 3   to 20,000 and just stay consistent.  My annual goal
 4   would be to make 200,000.
 5          COACH BEAU:  Perfect, okay.  B████?
 6          B███████   (No response.)
 7          COACH BEAU:  B██████ might be driving, so
 8   we'll --
 9          B███████   Okay.  I had to get the mute off of
10   there.
11          COACH BEAU:  There you are.
12          B███████   Y'all got some really, really
13   big -- y'all -- I was just thinking about 2,000 for
14   the first 30 days and then 5,000 a month for the month
15   of the second, and then 10 for my 90 days, which then
16   would give me 120 a year if I consistently do about
17   10,000 a month.
18          COACH BEAU:  Gotcha, all right.  Okay, good
19   job, guys.  So let's talk about these things.  All
20   right.  So first of all, I'm going to show you how to
21   get to all of these numbers with our compensation plan
22   towards the end.  But I want to talk about -- let's
23   say you guys, you know, whatever your goal was for
24   your first 30 days, your first month.  Who wants to
25   answer?  What are you going to do with that money to
```

**Attachment KK**

1    reward yourself?  Who wants to answer?

2                   B███████   I'll answer that.

3                   ██Two██████████   I'll answer.

4                   B███████   I'm going to reinvest.

5         COACH BEAU:  Okay, anyone else?

6                   ██Two██████████   I'm going to invest it back

7    into my business to make it grow even bigger is what

8    I'm going to try to do.

9              UNIDENTIFIED MALE:  Yeah, reinvest.

10        COACH BEAU:  Okay.  Mm-hmm.

11             R███████████   (Inaudible) -- oh, sorry.

12        COACH BEAU:  Go ahead.

13             R███████████   I was planning on taking a 25

14   percent draw per month out of that and using that to

15   first pay off some of the debt associated personally

16   and then just do some simple -- simple things the

17   first month, like we've got some really great parks

18   and stuff in the Dallas area and do a few things like

19   that and not do any of the -- what I consider the more

20   -- the bigger stuff, cruises and stuff until -- until

21   I'm out 90 days.

22             COACH BEAU:  Okay.  And that kind of alludes

23   to what I'm talking about here.  You know, everything

24   that you guys said rolls off the tongue so nicely and

25   feels so good.  I'm going to pay off debt.  I'm going

**Attachment KK**

1    to reinvest into the business.  Those are good things

2    and I like that, but let me tell you why I'm going to

3    ask you to think a little differently.

4            When I started here, I thought the same way

5    and told my advisor the same thing, that I'm going to

6    pay off my credit cards, I'm going to reinvest and buy

7    the high-ticket items.  And she said, Beau, that's a

8    negative goal, because when you're constantly thinking

9    or worrying about doing those things, what kind of law

10   of attraction is that bringing to you.  That's

11   something that you're excited about when you were a

12   kid growing up, that's what you wanted to do.

13   Probably not.

14           Getting out of debt, reinvesting into your

15   business is what we call an obligation, not a goal.

16   Okay?

17           So let me give you an example of a gentleman

18   I worked with.  His name was John Lavinia.  He did

19   this call when I first started in the business called

20   the black belt marketing call.  It was really a

21   personal development mind set call.  He lives out in

22   Tucson, Arizona.  When he first started the business,

23   he worked at a car dealership.  He made about 50 grand

24   a year as a car salesman.  And his main goal was to

25   buy this new Lexus sedan.  At the time, it was a

**Attachment KK**

1    $74,000 vehicle.  It was their top of the line car.

2    It's like the BMW 7 Series.

3           So while he was going after the training,

4    doing all the calls, before he started doing anything,

5    he went out and he test drove that car for like a week

6    straight, took pictures of it day -- every day, got in

7    the car, smelled the leather, put his hands on the

8    steering wheel.  He knew everything about the car.

9    The engine, the wheel size, what color everything

10   would be.

11          So he'd take those pictures home, he'd put

12   them up on his vision board.  And all of you have

13   began your vision board, correct?

14          GROUP:  Yes.  Yep.  Yes.

15          COACH BEAU:  He put pictures of that car on

16   his vision board and he looked at those pictures every

17   day until 90 days later, he had money from what he

18   made here in the business to go out and purchase that

19   car.  Cash.  That's what I'm talking about.  Positive

20   visualization, okay?

21          What would you really want to do with that

22   money that you can't do right now?  How could you

23   really reward yourself?  And we're going to jump ahead

24   all the way to after a year.  So if you guys look at

25   how much you set for your year goal, how do you see

**Attachment KK**

```
 1     your life being different than it is right now?  Who
 2     wants to answer?
 3               UNIDENTIFIED MALE:  I have my wedding.
 4               COACH BEAU:  Your wedding, there you go.
 5     That's positive visualization.  Love it.  Who else?
 6               ▮Two▮▮▮▮▮▮▮▮   I'd be living the good life.
 7     I'd have my home, my main home, in Jamaica.
 8               COACH BEAU:  Jamaica, mon.
 9               ▮Two▮▮▮▮▮▮▮▮   Yes.  And --
10               COACH BEAU:  Where at in Jamaica?
11               ▮Two▮▮▮▮▮▮▮▮   I don't care, just something
12     really close to the beach and not a care in the world.
13               COACH BEAU:  Is that -- is that precision?
14               ▮Two▮▮▮▮▮▮▮▮   Well, no, but I don't know
15     Jamaica very well, but I do love the beach.
16               COACH BEAU:  Then you've got to -- let me
17     tell you, if you want to be in Jamaica, you need to
18     start researching exactly where you want to live, how
19     much it's going to cost you, how you're going to get
20     back and forth to see your family, different things
21     like that.  We're talking precision.
22               ▮Two▮▮▮▮▮▮▮▮   Okay.
23               COACH BEAU:  You can't just say I want to
24     land on the moon.  You got to know the exact day --
25               ▮Two▮▮▮▮▮▮▮▮   No, I don't want to land on
```

**Attachment KK**

1    the moon.

2              COACH BEAU:  -- how to get out of the

3    atmosphere, exactly where you want to land so you

4    don't land in a crater.  I mean, there are some bad

5    parts of Jamaica.  I mean, Jamaica is a third world

6    country.

7              L▓Two▓▓▓▓▓▓▓   I know.

8              COACH BEAU:  You got to know where you want

9    to live in Jamaica.  Does that make sense?

10             L▓Two▓▓▓▓▓▓▓   Okay.  Yes, it does.

11             COACH BEAU:  I love the idea.

12             L▓Two▓▓▓▓▓▓▓   It does make sense.

13             COACH BEAU:  But it's a vague idea right

14   now.

15             L▓Two▓▓▓▓▓▓▓   It is.

16             COACH BEAU:  Okay.  Get precise.  But I love

17   where you're going.  That -- you're at the start of

18   your positive visualization.  Who else?

19             R▓▓▓▓▓▓▓   I have a very specific idea

20   for basically a zero carbon footprint mansion and

21   that's where I'd want to go.  Move out of the existing

22   house.

23             COACH BEAU:  Right on.  Where at?

24             R▓▓▓▓▓▓▓   It would be in Plano, Texas.

25             COACH BEAU:  Plano, Texas, zero carbon

**Attachment KK**

1   footprint.  You have the blueprint and everything,

2   huh?

3          R▮▮▮▮▮▮▮▮   Yeah, I've got the -- got the

4   website, I've got the floor plans.  I have a brother

5   who actually built a zero carbon footprint home in the

6   Austin area.  So I haven't fully flushed it out there,

7   but I'm well on the -- on the way.

8          COACH BEAU:  Good.  Sounds like you're on

9   the way, my friend.  Good job.

10         How do you guys feel about the income goals

11  and some of the lifestyle things that you want to

12  achieve here?

13         UNIDENTIFIED FEMALE:  Excited.

14         COACH BEAU:  Yeah?  I am, too, for you.  I

15  want to see you guys achieve these things.  I want to

16  see you guys achieve these things.  One exercise I

17  would like all of you to do that I did when I started

18  was I -- they had me write out my perfect day, you

19  know, describe my perfect day.  I would challenge you

20  guys to describe your perfect day.

21         Also, I had to do affirmation cards.

22  Affirmation cards are basically like these income

23  goals that you did.  I am so happy and grateful that I

24  make $20,000 a month by November 1st, 2004.  I am so

25  happy and grateful that I make 20,000 per month by

**Attachment KK**

1    November 1st, 2004.  That was my goal.  That was my

2    affirmation.  I still know it.  Why do I know it?

3    Because I said it 500 times a day back then.  That was

4    my goal and I achieved it.  Okay?

5          You just convince your mind and then your

6    mind starts -- your subconscious mind is a beautiful

7    thing.  You start convincing it to do something and it

8    just figures out how to do it.  You're actually

9    brainwashing and manipulating your mind into achieving

10   something great and you have no clue how to do it

11   right now.

12         But if you keep saying it and saying it and

13   saying it, over time, you start dreaming about it and

14   your creative conscience kicks in and you start

15   tapping into the greater plane of the creative

16   universe.  And you start tapping into that creation

17   that creates -- the creativeness and it's flowing and

18   it just comes in your mind and you figure it out.

19   It's amazing once you believe in that, okay?

20         So let's give you a very specific plan of

21   action on how to get to this point within your

22   specific time frame.  So on the next page of notes, if

23   you're taking notes, underneath plan of action, write

24   vertically going down the page the word "smart," S-M-

25   A-R-T.  Each of these letters stands for a different

**Attachment KK**

1    word.

2         The S stands for specific.  Your goal has to

3    be precise and specific.  What is your goal?  Why do

4    you want to achieve your goal?  How are you going to

5    break it down on a daily basis.  You see, the more

6    specific you are about your goals and the reason

7    behind your goals, the faster you will achieve your

8    goals.  It's that simple.

9         Let me give you an example.  Back in 1953,

10   Harvard did a study with their graduating class that

11   year on goal setting.  They found out, out of all the

12   students who wrote down their goals, only 3 percent of

13   them wrote down their goals in very specific terms.

14   What their goal was, why they wanted to achieve it to

15   how they're going to break it down on a daily basis.

16   So that's only 3 percent of Harvard that wrote down

17   their goals that way, 3 percent.

18         They concluded the study 20 years later in

19   1973 with the same group of people.  They would

20   probably be in their forties at this point.  Anyways,

21   this is what they found out.  Out of the 3 percent of

22   people who wrote their goals in very specific terms

23   were worth more financially net worth -- net worth

24   than all of the other 97 percent of the Harvard class

25   combined.  Do you see the power behind setting

**Attachment KK**

1    specific goals?

2              GROUP:  Yes.  Yes.  Yes.

3              COACH BEAU:  Good.  Measurable.  The M

4    stands for measurable, okay?  So let me give you an

5    example in this business.  If you're someone who wants

6    to make 30,000 per month with Digital Altitude, you

7    have to be able to measure what metrics on a daily

8    basis?  Anybody know?  What do you have to get per

9    day --

10             UNIDENTIFIED MALE:  1,000.

11             COACH BEAU:  -- to be able to make 30,000

12   per month?

13             R███████████   1,000 after expenses and

14   taxes.

15             COACH BEAU:  That's income.  But what

16   metrics do you need to measure on a daily basis?

17             UNIDENTIFIED FEMALE:  Leads.

18             R███████████   Oh, sales --

19             COACH BEAU:  Leads is close.

20             R███████████   -- (inaudible) conversions.

21             COACH BEAU:  Let me give you the metrics.

22   You ready?  Clicks per day.  Clicks per day.  Let me

23   teach you what a click is.  If you're looking at your

24   computer screen and you see a banner advertisement of

25   any sort or you're looking at Facebook and you see an

```
1    ad, right, is that a click or is that an impression?

2              UNIDENTIFIED MALE:  Impression.

3              UNIDENTIFIED FEMALE:  Impression.

4              COACH BEAU:  That's an impression because a

5    set of eyeballs saw that ad, right?  That's an

6    impression.  If you're driving down the road and you

7    see a billboard on the side of the road, you saw it or

8    you drove by it, that is counted as an impression or a

9    drive-by.  Advertisers pay based on how many people

10   drive by their billboards on the side of the road in

11   Texas or West Virginia or Washington or California,

12   right?

13             If you have a billboard out in the middle of

14   a desert and you've got five people a day that drive

15   by it, are you going to pay more or less than if

16   you're in downtown Los Angeles?

17             GROUP:  Less.  Less.  Less.

18             COACH BEAU:  Less, right?  However, the

19   quality might be a lot better in the desert because it

20   might say on that billboard, water, five miles ahead,

21   and there's a gas station, right?  Okay?  So there's a

22   lot of different variables that go into advertising,

23   okay?

24             Now, you're looking for this magic number of

25   57 good, unique clicks per day.  Now, back to an
```

1    impression.  Let's say on Facebook you see the ad, you

2    click on the ad, that's a click, right?  Now, you're

3    at the website, right?  Then you put your information

4    into the website.  That now becomes a?

5              GROUP:  Lead.  Lead.

6              COACH BEAU:  Lead.  The lead watches the

7    videos and buys the $1 trial.  That becomes a?

8              UNIDENTIFIED FEMALE:  Sale.

9              UNIDENTIFIED MALE:  Conversion.

10             COACH BEAU:  A member or a sale or a

11   conversion.  A lead can -- a member conversion, okay?

12   Makes sense.

13             So good, unique clicks is the number.

14   Fifty-seven per day, 365 days a year if you want to

15   make 30,000 per month.  That's the number on a daily

16   basis.  If you're going to train for a marathon and

17   you have to run the marathon in four months, what --

18   how many blank do you have to run per day to get in

19   shape to run the marathon?

20             UNIDENTIFIED MALE:  (Inaudible).

21             COACH BEAU:  Miles.

22             UNIDENTIFIED MALE:  Not necessarily 26,

23   but --

24             COACH BEAU:  No, I'm saying to train up to

25   that point, you're going to go and you're going to

**Attachment KK**

1   print off a training guideline off of Google, right?

2   That's going to tell you how many miles to run per day

3   so in four months you're ready to run 26.2 miles,

4   right?

5        GROUP:  Yes.  Yeah.

6        COACH BEAU:  You have to break each goal

7   down to a daily basis.  If you're going to lose 30

8   pounds in two months, how many blank do you need to

9   lose per month or per day?

10        UNIDENTIFIED FEMALE:  Pounds.

11        UNIDENTIFIED MALE:  Half a pound.

12        COACH BEAU:  Pounds.  You break it down into

13   pounds per day.  Like a .5 pound per day and you can

14   lose 30 pounds in two months.  Right?  This is how you

15   achieve goals.  The metrics here is you need clicks

16   per day.  Fifty-seven.  Got it?

17        GROUP:  Yep.  Yeah.  Got it.

18        COACH BEAU:  Okay.  Now, how much do clicks

19   cost?  Well, that's a variation.  Sometimes down to 30

20   cents a click, sometimes up to $1.50 a click.  But

21   we'll say the average cost per click is $1.  $57 per

22   day times 30 is how much per month?

23        UNIDENTIFIED MALE:  1,710.

24        COACH BEAU:  $1,719 of marketing can yield

25   you $30,000 in income per month if you're at the PEAK

**Attachment KK**

EX 41
2463

1    level.  Okay?  Do you see where I'm at?  Measure.

2             UNIDENTIFIED FEMALE:  Yes.

3             COACH BEAU:  You got to measure your goals.

4             UNIDENTIFIED MALE:  Yeah.

5             COACH BEAU:  And if you're not measuring

6    your goals every day, you are behind.  Because the

7    people that are making 800,000 a year, you know,

8    80,000 a month, 150,000 a month here, I guarantee you

9    they're measuring their unique clicks per day every

10   single day.  And if they're not at their number,

11   they're asking why and they're going to figure it out.

12   Do you see where I'm at?

13            GROUP:  Yes.  Yes.  Yeah.

14            COACH BEAU:  Good.  The A -- and 57 is

15   achievable.  It is achievable.  500 per day in your --

16   by your second month, probably not achievable.  Fifty-

17   seven, very achievable.  No excuse.

18            The A stands for achievable.  Are the goals

19   you're setting achievable.  You want to make 30,000 a

20   month.  That's a very achievable goal here and I'll

21   show you exactly what you'll need to do if you'd like

22   to make that much money in your business.

23            The R stands for relevant.  What are you

24   doing that's relevant towards the operations of your

25   business.  What are some things that you can do that

**Attachment KK**

```
1    are relevant here?  Going -- going through those
2    marketing videos, being on the calls with your
3    marketing coach, going through marketing training,
4    being at the event to learn how to be a better
5    marketer, calling your traffic coach with questions.
6    That's all relevant towards the achievement of 57
7    good, unique clicks per day.
8              Now, do you see what I mean there?
9              GROUP:  Mm-hmm.  Mm-hmm.  Yes.
10             COACH BEAU:  If you're -- if you're going to
11   train for a marathon, what is relevant towards the
12   goal of achieving, finishing the marathon?
13             UNIDENTIFIED MALE:  Proper equipment.
14             COACH BEAU:  Yeah.
15             UNIDENTIFIED MALE:  Training.
16             COACH BEAU:  Yeah, proper equipment or --
17   no, I think it's, you know, every night coming home
18   from work and sitting on the couch and watching Fox
19   and drinking a six-pack of beer.  Is that relevant?
20             GROUP:  No.  No.
21             COACH BEAU:  No.  Be relevant.
22             UNIDENTIFIED MALE:  Carbing up before the
23   race.
24             COACH BEAU:  Lock you -- lock yourself in a
25   room for 90 days and learn this game of marketing and
```

**Attachment KK**

```
1    you will never have to worry about money again in your
2    life.  The T stands for time.  What's your time frame
3    to achieve these goals?  And we've already discussed
4    that.  Okay?  What are your thoughts on setting your
5    goals like that from here on out?
6              █Two        █      I like it.  I'm feeling
7    really positive about it all.
8              COACH BEAU:  Good.  So let's go --
9              █Two        █      I'm excited.
10             COACH BEAU:  -- over this principle and then
11   we'll -- yeah.  And then we'll wrap -- we'll go over
12   the four things that top incomers do every day.  Then
13   we'll wrap things up going over the compensation plan
14   and get your marketing all set up, right?
15             UNIDENTIFIED FEMALE:  Right.
16             COACH BEAU:  So let's talk about these three
17   words, be, do, have.  My first website when I started
18   in this industry, I was so gung-ho, ignorance on fire,
19   fired up, willing to do anything.  All the leaders
20   told me that were making a lot of money, they said,
21   be, do, have, Beau.  Be, do, have.  So I went and
22   bought the website, beingdoinghaving.com.  Right?  And
23   I did exactly what they said.
24             Now, this was back in the day when you had
25   to buy your own and make your own websites.  You don't
```

**Attachment KK**

1    have to do that now.  Okay?  Because we have them all

2    for you, right?

3              GROUP:  Right.  Right.

4              COACH BEAU:  Number one, be means be the

5    leader first.  Who's the leader in the company?  It's

6    an APEX advisor, right?  You have to think like a

7    successful APEX advisor right out of the gate when you

8    start.  So be the APEX advisor first.

9              Do what you the APEX advisor would do.  And

10   if you're being the leader first and you're doing

11   exactly what the APEX advisor would do, what do you

12   think you're going to have?

13             UNIDENTIFIED MALE:  What the APEX advisor

14   would have.

15             COACH BEAU:  Absolutely, and that's about

16   80,000 a month, right?  You'll have what the other

17   APEX advisors have, right?  It's going to be

18   impossible if you're thinking like an APEX advisor

19   leader and doing everything that the leaders tell you

20   to do, it's going to be impossible not to have the

21   same thing.  Simon says.  Rinse and repeat.  Copy and

22   paste.  It's all here.

23             Just so you know, guys, there's going to be

24   people out there that start with you who are not that

25   smart, that will not think like that for some reason.

**Attachment KK**

EX 41
2467

1    Not a whole lot, but there's a few.  And I was one of

2    them.

3              Don't make fun of me, but when I first

4    started in the business, in the industry, I had about

5    a week there where I was like, eh, you know.  I came

6    from a corporate background.  I had more of an

7    employee mind set.  And I remember saying to my

8    advisor that, gosh, I hope this works out for me like

9    all of these people I hear on the calls, you know.  I

10   was like, if I can prove it, if I can prove it to my

11   wife and to myself that this works and see results

12   first, then I'll get positioned and believe that I'm a

13   leader.  That happened to me for like a week, and I

14   quickly got over that.

15             But it was kind of like I had one foot in

16   the door in the business and I also had one foot out

17   of the business.  Can you guys see how when you think

18   like that how it might have a very negative law of

19   attraction impact on running a successful business?

20             GROUP:  Yes.  Yes.  Yeah.

21             COACH BEAU:  What are your thoughts on that?

22             L█Two███████      You are what your mind

23   thinks.

24             COACH BEAU:  Okay, good.  Anyone else?

25             R███████      Leadership is a learned skill.

**Attachment KK**

1    It -- you know, you can -- there are people who have

2    natural leadership, but leadership can be learned.

3            COACH BEAU:  Okay.  Guys, this is just like

4    buying a franchise, and I know I'm repeating myself on

5    that.  It's like a Subway franchise.  Do you put both

6    feet in, open your store and dedicate yourself to

7    running a successful business or do you just kind of

8    say, well, you know, I'll do some things and if some

9    things work -- if I start selling, you know, Cokes and

10   chips, then I'll start investing in the system to sell

11   subs.  Or I'll put a business up, but I don't have

12   enough money for a sign, you know.  People just

13   recognize and start coming in, then I'll buy a sign.

14           L⬛Two⬛      No.

15           COACH BEAU:  Is that how you operate a

16   business?

17           L⬛Two⬛      No.

18           COACH BEAU:  I mean, it's ridiculous, right?

19           L⬛Two⬛      Yeah.

20           COACH BEAU:  This is just like any business

21   except this doesn't cost you $350,000 to $500,000 to

22   start.  And you don't have employees, you don't have

23   to show up, you don't have to hire people, right?  On

24   the weekend, when you're heading to the lake and

25   you're -- you know, your manager calls in and he says,

**Attachment KK**

EX 41
2469

62

1    I can't make it, you got to turn around and come in

2    and work for me, you don't have to do that.  Even

3    though he's lying to you and he's got to go to the

4    lake, too.  Right?

5           Now, we're going to go over the four things

6    that top income earners do on a daily basis.  So on

7    your next page for number one, I want you to write

8    down "personal development," okay?  Personal

9    development.  Number one, personal development.

10          To me, what this phrase means is study your

11   craft, okay?  So what is your craft here?  What are

12   you doing?  So I don't know what I'm doing here.  What

13   are you doing here, guys?  What are you going to do

14   every day?

15          UNIDENTIFIED FEMALE:  Helping people solve

16   their problems.  So we're bringing traffic --

17          D█One█████  Market.

18          COACH BEAU:  Who said market?

19          D█One█████  I did.  D█One█.

20          COACH BEAU:  You're a marketer.  Oh, I don't

21   know what I do here.  I still don't know what I'm

22   doing here.  What do I do?  What am I doing?  What's

23   my job?  You're a marketer.  Your only job is to drive

24   traffic to your website by placing your ad that we

25   give you in front of as many eyeballs as possible to

**Attachment KK**

EX 41
2470

```
1     get how many clicks per day?
2               GROUP:  Fifty-seven.  Fifty-seven.
3               COACH BEAU:  Fifty-seven.
4               UNIDENTIFIED MALE:  It depends on your
5     income --
6               COACH BEAU:  It depends on your income goal,
7     right?  So you can take it from 57.  If your income
8     goal is 15,000, you can divide 57 by 2.  If your
9     income goal is 60,000, double it, right?
10              So number one, personal development.  If
11    you're a marketer and you're developing your craft
12    every day, what do you study every day?  Every day,
13    what do you study?
14              GROUP:  Marketing.  Marketing.
15              COACH BEAU:  Easy, right?  Where can you
16    study marketing?  Well, guess what?  Digital Altitude
17    has a lot of mastermind calls, a lot of videos, a lot
18    of people to talk to, Facebook groups, et cetera, to
19    study marketing.  There's also called this thing
20    called YouTube or Google.  That's a great place to go.
21    But I warn you, only study people that have proven
22    results.  There's a lot of facts and scam artists out
23    there, okay?
24              Success leaves clues.  Only study success
25    with internet marketing.  Somebody who's got success
```

**Attachment KK**

1    in internet marketing, somebody like Frank Kern,

2    Michael Force, okay?  Some of Michael Force's top

3    people that you're seeing, moneymakers, study what

4    they're doing, okay?  Study them.  You don't have to

5    implement everything they're talking about, but study

6    them.  Become an expert at it.  That's personal

7    development.  That's what every -- every person who's

8    successful in anything that they do if they're a

9    professional, they do personal development on their

10   craft every single day.

11          You want to be around people who are going

12   places in life, right?  Become who you associate with.

13   Associate with marketers.  Be around positive in

14   abundance, people going places in life.

15          I would recommend doing what's called a

16   media fast.  That means stop watching the news,

17   reading the newspaper if you still read the newspaper,

18   get off of the media for 90 days.  You know, there's a

19   lot of people that watch Fox and CNN all day long.  In

20   fact, when I was a financial advisor when I was young,

21   21 years old, like a couple of you guys on this line,

22   I would watch the news ticker going across the screen

23   every day on CNBC.  And as a byproduct, I became

24   negative just because a lot of the stories are always

25   negative and they're always critical and they're

**Attachment KK**

```
 1    always judging and -- you know, it's -- everything's a

 2    problem.  Everything's going bad, right?

 3              I like to call CNN, constant negative news

 4    or current negative news.  Do you guys know anybody

 5    who sits around and watches Fox and CNN all day?

 6              GROUP:  Yes.  Yes.  Yes.

 7              COACH BEAU:  Are they positives or

 8    negatives?

 9              GROUP:  Negative.  No.  Very negative.

10    Very, very negative.

11              COACH BEAU:  You know, I've asked that

12    question on this call for years and I've never had one

13    person say, oh, no, they're positive, but they watch

14    Fox all day long, they're positive, ever, not once.

15    What does that tell you?  Turn the TV off.  If you've

16    got a husband or wife that does that, get out of the

17    room for 90 days.  Because when you're watching --

18    constantly watching and listening to negative people,

19    how do you think you'll become?

20              GROUP:  Negative.  Negative.

21              COACH BEAU:  Negative.  You can't afford

22    that right now.  It just doesn't work.  And how many

23    negative people do you know are extremely wealthy?

24              GROUP:  None.  None of them.

25              COACH BEAU:  None.  And how many people out
```

**Attachment KK**

66

1    of 100 will tell you that Digital Altitude is a scam

2    and they're taking your money and you shouldn't do it?

3                    UNIDENTIFIED FEMALE:  All the negative

4    people.

5                    COACH BEAU:  99 out of 100 people -- if you

6    lined up 100 people, 99 of them would tell you not to

7    do it.  That one person that would, that person would

8    probably be the only person in the group that's making

9    over $250,000 a year or more.  Because people who make

10   a lot of money think differently than people who are

11   employees making hourly wages.  They don't think

12   creatively.  They don't think the same.  You may not

13   think that way right now, but you're going to have to

14   adjust your thinking if you want to do this.

15                   And, also, your whole excuse, well, I can't

16   do this because my husband says I can't invest in

17   ASCEND or PEAK or APEX, I don't want to hear it.  Save

18   your breath.  That is an excuse because you're not

19   certain or you don't believe that you can follow

20   directions.  Period.  There's a line in the sand.

21   That excuse has no weight here.  Okay?

22                   Because guess what?  I could have used that

23   excuse easily when I started.  You know what I did?  I

24   just did it and asked for forgiveness in my third

25   month when I made $27,000 that month.  Yes, when I was

**Attachment KK**

EX 41
2474

1    24 years old, I made $27,000 my third month.  I made

2    $44,000 my fourth month.  My wife was a schoolteacher.

3    Do you think she was happy and would forgive me after

4    that?

5              UNIDENTIFIED MALE:  Yes.

6              COACH BEAU:  Yeah.  Do you think if I would

7    have asked for permission I would have made that much

8    my third month?

9              GROUP:  No.  No.  No.

10             COACH BEAU:  Hell no.  Wives and husbands

11   that are not going through what you're going through

12   will tell you that you cannot do it, I'm divorcing

13   your ass.  Well, this will get me divorced, so maybe

14   they're not the right person for you.  I say that

15   harshly.  I don't really mean that, but I kind of do.

16             But you see what I'm saying.  Stay away from

17   the negativity, guys.  You got to -- have you seen the

18   horse-drawn carriages in downtown cities across the

19   nation where there are, you know, people riding in it

20   for the date or whatever at night in downtown with the

21   horses carrying them?

22             GROUP:  Yes.  Yes.

23             COACH BEAU:  Have you looked at what those

24   horses have on their eyes?

25             GROUP:  Blinders.  Blinders.

**Attachment KK**

EX 41
2475

1              COACH BEAU:  Blinders.  Why do they have

2    blinders on?

3              UNIDENTIFIED MALE:  So they don't become

4    distracted by traffic or --

5              COACH BEAU:  Bam.

6              UNIDENTIFIED MALE:  -- other things.

7              COACH BEAU:  Yeah, so they don't get

8    distracted and get scared and start kicking little

9    kids and, you know, jumping over cars and all kinds of

10   crazy stuff, right?  Put your blinders on for 90 days,

11   just the negative people out of your life for 90 days.

12   Turn off the TV.  Get focused.

13             Number two, plug into the system only, the

14   ASPIRE call.  You don't want to miss the ASPIRE call.

15   That's a call you want to be on.  If you can't make

16   it, just listen to it recorded.  You don't want to

17   miss that call.  You don't want to miss the marketing

18   and leadership calls, the events.  All the top leaders

19   that go to all the events, you see them at the ASCEND,

20   the PEAK, the APEX mastermind training events.  They

21   never miss events.  Go to the events.

22             Number three, top leaders build what per

23   day?  What do they focus on per day?

24             UNIDENTIFIED MALE:  Unique clicks.

25             COACH BEAU:  Good, unique clicks per day.

**Attachment KK**

1    Whatever their goal is, if it's 30,000 a month and

2    they're PEAK, 57 clicks per day.  They're always

3    looking at those numbers.  They're making sure their

4    advertising is always being done.  They're always

5    looking for better sources, better places to put their

6    ads to get those unique clicks.  Okay?

7              You okay with that?

8              GROUP:  Yes.  Yes.

9              COACH BEAU:  Focus.  So number three is top

10   leaders are focused on their unique clicks per day.

11             Number four, top leaders are committed to

12   their business and their vision.  Nothing, no one, not

13   anything, death, sickness, nothing, the people around

14   them, will get in their way of committing to their

15   vision.  Okay?  And I hate to say that.  And I don't

16   say that as like, you know, you shouldn't go to a

17   funeral and things like that, but you shouldn't let a

18   funeral or something like that distract you for three

19   months or two months, you know, unless it's your

20   spouse or something.  I mean, you know, I get -- it's

21   amazing these -- well, my uncle died and, you know,

22   that's why I haven't been able to work for two months,

23   you know.

24             I've went through -- my granddad's died, my

25   mother's -- my stepfather's died.  I was very close to

```
1    him, you know, and I went through a week and two weeks
2    of helping my mom and all that.  But I still operated
3    my business.  You know what I mean?  I'm just talking
4    from a top leader standpoint.  It's easy to keep your
5    advertising on if things like that happen.  Well, my
6    kid's been sick, I haven't been able to do anything.
7    Well, really?
8            Top leaders are committed to that vision,
9    guys.  Top leaders cultivate the expectational
10   leadership.  What does cultivate the expectational
11   leadership mean to you guys just on the surface?  What
12   does cultivate the expectational leadership mean to
13   you guys just on the surface?
14           UNIDENTIFIED FEMALE:  I'm not quite sure.
15           COACH BEAU:  Cultivate the expectational
16   leadership.  Let's say that you're running a marathon,
17   right, and that's on your bucket list, okay?  And
18   you've got kids.  Don't you think it would be pretty
19   cool for your kids to see you crossing that line on a
20   marathon?
21           UNIDENTIFIED FEMALE:  Sure.
22           COACH BEAU:  And seeing what you went
23   through to train for that to achieve that goal?
24           UNIDENTIFIED FEMALE:  Sure.
25           COACH BEAU:  Yeah.  Guess what that's going
```

**Attachment KK**

1    to teach them?

2              UNIDENTIFIED FEMALE:  That they can do it,

3    too.

4              COACH BEAU:  That they can achieve things in

5    their life, too.  You know, if you put your head down

6    for 90 days here and you achieve that goal of 30,000

7    per month by the end of that 90th day, what are the

8    people around you going to start thinking?

9              UNIDENTIFIED FEMALE:  That they can do it,

10   too.

11             COACH BEAU:  Yes.  And, R███, therefore,

12   you're cultivating the expectational leadership on

13   other people, right?

14             UNIDENTIFIED FEMALE:  Mm-hmm.

15             R█████████    Right.

16             COACH BEAU:  Does that make sense, guys?

17             GROUP:  Yeah.  Yeah.

18             COACH BEAU:  When you have a goal in life

19   this important of your vision board -- you know, I was

20   pretty hard on a few subjects there.  But if you've

21   got a goal this important in your life that if you

22   know if you achieve this, all of those other things I

23   was talking about, you'd have more time in the world

24   to be there for family, to buy things, to give to

25   charity, to take care of these people on death and

**Attachment KK**

1    sickness and, you know, achievement of other people's

2    goals and things, if you'd put your head down for 90

3    days, you're going to do all of that.

4           Other people around you are going to see

5    what you did and they're going to rise up and do

6    something great, too.  It may not be in this business,

7    it might be something else.  But they're going to see

8    how it works, you know.

9           Like, B████, you've created a lot of

10   success in your life with a lot of different streams

11   of income.  You're an extremely successful woman.  You

12   have inspired people around you and somebody probably

13   inspired you growing up to do that.  They cultivated

14   the expectational leadership with you.  I think you

15   told me it was your granddad or somebody.

16           B████    Yeah, my grandparents.

17           COACH BEAU:  They taught you -- they

18   cultivated leadership within you.  You saw how it

19   worked through them.  They taught you.  Now, you're a

20   lady, a young lady, that has multiple streams of

21   income, enough money to really do whatever you want

22   to, you're just trying to achieve that one more goal

23   of absolute freedom.  Right?  That's what cultivate

24   the expectational --

25           B████    Exactly.

**Attachment KK**

1          COACH BEAU:  -- leadership means.  Who's a

2     leader in the business here, guys?  It's an APEX

3     advisor, right?

4          GROUP:  Yeah.  Yeah.

5          COACH BEAU:  You have to be ASCEND, PEAK or

6     APEX, otherwise, you're working for your ASCEND, PEAK

7     or APEX advisor.  It's almost like having some type of

8     job.  I'm going to give you the percentages of your

9     income that you'll make here at these levels.  You

10    might want to write some of these down, okay?

11         So out of the -- let's say -- let's just for

12    a round number here, let's say that you make $200,000

13    your first year, 200 grand.  Write it down.  Fourteen

14    percent of that income will come from RISE sales.

15    Fourteen percent.  $28,000.  Okay?  Where does the

16    other 70 -- $172,000 come from?

17         UNIDENTIFIED MALE:  Other sales.

18         COACH BEAU:  Or 86 percent.

19         UNIDENTIFIED MALE:  Sales of other products

20    and renewals on (inaudible).

21         COACH BEAU:  I'm going to tell you exactly

22    where it comes from.  It comes from ASCEND and PEAK

23    mastermind profits.  Not your RISE sales.  Your RISE

24    will make you about 28,000 out of 200,000.  172,000 or

25    86 percent will come from ASCEND and PEAK.  Okay?

**Attachment KK**

1              UNIDENTIFIED FEMALE:  Okay.

2              COACH BEAU:  Got it?

3              GROUP:  Got it.  Got it.  Mm-hmm.

4              COACH BEAU:  All right, I had to mute you.

5    Who's on the 661 number?  J███, I had to mute you,

6    buddy.

7              Okay, so if you look at my third month, I

8    told you guys I made $27,000, right?

9              UNIDENTIFIED FEMALE:  Yes.

10             COACH BEAU:  So in my third month of that --

11   I think it was November 2004, I made 27 grand.  How

12   many first level we'll call it RISE sales do you think

13   that I made that month to make $27,000?

14             UNIDENTIFIED MALE:  Was the price the same

15   as it is currently?

16             COACH BEAU:  Yep.  Pretty close.

17             UNIDENTIFIED MALE:  Okay, so --

18             COACH BEAU:  It was five.  I made five RISE

19   sales, but I made $27,000.  How did I do that?

20   Because five RISE only, at that time, gave me $1,000

21   in profit.

22             UNIDENTIFIED MALE:  You were positioned

23   higher.

24             COACH BEAU:  I was.  I was positioned at the

25   equivalent of PEAK.

**Attachment KK**

EX 41
2482

1           UNIDENTIFIED MALE:  Yeah.

2           COACH BEAU:  Two of those people bought --

3    two of those people bought ASCEND.  That's 4,000

4    apiece.  You get 4,500; I only got 4,000 back then.

5    What's 4,000 and 4,000?  8,000, right?

6           GROUP:  Mm-hmm.  Yeah.

7           COACH BEAU:  What's 8,000 plus 5,000?

8           GROUP:  Thirteen.  Thirteen.

9           COACH BEAU:  13,000.  Well, I made 27.

10   Where did the other money come from?

11          UNIDENTIFIED FEMALE:  ASCEND.

12          COACH BEAU:  ASCEND got me to 13,000.

13          UNIDENTIFIED MALE:  PEAK sales.

14          COACH BEAU:  PEAK.  Two of those people also

15   bought PEAK.  7,000 apiece is what I made; you guys

16   make 7,650.  7,000 plus 7,000 is another 14 grand on

17   top of 13,000.  27,000 bucks, right?  So like I said,

18   out of the, let's say, 200 grand you make your first

19   year, $172,000 will come from ASCEND and PEAK; $28,000

20   will come from RISE.  It's that big of a difference.

21          And how much are you spending for you to

22   make the 28,000 if that's all you're at based on what

23   I told you earlier?

24          UNIDENTIFIED MALE:  $1,710 maybe a month

25   approximately.

**Attachment KK**

```
1              COACH BEAU:  Yeah, plus your CLIMBER, plus

2    any other little costs you got.  So you're spending

3    about, you know, 24,000 a year to make 28 to 36,000 a

4    year.  Your profit margin is 4,000 to 12,000.  Is that

5    what you came here for?

6              UNIDENTIFIED MALE:  No.

7              UNIDENTIFIED MALE:  (Inaudible).

8              COACH BEAU:  No, that's the difference.  The

9    difference is you do no more work, you spend no more

10   amount of money besides up-front, but you make instead

11   of -- and I'll give you the exact number.  So if you

12   spent 24 grand in operating costs, the real numbers

13   are you'd make 36,000 in RISE, okay?  If you're just

14   in RISE.  You would make 360,000 if you're at PEAK

15   doing the exact same thing.  That is a tenfold

16   difference.  Ten times.

17             Go ahead and write this down.  There are

18   some people in this company that are doing one RISE

19   sale per week.  So because they're PEAK, they bring in

20   or are projected to bring in over $360,000 a year or

21   more.  Okay?

22             One per week.  This isn't some multilevel

23   marketing where you need to bring in 500 people to

24   make 50,000.  We're not looking for tire kicker,

25   multilevel marketing people.  That's not the people I
```

**Attachment KK**

1      want to go to the events with.  I want to go to the

2      events with people who are not tire kickers, who have

3      been filtered out, who are serious about a real, legit

4      business.  Those are the type of people I want to go

5      to events with.  What about you guys?

6                  UNIDENTIFIED FEMALE:  Yeah.

7                  COACH BEAU:  When you go to exotic events

8      around the world, don't you want to be around people

9      who are going places in life, who are just not, you

10     know, tire kicking to look for a lottery ticket?

11                 UNIDENTIFIED MALE:  I'm laughing a little

12     bit because I like to go off by myself on vacation.

13     But, yes, if I'm going to be around people,

14     definitely.

15                 COACH BEAU:  Yeah.  You see what I'm saying

16     there.  You want to go around people who truly want to

17     be entrepreneurial with multiple streams of income

18     who've got other businesses and who are marketing and

19     who are, you know, going cool places in life and

20     talking about cool things that they're doing and, you

21     know, that's the type of people you want to be around.

22     Positive people, right?

23                  So just so you understand, I want to go over

24     what the profits will cover for you at each level.  So

25     the RISE sales you make -- do you know what RISE does

**Attachment KK**

1    here?  RISE pays your bills.  It pays your operating

2    costs.  It's not meant to be a profit center.  That is

3    the dumbest thing that I hear.  Well, I'm going to

4    reinvest my RISE money.  You know how long it would

5    take you to reinvest the money you make from RISE to

6    buy ASCEND?  You make $800 profit if we're making a

7    sale for you, right?  If you're doing one per week,

8    that's four per month.  That's a good -- that's --

9    that's worth 360 grand if you're a PEAK.  That's damn

10   good.

11            So you get 3,200 a month.  How much does it

12   cost to get four RISE sales a month and what I told

13   you?  $1,710 plus your operating costs, so about 1,900

14   to 2,000 bucks.  What's 3,200 minus 2,000?

15            UNIDENTIFIED MALE:  1,200.

16            COACH BEAU:  1,200.  What's 10,000 divided

17   by 1,200?  It's about eight or nine.  So how many

18   months would it take you to reinvest your money and

19   buy ASCEND?

20            UNIDENTIFIED MALE:  About nine.

21            COACH BEAU:  Eight or nine months.  Beau,

22   I'm just going to start where I'm at and I'm going to

23   reinvest my money.  Okay.  I'll talk to you in nine

24   months.  Does that make sense?  Pretty hard core

25   truth.

**Attachment KK**

1          The compensation plan was not built on RISE

2     sales.  The people you're seeing make 50 RISE sales in

3     two months are experienced marketers who have lists of

4     800,000 people, 500,000 people, about 100,000 people.

5     They're not the average person.  They make it look

6     easy, but they've probably been in this industry for

7     eight, nine years building that list.

8          And guess what?  All of them want you to not

9     buy ASCEND and PEAK at the start because everybody you

10    bring on that you haven't bought ASCEND and PEAK at,

11    they get all of their ASCEND and PEAK money when those

12    people decide to buy.

13         Now, for the ASCEND dollars you receive,

14    that's going to buy you the things in life that you

15    want.  A new car, a vacation, it's going to get you

16    those things in life that you want.  Why?  Because

17    your ASCEND money is pure profit.  So instead of you

18    making $3,200, well, did you know that out of every

19    four RISE sales that you make, three of those people

20    are going to purchase ASCEND?  Seventy-three percent.

21         How much do you make at ASCEND?  4,500

22    bucks.  What's 4,500 times 3?

23         UNIDENTIFIED FEMALE:  A lot.

24         UNIDENTIFIED MALE:  Thirteen-five.

25         COACH BEAU:  It's 13,500.  Okay?  What's

**Attachment KK**

```
 1    13,500 plus 1,200?  We'll just say 15 grand or 14-7.

 2              UNIDENTIFIED MALE:  Fifteen-five.

 3              COACH BEAU:  So the same exact amount of

 4    work and you're at ASCEND.  Instead of you making a

 5    profit of $1,200, now you make a profit of $15,000 per

 6    month.  Pretty easy math, right?

 7              UNIDENTIFIED MALE:  Mm-hmm.

 8              COACH BEAU:  If you're me or an APEX coach

 9    looking at you and you -- and we hear you say, well,

10    I'm going to reinvest my money just because I'm smart

11    and conservative, I'm sitting here thinking, you're

12    not smart and conservative, and I'm going to be blunt

13    here, you're being a dumb ass.  That's how I think.

14    Sorry.  I still love you, but you can still be a dumb

15    ass.

16              UNIDENTIFIED FEMALE:  Gee, thanks.

17              COACH BEAU:  Okay?  Now, for the PEAK

18    profits you're going to receive here, that's going to

19    build your wealth.  That's going to be your retirement

20    income, your estate or investment portfolio.  Okay?

21    So let's go back to RISE.  Out of four RISE sales that

22    you make, who can guess how many will buy PEAK?

23              GROUP:  Two.  Two.

24              COACH BEAU:  Good job.  Great job.  How much

25    is PEAK?  PEAK is $16,997, right?  So basically
```

**Attachment KK**

1    17,000.  Right?

2                    UNIDENTIFIED MALE:  Mm-hmm.

3                    COACH BEAU:  What's your profit off of PEAK?

4                    UNIDENTIFIED FEMALE:  Nine -- is it 9,000?

5                    COACH BEAU:  10,200 total.  If we make the

6    sale for you, you get $7,650, right?

7                    UNIDENTIFIED MALE:  Mm-hmm.

8                    COACH BEAU:  Right?

9                    GROUP:  Yes.  Yeah.

10                   COACH BEAU:  Okay.  So if you make four RISE

11   sales, that's a $1,200 profit.  How many out of RISE

12   will buy ASCEND?  Three.  Now, you're at $14,700

13   profit, right?  And two of those people buy PEAK,

14   what's, let's just say, 7,500 and 7,500?

15                   Two people buy PEAK, 7,500 plus 7,500, what

16   does that equal?

17                   GROUP:  15,000.  15,000.

18                   COACH BEAU:  15,000 plus basically plus

19   15,000 is?

20                   GROUP:  30,000.  30,000.

21                   COACH BEAU:  30,000 per month.  You see

22   where the math comes in.  How many clicks per day do

23   you need to get to that point?

24                   UNIDENTIFIED FEMALE:  Fifty-seven.

25                   COACH BEAU:  Fifty-seven.  You see where it

**Attachment KK**

1       all comes together here now.  Fifty-seven clicks per

2       day should get you around four RISE sales per month,

3       which would get you two ASCEND or three ASCEND and two

4       PEAK, which equals 30 grand a month.  Those are your

5       numbers.

6               If you're APEX, which all of you should be

7       as well, you're talking about one in eight will buy

8       APEX.  Okay?  Your profit on APEX -- who knows what --

9       who knows what's 60 percent or 40 percent of 27,000

10      is?

11              UNIDENTIFIED MALE:  Sixteen-eight.

12              COACH BEAU:  Sixteen-eight.  Okay, .4 times

13      27, one, two, three, 10,800.  That's 40 percent.  If

14      you make the sale on your own, you're right, it's

15      about 16.  Okay?  So if you go two months, you make

16      30,000 each month at PEAK, and then out of those, you

17      know, eight RISEs, you'll get one APEX.  Now, you add

18      10,800 to your bottom line, over two months, divided

19      by two, so you're at 5,400.  So instead of you making

20      30,000, you now make about 35,000 a month if you're at

21      APEX.  Okay?

22              Now, what's your understanding, guys, of the

23      ASCEND mastermind?  What happens at that mastermind?

24      Go back to ASCEND.

25              UNIDENTIFIED MALE:  It's a marketing type

**Attachment KK**

```
 1    mastermind.

 2              COACH BEAU:  Yeah.  What level of people do

 3    you think will teach that workshop to you?  What level

 4    of marketer?

 5              UNIDENTIFIED MALE:  An APEX member.

 6              COACH BEAU:  These aren't just APEX members,

 7    these are -- these are people outside of the company

 8    coming in and in the company coming in and teaching

 9    you how to market.  These are people getting 1,000

10    clicks a day, 500 clicks a day, 3,000 clicks a day.

11    Do you think you could learn something from them?

12              UNIDENTIFIED MALE:  Definitely.

13              COACH BEAU:  Do you think, B████, all your

14    other four businesses, you might learn something from

15    what they teach you for your other businesses and this

16    business?

17              B████   Definitely.  I (inaudible) a whole

18    bunch of new things, and if I would have had this when

19    I first started the other ones, I would have saved

20    myself a lot of heartache.

21              COACH BEAU:  Absolutely.  Do you think this

22    is worth it for people who aren't even in the

23    business?

24              UNIDENTIFIED FEMALE:  Yes.

25              COACH BEAU:  Guys, our events and our
```

**Attachment KK**

1    products are valuable for people who are not in this

2    business as well.  But all of you guys are coming in

3    here as people who want to make money in the business.

4    Therefore, you're being talked to like this.  But

5    there are people that just buy the products who are

6    not in the business because the information is

7    extremely valuable in marketing education.

8              Well, what am I doing for a living, Beau?

9    What are we selling?  You're selling education.

10   You're a marketer and your products are educational --

11   educationally based in how to be an internet marketer,

12   period.

13             What is the PEAK mastermind?  Who knows what

14   that is?

15             UNIDENTIFIED MALE:  A boondoggle.

16             UNIDENTIFIED MALE:  What you do with your

17   money.  What you do with your money.

18             COACH BEAU:  Okay.

19             UNIDENTIFIED MALE:  How to protect it.

20             COACH BEAU:  Good.  What happens at the

21   event?  Describe the event for me.  What do you guys

22   visualize that to be?

23             UNIDENTIFIED MALE:  Five-star resort in the

24   Caribbean.

25             UNIDENTIFIED MALE:  (Inaudible).

**Attachment KK**

```
1                COACH BEAU:  Okay.  Five-star resort in the

2       Caribbean.  Who all told me at the beginning of this

3       call they want to travel?

4                █TWO█        That was me, L█TWO█

5                COACH BEAU:  Yeah, pretty much everybody

6       wants to travel, right?  Guess what this business is?

7       It's about traveling the world, learning and making a

8       ton of money, having a freedom lifestyle.  Why would

9       you not go to the events if your goals are to travel?

10               █TWO█        Exactly.

11               COACH BEAU:  I mean, guess what?  These are

12      tax deductible, right?  If you're somebody that works

13      at Walmart and makes $20,000 a year and you spend, you

14      know, $17,000, you're probably not going to have to

15      owe any taxes.

16               █TWO█        I'd definitely go.

17               COACH BEAU:  You know, if you don't make any

18      money in the business, I'm just saying, right?

19               █TWO█        Okay.

20               COACH BEAU:  Now, what's the APEX event?

21      That's more of an adventure.  It's more of kind of a

22      group of people who are over-the-top, extremely

23      serious, love life, want the adventure, want to

24      travel, you know, want the -- want the best of the

25      best.  Right?
```

**Attachment KK**

1                    L̶Two̶▓▓▓▓▓         Right.

2                    COACH BEAU:  So do you guys understand all

3        four levels of the compensation plan and their

4        purpose?

5                    GROUP:  Yes.  Yes.  Yes.

6                    COACH BEAU:  Good.  Good.  Now, what I want

7        to do, I want to go through an actual example of the

8        compensation plan.  And what I mean by this, I'm going

9        to show you exactly what happened to my good friend,

10       Jeremy Minor.  He's actually the sales coach for all

11       of the coaches here, okay?  And he started in this

12       business about a year after I did.

13                   He's from Missouri, just an average guy, but

14       he has above average results.  I mean, this is a guy

15       that makes and has made over $2, $2 and a half million

16       a year at this industry.  He's been doing it about as

17       long as me.  Okay?  Just an average guy from Missouri.

18       He's about my age, too.  All right?

19                   So he got started here, I don't know, about

20       11, 12 years ago.  Have you guys heard of Jeremy?

21                   GROUP:  Yes.  Yes.  Yes.

22                   COACH BEAU:  Good.  So on their -- on your

23       next page here, write down Jeremy's three registers.

24       Why do we call them registers?  Cash registers, money,

25       right?  Cha-ching.  So underneath Jeremy's three

1    registers, on top of RISE, go ahead and write down

2    "Jeremy" because when he first started, he bought

3    RISE.  So as you already know with your own purchase,

4    you're automatically qualified at RISE, okay?

5           On top of ASCEND, write down Jeremy's

6    advisor's name "Leman" because Leman is Jeremy's

7    ASCEND advisor and the same thing for PEAK.  Leman is

8    also Jeremy's PEAK advisor.  So write down Leman on

9    top of PEAK.

10          So when Jeremy started, his advisor did not

11   explain to him how to make money in the compensation

12   plan.  So we're not going to blame Leman because

13   Jeremy should have been responsible at the time.  And

14   as you already know, a lot of training calls already

15   explain the compensation plan, right?  Anyways, when

16   Jeremy first got start here, he didn't know any better

17   and he started just at the base level, the RISE level,

18   right, the $2,000 level.

19          Of course, in that company back then, it

20   wasn't called RISE, but the prices were just about the

21   same.  Okay?  It was 2,000 bucks.  That's where he

22   bought into.

23          So in his first month, he started marketing

24   and he brought in a total of six people that bought

25   the $2,000 product.  We'll call it RISE.  So I'm going

**Attachment KK**

```
1    to give you the names of those first six people and I

2    want you to write their names underneath RISE, one

3    through six, okay?

4              Number one was Darla.  Number two was Lyle.

5    Darla, Lyle.  Susan; number three; Doug, number four;

6    Dave, number five; and Tim, number six.  Darla, Lyle,

7    Susan, Doug, Dave and Tim.  Those are the first six

8    people that purchased RISE from Jeremy.  So at this

9    point, for all these six people, whose ASCEND and PEAK

10   team are they all on?

11             UNIDENTIFIED MALE:  Leman's.

12             COACH BEAU:  Leman, right?

13             UNIDENTIFIED MALE:  Yep.

14             COACH BEAU:  Why would they be on Leman's?

15             UNIDENTIFIED FEMALE:  Because he didn't buy

16   the APEX, so they all went up.

17             COACH BEAU:  He didn't buy the what?  He

18   didn't buy the ASCEND or PEAK, right?

19             UNIDENTIFIED FEMALE:  Yeah, yes.

20             COACH BEAU:  What happens is whatever level

21   you're at when your person starts their business with

22   you and they register as an associate for $1, they

23   automatically get assigned a RISE, ASCEND and PEAK

24   advisor that day for life and it never changes.  It's

25   called position lock.
```

**Attachment KK**