

LODGED
CLERK, U.S. DISTRICT COURT

1/29/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

January 29, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AK_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Federal Trade Commission**,

Plaintiff,

vs.

**Digital Altitude LLC, et al.**,

Defendants.

LACV 2:18-cv-00729-JAK (MRWx)

FEDERAL TRADE COMMISSION'S EXHIBITS IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

**VOLUME VIII**

**(PART 4 OF 4)**

1          So Jeremy automatically lost all of those

2    six people right when they first joined.  A lot of

3    people tell me guys, they're like, you know what I'm

4    going to do, Beau, I'm going to go ahead and start

5    marketing at RISE, and once I have about, you know,

6    five or ten $1 trials and I know some -- you know,

7    four or five of them bought RISE and I know that

8    they're about to buy ASCEND and PEAK, I'm going to go

9    ahead and buy it before them so I get the money.

10          Uh-uh.  Can't do it.  They were already

11   locked to an ASCEND, PEAK and APEX advisory right when

12   they joined at $1 and it cannot change.  So you lost

13   them.  So Jeremy automatically lost all of those six

14   people at ASCEND, PEAK and APEX right when they first

15   joined.

16          Out of those six people, how many of those

17   people do you think bought ASCEND and PEAK when they

18   first started?

19          UNIDENTIFIED FEMALE:  Two.

20          COACH BEAU:  Come on, guys.  Wake up.  How

21   many bought?

22          UNIDENTIFIED MALE:  Three.

23          COACH BEAU:  It's close.  It was four of

24   them.  Remember that 73 percent.  Guess who got paid

25   all that money from ASCEND and PEAK?

```
 1              UNIDENTIFIED MALE:  Leman.

 2              UNIDENTIFIED FEMALE:  Leman.

 3              COACH BEAU:  Yep, oh, my buddy, Leman,

 4    sitting down on the beach in the hammock, chilling,

 5    drinking a cold beverage, right?  So at the time when

 6    Jeremy started the business, he was positioned really

 7    to be the grunt, to do all the work, you know.  He was

 8    placing all the ads, calling back all his leads,

 9    following up with everyone and getting their questions

10    answered.  He was doing all that work to make the

11    $1,000 profit.

12              His advisor above him, Leman, was positioned

13    to make the $6- and $10,000 profits from all of

14    Jeremy's hard work.  So Jeremy, his first month, he

15    made $6,000 from those RISE sales.  Man, great job,

16    Jeremy.  Pat on the back.  So next to Jeremy write

17    down "6,000 bucks."  Leman probably called Jeremy,

18    hey, man, I see that you're rocking and rolling, good

19    job, keep it up, with a big smile.  Leman, off of

20    Jeremy, made the ASCEND and PEAK profits.  What's

21    16,000 times 4?

22              UNIDENTIFIED MALE:  64,000.

23              COACH BEAU:  What's 16,000 times 4?

24              UNIDENTIFIED MALE:  64,000.

25              UNIDENTIFIED MALE:  Sixty-four.
```

1           COACH BEAU:  64,000.

2           UNIDENTIFIED MALE:  Yeah.

3           COACH BEAU:  Six-four, 64,000 of profits.

4    So next to Leman write down "64,000."  You think

5    Jeremy was happy about that when he found out?

6           GROUP:  No.  Nope.

7           COACH BEAU:  Jeremy's calling corporate,

8    hey, man, why aren't these going to me?  I just talked

9    to Lyle and he's buying ASCEND and PEAK, why don't I

10   get it?  Sorry, they were under Leman, you hadn't

11   bought ASCEND and PEAK.  Oh, man, I didn't know that.

12   Leman, 64 grand.  And I'm going to give you the names

13   of those four people who wanted to make money at

14   ASCEND and PEAK when they first got started and I want

15   you to write their names underneath ASCEND and PEAK.

16   There was four of them out of the six.

17          So write their names underneath ASCEND and

18   PEAK.  Lyle, Darla, Susan and Dave.  Lyle, Darla,

19   Susan and Dave.  Lyle, Darla, Susan and Dave.  These

20   are the four people that wanted to make money at

21   ASCEND and PEAK when they got started.  They saw the

22   big picture.

23          You guys see Dave's name?  Have you ever had

24   to write down Dave's name.  He's the last of the four

25   underneath ASCEND and PEAK.


Attachment KK

1           UNIDENTIFIED MALE:  Yep.

2           COACH BEAU:  Dave.  Next to Dave I want you

3    to draw a little line and then write down "Donna."

4    Just draw a little squiggly line next to Dave's name

5    and write down "Donna" under ASCEND and PEAK.  I'll

6    come back to this and show you what I mean by Dave and

7    Donna.  Did you get that?

8           UNIDENTIFIED MALE:  Yes.

9           COACH BEAU:  Good.  Here's how the

10   compensation plan really works, guys.  If you're not

11   ASCEND and PEAK in your business, it's not really the

12   $6- and $10,200 profits that you have to pass up that

13   hurt you, but it's the people that you have to pass up

14   that hurt you.  Because not only do you lose the $6-

15   and $10,000 profits, but you also lose that person and

16   you lose that person's entire team forever, meaning

17   you lose all the residual income because you have no

18   down line.

19           I'll give you an example of what I mean.

20   You see where it says Dave and next to him I had you

21   write down "Donna"?

22           UNIDENTIFIED MALE:  Mm-hmm.

23           COACH BEAU:  Let me tell you what happened

24   with Dave.  Dave first started with Jeremy, he was a

25   children's therapist up in Toronto.  At the time, they

1    had a bunch of layoffs in the company, so he had to

2    work crazy hours, like seven days a week at his job.

3    Probably not legal, but he had to do what he had to do

4    to keep his job, right?  Like a lot of us had to do.

5    He had a really long commute in the morning.  He would

6    leave about 7:30 in the morning, come back about 10:30

7    at night.  Back then, you had to call your leads.  So

8    realistically, there was no way he could really run

9    his business.  I mean, you can't start calling your

10   leads at 6:00 in the morning, right?

11         So when Dave first started, he was up-front

12   with Jeremy.  He told him that he would be able to do

13   anything with the business for about four months

14   because of his schedule.  And after that four-month

15   period, his contract finally came up for renewal with

16   the company and he wasn't going to renew it.  So he

17   was just going to start here full-time at that point.

18         So Dave, after four months, decided to get

19   positioned at ASCEND and PEAK so he could get

20   qualified when he first started.  So he decided to get

21   positioned.  Is that the same thing as getting

22   positioned?

23         GROUP:  Nope.  No.

24         COACH BEAU:  No.  So he had to pull money

25   out of some investments.  It usually takes about five,

Attachment KK

EX 41
2501

1    maybe ten days to get your money out, right?  But

2    guess what happened with Dave, like a lot of us.  He

3    lost his patience.  He was waiting on his money to

4    come in, but he was just like, you know what, I'm just

5    going to go ahead and start marketing anyway because I

6    don't want to wait, I want to go ahead and make money,

7    right?

8              So he got his marketing all set up.  So four

9    months later, he finally got started here.  So during

10   that ten days while he was waiting on his money to

11   come in, he brought on a lady named Donna.  You see

12   where I had you write down Donna's name?

13             UNIDENTIFIED MALE:  Yep.

14             COACH BEAU:  So Donna bought RISE from Dave

15   and Dave made the $1,000 profit, but whose ASCEND and

16   PEAK team is Donna actually on?

17             GROUP:  Leman's.  Leman's.  Leman.

18             COACH BEAU:  Good old Leman.  Probably still

19   at the beach, right?  Why would she be on Leman's?

20             UNIDENTIFIED MALE:  Because neither Jeremy

21   or Dave is at that level.

22             COACH BEAU:  Yeah.  So finally, Dave got

23   positioned at ASCEND and PEAK through Leman, right?

24   But Jeremy lost Dave and his team forever because

25   remember, before Dave can get qualified at ASCEND and

1    PEAK, what does he first have to do?  He had to buy

2    it, right?

3              UNIDENTIFIED MALE:  Right.

4              UNIDENTIFIED FEMALE:  Yes.

5              COACH BEAU:  And he was in the process of

6    buying it, right?  And so Donna comes in and buys

7    RISE, that puts her on Leman's team.  Now, if we go

8    back to Jeremy and he was qualified as ASCEND and PEAK

9    right when he first got started and Dave got

10   positioned at ASCEND and PEAK through Jeremy or was in

11   the process of getting it through Jeremy, Donna would

12   have been on Jeremy's ASCEND and PEAK team.

13             And about a week and a half later when Donna

14   understood how you make money in the compensation

15   plan, guess what she wanted to do?  She wanted to make

16   money at ASCEND and PEAK.  And guess who made the $6-

17   and $10,200 profit again?

18             GROUP:  Donna.  Leman.

19             COACH BEAU:  Good old Leman.  And the same

20   thing for Lyle, Darla and Susan's team.  You see,

21   because Jeremy only waited three weeks, maybe three

22   and a half weeks to get position from when he first

23   started, just off those four people in his first year,

24   he passed up over $160 grand to Leman.  I don't know

25   where you guys live, but where I grew up, that will

1    make one heck of a living.

2         That's how you make money in the

3    compensation plan, is you go out and you find a bunch

4    of Jeremys, right?

5         Now, I want to talk to you guys personally

6    here, okay?  You might be saying, well, Beau, you

7    know, ASCEND and PEAK and APEX, that's a lot of money,

8    right?  But is it?  Is it really a lot of money for a

9    business?  You know, if you go look at buying a -- I

10   have an echo there.  Somebody got me on speaker.

11        If you go look at buying a business, a legit

12   business, and I'm an entrepreneur and I go look at

13   buying a business, I know it's going to cost $100,000.

14   Do I say to myself, good lord, 100 grand?  No.  I say

15   this, okay, 100,000, that's 1,250 a month over ten

16   years.  On a 100,000 business, my expenses I know

17   typically are going to run about 20 to 25 percent of

18   that per month.  So I know my expenses will be between

19   20- and 25,000 a month on a $100,000 business, right?

20   Typically, on a traditional business.

21        Now, if I'm going to buy the business, I'm

22   going to say, it's got to at least bring in 35,000 or

23   35 percent, so I got a 10 percent profit margin per

24   month on this 100,000 or, you know, if you look at it

25   from the $25- to $35,000 cash flow, you know, about --

1   about 40 percent profit margin, right?

2             UNIDENTIFIED FEMALE:  Right.

3             COACH BEAU:  So that's the way I look at a

4   business.  That's how I look at a business.  I don't

5   look at it and say, good lord, 100 grand, I got to

6   invest 100 grand of my own money.  No, I don't look at

7   it that way.  You shouldn't either.  Okay?  Look at a

8   block of 100 grand as $1,250 a month.

9             If you go buy a car today -- and I'm asking

10  you guys -- what do you look at?  If you're going to

11  go buy a $30,000 sedan, you look at if you can afford

12  the?

13            UNIDENTIFIED MALE:  Financing.

14            COACH BEAU:  Can I afford the what?

15            UNIDENTIFIED MALE:  Payment.

16            COACH BEAU:  The payments.  Most of you

17  aren't going to go out and spend $30,000 cash on a

18  car, even though you should because you should never

19  finance bad debt, right?

20            UNIDENTIFIED FEMALE:  Right.

21            COACH BEAU:  You look at the payments.  What

22  is bad debt?  What is good debt?  Bad debt is a

23  vehicle.  Why is it bad debt?  Because as soon as you

24  make that purchase and you drive it off the lot, what

25  happens to it?

Attachment KK

```
 1                  UNIDENTIFIED FEMALE:  It loses its value.

 2                  COACH BEAU:  It goes down in value by about

 3      what, 15, 20 percent?

 4                  GROUP:  Yes.  Yep.

 5                  COACH BEAU:  Yeah.  Okay?  And does it pay

 6      for itself every month?  Is it spitting out --

 7                  UNIDENTIFIED FEMALE:  No.

 8                  COACH BEAU:  -- from its windshield, you

 9      turn the windshield wipers on and it gives you 650

10      bucks to pay your bill?

11                  UNIDENTIFIED FEMALE:  No.

12                  COACH BEAU:  No.  It's not spitting out

13      money, it's not an ATM.  It gets you from Point A to

14      Point B.  Hell, a bicycle does that or a beater, you

15      know, a $5,000 beater car does that.  Who are you

16      trying to impress?  Financial sense says you should

17      never borrow to get bad debt or to get something that

18      goes down in value, right?

19                  What about the biggest con of all time, a

20      mortgage?  A mortgage.  What does that get you 30

21      years of?

22                  UNIDENTIFIED FEMALE:  (Inaudible).

23                  UNIDENTIFIED MALE:  Payments.

24                  COACH BEAU:  Slavery.  Bondage.  Modern day

25      slavery.  Right?
```

Attachment KK

```
1              UNIDENTIFIED FEMALE:  Right.

2              COACH BEAU:  These gangster bankers are

3    making two and three times the value off of your house

4    on these payments that you're paying them over 30

5    years.  Ridiculous.  When you raise your kids, teach

6    them to put at least 60 percent down on a house and

7    make their payments every two weeks on a 15-year

8    amortization max, preferably pay it off in seven

9    years.  That's how the rich or the wealthy teach their

10   kids.

11             █████, I'm sure you've got some insight on

12   that.

13             █████   Definitely.

14             COACH BEAU:  A mortgage is bad debt, isn't

15   it?

16             █████   Yep.

17             COACH BEAU:  Because the mortgage -- the

18   house, is it paying for itself every month on a

19   typically, you know, three-two, three-bedroom, two-

20   bath home, one family?  Now, here's a good way to do

21   it, if you want to do a mortgage right and you don't

22   have the money to pay cash for it, you can go buy a

23   duplex, live in one side and rent the other side out

24   to pay for your payment.  Does that make sense?  So

25   now, it becomes good debt because hopefully it will go
```

Attachment KK

```
 1    up in value and it pays for itself, right?

 2              UNIDENTIFIED FEMALE:  Right.

 3              COACH BEAU:  So these are things you can

 4    start implementing now that you're getting this to

 5    build your wealth in the future.  But there's nothing

 6    better than a business, especially a business that

 7    costs you, you know, $1,500 to $2,000 a month that you

 8    can make $30,000 a month at, right?

 9              UNIDENTIFIED FEMALE:  Right.

10              COACH BEAU:  That's the secret to building

11    wealth is cash flow.  Cash flow, cash flow, cash flow.

12    Because a $28,000 a month profit, that can pay off a

13    lot of things, get you a lot of freedom.  It can get

14    you, you know, a lot of things in life that you want,

15    right?  It really can.

16              UNIDENTIFIED FEMALE:  Right.

17              COACH BEAU:  Especially when you got

18    location freedom.  So do you guys understand where I'm

19    coming from now?  Do you understand the power of

20    positioning and working harder not smarter?

21              GROUP:  Yes.  Yes.

22              COACH BEAU:  I mean, working smarter not

23    harder.

24              UNIDENTIFIED FEMALE:  That sounds better.

25              COACH BEAU:  All right?  Working smarter not
```

```
 1    harder.  So my question to you guys is on a scale of

 2    one to ten, was this call valuable to you?  And I'll

 3    start with you, D████.

 4              D████████  Yeah, that's a ten.

 5              COACH BEAU:  Ten, good.  Thank you.  So I

 6    helped you.

 7              D████████  Yes.

 8              COACH BEAU:  Awesome.  L████?

 9              L████████████  It's a ten.

10              COACH BEAU:  Thank you.

11              L████████████  Very helpful.

12              COACH BEAU:  L████?

13              L████████████  I'll give you a ten.  You

14    were extremely helpful.

15              COACH BEAU:  Well, thank you.  Daniel?

16              D██████  Yeah, it was a ten for me as well.

17              COACH BEAU:  Right on.  R███?

18              R█████████  10.1.

19              COACH BEAU:  Analytical.  J███?

20              J██████████  (No response.)

21              COACH BEAU:  J███, I've got you muted, don't

22    I?  Let me unmute you, brother.  There you go.

23              J██████████  Can you hear me?

24              COACH BEAU:  Yep.

25              J██████████  Okay, cool.  Yeah, it's a
```

```
 1    ten, Beau.

 2              COACH BEAU:  Thanks.  B███████?

 3              B███████    Ten.

 4              COACH BEAU:  Right on, thank you.  Thank

 5    you, guys.  I appreciate you being on this call.

 6              My last question to you, on a scale of one

 7    to ten, you want to work with me or you've got the

 8    ability to fund your ASCEND or PEAK mastermind -- now,

 9    here's what I want to say.  We, as coaches, have been

10    working with finance companies.  I personally have

11    been working with this one finance company for about

12    six years.  They have probably financed 70 to 80

13    percent of my people at around zero percent interest

14    for 12 to 18 months and it's revolving credit after

15    that, okay?  So if you get a $30,000 line of credit

16    from them and you pay -- you know, you use that money

17    to buy ASCEND and PEAK and you got money left over,

18    then you make money and you pay down on it.

19              So let's say you got out 15,000.  You pay

20    down 15,000.  You've still got that 15,000 to use as

21    your operating line of credit.  Any business you need

22    an operating line of credit, right, or an operating

23    line of capital.  Okay?  I can help you guys get that

24    with the right credit score or some of you might just

25    want to fund your ASCEND or PEAK or APEX right out of
```

1    the gate and with your own money.  But all of you

2    should definitely buy ASCEND and PEAK without

3    question.

4           My question to you is, who wants to work

5    with me on a scale of one to ten or do you want to

6    work with me on a scale of one to ten to put together

7    the ASCEND or PEAK mastermind money or APEX, scale of

8    one to ten and what do you want to do?  DOne ?

9           DOne        Ten.

10          COACH BEAU:  Okay.  And what do you want to

11   do?

12          DOne        What do I want to do?  I'm

13   going to work with you to see if I can get the funding

14   at this (inaudible).

15          COACH BEAU:  Okay, all right, good.  Good.

16   And would you say you have a credit score over 680?

17          DOne        Yes.

18          COACH BEAU:  Okay, then we should be able to

19   get that for you.  Good job.  Okay.

20          DOne        Mm-hmm.

21          COACH BEAU:  LOne ?

22          IOne        Ten.

23          COACH BEAU:  Okay.  On ASCEND or ASCEND and

24   PEAK?

25          IOne        Well, as high as I can go.

Attachment KK

EX 41
2511

```
 1    As high as my credit will let me.

 2              COACH BEAU:  All right.  And I think you're

 3    -- you said your husband's helping you out, right?

 4              I█One████████     He is.  I want to -- I want

 5    to talk to him and see about the loan thing.  Can I --

 6    can I get a loan through you with him?

 7              COACH BEAU:  Do you have over -- do you have

 8    over -- yeah, if he has over a 680.

 9              I█One████████     Yeah, he does.

10              COACH BEAU:  You want to do ASCEND and PEAK

11    if we can get him funded.  Okay, good.  L█Two███?

12              I█Two██████████     I'd like to try and see if I

13    can do ASCEND and PEAK if my credit score is high

14    enough.

15              COACH BEAU:  What do you think it is?

16              I█Two███████████     I paid some -- well, I just

17    paid off another credit card, so I know it's gone up.

18    I just haven't looked recently.  So I know --

19              COACH BEAU:  Okay.

20              I█Two██████████;  -- I was sitting -- sitting

21    real close.

22              COACH BEAU:  Okay, good.  D█Two████?

23              D█Two███████     I'm at a 10, definitely with

24    financing.

25              COACH BEAU:  Okay.  And you've got a 740
```

1    credit score, right?

2              D████ Correct.

3              COACH BEAU:  Okay.  You're 21.  That might

4    be against you a little bit.  I think we can get close

5    for you, okay?

6              D████ Sounds good, man.

7              COACH BEAU:  Good.  R███?

8              R██████   Ten.  Well, I have a call with

9    you this afternoon, we'll discuss in detail, but I've

10   got -- I've got credit lines out there, but they're

11   distributed a bunch -- across a bunch of different

12   sources because of the 6,500 max per credit card.

13             COACH BEAU:  That's okay.  We can -- yeah,

14   that's okay.

15             R████████   Also --

16             COACH BEAU:  So let me say this, if you

17   have -- let's say you've got one card that's, you

18   know, 20 grand, our people will just run it in four

19   different -- or three different transactions.

20             R████████   Okay, yeah.

21             COACH BEAU:  Does that make sense?

22             R████████   Yeah, yeah.  There's probably

23   -- actually, I'll probably end up putting this on like

24   three or four different -- different cards because

25   I've got some balances on those from past business.

```
 1    But the other aspect of this is I -- I may want to

 2    look at some financing in terms of supporting the

 3    advertising costs and the monthly -- in terms of

 4    leveraging that to build the business.

 5              COACH BEAU:  Okay, good.  Sounds like we got

 6    some good stuff there.  Good job.  All right.  J███?

 7              J████████████   I'm a ten, and I'd like to

 8    get funded to do ASCEND and PEAK.  I am -- I know my

 9    credit score is about 680.

10              COACH BEAU:  Okay, good.  Good.  So

11    hopefully, we can get you close, you know, at least

12    ASCEND.  We'll go for PEAK, though, okay?

13              J███████████    Yeah.

14              COACH BEAU:  B█████?

15              B██████   I am going to work with you and

16    (inaudible) pay it off -- pay it off within the year

17    probably.  But I'd like to do all of them, all the way

18    to the very top.

19              COACH BEAU:  You want to do all the way to

20    APEX?

21              B██████   Yeah.

22              COACH BEAU:  Okay, good.  See, that's about

23    right, one out of seven here is APEX.  Remember I said

24    one out of eight.  Guys, I'm telling you, these

25    numbers are perfect.  Here's what's going to happen,
```

Attachment KK

```
 1    okay?  Out of you seven, probably I would say six will
 2    do ASCEND and I would say five will do ASCEND and PEAK
 3    and one will do ASCEND, PEAK and APEX.  Just because
 4    of -- and here's the thing, guys, all of your people
 5    that come through this call, it's not that they don't
 6    want to do it, after this call, you're an idiot if you
 7    don't want to do it, right?  Because it just doesn't
 8    make sense, right?
 9             UNIDENTIFIED FEMALE:  Right.
10             COACH BEAU:  But it's the -- it's about
11    being able to get the funding.  That's the only thing
12    that holds people back.  And that's why the numbers
13    are the way they are.  If everybody could get funding,
14    it would be -- it would be around 90 percent on
15    everything, okay?
16             UNIDENTIFIED FEMALE:  Right.
17             COACH BEAU:  Because you're always going to
18    have those one or two people that are just like, yeah,
19    whatever.  Okay?
20             So here's the next thing I want to tell you
21    and then we'll end the call.  Michael Force provides
22    you extended traffic coaching at the ASCEND, PEAK and
23    APEX level, okay?  If you show that you're taking
24    action within 24 hours of this phone call on either
25    putting in the application or initiating the fund
```

Attachment KK

1   transaction from a brokerage account or whatever, all

2   right, within 24 hours, you've got an email proof that

3   you have put the application in or you have initiated

4   fund transfer from a brokerage or investment account

5   or if you're paying, you know, like probably R██,

6   you'll get that extended traffic coaching for ASCEND,

7   PEAK and APEX.  If you don't show that initiation, you

8   don't get that extended coaching.  Okay?

9          Now, extended coaching for traffic is really

10   important for a lot of reasons, because that person,

11   that's all they do is traffic coaching, and they're

12   going to work with you for an extended period of time

13   instead of just one time.  So you're talking three,

14   four, five, six, seven weeks, eight weeks all the way

15   out on APEX.  Okay?

16          You guys see the value in that?

17          GROUP:  Mm-hmm.  Yes.

18          COACH BEAU:  All right.  So what I'll do is

19   I will contact you guys individually and I'll just go

20   in line, D██One██  L██One██ L██Two██ D██Two██, R██, J██ and

21   B██, and I'll get you guys the funding application

22   if that's appropriate.

23          UNIDENTIFIED FEMALE:  Okay.

24          COACH BEAU:  Okay?

25          UNIDENTIFIED MALE:  Okay, sounds good.

Attachment KK

EX 41
2516

1              COACH BEAU:  And then, of course, after that

2      -- now, here's another thing, too.  You're going to --

3      guess what you're going to want to do while you're

4      waiting on Sunday?

5              UNIDENTIFIED FEMALE:  (Inaudible).

6              COACH BEAU:  Yeah.  Oh, I'm seeing all these

7      people making all this money, I'm getting these emails

8      from Michael Force, I want to start.  Guys, it's the

9      hardest time in your business.  I know this.  I went

10     through it myself.  I've coached people on it for

11     years.  It's not going to hurt you to wait another

12     week or week and a half for waiting on your funds.  If

13     you can get your funds in early and then you get the

14     financing to pay it off, do that if you just can't

15     hold.  Okay?  Don't start --

16             UNIDENTIFIED FEMALE:  So if we go through

17     you guys --

18             COACH BEAU:  -- marketing --

19             UNIDENTIFIED FEMALE:  -- (inaudible) --

20             COACH BEAU:  Go ahead.  Go ahead, L█One█

21             UNIDENTIFIED FEMALE:  Oh.  No.  If we go

22     through you guys, it takes about a week or a week and

23     a half to go through?

24             COACH BEAU:  Yes.

25             UNIDENTIFIED FEMALE:  Okay.

```
1              UNIDENTIFIED FEMALE:  Will our next steps be

2   opened up?

3              COACH BEAU:  Yes.  You'll be opened up to

4   18.  You can go through the RISE and your BASE

5   program, and I want you guys to recalibrate your

6   goals, your 30, 60, 90 and one year, and I also want

7   you to make sure your vision board is complete while

8   you're waiting.

9              UNIDENTIFIED FEMALE:  Okay.

10             COACH BEAU:  Okay?  But I'll call you guys

11  individually.  I appreciate your time today.  I hope

12  it was valuable to you.  I know it is for me every

13  time I do it.  And I enjoyed all of your personalities

14  and I know everything that you said helped so many

15  other people as well.

16             GROUP:  Thank you.  Thank you.  Thank you.

17             COACH BEAU:  You're welcome.  Okay, all

18  right, bye.

19             UNIDENTIFIED FEMALE:  Have a good day.

20             UNIDENTIFIED MALE:  Take it easy, bub.

21             UNIDENTIFIED MALE:  Have a good one.

22             (The recording was concluded.)

23

24

25
```

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4           I, Elizabeth M. Farrell, do hereby certify

5      that the foregoing proceedings and/or conversations

6      were transcribed by me via CD, videotape, audiotape or

7      digital recording, and reduced to typewriting under my

8      supervision; that I had no role in the recording of

9      this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of

11     the recording media.

12           I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were

15     transcribed; and further, that I am not a relative or

16     employee of any attorney or counsel employed by the

17     parties hereto, nor financially or otherwise

18     interested in the outcome of the action.

19

20

21     DATE:  11/8/2017

22                         ELIZABETH M. FARRELL, CERT

23

24

25
```

Attachment KK

EX 41
2519

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2

                     FEDERAL TRADE COMMISSION

 3

 4

 5

      MATTER NO.     1723060

 6

      TITLE          DIGITAL ALTITUDE

 7

      DATE          RECORDED:  OCTOBER 26, 2017

 8                   TRANSCRIBED:  NOVEMBER 6, 2017

 9    PAGES          1 THROUGH 46

10

11

12              2017-10-26_17-02-03 (Sixth Call)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        FEDERAL TRADE COMMISSION

2                            I N D E X

3

4        RECORDING:                              PAGE:

5        2017-10-26_17-02-03 (Sixth Call)           4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:            )

4    Digital Altitude            )  Matter No. 1723060

5                                 )

6    -----------------------------)

7                                  October 26, 2017

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3            2017-10-26_17-02-03 (Sixth Call)

 4            MR. TYNDALL:  Hello?

 5            COACH PIERRE:  All right, who do we got?

 6            MR. TYNDALL:  This is J████.

 7            COACH PIERRE:  Hey, J████ how are you?

 8            MR. TYNDALL:  Good.  How are you doing?

 9            COACH PIERRE:  Doing great.  I'm trying to

10   get everybody else on.  Let's see here, we have --

11            MR. TYNDALL:  I learned how to be a rhino.

12            COACH PIERRE:  What did you think of that

13   video?  Pretty funny, isn't it?

14            MR. TYNDALL:  It is funny.  And it's true,

15   too.

16            COACH PIERRE:  And there's A████.  Good

17   God, I haven't seen the man in forever.

18            A████:  I know, man.  You've -- you've been

19   gallivanting all over the country.

20            COACH PIERRE:  I have been all over the

21   place, yeah, but I'm glad -- yeah, it's been kind of

22   crazy, too, because I -- I busted a molar.  Since

23   you're on video, you can probably see this -- I don't

24   know if you can see that.

25            A████:  Yeah, I heard -- I heard on the
```

1    call.  The call the other morning.  I guess that was

2    yesterday's morning call.

3            COACH PIERRE:  Perf- -- perfect for

4    Halloween.  I wish it was in front because I'd look

5    like a pirate.  But, yeah, yeah, not fun, man.  It

6    hurt.

7            A████:  Yeah.

8            COACH PIERRE:  Hey, so you took -- you took

9    some time to watch John's video?

10           A████:  Oh, me?

11           COACH PIERRE:  Yeah.

12           A████:  Beau's video, you mean, right?

13           COACH PIERRE:  Well, no, Beau had a -- an

14    audio.  John did the little video.

15           A████:  Oh, John, yeah, I did, I watched

16    them both, yeah, yeah.

17           COACH PIERRE:  Good, good.  So -- and

18    J████ already updated me.  He's -- he's ready to be

19    a rhino.  What about you?  You a rhino or a cow?

20           A████:  I'm a rhino, man.  (Inaudible).

21           COACH PIERRE:  Good to be among rhinos.

22           A████:  I'm a herd.  I want to be a herd.

23    I want to create a herd of rhinos.

24           COACH PIERRE:  Wasn't it a funny story,

25    though?

1              A█████:  It was, it was.

2        COACH PIERRE:  But it's so true, right?

3    People unfortunately are just kind of like in that

4    herd mentality.  Let's just chew your cud, shut up.

5              A█████:  I know, right?  And -- and -- and

6    if -- you know what's so funny about it is, like, I'm

7    like, that is who I have -- you know, those are the

8    people that are surrounding -- that I was surrounded.

9    I'm like, wow, really?  Because I always felt like

10   sometimes I was the awkward one for -- for being,

11   like, the dreamer or the -- and it's like sometimes

12   you say yourself -- say to yourself, it's like, hey,

13   I'm just like, you know, this dreamer and am I wrong

14   for feeling this way, or because, you know, sometimes

15   so many people don't think, you know, like you do.

16        COACH PIERRE:  Yeah, I know.

17             A█████:  So, I mean --

18        COACH PIERRE:  It's tragic.

19             A█████   It is.

20        COACH PIERRE:  It's (inaudible) tragic.

21             A█████:  Yeah.

22        COACH PIERRE:  Well, look, guys, I know --

23   well, we're waiting for a couple of people to join,

24   but I don't want to waste any time.  I want to dive

25   into this, and I've only got a little bit of time.

1              A█████ :  Okay.

2              COACH PIERRE:  And, so, hopefully you guys

3    have taken the time to go through the audio recording.

4    So you mentioned that, A█████ , you went through

5    Beau's, right?

6              A█████ :  Right, right.

7              COACH PIERRE:  Okay.  Because we do this

8    once a week, and we take turns.  So, J█████ , which one

9    did you go through?  Was it Beau's as well?

10             MR. TYNDALL:  Yeah.

11             COACH PIERRE:  Okay, good.  How well -- how

12   many times did you go through it, J████ ?

13             MR. TYNDALL:  Once and then I went through

14   and picked out particular spots for a second time.

15             COACH PIERRE:  I -- I said three times.

16             MR. TYNDALL:  I know.  It was two and a half

17   hours, though.

18             COACH PIERRE:  I know.

19             A█████ :  Yeah.

20             COACH PIERRE:  It covered a lot of stuff in

21   there.  A█████ , how many times did you go through it?

22             A█████ :  I went through it three times.

23             COACH PIERRE:  Good man.

24             A█████ :  I went through it three times.

25             COACH PIERRE:  See, if I had asked you first

1    and you said two, I would have given you a hard time.

2               A███: Yeah.

3               COACH PIERRE: No, honestly, guys --

4               A███: (Inaudible) times. I did kind of

5    like fast forward through some things like the

6    beginning part when he was talking to everybody. I --

7    but I went through -- I got the meat of it three --

8               COACH PIERRE: Because we -- we covered a

9    fair amount there. Everything pretty clear, though,

10   on what you covered?

11              A███: Yeah.

12              COACH PIERRE: Yeah. So because the

13   principles are, you know, pretty consistent. I mean,

14   everybody's always working on those same principles,

15   but I'll -- let's cut to this chase because, honestly,

16   at the end of the day, guys, when you run your

17   marketing --

18              A███: Mm-hmm.

19              COACH PIERRE: -- well, let me tell you

20   this. This whole business boils down to two things.

21   Okay? Two things. And we were -- I was going to talk

22   about marketing, but you know what number two is?

23              A███: The second thing?

24              COACH PIERRE: The second-most important

25   thing. What do you need to really succeed in this

1    business?  Number two.

2           A████:  The second thing --

3           COACH PIERRE:  Traffic, traffic,

4    marketing --

5           A████:  I thought -- I thought that was the

6    first thing.  Well, the first thing is the desire to

7    help people, I guess.  I don't know --

8           COACH PIERRE:  Well, that's the purpose of

9    your business, but you know what the number one thing

10   is?  Well, let's go back to number two, right?

11   Marketing, traffic.

12          A████:  Right.

13          COACH PIERRE:  Can you succeed with any

14   business without traffic?

15          A████:  No.

16          COACH PIERRE:  You can't.

17          A████:  No.

18          COACH PIERRE:  You need leads.  Right,

19   J████?

20          MR. TYNDALL:  Yeah, you need the -- the

21   clicks.

22          COACH PIERRE:  You need visitors.  Now,

23   you're going to learn how to do that, and it's not

24   hard.  It really isn't hard, guys.  You're placing ads

25   in different places, you'll have a traffic coach

Attachment LL

EX 41
2528

```
1    working you do that.  And -- and you -- you're going

2    to do that regardless of where you're positioned, but

3    the number one factor that's going to determine how

4    successful you are is positioning.

5              A█████:  Right.

6              COACH PIERRE:  Because wherever you are, and

7    whether you're BASE, RISE, ASCEND, PEAK, APEX, it

8    doesn't matter, it's all the same.  You're driving

9    traffic, you're doing the same thing.  But you really

10   need to be in a position of leadership and -- and be

11   positioned to receive the income.

12             A█████:  Right, right.

13             COACH PIERRE:  That make sense, guys?

14             A█████:  Oh, definitely.  Yeah, I listened

15   to the -- the Jeremy story.

16             COACH PIERRE:  Oh, God, yeah.

17             A█████:  Yeah.

18             COACH PIERRE:  Yeah, and in fact, I talked

19   to Jeremy not too long ago, in fact.  And he was -- he

20   was just griping about how much he's lost.  I -- I

21   don't know -- you know, it's far more than what Beau

22   had said because that's probably when we started.

23             A█████:  Wow.

24             COACH PIERRE:  And he's embarrassed -- yeah,

25   he's embarrassed to say how much he's lost now.
```

1          A███████:  Wow.

2          COACH PIERRE:  Yep.  I'm telling you, man,

3     it doesn't take much.  It -- because that -- the

4     sponsor lock, it's -- again, it's for life.  And, so

5     that ripple effect goes on in perpetuity, forever.  So

6     even if you get APEX later, all of those people and

7     their down line and their down line's down line and

8     it's just -- it's gone.

9          A███████   Yeah.

10         COACH PIERRE:  And that's why it's so

11    important to understand how positioning is going to

12    determine everything in your business.

13         A███████:  Right.

14         COACH PIERRE:  People love to follow

15    leaders.  You've got to be in a position of

16    leadership.  And -- and, so, where's the best position

17    to be at in this business?

18         A███████:  APEX.

19         COACH PIERRE:  APEX, absolutely.

20         J███████ --

21         MR. TYNDALL:  Yes.

22         COACH PIERRE:  -- you're really quiet.

23         MR. TYNDALL:  Yeah.

24         COACH PIERRE:  Are you following along?

25         MR. TYNDALL:  I am.

1           COACH PIERRE:  Good.  What's the best

2  position to be in?

3           MR. TYNDALL:  APEX.

4           COACH PIERRE:  APEX.  It really is APEX.

5  Now, people look at that and they go, well, I -- I

6  don't know, I'm afraid, I don't -- I don't -- I

7  couldn't swing it, right?  Guys, understand that

8  you're setting up a business, right?  And there's

9  different ways to do that.

10          So, A███, do you want to make profits from

11  the ASCEND and PEAK and APEX sales that are going to

12  be made to your leads?

13          A███:  Absolutely.

14           COACH PIERRE:  And, J███, what about you?

15           MR. TYNDALL:  Yes.

16           COACH PIERRE:  Okay.  Because there's

17  different ways to do this, and I'm going to break

18  everything down for you real quick.  Hopefully you've

19  got pen and paper handy.

20          A███:  Yep.

21           MR. TYNDALL:  Yes.

22           COACH PIERRE:  Now, if you've been paying

23  attention as we've been going through all of this

24  stuff, you should have this in your notes as well, but

25  I'm going to ask you a series of questions, okay?  And

1    it's clicks, opt-ins, right, conversions.  I mean, if

2    leads are coming in, how many of those leads buy,

3    right?  And conversion ratio, and then you've got all

4    of the different products that they're going to be

5    purchasing while they're in your funnel.  And the

6    conversion ratios, as you would expect, increase as

7    they come through your funnel.  The narrower the

8    funnel, the higher the conversions.

9               A███████:  Okay.

10          COACH PIERRE:  Right?  So when you're going

11    -- well, I'll go through these scenarios with you in

12    just a moment, but let's -- how much is -- or how much

13    is the first product, right?  So if you're looking at

14    ASCEND, how much is ASCEND?  Write that down.  ASCEND

15    is.

16               A██████:  ASCEND.

17          MR. TYNDALL:  Two -- two thousand -- two

18    thousand?

19          COACH PIERRE:  No.

20          A██████:  That's RISE.

21          COACH PIERRE:  Basic --

22          A██████:  ASCEND is 997 -- 9,997.

23          COACH PIERRE:  Okay.  So let's -- let's do

24    this.  I'm going to round everything up.  But let's

25    call it 10,000.

1              A▮▮▮:  Right, yeah.

2              COACH PIERRE:  Ten grand.  PEAK is?

3              A▮▮▮:  PEAK is 617 -- 1617.

4              COACH PIERRE:  It's 19 now.  And we're --

5              A▮▮▮:  Nineteen.

6              COACH PIERRE:  -- going to call it -- we're

7  going to call it 20.  How much is APEX?

8              A▮▮▮:  Twenty-seven.

9              COACH PIERRE:  Well, let's call it 30.

10            A▮▮▮:  Thirty, okay.

11            COACH PIERRE:  Let me keep it simple, right?

12  Because I want you guys to get this.  When you add

13  them all up, what do you got?

14            A▮▮▮:  Let's see, 10, 20, 30, 50 grand.

15            COACH PIERRE:  Sixty.

16            A▮▮▮:  Sixty grand.

17            COACH PIERRE:  Sixty grand, right?  Now,

18  people look at that and they go, oh, my goodness, oh

19  (inaudible) that's terrifying.  I had one guy -- it's

20  kind of funny -- not too long ago, it was this summer,

21  earlier this summer.  He went out -- he was, like,

22  telling me, oh, yeah, I'm -- I'm just -- I'm going to

23  make it happen, going to make it happen, and then he

24  went out and bought a boat.

25       He said he couldn't -- he couldn't -- he

1    couldn't find (inaudible) well, that's too much money,

2    60,000.  He spent almost that much on a boat.  And the

3    minute he drove it off the lot, it depreciated

4    (inaudible) crazy.  When you have a boat or a car,

5    when you buy a nice high-end car, I don't know, pick a

6    car, you know, a Mercedes E-class, how much is that?

7              A█████:  E-class is 80 grand.

8              COACH PIERRE:  So if you had an $80,000

9    loan, how much is your payment on that?

10             A█████:  Ooh, I can't imagine.  I never had

11   an $80,000 car.  That's got to be -- depending on how

12   much money you put down, got to be two grand a month?

13             COACH PIERRE:  No, no, no, it's less than

14   that.

15             A█████:  (Inaudible) twelve?

16             COACH PIERRE:  If you had a line of

17   credit -- no, let's talk -- let's talk about this,

18   right?  So you got 60 grand.  If you had a business

19   line of credit, and there's sources of funding here,

20   by the way, guys, that are at zero percent interest.

21   It's a business line of credit.  Business, right?  Not

22   under a Social Security number.  You set it up under

23   an EIN number.

24             A█████:  Okay.

25             COACH PIERRE:  We'll show you how to do all

Attachment LL

EX 41
2534

1    that.  So you've got a $60,000 line of credit.  That

2    gives you the ability to get those licenses.  Is that

3    enough?  Well, you've got an operating budget.

4                    A███:  Right.

5            COACH PIERRE:  Well, you're going to have

6    your -- your monthly Climber fee, right?

7                    A███:  Okay.

8            COACH PIERRE:  We'll call it 100 bucks a

9    month.  So 100 bucks a month, that's -- that's really

10   97.  We'll call it 100.  And then you've got a $17

11   affiliate fee.  We're going to -- let's round this up

12   to 120 bucks, okay?  So that's your monthly fees.  You

13   got a monthly budget.  Then your marketing budget.

14   Again, it doesn't matter where you're at.  It doesn't

15   matter if you're ASCEND, PEAK, APEX, or even RISE,

16   you're -- you're going to be buying traffic, right?

17                   A███:  (Inaudible).

18           COACH PIERRE:  Or -- or you're going to

19   invest your time, you know, by doing social media and

20   other stuff like that if you want.  But that's -- that

21   certainly works, and it drives traffic.  But you're

22   going to have an -- a marketing budget.  Now,

23   personally, I -- in the beginning especially, you're

24   going to put far more into your marketing if you want

25   to grow and scale this thing quickly than you would

Attachment LL

EX 41
2535

```
1    once it's airborne, right, and you're at cruising
2    altitude.
3              A▮▮▮:  Right.
4              COACH PIERRE:  Personally, I recommend 20
5    percent of your gross target.  So if you're aiming for
6    ten grand, what's your marketing budget?
7              A▮▮▮:  Two grand.
8              COACH PIERRE:  Two grand.  So you really
9    want to bring in 12, right?  Okay.  Or you're looking
10   at 22.  Does that make sense, guys?
11             MR. TYNDALL:  I think so.
12             A▮▮▮:  Yes.
13             COACH PIERRE:  Okay.  So let's say that
14   you're -- I'm just going to say 2,500, 2,500 a month.
15   So your first two, three months, you're going to put
16   everything back in, all -- this is the cycle that you
17   can expect.  And -- and just to prove it to you,
18   A▮▮▮, how long did it take you before you purchased
19   BASE and RISE?  When you first started?
20             A▮▮▮:  Actually, I did it pretty quick.
21   So, yeah, I did it like pretty much immediately, you
22   know, like right after --
23             COACH PIERRE:  Two days.
24             A▮▮▮:  -- I went through ASPIRE and it was
25   like, okay, yeah.
```

Attachment LL

EX 41
2536

1          COACH PIERRE:  So a week?  Well, typically

2     it's about a week.

3              J███, how long did it take you?

4          MR. TYNDALL:  It took me a little longer.

5          COACH PIERRE:  Okay.

6          MR. TYNDALL:  Because --

7          COACH PIERRE:  Usually what you're going to

8     find is that it takes about a week, right?  Less than

9     that in most cases, but about a week.  So you place an

10    ad; your ads generate clicks; the clicks opt in; they

11    go through the funnel.  And then within about a week

12    of that time, that's usually when your first few

13    silver sales, you know, come through, right?  Your

14    first few buyers are going to be buying right there.

15             A███:  Right.

16         COACH PIERRE:  So you've got BASE and RISE

17    sales coming in and you get paid on those.  I

18    recommend just taking those profits and just putting

19    it back into traffic, right?

20             A███:  Okay.

21         COACH PIERRE:  That's -- that's usually how

22    this works.  So, now, you're doing this, and after

23    they've purchased BASE and RISE, you're looking at

24    about a two- to three-week period before they start

25    buying ASCEND, PEAK, and APEX.

1               A███████:  Right.

2          COACH PIERRE:  Usually it takes them a

3     little longer.  They're going through the rest of the

4     steps, and they've got to get their funding together.

5     So you're going to see all of your ASCEND, PEAK, and

6     APEX profits come in around week four, week five, week

7     six.  Does that make sense?

8          MR. TYNDALL:  Yes.

9          COACH PIERRE:  From the time your campaign

10    was run.  That's usually the cycle.  So your first 90

11    days are critically important.  So now you've got this

12    cycle.  Now, let's say that you're spending $2,500 a

13    month on marketing, so the first three months, how

14    much are you going to need?

15              A███████:  7,500 bucks.

16         COACH PIERRE:  7,500.  And then you want a

17    little cushion, so let's round that up to 10, okay?

18    So let's say that you started out with a line of

19    credit for 70,000 bucks.  Now, again, this is OPM,

20    right?  What does OPM stand for?

21              A███████:  Other people's money.

22         COACH PIERRE:  You know it, right?  This is

23    all just -- it works.  This works 100 percent of the

24    time for those who work this.

25              A███████:  Mm-hmm.

Attachment LL

```
 1              COACH PIERRE:  So you take out a line of
 2      credit for 70 grand.  You got a line of credit at zero
 3      percent financing.  If you've got good credit, it's
 4      very easy to get, and we've got sources of funding in
 5      place that will help you get that credit.
 6              A▮▮▮▮:  Okay.
 7              COACH PIERRE:  So zero percent under a
 8      business entity's name.  Is it under your name?
 9              MR. TYNDALL:  No.
10              A▮▮▮▮:  No.
11              COACH PIERRE:  It's under a business' name.
12      Everything that goes in there is a tax writeoff,
13      right?  Now you could be reasonable.  Don't go buying
14      a boat.  Don't -- you know.  You following me?
15              A▮▮▮▮:  Right, I am.
16              COACH PIERRE:  It's a business, right?  So
17      you're writing everything off -- licenses, marketing
18      expenses, travel expenses to our events, things like
19      that you're going to write off.  Everything goes into
20      this line of credit.
21              So what do you think your monthly debt
22      service is on a $70,000 line of credit?  Now, it's not
23      a loan; it's a line of credit.  And I'm assuming that
24      you use all of it, 70 grand, right?  What do you think
25      your monthly debt service on that is at zero percent
```

```
 1    interest?

 2              A█████:  800 bucks a month?

 3              COACH PIERRE:  If -- if that.

 4              A█████:  If that, yeah.

 5              COACH PIERRE:  So let's call it --

 6              A█████:  (Inaudible).

 7              COACH PIERRE:  -- 800 bucks a month.

 8              A█████:  Depending on the term, so, yeah.

 9              COACH PIERRE:  Yeah, zero percent for 15

10    months.

11              A█████:  For 15 months.

12              COACH PIERRE:  Yep.  So 800 bucks.  So I

13    want you to think about this.  So you just -- you've

14    got $800 a month to pay.  Now you've made on -- well,

15    how many RISE sales do you think you're going to --

16    you're going to make your first month?  Let's be

17    conservative.

18              A█████:  Four?

19              COACH PIERRE:  Okay.

20              A█████:  That was conservative.

21              COACH PIERRE:  J████?

22              A█████:  That was --

23              COACH PIERRE:  J████?  Are you with me?

24              MR. TYNDALL:  Maybe two.

25              COACH PIERRE:  Two, okay.  Whoo, you really
```

```
1    think the phone sales team sucks.  They don't know

2    what they're doing.  How much do you make on a RISE

3    sale?

4              A        :  A grand, 1,000 bucks.

5              COACH PIERRE:  Okay.  So do you have enough

6    to cover your debt service?

7              A        :  Yep.

8              MR. TYNDALL:  Yep.

9              COACH PIERRE:  And then some.

10             A        :  Mm-hmm.

11             COACH PIERRE:  Now, this is what's

12   interesting.  Remember, it's a funnel, right?  So your

13   first four, let's say, right, of those four, how many

14   do you think are going to be purchasing ASCEND?

15             A        :  Oh, wow, I think I looked at that.

16   Probably like three.

17             COACH PIERRE:  Let's be really conservative.

18             A        :  Really conservative.  Okay, say

19   two.

20             COACH PIERRE:  Let's say one.

21             A        :  One.

22             COACH PIERRE:  That one of those four buys

23   ASCEND.  And this is what's interesting.  Now, we've

24   got a small sample to work with because you only had

25   four sales your first month.  So you had one that
```

1    purchased ASCEND out of the four.  That's about a 25

2    percent conversion ratio (inaudible) over 30.  What's

3    interesting is that from ASCEND to PEAK, it's over 50

4    percent.  See, more than half of your ASCEND sales,

5    they'll also get PEAK, because at this point they

6    understand it, and they're -- it's just purely a

7    question of financing.

8              A███:  Okay.

9              COACH PIERRE:  (Inaudible) PEAK.  What --

10   and from PEAK to APEX, it's, again, over half.  More

11   than half of your PEAK members are going to get APEX,

12   but it's purely based on financing.  Does that make

13   sense, guys?

14             A███:  Yes.

15             MR. TYNDALL:  It makes sense.

16             COACH PIERRE:  Do you follow this?

17             A███:  Right, I got you.

18             COACH PIERRE:  So if your first month you

19   only had four RISE sales, one of them gets ASCEND.

20             A███:  ASCEND.

21             COACH PIERRE:  And doesn't get PEAK.  How

22   much have you made in month number two?

23             A███:  5,500.

24             COACH PIERRE:  Now, you repeated the same

25   thing.  You didn't even get any better.  You suck.

Attachment LL

EX 41
2542

```
 1    You're at four.  You did four again in month number

 2    two, and you -- you just made an ASCEND sale.  So how

 3    much have you made?

 4              A          :  5,500?

 5              COACH PIERRE:  How much do you have for debt

 6    service?

 7              A          :  Oh -- 800, so --

 8              COACH PIERRE:  Are you okay?

 9              A          :  -- the second month --

10              COACH PIERRE:  Are you okay --

11              A          :  Yeah.

12              MR. TYNDALL:  More than okay.

13              COACH PIERRE:  And you're putting more back

14    -- and you're putting it back into traffic, right,

15    because you want to increase -- you want to scale this

16    puppy, right?

17              A          :  Right.

18              COACH PIERRE:  And, so, now you get more

19    into traffic, so what do you think you should do in

20    your third month?  How many more -- how many more RISE

21    sales do you think you're going to have in your third

22    month?

23              A          :  I want to say you double it,

24    probably at least, like, eight.

25              COACH PIERRE:  Now, look, you -- when you're
```

1    positioned, for some reason, people love to follow

2    leaders.  You're an APEX member, people will be like,

3    boom, and they get your emails and it's like, aah,

4    right?

5              A███████:  Mm-hmm.

6              COACH PIERRE:  APEX, they love that.

7              A███████:  Mm-hmm.

8              COACH PIERRE:  I'm telling you, you should

9    do better.  Let's say that you did the same, you suck.

10             A███████:  Damn.

11             COACH PIERRE:  Four.  Four more, right?

12   Four more.

13             A███████:  Yeah.

14             COACH PIERRE:  I'm just being super, super

15   conservative.  Now, the second month, you had four and

16   another one got ASCEND, right?

17             A███████:  Okay.

18             COACH PIERRE:  And so you had two.  Well,

19   again, the numbers are the numbers are the numbers.

20   Fifty percent -- more than 50 percent of your ASCEND

21   sales will get PEAK.

22             A███████:  Mm-hmm.

23             COACH PIERRE:  So that's one.  Probably

24   decides to get both ASCEND and PEAK.  Doesn't get

25   APEX, but decides to get ASCEND and PEAK.  And now

1    you're going to see that in your third month.  How

2    much have you made in your third month?

3              A█████:  Okay.

4              COACH PIERRE:  Yeah, you're four again --

5              A█████:  4,500 for ASCEND.

6              COACH PIERRE:  You've got another one that

7    got ASCEND.  Now you've got --

8              A█████:  Seven --

9              COACH PIERRE:  -- (inaudible) PEAK.  You

10   starting to get the picture, though, of how this

11   works?

12             A█████:  Definitely.

13             MR. TYNDALL:  Yes.

14             COACH PIERRE:  See, this is just how it

15   works, guys.  And -- and you -- if you haven't heard

16   all the success stories of people that are just --

17   they just follow this --

18             A█████:  Yeah.

19             COACH PIERRE:  -- they just do this, and

20   within a very short -- like Sarah Gallo, talk about a

21   gal that is just full of fire.  Do you know who Sarah

22   Gallo is?

23             A█████:  I think she was on the morning

24   call.  She's the one with the kittens?  Is that her?

25             COACH PIERRE:  No, no.  Sarah is right now

Attachment LL

EX 41
2545

```
 1    in Nepal somewhere.  She's a travel junkie.

 2              A████:  Oh, okay.

 3              COACH PIERRE:  She's a -- the Five-Foot

 4    Traveler.  If you Google her, she's got a travel blog.

 5    She didn't even know what affiliate marketing was when

 6    she started.

 7              A████:  Mm-hmm.

 8              COACH PIERRE:  She started in February of

 9    this year.

10              A████:  Okay.

11              COACH PIERRE:  February.  She's made over

12    100 grand so far.

13              A████:  Wow.

14              COACH PIERRE:  She does zero paid

15    advertising.  She doesn't know how.  It's all been on

16    Facebook and Instagram.

17              A████:  Wow.

18              COACH PIERRE:  She got positioned at APEX.

19              A████:  Mm-hmm.

20              COACH PIERRE:  She just followed

21    instructions.  She took -- she got a loan from her

22    parents, and she thought, oh, no, this is risky, it's

23    going to take me years to pay it back.  Yeah, right.

24    (Inaudible) like May.  Little ball of fire.

25              And I remember meeting her, and she was so
```

1    excited, and she was just thrilled.  This was in March

2    of this year.  March or April?  I'm trying to

3    remember.  She had just made, you know, eight grand

4    that month.  And she couldn't believe it.  More than

5    she'd ever made.  And I said, look, you're doing

6    great, just -- you're -- just keep going, keep going,

7    you're going to be making more than 50 grand a month

8    by the end of this year.  By the holidays, you're

9    going to be cooking with gas.  You just believe me.

10   And she's like, I can't imagine, I can't -- well,

11   she's doing more than that now.  Now it's October.

12           Guys, just by -- there's too many success

13   stories to show how this works.  The numbers are the

14   numbers are the numbers are the numbers, right?

15           A████:  Yeah, yeah.

16           COACH PIERRE:  It doesn't matter who you

17   are.  It doesn't matter what your background is.  You

18   just follow instructions, placing ads.  And she

19   doesn't even do ads.  It's all social media.  I

20   personally -- I don't have the time for social media

21   really.  I'm -- and besides, I'm lazy.

22           Bless you.

23           A████:  Thank you.

24           COACH PIERRE:  Does that make sense, guys?

25   You guys following how this works?

1          A████ :  Definitely.

2          MR. TYNDALL:  Yes.

3          COACH PIERRE:  Now, how many clicks a day do

4  you need?

5          A████ :  Well, according to Beau, you need

6  like -- to make X -- to make 30 -- 30 grand a month,

7  it's like 57.

8          COACH PIERRE:  Fifty, yeah -- oh, so he said

9  57, okay.

10         A████ :  Right.

11         COACH PIERRE:  Yeah, 50 -- 50 -- oh, so he

12  said 57.  You see, you want to have a specific target.

13  And this is what you're going to work on next, right?

14         A████ :  Yeah.

15         COACH PIERRE:  You're going to work on SMART

16  goals in Step 16.  I'm going to map this out with you.

17  SMART goals.  You're working backwards now.  And you

18  remember what SMART stands for?

19         A████ :  Yes.

20         COACH PIERRE:  You do?

21         A████ :  Yep.

22         COACH PIERRE:  Specific, measurable -- what

23  was the A?

24         COACH PIERRE:  Achievable?

25         A████ :  Attainable or achievable, yeah.

1          COACH PIERRE:  Yep.

2          A█████:  R is for --

3          COACH PIERRE:  Relevant.

4          A█████:  Relevant and T is --

5          MR. TYNDALL:  Time-bound.

6          COACH PIERRE:  Time.  Time-bound.  You got

7    it.

8          A█████:  Yeah.

9          COACH PIERRE:  So relevance, it's got to be

10   (inaudible) to your long-term vision and your mission,

11   right?  So what's your vision?  What's your mission?

12   What are you after?  You -- are you committed to that

13   vision?

14         A█████:  Absolutely.

15         COACH PIERRE:  J████?

16         MR. TYNDALL:  Yes.

17         COACH PIERRE:  Good.  Do you see how this is

18   done now?

19         A█████:  Yeah.

20         MR. TYNDALL:  Yes.

21         COACH PIERRE:  How many clicks do you need a

22   day?

23         A█████:  For 30K a month, 57.

24         COACH PIERRE:  That's 30K a month, 57 -- so

25   you're going to -- you're going to do more than that.

```
 1    You're going to probably want to do a couple hundred
 2    and you'll do much more than that over time, right?
 3              A         :   Oh, yeah.
 4              COACH PIERRE:  Can you do 50 clicks a day,
 5    57 clicks a day?
 6              A         :   Yeah, for sure.
 7              COACH PIERRE:  Is that specific?
 8              A         :   Yeah, that's specific.
 9              COACH PIERRE:  Is it measurable?
10              A         :   Yes.
11              COACH PIERRE:  Is it achievable?
12              A         :   Absolutely.
13              COACH PIERRE:  Is that relevant towards your
14    goal?
15              A         :   Yep.
16              MR. TYNDALL:  Yes.
17              COACH PIERRE:  And you have a time line,
18    it's daily.
19              A         :   Daily, yep.
20              COACH PIERRE:  So this is how we operate,
21    and you just do this.  Now, you're going to spend a
22    little extra time looking at, you know, training
23    obviously since you're getting started and learning
24    and working with -- you know, with me or your traffic
25    coach.  And you're going to just start learning these
```

Attachment LL

1    different things, but this is not hard.  And what do

2    you need to be successful?  Traffic and positioning,

3    that's it.

4                    A███:  Traffic (inaudible).

5                    COACH PIERRE:  That's -- that's all this

6    is, guys.  So if you're wanting to do this and if

7    you're -- if you understand it and you're ready to go

8    APEX, again, there's different ways to get the

9    funding.  And, obviously, some of these sources that

10   are looking at -- at zero percent, they want to look

11   at your personal credit first to make sure that you're

12   going to be a good risk.  They've done their due

13   diligence.

14                    It's just like starting a franchise.  Like

15   if you went and bought a Gold's Gym or, I don't know,

16   a Jiffy Lube or, you know, something like that, the

17   financing companies that those companies, like, I

18   don't know, Subway, they, you know, I don't know, pick

19   a franchise, they -- they -- most people that come to

20   them don't have the money sitting in their back

21   pocket, right?

22                    A███:  Right, right.

23                    COACH PIERRE:  So these are the same

24   companies that offer financing for some of the biggest

25   franchises out there.  They -- they've done their due

1    diligence, they know Digital Altitude, they understand

2    the business model.  When you submit your application,

3    they've -- they guide you through the process of

4    getting your EIN number and doing all of that.  You're

5    going to upload a personal credit report.

6              They're going to show you how to do that.

7    If your credit is like 700 or above, or even 680 or

8    above, you're golden.  Three to five-day preapproval

9    process, and then they issue the line of credit.

10             Usually it comes in the form of credit

11   cards.  Right?

12             A███████:  Right.

13             COACH PIERRE:  And you're off to the races.

14             A███████:  Okay.

15             COACH PIERRE:  So, █████, I don't know, you

16   know, do you know what your credit history is like?

17             A██████:  I don't know if it's -- I don't

18   know the score actually, but, you know, I did have

19   some challenges a couple of years back because, you

20   know, when the market crashed and all that stuff, so,

21   but...

22             COACH PIERRE:  No bankruptcies or

23   foreclosures or --

24             A██████:  Yes, I did.  I did have one because

25   I -- I was a real estate investor, so I bought a

1    couple of houses, so I had a foreclosure, yeah.

2              COACH PIERRE:  Gotcha, okay.  So that might

3    be -- but no bankruptcy, right?

4              A█████:  No.

5              COACH PIERRE:  Okay.  So you should be good.

6    I mean, if you -- if you want to check your score, I

7    mean, you can go to Credit Karma.

8              A█████:  Yeah.

9              COACH PIERRE:  J████, do you know what your

10   score is?

11             MR. TYNDALL:  No, not exactly.

12             COACH PIERRE:  Okay.  Because there's all

13   sorts of ways to do this.  You're going to find most

14   of your members, if they don't leverage some of the

15   funding sources that Michael set up, they'll tap into,

16   I don't know 401(k) plans, home equity, take out a --

17   you know, IRAs, annuities, personal retirement

18   accounts.  They do -- people will do different things

19   to fund their business.

20             A█████:  Mm-hmm.

21             COACH PIERRE:  Or just a consumer loan or

22   something like that.

23             A█████:  Right, right.

24             COACH PIERRE:  So, I mean, what -- can you

25   guys think of any funding sources?

Attachment LL

```
 1              A       :  Yes.  I've got -- I've already kind
 2    of put that in place already, so I'm, like --
 3              COACH PIERRE:  Oh, fantastic.
 4              A       :  -- just, you know, as a backup plan
 5    in case that wasn't, you know -- if I wasn't able to
 6    get it between -- because of what happened in the
 7    past, I've kind of put some stuff in place, so...
 8              COACH PIERRE:  Yeah.  So what we're going to
 9    do right now, since we're done -- we're done with the
10    setup calls, and we've pretty much gone through the
11    business plan, right?
12              A       :  Mm-hmm.
13              COACH PIERRE:  This (inaudible) session was
14    just to figure out how do you want to structure
15    things, how do you want to position yourself when you
16    launch.  And, so, A       , I would -- it sounds like
17    APEX all the way.
18              A       :  Oh, yeah.
19              COACH PIERRE:  J      , are you there?
20              MR. TYNDALL:  I'm here.
21              COACH PIERRE:  Where are you wanting to
22    position yourself?
23              MR. TYNDALL:  I think -- well, I need to
24    talk to my wife --
25              COACH PIERRE:  Okay.
```

```
 1              MR. TYNDALL:  -- but I -- I'd -- I think

 2    APEX, especially after the video or the podcast.

 3              COACH PIERRE:  (Inaudible).  I'm telling

 4    you, it -- when you -- the effort is the same.  The

 5    effort is the same.  It's all in -- you guys, I'll

 6    tell you something.  I am -- I am nothing special,

 7    right?  You don't -- do you want to know why I'm

 8    consistently -- well, okay, minimum 60 grand a month,

 9    you know why that is?

10              MR. TYNDALL:  Why?

11              A██████:  Because you're --

12              COACH PIERRE:  Positioning.  100 percent.

13              MR. TYNDALL:  Yeah.

14              COACH PIERRE:  I'm an -- I'm an APEX

15    Climber.  I've been since February of last year.

16              A██████:  Mm-hmm.

17              COACH PIERRE:  I should be doing a whole lot

18    more, but I'm lazy.  This is not hard.  And I'm no

19    rock star.  I'm not -- you know, there's all these

20    people that are out there on social media, and you

21    don't even have to do that.  Just pick up the phone,

22    buy traffic.  Place ads.  Give me more clicks.  Bring

23    it on.  Bring it.

24              A██████:  Okay.

25              COACH PIERRE:  Now, I'm paying more than
```

```
1    most people would for my -- for traffic, right?  But I
2    don't care if I'm an APEX.  I'm making it up on the
3    back end.
4                A     :  Right, right.
5                COACH PIERRE:  So when -- when we map out
6    your marketing plan, as we work together, it's all
7    going to depend on how you position yourself.
8                A     :  Okay.
9                COACH PIERRE:  But starting out at RISE,
10   you're -- you're going to do as close to free as you
11   possibly can.
12               A     :  Mm-hmm.
13               COACH PIERRE:  Because otherwise it -- you
14   can't be profitable.
15               A     :  Right.
16               COACH PIERRE:  Simple, right?
17               A     :  Mm-hmm.
18               MR. TYNDALL:  Yeah.
19               COACH PIERRE:  So here's what we're going to
20   do.  We're going to dive into Step 16.  Now, the video
21   is very short.  The step is very short, but this is
22   where you're breaking down your SMART goals, okay?
23               A     :  Okay.
24               COACH PIERRE:  So take some time doing that.
25   I want to connect with you every day.  I need to hear
```

1    from you daily.  We don't book anything going forward.

2    We just connect on Skype.  Just message me, and we'll

3    have one-one-one conversations about how to get things

4    moving, where you're going, your target audience, your

5    marketing plan, your budget.  And it -- because all

6    we've got left is 16, 17 -- 18 is the final step,

7    okay?

8            MR. TYNDALL:  Okay.

9            COACH PIERRE:  That's going to trigger a

10   bunch of things in your system based on which licenses

11   you have.

12           A█████:  Okay.

13           COACH PIERRE:  If you're wanting to get

14   APEX, obviously you want to have them in your system

15   because that's when I tie your affiliate links to your

16   licenses, and that's when your ads are placed.  That's

17   when they're locked to their sponsors for life.

18           MR. TYNDALL:  Okay.

19           A█████:  Okay.  So what step do we do that

20   in, Pierre?  That's 18, like -- like --

21           COACH PIERRE:  Between now and 18.

22           A█████:  Okay.  So you will get all of that,

23   okay.  Gotcha.

24           COACH PIERRE:  Yep.  And, so, what we're

25   going to do right now, and let me find you, J████.

```
 1                   Now,  ████  , if you've got existing sources

 2       of funding, you may want to explore that.  If you

 3       want, I can give you a link to -- it's a company

 4       called Oak Tree.

 5                   A████  :  Okay.

 6                   COACH PIERRE:  J███  , do you know -- you

 7       don't know what your score is, right?

 8                   MR. TYNDALL:  I think it's in the mid 700s.

 9                   COACH PIERRE:  Okay.  So you should qualify

10       no problem.  If you've got good history, right, you've

11       been using your credit, and you're in the mid 700s,

12       perfect.  You're squeaky clean.  You're golden.  Three

13       days, they send you the approval, and from there,

14       it's, you know, less than a week for them to get

15       everything funded and -- and done.

16                   MR. TYNDALL:  Okay.

17                   A████  :  Okay.

18                   COACH PIERRE:  Okay?  So I'll give you guys

19       a link here if you want.  In fact, let's do that.

20                   A████  :  Yeah.  Yeah, send me the link.  I

21       mean, I don't know.  I -- I've been working on mine

22       anyway, so --

23                   COACH PIERRE:  I'm going to do this.

24       Funding -- here's where you can get a zero percent

25       line of credit.  Do you guys see that in the chat?
```

Attachment LL

EX 41
2558

```
1              MR. TYNDALL:  Yeah.

2          A█████:  Yeah, yeah.

3              COACH PIERRE:  Okay, click on that real

4    quick and I'll show you something.  Now, these guys

5    are really good.  In fact, they're in Digital Altitude

6    as well, the owners are, because they -- they --

7    they're just blown away at how profitable this is.

8    And, so, you see where there's different packages that

9    you apply for, right?

10             MR. TYNDALL:  Okay.

11             COACH PIERRE:  Now, do you see where -- you

12   know, it's -- by the way, you only pay the fee after

13   you're approved, right?  Once they've actually secured

14   the funding for you.  So there's no cost, there's no

15   commitment, there's nothing.  You're just applying for

16   -- you know, for preapproval.

17             MR. TYNDALL:  Okay.

18         A█████:  Mm-hmm.

19             COACH PIERRE:  So as we were just going

20   through our scenario, I mean, if you're wanting to go

21   APEX, personally, I recommend 75 to 100K.  It's --

22   it's a line of credit.  It's not a loan.  It's just a

23   line of credit.

24         A█████:  Mm-hmm.

25             MR. TYNDALL:  Okay.
```

Attachment LL

EX 41
2559

```
 1                A████     :   Okay.

 2          COACH PIERRE:  So you only pay back what you

 3    use.

 4                A████     :   Okay.

 5          COACH PIERRE:  See, it's 179.95.  That fee

 6    is paid after you're approved.

 7                A████     :   Okay.

 8          COACH PIERRE:  So go ahead and submit that.

 9    Message me once you've submitted that because I'll

10    find out who -- because I've gotten to know some of

11    the underwriters.

12                A████     :   Mm-hmm.

13          COACH PIERRE:  And I can kind of accelerate

14    things because it's already Thursday.

15          MR. TYNDALL:  Okay.

16          COACH PIERRE:  So tomorrow's Friday, they're

17    on the East Coast.  Yeah, I probably won't hear

18    anything back until tomorrow, and then we can get the

19    ball rolling.  Hopefully we can get everything done by

20    Tuesday, Wednesday of next week where at least you'll

21    know it's like, yep, they're going to get you 75,000

22    bucks.

23                A████     :   Okay.

24          COACH PIERRE:  Okay?

25          MR. TYNDALL:  Okay.
```

Attachment LL

1               A█████:  Okay.

2          COACH PIERRE:  So take a look at that, and

3     then, J████, I'm going to have you go through 16 as

4     well.

5          MR. TYNDALL:  Okay.

6          COACH PIERRE:  And, so, any questions before

7     we dive -- we wrap up here and dive into this?

8               A█████:  So the Climber level, all right,

9     because I guess right now I'm at Walker.  To get to

10    Climber, is that just as you -- like, say, as you --

11    like, say if you go to APEX, does that -- you

12    automatically go to Climber?  Or is there --

13         COACH PIERRE:  Personally I don't -- I can't

14    imagine -- we got rid of Hiker, as you know.  We --

15             A█████:  Right.

16         COACH PIERRE:  -- I can't imagine

17    (inaudible) if you're at Walker, it would be crazy to.

18             A█████:  Okay.

19         COACH PIERRE:  So you're going to -- it's a

20    membership.  Don't even upgrade.  Don't even activate

21    Climber until 18.

22             A█████:  Okay.

23         COACH PIERRE:  I'll go through this with

24    you.

25             A█████:  Okay.  Yeah, that's why -- that's

```
 1    why I kind of wanted to know --

 2              COACH PIERRE:  Yeah.  No -- no sense in

 3    doing any of that until you're ready to launch.

 4              A█████:  Right.

 5              COACH PIERRE:  Yep.

 6              A█████:  Okay.

 7              COACH PIERRE:  So I'll show you how -- how

 8    to do all of that stuff.  And at that point, you know,

 9    everything's in place, your links are in place, you're

10    going to have access to all of the marketing channels.

11    It triggers a bunch of stuff in your system at Step

12    18.

13              A█████:  Okay.

14              COACH PIERRE:  Okay?

15              A█████:  Okay, okay.

16              COACH PIERRE:  And it all hinges around

17    which licenses you want to have in your system, right?

18              A█████:  Okay.

19              COACH PIERRE:  Make sense, guys?

20              A█████:  Makes sense.

21              COACH PIERRE:  All right, 16.  Take your

22    time.  SMART goals.  We're breaking everything down.

23              MR. TYNDALL:  Okay.

24              COACH PIERRE:  Apply with Oak Tree, and then

25    let me know once you've done that so I can find out
```

Attachment LL

```
 1      from them, you know, who has the file.

 2              A███:  Okay.

 3              MR. TYNDALL:  Okay.

 4              A███:  Okay.  All right.

 5              COACH PIERRE:  And we'll get things moving.

 6              A███:  Okay.

 7              COACH PIERRE:  Stay plugged in to the daily

 8      calls.  Message me tomorrow.  Let's touch base on --

 9      again on a daily basis.  Next week, my wife and I are

10      traveling again.  We're -- but I'll be online.

11              MR. TYNDALL:  Okay.

12              A███:  Okay.  So we're not booking the

13      call this time.  We're just messaging you on Skype,

14      right?

15              COACH PIERRE:  Going to one-on-one.  One-on-

16      one coaching at this point.

17              A███:  Okay, sounds good.

18              COACH PIERRE:  All right?

19              MR. TYNDALL:  Okay.

20              A███:  Okay.

21              COACH PIERRE:  All right, guys.

22              MR. TYNDALL:  Thank you.

23              COACH PIERRE:  You bet.

24              A███:  All right.

25              COACH PIERRE:  Have a good one, we'll talk
```

```
 1    soon.

 2                    A█████:  Okay.

 3                    COACH PIERRE:  All right, stay out of

 4    trouble.

 5                    A█████:  All right.  Okay.

 6                    COACH PIERRE:  All right, cheers.  Bye-bye.

 7                    A█████:  Okay.

 8                    (The call was concluded.)

 9                    MR. TYNDALL:  My name is Reeve Tyndall.  I'm

10    an investigator with the Federal Trade Commission.

11    The date is October 26th, 2017.  The time is now 5:07

12    p.m., Eastern time.  This ends the recording.

13                    (The recording was concluded.)

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4          I, Sara J. Vance, do hereby certify that the

 5     foregoing proceedings and/or conversations were

 6     transcribed by me via CD, videotape, audiotape or

 7     digital recording, and reduced to typewriting under my

 8     supervision; that I had no role in the recording of

 9     this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of

11     the recording media.

12          I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were

15     transcribed; and further, that I am not a relative or

16     employee of any attorney or counsel employed by the

17     parties hereto, nor financially or otherwise

18     interested in the outcome of the action.

19

20

21     DATE:  11/6/2017

22                         SARA J. VANCE, CERT

23

24

25
```

1                    OFFICIAL TRANSCRIPT PROCEEDING

2

                     FEDERAL TRADE COMMISSION

3

4

5

   MATTER NO.      1723060

6

   TITLE           DIGITAL ALTITUDE

7

   DATE            RECORDED:  DATE UNKNOWN

8                   TRANSCRIBED:  NOVEMBER 6, 2017

9  PAGES           1 THROUGH 12

10

11

12                  ASPIRE+STARTUP+STEP+16+AUDIO

13

14

15

16

17

18

19

20

21

22

23

24                  For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4      RECORDING:                                    PAGE:

5      ASPIRE+STARTUP+STEP+16+AUDIO                     4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:          )

4     Digital Altitude           )   Matter No. 1723060

5                                 )

6     -----------------------------)

7                                     Date Unknown

8

9

10

11            The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

Attachment MM

EX 41
2568

```
 1              P R O C E E D I N G S

 2                   -    -    -    -    -

 3            ASPIRE+STARTUP+STEP+16+AUDIO

 4         MICHAEL FORCE:   -- Force here.  Welcome to

 5    Scale-Up Step Number 16, How to Create Success Even

 6    Faster.  Now, this step picks up a bit from Step 15

 7    and builds on it even further.  So let's dig in and

 8    begin here.

 9              The first point, which we've already covered

10    is that unless you have very clear goals and you

11    actually have a daily plan of attack, your goals are

12    not going to come true, they are not going to become a

13    reality.  You need a roadmap; you need GPS.

14              What I want to do today is to spend some

15    extra time to make sure you are really clear on what

16    your path is and exactly what you need to do to get

17    started.  I want some firm deadlines in place.  Where

18    do you want to be 90 days from now, 180 days from now,

19    even one year from today?  I want you to take some

20    personal responsibility to getting started fast and

21    keeping up with your plan.  Spend about 30 minutes, or

22    whatever time it takes to get really clear here.

23              I want you to make sure that you're using

24    your coach to help you stay accountable.  Tell your

25    coach what your goals are, share it openly with them.
```

Attachment MM

 1    By now, you should have told them what you're looking
 2    to achieve and what your income targets are, but make
 3    sure that you're communicating with them on a day-to-
 4    day basis.  Tell them what you're doing in your
 5    business.  Tell them what your plan of attack is.
 6         Now, this is a tool that I want to introduce
 7    you to, and I think you're really going to like it
 8    because it's called Simpleology.  You can find it
 9    under Simpleology.com.  This is a program created by a
10    marketer called Mark Joyner.  I first heard about this
11    years ago but basically what it does, it helps you
12    stay on track when you're sitting behind your computer
13    screen, it's possibly one of the most distracting
14    devices ever invented.  It really is really good at
15    distracting you, especially when you're online.
16    You've got to understand that we are -- what we're
17    doing here is marketing, and you have to do revenue-
18    producing activities to put revenue in your pocket,
19    right?
20         A big part of marketing is, first of all,
21    getting the attention of your prospects.  You have
22    flashy banner ads, you have eye-catching headlines,
23    you have engaging videos that people want to watch.
24    What we do in marketing, first of all, is we get
25    people's attention and then we serve them our message.

1          When you start placing ads, you're going to

2     be doing the same thing.  Now, what you have to

3     realize is that there are millions of other marketers

4     out there in virtually every niche you can imagine,

5     and they're doing all the exact same thing.  They are

6     trying to get your attention.  You are being

7     constantly distracted throughout the day.  That's part

8     of the reason why whenever I want to do the really

9     important work in my day-to-day operations here at

10    Digital Altitude I like to actually get away from my

11    computer.

12         Do you know what the most productive time is

13    literally for me?  It's on an airplane, on a long

14    flight.  When I'm on long flights, there is no

15    internet and no one can get to me and distract me.

16    Then there's actually when I get some of my best ideas

17    and big ideas that can really move the company

18    forward.  Now, my point is if you're sitting behind

19    your computer constantly, you are going to get

20    distracted.  Sometimes it's good to get away from the

21    computer to really think clearly.

22         When you're at your computer, then you use

23    this tool again -- it's called Simpleology.  Basically

24    you sign up.  I don't even know what the price is.  I

25    just know it's cheap.  I believe you can get a 30-day

1    free trial as well.  You can go and try it out, but

2    basically what it does is it will walk you through

3    your goals and then it will help you break down them

4    day by day with action.  It will help you stay

5    accountable.  It's a really good little tool for you

6    to use, and I highly recommend it.

7              Now, a couple more pointers on productivity.

8    When you get into this business, this business can be

9    any business.  It's really easy to just run around

10   like a chicken with your head cut off all day long

11   just with no direction.  You feel like you're getting

12   a lot done, but you're really not getting anything

13   important accomplished at all.  You get to the end of

14   the day, you spent maybe several hours at your

15   computer, but you haven't done anything significant.

16             The way that you avoid that is you've got to

17   take time to really chart out your days.  You've got

18   to work out what you need to do on a daily basis

19   that's going to move your business forward.  For

20   example, if you're promoting Digital Altitude and the

21   ASPIRE digital business system, let's say you're fully

22   positioned, all the way to APEX.  You're able to earn

23   the commissions of $1,000 and $4- or $5,000, 7,500,

24   $12,000.

25             Your only job at this point is to go out and

1    generate name and email addresses or leads.  I've told

2    you that before, but I'm going to keep on telling you

3    it because people tend to forget.  Your only job is to

4    get name and email addresses and leads.  So how do you

5    get leads?

6            Well, you start by placing ads.  You ask

7    yourself, where am I going to go and place ads?  What

8    traffic method am I going to use?  Am I going to use

9    Facebook, pay-per-click ads?  Am I going to use email,

10   solo ads?  Now, if you don't know what any of those

11   means, that's okay because you're going to go through

12   our traffic training here after these first steps,

13   okay, after your scale-up steps.  You'll work with our

14   traffic coach and you'll go through our traffic

15   trainings.

16           Now, one of the other things here is that

17   you'll be able to actually map out what these

18   strategies are and how you can do them.  But you're

19   going to have to pick one, and then you're actually

20   going to go and start placing ads.

21           Now, we'll give you a couple of targets.

22   You will say, okay, today I'm going to place five new

23   ads.  Every day, I'm going to place five new ads.

24   Really, the business is quite simple for you, and

25   that's really all you have to do.   You just have to

1    stay focused on what actually brings in revenue.

2           For you as a Digital Altitude partner, it's

3    simply placing ads, getting people to the capture

4    page.  Placing ads is the -- in the right places and

5    getting clicks from the right people, then just doing

6    more and more of that and scaling it up.  Gets you

7    more and more quality clicks, more and more quality

8    leads, which are name and email addresses, and more

9    and more buyers, which are people who buy the ASPIRE

10   digital business system.  That's really the simplicity

11   of it.

12          For example, if you're promoting Digital

13   Altitude, let's say you're fully positioned, you

14   have the opportunity to earn very large commissions

15   here, so, again, your only job is to really get

16   leads.  You don't have to worry about anything else.

17   Give yourself a few targets.  Say, okay, today, I'm

18   going to place five new ads, okay?  It's very, very

19   key.

20          Now, your assignment here for Step 16 is to

21   find ways to invent yourself out of the box, okay?

22   (Inaudible) thinking outside the box.  So let's -- you

23   know, if you really want success, you have to find a

24   way to make it happen.  So examine today's step in

25   detail.  Write down all of the possibilities and --

1    that you have personally, and when you get on the

2    phone with your coach later, talk to him about today's

3    session.  Okay, very important.

4            Make sure he understands your goals.  Make

5    sure he's holding you -- or she is holding you

6    accountable.  Use Simpleology to hold yourself

7    accountable, and make sure that you're doing things on

8    a daily basis that generate leads and name and email

9    addresses.  That is your only responsibility.  That's

10   all you should be doing.

11           Everything else is set up for you.  Don't

12   reinvent the wheel, okay?  Very important for you to

13   understand.  Just go place ads, get people to your

14   website, as many as humanly possible.  The more people

15   that you get to your website, the more money you're

16   going to make.  It's just a simple equation.

17           So here's what I'd like you to really do.

18   First of all, go over your goals again that you talked

19   about in Step 15.  Keep on reinforcing them.  Okay, do

20   this every single day for the next year.  Put it on

21   your wall, whatever you got to do, get it in front of

22   you, and that is the way you will pretty much

23   guarantee that your life will change by focusing on

24   that on a daily basis.

25           Stay -- stay accountable.  Go to

1    Simpleology.  Sign up for an account, get a free trial

2    and start using it to stay on track.  And I will see

3    you on Step 17.  We'll see you there.  Take care.

4              (The recording was concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12            I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/6/2017

22                        SARA J. VANCE, CERT

23

24

25
```

```
 1                    OFFICIAL TRANSCRIPT PROCEEDING

 2

                     FEDERAL TRADE COMMISSION

 3

 4

 5

     MATTER NO.      1723060

 6

     TITLE          DIGITAL ALTITUDE

 7

     DATE           RECORDED:  DATE UNKNOWN

 8                  TRANSCRIBED:  NOVEMBER 6, 2017

 9   PAGES          1 THROUGH 28

10

11

12                   ExampleHookVideo

13

14

15

16

17

18

19

20

21

22

23

24               For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

Attachment NN

```
1                     FEDERAL TRADE COMMISSION

2                          I N D E X

3

4      RECORDING:                              PAGE:

5      ExampleHookVideo                          4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Digital Altitude              )   Matter No. 1723060

5                                     )

6     ------------------------------)

7                                     Date Unknown

8

9

10

11           The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     November 3, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                P R O C E E D I N G S

 2                  -    -    -    -    -

 3                    ExampleHookVideo

 4           MICHAEL FORCE:  Welcome.  You're about to

 5      receive a very special guide that reveals how you

 6      can make six figures online in the next 90 days or

 7      less.  No hype, no BS, just the honest truth about

 8      what it takes to succeed online.  Your report has been

 9      queued up and sent to your email inbox.  Look for it

10      there.

11                While you wait for that to arrive, though,

12      I'd like to share something with you, something

13      that can make the next 90 days ones you remember

14      forever.  First, I have a question for you:  What if

15      an online millionaire offered you his entire business,

16      no strings attached?  Would you know what to do to

17      keep it running and, more importantly, keep it

18      growing?

19                What if he offered to walk you through every

20      step of running this business, to train and coach you

21      every step of the way?  Do you think you'd be

22      successful?  Of course you would.

23                But, first, I was just like you.  My name is

24      Michael Force, and I'm a former U.S. Marine, spent

25      four years in the United States Marine Corps, and now
```

1    a family man, and we have two young girls.  And as one

2    of my obviously biggest, you know, passions are my

3    kids, of course.  I know everyone says that, but it's

4    a big deal for me, my kids, and I love my kids, and

5    the girls, we travel the world and we get to do a lot

6    of things.

7            But one of my other passions is training,

8    coaching, teaching people, which I've done for over 15

9    years to over 100 different people, or 100 different

10   countries around the world to literally tens of

11   thousands of people.  I've spoken in front of, you

12   know, crowds of 50 to 500 to 5,000 and everywhere in

13   between.  It's one of my real passions to see people

14   get results and change their -- their circumstances

15   and their situation.

16           Now, I personally also consulted, trained,

17   mentored or worked with the top 3 percent of the

18   industry leaders and company owners over the last 15

19   years in this industry.  Again, it's one of my -- you

20   know, things is to travel around the world and -- and

21   -- and really see what, you know, we can do to help

22   people and take them to the next level and -- and get

23   them, you know, to start an online business and -- and

24   really take that business to something big.

25           And I've been doing that for over the last

```
 1    15 years very successfully.  Now, this industry
 2    changed my life and has allowed me to travel and live
 3    the life of my dreams.  I've been on every continent
 4    from, you know, obviously, the U.S. to Europe, to
 5    Africa, all over the Caribbean, South America, South
 6    Africa, South Pacific.  Been to all the spots in -- in
 7    Rome and Greece and just pretty much everywhere in the
 8    world, London, Paris.  To be completely honest with
 9    you, though I live a pretty darned good life.  I left
10    the prospect of a cushy corporate job and created my
11    own online income, basically write my paycheck for
12    life.
13             It didn't happen overnight, of course.  In
14    fact, it took me several grueling and very frustrating
15    years as when I got started there wasn't a Google or
16    the Facebook or any of these online programs that we
17    see now today and YouTube.  You know, and yet I was
18    able to finally crack the code.  I went from an income
19    of only $700 per month to an income well over six
20    figures.  And it took me less than 90 days to do it.
21             Look, the corporate job would have never
22    allowed my family to live a life like this, to travel
23    the world and spend time together and do all the
24    things you want to do with the people who are most
25    important to you.  That's what we get to do because of
```

Attachment NN

EX 41
2583

1   this business.

2          Now, I don't show you this to brag.  I just

3   want you to know that I truly walk the walk.  For the

4   past few years, I've consulted other seven- and eight-

5   figure marketers on how to grow their businesses.

6   Until recently, I was content to stay in the online

7   shadows of anonymity and quietly make the type of

8   income most people only dream of.

9          Then I watched as a client took what I had

10  helped him build and went off the rails with it.  He

11  stopped paying commissions, lied to his customers,

12  misled his business partners.  It was a mess.  I've

13  seen it again time and time with some people online.

14  But when I was a Marine, we had three core principles:

15  honor, courage, and commitment.

16          As I watched my client unethically use the

17  system I had built him, I was outraged.  However, I

18  began to look around.  I realized that more and more

19  gurus seem to follow the same path.  I'm sure you've

20  seen a lot of their empty promises, a mountain of

21  hype, and have invested money only to be disappointed.

22  Am I right?

23          It feels to me that most marketers online

24  have completely lost the most important thing of all,

25  a sense of honor.  It's a real shame because making

money online can be very simple.  There is absolutely
no need for shenanigans, hype, or false promises.
Simply tell the truth.  So I made the decision to take
what I taught my millionaire clients and make it
available to the average person who could really use
it the most -- you.

Because you deserve to be free from a job
you don't like.  You deserve to be free from financial
worries.  You deserve to experience what it feels like
to have more money at the end of the month than you
know what to do with.  You deserve to live a life on
your own terms, to do what you want, when you want,
where you want, with whomever you want.  That's the
definition of freedom.

Honestly, I feel most guys today are just
selling you the big, flashy, shiny stuff that made
them 2.3 million in 48 hours.  What they don't tell
you about is the staff of 15 people who did all of the
technical stuff for them, the 2,000 partners that he
had built up over the last decade, or the 13 years he
spent frustrated, losing hundreds of thousands of
dollars, and failing miserably half a dozen times.  He
doesn't share that with you because then it feels so
unreachable, especially if you have a day job.

The big launch?  Now, dang it, that sounds

1    so cool, but -- so you'll buy the hype, right?  You

2    think your money problems will be solved, and three

3    months later, you're still stuck in a rut.  Look, if

4    you've ever wondered why others seem to make a ton of

5    money yet you can't, if you feel completely stuck

6    because every course or e-book or video you buy seems

7    to be incomplete, if you're frustrated from failing

8    when you can see people half as smart as you raking in

9    the dough, I totally understand.  And please know it's

10   not your fault.  You've probably heard a million

11   pieces of advice and are more confused than ever.

12   That's okay, because today that all ends for you.

13          Yes, because you can build a six-figure

14   business in 90 days or less, and I'm going to help you

15   do it.  Just how am I going to do that?  I am going to

16   give you my million-dollar business.  You heard that

17   correctly.  I want to hand you not only my complete

18   business model, I also want to hand you all of the

19   tools, trainings, and resources that I've developed

20   over 15 years of running million-dollar online

21   businesses.  From my own experience, when I travel, it

22   seems practically everyone wants to make money online

23   these days, and the reasons are all shockingly

24   similar.

25          Working online allows you to have more time,

1   more freedom, the chance to travel more, the need to

2   work less, the potential for a constantly growing

3   income, and, most of all, the desire to no longer

4   answer to a boss.

5          Trust me, when you make money online, you

6   are the envy of all of your friends.  More

7   importantly, you have the freedom to do what they want

8   in life:  nice cars, tropical vacations, never

9   answering to a boss.  Listen, you can make this dream

10  a reality.  I did.  I have worked with thousands of

11  people over the years, and I have seen that almost

12  anyone can succeed online, regardless of age,

13  education, current income, or sex.

14         The internet is the great equalizer.  The

15  simple truth is making money online isn't complicated.

16  All you need is the right process to follow.  And if

17  you follow the process, results are guaranteed.  Look

18  at this way.  If you bought a McDonald's, do you think

19  you will make money?  You know you will.  Why?

20  Because McDonald's has a time-tested and proven system

21  that you simply plug into.

22         Here's the good news:  If you want to start

23  making money online today, you have a huge advantage

24  that I never had:  information.  I had to spend years

25  figuring out what works.  I had to spend hundreds of

1      thousands of dollars to figure out what didn't work.

2      Because, let's face it, there's a lot of bad advice

3      out there online.  My mission is to give you the tools

4      you need to succeed right away.  That may mean that

5      you finally earn your first dollar online.

6            And once you've earned your first dollar,

7      I'll show you how to earn $100.  And then I'll show

8      you how to earn your first $1,000.  And when you do,

9      we will stop and celebrate those small wins because it

10     means that you have crossed the most difficult hurdle

11     there is:  making your first $1,000 online.  And your

12     income will only grow from there.  I promise you we

13     won't stop until you earn your fist -- first six

14     figures.  You'll have access to the right technology,

15     the right process and systems, and guidance and

16     mentorship from established entrepreneurs who have

17     already made their first million online.

18           I spent years putting all this information

19     into one comprehensive program that I can confidently

20     say is the best of its kind.  It's called ASPIRE, the

21     digital business system.  ASPIRE is an elite community

22     that provides all the tools you need to start making

23     money online.  You'll earn your first dollar.  From

24     there, your coach will help you earn your first

25     $1,000.  Then you can climb to 3,000, per month.  From

1    that 3,000, you can go to 5,000.  And from 5,000, you

2    can to 10,000.

3         ASPIRE is based on the only proven model for

4    online success.  It's been tested by thousands of

5    business owners who quietly and anonymously make small

6    fortunes online, people just like you.

7         ERIC GREEN:  Hey, what's up, guys?  My name

8    is Eric Green, based out of Charlotte, North Carolina.

9    Really happy and excited to be doing this video about

10   the ASPIRE system and really why we planted our flag

11   and why we've decided to go all in with this system.

12   You know, it starts with leadership, guys.  And

13   Michael Force is a guy who's literally traveled around

14   the world, helped tens of thousands of aspiring

15   entrepreneurs really get to the next level.  But

16   beyond that and -- and what I think is huge is the

17   fact that he has been a top producer in this industry

18   over -- for over 15 years, he and his staff, so --

19        DION MCINTOSH:  Hi.  My name is Dion

20   McIntosh from Los Angeles, California, and I just want

21   to spend a quick minute sharing my experience with

22   ASPIRE and the digital business system and -- and why

23   I decided to -- to join forces.  For me, I'm a family

24   man, an entrepreneur.  I have three kids, a wife, lots

25   going on.  And, so, I find myself not having all the

1   time that I want to -- to learn.  I found ASPIRE, and

2   it, to me, was the perfect thing because it's a

3   community of professionals that have been there and

4   done that.  These are multiple six- and seven- and

5   eight-figure earners and people that have scaled

6   businesses and experts of branding and all the

7   different facets of -- of marketing and business

8   ownership and --

9       BAKER:  Hi, guys.  My name is Baker.  I've

10  been marketing online successfully full-time for four

11  years, so I won't put my name behind something that I

12  don't truly believe in.  Basically what you get is,

13  you know, the whole package as far as when you're

14  starting on the internet and not knowing where you

15  want to start, this basically will give you a roadmap

16  of exactly what to do with 60 hours, you guys, of

17  training available to you from seven- to eight-figure

18  marketers on the internet.  It's a absolutely

19  incredible value.

20      MICHAEL FORCE:  Now, you can see that they

21  are all successful because they focus on the right

22  things.  The worst thing you can do when you just

23  start out is get bogged down by the little stuff.  And

24  by little stuff I mean everything that does not result

25  in dollars in your pocket.  So to make it as easy as

1    possible, ASPIRE completely eliminates all of the

2    little stuff for you.  This means you have no

3    employees, no storefront, no overhead, no rent, no

4    inventory.

5          The only expense you'll have is a small

6    monthly fee of $37.  This fee allows you to access

7    everything you need to run your business.  This

8    includes all of the tools, all of the software, all

9    the websites, and a full team of sales experts that

10   work behind the scenes and who are at your beck and

11   call when you need them to be the most.

12         Imagine that, having someone one-on-one that

13   you can talk to.  Look, I know you don't know me from

14   Adam.  Today is the start of your -- our journey

15   together.  I'm sure you've been disappointed before.

16   I'm sure you've lost money, been frustrated, and maybe

17   a bit scared of being burned yet again.  So today I'm

18   waiving almost the entire maintenance fee for you.  I

19   did say I was going to give you my business, remember?

20   I do ask a very small commitment -- a single dollar.

21   That's right.  You can get started today for only $1.

22   Why only $1?  It's symbolic.  It represents the dollar

23   I will help you earn online.

24        Look below this video right now.  To join

25   our ASPIRE community today, click on the red button

Attachment NN

EX 41
2591

1    right now, the one that says "Get Started Now."  You

2    have a full 14 days to take the system for a full test

3    drive.  You can use all of the tools, access the

4    training, and even have your first two phone calls

5    with your personal coach.

6            Follow their guidance and you'll earn way

7    more money in 14 days than you'll ever watching

8    another how-to training at home.  Plug in, follow the

9    steps, earn a healthy profit.  Nothing could be

10   easier.  If you want to continue your journey at the

11   end of these 14 days, all you have to do is cover your

12   small maintenance fee of just $37 a month.

13           If you don't want to continue with ASPIRE,

14   no worries.  You can cancel at any time.  There are no

15   long-term commitments.  Just contact my support team,

16   give me your name and let me know you want to cancel.

17   That's all there is to it.  No hassles and no hoops to

18   jump through.  You don't have to even speak to anyone

19   on the phone.  All I ask is that you please give us 24

20   to 48 hours to cancel your account.  Fair?

21           Look, I know that starting anything new can

22   sometimes be a bit scary, especially if you haven't

23   experienced success in the past.  So don't just take

24   my word for it.  See what others just like you have to

25   say and have achieved following the ASPIRE system.

1          MALE TESTIMONIAL:  Truly amazing, this

2      system.  Takes the headache out of starting your own

3      business online.  And for me, ASPIRE is the way to go,

4      hands down.  The simplicity of it, super.  And simple

5      is always good for me.  Not that I'm lazy, but, you

6      know, guys, ASPIRE, all the way.

7          DION MCINTOSH:  And for me, being able to

8      just log in to one place, you know, connect with the

9      community, connect with the coach, watch videos, look

10     at articles that are curated just for people that want

11     to accelerate their life and accelerate their

12     business.  And, so, that was the main reason why I --

13     I joined ASPIRE.

14         ERIC GREEN:  Listen, I don't know about you

15     guys, but if I'm going to invest my time, energy, and

16     resources into a platform, I want to make sure the

17     people that are running it are operating at the

18     highest level, at the highest performance, and that's

19     exactly what these guys are doing.

20         MICHAEL FORCE:  Okay, so let's get to the

21     good stuff here.  How will you earn money when you

22     join ASPIRE?  It's very simple.  The first thing

23     you'll want to do is watch your special welcome video.

24     In it, I will let you know what you can expect in the

25     next days ahead.  Next, you'll learn how to create a

1    special weblink.  This special link lets the system

2    know that it's you so you can get paid and get the

3    credit.  All you'll need to do is get someone to click

4    it.

5              When they do, they'll be directed to a

6    website hosted by ASPIRE where we'll complete the sale

7    for you.  It gets even better because we'll hold you

8    by the hand and show you the exact steps to take, what

9    ads to run.  We've already tested them for you so you

10   can rest assured knowing that they work, where to

11   place the ads so people see them, and how to generate

12   endless leads.  If you're not sure what the heck a

13   lead even is, don't worry about it.  This is all

14   covered in your training inside the community.  Your

15   leads are simply the people who buy.

16             What are you waiting for?  Get started

17   today.  Look below this video right now and click on

18   the big red button that says "Get Started Now," the

19   one that says "Get Started Now."  That's the one you

20   want to click on.  You can get started for only a

21   single dollar.  Once you're a part of the ASPIRE

22   community, you'll see what makes this system different

23   is that it gives you literally everything you need to

24   earn a healthy income online today.  This is not just

25   a few training videos.  It's a comprehensive system

1    built on three pillars of success.

2         And it's also going to give you next-level

3    training.  This is the six startup steps right here on

4    your screen so you can get your business off the

5    ground with a running --

6         MALE TESTIMONIAL:  With the ASPIRE system,

7    it's really, really, you know, nice and easy to

8    actually get along, even if you're a beginner

9    marketer, a newbie, as they would say or -- or

10   somebody who's been marketing for -- for years.  So

11   you still would get some information from him.

12        MICHAEL FORCE:  You're going to get a number

13   of back-end sales and financial tools.  This is your

14   exclusive software and support solutions that take the

15   technical headaches out of running your online

16   business so you can focus 100 percent on earning

17   money.  Number three, coaching, networking, and

18   mentoring.  You'll be coached by a real internet

19   millionaire.  If they can't prove to us that they --

20   then they can't be a coach.  It's that simple.  This

21   way we can guarantee that you will work with someone

22   who walks the walk.

23        BAKER:  And, also, you get a private, one-

24   on-one coach that will work with you to reaching your

25   goals.  Go ahead and get started with that.  I

1    definitely recommend it --

2           MICHAEL FORCE:  You also have access to

3    other ASPIRE members.  These are people just like you.

4    You can share your experiences and grow your incomes

5    together.  It feels great to know that you have the

6    full support of others who are in the same shoes.

7    Imagine what it would feel like to earn your first

8    dollar online.  And then picture going from a dollar

9    to $10,000 a month in less than three months.

10          That's the type of transformation that you

11   can achieve as a member of ASPIRE.  Now, that may feel

12   like a bit of a stretch to you, especially if you're

13   just starting out.  When you join the ASPIRE

14   community, you'll immediately earn the right to resell

15   some of our products.  They are all-exclusive [sic]

16   business retreats, countries like Greece and Turkey.

17   These exclusive gatherings require an investment of up

18   to $20,000 per attendee.  As a member of the ASPIRE

19   program, you can earn commissions up to $9,000 for

20   sharing these events with others.

21          I know, this is a lot of information to

22   cover in one short video, so let me put it into

23   perspective.  Let's say you spend one hour to post

24   your special link on Craig's List, Twitter, or

25   Facebook.  And from that you have one person who buys.

EX 41
2596

1    If you work just one hour a day, for five days, that's

2    five sales you get paid for.  And if just one out of

3    your five sales buys our products, that could be a

4    $9,000 commission, straight to your bank account.

5         If you choose to work more than one hour a

6    day, $9,000 payouts could become a daily occurrence

7    for you.  Imagine how that would feel.  Or you could

8    choose to work a leisurely one-hour-a-day schedule and

9    just earn a comfortable $10,000 a month.  It's really

10   up to you.

11        Now, if the idea of selling a $20,000

12   product makes you a bit nervous, I have great news for

13   you.  We do all the selling for you.  I told you a

14   moment ago I really do want to give you my million-

15   dollar business.  I keep repeating it because secretly

16   I don't think you believe me.  I'm telling you the

17   truth.  ASPIRE is the exact system I use, and when you

18   join that exact system, it's yours, too.

19        This includes my team of trained salespeople

20   who will close all your leads for you.  There is no

21   other system out there that makes your online success

22   this easy.

23        MALE TESTIMONIAL:  Testimonial here for

24   Michael Force and the ASPIRE system.  It's a great

25   system.  It takes you through step-by-step, showing

1   you every step you need to take to set up a profitable

2   business online.

3        MALE TESTIMONIAL:  I've never found any

4   other program/product that gives so much immense

5   value, and Michael Force really sent the envelope way

6   beyond the big bang.  And this is going to really,

7   really change the industry when it comes to digital

8   entrepreneurship.  Thank you, Michael Force.  The

9   ASPIRE system is beyond amazing.  Thank you.

10       Click on the red button below right now, the

11  one that says "Get Started Now," and join the ASPIRE

12  community today.  If you've been curious about how to

13  make money online, ASPIRE is the best place to start.

14  Here's what you'll get access to when you sign up for

15  ASPIRE today:  access to the complete ASPIRE video

16  training library.

17       These videos will guide you through the

18  process of launching your business, from start to

19  finish.  On-on-one access to the world's best private

20  coaches, coaches who will hold you by the hand and

21  help you make your first $100, $1,000, $500, or more.

22  Plus you can do it in one month or less.  Tested and

23  proven automated sales funnels.  These sales processes

24  have been built by seven-figure veteran entrepreneurs,

25  extensively tested and proven to work.  Custom

EX 41
2598

1   followup sequences that put your funnel on autopilot.

2        What if someone clicks on your special link,

3   yet they don't buy?  What then?  This process creates

4   a "greased slide" that takes your customers through

5   buying one product to the next, ultimately leading to

6   mega-profitable, long-term relationships, high-

7   commission resale products.  This process was

8   specifically designed to empower you to hit the ground

9   running.

10       You can start earning money immediately,

11  even if you have no products of your own, because you

12  don't need any products of your own.  We've already

13  done all the hard work for you.  Skip over the product

14  creation and start earning money the minute you join.

15  Tailor-made branding solutions.  Which you would

16  rather have [sic]:  the fake leather jacket from Ross

17  or the Louis Vuitton?

18       Branding is what gives your business a

19  powerful identity that customers will pay premium for.

20  This is the single-most powerful way to guarantee

21  customer loyalty and repeat sales.  And we've got you

22  covered.  Cutting-edge traffic and social media.  Have

23  leads lining up on your website in no time.

24  Technology tools that will give you a ten-minute head

25  start.  This is almost unfair advantage exclusive to

1    ASPIRE members.

2         MALE TESTIMONIAL:  Yeah, ASPIRE literally

3    has multiple products inside of the system from

4    multiple income streams, multiple products, many of

5    which are residual income.  So it's literally an all-

6    in-one platform.  It has everything from list-building

7    to coaches to social media and branding packages to

8    merchant account systems to everything that you'd need

9    to run any kind of a business.

10        On top of that, on top of the multiple

11   income streams, there are also high-end, high, big-

12   ticket, high-dollar commission conversion products

13   inside of the system.  So we're super pumped, real

14   excited to be connected and partnered with Michael

15   Force and ASPIRE business system.

16        MICHAEL FORCE:  Also, we -- accounting and

17   payroll services.  Take the headache out of accounting

18   and cash flow.  We automate the boring parts of

19   running a business so you can focus on the fun part,

20   earning a lot of money.  Community support forums and

21   live chat.  This will help you convert each and every

22   lead you generate so you'll never worry about lost

23   sales ever again.  Live networking events.  Meet with

24   top entrepreneurs and start to build a network that

25   will reward you for life.  And, most importantly, when

EX 41
2600

1    you join ASPIRE, you will gain instant resale rights

2    to the complete program.

3         This means you have brand new products

4    created by one of the most respected marketing teams

5    in the world to sell right out of the gate.  Click on

6    the red button now below, the one that says "Get

7    Started Now," and join the ASPIRE community today.

8         I've found that the biggest hurdle for

9    people new to making money online is having a product

10   to sell.  Being a part of ASPIRE takes care of all of

11   that.  For you, because your first products are built

12   right in from day one.  If eventually you want to

13   branch off and do your own thing, the cutting-edge

14   trainings you'll learn in ASPIRE will take you there,

15   yet why would you?  ASPIRE has created an entire

16   proven business system so you don't have to.

17        All right, I know that's quite a bit, so let

18   me quickly summarize everything you'd get when you

19   join the ASPIRE today.  An unbeatable collection of

20   elite trainings that are updated every single month,

21   private, one-on-one coaching from internet

22   millionaires who walk you step-by-step to your own

23   financial goals, automated sales funnels to help you

24   get the most out of every lead.  Resale products that

25   will empower you to start making money online today.

1          Support forums and live chat to help you

2    convert leads into sales.  Exclusive ASPIRE community

3    support and live chat to give you access to a head

4    start on your online success.  Networking events where

5    you'll have the opportunity to meet and network with

6    internet millionaires live and in person.

7          The value you'll get as a member of this

8    program is absolutely unbeatable.  It's impossible to

9    put a value on this.  Most people start out online

10   with no help, no mentors, no resources.  I know, I was

11   one of them, and it cost me years of my life and

12   thousands of dollars in costly mistakes.

13         As a member of ASPIRE, you'll hit the ground

14   running, with the best training and mentorship in the

15   business.  We have seen people go from complete

16   newbies to earning over $10,000 a month online in just

17   a few months.  Some of our members have even gone on

18   to become internet millionaires.

19         So ask yourself, are you satisfied with your

20   life right now?  Do you like your job?  Are you 100

21   percent happy with the money you make now?

22         MALE TESTIMONIAL:  It really changed my

23   life, not only in a financial standpoint, but in a

24   mind-set standpoint.  And that really is -- it's its

25   own wake-up gold.

Attachment NN

EX 41
2602

1        MALE TESTIMONIAL:  I'm a 67-year-old baby-

2    boomer who reached retirement age and discovered he

3    didn't -- didn't have enough money to retire on, like

4    many people of my age.

5        Anyway, I then discovered Michael Force and

6    his new ASPIRE business opportunity.  Michael struck

7    me straight away as someone who is very genuine and

8    very honest and -- and very clearly wanting to help

9    people.  So I jumped in.  I joined straight away, and

10    I jumped -- went to the highest level straight away,

11    got fully positioned.  And I'm so glad I did.

12        MICHAEL FORCE:  ASPIRE provides all the

13    tools you need to start making money online today.

14    Everything.  From your products to your accounting and

15    merchant services.  It's taken care of for you.  And

16    all you need to do is focus on growing your business.

17    It's time you finally enjoyed the freedom and

18    lifestyle you deserve.  Don't wait another minute.

19    Click on the red button below now, the one that says

20    "Get Started Now," and join the ASPIRE community

21    today.  And I'll see you on the inside.  Welcome.

22        MALE TESTIMONIAL:  The ASPIRE business model

23    is -- is really awesome.  It's literally the first

24    all-in-one marketing system I've seen in my 25-plus

25    years of marketing.  It's literally --

```
1              BAKER:  -- definitely look around, check it

2     out, and I'll see you guys again soon.

3              DION MCINTOSH:  Thank you guys for putting

4     together such a wonderful platform.

5              (The recording was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1               CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sara J. Vance, do hereby certify that the

5   foregoing proceedings and/or conversations were

6   transcribed by me via CD, videotape, audiotape or

7   digital recording, and reduced to typewriting under my

8   supervision; that I had no role in the recording of

9   this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12          I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:  11/8/2017

22                         SARA J. VANCE, CERT

23

24

25

 Gmail

**[Step 1] Let's get to the top together!**
1 message

**Michael Force** <support@aspir.link>
To:

Mon, Jun 12, 2017 at 2:37 PM

"You're about to learn exactly how to skip the pain
and jump right into making money."



Hey J█████,

I'm excited for you!

It's time for you to get started on your very first step towards true financial freedom.

You can click here to go to Step 1 immediately.



The ASPIRE program has been tested and proven by tens-of-thousands of people.

The 18 steps WORK.  You just have to follow them.

Case 2:18-cv-00729-JAK-MRW   Document 27   Filed 01/29/18   Page 112 of 192   Page ID
#:2775

Step 1 lays the foundation for you to build a 6-Figure digital business in 90 days… even if you're starting from scratch.

That's because I did it… and in this step I am going to show you exactly how I did it.

It took me several years and hundreds-of-thousands of dollars lost to rookie mistakes.

You get to skip all that and go straight to making money!

Many people jump into online marketing trying to just sell one product for under $100.  That's the worse way to make money online!

In Step 1 you will learn all about the Ascension model and why that is absolutely CRITICAL to your success online. Click HERE to get started.

The great thing… you already have this model built for you!  It's part of your membership in the ASPIRE program.

So go watch Step 1.  And then go call your coach and let them know the insights that you have.

Your coach is a 6-Figure marketer.  In fact, no one can be a coach in our business if they are not already making 6-Figures in their own online business.

Your coach is someone who has walked the road before you and knows what works.  If you were to hike Mt. Kilamanjaro in Africa, which would be easier: Going your own way and hope you find the best path?

OR

Find someone who has already hiked to the top and knows the quickest, easiest and safest route to go?

Of course you would hire a guide.  You would be foolish not to.

Yet with online marketing I see SO many people stumbling around trying to find their own way.

Lucky for you - you already have a coach who knows the way who is expecting your call.

Attachment OO

Case 2:18-cv-00729-JAK-MRW   Document 27   Filed 01/29/18   Page 113 of 192   Page ID
#:2776

So go call your coach now!  Click HERE to view your coach's profile and contact details.

Oh, one more thing.  At the bottom of the lesson there is a large green button.  When  you click on that green button, it will take you to a short form where you can share your thoughts on what you just learned.

Is there something that you really loved that you would like us to cover in more detail? Or is there something that was a bit confusing you would like clarified?

Either way - let us know!  We are a community and we are committed to helping everyone be successful. Your feedback could be the missing link that lets someone else reach the the peak.

I'll see you inside Step 1.

Let's get to the top together.



Michael Force
Founder

P.S.  If you really haven't called your coach, you're missing out.  Go schedule your call today!  Click HERE to view your coach's profile and contact details.

If you no longer wish to receive our emails, click the link below:
Unsubscribe
Digital Altitude, LLC 16192 Coastal Hwy Lewes, Delaware 19958 United States (800) 820-7589

Attachment OO

EX 41
2608







1               OFFICIAL TRANSCRIPT PROCEEDING

2

                   FEDERAL TRADE COMMISSION

3

4

5

      MATTER NO.     1723060

6

      TITLE         DIGITAL ALTITUDE

7

      DATE          RECORDED:  OCTOBER 16, 2017

8                   TRANSCRIBED:  OCTOBER 27, 2017

9     PAGES         1 THROUGH 24

10

11

12            2017-10-16_16-59-54 (Forcefactor.me)

13

14

15

16

17

18

19

20

21

22

23

24            For The Record, Inc.

25     (301) 870-8025 - www.ftrinc.net - (800) 921-5555

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4     RECORDING:                              PAGE:

5     2017-10-16_16-59-54 (Forcefactor.me)        4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:              )

 4    Digital Altitude              )  Matter No. 1723060

 5                                   )

 6    ------------------------------)

 7                                   October 16, 2017

 8

 9

10

11            The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    October 17, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  P R O C E E D I N G S

 2                  -    -    -    -    -

 3                  Forcefactor.me

 4             ELLA CLAUSSEN:  Hey, Ella Claussen

 5   (phonetic) here.  In my first 30 days with the system,

 6   I've earned a little over $10,000.

 7             CLINTON DOUGLAS:  Hey, Everyone, Clinton

 8   Douglas here.  In just a few days after starting with

 9   this system, I was able to make over $1,200 in

10   commission.

11             DAVE PROSSER:  It's Dave Prosser (phonetic)

12   here.  With this system, I was able to generate over

13   $30,000 within the last ten weeks.

14             FEMALE TESTIMONIAL:  In the last 30 days,

15   over 24,000 in (inaudible) dollars.

16             ALFREDO:  My name is Alfredo, and I just

17   want to share with you that I've made $26,585 in my

18   first 30 days of using this amazing system.

19             JASON STONE:  Jason Stone here.  $200,000

20   within the last two months promoting the system.

21             MICHAEL FORCE:  I want you to stop whatever

22   you're doing and pay close attention to this.  If you

23   stick around for just a few minutes, I'm going to

24   teach you a simple way that I earn big commissions

25   every day like clockwork right from the comfort of my
```

1   own home.

2          Hi, my name is Michael Force, and I am not a

3   guru.  I'm just your average American.  I'm a former

4   U.S. Marine.  I'm 44 years old.  And here's even a

5   picture of me with my wife and our two daughters.  I

6   live very comfortably here in California, and I've

7   been successfully running my own business online for

8   over ten years now.

9          Things are pretty good.  I have no serious

10  complaints because I pretty much have everything I

11  need in life.  I'm financially free.  I have no debt.

12  And, quite frankly, I love what I do.  I work for

13  myself.  I'm healthy.  I have free time.  I enjoy

14  vacations with my family whenever and wherever I want.

15          I may not be the richest man in the world,

16  but I have achieved more than the American dream.

17  Now, unfortunately, things weren't always like this

18  for me.  I was financially strapped at one point.  I

19  was working in corporate sales, and when the company

20  sold out to a Fortune 500 company, I lost a six-figure

21  income overnight.  So I began frantically searching

22  online for some kind of home business.

23          I didn't know what to do.  I didn't know

24  what to look for.  I didn't know who to trust.  And I

25  really didn't know anything about the internet.  But I

1    was desperate.  I had a family to take care of, and my

2    savings was draining fast.  I spent money on programs

3    that were supposed to get me rich, none of which

4    worked out, of course.

5           It was a vicious cycle.  I faced constant

6    failure.  No one wanted to help, and I felt like I

7    would be stuck there forever.  Maybe you can relate.

8    Until one night I finally found a method for making

9    money online that actually worked.  And over the past

10   ten years, I've perfected that simple process and I

11   have been using it to earn commissions every single

12   day since then.

13          And I'm not talking about little $10 or $20

14   commissions.  I'm talking about big commissions that

15   can range from $500 up to $7,500 apiece when you're

16   qualified at the highest level in our compensation

17   plan.  Now, the method I'm about to teach you really

18   works.  It took me from being dead broke and only five

19   days away from being thrown out on the street to now

20   living in a beautiful, brand-new home in the Hollywood

21   Hills and being there full-time with my wife and

22   daughters.

23          It took me from not being able to afford

24   dates or anniversary presents to now traveling the

25   world and having the freedom to do whatever I want

1   whenever I want.  Just this past year, we spent the

2   entire summer in France with my wife's family.  We

3   took trips to Mexico, Hawaii, and many other exotic

4   locations.

5          And you know what is the best part?  I

6   didn't have to ask my boss if I could use vacation

7   time.  I didn't have to work overtime before I left.

8   I didn't even have to touch the computer or answer my

9   phone the entire time I was gone.  And I know that may

10  sound a little crazy, but have you ever heard of

11  automated income?  I mean money that just shows up

12  whether you're working or playing, money that

13  continually pumps into your bank account while you're

14  on vacation, at the gym, or on a field trip with your

15  kids.

16         I'm sure you've heard of it, but do you want

17  to know the key to experiencing it?  Let me give you a

18  hint.  Right now, this video is playing thousands of

19  times in all time zones across every developed country

20  in the world.  But do I have to sit there and

21  physically share the message over and over and over

22  again, working like a fool?  Do I have to keep

23  presenting over and over like some cold-call salesman?

24         Of course not.  I only work about four days

25  a week, maybe three to five hours per day because I

 1   actually enjoy my work and the people I'm helping.  I

 2   never have to pick up the phone or sell anything.  I

 3   take Friday, Saturday, and Sunday off almost

 4   religiously.  But do you think working that tiny

 5   amount of time affects my income?  Not at all.  Why?

 6   Because I use automation to work for me 24 hours a

 7   day, seven days a week.

 8          So as you're watching this video, I'm

 9   probably hanging out with my family, reading a book,

10   playing golf, hiking in the mountains, or traveling

11   somewhere.  And the money just keeps coming in, month

12   after month.  I know what you're probably thinking,

13   right, good for me.  Well, the good thing for you is I

14   can show you how I do it.

15          Recently, I've been teaching people this

16   process, and brand-new people just like you.  People

17   with no experience are getting big commissions their

18   very first week.  So I know I can teach you the

19   simple, step-by-step process as well.  But first I

20   want you to know that I'm for real, and the people

21   I've taught are for real.  So rather than just talk

22   about how I've made money with this, I want you to

23   hear from some of the people that I've taught.

24          MALE TESTIMONIAL:  Made for every person,

25   whether it's a beginner, a newbie, or an industry

1    veteran like myself.  It's really made for everybody.

2    And, so, it's really taken off and doing exceptionally

3    well, even better than I thought it would do just

4    because it's, again, built for every person.  So I've

5    never seen results like this in anything I've done in

6    20, 25 years of marketing.  So it's unbelievable.

7          MALE TESTIMONIAL:  I've managed to generate

8    over $60,000, guys, in a matter of two months.  And

9    you're probably asking, can I do this as well, and I

10   can sincerely say, yes, you can.  I'm a Portuguese

11   immigrant, by the way, English not even being my first

12   language.  And just by tapping into the system and,

13   you know, going through the coaches, because there is

14   a coaching system, a coaching program, I have managed

15   to generate in group sales over $650,000, guys.

16         MALE TESTIMONIAL:  Each and every person

17   gets their own private coach, which is absolutely

18   incredibly, insanely powerful because you're going to

19   get the opportunity to ask questions when you need

20   answers.

21         MALE TESTIMONIAL:  No one gets left behind

22   here.  Everyone's taken care of.  And, basically, you

23   just plug in and go.

24         MALE TESTIMONIAL:  Look at this business

25   objectively and look for a business that has a system,

1    that has coaching, that has proven systems to work,

2    people that are already making money, and if you're

3    joining people like that, that's the kind of business

4    you should join.

5         MALE TESTIMONIAL:  We're already creating so

6    many success stories, and this is just the start,

7    guys.  So take action, take the next step, do what you

8    got to do, and you will see success for yourself as

9    well if you take massive action right now.

10        MICHAEL FORCE:  Okay, so, now that you know

11   this is for real, let's talk about how we can help

12   make it real for you.  The people you just heard all

13   have one thing in common.  They all watched my

14   training and used my simple process to start getting

15   big commissions showing up in their bank account every

16   single day.  And when you get inside the training, I'm

17   going to teach you step by step how to do the same

18   thing.

19        The process is very simple.  There are two

20   steps, but you only need to do the first one.  We'll

21   teach you how to find people who are interested in

22   products we're selling.  That's step one.  Step two,

23   we'll follow up with those people for you and

24   recommend products to them based on their needs.

25        And when those people turn into paying

```
 1    customers, you get paid big commissions.  We teach you
 2    everything you need to start finding people and
 3    turning them into qualified leads.  But there's one
 4    more step for us to do, and it's a big one.  A lot of
 5    work goes into turning those people into money.  But
 6    don't worry, when you use our affiliate program, we
 7    assign a one-on-one phone sales rep to each of our
 8    leads, follows up with each of them, recommends our
 9    products for them for you, process the sales and
10    handle the customer service for you.  Each time they
11    buy, we'll pay you big commissions of up to $7,500.
12            With this simple, two-step process, you will
13    finally be able to earn big commissions without
14    creating your own products, without selling anything
15    over the phone, without dealing with customers,
16    returns, or fulfillment, without needing to be some
17    kind of technical wizard, and without leaving the
18    comfort of your own home.  So if making money from
19    home is something that you are really serious about
20    and you want it as fast as possible, then this is
21    probably your best and only chance to learn how to
22    make really good money with a method that's been
23    proven to get results by tens of thousands of people.
24            Our company has already paid out over $12
25    million in commissions to people in over 30 countries
```

Attachment QQ

```
 1   who have gone through our training and are making

 2   money using our methods.  We've already helped a few

 3   of those people become millionaires, but we want to

 4   help hundreds more over the next few years.

 5         The internet is a vast ocean, and over 3.2

 6   billion users worldwide.  Our current efforts are just

 7   a small drop in the ocean.  Our goal is to be a

 8   billion-dollar company, and there's no way that we can

 9   do that on our own.  The internet is just too big.

10   The only way that we can reach our goal is by teaching

11   people like you how to use our methods to make money

12   alongside us, and we both share in the profits.

13         Let me break it down how it works in a

14   little more detail for you.  First, we teach you how

15   to place ads online that generate leads for us.  Then,

16   when someone buys one of our products, we pay you

17   commissions that range from 500 to 7,500 without you

18   ever having to lift a finger to sell anything over the

19   phone.  You just use the methods we teach you during

20   your training to generate those leads.  You'll have

21   your own coach to get on the phone with and walk you

22   through the entire training process to keep you on

23   track and make sure you have everything you need.

24         He or she will motivate you to go beyond

25   what you thought is possible, and sometimes, we all
```

1  need that little extra push to become successful.

2  These coaches know exactly what to do, so you're in

3  very good hands.  But that's not all.  We're so

4  committed to your success that not only will we assign

5  you a coach, we will assign our personal sales team to

6  work on your behalf 24 hours a day, seven days a week,

7  to make more sales from the leads you generate.

8          Now, what will this sales team do?  Two

9  words:  they'll close sales.  Everyone knows there's a

10  fortune to be made in phone sales.  The problem is

11  everyone hates making the calls.  But what if you

12  could make all the profits without doing any of the

13  calling yourself?  That's what we're going to do for

14  you right now.

15          Our personal sales team is now your personal

16  sales team.  This staff will do the grunt work for

17  you.  They will make the phone call for you to sell

18  even more and more valuable products that pay you from

19  $500 up to $7,500 per sale when you're qualified at

20  the highest level.

21          And these aren't just any products.  We are

22  the premier provider in digital business education

23  products and services, with over 200 hours of video

24  training, weekly live training with people who are

25  getting results with this right now -- workbooks,

1    private coaching, and even live events that are hosted

2    in exotic locations all around the world so your new

3    customers can experience success at a whole new level.

4              Our sales team does the hard work of selling

5    those products for you, and your commissions are paid

6    every two weeks.  How would you like to earn a real

7    income from home just working 30 minutes a day?  Our

8    products and sales team can help make that possible.

9              Just imagine for a moment that making great,

10   consistent income online could mean for your life.

11   Perhaps a new car, a nice family vacation, or just the

12   freedom of not having to live paycheck to paycheck,

13   worrying about how you're going to pay the bills.

14   Trust me, I know where you are now because I've been

15   there before, but this changed everything for me, and

16   it will change everything for you too.

17              I used to be a broke salesman before my team

18   and I perfected this method.  I used to buy everything

19   secondhand, generic, or off brand, and not because it

20   tasted any better, believe me.  It was because I

21   didn't have any other choice.  I'm sure you know the

22   feeling, but now that feeling of never having enough

23   is a thing of the past, and I can't even describe how

24   good it feels to buy anything I want in cash, live

25   completely debt-free, and even help out friends and

1   family who also used to struggle with money.

2          Our goal is to help eliminate debt, increase

3   family time, and permanently seal the financial

4   freedom of every one of our students.  And now it's

5   your turn.  I'm sure you're eager to get started and

6   find out if you're qualified, but first let me explain

7   what you get if you are.

8          First, you will receive a simple training

9   program that will show you how to generate leads and

10  earn commissions when you make a sale, even if you

11  have no computer skills.  It takes most people about

12  two to four weeks total to go through our entire

13  training program.  And we'll assign a coach to help

14  you one-on-one along the way.  Our coaches are highly

15  trained online business experts, and they know how to

16  help you reach your goals as fast as possible, so you

17  will be in good hands.

18         Once you go through our training, you'll be

19  ready to start using these methods and earning

20  commissions.  How much time you put into generating

21  leads will depend on you.  We recommend you put in as

22  much time as possible to fast track your results, but

23  you can get started with as little as 30 minutes a

24  day.

25         This is a massive shortcut for you, but do

1    you want to know what the real beauty of this entire

2    offer really is?  That our success is tied to yours.

3    You'll [sic] be helping you every step of the way and

4    making sure you have every resource you need to become

5    one of our success stories.  Now, isn't that awesome?

6              If that doesn't excite you, well, then this

7    will.  A lot of our partners were driving around

8    absolutely crappy cars before joining us on this

9    journey, so we decided to do something about it.  We

10   are so confident you're going to be making big-time

11   waves when you hit our goal level of success, you're

12   going to be eligible for a brand new car.  Now, what

13   kind of car?  Well, any car you want.  Yeah, you heard

14   me right.  When you follow our training and hit the

15   level of success that we expect you to, we're going to

16   pay for your lease on a brand new car of your choice.

17             Don't believe me?  Let's take a look at some

18   of the recent winners.  And as you watch this reel, I

19   want you to imagine yourself in your own brand new

20   car.  Even pick out your favorite make and model

21   because in a few short months, this can be you.  And

22   here's the great news:  you get the brand new car,

23   plus you keep all the commissions.  That's right.

24   This isn't some tradeoff game at that level.  You'll

25   be rolling in the dough and rolling down the road in a

1    brand new car.

2           Sound good?  All right, down to brass tax.

3    I'm not going to stretch this out or delay you any

4    more.  You want to start earning commissions right

5    away, right?  Then pay close attention so you don't

6    miss out because there are probably only a few spots

7    left at this point.

8           Right now, we're looking to work with a

9    small group of people who qualify if you can get

10   access to the training and learn my methods right away

11   if you qualify.  But, unfortunately, I can't help

12   everyone.  Obviously, my time and my team's time is

13   extremely limited, so we're very picky about who we

14   work with.  And we have a strict but reasonable set of

15   criteria that needs to be met in order for us to work

16   together.

17          Number one, you must be willing to spend at

18   least $50 a week to advertise and generate leads.

19   Number two, you must be willing to be coached by one

20   of our trainers who will walk you through our training

21   program, which should take you no longer than 30 to 45

22   minutes per day.  Number three, you must be an action-

23   taker who follows directions right away.  But don't

24   worry, I won't ask you to do anything that won't put

25   money in your pocket.

```
 1              If you like to sign up for programs and not
 2      follow through, this is not for you.  Teaching people
 3      that really want to change is extremely important to
 4      us, so you need to be someone who doesn't mess around
 5      and is serious about working hard to get results.
 6      And, last but not least, you must be someone who sees
 7      a great opportunity and makes a decision to take
 8      action without hesitation because success loves speed.
 9      And we know that people who are the most successful
10      are the ones who make decisions and take action fast.
11              So if you met all this criteria I just
12      talked about -- you can spend at least $50 a week on
13      generating leads; you will work with a coach 30
14      minutes a day to complete our training program; and if
15      you're an action-taker who makes decisions and follow
16      directions right away, congratulations, you're
17      qualified to get access to our training and start
18      making money right away.
19              With that said, I know what you're
20      wondering, what is this training like actually worth?
21      I've been asked that many times, and it's kind of a
22      tough question because I've personally invested
23      millions of dollars into this, spent years perfecting
24      the process for you, and it generates a seven-figure-
25      a-year income for me and my students.  So, obviously,
```

Attachment QQ

EX 41
2629

```
1    to me, it's worth a lot.  But recently, I asked a few

2    of our new students what they thought it was worth,

3    and they all said a minimum of $497, not a penny less.

4              But don't worry, you won't pay anywhere

5    close to that.  You see, I didn't put this together

6    for people who are already making millions of dollars

7    a year online.  I created this for my friends who are

8    still struggling, still spinning their wheels, still

9    stuck and unsure of the next steps to take.  That's

10   why I'm giving it away at a special discount for our

11   new students, which includes you.

12             Remember all those people you heard from at

13   the beginning of the video, they're all living

14   examples of what's possible when you follow our

15   training.  So now you must be wondering, what's all

16   this going to cost me?  Well, listen, my goal for you

17   is to get you started within the next 30 minutes, so

18   as long as that timer is counting down, you can still

19   get in.

20             At the rate we are growing, it's hard to say

21   how long we'll be accepting new members, so listen

22   carefully.  I want to remove any barriers of entry for

23   you, especially the investment needed to start.  I

24   want to help, and that's why I'm going to completely

25   ignore the advice I got from every student I spoke to.
```

1    They said I should charge a minimum investment of $497

2    to get access to this training.

3              Honestly, initially, I almost did; however,

4    I talked to my team.  I thought about it for over a

5    week, and I decided I wanted to shake things up a bit.

6    I wanted to do something crazy, something unheard of.

7    I wanted to create ridiculous value and make sure that

8    no one is left behind while our doors are still open.

9    So rather than charge 497 or even 297 or even 197, I

10   decided that if you're serious today and really want

11   to change your life today, I will personally make an

12   investment in you.

13             My initial group of students paid $197 to

14   get started, and they were blown away by the amount of

15   money they made, but because we want you to get

16   started without having to think about the cost, I'm

17   going to give it to you at a massive discount, totally

18   risk-free and money-back-guaranteed.  Today only, as

19   long as that timer is still counting down, you can get

20   started for just $1 today.  So if you compare that to

21   $497, what that is really worth, you're getting an

22   instant 99 percent discount by getting started right

23   now for just $1.

24             Again, remember, my goal for you is to have

25   you start learning my methods in the next 30 minutes

1    or less, so that's why I hold nothing back and made

2    this totally risk-free and money-back-guaranteed.  So

3    what is it going to be?  Are you ready to change your

4    life?  Today, you're getting a $497 value for only $1.

5    Are you ready to start?  Just click the button below

6    right now and fill out the safe and secure order form

7    before the time runs out, or we'll give your spot to

8    someone else.

9              And as soon as you do, we're going to hook

10   you up with your coach that will work with you one-on-

11   one over the phone to teach you everything you need to

12   know and hold your hand through the process.  They'll

13   answer all of the questions, even spill their own

14   secrets that made them successful online.  We

15   handpicked these coaches because of their incredible

16   success and massive earnings using the exact same

17   method, and now they're going to empower you to do the

18   same.  You get everything:  the training, the tools,

19   the products, along with our experience, guidance, and

20   strategies to propel you forward quickly.

21             There is no other offer available that gives

22   you absolutely everything you need to make a full-time

23   income from home, even a retirement income your

24   friends will be jealous of.  You get it all, an over

25   $497 value at an insane discount of just $1 today,

1    less than the cost of taking the family to dinner and

2    the movies.

3            And at this point, let me mention one thing

4    about this $1 payment.  There is absolutely no risk at

5    all making this payment because it's covered by our

6    incredible 30-day, no-questions-asked, 100 percent

7    money-back guarantee.  There isn't a single better

8    guarantee on the planet.  It's ironclad, approved, and

9    a surefire way to give you complete confidence in

10   getting started right now.

11           All you have to do is give it an honest try.

12   Start today, and let's work together in changing your

13   life.  Click the button right now -- and you can

14   become one of our success stories.  Listen, we may

15   have already decided to turn new members away, so

16   don't wait.  The only way to find out if your seat is

17   still available is to click that button below this

18   video.  If the page still loads, congratulations,

19   you're in luck for now.  This means just for now,

20   there is a seat left for you to claim.  Fair enough?

21           As quickly as you can, hit the checkout

22   button right now, because we are extremely close to

23   filling out all the slots.  Don't push this off.  Do

24   it now because this offer won't be here tomorrow.  Hit

25   the button below and get started right now, before the

1    timer hits zero.  I cannot wait to be working with you

2    and seeing your life transform right before your eyes

3    like it has for so many more.  Click the button below,

4    fill out the safe and secure order form, and I will

5    see you on the inside.

6            (Pause in recording.)

7            (The recording was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4          I, Sara J. Vance, do hereby certify that the

 5  foregoing proceedings and/or conversations were

 6  transcribed by me via CD, videotape, audiotape or

 7  digital recording, and reduced to typewriting under my

 8  supervision; that I had no role in the recording of

 9  this material; and that it has been transcribed to the

10  best of my ability given the quality and clarity of

11  the recording media.

12          I further certify that I am neither counsel

13  for, related to, nor employed by any of the parties to

14  the action in which these proceedings were

15  transcribed; and further, that I am not a relative or

16  employee of any attorney or counsel employed by the

17  parties hereto, nor financially or otherwise

18  interested in the outcome of the action.

19

20

21  DATE:  11/6/2017

22                         SARA J. VANCE, CERT

23

24

25
```



Find Jobs   Company Reviews   Find Salaries   Find Resumes   Employers / Post Job

Upload your resume   Sign in

**indeed**

what
job title, keywords or company

where
Orem, UT
city, state, or zip

Find Jobs

Advanced Job Search

**Inside Sales**
Soar International LLC - Orem, UT

$50,000 - $80,000 a year - Full-time, Commission

Multi-National Education Company is growing its Orem location. Now hiring Inside sale representatives to contact existing customers and introduce new products. Flexible work environment and international travel opportunities available. Inbound Calls with Base + Commission Structure.

Bring your salesphone experience and join the team. If you have previous sales management experience and want to build a team, bring them with you!

Job Type: Full-time

Salary: $50,000.00 to $80,000.00 /year

21 days ago - save job

» **Apply Now**

Please review all application instructions before applying to Soar International LLC.

**Apply Now**

**Other jobs you may like**

Inside Sales Representative
United States Welding, Inc. - Orem, UT
21 days ago
Easily apply

HVAC INSIDE SALES REP
Wolseley Industrial Group - Orem, UT
10 days ago

Inside Sales
Complete Merchant Solutions - Orem, UT
30+ days ago
Easily apply

Inside Sales Rep
Northstar Home - Orem, UT
11 days ago
Easily apply

Inside Sales - Pleasant Grove, UT
Lansing Building Products - Pleasant Grove, UT

My Email

Save
You can cancel anytime.

**Let employers find you**

Thousands of employers search for candidates on Indeed

**Upload Your Resume**

Attachment RR

EX 41
2636

| Record # 1 / 33750586 / Consumer Sentinel Network Complaint | |
|---|---|
| **Reference Number:** | 33750586 | **Originator Reference Number:** | I1111301857312052 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?:** | No |
| **Comments:** | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. --- Incident description: I was told by Michael Force it was an on-line business to sell about to be released online services for financial planning from David Bach author of Automatic Millionaire, membership determining commission level and also if you signed up someone else to become a member you would get a commission. Part of this was also a weekend event with David Bach. There were never any online services, the event was not offered until well after I had asked for a refund to which I have not gotten any response. There are to my knowledge no services to sell, it appears to be selling other people the "oppurtunity" to sell a membership which again has no substantial services behind it. I felt that was unethical and an unwilling to do that to someone else as it seems deceptive. I waited almost 6 months for something else to materialize but nothing ever did, then requested refund to which I have had no reply. I asked bank to dispute charge but could not due to length of time elapsed. | |

| | | | |
|---|---|---|---|
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | More Information on Data Contributor Complaints? (../HelpFiles/DataImportComments Legend.pdf) | **Load Date:** | 12/01/2011 11:53:15 PM |
| **Created By:** | IC3-USER | **Created Date:** | 11/30/2011 12:00:00 AM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | Internet Crime Complaint Center | **Product Service Description:** | Shop-at-Home\Catalog Sales |
| **Amount Requested:** | | **Amount Paid:** | $8,029.00 |
| **Payment Method:** | Bank Account Debit | **Agency Contact:** | External Agency |
| **Complaint Date:** | 11/30/2011 | **Transaction Date:** | |
| **Initial Contact:** | Internet Web Site | **Initial Response:** | |
| **Statute/Rule:** | | **Law Violation:** | |

Attachment SS

| | | | |
|---|---|---|---|
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | **Cross Border Complaint?:** | No |

| Consumer Information | | | |
|---|---|---|---|
| **Consumer Small Business or Organization:** | | | |

| | | | |
|---|---|---|---|
| **Subject:** | Automatic Millionaire | **Normalized Name:** | Automatic Millionaire |
| **Address 1:** | | **Address 2:** | |
| **City:** | ; | **State/Prov:** | ; |
| **ZIP:** | ; | **Country:** | ; |
| **Email:** | michaeldalila@gmail.com | **URL:** | automaticmillionaire.com |
| **Phone Number:** | 3054249039 | **Ext:** | |
| **Subject ID Type:** | | **Subject ID Issuer State:** | |
| **Subject ID Issuer Country:** | | | |

Attachment SS

EX 41
2638

| Representative Name: | Michael Force | Title: | |
|---|---|---|---|

| Record # 2 / 37273670 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| **Reference Number:** | 37273670 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | I have tried to connect with management to discuss my issues by surface mail in January 2012 and again in April 2012. I also tried to connect via email. February, April and May 2012 All attempts failed Company Names Pro U LLC Carbon Copy Pro. CCPro. Pro U Pro Elite. Gear Up Automatic Millionaire International My Grievances can be Summarized . Taking payment for goods or services not provided andor taking payment for goods or services inadequately provided as guaranteed and advertised. Some dates may not be 100 accurate as the website for me to confirm is no longer available. Nov 2010 to Jan 2011 In discussion with a Mr. Mark Hayes I was sold a package to purchase the Platinum program of CCPro. The main reason was because they were closing down the original CCPro format and if one was to continue effectively than an upgrade to Platinum was essential The major issue there was either unwittingly or intentionally Mr. Hayes did not tell me he was a sales person for a Michael Force and I would be a partner of his program. If I had known that I would not have joined. Since joining this company they have consistently changed or removed parts of their program as can be seen by the list of name changes and additions. Everytime this occurred it invariably required more funds. Some of the name changes or additions. 2010 Carbon Copy Pro. CCPro. Pro U 2011 Pro Elite. Needed new Platinum membership to be effective. I paid believing I was partnering with Mr. Mark Hayes 2012 Gear Up. Needed new Summit membership to be effective. I resigned. Some Partnership Programs. ( Wealthmasters International. ( terminated) David Bach's Automatic Millionaire Program ( cancelled) The initial Platinum product package was supposed to be delivered promptly. From memory it took at least 4-5 months. As part of the package inclusions were. Membership Package. Included several books and student course details etc. Received approx 45 months late. Although payment was made no effort was made to reimburse the payer some funds from the obvious interest the company would have made whilst they held those funds Guaranteed Mentorship. Guaranteed mentorship was erratic and inconsistent. Could never be considered reliable or as claimed and advertised. Member in the Platinum Program and Automatic Millionaire International program. The Automatic Millionaire Program funds were taken for approximately 6 months then the program abandoned. This had the effect as similar of a student been abandoned only half way through their course. In effect a total waste of money. Tickets to an Exclusive Event Exclusive Seminar was never provided which was promoted as similar to this the Summit Membership the companys new program. It is now called Summit but in essence is the same that should have been provided by the Platinum program' "Your SUMMIT Mentorship includes a ticket for two to the SUMMIT Leadership Event and accommodations and select meals at a luxury resort. Airfare is not included. To ensure fairness between members, tickets are not transferable and only non-members can attend as guests." In essence. The company did not supply or what they did supply was intermittent and erratic. As such it was impossible to effectively follow the training or effectively work the program as advertised and paid for. My expenditure with this company and subsidiaries and partnership programs $35571 To resolve the issue on a once off offer I will accept a 60 refund of $21342. |

| | | | |
|---|---|---|---|
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 05/14/2012 1:07:35 AM |
| **Created By:** | FTCCIS-FTCUSER | **Created Date:** | 05/14/2012 1:07:35 AM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Description:** | Internet Information Services |
| **Amount Requested:** | $35,771.00 | **Amount Paid:** | $35,771.00 |
| **Payment Method:** | MasterCard Credit Card | **Agency Contact:** | Internet |
| **Complaint Date:** | 05/14/2012 | **Transaction Date:** | 09/01/2009 |
| **Initial Contact:** | Internet Web Site | **Initial Response:** | Internet/E-mail |
| **Statute/Rule:** | FTC Act Sec 5 (BCP) | **Law Violation:** | Deception/Misrepresentation |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | No | **Cross Border Complaint?:** | Yes |
| **Consumer Information** | | | |
| **Consumer Small Business or Organization:** | | | |

Attachment SS

EX 41
2641

Case 2:18-cv-00729-JAK-MRW   Document 27   Filed 01/29/18   Page 147 of 192   Page ID
#:2810

| Subject | | | |
|---|---|---|---|
| **Subject:** | Carbon Copy Pro Or Pro. U .llc | **Normalized Name:** | Carbon Copy Pro Or Pro. U .llc |
| **Address 1:** | 12 Broad Street | **Address 2:** | Suite 403 |
| **City:** | Redbank *(Cleansed: Red Bank)* ; | **State/Prov:** | New Jersey; |
| **ZIP:** | 07701; | **Country:** | UNITED STATES; |
| **Email:** | info@jaykubassek.com | **URL:** | www.carboncopypro.com |
| **Phone Number:** | 732-3458590 | **Ext:** | |
| **Subject ID Type:** | | **Subject ID Issuer State:** | |
| **Subject ID Issuer Country:** | | | |
| **Representative Name:** | Jay Kubassek | **Title:** | CEO |

Attachment SS

EX 41
2642

**STATE OF NEVADA**



BARBARA K. CEGAVSKE
*Secretary of State*

KIMBERLEY PERONDI
*Deputy Secretary*
*for Commercial Recordings*

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
**SECRETARY OF STATE**

## Certified Copy

June 21, 2017

**Job Number:**      C20170621-0159
**Reference Number:**  00010670173-95
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| 20160359891-14 | Articles of Organization | 1 Pages/1 Copies |
| 20160557532-76 | Initial List | 1 Pages/1 Copies |

Respectfully,

Barbara K. Cegavske
Secretary of State

Certified By: Christine Rakow
Certificate Number: C20170621-0159
You may verify this certificate
online at **http://www.nvsos.gov/**

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138

Attachment TT

EX 41
2643





BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*050106*

## Articles of Organization
## Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

| Filed in the office of | Document Number |
|---|---|
| *Barbara K Cegavske* | 20160359891-14 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 08/14/2016 8:33 AM |
| State of Nevada | Entity Number |
| | E0358772016-4 |

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                                  ABOVE SPACE IS FOR OFFICE USE ONLY

| 1. Name of Limited-Liability Company: (must contain approved limited-liability company wording; see instructions) | ASPIRE PROCESSING LLC | Check box if a Series Limited-Liability Company ☐ | Check box if a Restricted Limited-Liability Company ☐ |
|---|---|---|---|

**2. Registered Agent for Service of Process:** (check only one box)

☐ Commercial Registered Agent: _____ Name

☐ Noncommercial Registered Agent   **OR**   ☒ Office or Position with Entity
(name and address below)                    (name and address below)

SEAN BROWN
Name of Noncommercial Registered Agent  **OR**  Name of Title of Office or Other Position with Entity

| 701 S CARSON ST STE 200 CARSON CITY | CARSON CITY | Nevada | 89701 |
|---|---|---|---|
| Street Address | City | | Zip Code |
| | | Nevada | |
| Mailing Address (if different from street address) | City | | Zip Code |

**3. Dissolution Date:** (optional)   Latest date upon which the company is to dissolve (if existence is not perpetual): _____

**4. Management:** (required)   Company shall be managed by:   ☒ Manager(s)   **OR**   ☐ Member(s)
(check only one box)

**5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3)

1) MARY DEE
Name

| 16192 COASTAL HIGHWAY | LEWES | DE | 19958 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

2) _____
Name

| Street Address | City | State | Zip Code |

3) _____
Name

| Street Address | City | State | Zip Code |

**6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer)

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| SEAN BROWN | X SEAN BROWN |
|---|---|
| Name | Organizer Signature |
| Address 3 | HIGHLAND | UT | |
| Address | City | State | Zip Code |

**7. Certificate of Acceptance of Appointment of Registered Agent:**

*I hereby accept appointment as Registered Agent for the above named Entity.*

| X SEAN BROWN | 8/14/2016 |
|---|---|
| Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity | Date |

*This form must be accompanied by appropriate fees.*                Nevada Secretary of State NRS 86 DLLC Articles
                                                                   Revised: 10-1-15

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

E0358772016-4

ASPIRE PROCESSING LLC

NAME OF LIMITED-LIABILITY COMPANY

FOR THE FILING PERIOD OF    AUG, 2016    TO    AUG, 2017

USE BLACK INK ONLY - DO NOT HIGHLIGHT

*100403*

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐     Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all manager or managing members. A **Manager, or if none, a Managing Member** of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:**  If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. **A copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to:  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | **20160557532-76** |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | **12/23/2016 10:00 AM** |
| State of Nevada | Entity Number |
| | 016-4 |

(This document was filed electronically.)

ABOVE SPACE IS FOR OFFICE USE ONLY

ANNUAL LIST FILING FEE: $150.00   LATE PENALTY: $75.00 (if filing late)          BUSINESS LICENSE FEE: $200.00   LATE PENALTY: $100.00 (if filing late)

| CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW | NRS 76.020 Exemption Codes |
|---|---|
| ☐  Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ____ | 001 - Governmental Entity<br>005 - Motion Picture Company<br>006 - NRS 680B.020 Insurance Co. |

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

| NAME | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|
| MARY DEE | | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 16192 COASTAL HIGHWAY , USA | LEWES | DE | 19958-5006 |

| NAME | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|
| | | | |
| ADDRESS | CITY | STATE | ZIP CODE |

| NAME | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|
| | | | |
| ADDRESS | CITY | STATE | ZIP CODE |

| NAME | MANAGER OR MANAGING MEMBER | | |
|---|---|---|---|
| | | | |
| ADDRESS | CITY | STATE | ZIP CODE |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** MARY DEE

| | Title | Date |
|---|---|---|
| | MANAGER | 12/23/2016 10:00:40 AM |

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List ManorMem
Revised: 7-1-15

Attachment TT

# FILE COPY



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **10467209**

The Registrar of Companies for England and Wales, hereby certifies that

**ASPIRE PROCESSING LIMITED**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **8th November 2016**



* N10467209G *



Companies House



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006

Attachment UU

EX 41
2646

 **Companies House**



# IN01 (ef)

| Application to register a company |
| --- |

*Received for filing in Electronic Format on the:* **08/11/2016**

*X5JAS1NC*

*Company Name in full:* **ASPIRE PROCESSING LIMITED**

*Company Type:* **Private company limited by shares**

*Situation of Registered Office:* **England and Wales**

*Proposed Registered Office Address:* **THIRD FLOOR 207 REGENT STREET LONDON UNITED KINGDOM W1B 3HH**

*Sic Codes:* **58190**

*I wish to partially adopt the following model articles:>*          **Private (Ltd by Shares)**

**Electronically filed document for Company Number:**          **10467209**

## Proposed Officers

---

### Company Secretary     1

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR ALAN** |
| *Surname:* | **MOORE** |
| *Service Address:* | **recorded as Company's registered office** |

*The subscribers confirm that the person named has consented to act as a secretary.*

---

**Electronically filed document for Company Number:**          **10467209**

EX 41
2648

## Company Director       1

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MARY** |
| *Surname:* | **DEE** |
| *Service Address:* | **recorded as Company's registered office** |
| *Country/State Usually Resident:* | **UNITED KINGDOM** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | ▉ | *Nationality:* | **AMERICAN** |
| *Occupation:* | **CONSULTANT** | | |

*The subscribers confirm that the person named has consented to act as a director.*

---

**Electronically filed document for Company Number:**          **10467209**

## *Statement of Capital (Share Capital)*

| | | | |
|---|---|---|---|
| *Class of Shares:* | **ORDINARY** | *Number allotted* | **1** |
| | **£1** | *Aggregate nominal value:* | **1** |
| *Currency:* | **GBP** | | |
| *Prescribed particulars* | | | |

**1 SHARE = 1 VOTE, EACH HAVING RIGHTS TO DIVIDENDS**

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| *Currency:* | **GBP** | *Total number of shares:* | **1** |
| | | *Total aggregate nominal value:* | **1** |
| | | *Total aggregate unpaid:* | **0** |

**Electronically filed document for Company Number:**          **10467209**

## *Initial Shareholdings*

| | | | |
|---|---|---|---|
| *Name:* | **MARY DEE** | | |
| *Address* | **THIRD FLOOR 207 REGENT STREET** | *Class of Shares:* | **ORDINARY £1** |
| | **LONDON** | *Number of shares:* | **1** |
| | **UNITED KINGDOM** | *Currency:* | **GBP** |
| | **W1B 3HH** | *Nominal value of each share:* | **1** |
| | | *Amount unpaid:* | **0** |
| | | *Amount paid:* | **1** |

**Electronically filed document for Company Number:**          **10467209**

## Persons with Significant Control (PSC)

**Statement of initial significant control**

**On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company**

**Electronically filed document for Company Number:**          **10467209**

## *Individual Person with Significant Control details*

*Names:*                          **MARY DEE**

*Country/State Usually*           **USA**
*Resident:*

*Date of Birth:* ▮▮▮▮▮▮           *Nationality:*     **AMERICAN**

*Service Address:*                **6340 LAKE WORTH BLVD**
                                  **NO. 103**
                                  **FORT WORTH**
                                  **TARRANT**
                                  **USA**
                                  **76135**

*The subscribers confirm that each person named as an individual PSC in this application knows that their particulars are being supplied as part of this application.*

**Electronically filed document for Company Number:**          **10467209**

Attachment UU

EX 41
2653

*Nature of control*        **The person has the right to exercise, or actually exercises, significant influence or control over the company.**

**Election to keep information on the public register**

The subscribers have elected to keep Register of Members information on the public register

The company will be a single member company

Attachment UU

EX 41
2655

## *Statement of Compliance*

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

| | |
|---|---|
| *Name:* | **MARY DEE** |
| *Authenticated* | **YES** |

## Authorisation

| *Authoriser Designation:* | **subscriber** | *Authenticated* | **YES** |
|---|---|---|---|

**Electronically filed document for Company Number:**       **10467209**

Attachment UU

EX 41
2656

**THE COMPANIES ACT 2006**

**PRIVATE COMPANY HAVING A SHARE CAPITAL**

**MEMORANDUM OF ASSOCIATION**

**of**

**ASPIRE PROCESSING Limited**

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share.

Mary Dee

Dated this 8th day of November 2016

Attachment UU

EX 41
2657

THE COMPANIES ACT 2006

PRIVATE COMPANY HAVING A SHARE CAPITAL

ARTICLES OF ASSOCIATION

of

ASPIRE PROCESSING Limited

1    **Defined terms**

1.1    In these articles, unless the context requires otherwise:

**Allocation Notice** has the meaning given to that term in Article 37.12;

**appointor** has the meaning given to that term in Article 16.1;

**articles** means the company's articles of association for the time being in force;

**Articles** means the articles of association set out in this document which, together with the Model Articles (as modified or excluded by this document) forming part of the articles, and **Article** shall be construed accordingly;

**Buyer** has the meaning given to that term in Article 37.12;

**call** has the meaning given to that term in Article 25.1;

**call notice** has the meaning given to that term in Article 25.1;

**call payment date** has the meaning given to that term in Article 28.2.1;

**company's lien** has the meaning given to that term in Article 23;

**Clear Days** means (in relation to the period of a notice) that period excluding the day when the notice is given or deemed to be given and the day for which it is given or on which it is to take effect;

**Conflict** has the meaning given to that term in Article 11.2;

**conflicted director** means a director who has, or could have, a Conflict in a situation involving the company and consequently whose vote is not to be counted in any vote to authorise such Conflict and who is not to be counted as participating in the quorum for the meeting (or part of the meeting) at which such matter is to be voted upon;

**corporate representative** has the meaning given to that term in Article 54;

**Excess Securities** has the meaning given to that term in Article 21.3.2;

**Excess Shares** has the meaning given to that term in Article 37.11.1;

**holder** in relation to shares means the person whose name is entered in the register of members as the holder of the shares or, in the case of a share in respect of which a share warrant has been issued (and not cancelled), the person in possession of that warrant;

**lien enforcement notice** has the meaning given to that term in Article 24;

**Market Value** has the meaning given to that term in Article 37.4.1;

**Model Articles** means the model articles for private companies limited by shares contained in Schedule 1 of the Companies (Model Articles) Regulations 2008 (SI 2009/3229) as amended prior to the date of adoption of these articles;

**non-conflicted director** means any director who is not a conflicted director;

**Offer Notice** has the meaning given to that term in Article 37.10;

**partly-paid** in relation to a share means that part of that share's nominal value or any premium at which it was issued has not been paid to the company;

**Proposed Sale Price** has the meaning given to that term in Article 37.2.3;

**proxy notification address** has the meaning given to that term in Article 53.1;

**relevant officer** has the meaning given to that term in Articles 58.3.2 or 59.2.1, as the case may be;

**relevant loss** has the meaning given to that term in Article 59.2.2;

**relevant rate** has the meaning given to that term in Article 28.2.2;

**Sale Price** has the meaning given to that term in Article 37.4;

**Sale Shares** has the meaning given to that term in Article 37.2.1 and **Sale Share** shall be construed accordingly;

**Seller** has the meaning given to that term in Article 37.1;

**Total Transfer Condition** has the meaning given to that term in Article 37.2.5;

**transfer** or **transferring** has the meaning given to those terms respectively in Article 36.1;

**Transfer Notice** has the meaning given to that term in Article 37.1;

**United Kingdom** means Great Britain and Northern Ireland;

1.1    Save as otherwise specifically provided in these Articles, words and expressions which have particular meanings in the Model Articles shall have the same meanings in these Articles, subject to which and unless the context

Attachment UU

EX 41
2658

otherwise requires, words and expressions which have particular meanings in the Companies Act 2006 as in force on the date when these Articles become binding on the company shall have the same meanings in these Articles.

1.2 Headings in these Articles are used for convenience only and shall not affect the construction or interpretation of these Articles.

1.3 Unless expressly provided otherwise, a reference to a statute, statutory provision or subordinate legislation is a reference to it as it is in force from time to time and shall include any orders, regulations or subordinate legislation from time to time made under it and any amendment or re-enactment of it or any such orders, regulations or subordinate legislation for the time being in force.

1.4 Any phrase introduced by the terms "including", "include", "in particular" or any similar expression shall be construed as illustrative and shall not limit the sense of the words preceding those terms.

1.5 The Model Articles shall apply to the company, except in so far as they are modified or excluded by these Articles.

1.6 Articles 7, 8, 11(2) and (3), 13, 14(1) to (4) inclusive, 17(2), 19(5), 21, 26(5), 44(4), 45(1), 46(3), 52 and 53 of the Model Articles shall not apply to the company.

## 2   Directors' general authority

Article 3 of the Model Articles shall be amended by the insertion of the words "and to the applicable provisions for the time being of the Companies Acts", after the phrase "subject to the articles".

## 3   Change of Company name

Without prejudice to the generality of Article 2, the directors may resolve in accordance with Article 5 to change the Company's name.

## 4   Committees

Where a provision of the articles refers to the exercise of a power, authority or discretion by the directors and that power, authority or discretion has been delegated by the directors to a committee, the provision shall be construed as permitting the exercise of power, authority or discretion by the committee.

## 5   Directors to take decisions collectively

5.1 The general rule about decision-making by directors is that any decision of the directors must be taken as a majority decision at a meeting or as a directors' written resolution in accordance with Article 8 (Directors' written resolutions) or otherwise as a unanimous decision taken in accordance with Article 7 (Unanimous decisions).

5.2 If:
    5.2.1   the company only has one director for the time being, and
    5.2.1   no provision of the articles requires it to have more than one director,
the general rule does not apply, and the director may (for so long as he remains the sole director) take decisions without regard to any of the provisions of the articles relating to directors' decision-making.

5.3 Subject to the articles, each director participating in a directors' meeting has one vote.

## 6   Directors' written resolutions

6.1 Any director may propose a directors' written resolution by giving notice in writing of the proposed resolution to each of the other directors (including alternate directors).

6.2 If the company has appointed a company secretary, the company secretary must propose a directors' written resolution if a director so requests by giving notice in writing to each of the other directors (including alternate directors).

6.3 Notice of a proposed directors' written resolution must indicate:
    6.3.1   the proposed resolution; and
    6.3.2   the time by which it is proposed that the directors should adopt it.

6.4 A proposed directors' written resolution is adopted when a majority of the non-conflicted directors (or their alternates) have signed one or more copies of it, provided that those directors  (or their alternates) would have formed a quorum at a directors' meeting were the resolution to have been proposed at such meeting.

6.5 Once a directors' written resolution has been adopted, it must be treated as if it had been a decision taken at a directors' meeting in accordance with the articles.

## 7   Unanimous decisions

7.1 A decision of the directors is taken in accordance with this Article 7 when all non-conflicted directors indicate to each other by any means that they share a common view on a matter.

7.2 A decision may not be taken in accordance with this Article 6 if the non-conflicted directors would not have formed a quorum at a directors' meeting had the matter been proposed as a resolution at such a meeting.

7.3 Once a directors' unanimous decision is taken in accordance with this Article 7 it must be treated as if it had been a decision taken at a directors' meeting in accordance with the Articles.

## 8   Calling a directors' meeting

8.1 Article 9 of the Model Articles shall be amended by:
    8.1.1   inserting the words "each of" before the words "the directors";

| | 8.1.2 | by inserting the phrase "(including alternate directors) ,whether or not he is absent from the UK," after the words "the directors"; |
|---|---|---|
| | 8.1.3 | by inserting the words "subject to article 9.4" at the beginning of article 9(3) of the Model Articles; and |
| | 8.1.4 | by inserting the words "prior to or up to and including" before the words "not more than seven days" in article 9(4) of the Model Articles. |

9    **Chairman's casting vote at directors' meetings**

9.1    Article 13(1) of the Model Articles shall be amended by the insertion of the words "at a meeting of directors" after the word "proposal".

9.2    Article 13(1) of the Model Articles (as amended by Article 8.1) does not apply in respect of a particular meeting (or part of a meeting) if, in accordance with the articles, the chairman or other director chairing the meeting is a conflicted director for the purposes of that meeting (or that part of that meeting at which the proposal is voted upon).

10    **Quorum for directors' meetings**

10.1    Subject to Article 10.2, the quorum for the transaction of business at a meeting of directors may be fixed from time to time by a decision of the directors but it must never be less than two directors, and unless otherwise fixed it is two. A person who holds office only as an alternate director shall, if his appointor is not present, be counted in the quorum. If and so long as there is a sole director, he may exercise all the powers and authorities vested in the directors by these articles and accordingly the quorum for the transaction of business in these circumstances shall be one.

10.2    For the purposes of any meeting (or part of a meeting) held pursuant to Article 11 (Directors' conflicts of interests) to authorise a director's Conflict, if there is only one non-Conflicted director in office in addition to the conflicted director(s), the quorum for such meeting (or part of a meeting) shall be one non-conflicted director.

11    **Directors' conflicts of interests**

11.1    For the purposes of this Article 11, a **conflict of interest** includes a conflict of interest and duty and a conflict of duties, and interest includes both direct and indirect interests.

11.2    The directors may, in accordance with the requirements set out in this Article 11, authorise any matter proposed to them by any director which would, if not authorised, involve a director breaching his duty under section 175 of the Companies Act 2006 to avoid conflicts of interest ( such matter being hereinafter referred to as a **Conflict**).

11.3    A director seeking authorisation in respect of a Conflict shall declare to the other directors the nature and extent of his interest in a Conflict as soon as is reasonably practicable. The director shall provide the other directors with such details of the relevant matter as are necessary for the other directors to decide how to address the Conflict, together with such other information as may be requested by the other directors.

11.4    Any authorisation under this Article 11 will be effective only if:

11.4.1    the matter in question shall have been proposed by any director for consideration at a meeting of directors in the same way that any other matter may be proposed to the directors under the provisions of these articles or in such other manner as the directors may determine;

11.4.2    any requirement as to the quorum at the meeting of the directors at which the matter is considered is met without counting the director in question and any other conflicted director(s); and

11.4.3    the matter was agreed to without the director and any other conflicted director(s) voting or would have been agreed to if their votes had not been counted.

11.5    Any authorisation of a Conflict under this Article 11 may (whether at the time of giving the authorisation or subsequently):

11.5.1    extend to any actual or potential conflict of interest which may reasonably be expected to arise out of the Conflict so authorised;

11.5.2    be subject to such terms and for such duration, or impose such limits or conditions as the directors may determine; or

11.5.3    be terminated or varied by the directors at any time.

This will not affect anything done by the director prior to such termination or variation in accordance with the terms of the authorisation.

11.6    In authorising a Conflict the directors may decide (whether at the time of giving the authorisation or subsequently) that if a director has obtained any information through his involvement in the Conflict otherwise than as a director of the company and in respect of which he owes a duty of confidentiality to another person the director is under no obligation to:

11.6.1    disclose such information to the directors or to any director or other officer or employee of the company; or

11.6.2    use or apply any such information in performing his duties as a director,

where to do so would amount to a breach of that confidence.

11.7    Where the directors authorise a Conflict they may provide, without limitation (whether at the time of giving the authorisation or subsequently) that the director:

11.7.1    is excluded from discussions (whether at meetings of directors or otherwise) related to the Conflict;

11.7.2    is not given any documents or other information relating to the Conflict;

11.7.3    may or may not vote (or may or may not be counted in the quorum) at any future meeting of directors in relation to any resolution relating to the Conflict.

11.8    Where the directors authorise a Conflict:

Page 4

EX 41
2660

11.8.1   the director will be obliged to conduct himself in accordance with any terms, limits and/or conditions imposed by the directors in relation to the Conflict;

11.8.2   the director will not infringe any duty he owes to the company by virtue of sections 171 to 177 of the Companies Act 2006 provided he acts in accordance with such terms, limits and/or conditions (if any) as the directors impose in respect of its authorisation.

11.9   A director is not required, by reason of being a director (or because of the fiduciary relationship established by reason of being a director), to account to the company for any remuneration, profit or other benefit which he receives as director or other officer or employee of the Company's subsidiaries or of any other body corporate in which the Company is interested or which he derives from or in connection with a relationship involving a Conflict which has been authorised by the directors or by the company in general meeting (subject in each case to any terms, limits or conditions attaching to that authorisation) and no contract shall be liable to be avoided on such grounds nor shall the receipt of any such remuneration or other benefit constitute a breach of his duty under section 176 of the Companies Act 2006.

11.10  Subject to the applicable provisions for the time being of the Companies Acts and to any terms, limits and/or conditions imposed by the directors in accordance with Article 11.5.2, and provided that he has disclosed to the directors the nature and extent of any interest of his in accordance with the Companies Acts, a director notwithstanding his office:

11.10.1  may be a party to, or otherwise interested in, any contract, transaction or arrangement with the company or in which the company is otherwise interested;

11.10.2  shall be counted as participating for voting and quorum purposes in any decision in connection with any proposed or existing transaction or arrangement with the company, in which he is in any way directly or indirectly interested;

11.10.3  may act by himself or his firm in a professional capacity for the company (otherwise than as auditor) and he or his firm shall be entitled to remuneration for professional services as if he were not a director;

11.10.4  may be a director or other officer of, or employed by, or a party to any contract, transaction or arrangement with, or otherwise interested in, any body corporate promoted by the company or in which the company is otherwise interested; and

11.10.5  shall not, by reason of his office, be accountable to the company for any benefit which he (or anyone connected with him (as defined in section 252 of the Companies Act 2006) derives from any such office or employment or from any such contract, transaction or arrangement or from any interest in any such body corporate and no such contract, transaction or arrangement shall be liable to be avoided on the ground of any such interest or benefit, nor shall the receipt of any such remuneration or benefit constitute a breach of his duty under section 176 of the Companies Act 2006.

## 12   Records of decisions to be kept

Where decisions of the directors are taken by electronic means, such decisions shall be recorded by the directors in permanent form, so that they may be read with the naked eye.

## 13   Number of directors

Unless otherwise determined by ordinary resolution, the number of directors (other than alternate directors) shall not be subject to any maximum but shall not be less than one.

## 14   Methods of appointing directors

14.1   In any case where, as a result of death or bankruptcy, the company has no shareholders and no directors, the transmittee(s) of the last shareholder to have died or to have a bankruptcy order made against him (as the case may be) shall have the right, by notice in writing, to appoint a person (including a transmittee who is a natural person), who is willing to act and is permitted to do so, to be a director.

14.2   For the purposes of Article 14.1, where two or more shareholders die in circumstances rendering it uncertain who was the last to die, a younger shareholder is deemed to have survived an older shareholder.

## 15   Directors' expenses

Article 20 of the Model Articles shall be amended by the insertion of the words "(including alternate directors) and the secretary (if any)" before the words "properly incur".

## 16   Appointment and removal of alternate directors

16.1   Any director (**appointor**) may appoint as an alternate any other director, or any other person approved by resolution of the directors, to:

16.1.1  exercise that director's powers; and

16.1.2  carry out that director's responsibilities,

16.1.3  in relation to the taking of decisions by the directors in the absence of the alternate's appointor

16.2   Any appointment or removal of an alternate must be effected by notice in writing to the company signed by the appointor, or in any other manner approved by the directors.

16.3   The notice must:

16.3.1  identify the proposed alternate; and

16.3.2   in the case of a notice of appointment, contain a statement signed by the proposed alternate that the proposed alternate is willing to act as the alternate of the director giving the notice.

## 17   Rights and responsibilities of alternate directors

17.1   An alternate director may act as alternate director to more than one director and has the same rights in relation to any decision of the directors as the alternate's appointor.

17.2   Except as the articles specify otherwise, alternate directors:

17.2.1   are deemed for all purposes to be directors;

17.2.2   are liable for their own acts and omissions;

17.2.3   are subject to the same restrictions as their appointors (including those set out in sections 172 to 177 CA 2006 inclusive and Article 11); and

17.2.4   are not deemed to be agents of or for their appointors,

and , in particular (without limitation), each alternate director shall be entitled to receive notice of all meetings of directors and of all meetings of committees of directors of which his appointor is a shareholder.

17.3   A person who is an alternate director but not a director:

17.3.1   may be counted as participating for the purposes of determining whether a quorum is present  (but only if that person's appointor is not participating and provided that no alternate may be counted as more than one director for these purposes);

17.3.2   may participate in a unanimous decision of the directors (but only if his appointor does not participate); and

17.3.3   may sign a written resolution (but only if it is not signed or to be signed by that person's appointor).

17.4   A director who is also an alternate director is entitled, in the absence of any of his appointors, to a separate vote on behalf of that appointor, in addition to his own vote on any decision of the directors but he shall count as only one for the purpose of determining whether a quorum is present.

17.5   An alternate director is not entitled to receive any remuneration from the company for serving as an alternate director except such part of the alternate's appointor's remuneration as the appointor may direct by notice in writing made to the company.

## 18   Termination of alternate directorship

An alternate director's appointment as an alternate for any appointor terminates:

18.1   when that appointor revokes the appointment by notice to the company in writing specifying when it is to terminate;

18.2   when notification is received by the Company from the alternate that the alternate is resigning as alternate for that appointor and such resignation has taken effect in accordance with its terms;

18.3   on the occurrence, in relation to the alternate, of any event which, if it occurred in relation to that appointor, would result in the termination of that appointor's appointment as a director;

18.4   on the death of that appointor; or

18.5   when the alternate's appointor's appointment as a director terminates.

## 19   Appointment and removal of secretary

The directors may appoint any person who is willing to act as the secretary for such term, at such remuneration, and upon such conditions as they may think fit and from time to time remove such person and, if the directors so decide, appoint a replacement, in each case by a decision of the directors.

## 20   Further issues of shares: authority

20.1   The following paragraphs of this Article 20 shall not apply to a private company with only one class of shares.

20.2   Subject to Article 20.1 and save to the extent authorised by these articles, or authorised from time to time by an ordinary resolution of the shareholders, the directors shall not exercise any power to allot shares or to grant rights to subscribe for, or to convert any security into, any shares in the company.

20.3   Subject to the remaining provisions of this Article 20 and to Article 21 (Further issues of shares: pre-emption rights) and to any directions which may be given by the company in general meeting, the directors are generally and unconditionally authorised, for the purpose of section 551 of the Companies Act 2006 to exercise any power of the company to:

20.3.1   offer or allot;

20.3.2   grant rights to subscribe for or to convert any security into;

20.3.3   otherwise create, deal in, or dispose of,

any shares in the company to any person, at any time and subject to any terms and conditions as the directors think proper.

20.4   The authority referred to in Article 20.3:

20.4.1   shall be limited to a maximum nominal amount of £1,000[1];

20.4.2   shall only apply insofar as the company has not renewed, waived or revoked it by ordinary resolution; and

20.4.3   may only be exercised for a period of five years commencing on the date on which the company is incorporated or these articles are adopted whichever is the later, save that the directors may make an offer or agreement which would, or might, require shares to be allotted after the expiry of such authority (and the directors may allot shares in pursuance of an offer or agreement as if such authority had not expired).

---

[1]  If you have more than one class of shares and particularly where they have different nominal values, you may wish to break the maximum amount down and allocate a particular amount to each class of shares.

21 **Further issues of shares: pre-emption rights**

21.1   In accordance with section 567(1) of the Companies Act 2006, sections 561 and 562 of the Companies Act 2006 shall not apply to an allotment of equity securities (as defined in section 560(1) of the Companies Act 2006) made by the company.

21.2   Unless otherwise agreed by special resolution, if the company proposes to allot any equity securities, those equity securities shall not be allotted to any person unless the company has first offered them to all shareholders on the date of the offer on the same terms, and at the same price, as those equity securities are being offered to such other person on a pari passu basis and pro rata to the nominal value of shares held by those shareholders (as nearly as possible without involving fractions).

21.3   The offer:

21.3.1   shall be in writing, shall be open for acceptance for a period of fifteen working days from the date of the offer and shall give details of the number and subscription price of the relevant equity securities;

21.3.2   may stipulate that any shareholder who wishes to subscribe for a number of equity securities in excess of the proportion to which he is entitled shall, in his acceptance, state the number of excess equity securities (**Excess Securities**) for which he wishes to subscribe.

21.4   Any equity securities not accepted by shareholders pursuant to the offer made to them in accordance with Articles 21.1 and 21.2 shall be used for satisfying any requests for Excess Securities made pursuant to Article 21.3.2. If there are insufficient Excess Securities to satisfy such requests, the Excess Securities shall be allotted to the applicants as nearly as practicable in the proportion that the number of Excess Securities each shareholder indicated he would accept bears to the total number of Excess Securities applied for (as nearly as possible without involving fractions or increasing the number of Excess Securities allotted to any shareholder beyond that applied for by him). After that allotment, any Excess Securities remaining shall be offered to any other person as the directors may determine, at the same price and on the same terms as the offer to the shareholders.

22 **Variation of class rights**

22.1   Whenever the capital of the company is divided into different classes of shares, the special rights attached to any class may only be varied or abrogated, either whilst the company is a going concern or during or in contemplation of a winding up, with the consent of the holders of the issued shares of that class given in accordance with Article 22.2.

22.2   The consent of the holders of a class of shares may be given by:

22.2.1   a special resolution passed at a separate general meeting of the holders of the issued shares of that class; or

22.2.2   a written resolution in any form signed by or on behalf of the holders of three-quarters in nominal value of the issued shares of that class,

but not otherwise. To every such meeting, all the provisions of these articles and the Companies Act 2006 relating to general meetings of the company shall apply (with such amendments as may be necessary to give such provisions efficacy) but so that the necessary quorum shall be two holders of shares of the relevant class present in person or by proxy and holding or representing not less than one third in nominal value of the issued shares of the relevant class; that every holder of shares of the class shall be entitled on a poll to one vote for every such share held by him; and that any holder of shares of the class, present in person or by proxy or (being a corporation) by a duly authorised representative, may demand a poll. If at any adjourned meeting of such holders such a quorum as aforesaid is not present, not less than one holder who is present in person or by proxy or (being a corporation) by a duly authorised representative shall be a quorum.

23 **Company's lien over shares**

The company has a lien (**company's lien**) over every share, whether or not fully paid, which is registered in the name of any person indebted or under any liability to the company, whether he is the sole registered holder of the share or one of several joint holders, for all monies payable by him (either alone or jointly with any other person) to the company, whether payable immediately or at some time in the future and whether or not a call notice has been sent in respect of it.

23.1   The company's lien over a share:

23.1.1   takes priority over any third party's interest in that share, and

23.1.2   extends to any dividend or other money payable by the company in respect of that share and (if the lien is enforced and the share is sold by the company) the proceeds of sale of that share.

23.2   The directors may at any time decide that a share which is or would otherwise be subject to the company's lien shall not be subject to it, either wholly or in part.

24 **Enforcement of the company's lien**

24.1   Subject to the provisions of this Article 24, if:

24.1.1   a lien enforcement notice has been given in respect of a share, and

24.1.2   the person to whom the notice was given has failed to comply with it,

the company may sell that share in accordance with Article 32.5.

24.2   A lien enforcement notice:

24.2.1   may only be given in respect of a share which is subject to the company's lien, in respect of which a sum is payable and the due date for payment of that sum has passed;

24.2.2   must specify the share concerned;

24.2.3   must be in writing and require payment of the sum payable within fourteen days of the notice;

24.2.4   must be addressed either to the holder of the share or to a transmittee of that holder; and

24.2.5   must state the company's intention to sell the share if the notice is not complied with.

24.3   Where shares are sold under this Article 24:

24.3.1   the directors may authorise any person to execute an instrument of transfer of the shares to the purchaser or a person nominated by the purchaser, and

24.3.2   the transferee is not bound to see to the application of the consideration, and the transferee's title is not affected by any irregularity in or invalidity of the process leading to the sale.

24.4   The net proceeds of any such sale (after payment of the costs of sale and any other costs of enforcing the lien) must be applied:

24.4.1   first, in payment of so much of the sum for which the lien exists as was payable at the date of the lien enforcement notice,

24.4.2   second, to the person entitled to the shares at the date of the sale, but only after the certificate for the shares sold has been surrendered to the company for cancellation or an indemnity in a form reasonably satisfactory to the directors has been given for any lost certificates, and subject to a lien equivalent to the company's lien for any money payable (whether payable immediately or at some time in the future) as existed over the shares before the sale in respect of all shares registered in the name of such person (whether as the sole registered holder or as one of several joint holders) after the date of the lien enforcement notice.

24.5   A statutory declaration by a director or the company secretary (if any) that the declarant is a director or the company secretary (as the case may be) and that a share has been sold to satisfy the company's lien on a specified date:

24.5.1   is conclusive evidence of the facts stated in it as against all persons claiming to be entitled to the share, and

24.5.2   subject to compliance with any other formalities of transfer required by the articles or by law, constitutes a good title to the share.

## 25   Call notices

25.1   Subject to the articles and the terms on which shares are allotted, the directors may send a notice (**call notice**) to a shareholder requiring the shareholder to pay the company a specified sum of money (**call**) which is payable by that member to the Company at the date when the directors decide to send the call notice.

25.2   A call notice:

25.2.1   must be in writing;

25.2.2   may not require a shareholder to pay a call which exceeds the total amount of his indebtedness or liability to the company;

25.2.3   must state when and how any call to which it relates is to be paid; and

25.2.4   may permit or require the call to be paid by instalments.

25.3   A shareholder must comply with the requirements of a call notice, but no shareholder is obliged to pay any call before fourteen days have passed since the notice was sent.

25.4   Before the company has received any call due under a call notice the directors may:

25.4.1   revoke it wholly or in part, or

25.4.2   specify a later time for payment than is specified in the notice,

by a further notice in writing to the shareholder in respect of whose shares the call is made.

## 26   Liability to pay calls

26.1   Liability to pay a call is not extinguished or transferred by transferring the shares in respect of which it is required to be paid.

26.2   Joint holders of a share are jointly and severally liable to pay all calls in respect of that share.

26.3   Subject to the terms on which shares are allotted, the directors may, when issuing shares, provide that call notices sent to the holders of those shares may require them:

26.3.1   to pay calls which are not the same, or

26.3.2   to pay calls at different times.

## 27   When call notice need not be issued

27.1   A call notice need not be issued in respect of sums which are specified, in the terms on which a share is issued, as being payable to the company in respect of that share:

27.1.1   on allotment;

27.1.2   on the occurrence of a particular event; or

27.1.3   on a date fixed by or in accordance with the terms of issue.

27.2   But if the due date for payment of such a sum has passed and it has not been paid, the holder of the share concerned is treated in all respects as having failed to comply with a call notice in respect of that sum, and is liable to the same consequences as regards the payment of interest and forfeiture.

## 28   Failure to comply with call notice: automatic consequences

28.1   If a person is liable to pay a call and fails to do so by the call payment date:

28.1.1   the directors may issue a notice of intended forfeiture to that person, and

28.1.2   until the call is paid, that person must pay the company interest on the call from the call payment date at the relevant rate.

28.2  For the purposes of this Article 28:

    28.2.1  the **call payment date** is the time when the call notice states that a call is payable, unless the directors give a notice in writing specifying a later date, in which case the **call payment date** is that later date;

    28.2.2  the relevant rate is:

        28.2.2.1  the rate fixed by the terms on which the share in respect of which the call is due was allotted;

        28.2.2.2  such other rate as was fixed in the call notice which required payment of the call, or has otherwise been determined by the directors; or

        28.2.2.3  if no rate is fixed in either of these ways, five per cent. (5%) per annum.

28.3  The relevant rate must not exceed by more than five percentage points the base lending rate most recently set by the Monetary Policy Committee of the Bank of England in connection with its responsibilities under Part 2 of the Bank of England Act 1998.

28.4  The directors may waive any obligation to pay interest on a call wholly or in part.

## 29  Notice of intended forfeiture

29.1  A notice of intended forfeiture:

    29.1.1  must be in writing;

    29.1.2  may be sent in respect of any share in respect of which a call has not been paid as required by a call notice;

    29.1.3  must be sent to the holder of that share (or, in the case of joint holders of a share in accordance with Article 56.3) or to a transmittee of that holder in accordance with Article 56.4;

    29.1.4  must require payment of the call and any accrued interest and all expenses that may have been incurred by the company by reason of such non-payment by a date which is not less than fourteen days after the date of the notice;

    29.1.5  must state how the payment is to be made; and

    29.1.6  must state that if the notice is not complied with, the shares in respect of which the call is payable will be liable to be forfeited.

## 30  Directors' power to forfeit shares

If a notice of intended forfeiture is not complied with before the date by which payment of the call is required in the notice of intended forfeiture, the directors may decide that any share in respect of which it was given is forfeited, and the forfeiture is to include all dividends or other moneys payable in respect of the forfeited shares and not paid before the forfeiture.

## 31  Effect of forfeiture

31.1  Subject to the articles, the forfeiture of a share extinguishes:

    31.1.1  all interests in that share, and all claims and demands against the company in respect of it, and

    31.1.2  all other rights and liabilities incidental to the share as between the person whose share it was prior to the forfeiture and the company.

31.2  Any share which is forfeited in accordance with the articles:

    31.2.1  is deemed to have been forfeited when the directors decide that it is forfeited;

    31.2.2  is deemed to be the property of the company; and

    31.2.3  may be sold, re-allotted or otherwise disposed of as the directors think fit in accordance with Article 32.5.

31.3  If a person's shares have been forfeited:

    31.3.1  the company must send that person  written notice that forfeiture has occurred and record it in the register of members;

    31.3.2  that person ceases to be a shareholder in respect of those shares;

    31.3.3  that person must surrender the certificate for the shares forfeited to the company for cancellation;

    31.3.4  that person remains liable to the company for all sums payable by that person under the articles at the date of forfeiture in respect of those shares, including any interest (whether accrued before or after the date of forfeiture); and

    31.3.5  the directors may waive payment of such sums wholly or in part or enforce payment without any allowance for the value of the shares at the time of forfeiture or for any consideration received on their disposal.

31.4  At any time before the company disposes of a forfeited share, the directors may decide to cancel the forfeiture on payment of all calls and interest due in respect of it and on such other terms as they think fit.

## 32  Procedure following forfeiture

32.1  If a forfeited share is to be disposed of by being transferred, the company may receive the consideration for the transfer and the directors may authorise any person to execute the instrument of transfer.

32.2  A statutory declaration by a director or the company secretary (if any) that the declarant is a director or the company secretary (as the case may be) and that a share has been forfeited on a specified date:

    32.2.1  is conclusive evidence of the facts stated in it as against all persons claiming to be entitled to the share, and

    32.2.2  subject to compliance with any other formalities of transfer required by the articles or by law, constitutes a good title to the share.

32.3  A person to whom a forfeited share is transferred is not bound to see to the application of the consideration (if any) nor is that person's title to the share affected by any irregularity in or invalidity of the process leading to the forfeiture or transfer of the share.

Page 9

32.4   If the company sells a forfeited share, the person who held it prior to its forfeiture is entitled to receive from the company the proceeds of such sale, net of any commission, and excluding any amount which:

32.4.1   was, or would have become, payable, and

32.4.2   had not, when that share was forfeited, been paid by that person in respect of that share,

but no interest is payable to such a person in respect of such proceeds and the company is not required to account for any money earned on them.

32.5   All shares to be sold in the enforcement of the company's lien or rights of forfeiture shall be offered in accordance with Article 37 (Voluntary Transfers) as if they were Sale Shares in respect of which a Transfer Notice had been given and treating as the Seller the holder of those shares save that the Sale Price shall be the Market Value of those shares and the Transfer Notice shall be deemed not to contain a Total Transfer Condition.

## 33   Surrender of shares

33.1   A shareholder may surrender any share:

33.1.1   in respect of which the directors may issue a notice of intended forfeiture;

33.1.2   which the directors may forfeit; or

33.1.3   which has been forfeited.

33.2   The directors may accept the surrender of any such share.

33.3   The effect of surrender on a share is the same as the effect of forfeiture on that share.

33.4   A share which has been surrendered may be dealt with in the same way as a share which has been forfeited.

## 34   Payment of commission on subscription for shares

34.1   The company may pay any person a commission in consideration for that person:

34.1.1   subscribing, or agreeing to subscribe, for shares; or

34.1.2   procuring, or agreeing to procure, subscriptions for shares.

34.2   Any such commission may be paid:

34.2.1   in cash, or in fully paid or partly paid shares or other securities or partly in one way and partly in the other; and

34.2.2   in respect of a conditional or an absolute subscription.

## 35   Share certificates

35.1   Article 24(2)(c) of the Model Articles shall be amended by:

35.1.1   the deletion of the word "fully" and the insertion of the words "extent to which" before the word "shares"; and

35.1.2   the word "up" at the end of this Article 24(2)(c).

## 36   Transfer of shares- general

36.1   In these articles, a reference to the **transfer** of or **transferring** shares shall include any transfer, assignment, disposition or proposed or purported transfer, assignment or disposition:

36.1.1   of any share or shares of the company; or

36.1.2   of any interest of any kind in any share or shares of the company; or

36.1.3   of any right to receive or subscribe for any share or shares of the company.

36.2   The directors shall not register the transfer of any share or any interest in any share unless the transfer is made in accordance with Article 37 (Voluntary Transfers), and, in any such case, is not prohibited under Article 38 (Prohibited Transfers).

36.3   If the directors refuse to register a transfer of a share they shall, as soon as practicable and in any event within two months after the date on which the transfer was lodged with the company, send to the transferee notice of, and the reasons for, the refusal.

36.4   An obligation to transfer a share under these articles shall be deemed to be an obligation to transfer the entire legal and beneficial interest in such share free from any lien, charge or other encumbrance.

36.5   Article 26(1) of the Model Articles shall be amended by the insertion of the words "and (if any of the shares is partly paid) the transferee" at the end of that article.

## 37   Voluntary Transfers

37.1   Any shareholder who wishes to transfer any share (**Seller**) shall before transferring or agreeing to transfer such share or any interest in it, serve notice in writing (**Transfer Notice**) on the company of his wish to make that transfer.

37.2   In the Transfer Notice the Seller shall specify:

37.2.1   the number and class of shares (**Sale Shares** and each one a **Sale Share**) which he wishes to transfer;

37.2.2   the identity of the person (if any) to whom the Seller wishes to transfer the Sale Shares;

37.2.3   the price per share at which the Seller wishes to transfer the Sale Shares (**Proposed Sale Price**);

37.2.4   any other terms relating to the transfer of the Sale Shares; and

37.2.5   whether the Transfer Notice is conditional upon all (and not part only) of the Sale Shares being sold pursuant to the following provisions of this Article 37 (**Total Transfer Condition**).

37.3   Each Transfer Notice shall:

37.3.1   relate to one class of shares only;

Attachment UU

EX 41
2666

37.3.2  constitute the company as the agent of the Seller for the sale of the Sale Shares on the terms of this Article 37; and

37.3.3  save as provided in Article 37.8, be irrevocable.

37.4  The Sale Shares shall  be offered for purchase in accordance with this Article 37 at a price per Sale Share (**Sale Price**) agreed between the Seller and the directors or, in default of such agreement by the end of the 15th working day after the date of service of the Transfer Notice:

37.4.1  if the directors so elect within that fifteen working day period after the date of service of the Transfer Notice, the Sale Price shall be the price per Sale Share reported on by the Valuers as their written opinion of the open market value of each Sale Share (**Market Value**) as at the date of service of the Transfer Notice (in which case for the purposes of these Articles the Sale Price shall be deemed to have been determined on the date of the receipt by the company of the Valuer's report); and

37.4.2  otherwise the Sale Price shall be the Proposed Sale Price, in which case for the purpose of these Articles the Sale Price shall be deemed to have been agreed at the end of that 15th working day.

37.5  If instructed to report on their opinion of Market Value under Article 37.4 the Valuers shall:

37.5.1  act as expert and not as arbitrator and their written determination shall be final and binding on the shareholders; and

37.5.2  proceed on the basis that:

37.5.2.1  the open market value of each Sale Share shall be the sum which a willing buyer would agree with a willing seller to be the purchase price for all the class of shares of which the Sale Shares form part, divided by the number of issued shares then comprised in that class;

37.5.2.2  there shall be no addition of any premium or subtraction of any discount by reference to the size of the holding the subject of the Transfer Notice or in relation to any restrictions on the transferability of the Sale Shares; and

37.5.2.3  any difficulty in applying either of the foregoing bases shall be resolved by the Valuers as they think fit in their absolute discretion.

37.6  The company will use its reasonable endeavours to procure that the Valuers deliver their written opinion of the Market Value to the directors and to the Seller within twenty-eight days of being requested to do so.

37.7  The Valuers' fees for reporting on their opinion of the Market Value shall be borne as the Valuers shall specify in their valuation having regard to the conduct of the parties and the merit of their agreements in respect of the matters in dispute or otherwise (in the absence of any such specification by the Valuers) as to one half by the Seller and as to the other half by the company unless the Seller revokes the Transfer Notice pursuant to Article 37.8, in which case the Seller shall pay all the Valuers' fees.

37.8  If the Market Value is reported on by the Valuers under Article 37.4 to be less than the Proposed Sale Price, the Seller may revoke any Transfer Notice which was not stated to be, or is not deemed by these Articles to be, irrevocable by written notice given to the directors within the period of five working days after the date the directors serve on the Seller the Valuers' written opinion of the Market Value.

37.9  The directors shall at least ten working days after and no more than twenty working days after the Sale Price has been agreed or determined give an Offer Notice to all shareholders to whom the Sale Shares are to be offered in accordance with these Articles.

37.10  An Offer Notice shall:

37.10.1  specify the Sale Price;

37.10.2  contain the other details included in the Transfer Notice; and

37.10.3  invite each of the shareholders (other than the Seller) to respond in writing, before expiry of the Offer Notice, to purchase the numbers of Sale Shares specified by them in their application,

and shall expire twenty working days after its service.

37.11  After the expiry date of the Offer Notice, the directors shall allocate the Sale Shares in accordance with the applications received save that:

37.11.1  if there are applications from shareholders for more than the number of Sale Shares available, they shall be allocated to those applicants in proportion (as nearly as possible but without allocating to any shareholder more Sale Shares than the maximum number applied for by him) to the number of shares then held by them respectively; however, in his application for Sale Shares a shareholder may, if he so desires, indicate that he would be willing to purchase a particular proportionate entitlement (**Excess Shares**), in which case, applications for Excess Shares shall be allocated in accordance with such application, or in the event of competition among those shareholders applying for Excess Shares in such proportions as equal (as nearly as may be) the proportions of all the shares held by such shareholders;

37.11.2  if it is not possible to allocate any of the Sale Shares without involving fractions, they shall be allocated amongst them in such manner as the Board shall think fit;  and

37.11.3  if the Transfer Notice contained a valid Total Transfer Condition, no allocation of Sale Shares shall be made unless all the Sale Shares are allocated.

37.12  The directors shall, within five working days of the expiry date of the Offer Notice, give notice in writing (**Allocation Notice**) to the Seller and to each person to whom Sale Shares have been allocated (each a **Buyer**) specifying the name and address of each Buyer, the number and class of Sale Shares agreed to be purchased by him and the aggregate price payable for them.

37.13  Completion of a sale and purchase of Sale Shares pursuant to an Allocation Notice shall take place at the registered office of the company at the time specified in the Allocation Notice when the Seller shall, upon payment to him by a

Buyer of the Sale Price in respect of the Sale Shares allocated to that Buyer, transfer those Sale Shares and deliver the relative share certificate(s) to that Buyer.

37.14   The Seller may, during the period of thirty working days immediately following the expiry date of the Offer Notice, sell all or any of these Sale Shares, for which an Allocation Notice has not been given, by way of bona fide sale to the proposed transferee (if any) named in the Transfer Notice or, if none was so named, to any transferee, in either case at any price per Sale Share which is not less than the Sale Price, without any deduction, rebate or allowance to the proposed transferee, provided that:

37.14.1   the Seller may not transfer such share and the directors shall not register any transfer to a transferee who is not at that date a shareholder unless such transferee is first approved in writing by the directors; and

37.14.2   if the Transfer Notice contained a Total Transfer Condition, the Seller shall not be entitled, save with the written consent of the directors, to sell only some of the Sale Shares under this Article 37.14.

37.15   If a Seller fails for any reason (including death) to transfer any Sale Shares when required pursuant to this Article 37, the directors may authorise any director of the company (who shall be deemed to be irrevocably appointed as the attorney of the Seller for the purpose) to execute each necessary transfer of such Sale Shares and deliver it on the Seller's behalf.  The company may receive the purchase money for such Sale Shares from the Buyer and shall upon receipt (subject, if necessary, to the transfer being duly stamped) register the Buyer as the holder of such Sale Shares.  The company shall hold such purchase money in a separate bank account on trust for the Seller but shall not be bound to earn or pay interest on any money so held.  The company's receipt for such purchase money shall be a good discharge to the Buyer who shall not be bound to see to the application of it, and after the name of the Buyer has been entered in the register of members in purported exercise of the power conferred by this Article 37.15 the validity of the proceedings shall not be questioned by any person.

## 38   Prohibited Transfers

Notwithstanding any other provision of these articles, no transfer of any Share shall be registered if it is to any minor, undischarged bankrupt, trustee in bankruptcy or person of unsound mind.

## 39   Transmission of shares

39.1   Nothing in these articles releases the estate of a deceased shareholder from any liability in respect of a share solely or jointly held by that shareholder.

39.2   Article 27(3) of the Model Articles shall be amended by the insertion of the words "subject to the provisions of Article 14.1", after the initial word "But".

## 40   Transmittees bound by prior notices

Article 29 of the Model Articles shall be amended by the insertion of the words "or the name of any person nominated under article 27(2)" after the words "transmittee's name".

## 41   Procedure for disposing of fractions of shares

41.1   This Article applies where:

41.1.1   there has been a consolidation or division of shares; and

41.1.2   as a result, shareholders are entitled to fractions of shares.

41.2   The directors may:

41.2.1   sell the shares representing the fractions to any person including the company for the best price reasonably obtainable;

41.2.2   authorise any person to execute an instrument of transfer of the shares to the purchaser or a person nominated by the purchaser; and

41.2.3   distribute the net proceeds of sale in due proportion among the holders of the shares.

41.3   The person to whom the shares are transferred is not obliged to ensure that any purchase money is received by the person entitled to the relevant fractions.

41.4   The transferee's title to the shares is not affected by any irregularity in or invalidity of the process leading to their sale.

## 42   Calculation of dividends

42.1   Except as otherwise provided by the articles or the rights attached to shares, all dividends must be:

42.1.1   declared and paid according to the amounts paid up on the shares on which the dividend is paid; and

42.1.2   apportioned and paid proportionately to the amounts paid up on the shares during any portion or portions of the period in respect of which the dividend is paid.

42.2   If any share is issued on terms providing that it ranks for dividend as from a particular date, that share ranks for dividend accordingly.

## 43   Deductions from distributions in respect of sums owed to the company

43.1   If:

43.1.1   a share is subject to the company's lien; and

43.1.2   the directors are entitled to issue a lien enforcement notice in respect of it,

Page 12

they may, instead of issuing a lien enforcement notice, deduct from any dividend or other sum payable in respect of the share any sum of money which is payable to the company in respect of that share to the extent that they are entitled to require payment under a lien enforcement notice.

43.2    Money so deducted must be used to pay any of the sums payable in respect of that share.

43.3    The company must notify the distribution recipient in writing of:

    43.3.1    the fact and amount of any such deduction;

    43.3.2    any non-payment of a dividend or other sum payable in respect of a share resulting from any such deduction; and

    43.3.3    how the money deducted has been applied.

## 44    Authority to capitalise and appropriation of capitalised sums

Article 36(4) of the Model Articles shall be amended by inserting the phrase "in or towards paying up any amounts unpaid on existing shares held by the persons entitled, or" after the words "may be applied".

## 45    Convening general meetings

The directors may call general meetings and, on the requisition of shareholders pursuant to the provisions of the Companies Act 2006, shall forthwith proceed to convene a general meeting in accordance with the Companies Act 2006. If there are not within the United Kingdom sufficient directors to call a general meeting, any director or the shareholders requisitioning the meeting (or any of them representing more than one half of the total voting rights of them all) may call a general meeting. If the company has only a single shareholder, such shareholder shall be entitled at any time to call a general meeting.

## 46    Notice of general meetings

46.1    General meetings (other than an adjourned meeting) shall be called by at least fourteen Clear Days' notice but a general meeting may be called by shorter notice if it is so agreed by a majority in number of the shareholders having a right to attend and vote, being a majority together holding not less than ninety per cent (90%) in nominal value of the shares at the meeting, giving that right.

46.2    The notice shall specify the time, date and place of the meeting, the general nature of the business to be transacted and the terms of any resolution to be proposed at it.

46.3    Subject to the provisions of these articles and to any restrictions imposed on any shares, the notice shall be given to all shareholders, to all persons entitled to a share in consequence of the death or bankruptcy of a shareholder (if the company has been notified of their entitlement) and to the directors, alternate directors and the auditors for the time being of the company.

46.4    The accidental omission to give notice of a meeting to, or the non-receipt of notice of a meeting by, any person entitled to receive notice shall not invalidate the proceedings at that meeting.

## 47    Resolutions requiring special notice

47.1    If the Companies Act 2006 requires special notice to be given of a resolution, then the resolution will not be effective unless notice of the intention to propose it has been given to the company at least twenty-eight Clear Days before the general meeting at which it is to be proposed.

47.2    Where practicable, the company must give the shareholders notice of the resolution in the same manner and at the same time as it gives notice of the general meeting at which it is to be proposed.  Where that is not practicable, the company must give the shareholders at least fourteen Clear Days' before the relevant general meeting by advertisement in a newspaper with an appropriate circulation.

47.3    If, after notice to propose such a resolution has been given to the company, a meeting is called for a date twenty-eight days or less after the notice has been given, the notice shall be deemed to have been properly given, even though it was not given within the time required by Article 47.1.

## 48    Quorum for general meetings

No business shall be transacted at any meeting unless a quorum is present. Subject to section 318(2) of the Companies Act 2006, two qualifying persons (as defined in section 318(3) of the Companies Act 2006) entitled to vote upon the business to be transacted shall be a quorum, provided that if the company has only a single shareholder, the quorum shall be one such qualifying person.

## 49    Adjournment

Article 41(1) of the Model Articles shall be amended by inserting the following sentence at the end of the first sentence of that article: "If, at the adjourned meeting, a quorum is not present within half an hour from the time appointed for the meeting, the meeting shall be dissolved".

## 50    Voting: general

50.1    Subject to any rights or restrictions attached to any shares, on a show of hands, every shareholder who (being an individual) is present in person or (being a corporation) is present by a duly authorised representative (unless the representative is himself a shareholder, in which case he shall have more than one vote) shall have one vote.  A proxy shall not be entitled to vote on a show of hands.

Page 13

50.2    No shareholder shall vote at any general meeting or at any separate meeting of the holder of any class of shares, either in person or by proxy, in respect of any share held by him unless all monies presently payable by him in respect of that share have been paid.

50.3    In the case of joint holders the vote of the senior who tenders a vote shall be accepted to the exclusion of the votes of the other joint holders; and seniority shall be determined by the order in which the names of the holders stand in the register of members.

50.4    Unless a poll is duly demanded, a declaration by the chairman that a resolution has been carried or carried unanimously, or by a particular majority, or lost, or not carried by a particular majority and an entry to that effect in the minutes of the meeting shall be conclusive evidence of the fact without proof of the number or proportion of the votes recorded in favour of or against the resolution.

## 51   Poll votes

51.1    On a poll every shareholder who (being an individual is present in person or by proxy or (being a corporation) is present by a duly authorised representative or by proxy shall have one vote for every share of which he is the holder.  On a poll, a shareholder entitled to more than one vote need not use all his votes or cast all the votes he uses in the same way.

51.2    Article 44(2) of the Model Articles shall be amended by the insertion of the following sub-paragraph as article 44(2)(e):

     "a person or persons holding shares conferring a right to vote on the resolution on which not less than one tenth of the total sum paid up on all the shares conferring that right.".

51.3    Article 44(3) of the Model Articles shall be amended by inserting the following sentence at the end of the Article:

     "A demand so withdrawn shall not invalidate the result of a show of hands declared before the demand was made".

51.4    The result of the poll shall be deemed to be the resolution of the meeting at which the poll was demanded.

51.5    A poll demanded on the election of a chairman or on a question of adjournment shall be taken forthwith.  A poll demanded on any other question shall be taken either forthwith or at such time and place as the chairman directs not being more than thirty days after the poll is demanded.  The demand for a poll shall not prevent the continuance of a meeting for the transaction of any business other than the question on which the poll was demanded.  If a poll is demanded before the declaration of the result of a show of hands and the demand is duly withdrawn, the meeting shall continue as if the demand had not been made.

51.6    No notice need be given of a poll not taken forthwith if the time and place at which it is to be taken are announced at the meeting at which it is demanded.  In any other case at least seven Clear Days' notice shall be given specifying the time and place at which the poll is to be taken.

## 52   Content of proxy notices

52.1    Subject to the provisions of these articles, a shareholder is entitled to appoint another person as his proxy to exercise all or any of his rights to attend and to speak and vote at a general meeting.  A shareholder may appoint more than one proxy in relation to a meeting, provided that each proxy is appointed to exercise the rights attached to a different share or shares held by that shareholder.

52.2    Proxies may only validly be appointed by a notice in writing (**proxy notice**) which:

     52.2.1    states the name and address of the shareholder appointing the proxy;

     52.2.2    identifies the person appointed to be that shareholder's proxy and the general meeting in relation to which that person is appointed;

     52.2.3    is signed by or on behalf of the shareholder appointing the proxy, or is authenticated in such manner as the directors may determine; and

     52.2.4    is delivered to the company in accordance with the articles and in accordance with any instructions contained in the notice of the general meeting (or adjourned meeting) to which they relate and received by the company:

        52.2.4.1    subject to articles 52.2.4.2 and 52.2.4.3, in the case of a general meeting or adjourned meeting, not less than forty-eight hours before the time for holding the meeting or adjourned meeting at which the right to vote is to be exercised;

        52.2.4.2    in the case of a poll taken more than forty-eight hours after it is demanded, after the poll has been demanded and not less than twenty-four hours before the time appointed for the taking of the poll; or

        52.2.4.3    where the poll is not taken forthwith but is taken not more than forty-eight hours after it was demanded, at the time at which the poll was demanded or twenty-four hours before the time appointed for the taking of the poll, whichever is the later,

     and a proxy notice which is not delivered and received in such manner shall be invalid.

52.3    Article 45(3) of the Model Articles shall be amended by the addition of the following at the end of the article:

     " and the proxy is obliged to vote or abstain from voting in accordance with the specified instructions. However, the Company is not obliged to check whether a proxy votes or abstains from voting as he has been instructed and shall incur no liability for failing to do so. Failure by a proxy to vote or abstain from voting as instructed at a meeting shall not invalidate proceedings at that meeting."

Attachment UU

EX 41
2670

53 **Delivery of proxy notices**

53.1 Any notice of a general meeting must specify the address or addresses (**proxy notification address**) at which the company or its agents will receive proxy notices relating to that meeting, or any adjournment of it, delivered in hard copy or electronic form.

53.2 Article 46(1) of the Model Articles shall be amended by inserting the words: "to a proxy notification address" at the end of that Article.

53.3 A notice revoking a proxy appointment only takes effect if it is received by the company:

53.3.1 Subject to articles 53.3.2 and 53.3.3, in the case of a general or adjourned meeting, not less than forty-eight hours before the time for holding the meeting or adjourned meeting at which the right to vote is to be exercised;

53.3.2 in the case of a poll taken more than forty-eight hours after it was demanded, not less than twenty-four hours before the time appointed for the taking of the poll; or

53.3.3 in the case of a poll not taken forthwith but not more than forty-eight hours after it was demanded, at the time at which it was demanded or twenty-four hours before the time appointed for the taking of the poll, whichever is later,

and a notice which is not delivered and received in such manner shall be invalid.

53.4 In calculating the periods referred to in Article 52 (Content of proxy notices) and this Article 53, no account shall be taken of any part of a day that is not a working day.

54 **Representation of corporations at meetings**

Subject to the Companies Act 2006, a company which is a shareholder may, by resolution of its directors or other governing body, authorise one or more persons to act as its representative or representatives at a meeting of the company or at a separate meeting of the holders of a class of shares of the company (**corporate representative**). A director, secretary or other person authorised for the purpose by the directors may require a corporate representative to produce a certified copy of the resolution of authorisation before permitting him to exercise his powers.

55 **A resolution of the shareholders (or a class of shareholders) may be passed as a written resolution in accordance with chapter 2 of part 13 of the Companies Act 2006.**

56 **Means of communication to be used**

56.1 Any notice, document or other information shall be deemed served on or delivered to the intended recipient:

56.1.1 If properly addressed and sent by prepaid United Kingdom first class post to an address in the United Kingdom, forty-eight hours after it was posted;

56.1.2 If properly addressed and delivered by hand, when it was given or left at the appropriate address;

56.1.3 If properly addressed and send or supplied by electronic means forty-eight hours after the document or information was sent or supplied; and

56.1.4 If sent or supplied by means of a website, when the material is first made available on the website or (if later) when the recipient receives (or is deemed to have received) notice of the fact that the material is available on the website.

For the purposes of this Article 56.1, no account shall be taken of any part of a day that is not a working day.

56.2 In proving that any notice, document or other information was properly addressed, it shall be sufficient to show that the notice, document or other information was delivered to an address permitted for the purpose by of the Companies Act 2006.

56.3 In the case of joint holders of a share, all notices or documents shall be given to the joint holder whose name stands first in the register in respect of the joint holding. Notice so given shall be sufficient notice to all of the joint holders. Where there are joint holders of a share, anything which needs to be agreed or specified in relation to any notice, document or other information to be sent or supplied to them can be agreed or specified by any one of the joint holders. The agreement or specification of the joint holder whose name stands first in the register will be accepted to the exclusion of the agreement or specification of any other joint holder (s) whose name(s) stand later in the register.

56.4 The Company may give notice to the transmittee of a member, by sending or delivering it in any manner authorised by these Articles for the giving of notice to a member, addressed to that person by name, or by the title, of representative of the deceased or trustee of the bankrupt or representative by operation of law or by any like description, at the address (if any) within the United Kingdom supplied for the purpose by the person claiming to be so entitled. Until such an address has been so supplied, a notice may be given in any manner in which it might have been given if the death or bankruptcy or operation of law had not occurred.

57 **Company seals**

Article 49(3) of the Model Articles shall be amended by the insertion of the words "by either at least two authorised persons or" after the word "signed".

58 **Indemnity**

58.1 Subject to Article 58.2, but without prejudice to any indemnity to which a relevant officer is otherwise entitled:

58.1.1 each relevant officer shall be indemnified out of the company's assets against all costs, charges, losses, expenses and liabilities incurred by him as a relevant officer:

Page 15

Attachment UU

EX 41
2671

58.1.1.1   in the actual or purported execution and/or discharge of his duties, or in relation to them; and

58.1.1.2   in relation to the company's (or any associated company's) activities as trustee of an occupational pension scheme (as defined in section 235(6) of the Companies Act 2006),

including (in each case) any liability incurred by him in defending any civil or criminal proceedings in which judgment is given in his favour or in which he is acquitted or the proceedings are otherwise disposed of without any finding or admission of any material breach of duty on his part or in connection with any application in which the court grants him, in his capacity as a relevant officer, relief from liability for negligence, default, breach of duty or breach of trust in relation to the company's (or any associated company's ) affairs; and

58.1.2   the company may provide any relevant officer with funds to meet expenditure incurred or to be incurred by him in connection with any proceedings or application referred to in Article 58.1.1 and otherwise may take any action to enable any such relevant officer to avoid incurring such expenditure.

58.2   This Article does not authorise any indemnity which would be prohibited or rendered void by any provision of the Companies Acts or by any other provision of law.

58.3   In this Article 58:

58.3.1   companies are associated if one is a subsidiary of the other or both are subsidiaries of the same body corporate, and

58.3.2   a **relevant officer** means any director or alternate director or other officer or former director or other officer  of the company or an associated company (including any company which is a trustee of an occupational pension scheme (as defined by section 235(6) of the Companies Act 2006) and may, if the shareholders so decide, include any person engaged by the company (or any associated company) as auditor (whether or not he is also a director or other officer), to the extent he acts in his capacity as auditor).

59   **Insurance**

59.1   The directors may decide to purchase and maintain insurance, at the expense of the company, for the benefit of any relevant officer in respect of any relevant loss.

59.2   In this Article:

59.2.1   a **relevant officer** means any director or alternate director or other officer or former director or other officer of the company or an associated company (including any company which is a trustee of an occupational pension scheme (as defined by section 235(6) of the Companies Act 2006;

59.2.2   a **relevant loss** means any loss or liability which has been or may be incurred by a relevant officer in connection with that officer's duties or powers in relation to the company, any associated company or any pension fund or employees' share scheme of the company or associated  company; and

59.2.3   companies are associated if one is a subsidiary of the other or both are subsidiaries of the same body corporate.

© The Association of Company Registration Agents Limited 2009. All rights reserved.

Page 16


## Companies House

# TM01 (ef)

**Termination of a Director Appointment**

Company Name: **ASPIRE PROCESSING Limited**
Company Number: **10467209**

Received for filing in Electronic Format on the:**23/12/2016**

X5MG2WS8

## Termination Details

Date of termination: **23/12/2016**

Name: **MARY DEE**

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.



**End of Electronically filed document for Company Number:     10467209**             **Page:     1**


Companies House

# AD01(ef)

## Change of Registered Office Address

Company Name:   **ASPIRE PROCESSING Limited**
Company Number:   **10467209**

Received for filing in Electronic Format on the:**07/01/2017**    X5XL5EJV

## New Address Details

New Address:   **ASPIRE PROCESSING LIMITED** Address 2
**LONDON**
**UNITED KINGDOM**

Please Note:
The change in the Registered Office does not take effect until the Registrar has registered this form. For 14 days, beginning with the date that a change of Registered Office is registered, a person may validly serve any documentation on the company at its previous Registered Office.

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

---

**End of Electronically filed document for Company Number:**    **10467209**    **Page:**    **1**

Attachment UU    EX 41
2674


Companies House

# AD01(ef)

## Change of Registered Office Address

Company Name:   **ASPIRE PROCESSING Limited**
Company Number:   **10467209**

Received for filing in Electronic Format on the:**11/01/2017**

X5XVNZ08

---

## New Address Details

New Address:   Address 2
**LONDON**
**UNITED KINGDOM**

Please Note:
The change in the Registered Office does not take effect until the Registrar has registered this form. For 14 days, beginning with the date that a change of Registered Office is registered, a person may validly serve any documentation on the company at its previous Registered Office.

---

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

---

**End of Electronically filed document for Company Number:**      **10467209**      **Page:**      **1**

Attachment UU

EX 41
2675



## Companies House

# AD01 (ef)

### Change of Registered Office Address

Company Name: **ASPIRE PROCESSING Limited**
Company Number: **10467209**

Received for filing in Electronic Format on the: **11/01/2017**

X5XVNZ0J

## New Address Details

New Address:    Address 2
LONDON
UNITED KINGDOM

Please Note:
The change in the Registered Office does not take effect until the Registrar has registered this form. For 14 days, beginning with the date that a change of Registered Office is registered, a person may validly serve any documentation on the company at its previous Registered Office.

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Liquidator, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

Attachment UU

EX 41
2676



**AP01** (ef)

| Appointment of Director |
|---|



X5MG2WGY

*Company Name:* **ASPIRE PROCESSING Limited**

*Company Number:* **10467209**

*Received for filing in Electronic Format on the:* **23/12/2016**

## New *Appointment* Details

*Date of Appointment:* **23/12/2016**

*Name:* **MR ALIM MOHAMMED ABDUL**

The company confirms that the person named has consented to act as a director.

*Service Address recorded as Company's registered office*

*Country/State Usually Resident:* **UNITED KINGDOM**

*Date of Birth:* ▬▬▬▬

*Nationality:* **BRITISH CITIZEN**

*Occupation:* **CONSULTANT**

---

*Electronically Filed Document for Company Number:* **10467209**   *Page:* **1**

Attachment UU

EX 41
2677

## *Authorisation*

*Authenticated*

*This form was authorised by one of the following:*

Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.



# CH01 (ef)

**Change of Particulars for Director**



X5MG9ZIP

*Company Name:* **ASPIRE PROCESSING Limited**

*Company Number:* **10467209**

*Received for filing in Electronic Format on the:* **23/12/2016**

## Details Prior to Change

*Original Name:* **MR ALIM MOHAMMED ABDUL**

*Date of Birth:* ■

## New Details

*Date of Change:* **23/12/2016**
*New Name:* **MR MOHAMMED ABDUL ALIM**

---

*Electronically Filed Document for Company Number:* **10467209**          *Page:* **1**

# Authorisation

*Authenticated*

*This form was authorised by one of the following:*

Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

Attachment UU

EX 41
2680



# CH01 (ef)

**Change of Particulars for Director**



X5MNTLY8

*Company Name:*   **ASPIRE PROCESSING Limited**

*Company Number:*   **10467209**

*Received for filing in Electronic Format on the:*   **26/12/2016**

## Details Prior to Change

*Original Name:*   **MR MOHAMMED ABDUL ALIM**

*Date of Birth:*   ▮▮▮▮▮

## New Details

*Date of Change:*   **26/12/2016**

*New Service Address:*   **Address 2**
**LONDON**
**UNITED KINGDOM**
▮▮▮▮

*There has been no change in the company's register of directors' residential addresses.*

---

*Electronically Filed Document for Company Number:* **10467209**   *Page:*   **1**

Attachment UU

EX 41
2681

# *Authorisation*

*Authenticated*

*This form was authorised by one of the following:*

Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

Attachment UU

EX 41
2682



# CH01 (ef)

### Change of Particulars for Director



X5XD5JDU

*Company Name:*  **ASPIRE PROCESSING LIMITED**

*Company Number:*  **10467209**

*Received for filing in Electronic Format on the:*  **03/01/2017**

## *Details Prior to Change*

*Original Name:*  **MR MOHAMMED ABDUL ALIM**

*Date of Birth:*  ███████

## *New Details*

*Date of Change:*  **26/12/2016**
*New Name:*  **MR MOHAMMED ABDUL ALIM**

*There has been no change in the company's register of directors' residential addresses.*

---

*Electronically Filed Document for Company Number:* **10467209**                      *Page:*  **1**

# *Authorisation*

*Authenticated*

*This form was authorised by one of the following:*

Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver Manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor.

Attachment UU

EX 41
2684

**FILE COPY**



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **10626018**

The Registrar of Companies for England and Wales, hereby certifies that

**ASPIRE VENTURES LTD**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **17th February 2017**



\* N10626018B \*



Companies House



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006

Attachment VV



# Companies House

# IN01 (ef)

<div style="border: 1px solid black;">

### Application to register a company

</div>



*Received for filing in Electronic Format on the:* **16/02/2017**

*X60CTUGO*

| | |
|---|---|
| *Company Name in full:* | **ASPIRE VENTURES LTD** |
| *Company Type:* | **Private company limited by shares** |
| *Situation of Registered Office:* | **England and Wales** |
| *Proposed Registered Office Address:* | **20-22 WENLOCK ROAD LONDON ENGLAND N1 7GU** |
| *Sic Codes:* | **82990** |

*I wish to entirely adopt the following model articles:*     **Private (Ltd by Shares)**

**Electronically filed document for Company Number:**     **10626018**

Attachment VV

EX 41
2686

## *Proposed Officers*

### *Company Director*     *1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR MOHAMMED ABDUL** |
| *Surname:* | **ALIM** |
| *Service Address:* | **20-22 WENLOCK ROAD**<br>**LONDON**<br>**ENGLAND N1 7GU** |
| *Country/State Usually Resident:* | **UNITED KINGDOM** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | ███████ | *Nationality:* | **BRITISH** |
| *Occupation:* | **MARKETING REPRESENTATIVE** | | |

*The subscribers confirm that the person named has consented to act as a director.*

**Electronically filed document for Company Number:**          **10626018**