| LLC-1 | Articles of Organization of a Limited Liability Company (LLC) |
|---|---|

201502210122

To form a limited liability company in California, you can fill out this form, and submit for filing along with:

-- A $70 filing fee.

-- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form.

*Important!* LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

LLCs may not provide "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

Note: *Before submitting the completed form, you should consult with a private attorney for advice about your specific business needs.*

**FILED** AG
Secretary of State
State of California

**JAN 2 0 2015**

1 PC

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LLC Name** (List the proposed LLC name exactly as it is to appear on the records of the California Secretary of State.)

① The Upside, LLC

*Proposed LLC Name*

The name **must** include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and **may not** include: bank, trust, trustee, incorporated, inc., corporation, or corp., insurer, or insurance company. For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**Purpose**

② The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**LLC Addresses**

③ a. 340 S. Lemon Ave.  |  Walnut  |  CA  91789

*Initial Street Address of Designated Office in CA - Do not list a P.O. Box*  |  *City (no abbreviations)*  |  *State*  *Zip*

b.

*Initial Mailing Address of LLC, if different from 3a*  |  *City (no abbreviations)*  |  *State*  *Zip*

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as the agent. **Do not** list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

④ a. Ria Joseph

*Agent's Name*

b. ███████ , Winchester  |  CA  ███

*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*  |  *City (no abbreviations)*  |  *State*  *Zip*

**Management** (Check only one.)

⑤ The LLC will be managed by:

☐ One Manager     ☐ More Than One Manager     ☑ All Limited Liability Company Member(s)

This form must be signed by each organizer. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of organization.

▶ *(signature)* CM

*Organizer - Sign here*

By: Cheyenne Moseley, Assistant Secretary, LegalZoom.com, Inc.

*Print your name here*

| Make check/money order payable to: Secretary of State Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail** Secretary of State Business Entities, P.O. Box 944228 Sacramento, CA 94244-2280 | **Drop-Off** Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 17701.04, 17701.08, 17701.13, 17702.01, Revenue and Taxation Code § 17941
LLC-1 (REV 01/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be



I hereby certify that the foregoing transcript of ___01___ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

JUN 3 0 2017

Date:_____

ALEX PADILLA, Secretary of State

Attachment CCC

EX 41
2738

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

THERMOGRAPHY FOR LIFE, LLC
Filing Number: 801439528

| | |
|---|---|
| Certificate of Formation | June 15, 2011 |
| Certificate of Assumed Business Name | November 28, 2012 |
| Public Information Report (PIR) | December 31, 2012 |
| Change of Registered Agent/Office | January 17, 2013 |
| Tax Forfeiture | February 08, 2013 |
| Reinstatement | February 20, 2013 |
| Public Information Report (PIR) | December 31, 2013 |
| Public Information Report (PIR) | December 31, 2014 |
| Public Information Report (PIR) | December 31, 2015 |
| Public Information Report (PIR) | December 31, 2016 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on June 20, 2017.





Rolando B. Pablos
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555
Prepared by: SOS-WEB

Fax: (512) 463-5709
TID: 10266

Dial: 7-1-1 for Relay Services
Document: 745595710003

Attachment DDD

EX 41
2739

| | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br>**Certificate of Formation**<br>**Limited Liability Company** | **Filed in the Office of the**<br>**Secretary of State of Texas**<br>**Filing #: 801439528 06/15/2011**<br>**Document #: 372300580002**<br>**Image Generated Electronically**<br>**for Web Filing** |

**Article 1 - Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

## THERMOGRAPHY FOR LIFE, LLC

**Article 2 – Registered Agent and Registered Office**

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

**Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company**

OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**211 E. 7th Street**
**Suite 620  Austin  TX  78701**

**Consent of Registered Agent**

☑A. A copy of the consent of registered agent is attached. **THERMOGRAPHY FOR LIFE, LLC AGENT CONSENT.pdf**

OR

☐B. The consent of the registered agent is maintained by the entity.

**Article 3 - Governing Authority**

☑A. The limited liability company is to be managed by managers.

OR

☐B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

| | |
|---|---|
| Manager 1: **MAUREEN    PRICHARD** | Title: **Manager** |
| Address: ███████████████ **AUSTIN  TX, USA** ██████ | |
| Manager 2: **MARY    DEE** | Title: **Manager** |
| Address: ███████████████ **AUSTIN  TX, USA** ██████ | |

**Article 4 - Purpose**

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

**PRINCIPAL PLACE OF BUSINESS:**

**AUSTIN, TX** ▮▮▮▮▮

[The attached addendum, if any, is incorporated herein by reference.]

| Organizer |
|---|
| The name and address of the organizer are set forth below. |

**Corporation Service Company**       211 E. 7th Street Suite 620 Austin TX 78701

| Effectiveness of Filing |
|---|

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

| Execution |
|---|

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Corporation Service Company by: Kim Leonard, Assistant Secretary**

Signature of Organizer

**FILING OFFICE COPY**

**Form 401-A**
(Revised 12/09)



**Acceptance of Appointment**
**and**
**Consent to Serve as Registered Agent**
**§5.201(b) Business Organizations Code**

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

---

**Acceptance of Appointment and Consent to Serve as Registered Agent**

I acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

*Name of represented entity*

I am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

X:

| | | |
|---|---|---|
| *Signature of registered agent* | *Printed name of registered agent* | *Date (mm/dd/yyyy)* |

---

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

---

**Acceptance of Appointment and Consent to Serve as Registered Agent**

I am authorized to act on behalf of   Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
                                       *Name of organization designated as registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

THERMOGRAPHY FOR LIFE, LLC

*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

X:

| | | |
|---|---|---|
| *Signature of person authorized to act on behalf of organization* | Kim Leonard, Asst. Secretary   *Printed name of authorized person* | 6/15/2011   *Date (mm/dd/yyyy)* |

---

Form 401-A

3

**Form 503**
**(Revised 05/11)**

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $25**

This space reserved for office use.

**F I L E D**
**In the Office of the**
**Secretary of State of Texas**

**NOV 2 8 2012**

**Corporations Section**

**Assumed Name Certificate**

## Assumed Name

1. The assumed name under which the business or professional service is, or is to be, conducted or rendered is: _LIVING EXCEPTIONALLY INC_

## Entity Information

2. The legal name of the entity filing the assumed name is:

_THERMOGRAPHY FOR LIFE LLC_

*State the name of the entity as currently shown in the records of the secretary of state or on its organizational documents, if not filed with the secretary of state.*

3. The entity filing the assumed name is a: (Select the appropriate entity type below.)

☐ For-profit Corporation        ☒ Limited Liability Company
☐ Nonprofit Corporation        ☐ Limited Partnership
☐ Professional Corporation     ☐ Limited Liability Partnership
☐ Professional Association     ☐ Cooperative Association
☐ Other _____
   *Specify type of entity. For example, foreign real estate investment trust, state bank, insurance company, etc.*

4. The file number, if any, issued to the entity by the secretary of state is: _801439528_

5. The state, country, or other jurisdiction of formation of the entity is: _TEXAS, U.S.A._

6. The registered office or similar office address of the entity in its jurisdiction of formation is:

_211 E. 7th STREET, SUITE 620_
*Street Address*

_AUSTIN_                    _TX_        _USA_        _78701_
*City*                      *State*     *Country*    *Zip or Postal Code*

7. The entity's principal office address in Texas is: (See instructions.)

█████ Address 1 █████      _FORT WORTH_        _TX_        ████████
*Street Address*            *City*              *State*     *Zip or Postal Code*

8. The entity is not organized under the laws of Texas and is not required by law to maintain a registered agent and registered office in Texas. Its office address outside the state is:

_N/A._
*Street Address*                         *City*          *State*    *Zip or Postal Code*

**RECEIVED**

**NOV 2 8 2012**

Form 503                                        4

**Secretary of State**

## Period of Duration

☐ 9a.  The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.

**OR**

☒ 9b.  The period during which the assumed name will be used is ___10___ years from the date of filing with the secretary of state (not to exceed 10 years).

**OR**

☐ 9c.  The assumed name will be used until _____ (not to exceed 10 years).
                                        *mm/dd/yyyy*

## County or Counties in which Assumed Name Used

10.  The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:

☒ All counties

☐ All counties with the exception of the following counties: _____
_____

☐ Only the following counties: _____
_____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and also certifies that the person is authorized to sign on behalf of the identified entity.  If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date:  __11-23-12__

Signature of a person authorized by law to sign on behalf of the identified entity (see instructions)

Form 503                                    5

Attachment DDD                              EX 41
                                           2744

| Form 401 | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>**Filing Fee: See Instructions** | <br>**Statement of Change of<br>Registered Office/Agent** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 801439528 01/17/2013<br>Document #: 461742790003<br>Image Generated Electronically<br>for Web Filing** |

### Entity Information

The name of the entity is :

**THERMOGRAPHY FOR LIFE, LLC**

The file number issued to the entity by the secretary of state is: **801439528**

The registered agent and registered office of the entity as currently shown on the records of the secretary of state are:

**Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company**

**211 E. 7th Street, Suite 620, Austin, TX, USA 78701**

### Change to Registered Agent/Registered Office

The following changes are made to the registered agent and/or office information of the named entity:

#### Registered Agent Change

☐A. The new registered agent is an organization by the name of:

OR

☑B. The new registered agent is an individual resident of the state whose name is:

**Chantra Stewart**

#### Registered Office Change

☑C. The business address of the registered agent and the registered office address is changed to:



The street address of the registered office as stated in this instrument is the same as the registered agent's business address.

#### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

☑B. The consent of the registered agent is maintained by the entity.

### Statement of Approval

The change specified in this statement has been authorized by the entity in the manner required by the BOC or in the manner required by the law governing the filing entity, as applicable.

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **January 17, 2013**          **Mary Dee**

| | |
|---|---|
| | Signature of authorized person(s) |

**FILING OFFICE COPY**



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

John Steen
Secretary of State

## Forfeiture pursuant to Section 171.309 of the Texas Tax Code
### of
## THERMOGRAPHY FOR LIFE, LLC

File Number  :  801439528                Certificate / Charter forfeited  :   February 08, 2013

The Secretary of State finds that:

1.  The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2.  The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.





John Steen
Secretary of State

Come visit us on the Internet @http://www.sos.state.tx.us/

(512) 463-5555                FAX (512) 463-5709                TTY 7-1-1

Attachment DDD

EX 41
2747

To: Sec of State    Page 2 of 4                    2013-02-20 22:22:24 (GMT)                    16324876042    From: Mary Dee

**Form 801**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: See instructions**



**Application for Reinstatement**
**And Request to Set Aside**
**Tax Forfeiture**

This space reserved for office use

**FILED**
In the Office of the
Secretary of State of Texas

FEB 2 0 2013

Corporations Section

1.  The entity name is: THERMOGRAPHY FOR LIFE, LLC

The entity is a foreign entity that was required to obtain its registration under a name that differs from the legal name stated above. The name under which the entity is registered is:

2.  The file number issued to the entity by the secretary of state is: 0801439528

3.  The entity was forfeited or revoked under the provisions of the Tax Code on: 02/08/2013
    mm/dd/yyyy

4.  The undersigned requests that the forfeiture or revocation of the entity be set aside, and certifies that:
a.  The entity has filed each delinquent report that is required by chapter 171 of the Tax Code and has made payment for the tax, penalty, and interest imposed and that is due at the time of this application as evidenced by the attached tax clearance letter; and
b.  On the date of forfeiture or revocation, the undersigned person was:
   •  an officer, director or shareholder of the above-named for-profit or professional corporation; or
   •  an officer, director, shareholder or member of the above-named professional association; or
   •  an officer, director, or member of the above-named nonprofit corporation; or
   •  a member or manager of the above-named limited liability company; or
   •  a partner of the above-named limited partnership; or
   •  a trustee or beneficial owner of the above-named statutory or business trust.

**Additional Required Documentation or Filings**

☒ Comptroller of Public Accounts Tax Clearance Letter
☐ Letter of Consent or Amendment to Certificate of Formation or Registration (Required when entity name is no longer available.)

**Execution**

The undersigned declares under penalty of perjury, and the penalties imposed by law for the submission of a materially false or fraudulent instrument, that the undersigned is authorized to make this request; that the statements contained herein are true and correct, and that tax clearance was not obtained by providing false or fraudulent information.

Date: 02.19.13

BY: _Mary Dee_
    Signature of authorized person (see instructions)

MARY DEE
Printed or typed name of authorized person

Form 801                            3

## TEXAS COMPTROLLER of PUBLIC ACCOUNTS

P.O. Box 13528 · Austin, TX 78711-3528

February 19, 2013

THERMOGRAPHY FOR LIFE, LLC
Address 1
FORT WORTH, TX

### TAX CLEARANCE LETTER FOR REINSTATEMENT*

To: Texas Secretary of State
Corporations Section

Re: THERMOGRAPHY FOR LIFE, LLC
Taxpayer number:
File number: 0801439528

The referenced entity has met all franchise tax requirements and is eligible for reinstatement through May 15, 2013.

MICHAEL MARTINEZ
Enforcement - Fort Worth, N
Field Operations - Enforcement
(817) 847-6201

*The reinstatement must be filed with the Texas Secretary of State on or before the expiration date of this letter. Forms and instructions for reinstatement can be found at www.sos.state.tx.us/corp/forms_options.shtml or by calling (512) 463-5582. This tax clearance letter must be attached to the reinstatement forms.

NOTE: If the entity fails to reinstate on or before the tax clearance date indicated in this letter, additional franchise tax filing requirements must be met and a new request for tax clearance must be submitted prior to reinstatement.

Form FT-377 (Rev.12-07/4)

00015379295

**Filing Number:** ███9528

## Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**


05-102
(Rev.11-12/31)
FORM
■ Tcode 13196 Franchise

FIELD MAIL

■ Taxpayer number

**You have certain rights** under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at (800) 252-1381 or (512) 463-4600.

■ Report year

| 2 | 0 | 1 | 2 |

Taxpayer name
**THERMOGRAPHY FOR LIFE, LLC**

Mailing address **Address 1**

Secretary of State (SOS) file number or Comptroller file number

City FORT WORTH  State TX  ZIP Code ████  Plus 4

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

**SECTION A** Name, title and mailing address of each officer, director or manager.

3204446249012

| Name | Title | Director | | m m d d y y |
|------|-------|----------|--|-------------|
| MARY DEE | MANAGER | ○ YES | Term expiration | |
| Address 1 | City FORT WORTH | | State TX | ZIP ██████ |
| Name MAUREEN PRICHARD | Title MANAGER | ○ YES | Term expiration | 0 2 2 8 1 3 |
| Mailing address ████ | City TITUSVILLE | | State FL | ZIP Code |
| Name | Title | ○ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*  ○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: CHANTRIA STEWART

Office: **Address 1**  City FORT WORTH  State TX  ZIP ████

The above address is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | Title MANAGER | Date 02-19-13 | Area code and phone number (323) 640 - 0738 |

**Texas Comptroller Official Use Only**

| VE/DE | ● | PIR IND | ○ |

Filing Number: ████ 9528

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
FORM

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number

| Report year | | | |
|---|---|---|---|
| 2 | 0 | 1 | 3 |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name
**THERMOGRAPHY FOR LIFE, LLC**

Mailing address  Address 1

Secretary of State (SOS) file number or Comptroller file number

City  **FORT WORTH**  State **TX**  ZI ████  Plus 4  ████ 9528

○  Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  Address 1  **Fort Worth, TX** ████

Principal place of business  Address 1  **Fort Worth, TX** ████

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204446249013

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|
| **Robert Bell** | **MANAGER** | ● YES | | | | | | | |
| Mailing address  Address 1 | City **Fort Worth** | State **TX** | ZIP Code ████ | | | | | | |
| Name **MARY DEE** | Title **MANAGER** | Director ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address  Address 1 | City **FORT WORTH** | State **TX** | ZIP C ████ | | | | | | |
| Name | Title | Director ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address | City | State | ZIP Code | | | | | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CHANTRA STEWART**

○ Blacken circle if you need forms to change the registered agent or registered office information.

Office: Address 1  City **FORT WORTH**  State **TX**  ZIP ████

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ►  **Mary Dee**  Title **Electronic**  Date **08-01-2013**  Area code and phone number ( **760** )  **566 - 6279**

### Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

**Filing Number:** ███ 9528

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
**FORM**
Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number ███████

■ Report year **2 0 1 4**

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name
**THERMOGRAPHY FOR LIFE, LLC**

Mailing address
**6340 Lake Worth Blvd. #103**

Secretary of State (SOS) file number or Comptroller file number

| City | State | ZIP Code | Plus 4 | |
|---|---|---|---|---|
| **FORT WORTH** | **TX** | **76135** | | ███ 9528 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

**Please sign below!**

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204446249014

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **ROBERT BELL** | **DIRECTOR** | | ● YES | | | | |
| Mailing address **Address 1** | City **FORT WORTH** | | | State **TX** | ZIP | | |
| Name **MARY DEE** | Title **DIRECTOR** | | Director ● YES | Term expiration | m m | d d | y y |
| Mailing address **Address 1** | City **FORT WORTH** | | | State **TX** | ZIP | | |
| Name **ROBERT BELL** | Title **MANAGER** | | Director ○ YES | Term expiration | m m | d d | y y |
| Mailing address **Address 1** | City **FORT WORTH** | | | State **TX** | ZIP Code | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CHANTRA STEWART**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office **Address 1** | City **FORT WORTH** | State **TX** | ZIP C |
|---|---|---|---|

The information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here** ➤ **Mary Dee**

| Title **Electronic** | Date **05-12-2014** | Area code and phone number ███ - 9125 |
|---|---|---|

### Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

**Texas Franchise Tax Public Information Report**

05-102
(Rev.9-11/30)
Tcode 13196 Franchise

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number

■ Report year: **2 0 1 4**

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name: **THERMOGRAPHY FOR LIFE, LLC**

Mailing address: **6340 Lake Worth Blvd. #103**

City: **FORT WORTH** | State: **TX** | ZIP Code: **76135** | Plus 4:

Secretary of State (SOS) file number or Comptroller file number: **9528**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204446249014

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m | d d | y y |
|---|---|---|---|---|---|---|
| **MARY DEE** | **MANAGER** | ○ YES | Term expiration | | | |
| Address 1 | City **FORT WORTH** | State **TX** | | ZIP Code **76108** | | |
| Name | Title | Director ○ YES | Term expiration | m m | d d | y y |
| Mailing address | City | State | | ZIP Code | | |
| Name | Title | Director ○ YES | Term expiration | m m | d d | y y |
| Mailing address | City | State | | ZIP Code | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
Agent: **CHANTRA STEWART**

○ Blacken circle if you need forms to change the registered agent or registered office information.

Office: Address 1 | City **FORT WORTH** | State **TX** | ZIP

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▸ **Mary  Dee** | Title **Electronic** | Date **05-12-2014** | Area code and phone number **- 9125**

**Texas Comptroller Official Use Only**

VE/DE ○ | PIR IND ○

Filing Number: ▇▇▇9528

## Texas Franchise Tax Public Information Report

05-102 (Rev.9-11/30)
Tcode 13196 Franchise

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

| ■ Taxpayer number | ■ Report year | **You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600. |
|---|---|---|
| ▇▇▇▇▇▇▇ | 2 0 1 5 | |

| Taxpayer name |
|---|
| **THERMOGRAPHY FOR LIFE, LLC** |

| Mailing address |
|---|
| **6340 LAKE WORTH BLVD # 103** |

| City | State | ZIP Code | Plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| **FORT WORTH** | **TX** | **76135** | | ▇▇▇9528 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| Principal place of business |

**Please sign below!**

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204446249015

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | | m m d d y y |
|---|---|---|---|---|---|
| **ROBERT BELL** | **DIRECTOR** | ● YES | Term expiration | | |
| Mailing address **Address 1** | City **FORT WORTH** | State **TX** | ZIP | | |
| Name **ROBERT BELL** | Title **MANAGER** | Director ○ YES | Term expiration | | m m d d y y |
| Mailing address **Address 1** | City **FORT WORTH** | State **TX** | ZIP Code | | |
| Name **MARY DEE** | Title **MANAGER** | Director ○ YES | Term expiration | | m m d d y y |
| Mailing address **Address 1** | City **FORT WORTH** | State **TX** | ZIP Code | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | Blacken circle if you need forms to change the registered agent or registered office information. ○ |
|---|---|
| Agent: **CHANTRA STEWART** | |

| Office **Address 1** | City **FORT WORTH** | State **TX** | ZIP Code |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | **Mary Dee** | Title **Electronic** | Date **05-04-2015** | Area code and phone number ▇▇▇ 9125 |
|---|---|---|---|---|

### Texas Comptroller Official Use Only

| | VE/DE ○ | PIR IND ○ |
|---|---|---|

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
13196 Franchise

To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Taxpayer number

■ Report year

**2 0 1 5**

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name
**THERMOGRAPHY FOR LIFE, LLC**

Mailing address
**6340 LAKE WORTH BLVD # 103**

| City | State | ZIP Code | Plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| **FORT WORTH** | **TX** | **76135** | | **9528** |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*  Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204446249015

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **MARY DEE** | **DIRECTOR** | ● YES | Term expiration | |
| Address 1 | City **FORT WORTH** | | State **TX** | ZIP Code |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent  or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10  percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*     ○ Blacken circle if you need forms to change the registered agent or registered office information.
Agent: **CHANTRA STEWART**

| Office: Address 1 | City **FORT WORTH** | State **TX** | ZI |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here▶ Mary  Dee | Title **Electronic** | Date **05-04-2015** | Area code and phone number **9125** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

Filing Number: ████9528

## Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)
FORM

To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode 13196 Franchise

■ Taxpayer number

■ Report year

**2 0 1 6**

*You have certain rights* under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at (800) 252-1381or (512) 463-4600.

| | |
|---|---|
| Taxpayer name | THERMOGRAPHY FOR LIFE, LLC |
| Mailing address | 6340 LAKE WORTH BLVD # 103 |
| City  FORT WORTH | State  TX   ZIP Code  76135   Plus 4 |
| Secretary of State (SOS) file number or Comptroller file number | ████9528 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office    6340 LAKE WORTH BLVD #103
Principal place of business    FORT WORTH TX 76135

*Please sign below!*   Officer, director and manager information is reported as of the date a Public Information Report is completed.  The information is updated annually as part of the franchise tax report.  There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204446249016

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name  **MARY DEE** | Title  **MANAGER** | Director  ○ YES | Term expiration | m m d d y y |
| Mailing address  Address 1 | City  **FORT WORTH** | State  **TX** | ZIP |
| Name  **ROBERT BELL** | Title  **MANAGER** | Director  ○ YES | Term expiration | m m d d y y |
| Mailing address  Address 1 | City  **FORT WORTH** | State  **TX** | ZIP Code |
| Name  **ROBERT BELL** | Title  **DIRECTOR** | Director  ● YES | Term expiration | m m d d y y |
| Mailing address  Address 1 | City  **FORT WORTH** | State  **TX** | ZIP Code |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent  or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10  percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*     ○ Blacken circle if you need forms to change the registered agent or registered office information.
Agent: **CHANTRA STEWART**
Office Address 1     City  **FORT WORTH**   State  **TX**   ZIP Code

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here  Mary  Dee | Title  **Electronic** | Date  **08-12-2016** | Area code and phone number  ( )  9125 |

### Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |

EX 41
2756

## Texas Franchise Tax Public Information Report

05-102 (Rev.9-11/30)

*To be filed by Corporations , Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

Tcode 13196 Franchise

■ Taxpayer number

■ Report year: **2 0 1 6**

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600.

Taxpayer name: **THERMOGRAPHY FOR LIFE, LLC**

Mailing address: **6340 LAKE WORTH BLVD # 103**

City: **FORT WORTH**  State: **TX**  ZIP Code: **76135**  Plus 4:

Secretary of State (SOS) file number or Comptroller file number: **9528**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **6340 LAKE WORTH BLVD #103**

Principal place of business: **FORT WORTH TX 76135**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204446249016

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|---|
| **MARY DEE** | **DIRECTOR** | ● YES | | | | | |
| Address 1 | City **FORT WORTH** | State **TX** | | | ZIP Code **76108** | | |
| Name | Title | ○ YES | | Term expiration | m m | d d | y y |
| Mailing address | City | State | | | ZIP Code | | |
| Name | Title | ○ YES | | Term expiration | m m | d d | y y |
| Mailing address | City | State | | | ZIP Code | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **CHANTRA STEWART**

Office: Address 1  City **FORT WORTH**  State **TX**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ **Mary Dee**  Title **Electronic**  Date **08-12-2016**  Area code and phone number **9125**

### Texas Comptroller Official Use Only

VE/DE ○   PIR IND ○