UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**\*\*IN CAMERA\*\***

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-00729 JAK (MRWx) | Date | February 1, 2018 |
| Title | Federal Trade Commission v. Digital Altitude, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Andrew Hudson | Not Present |
| Laura Basford | |

**Proceedings:** **IN CAMERA HEARING RE PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND ORDER WAIVING NOTICE REQUIREMENT (DKT. 5)**

The hearing on the application is held. The hearing proceeds in camera with the presence of court staff and counsel for Plaintiff only. The transcript is ordered sealed and shall not be provided to any person(s) other than Plaintiff's counsel without an order from this Court. The Court states its tentative views that it is inclined to GRANT the Plaintiff's Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue and Order Waiving Notice Requirement (the "Application") if certain issues are sufficiently explained and a corresponding justification for the requested relief is shown. Counsel address the Court. The Court adheres to its tentative views and GRANTS the Application with certain modifications all of which are stated on the record, including as to the procedure for making a total of no more than $5000 available to each individual Defendant from his or her frozen accounts to allow his or her payment of essential living expenses; provided, however, this is without prejudice to a claim by Plaintiff, later in the litigation, seeking to recover any amounts disbursed. Plaintiff shall submit a revised proposed order today. The hearing on the Preliminary Injunction is set for February 15, 2018 at 1:30 pm.

**IT IS SO ORDERED.**

| | : | 50 |
|---|---|---|
| Initials of Preparer | ak | |