1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

10 | **Federal Trade Commission**, | No. 2:18-CV-00729-JAK (MRWx)

11 | Plaintiff,

12 | vs. | **ORDER RE EX PARTE**
**APPLICATION TO STRIKE**

13 | **Digital Altitude, LLC, et al.**, | **DOCKET ENTRIES 67 AND 67-1**
**(DKT. 68)**

14 | Defendants.

15
16

Upon consideration of the Federal Trade Commission's ("FTC") Application

17
to Strike Docket Entries 67 and 67-1, it is hereby Ordered that the Application is

18
**GRANTED**, and

19
IT IS FURTHER ORDERED that the Clerk shall strike Docket Entries 67

20
and 67-1. The FTC shall promptly file the correct versions of such proof of service

21
documents on the docket.

22
IT IS SO ORDERED.

23
24
Dated: February 27, 2018

25
_____
JOHN A. KRONSTADT

26
UNITED STATES DISTRICT JUDGE

27
28

1