Andrew Hudson (DC Bar No. 996294)
(202) 326-2213 / ahudson@ftc.gov
Laura Basford (DC Bar No. 993645)
(202) 326-2343 / lbasford@ftc.gov
Jody Goodman (DC Bar No. 404879)
(202) 326-3096 / jgoodman1@ftc.gov
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580

Local Counsel
Kenneth Abbe (CA Bar No. 172416)
(310) 824-4313 / kabbe@ftc.gov
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024


Attorneys for Plaintiff
Federal Trade Commission

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **Federal Trade Commission**, | No. LA CV18-00729 JAK (MRWx) |
|---|---|
| Plaintiff, | JOINT REPORT REGARDING STATUS OF DIRECT SETTLEMENT DISCUSSIONS |
| vs. | |
| **Digital Altitude LLC, et al.**, | |
| Defendants. | |

Pursuant to this Court's Minute Order issued on May 21, 2018 (Docket No. 166), the parties hereby file this Joint Report Regarding Status of Direct Settlement Discussions. The Court directed the parties to report on whether: "(i) [settlement] discussions are ongoing, and, if so, when are they expected to conclude; or (ii)

1

whether a settlement conference with Magistrate Judge Wilner would be productive, and if so, when." *Id.*

Counsel for the FTC and Defendant Alan Moore report that settlement discussions are ongoing, and will likely conclude within two weeks.

Counsel for the FTC and Defendants Michael Force, Mary Dee, Digital Altitude, LLC and Thermography for Life, LLC report that settlement discussions came to a standstill some time before counsel for these Defendants filed their motion to withdraw (*see* Docket No. 196) on July 13, 2018. These parties do not believe a settlement conference with Magistrate Judge Wilner would be productive.

The remaining defendants in this matter are either: (1) in default (Aspire Processing LLC, Disc Enterprises Inc., Rise Systems and Enterprise LLC incorporated in Utah, Rise Systems and Enterprise LLC incorporated in Nevada, Soar International Limited Liability Company, Digital Altitude Limited, Aspire Processing Limited, and Aspire Ventures Ltd.)[1]; or (2) subject to a stay pending the FTC Commissioners' review of a proposed settlement agreement (Sean Brown).[2]

---

[1] *See* Docket No. 186 (entry of default as to Defendants Digital Altitude Limited, Aspire Processing Limited, and Aspire Ventures Ltd.); Docket No. 133 (entry of default as to Aspire Processing LLC, Disc Enterprises Inc., Rise Systems and Enterprise LLC incorporated in Utah, Rise Systems and Enterprise LLC incorporated in Nevada, and Soar International Limited Liability Company).

[2] *See* Docket No. 191.

| | |
|---|---|
| | Respectfully submitted, |
| | |
| | ALDEN F. ABBOTT |
| | General Counsel |
| Dated: July 20, 2018 | |
| |   /s/ Laura Basford |
| | Andrew Hudson |
| | Laura Basford |
| | Jody Goodman |
| | Federal Trade Commission |
| | 600 Pennsylvania Ave., NW |
| | Mailstop CC-8528 |
| | Washington, DC 20580 |
| | (202) 326-2213 / ahudson@ftc.gov |
| | (202) 326-2343 / lbasford@ftc.gov |
| | (202) 326-3096 / jgoodman1@ftc.gov |
| | |
| | Kenneth Abbe (CA Bar No. 172416) |
| | Federal Trade Commission |
| | 10990 Wilshire Boulevard, Suite 400 |
| | Los Angeles, California 90024 |
| | (310) 824-4313 / kabbe@ftc.gov |
| | |
| | Attorneys for Plaintiff |
| | FEDERAL TRADE COMMISSION |

_____
Andrew Gordon
Gordon Law Group, Ltd.
400 Central Ave.
Suite 340
Northfield, IL 60093
Phone: 847-580-1279
abg@gordonlawltd.com

*A*ttorney *for Defendants Digital Altitude LLC, Michael Force, Mary Dee, and Thermography*

3

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | | ALDEN F. ABBOTT<br>General Counsel |
| 4 | Dated: July 20, 2018 | |
| 5 | | Andrew Hudson |
| 6 | | Laura Basford |
| 7 | | Jody Goodman<br>Federal Trade Commission |
| 8 | | 600 Pennsylvania Ave., NW<br>Mailstop CC-8528 |
| 9 | | Washington, DC 20580 |
| 10 | | (202) 326-2213 / ahudson@ftc.gov<br>(202) 326-2343 / lbasford@ftc.gov |
| 11 | | (202) 326-3096 / jgoodman1@ftc.gov |
| 12 | | Kenneth Abbe (CA Bar No. 172416) |
| 13 | | Federal Trade Commission |
| 14 | | 10990 Wilshire Boulevard, Suite 400<br>Los Angeles, California 90024 |
| 15 | | (310) 824-4313 / kabbe@ftc.gov |
| 16 | | |
| 17 | | Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |
| 18 | | |
| 19 | | |
| 20 | *[signature]* | |
| 21 | _____ | |
| 22 | Andrew Gordon | |
| 23 | Gordon Law Group, Ltd.<br>400 Central Ave. | |
| 24 | Suite 340 | |
| 25 | Northfield, IL 60093<br>Phone: 847-580-1279 | |
| 26 | abg@gordonlawltd.com | |
| 27 | | |
| 28 | | |

3

|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 | <u>/s/ Reza Sina (with permission)</u><br>Reza Sina |
| 5 | Sina Law Group |
| 6 | 3727 W. Magnolia Blvd, #277<br>Burbank, CA 91505 |
| 7 | Phone: 310-957-2057 |
| 8 | reza@sinalawgroup.com |
| 9 | ***Attorney for Defendant Alan Moore*** |

4

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, I electronically filed the foregoing Joint Report Regarding Status of Direct Settlement Discussions with the Clerk of the Court using CM/ECF, and caused a copy of the same to be served on all non-defaulted parties using CM/ECF:

Andrew Gordon
Gordon Law Group, Ltd.
400 Central Ave.
Suite 340
Northfield, IL 60093
Phone: 847-580-1279
abg@gordonlawltd.com

Bradley Gross
2645 Executive Park Drive
Suite 119
Weston, FL 33331
Phone: 954-217-6225
Brad@bradleygross.com

Hansen Tong
███████████████
West Hollywood, CA ███
Phone: 323-813-5979
Hansen@toslawyer.com

*Attorney for Defendants Digital Altitude LLC, Michael Force, Mary Dee, and Thermography for Life, LLC, also d/b/a Living Exceptionally, Inc.*

Reza Sina
Sina Law Group
3727 W. Magnolia Blvd, #277
Burbank, CA 91505
Phone: 310-957-2057
reza@sinalawgroup.com

*Attorney for Defendant Alan Moore*

Benjamin King
Loeb & Loeb LLP
101100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Phone: 310-282-2000
bking@loeb.com

*Attorney for Thomas Seaman, Court-Appointed Receiver*

**Sean Brown,** *Pro Se*
seanbrownlaw@gmail.com

/s/ Laura Basford
_____
Laura Basford

5