UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-729 JAK (MRWx) | Date | October 9, 2018 |
|---|---|---|---|
| Title | Federal Trade Commission v. Digital Altitude LLC | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | XTR 10/9/2018 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Andrew Hudson | Steven Rodriguez |
| Jody Goodman | Mary Dee, Pro Se |

**Proceedings:**   ORDER RE: TELEPHONE CONFERENCE

The Court conferred with the parties regarding the status of the case. The Court sets a further telephonic status conference on October 25, 2018 at 9:00 a.m.

|  | : | 40 |
|---|---|---|
|  | Initials of Preparer | vp |