Andrew Hudson (DC Bar No. 996294)
(202) 326-2213 / ahudson@ftc.gov
Laura Basford (DC Bar No. 993645)
(202) 326-2343 / lbasford@ftc.gov
Jody Goodman (DC Bar No. 404879)
(202) 326-3096 / jgoodman1@ftc.gov
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580

Local Counsel
Kenneth Abbe (CA Bar No. 172416)
(310) 824-4313 / kabbe@ftc.gov
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024

Attorneys for Plaintiff
Federal Trade Commission

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, | No. 2:18-CV-0729 JAK (MRWx) |
| Plaintiff, | JOINT APPLICATION FOR PARTIAL STAY OF PROCEEDINGS AS TO DEFENDANT MICHAEL FORCE |
| vs. | |
| **Digital Altitude LLC, et al.**, | |
| Defendants. | |

Plaintiff Federal Trade Commission and Defendant Michael Force hereby request that the Court stay this case as to Defendant Michael Force until January 1, 2019. In support of this Application, Plaintiff states the following:

1. Plaintiff and Defendant Michael Force have reached agreement on a proposed final settlement, which Defendant Michael Force has signed.

1

2. Plaintiff will submit the proposed final settlement to the FTC Commissioners for review. Counsel are informed and believe that it will likely take between eight and twelve weeks to secure this approval.

3. Without a stay of the proceedings, Plaintiff and Defendant Michael Force will continue to incur the costs of litigation, including preparing and responding to discovery and summary judgment briefing. These costs will be unnecessary should the parties' proposed final settlement agreement be approved and entered by this Court.

4. For this reason, granting the requested stay will also serve the interests of judicial economy. Approval and entry of the proposed final settlement will narrow the issues requiring presentation and resolution at both summary judgment and trial.

5. For these reasons, Plaintiff requests that the Court stay all proceedings in this case, as to Defendant Michael Force only, until January 1, including suspending all deadlines.

6. If the FTC Commissioners approve the proposed final settlement, counsel will file the stipulated final order for the Court's approval. If the FTC Commissioners do not approve the proposed final settlement, and the parties are unable to agree on revisions sufficient to secure such approval, counsel will proceed against Defendant Michael Force and will move the Court for an amended scheduling order setting appropriate deadlines regarding Defendant Michael Force.

7. The stay sought by this Application will not apply to any other Defendant in the case. Plaintiff will continue to explore settlement options with the other Defendants, as appropriate. If Plaintiff reaches provisional settlements with any other Defendants, Plaintiff will file subsequent motions to stay as to those Defendants as well.

8. Though no other Defendants are party to this Application, a stay will not impose any undue hardship as all deadlines will remain the same as to them.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | ALDEN F. ABBOTT |
|  | General Counsel |
| Dated: October 9, 2018 |  |
|  | /s/ Andrew Hudson |
|  | Andrew Hudson |
|  | Laura Basford |
|  | Jody Goodman |
|  | Federal Trade Commission |
|  | 600 Pennsylvania Ave., NW |
|  | Mailstop CC-8528 |
|  | Washington, DC 20580 |
|  | (202) 326-2213 / ahudson@ftc.gov |
|  | (202) 326-2343 / lbasford@ftc.gov |
|  | (202) 326-3096 / jgoodman1@ftc.gov |
|  |  |
|  | Kenneth Abbe (CA Bar No. 172416) |
|  | Federal Trade Commission |
|  | 10990 Wilshire Boulevard, Suite 400 |
|  | Los Angeles, California 90024 |
|  | (310) 824-4313 / kabbe@ftc.gov |
|  |  |
|  | Attorneys for Plaintiff |
|  | FEDERAL TRADE COMMISSION |

Dated: October ____, 2018

_____
Michael Force

Respectfully submitted,

ALDEN F. ABBOTT
General Counsel

Dated: October \_\_\_\_, 2018

Andrew Hudson
Laura Basford
Jody Goodman
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-8528
Washington, DC 20580
(202) 326-2213 / ahudson@ftc.gov
(202) 326-2343 / lbasford@ftc.gov
(202) 326-3096 / jgoodman1@ftc.gov

Kenneth Abbe (CA Bar No. 172416)
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
(310) 824-4313 / kabbe@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Dated: October \_\_9\_\_, 2018

Michael Force

3

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I electronically filed the foregoing Joint Application for Partial Stay of Proceedings as to Defendant Michael Force with the Clerk of the Court using CM/ECF, and caused a copy of the same to be served on all non-defaulted parties in the manner specified below:

**Via CM/ECF:**

Benjamin King
Loeb & Loeb LLP
101100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Phone: 310-282-2000
bking@loeb.com

*Attorney for Thomas Seaman, Court-Appointed Receiver*

**Michael Force,** *Pro Se*
coach.michaelforce@gmail.com

**Mary Dee,** *Pro Se*
mdeelegal@gmail.com

Reza Sina
Sina Law Group
3727 W. Magnolia Blvd, #277
Burbank, CA 91505
Phone: 310-957-2057
reza@sinalawgroup.com

*Attorney for Defendant Alan Moore*

Steven L. Rodriguez
Rodriguez Law, APC
26565 W. Agoura Rd., Ste. 200
Calabasas, CA 91302
Ph: 818-925-0054
steve@rodriguezlawapc.com

*Attorney for Defendant Thermography for Life, LLC, also d/b/a Living Exceptionally, Inc.*

/s/ Andrew Hudson
Andrew Hudson