# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, | No. 2:18-CV-729-JAK (MRWx) |
| Plaintiff, | [PROPOSED] ORDER STAYING PROCEEDINGS AS TO DEFENDANT MICHAEL FORCE |
| vs. | |
| **Digital Altitude LLC, et al.**, | |
| Defendants. | |

Upon consideration of Plaintiff and Defendant Michael Force's Joint Application for Stay of Proceedings as to Defendant Michael Force, to allow Plaintiff time to seek approval of the proposed settlement between Plaintiff and Defendant Michael Force from the FTC Commissioners, and good cause appearing, it is hereby:

**ORDERED** that the request is **GRANTED**, and

**IT IS FURTHER ORDERED** that all the proceedings in this case as to Michael Force are stayed until January 1, 2019.

DATED this _____ day of _____, 2018.

_____
John A. Kronstadt

1