LANCE N. JURICH (SBN 132695)
ljurich@loeb.com
BENJAMIN R. KING (SBN 205447)
bking@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for THOMAS A.
SEAMAN, Court-Appointed Receiver

Thomas Seaman, CFA
Court-Appointed Receiver
3 Park Plaza, Suite 550
Irvine, CA  92614
Telephone (949) 222-0551
Facsimile (949) 222-0661

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:18-cv-00729 JAK-MRW |
| Plaintiff, | Assigned to Hon. John A. Kronstadt |
| v. | **DECLARATION OF BENJAMIN R. KING IN SUPPORT OF THIRD MOTION OF RECEIVER THOMAS A. SEAMAN FOR APPROVAL TO PAY INTERIM FEES AND COSTS TO RECEIVER'S COUNSEL, LOEB & LOEB, LLP** |
| DIGITAL ALTITUDE LLC,  a Delaware limited liability company; DIGITAL ALTITUDE LIMITED, United Kingdom company; ASPIRE PROCESSING LLC, a Nevada limited liability company; ASPIRE PROCESSING LIMITED, a United Kingdom company; ASPIRE VENTURES LTD., a United Kingdom company; DISC ENTERPRISES INC., a Nevada corporation; RISE SYSTEMS & ENTERPRISE LLC, a Utah limited liability company; RISE SYSTEMS & ENTERPRISE LLC, a Nevada limited liability company; SOAR INTERNATIONAL LIMITED LIABILITY COMPANY, a Utah limited liability company; THE UPSIDE, LLC, a California limited liability company; THERMOGRAPHY FOR LIFE, LLC, also d/b/a LIVING EXCEPTIONALLY, INC., a Texas limited liability company; MICHAEL FORCE, individually and as an officer, | Date:  November 18, 2019<br>Time:  8:30 a.m.<br>Place:  Courtroom 10B<br>350 W. First Street<br>Los Angeles, 90012<br><br>**Complaint Filed:  January 29, 2018** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17533099.2
211605-10008

DECLARATION OF BENJAMIN R. KING IN SUPPORT
OF MOTION FOR APPROVAL TO PAY INTERIM FEES
AND COSTS

member and/or manager of Digital Altitude LLC and Soar International Limited Liability Company; MARY DEE, individually and as an officer, member and/or manager of Digital Altitude LLC, Digital Altitude Limited, Aspire Processing LLC, RISE Systems & Enterprise LLC, The Upside, LLC, and Thermography for Life, LLC; MORGAN JOHNSON, individually and as an officer, member and/or manager of Digital Altitude LLC and RISE Systems & Enterprise LLC; ALAN MOORE, individually and as an officer, member and/or manager of Digital Altitude LLC and Aspire Processing Limited; and SEAN BROWN, individually and as an officer, member and/or manager of Aspire Processing LLC, Disc Enterprises Inc. and RISE Systems & Enterprise LLC,

                    Defendants.

## DECLARATION OF BENJAMIN R. KING

I, Benjamin R. King, hereby declare as follows:

1.      I am an attorney with the law firm of Loeb & Loeb LLP, counsel of record for Thomas A. Seaman, the Court-appointed Receiver in the above-captioned matter.  I am in good standing and am duly licensed to practice law before this Court.  I am one of the attorneys principally responsible for handling the day-to-day representation of the Receiver in this action.  The following is of my own personal knowledge, and if called as a witness, I could and would competently testify thereto. I make this Declaration in support of the concurrently filed Motion of Receiver Thomas A. Seaman for Approval to Pay Interim Fees and Costs to Receiver's Counsel, Loeb & Loeb, LLP ("Motion").

2.      The primary attorneys and paralegal responsible for the day-to-day representation of Receiver are as follows:

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17533099.2
211605-10008

DECLARATION OF BENJAMIN R. KING IN SUPPORT OF MOTION FOR APPROVAL TO PAY INTERIM FEES AND COSTS

| Attorney | Title/Position | Standard Hourly Billing Rate | Discounted Hourly Billing Rate |
|---|---|---|---|
| Lance N. Jurich (Admitted in 1988) | Partner | $900.00 | $695.00 |
| Benjamin R. King (Admitted in 1999) | Partner | $775.00 | $595.00 |
| Daniel Friedman (Admitted in 1985) | Senior Counsel | $750.00 | $575.00 |
| Fiona P. McKeown (1993) | Paralegal | $380.00 | $300.00 |

3.     The billing rates listed above are the rates negotiated between the Receiver and Loeb and not the rates normally billed to Loeb's other clients for similar services.  For example, Lance Jurich's standard billing rate for 2019 is $900.00 and my standard billing rate for 2019 is $775.00.

4.     I was first admitted as an attorney in October, 1999, and have served in that capacity regularly since that time (roughly 19 years).  Through such work, I have gained an understanding as to the billing rates normally charged by firms similar to Loeb in terms of size and expertise.  The standard hourly rates as stated above are reasonable for attorneys of like experience to me, Mr. Jurich, and Mr. Friedman in the relevant Los Angeles market.  Nevertheless, as stated above, Loeb has agreed to significantly discount its rates in this matter, to $695/hr. for Mr. Jurich, $595/hr for Mr. Daniel Friedman and $595/hr. for Mr. King and $300/hr for Ms. McKeown (the latter reduced from $380/hour to $300/hour in keeping with this Court's ruling on the prior Second Fee Application pertaining to Loeb's fees).  Loeb agreed to these rates without increases during the life of this matter, which has continued for roughly 1.5 years after its initial filing.

5.     Loeb kept detailed and segregated records of the billable time for which the Receiver now seeks authority to pay.  Attached hereto as **Exhibit A** is a true and correct set of invoices prepared by Loeb's billing department (redacted for

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17533099.2
211605-10008

3

DECLARATION OF BENJAMIN R. KING IN
SUPPORT OF MOTION FOR APPROVAL TO
PAY INTERIM FEES AND COSTS

privilege) setting forth the specific tasks performed and the time spent performing those tasks by Loeb's timekeepers identified above.

6.     The total amount of attorneys' fees incurred for these activities (after Loeb's discount on its rates is applied), is $87,755.50.  These fees and costs are broken down in detail not only in the accompanying Loeb invoices which reflect task billing (and not block billing) to show the specific work, but also in the summary charts prepared in the format this Court requires in its Initial Standing Order in this matter [Docket No. 65] and attached hereto as **Exhibits B and C**, respectively.  In addition to these charts, and also as required by this Court's Initial Standing Order, Loeb will email to this Court an Excel-format spreadsheet which will contain all of Loeb's billing entries for the relevant time period.  Loeb will not redact the entries on the Excel Spreadsheet for privilege given its understanding that the spreadsheet is for this Court's use and is not to be served on the parties or any third parties (and because redaction of an editable electronic document is problematic).

7.     The costs incurred on behalf of the Receivership Estate through Loeb during the same period total $270.22.  The detail for such costs is included on the invoices attached collectively as Exhibit A, and are summarized as follows:

| Cost | Amount |
|---|---|
| LEXIS RESEARCH | $9.40 |
| LOCAL TRAVEL | $34.85 |
| MESSENGER/COURIER | $968.08 |
| ONLINE RESEARCH | $74.20 |
| PHOTOCOPY | $138.75 |
| POSTAGE | $15.94 |
| SERVICE FEE - | $60.00 |
| | **$1301.22** |

8.     Again, the attorneys who have primarily performed services for the Receiver in this matter are Lance N. Jurich and myself.  Mr. Jurich is a partner in

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17533099.2
211605-10008

4

DECLARATION OF BENJAMIN R. KING IN
SUPPORT OF MOTION FOR APPROVAL TO
PAY INTERIM FEES AND COSTS

our Los Angeles Creditor's Rights And Bankruptcy Department, is a very experienced attorney who has served for 30 years specializing in the areas of bankruptcy, receiverships, restructuring, workouts and turnarounds. He has effectively represented Loeb's clients' interests related to federal and state bankruptcy and state-court creditors' rights proceedings. A true and correct copy of Mr. Jurich's Bio is attached hereto as **Exhibit D**.

9.   I am also a partner in Loeb's Los Angeles Creditor's Rights And Bankruptcy Department, and am a commercial litigator and creditors' rights attorney with substantial experience and expertise representing receivers. I am a member of the Board of Directors for the Los Angeles/Orange County Chapter of the California Receiver's Forum, and I specialize in the employment of prejudgment remedies such as receiverships and injunctive remedies. In my 19-year career, I have represented both receivers and secured lenders seeking the appointment of receivers in both state and federal court. A true and correct copy of my current Firm Bio is attached hereto as **Exhibit E**.

10.   Attorney Daniel Friedman performed a very limited role in preparing evidentiary objections in connection with the Receiver's motion for turnover from PMV. Mr. Friedman holds the title of Senior Counsel at Loeb and is an experienced litigator and trial lawyer. Mr. Friedman was admitted to the State Bar of California June of 1992. A true and correct copy of Mr. Friedman's Firm Bio is attached hereto as **Exhibit F**.

11.   Also assisting with Receiver's representation is paralegal Fiona Mckeown. Ms. McKeown has practiced as a paralegal since September of 1993 and has been employed by Loeb & Loeb, LLP since June of 2005. She currently supports Loeb's litigation and bankruptcy practice groups. Ms. McKeown's work in connection with this matter for purposes of the Fees Motion was primarily to assist with the preparation of the Receiver's first and second fee applications to this Court for fees and costs incurred by Receiver and Receiver's counsel. Ms. McKeown was

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17533099.2
211605-10008

5

DECLARATION OF BENJAMIN R. KING IN
SUPPORT OF MOTION FOR APPROVAL TO
PAY INTERIM FEES AND COSTS

assigned to this task in light of her particular expertise in the area of bankruptcy, where fees regularly require court approval and fee applications are therefore frequently made.  Ms. McKeown's experience permitted her to operate with minimal oversight in preparing the subject fee application and motion.  The Ninth Circuit has generally recognized the propriety of including paralegal time in an award of attorneys' fees, as paralegals often perform work that would otherwise be performed by young attorneys.  *See Pacific Coast Agricultural Export Assoc. v. Sunkist Growers, Inc.*, 526 F.2d 1196, 1210, n. 19 (9th Cir. 1975).

12.    Ms. McKeown's standard billing rate for the work performed currently is $380/hr.  This Court previously discounted Ms. McKeown's rate to $300 per hour in connection with Receiver's previous fee application for Loeb fees/costs. In keeping with that, Loeb is discounting Ms. McKeown's rate to that amount for all future activities in this matter – frozen along with Loeb's rates for other timekeepers in this matter.

13.    Despite having over 25 years of experience, Ms. McKeown's hourly rate is lower than several other paralegals who support the litigation department at Loeb.  Ms. McKeown's work on the subject fee applications created value for the receivership estate here as her work directly reduced the amount of time that myself and my colleague, Mr. Lance Jurich, were required to spend on the tasks she undertook (and her billing rate is substantially lower than ours).  I have served as a licensed attorney since December 1999.  In my eighteen years serving as a litigation and bankruptcy attorney, I have become generally familiar with the billing rates prevailing in the community at firms in a similar market to Loeb & Loeb, LLP. Based upon that experience, I believe that Ms. McKeown's standard billing rate of $370/hr is competitive with those of paralegals of her general experience and expertise at comparable Los Angeles law firms.  Ms. McKeown's discounted rate is therefore reasonable in light of the same.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17533099.2
211605-10008

6

DECLARATION OF BENJAMIN R. KING IN
SUPPORT OF MOTION FOR APPROVAL TO
PAY INTERIM FEES AND COSTS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury of the United States of America that the foregoing is true and correct, on this 15th Day of August, 2019, at Los Angeles, California.

  /s/ *Benjamin R. King*
Benjamin R. King

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

17533099.2
211605-10008

7

DECLARATION OF BENJAMIN R. KING IN SUPPORT OF MOTION FOR APPROVAL TO PAY INTERIM FEES AND COSTS